Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No: MDL No. 2672 CRB (JSC)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Paul J. Geller**, an active member in good standing of the bar of **the State of Florida**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **plaintiffs (see Attachment A)** in the above-entitled action. My local co-counsel in this case is **N/A (see below)**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Robbins Geller Rudman & Dowd LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Requirement waived per Pretrial Order No. 1 (Dkt. No. 2), para. 8. |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(561) 750-3000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD:<br>pgeller@rgrdlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **984795**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/11/15

Paul J. Geller
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of **Paul J. Geller** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

## **Attachment A**

- Jon McMillen
- Christina McMillen
- Mark McMillen
- Ralph McMillen
- Wahab Khan
- Marc Gustafson
- Peter Levitt
- Jerel Rogers
- Caroline Hoag
- Paul Byrne
- Danijela Bjelic
- Jeffrey King



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

In Re:    984795
Paul Jeffrey Geller
Robbins Geller Rudman & Dowd, LLP
120 E. Palmetto Park Rd., Ste. 500
Boca Raton, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 30, 1993.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 7th day of October, 2015.

Pam Gerard
Membership Records Manager
The Florida Bar

PG/CL:kcm4/R10