Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: VOLKSWAGEN "CLEAN DIESEL" ) Case No: 15-MD-2672
MARKETING, SALES PRACTICES, AND )
PRODUCTS LIABILITY LITIGATION )
) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
)
)

I, Damien Marshall, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: See Attachment A in the above-entitled action. My local co-counsel in this case is waived for MDL 2672, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Boies, Schiller & Flexner LLP<br>575 Lexington Avenue, 7th Floor<br>New York, New York 10022 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Waived for MDL 2672 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 909-7617 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>Waived for MDL 2672 |
| MY EMAIL ADDRESS OF RECORD:<br>dmarshall@bsfllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Waived for MDL 2672 |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4090213.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/11/15

Damien Marshall
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Damien Marshall is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE