Lynn Lincoln Sarko, *pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384
lsarko@kellerrohrback.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 2672 CRB (JSC)<br><br>**MCCABE PLAINTIFFS' RESPONSE TO PRETRIAL ORDER NO. 1 REGARDING SETTLEMENT MASTER**<br><br>Judge Charles R. Breyer |

The McCabe Plaintiffs[1] represented by Keller Rohrback L.L.P. respectfully submit this response to the Court's PreTrial Order Number 1 filed December 9, 2015 (Dkt. No. 2). The Court has already

---

[1] Keller Rohrback L.L.P. represents the following Plaintiffs in this litigation: Donald Ardine, Dawn Faron-Ardine, Annie Argento, Peter Armon, Regina Armon, Martha Asaph, Linda Babinski, Scott Bahr, Thomas Barger, Chaan William Beard, Michael Bechauf, Nicholas Bond, Victor Bonilla, Jennifer Bonilla, Jeremy Bowman, Red Bradley, Juliet Brodie, Segundino Butron III, Vikram Chabbra, Scott Coleman, Clare Cooper, Elizabeth Crosson, Matthew Cure, Kate DeNeveu, Zak Dixon, Emily Diznoff, Amy Dvorak, David Ebenstein, Richard Evans, Elizabeth Fisher, Timothy Flynn, Benjamin Foote, DeWayne Fox, Shelby Fruge, Aaron Patrick Gardner, John Gatti, Gerald Gottschalk, David Greczylo, Dan Green, Kristin Green, Bradley Gregory, Hava Gurevich, Carol Hale Wilson, Charles Hall, Dylan Hanson, William Harlan, Nicolas Heiss, Karen Homann, David Hough, Sarah Howard, Duane Inoue, Kimi Janson, Harvey Jassem, Angela Jolly, Jamie Joseph, Bryan Kingman, Cynthia Kirtland, Patrick Kosacek, Janet Levy Pauli, David Litvack, Michael Lorenz, Benjamin Luckett, Robert Marcolini, Madelyne McCabe, Michael McCabe, Leo McCloskey, Karin McCloskey, Matt Moeller, Tammy Moeller, Kevin Morris, Stephanie Nafus, Gerry Nemet, Kenneth Odegard, Kathy Olsen, Tom Olsen, Rachel Otto, Alice Paylor, Robert Perryman, Robert Platner, Snow Proudlove, Jerald Rasor, Laura Ray, William Resh, Gary Rizzato, Joseph Robin, Carl Robinson, William Romesburg, Keri Ross, Pat Ross, Sandra Rossi, John Rowden, James Saul, Drew Schembre, Sara

KELLER ROHRBACK L.L.P.
300 LAKESIDE DRIVE, SUITE 1000 OAKLAND, CA 94612

heard from counsel regarding several qualified potential Special Settlement Masters, including the Honorable Charles B. Renfrew (Ret.), the Honorable Vaughn Walker (Ret.), the Honorable Rebecca Westerfield (Ret.), Kenneth Feinberg, the Honorable Edward A. Infante (Ret.), and the Honorable Fern Smith (Ret.).

Given the broad-reaching and international scope of the alleged corporate conduct at issue, and the myriad impacts on consumers and the environment, the McCabe Plaintiffs believe two additional Settlement Masters should be considered: the Honorable Layn R. Phillips (Ret.), and Professor Francis E. McGovern of the Duke University School of Law, both of whom have extensive experience in resolving complex litigation of this nature.

1. ***The Honorable Layn R. Phillips*** is one of the most sought-after settlement masters in the country. After his retirement as a United States District Judge in Oklahoma, Judge Phillips has served as settlement master and mediator in over 1,000 complex civil disputes, including some of the highest-profile cases in the country, such as the Hewlett-Packard and Brocade securities litigation matters before this Court, the National Football League (NFL) Players' Concussion Injury Litigation, the AIG securities litigation, the Bank of America securities litigation regarding its purchase of Merrill Lynch, the Merck securities litigation regarding the pain reliever Vioxx, the Bernie Madoff investor suits, and numerous other sophisticated litigation matters involving domestic and foreign defendants. Judge Phillips's online biography is available at http://www.phillipsadr.com/bios/layn-phillips/.

2. ***Professor Francis E. McGovern*** is internationally recognized as one of the most eminent settlement masters in the country. As detailed in his online biography, available at https://www.law.duke.edu/fac/mcgovern/, Professor McGovern's innovative techniques for resolving

---

Schram, Carrie Scott, Adam Spring, Donald Stave, James Stepahin, Nancy Stirek, Daniel Sullivan, Nicolas Swisher, Aaron Tarnow, Richard Taylor, Craig Temkin, Raymond Thomas, Donald Varley, Kathryn Eliza Walsh, Ralph Waterhouse, Alexis Weil, Scott Wetzel, Nathan Wheeler, Eric Wilson, Tim Winkel, Charles Woods, Christopher Woods, Paul Wright, Robyn Zelenetz, Scott Zelenetz

complex litigation are well-known. He has helped to develop solutions for a wide variety of disputes, ranging from the "Deepwater Horizon" oil rig disaster, to the silicone gel breast implant litigation, to the United Nations Compensation Commission to ensure that Iraq compensates citizens, businesses, and governmental agencies for losses they suffered in the Persian Gulf War.

Like the other proposed Special Settlement Masters, Judge Phillips and Professor McGovern are highly qualified and capable mediators who would no doubt do an outstanding job if selected by the Court in this vast and complex case.

RESPECTFULLY SUBMITTED this 14th day of December, 2015.

KELLER ROHRBACK L.L.P.


By /s/ Lynn Lincoln Sarko
   Lynn Lincoln Sarko, *pro hac vice*
   KELLER ROHRBACK L.L.P.
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   (206) 623-1900, Fax (206) 623-3384
   lsarko@kellerrohrback.com

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2015, I electronically filed a true and correct copy of the *McCabe Plaintiffs' Response to PreTrial Order No. 1 Regarding Settlement Master* with the Clerk of the Court using the CM/ECF system of the Northern District of California, which will send electronic notification of such filings upon all registered counsel of record.

Additionally, on December 14, 2015, a copy of the foregoing will be sent to the following parties for whom counsel has not yet appeared via U.S. Mail to the addresses listed below:

| | |
|---|---|
| Allison Rachel McLaughlin<br>WHEELER TRIGG O'DONNELL LLP<br>370 17th Street, Suite 4500<br>Denver, CO 80202-5647 | Andrew J. Hill<br>James B. Matthews, III<br>Patrick H. Garrard<br>Thomas F. Hollingsworth, III<br>BLASINGAME BURCH GARRARD &<br>ASHLEY PC<br>P.O. Box 832<br>Athens, GA 30603 |
| Daniel M. Cohen<br>David Wallace Stanley<br>CUNEO GILBERT & LADUCA LLP<br>211 North Union Street, Suite 100<br>Alexandria, VA 22314 | David F. Kirby<br>William B. Bystrynski<br>EDWARDS KIRBY LLP<br>3201 Glenwood Avenue, Suite 100<br>Raleigh, NC 27612 |
| Gillian Marie Fahlsing<br>Kevin Scott Hannon<br>HANNON LAW FIRM LLC<br>1641 Downing Street<br>Denver, CO 80218 | Gary R. Patrick<br>Richard A. Schulman<br>PATRICK, BEARD, SCHULMAN &<br>JACOWAY PC<br>537 Market Street, Suite 202<br>Chattanooga, TN 37402-1225 |
| James K. Toohey<br>JOHNS & BELL LTD<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603 | J Randolph Bibb, Jr<br>Ryan Nelson Clark<br>LEWIS, THOMASON, KING, KRIEG &<br>WALDROP, P.C.<br>424 Church Street, Suite 2500<br>P.O. Box 198615<br>Nashville, TN 37215-8615 |
| John E. Norris<br>DAVIS & NORRIS LLP<br>2151 Highland Avenue South, Suite 100<br>Birmingham, AL 35205 | Kenneth Abrams<br>MCGUIRE WOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219 |

| | |
|---|---|
| Kevin Calcagnie<br>ROBINISON, CALCAGNIE & ROBINSON<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 9266 | Larry Martin Roth<br>RUMBERGER, KIRK & CALDWELL, PA<br>300 S Orange Ave Ste 1400<br>P.O. Box 1873<br>Orlando, FL 407-872-7300 |
| Kurt E. Lindquist , II<br>Russ Ferguson<br>Meredith Jane McKee<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>301 S. College Street, Suite 3500<br>Charlotte, NC 28202 | Marcus W. Viles<br>Maria Alaimo<br>Michael Lewis Beckman<br>VILES & BECKMAN, LLC<br>6350 Presidential Ct., Suite A<br>Ft. Myers, FL 33919 |
| Mark R. Niemeyer<br>Michael S. Kruse<br>NIEMEYER GREBEL & KRUSE LLC<br>10 S. Broadway, Suite 1125<br>St Louis, MO 63102 | Paul C. Whalen<br>768 Plandome Rd<br>Manhasset, NY 11030 |
| Peter H. Weinberger<br>William B. Eadie<br>SPANGENBERG SHIBLEY & LIBER LLP<br>1001 Lakeside Avenue East, Suite 1700<br>Cleveland, OH 44144 | Righton Johnson<br>300 Ivan Allen Jr Blvd NW, Suite 700<br>Atlanta, GA 30308 |
| Sarah L. Kokonas<br>DONAHOO & ASSOCIATES<br>440 W. First Street, Suite 101<br>Tustin, CA 92780 | |

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed at Seattle, Washington, on December 14, 2015.

                          /s/ Lynn Lincoln Sarko
                          Lynn Lincoln Sarko

KELLER ROHRBACK L.L.P.
300 LAKESIDE DRIVE, SUITE 1000 OAKLAND, CA 94612