STEVE W. BERMAN (*pro hac vice*)
ROBERT B. CAREY (*pro hac vice to be filed*)
THOMAS E. LOESER (SBN 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com
rob@hbsslaw.com
toml@hbsslaw.com

*Attorneys for David Fiol, Benpayo Plaintiffs, Hill Plaintiffs, Steffenson Plaintiffs, Clarke Plaintiffs, Alex Barkaloff, and Burden Plaintiffs*

*[Additional counsel listed on signature page.]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 3:15-md-02672-CRB<br><br>**PLAINTIFF DAVID FIOL, BENPAYO PLAINTIFFS, CLARKE PLAINTIFFS, HILL PLAINTIFFS, STEFFENSEN PLAINTIFFS, ALEX BARKALOFF, AND BURDEN PLAINTIFFS RECOMMENDATION FOR SPECIAL SETTLEMENT MASTER SUBMITTED PURSUANT TO PRE-TRIAL ORDER NO. 1.[1]** |

---

[1] The undersigned counsel represents 196 class representative plaintiffs from each state in the Union and the District of Columbia who were named in two class actions that were filed in this District and five class actions that have been or will be transferred to this Court by the MDL Panel. For ease of reading, counsel will refer to their named class representative clients by the first named plaintiff in each class action and have attached a table with each named class representative plaintiff as Exhibit A.

010549-11  837156 V1

1   Pursuant to this Court's Pre-Trial Order No. 1, dated December 9, 2015 (Dkt. No. 2),
2   Plaintiffs David Fiol, Benipayo Plaintiffs, Hill Plaintiffs, Steffensen Plaintiffs, Clarke Plaintiffs,
3   Alex Barkaloff, and Burden Plaintiffs, through their counsel Hagens Berman Sobol Shapiro LLP
4   and Quinn Emanuel Urquhart and Sullivan LLP, respectfully recommend the Court appoint a
5   single special settlement master.  Counsel propose the following candidates:  Hon. Layn Phillips,
6   Hon. Edward Infante, or Mag. Judge Joseph Spero.

7   Counsel do not make this recommendation in a vacuum, based only upon prior working
8   experience with these candidates on other, necessarily different, cases.  Rather, as detailed below,
9   counsel have: (1) developed a wealth of knowledge pertaining directly to this case from our
10  extensive client contacts and significant work to date with the leading experts on the issues
11  presented here; and (2) been lead or co-lead in the three largest automotive defect economic loss
12  cases in US History; and in the case of Quinn Emanuel, advised defendants in those cases.  With
13  this basis of knowledge and experience, counsel make their recommendations with confidence that
14  appointment of one of these candidates will significantly assist the parties and the Court in
15  advancing resolution of this case to the full extent and as expeditiously as possible.

16  **I.   COUNSELS' KNOWLEDGE PERTAINING TO THIS CASE**

17  As noted in the MDL Panel's consolidation order, Hagens Berman filed the first class
18  action against Volkswagen concerning its diesel emissions fraud on September 18, 2015.  Hagens
19  Berman and Quinn Emanuel have filed six additional class actions with 196 class representative
20  plaintiffs from every state and the District of Columbia.  In total, 1,813 California residents, and
21  7,067 TDI owners from throughout the United States, have engaged Hagens Berman to represent
22  them for their claims against VW.  Over 13,160 TDI owners have requested that Hagens Berman
23  represent them, or provide them with ongoing updates and information concerning this litigation.
24  Beginning in early November and continuing today, Hagens Berman distributed a detailed
25  damages survey to TDI owners from which we have received 3,056 responses.

26  **II.   COUNSELS' DIRECT EXPERIENCE IN THE LARGEST AUTOMOTIVE
        DEFECT ECONOMIC LOSS CASES IN THE U.S.**
27
    In responding to the Court's inquiry regarding a Special Settlement Master, and in response
28

- 1 -

RECOMMENDATION FOR SPECIAL SETTLEMENT MASTER
NO. 15-md-02672-CRB

to recommendations that multiple masters be appointed, the undersigned counsel bring unparalleled experience in handling nationwide automotive defect cases and have perhaps unique insight into what would be most helpful in this case. Briefly, for the Court's benefit in understanding the basis for counsel's view, Steve Berman was lead counsel in the Toyota Sudden Unintended Acceleration (SUA) litigation, in which Toyota owners obtained the largest automotive economic loss settlement in history, valued at over $1.6 billion. Mr. Berman is currently co-lead counsel in the GM Ignition Switch Defect litigation, which may even surpass Toyota in scope and recovery to class members. Hagens Berman was also lead counsel in the Hyundai/Kia MPG Fraud litigation, which resulted in the second largest automotive class recovery of $255 million.

Quinn Emanuel was lead defense counsel in the Hyundai/Kia MPG Fraud litigation, and has served as lead counsel in more than 20 MDL proceedings. Quinn Emanuel's perspective on the advantages of a single settlement master is informed by experience representing both plaintiffs and defendants in these numerous MDLs.

### III. APPOINTMENT OF A SINGLE SETTLEMENT MASTER IS APPROPRIATE IN THIS CASE

Respectfully, we submit that appointment of a single settlement master is not only adequate, but will be more efficient and more likely to resolve this litigation as expeditiously as reasonably possible. This belief is based on over 3,050 responses to our damages survey, information from our experts, and counsels' extensive experience in cases very much like this case, including cases which involved foreign manufacturers and wrongdoing committed abroad. These cases were resolved efficiently and fairly with a single settlement master or without one at all.

The survey responses from our several thousand clients do not evidence any great disparity in the expectations of consumers in the several states. We successfully have negotiated and implemented numerous nationwide economic loss cases including Toyota SUA and Hyundai/Kia MPG. That various models and model years are affected is also not unique to this case. Both Toyota and Hyundai/Kia involved many models of vehicles and Toyota spanned 13 years of model production. Nonetheless, comprehensive settlements which fairly differentiated recoveries among the model years and vehicle types were reached without multiple special settlement masters.

1         Likewise, the existence of parallel government investigations does not render the case
2    unmanageable by a single settlement master.  There were multiple parallel government
3    investigations in Toyota SUA and Hyundai MPG, and there are both civil and criminal
4    investigations on parallel tracks with the GM Ignition Switch litigation.  Parallel government
5    investigations were not a hindrance to settlement in Toyota SUA and Hyundai/Kia MPG, and we
6    do not believe they will be a hindrance in GM Ignition Switch or in this case.
7         A single special master, with an overall understanding and view of the case, will likely be
8    key to a possible early resolution.  The persons being proposed in the many submissions on this
9    issue are accomplished and in demand, and trying to schedule around multiple busy calendars will
10   complicate, not streamline the matter.  Continuous dialogue with one skilled special master whose
11   schedule allows a significant time commitment to this case should be the goal.
12        Provided his schedule would allow the necessary time and degree of commitment, Hon.
13   Layn Phillips would be an excellent Special Master in this case, as would Hon. Edward Infante.
14   Alternatively, counsel suggests appointing Judge Joseph C. Spero, with whom the Court could
15   comprehensively integrate settlement discussions and the many other early issues that will arise in
16   this case.  Judge Spero's intellect, ingenuity, attention to detail and tremendous work ethic have
17   proved invaluable and made him highly successful in the resolution of numerous large class cases,
18   including cases where he has worked with this Court.

19   DATED:  December 15, 2015         HAGENS BERMAN SOBOL SHAPIRO LLP

20                                    By      */s/ Steve W. Berman*
                                         STEVE W. BERMAN
21
22                                    Steve W. Berman (*pro hac vice*)
                                      Robert B. Carey (*pro hac vice to be filed*)
23                                    Thomas E. Loeser (202724)
                                      HAGENS BERMAN SOBOL SHAPIRO LLP
24                                    1918 8th Avenue, Suite 3300
                                      Seattle, Washington  98101
25                                    Tel: (206) 623-7292
                                      Fax: (206) 623-0594
26                                    steve@hbsslaw.com
                                      rob@hbsslaw.com
27                                    toml@hbsslaw.com
28                                             - 3 -

RECOMMENDATION FOR SPECIAL SETTLEMENT MASTER
NO. 15-md-02672-CRB
010549-11  837156 V1

1
2
3
4
5
6

John B. Quinn
Shon Morgan
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel: (213) 443 3000
Fax: (213) 443 3100
johnquinn@quinnemanuel.com
shonmorgan@quinnemanuel.com

7
8

*Attorneys for David Fiol, Benipayo Plaintiffs, Hill Plaintiffs, Steffensen Plaintiffs, Clarke Plaintiffs, Alex Barkaloff, and Burden Plaintiffs.*

9
10

**CERTIFICATE OF SERVICE**

11
12
13

I hereby certify that on December 15, 2015, I electronically transmitted the attached documents to the Court Clerk using the ECF System for filing. The Clerk of the Court will transmit a Notice of Electronic Filing to all ECF registrants.

14
15

By   */s/ Steve W. Berman*
         STEVE W. BERMAN

16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -

EXHIBIT A

| | | |
|---|---|---|
| **FIOL v. VOLKSWAGEN** | 3:15-cv-04278 (N.D. Cal.) | 9/18/2015 |
| DAVID FIOL | | |
| **BENIPAYO v. VOLKSWAGEN** | 3:15-cv-04314 (N.D. Cal.) | 9/21/2015 |
| NICHOLAS BENIPAYO | ANTHONY DEMARTINO | EMILY FISHER |
| MARK CARNETT | PETAR RAMADANOVIC | KSHANTI GREENE |
| DANIEL ROBINSON | CHRISTOPHER MONROE | JOHN HALLORAN |
| JONATHON HORACEK | MELISSA BRACKEN | SCOTT MOEN |
| STEFANIE BEAUDREAULT | REZEDA DOZIER | GRANT GALL |
| JAMES BABIAK | JOHN DULL | VAN HAYNES |
| DAVID GOODSON | MELISSA FEDORCZYK | ALFRED HOWE |
| JOSHUA CAMPBELL | DAVID ANTELLOCY | |
| **STEFFENSEN v. VOLKSWAGEN** | 1:15-cv-1218 (E.D. Va.) | 9/23/2015 |
| KIRK STEFFENSON | CHARLES HALL | SUSAN WALL |
| SUSAN TARRENCE | REBECCA PERLMUTTER | CARL JOHNSON |
| TERRY HIGHT | JOE HARRISON | ALEXANDER LASKOVSKI |
| SARAH MUTKA | DAVID SIBLEY | ROBERTA DUBOISE |
| MARK WEBER | MATTHEW HEINLY | JESSICA ALBER |
| DAVID WINTERS | RACHEL SULLIVAN | LAURA SWENSON |
| ALEXANDER VALDES | HERB YUSSIM | JOSHUA MILLER |
| DAVID MANN | CHRISTOPHER MITZAK | |
| **HILL v. VOLKSWAGEN** | 2:15-cv-07604 (C.D. Cal.) | 9/28/2015 |
| JESS HILL | CHRISTINA PAOLICCHI | MATTHEW OLOVSON |
| KEVIN JENTES | ADAM FRUGOLI | WILLIAM MACKEY |
| MALIA SIAS | TRACEY ROSEN | EDWARD SIMMONS |
| ARTHUR SCHAREIN | JEFFREY BRADY | CHARLES HALL |
| MICHAEL BOZINE | BOUALIVANH PHANHPHONGSANE | KOTAB HOLDINGS LLC |
| CLIFFORD BROUSSARD | BRENDA PENNEY | ALAN BRANTING |
| VICTORIA MCCLELLAND | MICHAEL ANTIS | CHAD RAMOS |
| JEREMIAH HOLDEN | ALEX ARCENEAUX | STEVEN BOLDUC |
| HILDEGARD REISER, M.D. | G. KEATING PEPPER | JOSEPH AVENA |
| SPENCER MOORE | DEVAN WANG | ANDREW MASTERS |
| JOHN GAUGER | ROBERT HOOKER | STEVEN KOLPAN |
| HANAA RIFAEY | GARY VAN GUILDER | PAUL PURYEAR |
| DEBORAH MARKWARD | BARRY CROSS | MICHELLE GRAMLING |
| JOHN BROWN | JUSTIN HOLLOWAY | DAVID PYLE |

- 1 -

RECOMMENDATION FOR SPECIAL SETTLEMENT MASTER
NO. 15-md-02672-CRB

| | | | |
|---|---|---|---|
| | CARLOS ORTIZ | KELLY KING | HEATHER GREENFIELD |
| | BRIAN MILLS | KAREN NORMAN | KYLE BOYLAND |
| | SCOTT TAYLOR | ANDREW VENTURA | RALPH MENDENHALL |
| | ANDREW BELL | TROY PONTO | ALEXANDER BAITTINGER |
| **BARKALOFF v. VOLKSWAGEN** | | 2:15-cv-07997 (C.D. Cal.) | 10/12/2015 |
| | ALEX BARKALOFF | | |
| **CLARKE v. VOLKSWAGEN** | | 2:15-cv-07549-JLL-JAD (D.N.J.) | 10/16/2015 |
| | AMY CLARKE | MATTHEW MIKULSKY | DONALD ALLEN |
| | MARK GJONBALAJ | RICHARD GROGAN | LUIS MORENO |
| | JOHN MCLAUGHLIN | CHAD DIAL | CHARLES NICOLOSI |
| | KELLY MULLIGAN-MAHONEY | LORI EDWARDS | ALFRED GOLDEN |
| | SHARON RANSAVAGE | TAMARA LYMAN | JACK SANDELMAN |
| | DAVID RIEN | ERIC WHITE | LINDA HUNT |
| | DAVID SIBLEY | WILLIAM PREININGER | DAPHNE MARCYAN |
| | MARK HOULE | DANIEL OHLSTEIN | PAUL HARRIS |
| | KURT MALLORY | DORIE MALLORY | HEATHER LEMELLE |
| | JOAN DUDLEY | WENDY GOLDNER | HARRY WALSH |
| | MARYBETH WINKLER | BRIAN BIALECKI | ANDREW FRANZ |
| | CATHERINE ROBERTS | DAWN BOULWARE | WARREN COFFIN |
| | JOSEPH COLLESANO | ANGELA WAGNER | CESAR OLMOS |
| | SIMON BEAVEN | CHARLES ROBBINS | THOMAS LASKO |
| | STEVE MORTILLARO | THOMAS BUCHBERGER | JOHN GAMBLE |
| | RYAN GEIER | CARLA BERG | LESLIE MACLISE-KANE |
| | DANIEL SULLIVAN | KYLE TISDEL | JASON HILL |
| | BARRY GLUSTOFF | CRAIG LYBARGER | AARON JOY |
| | THOMAS AYALA | BRITNEY SCHNATHORST | ROBERT MILLER |
| | JAMES BERGMANN | JONATHON RODGERS | RAMON SAN NICOLAS |
| **BURDEN v. VOLKSWAGEN** | | 2:15-cv-09125 (C.D. Cal.) | 11/24/2015 |
| | DENNIS BURDEN | NATHAN FORBES | TODD SCHWARZ |
| | PATRICIO BURILLO | JOSH GOLDEN | MATTHEW SNYDER |
| | JOHN CHAPMAN | MICHAEL GUILBAULT | DOUGLAS STEWART |
| | SAMUEL CLARK | CHISEPE GWARADA | NATHAN STRICKER |

- 2 -

RECOMMENDATION FOR SPECIAL SETTLEMENT MASTER
NO. 15-md-02672-CRB
010549-11  837156 V1

| | | |
|---|---|---|
| JEREMY CODER | YOON KYO HAN | MORTON KENT TAYLOR |
| COBY COHEN | PETER HARPER | ANDREW WALKER |
| PAUL-MATTHIEU COSTE | JONATHAN HUGGETT | CONSTANCE WOLFSON |
| RUSSEL CRONQUIST | RYAN HURST | PENGHUI XUE |
| CHERYL DEWORKEN | SUSAN KEOHAN | ROMAN ZVYAGELSKY |
| JAIME DREIKOSEN | ERIK MIKKELSEN | RICHARD REMINGTON |
| TIM ELDRIDGE | ALEXANDER POLILLO | ROBERT RIFKIN |
| QIANG FENG | JEROME FOHET | |

- 3 -