| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| DAVID J. VENDLER, ESQ., SBN 146528<br>MORRIS POLICH & PURDY LLP<br>1055 W. SEVENTH STREET<br>24TH FLOOR<br>LOS ANGELES, CA  90017 | | |
| Telephone No: 213-891-9100    FAX No: 213-488-1178 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Central District Of California

Plaintiff: CHRISTOPHER J. D'ANGELO, AN INDIVIDUAL ETC.
Defendant: VOLKSWAGEN GROUP OF AMERICA, INC.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:15-CV-07390-FMO (PJWx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; First Amended Class Action Complaint; Civil Cover Sheet; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Declaration In Support Of Venue; Notice Of Assignment To United States Judges; Notice Of Assignment To United States Judges; Order Re Transfer Pursuant To General Order 14-03 (Related Cases); Notice Of Reassignment Of Case; Plaintiff Christopher J. D'angelo's Request For A Case-Management/Status Conference; Initial Standing Order Following Assignment Of Civil Case To Judge Carter; Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days; Plaintiff Christopher J. D'angelo's Notice Of Motion And Motion And Memorandum Of Points And Authorities In Support Of Motion For Class Certification; Declaration Of David J. Vendler In Support Of Plaintiff Christopher J. D'angelo's Motion For Class Certification; Plaintiff Christopher J. D'angelo's Notice Of Lodging Of Non-Paper Exhibits Per Local Rule 11-5.1; Declaration Of Christopher D'angelo In Support Of Motion For Class Certification; Request For Judicial Notice In Support Of Plaintiff Christopher J. D'angelo's Motion For Class Certification; [Proposed] Order Re: Plaintiff Christopher J. D'angelo's Motion For Class Certification

3. a. Party served:   VOLKSWAGEN AG, A GERMAN CORPORATION
   b. Person served:  BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:   2710 GATEWAY OAKS DRIVE
                                          SUITE 150N
                                          SACRAMENTO, CA  95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Oct. 26, 2015 (2) at: 11:15AM

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Morris
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 2012-33
       (iii) County: Sacramento
       (iv) Expiration Date: Fri, Jul. 01, 2016

First Legal
1814 "I" Street
Sacramento, CA 95814
Telephone    (916) 444–5111
Fax          (916) 443–3111
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Oct. 26, 2015

                                                                    (Michael Morris)

Judicial Council Form                    PROOF OF SERVICE                    2832868  .morpo.744380
Rule 2.150.(a)&(b) Rev January 1, 2007