HERZFELD & RUBIN, P.C.
JEFFREY L. CHASE (*pro hac vice*)
*jchase@herzfeld-rubin.com*
MICHAEL GALLUB (*pro hac vice*)
*mgallub@herzfeld-rubin.com*
MARK A. WEISSMAN (*pro hac vice*)
*mweissman@herzfeld-rubin.com*
125 Broad Street
New York, New York 10004
Telephone: (212) 471-8500
Facsimile: (212) 344-3333
*Attorneys for Defendant Volkswagen Group of America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 3:15-MD-02672-CRB<br><br>**STATUS REPORT OF PENDING LITIGATION**<br><br>Hearing: December 22, 2015<br>Time: 8:00 am<br>Courtroom: 6<br><br>The Honorable Charles R. Breyer |

**STATUS REPORT OF PENDING LITIGATION BY DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.**

In accordance with this Court's Pretrial Order No. 1, dated December 9, 2015, Defendant Volkswagen Group of America, Inc. ("VWGoA"), through its counsel, Herzfeld & Rubin, P.C., hereby submits this report to advise the Court as to the status of all litigation pending in this MDL matter.

## Introduction

VWGoA recognizes that this complex litigation raises issues of substantial public importance. VWGoA, Volkswagen AG ("VWAG"), Audi AG and other company affiliates within the Volkswagen Group have been responding to regulatory inquiries in both the United States and countries around the world. More specifically for these proceedings, defendants have been working diligently with the United States Environmental Protection Agency ("EPA") and

the California Air Resources Board ("CARB") to develop a technical solution to bring the involved vehicles into emissions compliance. Despite the compliance issues, the EPA noted in its September 18, 2015 press release that the vehicles remain both safe to drive and legal to drive.

We anticipate that this MDL will have at least several phases, including: (i) the initial phase, as the Court organizes the various litigations before it, including appointing a Plaintiffs' Steering Committee to conduct and coordinate the pretrial stage of this litigation, (ii) the filing of one or more consolidated amended complaints; (iii) the briefing, argument and decision on defendants' initial dispositive motions; and (iv) discovery. It is respectfully requested that discovery in these cases not be served by the parties until an appropriate protective order is approved by the Court. There will be confidentiality and personal data protection concerns under relevant German and European (EU) law. The German Constitution and European Convention of Human Rights (ECHR) both protect the right of privacy with regard to personal data. Discovery in this case will implicate and, in certain respects, be subject to personal data protection laws which will require consultation with lead plaintiff counsel at an appropriate time.

**Procedural Status**

On December 8, 2015, the Judicial Panel of Multidistrict Litigation (JPML) issued a Transfer Order in MDL-2672 transferring 63 cases to this Court pursuant to 28 U.S.C. 1407 (2016). As of the date of the Transfer Order, there were a total of 515 cases noticed as "Related Actions" pending in the MDL. On December 10, 2015, the Panel issued nine (9) Conditional Transfer Orders (CTO's) which conditionally transferred an additional 421 pending MDL cases to this Court.[1] Per each of these CTOs, the transmittal of the CTO to the clerk of this Court is

[1] The CTOs did not include cases that are pending in the Northern District of California, which cases will be transferred to Your Honor pursuant to Pretrial Order No. 1. Some cases in the

stayed until December 17, 2015 pending the filing of any Notices of Opposition to Transfer.[2] For the Court's convenience, a copy of the initial Transfer Order and nine Conditional Transfer Orders are attached as Exhibit A.

The numerous federal actions in this MDL, or soon to be transferred into this MDL, consist of cases filed by consumers and businesses, both individually and on behalf of putative national classes and statewide sub-classes, from 69 jurisdictions throughout the United States.[3] All cases in the MDL relate to the September 18, 2015 and, in many cases, the November 2, 2015, EPA Notices of Violation ("NOVs") to VWGoA, Volkswagen AG ("VWAG"), Audi AG and Porsche Cars North America, Inc. ("Porsche") from the EPA and CARB. The NOVs relate to emissions compliance matters, specifically the alleged installation of "defeat device" engine emissions control software affecting certain vehicles equipped with 2.0 and 3.0 Liter Diesel engines, sold in the U.S. during certain model years. Each of the complaints in these actions track the substance of the NOVs and seek essentially similar relief on behalf of the same or overlapping putative class members consisting of owners or lessees of the subject vehicles.

The plaintiffs' claims in these actions generally seek damages and equitable relief against VWGoA, VWAG, Audi AG and Porsche, their corporate affiliates, and other third parties, under various state consumer protection laws, state warranty statutes and state common law theories of

---

MDL were also apparently dismissed prior to the transfer and conditional transfer orders. Four cases that were also tagged in the Porsche "Clean Diesel" JPML transfer proceeding (MDL-2683) also were not included in the CTOs. Since the transfer and conditional transfer orders, Plaintiffs have filed additional cases directly in the Northern District of California. Counsel has been advised by one plaintiffs' attorney, Robert Hilliard, that he intends to file 4,000 additional cases directly in this MDL. These cases have not been commenced to our knowledge.

[2] To date, we are aware of six (6) Notices of Opposition to Conditional Transfer filed by plaintiffs with the JPML objecting to transfer of the following cases: *Stone*, S.D. Ohio, 1:15-cv-00686, *Ballew*, D. Mt., 9:15-cv-00133, *Adams*, E.D. Ky., 2:15-cv-00184, *Burke-Williams*, S.D. Ohio, 1:15-cv-00702, *Bynum* W.D. Ky., 3:15-cv-00810, and *Shelton*, S.D. Ohio, 1:15-cv-00733.

[3] Of these cases, 480 are putative class actions (excluding securities cases) and 29 are on behalf of individual plaintiffs.

breach of contract, fraud and unjust enrichment. Some of the cases also allege claims under federal statutes including the Magnuson–Moss Warranty Act, 15 U.S.C. § 2301 *et seq.* and the Civil Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1961 *et seq*.[4]

The vast majority of pending cases in this MDL, or cases expected to be transferred, have been either stayed by the original court, pending the JPML decision, or the time for defendant to respond has been extended. VWGoA and its affiliated companies have not filed an Answer or dispositive motion in any of the MDL cases. An appendix is annexed below containing an overview of the MDL cases.

Notwithstanding stays or time extensions, some district courts have been active in consolidating cases, attempting to promote early settlement discussions, and issuing evidence preservation orders. Under the supervision of Hon. Judge Gerald E. Rosen in Eastern District of Michigan and Hon. Judge Jose L. Linares in the District of New Jersey, the parties had consented to a mediation process in which preliminary matters were discussed. Both courts had appointed Hon. Judge Layn Phillips (Ret.) as a mediator. No substantive settlement discussions were held.

As noted further below, evidence-preservation orders were entered in the Eastern District of Michigan, the District of New Jersey, the District of Virginia, and the Southern District of New York and a stipulated order was filed in the Western District of Wisconsin. Per this Court's Pretrial Order No. 1, a description of the steps Defendants have taken to preserve relevant evidence, including electronically stored information is set forth separately below.[5] There are

[4] A discrete group of cases conditionally transferred to this MDL also seek relief under the federal securities laws. Sullivan & Cromwell is representing defendants in these securities cases. Because the securities actions raise unique procedural, factual and substantive considerations, defendants intend to ask the Court to place these actions on a separate track for motion practice and discovery.

[5] In the Eastern District of Virginia, by prior order of Judge O'Grady, the parties had exchanged some preliminary discovery requests and were directed not to respond but to serve objections by December 14, 2015. However, based upon the conditional transfer of cases from that district,

several cases throughout the various jurisdictions where motions are pending, including motions to remand, with respect to removed cases, and motions for preservation of evidence.

In addition to VWGoA, the undersigned will represent Volkswagen AG in the following consumer actions subject to CTOs in which service of process was effected under the Hague Service Convention: *Gurevich*, E.D. Mich. No. 15-cv-13389, *Mizak*, D. Conn., No. 15-cv-01429, *Pawelko*, N.D. Ill. No. 15-cv-08562 and *Turnau*, D. Vt. 15-cv-214. Additionally, the undersigned will represent Audi AG in *Tanghetti*, E.D. Ca., 15-cv-2028, in which service of process was effected under the Hague Service Convention.

The undersigned also appears as counsel for defendant Michael Horn, CEO of VWGoA, in the following consumer MDL actions: *Hoag*, S.D. Cal., 15-cv-2367, *King*, E.D. Mich., 15-cv-13950, *McMillen*, C.D. Cal., 15-cv-7615, *Siewart*, M.D. Fl., 15-cv-1728.

**<u>Pending Litigation in State Court</u>**

In addition to the federal actions, there are approximately 115 related actions currently pending in state courts throughout the country, both individual and putative class actions. In Texas and other states, there are procedures for statewide multidistrict litigation similar to the federal procedures including coordination of pleadings and discovery. In Texas, a motion has been made for statewide MDL treatment. The Texas MDL tribunal stayed the state MDL cases pending a ruling on the motion. If and when appropriate, VWGoA will consider taking similar steps in jurisdictions where such procedures are available. To the extent such statewide MDL procedures allow for coordination with this Court's scheduling, such coordination will undoubtedly enhance efficiencies, including avoiding duplication, in these litigations.

**<u>U.S. Regulatory Investigations</u>**

As noted, this matter is also under active investigation by the EPA, with which VWGoA

---

Judge O'Grady vacated that deadline.

and VWAG have had numerous meetings with respect to a proposed remedy. In addition, this matter is also the subject of investigations by the U.S. Federal Trade Commission, the Department of Justice, other federal agencies and congressional committees. This matter is also the subject of investigations by a coordinated group of 47 state attorneys general and individual state attorneys general in California, Texas and West Virginia, respectively. Defendants have participated in numerous telephone calls and meetings with the 47-member multistate attorneys-general group to keep them advised of efforts to develop a technical solution and to deal with other concerns of the state attorneys general.

**Statement as to Preservation of Evidence**

Defendants have taken the following steps to preserve evidence. Since August 31, 2015, Defendants, as part of the emissions-related investigations and proceedings, have been taking reasonable steps to preserve evidence in electronic or other form that they reasonably and in good faith believe may be relevant to the issues. Multiple legal-hold notices have been issued during this time period. The legal hold notices cover the proscriptions included in the preservation orders entered in the Eastern District of Michigan, District of New Jersey, Southern District of New York, Western District of Wisconsin, and Eastern District of Virginia. Copies of these preservation orders are attached as Exhibit B for the Court's convenience. Hundreds of employees at defendant companies have received the legal-hold notices. Individuals likely to have relevant information have been and are being interviewed and relevant documents and electronically stored information from these individuals are being secured. Likewise, non-custodial sources of documents and electronically stored information that are likely to contain relevant information are being identified and secured. Defendants have also taken steps to suspend the operation of document retention policies and IT procedures that could result in the deletion of relevant documents and electronically stored information.



Dated: New York, New York
December 16, 2015

Respectfully submitted,

HERZFELD & RUBIN, P.C.
*Attorneys for Defendant Volkswagen Group of America, Inc.*

By: /s/ Jeffrey L. Chase
Jeffrey L. Chase (PHV)
Michael Gallub (PHV)
Mark A. Weissman (PHV)

125 Broad Street
New York, New York 10004
t: (212) 471-8500
f: (212) 344-3333
jchase@herzfeld-rubin.com
mgallub@herzfeld-rubin.com
mweissman@herzfeld-rubin.com

**APPENDIX**

**Overview of Consumer[6] MDL Cases**

| District Court | Cases | Status Summary |
|---|---|---|
| Alabama Northern | 12 | Cases stayed or time to respond extended. |
| Alabama Southern | 2 | Cases stayed or time to respond extended. |
| Arizona | 2 | Cases stayed. |
| Arkansas Eastern | 2 | Cases stayed or time to respond extended. |
| Arkansas Western | 2 | Cases stayed or time to respond extended. |
| California Central | 57 | Cases stayed. |
| California Eastern | 5 | Cases stayed or time to respond extended. |
| California Northern | 30[7] | Cases consolidated and stayed. |
| California Southern | 8 | Cases consolidated and stayed. |
| Colorado | 2 | Cases stayed. |
| Connecticut | 2 | Cases stayed or time to respond extended. |
| District of Columbia | 5 | One case stayed. No service of process in remaining cases. |
| Florida Middle | 14 | Cases stayed or time to respond extended except in one case (*DeRochemont*) where motions to stay and to remand are pending. |
| Florida Northern | 3 | Cases stayed or time to respond extended. |
| Florida Southern | 10 | Cases stayed or time to respond extended. |
| Georgia Middle | 2 | Cases stayed or time to respond extended. |
| Georgia Northern | 9 | Cases stayed or time to respond extended except as to motion to amend complaint in *Silverman*. Cases naming Porsche not presently subject to CTOs. |
| Georgia Southern | 1 | Cases stayed or time to respond extended. |
| Hawaii | 1 | Case stayed. |
| Illinois Central | 1 | Motion for stay pending. |
| Illinois Northern | 19 | Cases served have been stayed or time to respond extended, or motions pending for same. |
| Illinois Southern | 5 | Cases served have been stayed. |
| Indiana Southern | 2 | One case stayed. Response to complaint due in |

[6] In addition, there are a total of five securities cases in this MDL: one (1) case from the Eastern District of Virginia, two (2) cases from District of New Jersey, one (1) from Eastern District of Michigan and one (1) from Eastern District of Tennessee.

[7] As noted, additional related cases have been filed directly in the Northern District of California subsequent to the JPML transfer and conditional transfer orders.

| | | |
|---|---|---|
| | | *Roebuck* by January 5. |
| Iowa Southern | 2 | One case stayed, one case motion for stay pending. |
| Kansas | 2 | Cases stayed. |
| Kentucky Eastern | 2 | Remand motion pending in one case, no service of process in other case. |
| Kentucky Western | 3 | Remand motion pending in one case, no service of process in the other. |
| Louisiana Eastern | 4 | Cases stayed or extensions of time to extend granted. |
| Louisiana Middle | 1 | Motion to remand pending. |
| Maine | 2 | Cases stayed. Status report due January 20, 2016. |
| Maryland | 7 | Cases stayed. |
| Massachusetts | 8 | Cases served have been stayed or time to respond extended. |
| Michigan Eastern | 58 | There is a preservation of evidence stipulation and order in effect. There have been no answers filed or due given the informal stay on pleadings. The court appointed two mediators.<br>There is a stipulation and order in effect concerning VW's goodwill program. |
| Minnesota | 3 | Cases stayed or time to respond extended. |
| Mississippi Southern | 1 | Case stayed. |
| Missouri Eastern | 5 | All served cases stayed, extended or so moved, motion for remand pending in Roe. |
| Missouri Western | 10 | All served cases stayed or time to respond extended. Motion for remand pending in *Autoport*. |
| Montana | 2 | Consumer case against VWGoA stayed. (Other case is against Volkswagen Credit Inc. subject to transfer objection) |
| Nevada | 1 | Time to respond extended. |
| New Hampshire | 3 | Cases served have been stayed. |
| New Jersey | 70 | Cases consolidated and answer deadline stayed. A stipulated document preservation order was entered. Court had appointed mediators for expedited settlement negotiations. |
| New Mexico | 3 | Two cases stayed. In one case (*Ross*), motion for stay and preservation order pending. |
| New York Eastern | 7 | Cases served have been stayed or time to respond extended. |
| New York Southern | 5 | Cases consolidated and time to respond extended. Evidence preservation order entered. |
| North Carolina Middle | 3 | Cases stayed or time to respond extended. |
| North Carolina Western | 2 | Cases stayed or time to respond extended. |

| | | |
|---|---|---|
| Ohio Northern | 4 | Cases served have been stayed. |
| Ohio Southern | 7 | Cases served have been stayed. |
| Oklahoma Northern | 2 | Cases stayed or time to respond extended, remand motion pending in *Dunham* |
| Oklahoma Western | 3 | Cases served have been stayed or time to respond extended. |
| Oregon | 2 | No service of process. No court action. |
| Pennsylvania Eastern | 8 | Cases that have been served have been stayed. |
| Pennsylvania Middle | 3 | Cases that have been served have been stayed. |
| Rhode Island | 1 | No indication of service. |
| South Carolina | 4 | Cases stayed or time to respond extended. Motions to remand pending in two cases. (*Glowack*, *Riney*). |
| Tennessee Eastern | 15 | Consumer cases stayed |
| Tennessee Middle | 3 | Pending joint motion for consolidation and stay. |
| Tennessee Western | 2 | Cases stayed. |
| Texas Eastern | 1 | Cases stayed. |
| Texas Northern | 3 | Cases stayed. |
| Texas Southern | 4 | Cases stayed. |
| Texas Western | 3 | Cases stayed. |
| Utah | 2 | Only case served has been stayed. |
| Vermont | 4 | Cases served have been stayed. |
| Virginia Eastern | 28 | Cases consolidated. Interim lead counsel for plaintiffs appointed. Preservation of Evidence Order entered. Parties submitted proposed Notice of Electronic Discovery and ESI Protocol, but no agreement was reached as to on ESI protocol. Drafts of proposed protective order were submitted by class counsel and defendant on November 14, 2015. Time to respond to complaints extended. |
| Washington Western | 2 | Cases were consolidated. Motions for the appointment of lead counsel are pending. Plaintiffs did not otherwise oppose a stay and no answers have been served. |
| West Virginia Northern | 1 | Cases stayed. |
| West Virginia Southern | 3 | Cases stayed. |
| Wisconsin Western | 3 | Cases that have been served have been stayed. In one case (*A to Z Auto*), a stipulated order regarding evidence preservation was entered. |