AO 136 (Rev. 10/13) Certificate of Good Standing (Modified by FLSD)



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Steven M. Larimore,** Clerk of the United States District Court for the Southern District of Florida,

do certify that *Scott P. Schlesinger*, Florida Bar # 444952, was duly admitted to practice in this Court on **03/14/1986,** and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on 12/15/2015

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By ___Dimas Rodriguez___
**Deputy Clerk**



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: ___Dimas Rodriguez___
Deputy Clerk
Date: **Dec 15, 2015**