UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2672

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −4)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See __F.Supp.3d__ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 18, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION        MDL No. 2672

SCHEDULE CTO−4 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ILLINOIS CENTRAL | | | |
| ILC | 1 | 15−01459 | Vieley v. Volkswagen Group of America, Inc. |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 15−08369 | Hellweg et al v. Volkswagen Group of America, Inc. et al |
| ILN | 1 | 15−08562 | Pawelko v. Volkswagen Group of America, Inc. et al |
| ILN | 1 | 15−08610 | Midland Industries, Inc. vs. Volkswagen Group of America, Inc. |
| ILN | 1 | 15−08658 | Schlesselman et al v. Volkswagen Group of America, Inc. |
| ILN | 1 | 15−08689 | Seager v. Volkswagen AG et al |
| ILN | 1 | 15−08712 | Turvill v. Volkswagen Group of America, Inc. et al |
| ILN | 1 | 15−08725 | Mullen et al v. Volkswagen Group of America, Inc. |
| ILN | 1 | 15−08762 | Jaskiewicz v. Volkswagen Group of America, Inc. et al |
| ILN | 1 | 15−08993 | Ballard et al v. Volkswagen Group of America, Inc. et al |
| ILN | 1 | 15−09109 | Romero v. Volkswagen Group of America, Inc. |
| ILN | 1 | 15−09168 | Boisselle et al v. Volkswagen Group of America, Inc. et al |
| ILN | 1 | 15−09265 | Siegel v. Volkswagen Of America, Inc. et al |
| ILN | 1 | 15−10099 | Hutton et al v. Volkswagen Group of America, Inc. |
| ILN | 1 | 15−10267 | Miller et al v. Volkswagen Group of America, Inc. et al |
| ILN | 1 | 15−10271 | Milons v. Volkswagen Group of America, Inc. et al. |
| ILN | 1 | 15−10274 | Hoekstra et al v. Volkswagen Group of America, Inc. et al |
| ILN | 1 | 15−10404 | Shapiro v. Volkswagen Group of America |
| ILN | 1 | 15−10541 | Bryan et al v. Volkswagen Group of America, Inc. et al |
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 15−01082 | Berenc v. Volkswagen Group of America, Inc. |
| ILS | 3 | 15−01108 | Fries v. Volkswagen AG et al |
| ILS | 3 | 15−01177 | Flieger v. Volkswagon Group of America, Inc. |

### INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 1 | 15−01575 | RICHARDS v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| INS | 1 | 15−01578 | ROEBUCK v. VOLKSWAGEN GROUP OF AMERICA INC. |

### IOWA SOUTHERN

| | | | |
|---|---|---|---|
| IAS | 4 | 15−00427 | Jamieson et al v. Volkswagen Group of America, Inc. |

### KANSAS

| | | | |
|---|---|---|---|
| KS | 2 | 15−09306 | Cantor v. Volkswagen Group of America, Inc. |

### KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| ~~KYE~~ | ~~2~~ | ~~15−00184~~ | ~~Adams v. Volkswagen Group of America, Inc.~~ Opposed 12/15/15 |

### KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| ~~KYW~~ | ~~3~~ | ~~15−00810~~ | ~~Bynum v. Volkswagen Group of America, Inc.~~ Opposed 12/15/15 |
| ~~KYW~~ | ~~5~~ | ~~15−00240~~ | ~~Swindler et al v. Volkswagen Group of America, Inc. et al~~ Opposed 12/17/15 |

### LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 15−04784 | Jeanice v. Volkswagen Group of America, Inc. |
| LAE | 2 | 15−04805 | Thompson v. Volkswagen Group of America, Inc. |
| LAE | 2 | 15−05034 | Frechou et al v. Volkswagen Group of America, Inc. |

### LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| LAM | 3 | 15−00701 | Maki v. Volkswagen Group of America, Inc. |

### MAINE

| | | | |
|---|---|---|---|
| ME | 2 | 15−00386 | MAHONEY et al v. VOLKSWAGEN GROUP OF AMERICA INC |
| ME | 2 | 15−00421 | MALON II et al v. VOLKSWAGEN GROUP OF AMERICA INC |

### MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 15−03051 | Barnard v. Volkswagen Group of America, Inc. et al |
| MD | 1 | 15−03111 | Parler et al v. Volkswagen Group of America, Inc. |
| MD | 1 | 15−03157 | Hoffman et al v. Volkswagen Group of America, Inc. et al |
| MD | 1 | 15−03215 | Moloney v. Volkswagen Group of America, Inc. |
| MD | 8 | 15−02903 | Eschinger v. Volkswagen Group of America, Inc. |
| MD | 8 | 15−03125 | Wise v. Volkswagen Group of America |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 15−13452 | Sargent v. Volkswagen Group of America, Inc. |
| MA | 1 | 15−13522 | Bancroft et al v. Volkswagen Group of America, Inc. |
| MA | 1 | 15−13646 | Goodwin v. Volkswagen Group of America, Inc. |
| MA | 1 | 15−13805 | Howland, v. Volkswagen Group of America, Inc. |
| MA | 4 | 15−40153 | Germain−Cummings v. Volkswagen Group of America, Inc. et al |