UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                                         MDL No. 2672

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −9)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See __F.Supp.3d__ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 18, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                      MDL No. 2672

## SCHEDULE CTO−9 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| UTAH | | | |
| UT | 2 | 15−00692 | Yeoman et al v. Volkswagen Group of America et al |
| VERMONT | | | |
| VT | 5 | 15−00213 | Maston v. Volkswagen Group of America, Inc. |
| VT | 5 | 15−00214 | Turnau et al v. Volkswagen AG et al |
| VT | 5 | 15−00222 | Cornell et al v. Volkswagen Group of America, Inc. |
| VT | 5 | 15−00248 | Krugman et al v. Volkswagen Group of America, Inc. et al |
| VIRGINIA EASTERN | | | |
| VAE | 1 | 15−01218 | Steffensen et al v. Volkswagen Group of America, Inc. |
| VAE | 1 | 15−01225 | Johnson et al v. Volkswagen Group of America, Inc. <font color |
| VAE | 1 | 15−01229 | Kolomeets−Darovsky et al v. Volkswagen Group of America, Inc. <font color |
| VAE | 1 | 15−01239 | Proudlove et al v. Volkswagen Group of America et al <font color |
| VAE | 1 | 15−01241 | Shalov et al v. Volkswagen Group of America, Inc. <font color |
| VAE | 1 | 15−01245 | Butler v. Volkswagen Group of America, Inc. <font color |
| VAE | 1 | 15−01261 | Hensgens et al v. Volkswagen AG et al <font color |
| VAE | 1 | 15−01295 | Bourn et al v. Volkswagen AG et al <font color |
| VAE | 1 | 15−01308 | Fiddler et al v. Volkswagen Group of America, Inc. et al. <font color |
| VAE | 1 | 15−01315 | Whitcomb v. Volkswagen Group of America, Inc. <font color |
| VAE | 1 | 15−01317 | McNeil et al v. Volkswagen Group of America, Inc. <font color |
| VAE | 1 | 15−01318 | Shoquist et al v. Volkswagen AG et al <font color |
| VAE | 1 | 15−01323 | Bonney et al v. Volkswagen AG et al <font color |
| VAE | 1 | 15−01328 | |

| | | | |
|---|---|---|---|
| | | | Bowlin v. Volkswagen Group of America Inc. et al <font color |
| VAE | 1 | 15−01330 | Press v. Volkswagen Group of America, Inc. et al <font color |
| VAE | 1 | 15−01356 | The Center for Auto Safety v. Volkswagen AG et al <font color |
| VAE | 1 | 15−01389 | Warren v. Volkswagen Group of America Inc. <font color |
| VAE | 1 | 15−01398 | O'Brien v. Volkswagen Group of America, Inc. <font color |
| VAE | 1 | 15−01408 | O'Brien v. Volkswagen, et al DO NOT FILE IN THIS CASE. FILE IN CASE 1:15−CV−1218. |
| VAE | 1 | 15−01425 | Pomerantz et al v. Volkswagen Group of America, Inc. et al<font color |
| VAE | 1 | 15−01468 | O'Brien et al v. Volkswagen AG et al. <font color |
| VAE | 1 | 15−01483 | Kim et al v. Volkswagen Group of America, Inc. |
| ~~VAE~~ | ~~1~~ | ~~15−01493~~ | ~~Broadbent v. Volkswagen AG et al <font color~~  Opposed 12/17/15 |
| VAE | 1 | 15−01516 | Struck et al v. Volkswagen Group of America, Inc.<font color |
| VAE | 1 | 15−01574 | Goldman et al v. Volkswagen Group of America, Inc. et al <font color |
| VAE | 1 | 15−01592 | Brady v. Volkswagen Group of America, Inc. <font color |
| VAE | 1 | 15−01598 | Ligeti et al v. Volkswagen Group of America, Inc. <font color |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 15−01611 | Channell et al v. Volkswagen Group of America, Inc |
| WAW | 3 | 15−05692 | Sims v. Volkswagen Group of America Inc et al |

WEST VIRGINIA NORTHERN

| | | | |
|---|---|---|---|
| WVN | 2 | 15−00074 | Judy v. Volkswagen Group of America, Inc. |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 15−13460 | Schafer et al v. Volkswagen Group of America, Inc. |
| WVS | 2 | 15−13773 | Lively v. Volkswagen Group of America, Inc. et al |
| WVS | 3 | 15−13507 | Lanham et al v. Volkswagen Group of America, Inc. |

WISCONSIN WESTERN

| | | | |
|---|---|---|---|
| WIW | 3 | 15−00622 | Anderson, B. et al v. Volkswagen Group of America, Inc. |
| WIW | 3 | 15−00636 | Sanders, Linda v. Volkswagen Group of America, Inc. et al |
| WIW | 3 | 15−00664 | A to Z Autosports, LLC et al v. Volkswagen Group of America, Inc. |