HERZFELD & RUBIN, P.C.
JEFFREY L. CHASE (*pro hac vice*)
jchase@herzfeld-rubin.com
MICHAEL B. GALLUB (*pro hac vice*)
mgallub@herzfeld-rubin.com
MARK A. WEISSMAN (*pro hac vice*)
mweissman@herzfeld-rubin.com
125 Broad Street
New York, New York 10004
Telephone: (212) 471-8500
Facsimile:  (212) 344-3333

*Attorneys for Defendant Volkswagen Group of America, Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 3:15-MD-02672-CRB<br><br>**NOTICE BY DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC. REGARDING THE FILING OF TWENTY ONE OPPOSITIONS TO CONDITIONAL TRANSFER ORDERS**<br><br>Hearing: December 22, 2015<br>Time: 8:00 a.m.<br>Courtroom: 6<br><br>The Honorable Charles R. Breyer |

Defendant Volkswagen Group of America, Inc. ("VWGoA"), submits this Notice to inform the Court that 399 of the 421 cases conditionally transferred to this Court by the Judicial Panel on Multidistrict Litigation ("JPML"), December 10, 2015 Conditional Transfer Orders ("CTOs") numbered 1 through 9, have been transferred to this Court as of December 18, 2015.

The stay on transfer of twenty-one (21) actions has been continued as a result of pending Notices of Opposition with the JPML. Annexed hereto is a schedule of the twenty-one actions to which notices of objections were filed. In accordance with the briefing schedule set by the JPML, motions to vacate the conditional transfer orders with respect to these actions are due by

January 4, 2015. Oppositions to the motions to vacate are due by January 22, 2015.

While the full basis for each party's opposition to conditional transfer will not be known unless and until an opposing party briefs its respective motion to vacate, it appears from the initial JPML filings that the parties oppose transfer of: two (2) cases on the basis that the cases assert claims against Volkswagen Credit, Inc. ("VCI"); five (5) cases on the basis of pending remand motions in the original court; and twelve (12) cases on the basis that there are claims asserted against Porsche Cars North America, Inc. and/or related Porsche entities. Two (2) of the opposing plaintiffs, *DeRochemont*, from the Middle District of Florida, No. 15-CV-2726 and *Wolfenbarger*, from the Eastern District of Tennessee, 15-CV-0326, did not provide bases for their oppositions.[1]

Dated: New York, New York
December 21, 2015

Respectfully submitted,

HERZFELD & RUBIN, P.C.
*Attorneys for Volkswagen Group of America, Inc.*

By: __/s/__ Mark A. Weissman_____
    Jeffrey L. Chase (PHV)
    Michael B. Gallub (PHV)
    Mark A. Weissman (PHV)

125 Broad Street
New York, New York 10004
t: (212) 471-8500
f: (212) 344-3333
jchase@herzfeld-rubin.com
mgallub@herzfeld-rubin.com
mweissman@herzfeld-rubin.com

---

[1] The transfer of one (1) case in CTO-3, *Heryford*, 15-cv-2254, pending in the Eastern District of California, was vacated by the JPML because the action was voluntarily dismissed.