Allan Steyer (SBN 100318)
D. Scott Macrae (SBN 104663)
Jill M. Manning (SBN 178849)
**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
Email: smacrae@steyerlaw.com
Email: jmanning@steyerlaw.com

Attorneys for Plaintiffs Justin Budare
Mark S. Kornfeld, Tamara Barton,
Tracy D. Martinez, and Ericsson Broadbent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 15-md-02672-CRB (JSC)<br><br>**RESPONSE OF PLAINTIFF JUSTIN BUDARE TO PRETRIAL ORDER NO. 1 REGARDING APPOINTMENT OF SPECIAL SETTLEMENT MASTER** |

Plaintiffs Justin Budare, Mark S. Kornfeld, Tamara Barton, Tracy D. Martinez, and Ericsson Broadbent, through their counsel, respectfully submit this response to Pretrial Order No. 1 (ECF No. 2) regarding appointment of Special Settlement Master.

The Court has before it a lengthy slate of qualified and experienced individuals for consideration of appointment as Special Settlement Master(s). We respectfully submit that in our experience resolving cases involving complex litigation, four jurists stand out as exceptionally qualified in terms of their experience, sophistication, and ability to resolve the most complex of cases: (1) The Honorable Edward A. Infante (Ret.), (2) Chief Magistrate Judge Joseph C. Spero, (3) The Honorable Vaughn R. Walker (Ret.), and (4) The Honorable Daniel Weinstein (Ret.). We believe that any or some combination of these four jurists are ably suited to facilitate a just and expeditious resolution of this matter.

Dated: December 21, 2015         Respectfully submitted,

**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**

By: _____/s/ Allan Steyer_____
Allan Steyer (SBN 100318)

D. Scott Macrae (SBN 104663)
Jill M. Manning (SBN 178849)
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
Email: smacrae@steyerlaw.com
Email: jmanning@steyerlaw.com

Attorneys for Plaintiffs Justin Budare Mark S. Kornfeld, Tamara Barton, Tracy D. Martinez, and Ericsson Broadbent

# CERTIFICATE OF SERVICE

I, Jill M. Manning, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am a partner in the law firm Steyer Lowenthal Boodrookas Alvarez & Smith LLP, and my office is located at One California Street, Suite 300, San Francisco, California 94111.

On December 21, 2015, I caused to be filed the following:

**RESPONSE OF PLAINTIFF JUSTIN BUDARE TO PRETRIAL ORDER NO. 1 REGARDING APPOINTMENT OF SPECIAL SETTLEMENT MASTER**

with the Clerk of the Court of the United States District Court for the Northern District of California, using the official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

By: */s/ Jill M. Manning*
      Jill M. Manning