Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION )
)
)
)
)
)
)
)
)

Case No: 15-MD-2672

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jonathan D. Boggs, an active member in good standing of the bar of West Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: See Exhibit A in the above-entitled action. My local co-counsel in this case is Waived for MDL 2672, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Bailey & Glasser LLP<br>209 Capitol Street, Charleston, WV 25301 | Waived for MDL 2672 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| 304-345-6555 | Waived for MDL 2672 |
| My email address of record: | Local co-counsel's email address of record: |
| jboggs@baileyglasser.com | Waived for MDL 2672 |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 7627.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: December 29, 2015

Jonathan D. Boggs
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE