Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, ET AL.

Plaintiff(s),

v.

Defendant(s).

Case No: 3:15-md-02672

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
**(CIVIL LOCAL RULE 11-3)**

I, Greg M. Kohn, an active member in good standing of the bar of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Ari Levin in the above-entitled action. My local co-counsel in this case is N/A, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Nagel Rice, LLP<br>103 Eisenhower Parkway, Roseland, NJ 07068 | N/A Per Pretrial Order No. 1 |
| MY TELEPHONE # OF RECORD:<br>(973) 618-0400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD:<br>gkohn@nagelrice.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 022462007.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:

Greg M. Kohn
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Greg M. Kohn is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE