Jason J. Thompson
jthompson@sommerspc.com
SOMMERS SCHWARTZ, PC
One Towne Square, Suite 1700
Southfield, Michigan  48076
Tel: (248) 355-0300 / Fax: (248) 746-4001

*Attorneys for Plaintiffs Joseph Bruno, Christopher VanCompernolle, Jerzy Bobko, Danuta Pelc, Ellis Casteen Hans Schult, Sheila Schult, Tammy Hendricks, Derrick Jamerson, Jacqulyn Jamerson, Gina Wrigley, Jason Quillen, Duncan Lawrence, Kathleen Lawrence, Paul Robell, Nora Donaire, Roland Hermann, Joshua Sackos, Christopher Marshall, Todd Briggs, Molly Briggs, Philip Reich*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: MDL No. 2672 (CRB) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## ORDER REMOVING COUNSEL OF RECORD

At a session of said Court, held at the United States District Court for the Northern District of California, on:
<u>January 5, 2016.</u>

<u>HONORABLE CHARLES R. BREYER</u>
United States District Court Judge

After reviewing Plaintiffs' Request To Remove Counsel of Record,

ORDER REMOVING COUNSEL OF RECORD

1
2       IT IS HEREBY ORDERED that Robert B. Sickels is hereby removed as counsel of
3   record on behalf of Plaintiffs, Joseph Bruno, Christopher VanCompernolle, Jerzy Bobko,
4   Danuta Pelc, Ellis Casteen, Hans Schult, Sheila Schult, Tammy Hendricks, Derrick Jamerson,
5   Jacqulyn Jamerson, Gina Wrigley, Jason Quillen, Duncan Lawrence, Kathleen Lawrence, Paul
6   Robell, Nora Donaire, Roland Hermann, Joshua Sackos, Christopher Marshall, Todd Briggs,
7
8   Molly Briggs, Philip Reich
9       Plaintiffs will continue to be represented by the law firm of Sommers Schwartz, P.C. The
10  Clerk of the Court is directed to remove Robert B. Sickels from the record and from the
11  Court's ECF System for this case.
12
13
14  Date:  January 5, 2016        _____
15                                      United States District Judge

ORDER REMOVING COUNSEL OF RECORD