UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____/ This Order Relates To: ALL ACTIONS _____/ | MDL No. 2672 CRB (JSC) **ORDER GRANTING THE MOTION OF COMPETITVE ENTERPRISE INSTITUTE'S CENTER FOR CLASS ACTION FAIRNESS TO FILE AMICUS BRIEF** |

On December 31, 2015, the Competitive Enterprise Institute's Center for Class Action Fairness ("CCAF") filed a Motion to File an Amicus Curiae Brief. (Dkt. No. 454.) Plaintiff Jonathan Jaffe filed an Opposition to CCAF's Motion on January 4, 2016. (Dkt. No. 512.)

"District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (internal quotations omitted). Having considered the parties' submissions, the Court **GRANTS** CCAF's Motion. CCAF shall file its amicus brief by **January 11, 2016**.

This Order disposes of Docket No. 454.

**IT IS SO ORDERED.**

Dated: January 6, 2016

_____
CHARLES R. BREYER
United States District Judge