

220 Montgomery St • Suite 870
San Francisco • CA 94104
Tel:  415.835.6777
Fax: 415.835.6780
www.bvlawsf.com

January 8, 2016

Honorable Charles R. Breyer
United States District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,* 3:15-MD-2672-CRB (JSC); Volkswagen Steering Committee Application for Michael R. Bracamontes

Dear Judge Breyer:

Pursuant to Pretrial Order No. 2, I make this application on behalf of my firm to be a member of the Plaintiffs' Steering Committee (PSC). As the Court is aware, many of the finest plaintiffs' firms in the country have filed cases in this MDL. My law firm, Bracamontes & Vlasak, P.C., along with other law firms including Elizabeth J. Cabraser of Lieff Cabraser Heimann & Bernstein, John Edwards, Edwards Kirby, Bob Hilliard of Hilliard Munoz Gonzales LLP, Andre Mura of Girard Gibbs, Donald Slavik, and Jay Rice of Nagel Rice, were among a handful that have already spent considerable time analyzing and addressing such proceedings, all for the benefit of the plaintiffs' group at large.

Specifically, on November 23, 2015, the above named attorneys were panel speakers for the Volkswagen Class Action & MDL Seminar held in San Francisco.  This program was dedicated to providing invaluable information on the multidistrict litigation process in federal court and effective ways to represent the class in the Volkswagen litigation. I organized and served as program chair identifying the key issues that needed to be addressed and lead the program throughout the day.  Through my leadership and ability to work cooperatively, I successfully gathered the prominent lawyers referenced above and attracted approximately 50 attorneys from across the nation to attend the seminar.  I also attended another Volkswagen seminar in Miami, Florida to deepen my understanding of the issues at hand and hear other perspectives on this case.  That seminar also had approximately 50 attorneys from across the nation.

Such efforts reflect a meaningful commitment to this case and demonstrate a genuine willingness and ability to contribute to this matter.

As a trial attorney in Northern California, I am familiar with the rules of this District and believe this litigation will benefit from my ability to creatively approach the issues, problem solve, and effectively work with and coordinate with attorneys from across the nation.  In addition, I am

unequivocally committed to this case and fully understand that being a member of the PSC is a time-consuming responsibility. However, I am well-prepared to take on such responsibility and my practice is able to devote all the necessary resources to effectively prosecute this matter.

In 2008, I became a founding partner of Bracamontes & Vlasak, P.C. and have represented hundreds of plaintiffs in Northern California. A vast majority of our cases are multi-plaintiff cases that involve some type of personal injury. As to personal injury matters, I have dealt with a wide range of injuries from brain and spinal injuries, police brutality, car accidents, and carbon monoxide poisoning. With respect to employment cases, I have successfully represented employees that have endured sexual harassment, or have been unfairly discriminated against due to race, ethnicity, pregnancy, and gender. To date, our firm has recovered millions of dollars on behalf of our clients and has cooperatively worked with other co-counsel and opposing counsel to resolve scores of cases.

Bracamontes & Vlasak's involvement in this case will be a team effort, led by me and other members of the firm, including its co-founder Ryan Vlasak. We will commit tremendous energy, time, and resources to this case, making it a matter of our highest priority. My firm has successfully represented a variety of individuals in Northern California and is populated by lawyers committed to efficiency, communication, and collaboration. To that end, I commit to working with any group of lawyers selected by this Court to achieve the best possible outcome for the class.

Respectfully submitted,

**/s/ Michael R. Bracamontes**

Michael R. Bracamontes
mbracamontes@bvlawsf.com

**Michael R. Bracamontes**
**Bracamontes & Vlasak, P.C.**
**220 Montgomery Street, Suite 870**
**San Francisco, CA 94104**

**Bar Admissions:** California

**Education:** University of California, Irvine – B.A. in Political Science (2001);
University of California, Berkeley, Boalt Hall School of Law – J.D. (2005).

In 2008, Michael Bracamontes established his own successful law firm, Bracamontes & Vlasak P.C. As a Managing Partner of the firm, he has effectively led his team to take on approximately 120-150 cases per year focusing on helping individuals in personal injury, employment, business, and landlord-tenant matters.

Mr. Bracamontes' litigation experience includes court appearances and trials in both state and federal courts, as well as appearances in the U.S. District Court Northern/Eastern/Central District of California and the U.S. Court of Appeals 9th Circuit.

In the past nine years, Mr. Bracamontes has skillfully managed approximately 4-6 bench trials and 4-6 jury trials per year, including a complex and elaborate brain injury case. In addition, Mr. Bracamontes has achieved six and seven figure results in employment and personal injury cases for plaintiffs.

Mr. Bracamontes' was also honored and recognized as the AIDS Legal Referral Panel's 2010 Attorney of the Year.

Mr. Bracamontes has been honored to work as co-counsel with California Rural Legal Assistance ("CRLA") on litigation of significant import around the state.

Not only is Mr. Bracamontes a member of the San Francisco Bar and Alameda County Bar Associations, but he is also a distinguished panel attorney at the AIDS Legal Referral Panel and San Francisco Tenants' Union in San Francisco.

Mr. Bracamontes has also spoken in various community seminars including the California Rural Legal Assistance Fair Housing Training, California Rural Legal Assistance Annual Housing Seminar, Workshop for SF Tenants and Landlords, and Landlord Tenant Law Overview at a local college in San Francisco.