

**Grant & Eisenhofer P.A.**

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100

30 N. LaSalle Street, Suite 1200   Chicago, IL 60602   Tel: 312-214-0000   Fax: 312-214-0001

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500
Fax: 646-722-8501

Adam J. Levitt
Director
Tel: 312-610-5400
alevitt@gelaw.com

1747 Pennsylvania Avenue, N.W., Suite 875
Washington, DC 20006
Tel: 202-386-9500
Fax: 202-386-9505

January 8, 2016

**VIA ECF FILING**
The Honorable Charles R. Breyer
United States District Court
  for the Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

      Re:    *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, Case No. 3:15-md-002672-CRB (JSC)

Dear Judge Breyer,

      Pursuant to this Court's Pretrial Order No. 2 (Dkt. No. 336), I, Adam J. Levitt, a partner of Grant & Eisenhofer P.A. ("G&E") and chair of G&E's Consumer Protection and Products Liability Litigation Group, respectfully request appointment as Plaintiffs' Lead Counsel. Alternatively, I am willing to serve as a Plaintiffs' Steering Committee member for owners and lessees. My resume is attached as Exhibit A, and a list of those attorneys who support my leadership application is attached as Exhibit B.

      I have played a central role in this litigation from the outset, filing the *DeFiesta* (No. 2:25-cv-7012 (D. N.J.)) and *Scolnick* (No. 2:15-cv-7292 (D.N.J.)) actions and working with engineering experts, economic experts, and many of the other applicants here to substantiate, protect, and advance my clients' and the other Class members' claims. Confirming my ability to successfully lead these types of cases, the State of New Mexico has retained me and G&E to represent New Mexico against Volkswagen in seeking statutory and other damages on a *parens patriae* basis. To my understanding, we are the only private counsel retained to represent a state in emissions-related litigation against Volkswagen.

      **Criteria 1 and 2:** I am a recognized leader in the consumer class action plaintiffs' bar, with substantial expertise in automotive defect class actions and other complex commercial litigation. As lead counsel, over the past several years I have personally obtained more than $1.7 billion for my clients, class members, and other claimants. I have successfully litigated against German companies in MDL litigation, including Porsche AG, one of the defendants in this case. I have negotiated, structured, and implemented large-scale settlement programs in a host of cases with those and many other companies.[1] I have the full support and resources of my firm, G&E,

---

[1] *See also* Exhibit C (January 8, 2016 letter to Judge Breyer from John W. Perry, Jr. regarding leadership recommendation).



Adam J. Levitt
MDL No. 2672 Leadership Application
January 8, 2016
Page 2

which has recovered billions of dollars litigating for plaintiffs against automobile manufacturers and other large-scale corporate defendants in the U.S. and internationally.

I have been appointed lead or co-lead counsel in more than fifteen MDLs. I currently serve as co-lead counsel in several of the largest pending automotive class action cases. Below is a sampling of my automotive, MDL, and other relevant experience, together with contact information for the judges before whom I have appeared in those matters:

| Case Name and Number | Brief Description | Position | Judge and Chambers Contact Information |
|---|---|---|---|
| *Johnson, et al. v. Ford Motor Co.*, No. 13-cv-6529 (S.D. W. Va.) | Sudden unintended acceleration defect class action (pending) | Co-lead counsel | Hon. Robert C. Chambers (304) 528-7583 |
| *Philips v. Ford Motor Co.*, No. 14-cv-02989 (N.D. Cal.) | Electronic power assisted steering defect class action (pending) | Lead counsel | Hon. Lucy H. Koh (408) 535-5357 |
| *In re Navistar Maxxforce Litig.*, No. 14-cv-5249 (N.D. Ill.) | Truck emissions control system defect class action (pending) | Co-lead counsel | Hon. Joan B. Gottschall (312) 435-5640 |
| *In re MyFord Touch Consumer Litig.*, No. 13-cv-3072 (N.D. Cal.) | Communications and entertainment system design defect class action (pending) | Co-lead counsel | Hon. Edward M. Chen (415) 522-2034 |
| *In re General Motors LLC Ignition Switch Litig.*, No. 14-md-2542 (S.D.N.Y.) | Ignition switch defect class action (pending) | Executive committee | Hon. Jesse M. Furman (212) 805-0282 |
| *In re Genetically Modified Rice Litig.*, MDL No. 1811 (E.D. Mo.) | Mass tort concerning contamination of U.S. rice supply with unapproved genetically modified traits (settled for $1.1 billion) | Co-lead counsel | Hon. Catherine D. Perry (314) 244-7520 |
| *In re Imprelis Herbicide Mktg., Sales Practices, and Prods. Liab. Litig.*, MDL No. 2284 (E.D. Pa.) | Tree and shrub damage from defective herbicide class action (settled for $550 million) | Co-Lead Counsel | Hon. Gene E. K. Pratter (267) 299-7350 |
| *In re Porsche Cars Plastic Coolant Tubes Litig.*, MDL No. 2233 (S.D. Ohio) | Coolant tube defect class action (settled for $45 million) | Co-lead counsel | Hon. Gregory L. Frost (614) 719-3300 |
| *StarLink Corn Products Liability Litig.*, MDL No. 1403 (N.D. Ill.) | Class action concerning contamination of U.S. corn supply with unapproved genetically modified trait (settled for $110 million) | Co-Lead Counsel | Hon. James B. Moran (Deceased) |

A comprehensive description of my articles, speaking engagements, honors, awards, and memberships is set forth in my attached resume (Exhibit A).

**Criteria 3 and 5:** I am ready, willing, and able to fully commit to the efficient prosecution and resolution of this litigation and to devote my firm's resources, to the fullest extent necessary, to support that effort. G&E has approximately seventy attorneys and extensive support staff who have devoted hundreds of thousands of hours to redress the harm caused by

defective products, consumer fraud, and other corporate misconduct. G&E's results prove the depth and breadth of the Firm's resources, commitment, and perseverance as advocates. In addition to my landmark victories on behalf of consumers and individual plaintiffs, G&E has recovered over $12.5 billion for class members and other plaintiffs in the last seven years and over $5.2 billion in whistleblower recoveries since 2008.[2]

G&E has recovered hundreds of millions of dollars from automobile companies for clients, providing the firm with extensive insight into the operations and organization of automobile companies. *See, e.g., In re Gen. Motors Sec. and Derivative Litig.*, No. 06-cv-1749 (E.D. Mich.) ($303 million settlement); *In re Delphi Corp. Sec. Litig.*, No. 05-cv-1725 (E.D. Mich.) ($325 million settlement); *In re DaimlerChrysler Sec. Litig.*, No. 00-993 (D. Del.) ($300 million settlement); *In re Aftermarket Automotive Lighting Prods. Antitrust Litig.*, MDL No. 2007 (C.D. Cal.) ($78.45 million settlement). Significantly, G&E is also willing and able to break new ground to resolve complex global disputes. For example, in the *Royal Dutch Shell* litigation in the Netherlands, G&E obtained a $450 million shareholder settlement using an unprecedented structure (creating a Dutch foundation to facilitate a pan-European settlement).

**Criterion 4**: I have repeatedly demonstrated my ability to work cooperatively and effectively with plaintiffs' and defendants' counsel, including in the work I have already done in this case. I have led or am leading cases working with dozens of the attorneys in this litigation, including all of the attorneys listed in Exhibit B hereto who support my leadership application.

**Criteria 6 and 7**: I seek to be appointed as Lead Counsel or, alternatively to serve as a member the Plaintiffs' Steering Committee for owners and lessees.

**Criterion 8**: My election to the American Law Institute and appointment to the Advisory Council of the Duke Law Center for Judicial Studies, coupled with my extensive legal writing, speaking, and case leadership experience, further confirm my position as a leader in the bar and serve as additional qualifications for my appointment to a leadership position here.

I look forward to serving in this matter.

Respectfully submitted,

Adam J. Levitt
Chicago, Illinois

Attachments (3)

---

[2] G&E has consistently been named one of the nation's top plaintiffs firms by *The National Law Journal*. In 2013, Law360 named G&E one of the "Most Feared Plaintiffs Firms" in its inaugural list of firms it described as "hugely successful" based on "performance in high-profile or complex cases between July 1, 2011, and July 1, 2013, including significant court rulings, trial victories and settlements." Additional information about the Firm and its successes is available at www.gelaw.com.

# EXHIBIT A





### Adam J. Levitt

Adam J. Levitt is a director at Grant & Eisenhofer P.A., where he leads the Firm's Consumer Practice and Products Liability Litigation Group. He specializes in complex commercial litigation, class action, and mass tort litigation in areas including consumer protection, automotive, antitrust, securities, technology, and agricultural law. Mr. Levitt served as co-lead counsel in two of the largest biotechnology class actions in recent years, recovering more than $1.2 billion in damages for the plaintiffs: *In re Genetically Modified Rice Litigation*, in which Mr. Levitt has obtained settlements exceeding $1.1 billion on behalf of long-grain rice producers and others who suffered losses resulting from contamination of the U.S. rice supply with unapproved, genetically modified seeds; and *In re StarLink Corn Products Liability Litigation*, where he recovered $110 million on behalf of farmers who sustained market losses on their corn crops arising from contamination of the U.S. corn supply with genetically-modified StarLink corn.

With one of the country's leading consumer litigation practices, Mr. Levitt has successfully served as counsel in numerous class and complex litigation cases at both the state and federal courts, on the trial and appellate court levels. He is currently lead or co-lead counsel in several notable nationwide automotive litigations (MDL and otherwise), including *Johnson, et al. v. Ford Motor Co.* (Ford Sudden Acceleration), (S.D. W. Va.); *In re Navistar Maxxforce Engines, Sales Practices and Products Liability Litigation*, (N.D. Ill.); *In re MyFord Touch Consumer Litigation*, (N.D. Cal.); *In re Porsche Cars North America Inc. Plastic Coolant Tubes Products Liability Litigation*, (S.D. Ohio); and *Philips v. Ford Motor Co.*, (N.D. Cal.). He is also an Executive Committee member in *In re General Motors LLC Ignition Switch Litigation*, (S.D.N.Y.)

Mr. Levitt is an appointed member of the Advisory Council of the Duke Law Center for Judicial Studies, an elected member of the American Law Institute, and President of the Class Action Trial Lawyers – a division of the National Trial Lawyers – of which he is an Executive Committee Member. He also sits on the Board of Advisors for the Chicago chapter of the American Constitution Society for Law and Policy and is an Advisory Board Member of the Institute for Consumer Antitrust Studies.

Mr. Levitt is "AV" rated by Martindale Hubbell. He has been recognized in *Illinois Super Lawyers* for the past several years, acknowledged by Lawdragon as one of the 500 leading lawyers in America, and has been named "Litigator of the Week" by *American Lawyer Magazine*.

Mr. Levitt is also a Leaders' Forum member of the American Association for Justice, where he was selected to co-chair the Volkswagen Emissions Litigation Group, is a peer reviewer of articles submitted to AAJ's *Trial* magazine, as well as a member of the Publications Committee responsible for producing that magazine. Mr. Levitt has authored numerous articles on class action litigation and consumer protection;

**Director**
Direct Dial:
(312) 610-5400

E-Mail: alevitt@gelaw.com

**Education:**
Northwestern University School of Law, J.D. (1993)

Columbia College, Columbia University, A.B. *magna cum laude* (1990)

**Admissions:**

Illinois, New York, Supreme Court of the U.S., U.S. Court of Appeals for the 1st Circuit, U.S. Court of Appeals for the 2nd Circuit, U.S. Court of Appeals for the 3rd Circuit, U.S. Court of Appeals for the 7th Circuit, U.S. Court of Appeals for the 8th Circuit, U.S. Court of Appeals for the 9th Circuit, U.S. District Court for the District of CO, U.S. District Court for the Northern District of IL, U.S. District Court for the Central District of IL, U.S. District Court for the Southern District of IL, U.S. District Court for the Northern District of IN, U.S. District Court for the District of NE, U.S. District Court for the Northern District of TX, U.S. District Court for the Eastern District of TX, U.S. District Court for the Southern District of TX

some of his most recent publications include: "The Volkswagen Emissions Scandal: What's Next?," TRIAL, Vol. 52, No. 2 (2016); "Volkswagen Scandal is Perfect Fit for a Damages Class Action," *Portfolio Media* (Law360), September 2015; "The Ascertainability Fallacy and Its Consequences," *AAJ Class Action Litigation Newsletter*, Spring 2015; "The Role and Function of Corporate Representatives at Trial," *The Trial Lawyer*, Vol. II, No. IV (2013); "Multidistrict Litigation Practice: The Function and Shifting Focus of the JPML in Class Action and Other 'Bet the Company' Litigation," chapter from *Straight from the Top: Case Studies in the World of Litigation (2012)*; "Sticky Situations in Mass Tort Settlements," TRIAL, Vol. 48, No. 11 (2012); "CAFA and Federalized Ambiguity: The Case for Discretion in the Unpredictable Class Action," 120 *Yale Law Journal Online* 231 (2011).

In addition to his writings, Mr. Levitt is a frequent speaker on topics including automotive litigation, consumer protection, multidistrict litigation, and biotechnology issues.  Mr. Levitt has also testified before the Illinois Supreme Court Rules Committee on class action practice and related issues. In addition to chairing an annual class action litigation conference in Chicago, some of Mr. Levitt's more recent speaking engagements include:

- Volkswagen Emissions Fraud Litigation Update," Plaintiff-Only Hot Topics and Trends in Litigation Seminar, 2015;
- "Poison in the Wall: GMO Crop Contamination Litigation," Valparaiso Law Review Symposium, 2015;
- "Criteria Approving Class Action Settlements," The Duke Law Center for Judicial Studies – Class Action Settlement Conference, 2015;
- "Consumer Litigation Roundtable: Judicial Perspectives on the Management of Class Action Cases," Perrin Class Action Litigation Conference – Chicago 2015 (Conference Co-Chair);
- "Challenges to Ascertainability, "Fail-Safe" Classes, Standing, and Class Member Injury," CBA Class Action Conference: Challenges to Class Membership, 2015;
- Commentator – Writing Better Jury Instructions: Antitrust as an Example," 15th Annual Loyola Antitrust Colloquium, 2015;
- "Making Your Parents Proud: Crafting a Meaningful Settlement," AAJ-NACA  Consumer Warranty Class Action Litigation Seminar, 2014;
- "Lessons on Motions to Dismiss From Other Car Defect Cases," HarrisMartin's MDL Conference: General Motors Ignition Switch Recall Litigation, 2014;
- "The Process that Works – Class Action Mediation LIVE!" 18th Annual National Institute on Class Actions, 2014;
- "Litigating the Class Action: *In re General Motors Ignition Switch Litigation*," AAJ Education's Plaintiff-Only Hot Topics and Trends in Litigation Seminar: GM Auto Recall, 2014; "Fighting the Class Action Battle: What Every Lawyer Needs to Know About Filing the Class Certification Motion," Trial Lawyers Summit, 2013;
- Disaster Averted, Mass Tort Resolved - Settling Mass Tort Disaster Cases," American Bar Association, Section of Litigation Annual Conference, 2013;
- "The JPML's 1404/1407 Shift and the End of Reflexive Transfer," Aggregate Litigation After Class Actions Conference of Law Seminars International, 2013;

Complete lists of Mr. Levitt's articles and speaking engagements are available at http://www.gelaw.com/attorneys/levitt/.

Mr. Levitt graduated from Columbia College, Columbia University in 1990 (A.B., *magna cum laude*) and received his J.D. from Northwestern University School of Law in 1993.

# EXHIBIT B

**EXHIBIT B**

**COUNSEL SUPPORTING APPOINTMENT OF ADAM J. LEVITT**

      Pursuant to Pretrial Order No. 2 (Dkt. No. 336), the following attorneys, each of whom has filed one or more cases in this MDL litigation, support Adam J. Levitt's leadership application.

| Attorney Name | Firm Name | Firm Address | MDL Cases Filed |
|---|---|---|---|
| Martis Alex | Labaton Sucharow LLP | 140 Broadway<br>New York, New York 10005<br>Tel: 212-907-0700 | *Ruth Jelkmann, et al. v. Volkswagen Group of America, Inc.*, No. 2:15-cv-07566-DOC-SP (C.D. Cal.) |
| Lori E. Andrus | Andrus Anderson LLP | 155 Montgomery Street, Suite 900<br>San Francisco, California 94104<br>Tel: 415-986-1400 | *George Farquar, et al. v. Volkswagen Group of America, Inc.,* No. 15-4595-CRB (N.D. Cal.)<br><br>*Neal Swartz v. Volkswagen Group of America*, No. 15-4595-CRB (N.D. Cal.) |
| Khaldoun A. Baghdadi | Walkup, Melodia, Kelly & Schoenberger | 650 California Street, 26th Floor<br>San Francisco, California 94108<br>Tel: 415-981-7210 | *Scolnick, et al. v. Volkswagen Group of America, Inc.*, No. 2:15-cv-07292 (D. N.J.) |
| David Boies | Boies, Schiller & Flexner LLP | 333 Main Street<br>Armonk, New York 10504<br>Tel: 914-749-8200 | *Rogers v. Volkswagen AG, et al,* No. 2:15-cv-00061 (M.D. Tenn.) |
| Timothy G. Blood | Blood Hurst & O'Reardon LLP | 701 B Street, Suite 1700<br>San Diego, California 92101<br>Tel: 619-338-1100 | *DeFiesta, et al. v. Volkswagen Group of America, Inc., et al.*, No. 2:15-cv-07012-(D. N.J.) |

| Attorney Name | Firm Name | Firm Address | MDL Cases Filed |
|---|---|---|---|
| Elizabeth J. Cabraser | Lieff Cabraser Heimann & Bernstein, LLP | 275 Battery Street, 29th Floor San Francisco, California  94111 Tel:  415-956-1000 | *DeFiesta, et al. v. Volkswagen Group of America, Inc., et al.*, No. 2:15-cv-07012 (D. N.J.)<br><br>*Shalit, et al. v. Volkswagen Group of America, Inc.*, No. 3:15-cv-04354-LB (N.D. Cal.)<br><br>*Uttecht, et al. v. Volkswagen Group of America, Inc., et al.*, No. 2:15-cv-13529 (E.D. Mich.) |
| Shanon J. Carson | Berger & Montague, P.C. | 1622 Locust Street Philadelphia, Pennsylvania  19103 Tel:  800-424-6690 | *Fabiano, et al. v. Volkswagen Group of America, Inc.*, No. 2:15-cv-05333 (E.D. Pa.) |
| James E. Cecchi | Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. | 5 Becker Farm Road Roseland, New Jersey  07068 Tel:  973-994-1700 | *DeFiesta, et al. v. Volkswagen Group of America, Inc., et al.*, No. 2:15-cv-07012 (D. N.J.) |
| Jayne Conroy | Simmons Hanly Conroy LLC | 112 Madison Avenue New York, New York  10016 Tel:  212-784-6400 | *Smith v. Volkswagen Group of America, Inc.*, No. 3:15-cv-01053 (S.D. Ill.) |
| Lewis S. "Mike" Eidson | Colson Hicks Eidson | 255 Alhambra Circle, Penthouse Coral Gables, Florida  33134 Tel:  305-476-7400 | *Deehl v. Volkswagen Group of America, Inc., et al*., No. 1:15-cv-23605-FAM (S.D. Fla.) |

| Attorney Name | Firm Name | Firm Address | MDL Cases Filed |
|---|---|---|---|
| Paul J. Geller | Robbins Geller Rudman & Dowd LLP | 120 East Palmetto Park Road Suite 500 Boca Raton, Florida  33432 Tel:  561-750-3000 | *Hoag, et al. v. Volkswagen Group of America, et al.*, No. 3:15-cv-02367-LAB-RBB (S.D. Cal.)<br><br>*McMillen, et al. v. Volkswagen Group of America, Inc., et al.*, No. 2:15-cv-07615-DOC-SP (C.D. Cal.) |
| Eric H. Gibbs | Girard Gibbs LLP | One Kaiser Plaza, Suite 1125 Oakland, California  94612 Tel:  510-350-9710 | *Lau, et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:15-cv-04302-CRB (N.D. Cal.)<br><br>*Walker v. Volkswagen Group of America, Inc.*, No. 2:15-cv-07395-DOP-SP(C D. Cal.) |
| Robin Greenwald | Weitz & Luxenberg, P.C. | 700 Broadway New York, New York 10003 Tel:  212-558-5500 | *Clinton, et al. v. Volkswagen Group of America, Inc.*, No. 1:15-cv-05497 (E.D. N.Y.) |
| Robert K. Jenner | Janet Jenner & Suggs, LLC | 1777 Reisterstown Road, Suite 165 Baltimore, Maryland  21208 Tel:  410-653-3200 | *Gee v. Volkswagen Group of America, Inc.*, No. 1:15-cv-08628 (S.D. N.Y.) |
| Allan Kanner | Kanner & Whiteley, L.L.C. | 701 Camp Street New Orleans, Louisiana  70130 Tel:  504-524-5777 | *Truong v. Volkswagen Group of America, Inc. et al.*, No. 2:15-cv-07577 (D. N.J.) |

| Attorney Name | Firm Name | Firm Address | MDL Cases Filed |
|---|---|---|---|
| Robert S. Kitchenoff | Weinstein Kitchenoff & Asher, LLC | 100 South Broad Street, Suite 705<br>Philadelphia, Pennsylvania  19110<br>Tel:  215-545-7200 | | *Stein v. Volkswagen Group of America, Inc.*, No. 2:15-cv-07052 (D. N.J.) |
| Gary E. Mason | Whitfield Bryson & Mason LLP | 1625 Massachusetts Avenue NW<br>Suite 625<br>Washington, DC  20036<br>Tel:  202-429-2290 | *DeFiesta, et al. v. Volkswagen Group of America, Inc., et al.*, No. 2:15-cv-07012 (D. N.J.)<br><br>*Ghezzi, et al., v. Volkswagen Group of America, et al.*, No. 2:15-cv-07035 (D.N.J.)<br><br>*Drachler, et al., v. Volkswagen Group of America, et al.*, No. 2:15-cv-07131 (D.N.J.) |
| Joseph H. Meltzer | Kessler Topaz Meltzer & Check, LLP | 280 King of Prussia Road<br>Radnor, Pennsylvania  19087<br>Tel:  610-822-2210 | *Michael E Johnson, et al. v. Volkswagen Group of America, Inc.,* No. 2:15-cv-07394-MMM (C.D. Cal.) |
| W. Daniel Miles, III | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 218 Commerce Street<br>Montgomery, Alabama  36104<br>Tel:  800-898-2034 | *A Plus Auto, LLC v. Volkswagen Group of America, Inc., et al.,* No. 0:15-cv-04009 (E.D. Mich.) |
| E. Powell Miller | The Miller Law Firm P.C. | 950 West University Drive<br>Suite 300<br>Rochester, Michigan  48307<br>Tel:  248-841-2200 | *Bliss v. Volkswagen AG, et al.,* No. 2:15-cv-13573 (E.D. Mich.) |

| Attorney Name | Firm Name | Firm Address | MDL Cases Filed |
|---|---|---|---|
| Dianne M. Nast | Nastlaw LLC | 1101 Market Street, Suite 2801<br>Philadelphia, Pennsylvania  19107<br>Tel:  215-923-9300 | *Underwood v. Volkswagen Group of America, Inc.,* No. 2:15-cv-07178 (D. N.J.) |
| Blair A. Nicholas | Bernstein Litowitz Berger & Grossmann LLP | 12481 High Bluff Drive, Suite 300<br>San Diego, California  92130<br>Tel:  858-793-0070 | *Iris Stricklin, et al. v. Volkswagen Group of America, Inc., et al.,* No. 2:15-cv-07431-DOC-SP (C.D. Cal) |
| Frank M. Pitre | Cotchett Pitre & McCarthy, LLP | 840 Malcolm Road, Suite 200<br>Burlingame, California  94010<br>Tel:  650-697-6000 | *Smith, et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:15-cv-04403-CRB (N.D. Cal.)<br><br>*Safra v. Volkswagen Group of America, Inc., et al.*, No. 3:15-cv-04534-CRB (N.D. Cal.) |
| Peter Prieto | Podhurst Orseck, P.A. | City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, Florida  33130<br>Tel:  305-358-2800 | *David Doebler v. Volkswagen Group of America, Inc.*, No. 1:15-cv-23753-PCH (S.D. Fla.) |
| Joseph F. Rice | Motley Rice LLC | 28 Bridgeside Boulevard<br>Mount Pleasant, South Carolina  29464<br>Tel:  843-216-9000 | *Killebrew v. Volkswagen Group of America, Inc.,* No. 1:15-cv-03604 (N.D. Ga.) |

| Attorney Name | Firm Name | Firm Address | MDL Cases Filed |
|---|---|---|---|
| Mark P. Robinson, Jr. | Robinson Calcagnie Robinson Shapiro Davis, Inc. | 19 Corporate Plaza Newport Beach, California  92660 Tel:  949-720-1288 | *Christopher Springfield v. Volkswagen Group of America, Inc.*, No. 2:15-cv-07219-JLL-JAD (D.N.J.) *Giauque, et al. v. Volkswagen Group of America, Inc.*, No. 2:15-cv-07473-DOC-SP (C.D. Cal.) |
| Lynn Lincoln Sarko | Keller Rohrback L.L.P. | 1201 Third Avenue, Suite 3200 Seattle, Washington  98101 Tel:  206-623-1900 | *Crosson, et al. v. Volkswagen Group of America, Inc., et al.*, No. 2:15-cv-07475-DOC-SP (C.D. Cal.) *Temkin, et al. v. Volkswagen Group of America, Inc.*, No. 2:15-cv-07432-JFW (C.D. Cal.) |
| Christopher A. Seeger | Seeger Weiss LLP | 77 Water Street New York, New York  10005 Tel:  212-584-0700 | *DeFiesta, et al. v. Volkswagen Group of America, Inc., et al.*, No. 2:15-cv-07012 (D. N.J.) *Levin v. Volkswagen Group Of America, Inc.,* No. 2:15-cv-06985 (D. N.J.) |
| Marc M. Seltzer | Susman Godfrey LLP | 1901 Avenue of the Stars, Suite 950 Los Angeles, California  90067 Tel:  310-789-3100 | *Hill v. Volkswagen Group of America, Inc., et al.,* No. 3:15-cv-05715-CRB (N.D. Cal.) |

| Attorney Name | Firm Name | Firm Address | MDL Cases Filed |
|---|---|---|---|
| Hunter Shkolnick | Napoli Shkolnick PLLC | 1301 Avenue of the Americas<br>Tenth Floor<br>New York, New York  10019<br>Tel:  212-397-1000 | *Hayashi v. Volkswagen Group of America, Inc., et al.*, No. 2:15-cv-7060 (D. N.J.)<br><br>*Walther v. Volkswagen Group of America, et al.*, No. 1:15-cv-6243 (E.D.N.Y.) |
| Norman E. Siegel | Stueve Siegel & Hansen LLP | 460 Nichols Road, Suite 200<br>Kansas City, Missouri  64112<br>Tel:  816-714-7100 | *Morrey, et al. v. Volkswagen Group of America, Inc.,* No. 2:15-cv-04208 (W.D. Mo.) |
| Bruce L. Simon | Pearson, Simon Warshaw, LLP | 44 Montgomery Street, Suite 2450<br>San Francisco, California  94104<br>Tel:  415-433-9000 | *Gardiner, et al. v. Volkswagen Group of America, Inc.* No., 2:15-cv-07751 (D. N.J.) |
| Steven Skikos | Skikos Crawford Skikos & Joseph | One Sansome Street, Suite 2830<br>San Francisco, California  94103<br>Tel:  415-546-7300 | *Hall v. Volkswagen Group of America, Inc., et al.* (N.D. Cal.) |
| Todd A. Smith | Powers Rogers & Smith, P.C. | Three First National Plaza<br>70 West Madison Street, 55th Floor<br>Chicago, Illinois  60602<br>Tel:  312-313-0202 | *Hellweg, et al. v. Volkswagen Group of America, Inc., et al.*, No. 1:15-cv-08369 (N.D. Ill.)<br><br>*Milons v. Volkswagen Group of America, Inc., et al.*, No. 1:15-cv-10271 (N.D. Ill.)<br><br>*Hoekstra, et al. v. Volkswagen Group of America, Inc., et al.*, No. 1:15-cv-10274 (N.D. Ill.) |

| Attorney Name | Firm Name | Firm Address | MDL Cases Filed |
|---|---|---|---|
| J. Gerard Stranch, IV | Branstetter, Stranch & Jennings, PLLC | The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee  37203<br>Tel:  615-254-8801 | *Bullard v. Volkswagen Group of America, Inc., et al.,* No. 1:15-cv-00251 (E.D. Tenn.) |
| Roland Tellis | Baron and Budd, P.C. | 15910 Ventura Boulevard<br>Suite 1600<br>Encino, California  91436<br>Tel:  818-839-2320 | *Mayerson, et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:15-cv-04390-CRB (N.D. Cal.)<br><br>*Signore, et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:15-cv-06095-CRB (N.D. Cal.) |
| Steven J. Toll | Cohen Milstein Sellers & Toll PLLC | 1100 New York Avenue NW<br>Suite 600<br>Washington, DC  20005<br>Tel:  202-408-4600 | *Steffensen, et al. v. Volkswagen Group of America, Inc.*, No. 1:15-cv-01218-LO- MSN (E.D. Va.) |
| Greg Travalio | Isaac Wiles Burkholder & Teetor LLC | Two Miranova Place<br>Columbus, Ohio  43215<br>Tel:  614-221-2121 | *Ribar, et al. v. Volkswagen Group of America, Inc.,* No. 2:15-cv-03006 (S.D. Ohio) |
| Sol Weiss | Anapol Weiss | One Logan Square<br>130 North 18th Street, Suite 1600<br>Philadelphia, Pennsylvania  19103<br>Tel:  215-735-1130 | *Yordy, et al. v. Volkswagen Group of America, Inc.*, No. 3:15-cv-02317 (M.D. Pa.) |

8

| Attorney Name | Firm Name | Firm Address | MDL Cases Filed |
|---|---|---|---|
| K. Craig Wildfang | Robins Kaplan LLP | 800 LaSalle Avenue Suite 2800<br>Minneapolis, Minnesota  55402<br>Tel:  612-349-8500 | *Goldman, et al. v. Volkswagen Group of America, Inc., et al.,* No. 1:15-cv-01574-LO-MSN (E.D. Va.) |
| Charles S. Zimmerman | Zimmerman Reed, LLP | 1100 IDS Center<br>80 South 8th Street<br>Minneapolis, Minnesota  55402<br>Tel:  612-341-0400 | *Carroll v. Volkswagen Group of America, Inc.,* No. 2:15-cv-13360 (E.D. Mich.) |

# EXHIBIT C

# PERRY, ATKINSON, BALHOFF, MENGIS, BURNS & ELLIS, L.L.C.
## ATTORNEYS AT LAW

John W. Perry, Jr.
Daniel R. Atkinson, Jr.
Daniel J. Balhoff
Joseph W. Mengis †
Robert J. Burns, Jr.
Randi S. Ellis
John W. Perry, III

2141 Quail Run Drive
Baton Rouge, Louisiana 70808
Telephone: 225-767-7730
Fax: 225-767-7967

Daniel R. Atkinson, Sr.
*Of Counsel*

†Board Certified in Estate Planning
and Administration by the Louisiana
Board of Legal Specialization

**Direct Dial: 225-767-9425**

E-Mail Address:
perry@pabmb.com

January 8, 2016

Honorable Charles R. Breyer
Senior District Judge
San Francisco Courthouse
Courtroom 6 - 17th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

In re:  Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation
Case No.: 3:15-md-02672-CRB
United States District Court, Northern District of California

Dear Judge Breyer:

I understand that Adam Levitt is seeking appointment as plaintiffs' lead counsel in this litigation, or alternatively, to serve as a member of the plaintiffs' steering committee.  The purpose of this letter is to offer my thoughts and highly recommend that his leadership application be given serious consideration.

Among other occasions I have dealt with Mr. Levitt, my primary support comes from the extensive work we performed together before Judge Catherine D. Perry in *In re Genetically Modified Rice Litigation,* MDL No. 1811 (E.D. Mo.), where he served as Co-Lead Counsel.  I served as the mediator in that matter, which was eventually resolved following three MDL bellwether trials to verdict and multiple rounds of intensive, and often spirited, mediation among multiple parties – including differently situated plaintiffs' contingents and domestic and foreign defendants. Throughout that lengthy process, Mr. Levitt earned not only the Court's respect but that of his opponents as well.  He demonstrated his mature approach to aggressive litigation without ever closing the door to the eventual goal of settlement.  He was a creative problem solver and was professional at all times.  He possesses the maturity, experience, ability and temperament which would be valuable in this matter or any case.

Further proof of the high esteem and regard in which Mr. Levitt is held in the bar is his election to the American Law Institute and his appointment to the Advisory Council of the Duke Law Center for Judicial Studies, organizations that foster the advancement of the legal process, the interaction between bench and bar, and the creative analysis and resolution of issues critical to the practice of law -- all of which lend support to my recommendation of Mr. Levitt for a leadership position here.

Please feel free to contact me in the event I can provide any further helpful information.

With kindest personal regards, I remain

Very truly yours,

*John W. Perry, Jr.*

John W. Perry, Jr.

JWPjr/sbr