# Paul S. Rothstein
ATTORNEY AT LAW

626 N.E. First Street
Gainesville, Florida 32601

(352) 376-7650
Fax: (352) 374-7133

151 S.E. Eighth Street
Ocala, Florida 34471
(352) 351-8582

Lake City, Florida
(904) 752-5755

January 8, 2016

**VIA ECF FILING:**
The Honorable Charles R. Breyer
United States District Court for the
Northern District of California
Courtroom 6, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

> RE: *In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, MDL No. 2672 CRB (JSC)*

Dear Judge Breyer,

Paul S. Rothstein respectfully submits this application for appointment to the Plaintiff's Steering Committee ("PSC"). During the course of my career, which began with my admission to The Florida Bar in 1980, I have been involved in consumer and environmental class actions as co-lead counsel against a number of multinational corporations including Chevron, Shell, Hoechst Celanese, AT&T, Sam's Club, Koppers, Inc. and The Hoover Company. I have litigated unfair business practices in these cases in courts in Florida, New Jersey, and Texas.

As the Court noted, the challenging issue in this case is not liability. To that end, in the action on behalf of my client, Mr. Scott Siewert, before transferred, I filed a motion for class certification, an incorporated memorandum of law and extensive number of exhibits to support an expedited hearing on class certification for a class of consumers who purchased their vehicles in Florida. My action, Civil Action No.: 6:15-cv-1728-ORL-37-GJK filed in the Middle District of Florida lists as defendants, Volkswagen Group of America, Inc., the dealer defendant, RVWVT Motors, LLC which has a large number of dealerships throughout the country and the individual defendant, Michael Horn who served as President of Volkswagen Group of America, Inc. I effectuated service expeditiously on all these defendants.

I have worked in Gainesville Florida with a data driven statistics firm that has been involved in a number of class action cases requiring the crunching of big data. I am confident that this firm will be able to provide a substantial contribution to a model necessary to establish appropriate damages to the Florida class under the Florida DUPTA statute.

Case 3:15-md-02672-CRB   Document 727   Filed 01/08/16   Page 2 of 3

Page 2
January 8, 2016
Re: *In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products
Liability Litigation, MDL No. 2672 CRB (JSC)*

In that the dealer defendant, RVWVT MOTORS LLC, a Delaware Limited Liability Company owns or has some ownership interest in many dealerships throughout the country, I request to serve in a leadership role in pursuing potential claims against them and Michael Horn, individually. I also request to be placed on the PSC to represent the interests of purchasers of vehicles in Florida.

My professional relevant experience includes:

I am admitted to practice in the United States District Courts for the Northern and Middle Districts of Florida. My memberships include: Academy of Florida Trial Lawyers, and The Florida Bar Association Trial Lawyer Section. I became a member of The Florida Bar in 1980 and have been involved as counsel or co-counsel in the representation of clients in the following class action cases, including:

*Ortega v Chevron*, 4:14-cv-02416
   Southern District of Texas, Houston Division (Class Certified, case settled)
*Yariv, et al. v. AT&T Corp., et al.*, SOM-L-272-05
   Superior Court of New Jersey, Somerset County (Class Certified, case settled.)
*Hill v. The Hoover Company, et al.*, 01-2005-CA-759
   Eighth Judicial Circuit in and for Alachua County Florida (Class certification denied)
*Bolton et al., v. Koppers Inc., et al.*, 1:10-cv-253-MCR-GRJ
   USDC Northern District of Florida, Gainesville Division (Pending)
*Sunfower Health, Inc., v. First Data Corp., et al.*, 1:15-cv-00128-MW-GRJ
   USDC Northern District of Florida, Gainesville Division (Pending)
*Hall et al., v. SeaWorld Entertainment Inc.*, 3:15-cv-00660-CAB-RBB
   USDC Southern District of California (Pending)
*Seiwert et al., v. Volkswagen Group of America, et al.*, 6:15-cv-01728-RBD-GJK
   USDC Middle District of Florida, Orlando Division (Pending)
*Fiala v. Metropolitan Life Ins. Co.*, New York state court, New York, New York. (Class certified and settlement approved by court.)
*Wise, et al. v. Correctional Medical Services, et al.*, 97-665-CAA
   Marion County, Florida (Class certified, de-certified on appeal, case settled.)
*Bartholomaei, et al. v. Land Rover North America, Inc.*, 03-006834
   Allegheny County, Pennsylvania (Putative class.)
*Hunter's Ridge, et al. v. Georgia-Pacific Corporation, et al.*
   USDC Middle District of Florida (Complex litigation, not a class action.)
*Garmey et al. v. Franklyn "Frankie" Perry*, District Court of Clark County, Nevada (Class Action – Ponzi Scheme)
*Cox v. Shell Oil Company, et al.*, Chancery Court for Obion County, Tennessee, at Union City, Tennessee; (Class Action – Defective Product)
*Spencer et at. v. Shell Oil Company, et al.*, Circuit Court of Greene County, Alabama; (Class Action – Defective Product)
*Viera v. Hoechst Celanese Corporation, Shell Oil Company d/b/a Shell Chemical Company; E.I. Dupont et al.*, Circuit Court of the 11th Judicial Circuit, Dade County, Florida; (Class Action – Defective Product)

*Walker v. State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*, Circuit Court of the 11th Judicial Circuit, Dade County, Florida; (Class Action – Insurance)

*Campbell v. Braun d/b/a Ocala Dental Care, and Correctional Medical Services, Inc.*, Circuit Court, 5th Judicial Circuit, Marion County, Florida; (Class Action – Unfair and Deceptive Trade Practice)

*O'Seep v. Syncronys Softcorp et al.*, Circuit Court of the 5th Judicial Circuit, Marion County, Florida; (Class Action – Computer Software)

As my actions in the *Seiwert* case demonstrate, I am prepared to commit, the resources, both financial and labor necessary to advance this litigation expeditiously. I am confident that I will work effectively with other attorneys appointed to the PSC. In past litigation, I have co-counseled with attorneys throughout the country with significantly different backgrounds. These counsel include William J. Dubanevich, David Carriger, Stuart Calwell, Peter Cambs, Parker Waichman, LLP, Debra Hayes, Steve Berman, Peter Pearlman, Ted Trief, and Stuart Yoes.

I thank you for your consideration of my application.

Sincerely,

*[signature: Paul S. Rothstein]*

Paul S. Rothstein