UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation | Case No. 15-md-02672-CRB<br><br>**CLERK'S NOTICE** |

NOTICE IS HEREBY GIVEN that the Court will conduct a conference on Thursday, January 21, 2016 at 8:00 a.m. in the Ceremonial Courtroom on the 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

Listening live to the status conference - Consistent with Federal Rules of Civil Procedure 1's command that the court and parties construe, administer and employ the Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding," counsel, other than lead defense counsel, may listen to the January 21, 2016 conference through CourtCall and thus need not incur the expense and burden of attending the conference in person. Access to the conference may be arranged by calling CourtCall at (866) 582-6878 not later than 5:00 p.m. on January 20, 2016. CourtCall participants may only listen to the proceeding.

Dated: January 8, 2016

Susan Y. Soong
Clerk, United States District Court

By: _____
Barbara Espinoza, Deputy Clerk to the
Honorable CHARLES R. BREYER