

DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE

January 8, 2016

<u>VIA ECF FILING</u>

Hon. Charles R. Breyer
United States District Court
Northern District of California
Phillip Burton Federal Bldg.
450 Golden Gate Ave.
San Francisco, California 94012

   Re: *In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*; Case No. 15-MD-2672 CRB (JSC)

Dear Judge Breyer:

  Guided by this Court's Pretrial Order No. 2, I respectfully request appointment as Co-Lead counsel or, alternatively, a member of Plaintiffs' Steering Committee to represent all plaintiffs seeking economic damages. My firm filed three class cases against defendants Volkswagen Group of America, Inc., Volkswagen AG and Audi AG, including one here in the Northern District of California, on behalf of 47 plaintiffs from 26 different states. As reflected in Attachment B, my application is supported by more than 60 law firms who filed cases in this MDL. Below, I address the criteria requested by the Court.

  Volkswagen's admitted use of a "defeat device" to surreptitiously evade emissions regulations has shifted the initial focus of this case from culpability to remedy. But the remedy will not be a simple one. Indeed, just days ago, the EPA issued a press release which notably cautioned – "So far, recall discussions with the company have not produced an acceptable way forward." To this end, having had experience with diesel emissions cases before, my firm retained a number of consultants to assist us in evaluating the appropriate remedy in this case. We retained a distinguished professor of atmospheric chemistry and an engineer whose doctoral dissertation addressed the use of defeat devices to evade emissions regulations. Their work led to changes in the emissions certification procedures for new vehicles. Indeed, both experts worked closely with the EPA and CARB to develop vehicle emissions inspection and testing procedures. In this case, we worked on developing a testing protocol to establish a "baseline" for the class vehicles in order to determine whether any "fix" or remedy proposed or implemented by Volkswagen will adversely affect, among other things, the class vehicles' fuel efficiency and performance. These issues, among others, must be taken into account in shaping an appropriate remedy here.

  The subject matter of this case is not new to our law firm, which has a long history of prosecuting high profile and complex environmental cases. Notably, we previously represented three Bay-area environmental organizations in litigation against school bus provider Laidlaw Transit concerning harmful diesel exhaust emissions from school buses. *See Environmental Law Foundation et al. v. Laidlaw Transit, Inc.*, *et al.*; S.F. Sup. Ct. Case No. CGC 06-451832 (Hon. Ernest H. Goldsmith; Court Clerk 415-551-3823). Our firm negotiated a settlement which, among other things, required Laidlaw to retrofit older school buses in its California fleet with air pollution control devices to protect young children from exposure to harmful diesel exhaust, and to invest millions in its national fleet to purchase new buses that meet the most stringent air pollution standards in the country.



From the outset of this case, I worked collaboratively with other plaintiffs' counsel to share information necessary to effectively prosecute this case. In this regard, I was invited to make presentations at several "*DieselGate*" seminars in Miami and New Orleans concerning issues we can expect to face in this litigation, including the propriety of asserting RICO claims. Finally, I collaborated with other counsel to ensure that Volkswagen's "goodwill program" would not hinder the prosecution of consumers' class claims. Through these efforts, and my professional relationships, I believe I have earned the trust of the law firms who support my application.

My firm and I will commit the necessary time, energy and financial resources to this case, making it a matter of our highest priority. Indeed, our practice is dedicated to cases like this. Attachment A provides a truncated description of our leadership roles and experience in numerous other multi-state, complex class action cases, including several automotive defect class cases. A representative sample of my personal experience in such cases includes:

- One of three lawyers appointed to the Plaintiffs' Steering Committee in *In Re: Takata Airbag Products Liability Litigation*; S.D. Fla. Case No. 15-md-02599-FAM. A multi-state class action involving millions of vehicles equipped with a defective airbag inflator that is also one of the largest consumer product recalls in U.S. history. (Hon. Federico A. Moreno; Court Clerk: 305-523-5110)

- Co-Lead counsel in *In Re MyFord Touch Consumer Litigation*, N.D. Cal. Case No. 3:13-cv-03072-EMC. A multi-state class action involving millions of vehicles equipped with a defective "infotainment system." (Hon. Edward M. Chen; Court Clerk: 415-522-2034)

- Lead counsel in *Falco v. Nissan North America, Inc.*, C.D. Cal. Case No. 2:13-cv-00686-DDP. A class action involving hundreds of thousands of vehicles equipped with a defective timing chain system. (Hon. Dean D. Pregerson; Court Clerk: 213-894-3913)

- Co-Lead counsel in *Aarons v. BMW*, C.D. Cal. Case No. 2:11-cv-07667-PSG. A class action involving hundreds of thousands of vehicles equipped with a defective transmission. (Hon. Philip S. Gutierrez; Court Clerk: 213-894-8899)

- Co-Lead counsel in *Bias v. Wells Fargo Bank*, N.D. Cal. Case No. 4:12-cv-00664-YGR. A certified nationwide RICO class action involving millions of mortgage loans. (Hon. Yvonne Gonzalez Rogers; Court Clerk: 510-637-3549)

- Co-Lead (for Mortgagor Class) in *In Re LIBOR-Based Financial Instrument Antitrust Litigation*, S.D.N.Y. Case No. 1:11-md-02262-NRB. A class action case filed on behalf of homeowners alleging the artificial manipulation of the London Interbank Offered Rate. (Hon. Naomi Reice Buchwald; Court Clerk 212-805-0194)



Baron & Budd is a Dallas-based firm and is one of the oldest and most successful plaintiffs' firms in the country. It has been named repeatedly to the National Law Journal's "Plaintiffs' Hot List" of exemplary plaintiffs' firms in the United States. Additionally, it has been selected by *American Lawyer* as one of the sixteen most successful plaintiffs' firms in the country. We have 40 lawyers and 126 support staff, including paralegals and technical support personnel, in our offices in Dallas, Austin, Baton Rouge and Los Angeles, which I co-manage. Since its founding almost 40 years ago, the firm has recovered billions for its clients and has garnered national acclaim for its complex litigation work on behalf of plaintiffs in cases like this. A representative sample of the firm's noteworthy accolades, and other relevant information, is included in Attachment A.

I too have been fortunate to receive accolades for my own work on complex litigation cases. For example, I received commendation from the Department of Justice for assisting them in the successful parallel prosecution of a multi-million dollar foreign currency Ponzi scheme. I was elected to serve on the Board of Governors of the Association of Business Trial Lawyers, and was appointed to serve as a Lawyer Representative to the Ninth Circuit Judicial Conference. I was appointed Chair of the Central District of California's Attorney Settlement Officer Panel Committee and was appointed by Chief Judge George King to serve on the Central District of California's Attorney Admission Fund Board. Along the way, I have been named among the *Best Lawyers In America* (2015, 2016) and a *SuperLawyer* every year since 2006.

Additionally, my strategic approach to cases like this is shaped by the fact that, before joining Baron & Budd, I practiced with the international law firms of Bingham McCutchen LLP and Milbank, Tweed, Hadley & McCloy LLP, where I litigated complex cases on behalf of corporate defendants, and tried multi-million dollar cases to verdict.

I note that my firm and I have also worked closely with Kenneth Feinberg, the recently appointed administrator of Volkswagen's compensation fund. A somewhat analogous fund for personal injury victims was administered by Mr. Feinberg in the *General Motors Ignition Switch Defect* case. There, I provided Mr. Feinberg with information and insight on the breadth and scope of the ignition defect, the nature of the injuries suffered by personal injury victims, some of whom we represented, and the appropriate structure and amount of compensation.

A common thread in my firm's history of success is a well-managed leadership structure populated by talented lawyers committed to efficiency, communication and collaboration. To that end, we commit to working with any group of lawyers selected by this Court to achieve the best possible outcome for the class. We stand ready to prosecute the case without delay.

Respectfully submitted,

/s/ Roland Tellis

Roland Tellis

# Attachment A

| | | | **BARON & BUDD, P.C.®** |
|---|---|---|---|
| www.baronandbudd.com | 3102 Oak Lawn, Ave, Suite 1100 | Dallas, TX  75219-4281 | |
| | | | Tel: 214.521.3605<br>Fax: 214.520.1181 |

   **Firm Resume**

Baron & Budd, P.C. is among the largest, oldest and most accomplished plaintiffs' law firms in the country.  With 40 attorneys and 126 support staff, in offices in Dallas, Austin, Baton Rouge and Los Angeles, the Firm has the expertise and resources to handle complex litigation throughout the United States.  As a law firm that prides itself on remaining at the forefront of novel and complex litigation, Baron & Budd has spearheaded many significant cases for entities and individuals, recovering billions of dollars for its clients.

Since the Firm was founded in 1977, Baron & Budd has achieved national acclaim for its work on cutting-edge litigation, including:

- In 2014, Baron & Budd was named by the *National Law Journal* as one of America's "Elite Trial Lawyers."

- In 2002-2006, 2008, 2011-2013, Baron & Budd was named to the *National Law Journal*'s "Plaintiffs' Hot List" of exemplary plaintiffs' firms in the United States.

- *American Lawyer* named Baron & Budd one of the sixteen most successful plaintiffs' firms in the country.

- Baron & Budd has been repeatedly selected by *The Legal 500* as one of the country's premier law firms in mass tort claims and class action litigation.

- In 2010, Baron & Budd was one of only four firms chosen to serve on both the Plaintiffs' Executive Committee and the Plaintiffs' Steering Committee of the *Deepwater Horizon Gulf Oil Spill* MDL.

- In 2009, Baron & Budd was a finalist for the Public Justice "Trial Lawyer of the Year" Award for its recovery of more than $400 million on behalf of  more than 150 municipalities from 17 states, and for its bank overdraft fee class action litigation.

- In 2007, Budd & Baron was honored with the Wiedemann Wysocki National Finance Council Award from the American Association for Justice in recognition of its commitment to the legal profession and its efforts to improve the civil justice system.

- In 2006, the non-profit Public Justice named a team of Baron & Budd attorneys "Trial Lawyer of the Year" for their work on environmental litigation that spanned 21 years, involved over 1,600 plaintiffs, and resulted in a multi-million dollar recovery.

Additional information is available on the Firm's website at  www.baronandbudd.com.

**BARON & BUDD, P.C.**

Roland Tellis is Head of the Firm's Class Action Practice Group. He has held leadership roles in numerous multi-state, complex class action cases, including several high profile automotive defect class cases, involving federal claims, common law claims and the laws of different states. A representative sample of such cases, and the Firms' leadership roles in other cases, includes:

- One of three lawyers appointed to the Plaintiffs' Steering Committee in *In Re: Takata Airbag Products Liability Litigation*. A multi-state class action involving millions of vehicles equipped with a defective airbag inflator that is also one of the largest consumer product recalls in U.S. history.

- Co-Lead counsel in *In Re MyFord Touch Consumer Litigation*. A multi-state class action involving millions of vehicles equipped with a defective "infotainment system."

- Lead counsel in *Falco v. Nissan North America, Inc.*. A class action involving hundreds of thousands of vehicles equipped with a defective timing chain system.

- Co-Lead counsel in *Bias v. Wells Fargo Bank*. A certified nationwide RICO class action involving millions of mortgage loans.

- Co-Lead (for Mortgagor Class) in *In Re LIBOR-Based Financial Instrument Antitrust Litigation*, a class action case filed on behalf of homeowners alleging the artificial manipulation of the London Interbank Offered Rate.

- The Firm served on the Plaintiffs' Steering Committee in a multi-state class action concerning the manipulation of bank overdraft fees. It helped achieve a $410 million settlement with Bank of America and was co-lead counsel in negotiations that resulted in a $110 million settlement with JPMorgan Chase.

- One of a handful of firms who helped achieve a landmark multi-million dollar nationwide settlement involving defective Chinese drywall.

- The Firm represented the states of Mississippi, Maryland, Kentucky, West Virginia, South Carolina, Utah and New Mexico in lawsuits against GlaxoSmithKline arising out of the fraudulent marketing of the drug Avandia that resulted in a multi-million dollar settlement.

Mr. Tellis has also been fortunate to receive accolades for his work on complex litigation cases. For example, he received commendation from the Department of Justice for assisting them in a parallel prosecution of a multi-million dollar Ponzi scheme, and was named among the *Best Lawyers In America* (2015, 2016) and a *Super Lawer* (2006-2015). He was elected to serve on the Board of Governors of the Association of Business Trial Lawyers and was appointed to serve as a Lawyer Representative to the Ninth Circuit Judicial Conference. He was the Chair of the United States District Court for the Central District of California's Attorney Settlement Officer Panel Committee, and was appointed by the Central District of California Chief Judge to the Central District's Attorney Admission Fund Board. Along the way, has devoted time to the *pro bono* representations of indigent clients and has mentored young lawyers and law students in association with the South Asian Bar Association.

2

# Attachment B

**List of Counsel in Transferred Cases Supporting
Application of Roland Tellis of Baron & Budd, P.C.**

*IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING,
SALES AND PRODUCT LIABILITY LITIGATION
MDL NO. 15-2672*

**Lieff Cabraser Heimann & Bernstein, LLP**
Elizabeth Cabraser
David Stellings
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

**Cotchett Pitre & McCarthy LLP**
Joseph W. Cotchett
Frank Pitre
840 Malcolm Road, Suite 200
Burlingame, CA 94010

**Hagens Berman Sobol Shapiro LLP**
Steve W. Berman
Tom Loeser
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101

**Boies Schiller & Flexner LLP**
David Boies
Stephen N. Zack
100 SE Second Street
Suite 2800
Miami, FL 33131

**Robinson, Calcagnie & Robinson**
Mark P. Robinson, Jr.
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660

**Grant & Eisenhofer P.A.**
Adam J. Levitt
30 North LaSalle Street
Suite 1200
Chicago, IL 60602

**Seeger Weiss LLP**
Christopher A. Seeger
77 Water Street
26th Floor
New York, NY 10005

**Labaton Sucharow LLP**
Martis A. Alex
140 Broadway
New York, NY 10005

**Robbins Geller Rudman and Dowd LLP**
Paul J. Geller
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432

**Girard Gibbs LLP**
Eric H. Gibbs
601 California Street
14th Floor
San Francisco, CA 94108

**Carella Byrne Cecchi Olstein Brody & Agnello, P.C.**
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068

**Susman Godfrey LLP**
Marc M. Seltzer
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067-6029

**Podhurst Orseck, P.A.**
Peter Prieto
25 West Flagler Street
Suite 800
Miami, FL 33130

**Keller Rohrback L.L.P.**
Gretchen Freeman Cappio
1201 Third Avenue
Suite 3200
Seattle, WA 98101

**Bernstein Litowitz Berger & Grossmann LLP**
Blair Allen Nicholas
12481 High Bluff Drive
Suite 300
San Diego, CA 92130

1

| | | |
|---|---|---|
| **Power Rogers and Smith, PC**<br>Todd Allen Smith<br>70 W. Madison Street<br>55th Floor<br>Chicago, IL 60602 | **Barnow and Associates, P.C.**<br>Ben Barnow<br>One North LaSalle Street<br>Suite 4600<br>Chicago, IL 60602 | **Pritzker Levine LLP**<br>Elizabeth C. Pritzker<br>180 Grand Avenue<br>Suite 1390<br>Oakland, CA 94612 |
| **Viles & Beckman, LLC**<br>Maria R. Alaimo<br>6350 Presidential Ct.<br>Suite A<br>Ft. Myers, FL 33919 | **Jones Ward PLC**<br>Jasper Ward<br>Marion E. Taylor Building<br>312 South Fourth Street<br>Sixth Floor<br>Louisville, KY 40202 | **BeasleyAllen**<br>W. Daniel Miles, III<br>218 Commerce Street<br>Montgomery, AL 36104 |
| **Golomb & Honik PC**<br>Richard Golomb<br>1515 Market Street<br>Suite 1100<br>Philadelphia, PA 19102 | **Schlesinger Law Offices**<br>Jeffrey L. Haberman<br>1212 SE Third Avenue<br>Fort Lauderdale, FL 33316 | **Anapol Weiss**<br>Sol H. Weiss<br>One Logan Square<br>130 N. 18th Street<br>Philadelphia, PA 19103-6690 |
| **Simmons Hanly Conroy, LLC**<br>Jayne Conroy<br>112 Madison Avenue<br>New York, NY 10016 | **The Driscoll Firm, P.C.**<br>John J. Driscoll<br>One Metropolitan Square<br>211 N. Broadway<br>Suite 2440<br>St. Louis, MO 63102 | **Minami Tamaki, LLP**<br>Jack W. Lee<br>360 Post Street, 8th Floor<br>San Francisco, CA 94108 360<br>Post Street, 8th Floor<br>San Francisco, CA 94108 |
| **Weitz & Luxenberg, P.C.**<br>Perry Weitz<br>Robin Greenwald<br>700 Broadway<br>New York, NY 10003 | **Cafferty Clobes Meriwether & Sprengel LLP**<br>Bryan L. Clobes<br>1101 Market Street<br>Suite 2650<br>Philadelphia, PA 19107 | **Gomez Trial Attorneys**<br>John Fiske<br>655 West Broadway<br>Suite 1700<br>San Diego, CA 92101 |
| **Colson Hicks Eidson**<br>Lewis Mike S. Eidson<br>255 Alhambra Circle<br>Penthouse<br>Coral Gables, FL 33134 | **Kanner and Whiteley LLC**<br>Allan Kanner<br>701 Camp Street<br>New Orleans, LA 70130-3504 | **Mazie Slater Katz Freeman, LLC**<br>Matthew Ross Mendelsohn<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 |
| **Cefalo & Associates**<br>Michael J. Cefalo<br>309 Wyoming Avenue<br>West Pittston, PA 18643 | **Heninger Garrison Davis, LLC**<br>William Lewis Garrison, Jr.<br>2224 1st Avenue North<br>Birmingham, AL 35203 | **Zimmerman Reed LLP**<br>Caleb Marker<br>555 East Ocean Boulevard<br>Suite 500<br>Long Beach, CA 90802 |

| | | |
|---|---|---|
| **Kristensen Weisberg LLP**<br>John Peter Kristensen<br>12304 Santa Monica Boulevard<br>Suite 100<br>Los Angeles, CA 90025 | **Wolf Haldenstein Adler Freeman & Herz LLP**<br>Alexander H. Schmidt<br>270 Madison Avenue<br>New York, NY 10016 | **Kreindler & Kreindler LLP**<br>James P. Kreindler<br>750 Third Avenue<br>New York, NY 10017 |
| **Slavik Law Firm, LLC**<br>Donald Harlan Slavik<br>2834 Blackhawk Court<br>Steamboat Springs, CO 80487 | **Blood Hurst & Reardon LLP**<br>Timothy J. Blood<br>701 B Street, Suite 1700<br>San Diego, CA 92101 | **Morgan & Morgan**<br>Scott Weinstein<br>12800 University Dr.<br>Suite 600<br>Fort Meyers, FL 33907 |
| **Shamberg, Johnson & Bergman**<br>John M. Parisi<br>2600 Grand Boulevard<br>Suite 550<br>Kansas City, MO 64108 | **Romano Law Group**<br>John Fletcher Romano<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 | **Levenfeld Pearlstein**<br>James David Brusslan<br>2 North LaSalle<br>Suite 1300<br>Chicago, Il 60602 |
| **Walkup, Melodia, Kelly & Schoenberger**<br>Khaldoun Baghdadi<br>650 California Street, 26th Fl.<br>San Francisco, CA 94108 | **Andrus Anderson LLP**<br>Lori Erin Andrus<br>155 Montgomery Street<br>Suite 900<br>San Francisco, CA 94104 | **Kaplan Voekler Cunningham & Frank PLC**<br>Stephen Earl Baril<br>1401 East Cary Street<br>Richmond, VA 23219 |
| **Bailey Glasser, LLP**<br>Benjamin L. Bailey<br>209 Capitol Street<br>Charleston, WV 25301-1386 | **Patten Wornom Hatten & Diamonstein LC**<br>William Wesley Coleman Harty<br>12350 Jefferson Avenue<br>Suite 300<br>Newport News, VA 23602 | **Law Office of Sheldon Miller**<br>Sheldon L. Miller<br>31731 Northwestern Highway<br>Suite 280 West<br>Famington Hills, MI 48334 |
| **Pearson Simon Warshaw, LLP**<br>Bruce L. Simon<br>44 Montgomery Street<br>Suite 2450<br>San Francisco, CA 94104 | **Schlichter Bogard Denton, LLP**<br>Roger Denton<br>100 South 4th Street<br>St. Louis, MO 63102 | **Law Offices of Todd M. Friedman, P.C.**<br>Todd M. Friedman<br>8730 Wilshire Boulevard<br>Suite 310<br>Beverly Hills, CA 90212 |
| **Azadian Law Group PC**<br>George S. Azadian<br>790 East Colorado Boulevard<br>9th Floor<br>Pasadena, CA 91101 | **Burns Charest LLP**<br>Warren Tavares Burns<br>500 N. Akard St.<br>Suite 2810<br>Dallas, TX 75201 | **Kaplan Fox Kilsheimer LLP**<br>Hae Sung Nam<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022 |

| | | |
|---|---|---|
| **Janet, Jenner & Suggs, LLC**<br>Robert K. Jenner<br>Commerce Centre East<br>1777 Reisterstown Road<br>Suite 165<br>Baltimore, MD 21208 | **Aiman-Smith & Marcy**<br>Hallie Von Rock<br>7677 Oakport Street, Suite 1150<br>Oakland, CA 94621 | **Fibich Leebron**<br>Tommy Fibich<br>1150 Bissonnet Street<br>Houston, TX 77005 |
| **Wallace & Graham**<br>Mona Wallace<br>525 N. Main St.<br>Salisbury, NC 28144 | **Askinazi Law & Business, LLC**<br>William Askinazi<br>12504 Palatine Ct.<br>Potomac, MD 20854 | **The Jacques Admiralty Law Firm, P.C.**<br>Alan Kellman<br>Penobscot Building<br>645 Griswold Street<br>Detroit, MI 48226 |
| **Napoli Shkolnik PLLC**<br>Hunter Shkolnik<br>1301 Avenue of the Americas<br>10th Floor<br>New York, NY 10019 | **Sugarman & Sugarman, P.C.**<br>Marianne C. LeBlanc<br>800 Boylston Street<br>30th Floor<br>Boston, MA 02199 | **Hendler Lyons Flores**<br>Scott Hendler<br>1301 West 25th Street<br>Suite 400<br>Austin, TX 78705 |