# EXHIBIT B

## PERSONS/FIRMS SUPPORTING WILLIAM A. KERSHAW/ KERSHAW COOK & TALLEY, PC ("KCT")

Edward A. Wallace
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone:  (312) 346-2222
(Supporting for Lead, Co-Lead, and/or PSC)

Jeffrey G. Wigington
Joseph M. Dunn
WIGINGTON RUMLEY DUNN
& BLAIR LLP
123 N. Carrizo Street
Corpus Christi, Texas 78401
Telephone:  (361) 885-7500
(Supporting for Lead, Co-Lead, and/or PSC)

Greg F. Coleman
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone:  (865) 247-0080
(Supporting for Lead, Co-Lead, and/or PSC)

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone:  (415) 956-1000
(Supporting for PSC)

Roland Tellis
J. Burton LeBlanc
BARON & BUDD, P.C.
Encino Plaza
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:  (818) 839-2320
(Supporting for PSC)

Adam J. Levitt
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Telephone:  (312) 214-0000
(Supporting for PSC)

Martis Alex
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
(Supporting for PSC)