# Exhibit B

**COUNSEL SUPPORTING APPOINTMENT OF THE JOSEPH SAVERI LAW FIRM**

1. Berger & Montague, P.C.
   1622 Locust Street
   Philadelphia, PA 19103
   (215) 875-3000

2. Branstetter Stranch & Jennings, PLLC
   223 Rosa L. Parks Avenue, Suite 200
   Nashville, TN 37203
   (615) 254-8801

3. Burns Charest LLP
   500 North Akard St., Ste. 2810
   Dallas, TX 75201
   (469) 904-4551

4. Cotchett Pitre & McCarthy LLP
   840 Malcolm Road, Suite 200
   Suite 200
   Burlingame, CA 94010
   (650) 697-6000

5. Gordon Ball, Attorney
   7001 Old Kent Drive
   Knoxville, TN 37919
   (865) 525-7028

6. Heins Mills & Olson, P.L.C.
   310 Clifton Avenue
   Minneapolis, MN  55403
   (612) 338-4605

7. Keller Rohrback LLP
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   (206) 623-1900

8. Lite DePalma Greenberg, LLC
   Two Gateway Center
   Suite 1201
   Newark, NJ 07102
   (973) 623-3000

9. Nagel Rice LLP
   103 Eisenhower Parkway
   Roseland, NJ 07068
   (973) 618-0400

10. Radice Law Firm
    34 Sunset Blvd
    Long Beach, NJ 08008
    (646) 386-7688

11. Stueve Siegel Hanson LLP
    550 West C Street, Suite 1750
    San Diego, CA 92101
    (619) 400-5822

12. Wagner Law Group, S.C.
    839 N. Jefferson Street, Suite 400
    Milwaukee, WI 53202
    (414) 278-7000

13. Wexler Wallace LLP
    55 West Monroe St., Ste. 3300
    Chicago, IL 60603
    (312) 589-6272

14. Zimmerman Reed LLP
    1100 IDS Center, 80 South 8th St.
    Minneapolis, MN 55402
    (612) 341-0400