# EXHIBIT A

**ELIZABETH J. CABRASER**
**Lieff Cabraser Heimann & Bernstein, LLP**
*Complete curriculum vitae and profiles available at lieffcabraser.com*

**EDUCATION:** **UNIVERSITY OF CALIFORNIA** at Berkeley (Boalt Hall) J.D., June 1978; **UNIVERSITY OF CALIFORNIA** at Berkeley, A.B., 1975

**PROFILE**: Ms. Cabraser has been named one of *National Law Journal*'s "100 Most Influential Lawyers in America" an unprecedented four times, in 1997, 2000, 2006, and 2013. She is a member of the American Law Institute Council and the American Academy of Arts and Sciences, serves on the Federal Civil Rules Advisory Committee, and is the 2010 recipient of the ABA "Margaret Brent Women Lawyers of Achievement Award." She lectures on consumer class actions, multidistrict, and complex litigation at Berkeley and Columbia Law Schools, is Editor-in-Chief of *California Class Action Practice and Procedure*, Executive Editor of the ABA's annual *The Law of Class Actions* (current ed. 2015), and writes on class action and complex litigation topics for law reviews and practitioners' publications. Recent articles include "*The Class Abides: Class Actions and the 'Roberts' Court,*" 48 Akron L.R. Iss. 4 (2015); "*The Essentials of Democratic Mass Litigation*," 45 Colum. J.L. & Soc. Problems 499 (2012); "*Apportioning Due Process: Preserving the Right to Affordable Justice*," 87 Denver U.L. Rev. 437 (2010); and "*The Manageable Nationwide Class: A Choice-of-Law Legacy of Phillips Petroleum v. Shutts*," 74 U.M.K.C.L. Rev. 543 (2006).

**MDL EXPERIENCE:** Ms. Cabraser has 37 years' experience representing plaintiffs in product defect, consumer, financial fraud, civil rights, and antitrust litigation. She has served in court-appointed leadership roles in scores of MDLs, beginning with In re First Commodity Corp. of Boston Customer Accounts Litig., MDL No. 713 (D. Mass.), and currently or recently as Co-Lead Counsel in In re General Motors, LLC Ignition Switch Litig., MDL No. 2543 (S.D.N.Y.); and Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices and Prod. Liab. Litig., MDL No. 2151 (C.D. Cal.); PSC/Class Counsel in In re Oil Spill by the Oil Rig Deepwater Horizon, MDL No. 2179 (E.D. La.); Plaintiffs' Liaison Counsel in Bank of New York Mellon Corp. Foreign Exchange Transactions, MDL No. 2335 (S.D.N.Y.); and PSC in Takata Air Bags, MDL No. 2599 (S.D. Fl.). Other consumer class action and product liability appointments include: In re Cordis Pacemaker Prod. Liab. Litig., MDL No. 850 (S.D. Ohio), Co-Lead Counsel; In re Silicone Gel Breast Implants Prods. Liab. Litig., MDL No. 926 (N.D. Ala.), Settlement Class Counsel; PSC; In re Felbatol Prods. Liab. Litig., MDL No. 1048 (N.D. Cal.), Lead/Class Counsel; In re Ford Ignition Prods. Liab. Litig., MDL No. 1112 (D.N.J.), PEC; In re Diet Drugs Prods. Liab. Litig., MDL No. 1203 (E.D. Pa.), PSC; In re Bridgestone/Firestone Tires Prods. Liab. Litig., MDL No. 1373 (S.D. Ind.), PEC/Class Counsel; In re Bextra/Celebrex Prods. Liab. Litig, MDL No. 1699 (N.D. Cal.), Liaison Counsel/PSC; In re Vioxx Prods. Liab. Litig, MDL No. 1657 (E.D. La.), PSC/Consumer Class Counsel; In re Neurontin Marketing, Sales Practices and Prods. Liab. Litig., MDL 1629 (D. Mass.) Exec. Committee/Class Counsel; In re Guidant Defibrillators Prods. Liab. Litig, MDL No. 1708 (D. Minn.), Co-Lead Counsel; In re ConAgra Peanut Butter Prods. Liab. Litig, MDL No. 1845 (N.D. Ga.), Lead Counsel; Hanlon v. Chrysler Corp., 150 F.3d 1011 (9th Cir. 1998), Lead/Class Counsel.

1287461.4

**INDIVIDUAL HONORS:** *The* National *Law Journal*, "75 Outstanding Women Lawyers in America" (2015); "50 Most Influential Women Lawyers in America" (1998, 2007); "Top Ten Women Litigators" (2001); *Best Lawyers*, "Lawyer of the Year for San Francisco," (2014, 2016); "Best Lawyers in America" in the fields of Mass Tort Litigation/Class Actions and Product Liability Litigation (2005-2016); *Lawdragon* 500 Leading Lawyers in America (2005-2015) (Highlighted in 2015 special "The Legends", recognizing the 50 lawyers who have made the Lawdragon Leading 500 Lawyers in America every year it has been published); *Benchmark Litigation* "California Litigation Star" (2012-2016); "Top 100 Trial Lawyers in America" (2015); *The Daily Journal*, "Top 100 Attorneys in California" (2002-2015); "Top California Women Litigators" (2007-2015); "California Law Business Top 100 Lawyers" (2000); *Super Lawyers*, "Northern California Super Lawyer" (2004-2015); "Top 50 Female Northern California Super Lawyers" (2005-2015); "Top 10 Northern California Super Lawyer" (2011-2015); *Chambers* USA "Outstanding Achievement Award" (2012); Consumer Attorneys of California, "Edward Pollock Award" (2008); University of San Francisco School of Law Public Interest Law Foundation, "Award for Public Interest Excellence" (2007); Legal Community Against Violence, "Distinguished Leadership Award" (2006); Legal Momentum (formerly the NOW Legal Defense & Education Fund), "Women of Achievement Award" (2006); University of California, Berkeley Boalt Hall, "Citation Award" (2003); Anti-Defamation League, "Distinguished Jurisprudence Award" (2002); Legal Aid Society, "Matthew O. Tobriner Public Service Award" (2000); *California Lawyer*, "California Lawyer of the Year (CLAY) Award" (1998); Consumer Attorneys of California, "Presidential Award of Merit" (1998); Public Justice, "Public Justice Achievement Award" (1997).

**FIRM HONORS AND ACCOMPLISHMENTS:**

Lieff Cabraser has participated in many of the most important class and individual cases in the U.S., helping recover over $97 billion in verdicts and settlements for our clients nationwide. Our service as class appointed counsel in MDLs and class actions includes 66 cases with verdicts or settlements valued at $100 million or more, with 25 cases in excess of $1 billion, including: $42 billion in Tobacco settlements (Lieff Cabraser represented several states' Attorneys General and 18 California cities and counties); over $6 billion paid (with $10+ billion projected) in the BP *Deepwater Horizon* class settlement; $6.25 billion reparations to Holocaust victims in the Swiss Banks, Austrian, and German *Holocaust Cases*; $4.75 billion in *Diet Drugs* litigation (with over $350 million for individual clients); and over $5 billion in the *Silicone Gel Breast Implants* class action settlements and Dow Corning bankruptcy proceedings.

We have been recognized as "one of the nation's premier plaintiffs' firms" by *The American Lawyer*, as a "Most Feared Plaintiffs Firm" by *Law360*, and by *Benchmark Litigation* among its highest-ranking firms, a "nationally known and respected plaintiff powerhouse." *The National Law Journal* has named Lieff Cabraser to its "Elite Trial Lawyers: The 50 Leading Plaintiffs Firms in America," Robert L. Lieff to its "Elite Trial Lawyers Hall of Fame," and has named the firm to its "Plaintiffs' Hot List" or "Midsize Hot List" annually since 2003, honoring firms "representing the best qualities of the plaintiffs' bar" and "demonstrating unusual dedication and creativity." *Law360* selected Lieff Cabraser as its 2014 and 2015 Practice Group of the Year for Product Liability/Mass Tort. We have 24 "Super Lawyers" nationwide.