# EXHIBIT B

**EXHIBIT B – MDL Transferee Judges' Contact Information**

| Judge | Case | Judge's Contact Information |
|---|---|---|
| Hon. Carl J. Barbier | *In re Oil Spill By the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010*, MDL No. 2179 (E.D. La.) | Chambers: (504) 589-7525<br><br>Case Manager Stephanie Kall: (504) 589-7694 |
| Hon. Jesse M. Furman | *In re General Motors LLC Ignition Switch Litigation*, MDL No. 2543 (S.D.N.Y.) | Chambers: (212) 805-0282 |
| Hon. Lewis A. Kaplan | *In re Bank of New York Mellon Corp. Foreign Exchange Transactions Litigation*, MDL No. 2335 (S.D.N.Y.) | Chambers: (212) 805-0216 |
| Hon. Federico A. Moreno | *In re Takata Airbag Prods. Liab. Litig.*, MDL No. 2599 (S.D. Fl.) | Chambers: (305) 523-5110 |
| Hon. James V. Selna | *In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2151 (C.D. Cal.) | Court Clerk Karla Tunis: (714) 338-2848 |