# EXHIBIT C

**EXHIBIT C - PLAINTIFFS' COUNSEL SUPPORTING APPOINTMENT OF**
**ELIZABETH J. CABRASER AS LEAD COUNSEL**

The following counsel, who have filed cases in this MDL as detailed below, support Elizabeth J. Cabraser's appointment as lead counsel:

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 1. | **Abbott Law Group P.A.**<br>2929 Plummer Cove Road<br>Jacksonville, FL 32223<br>T:  904-292-1111<br>M: 202-253-5670<br>steppler@abbottlawpa.com | Steven W. Teppler | Hernandez v. Volkswagen Group of America, Inc.<br>3:15-cv-01517-MMH-MCR (M.D. Fla.) |
| 2. | **Aitken Aitken Cohn**<br>3 MacArthur Place, Suite 800<br>Santa Ana, CA 92707<br>T: 714-434-1424<br>F: 714-434-3600<br>wylie@aitkenlaw.com | Wylie A. Aitken | Rory Stewart v. Volkswagen Group of America, et al.<br>8:15-cv-01736-DOC-SP (C.D. Cal.) |
| 3. | **Andrus Anderson LLP**<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>T: 415-986-1400<br>F: 415-986-1474<br>lori.andrus@andrusanderson.com | Lori Andrus | Farquar v. Volkswagen Group of America, Inc., et al.<br>3:15-cv-04595 (N.D. Cal.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 4. | **Bailey & Glasser LLP**<br>209 Capitol Street<br>Charleston, WV 25301<br>T: 304-345-6555<br>F: 304-342-1110<br>bbailey@baileyglasser.com<br>esnyder@baileyglasser.com | Benjamin Bailey<br>Eric Snyder | Wenger v. Volkswagen Group of America, Inc.<br> 1:15-cv-01575-RMC  (D.D.C.)<br><br>Lawhon v. Volkswagen Group of America, Inc.<br>8:15-cv-02377-MSS-JSS (M.D. Fla.)<br><br>Hoffman, et al. v. Volkswagen Group of America, Inc., et al.<br>1:15-cv-03157-ELH (D. Md.)<br><br>Kerwood v. Volkswagen Group of America, Inc.<br>1:15-cv-13435-RGS (D. Mass)<br><br>Steffensen, et al. v. Volkswagen Group of America, Inc.<br>1:15-cv-01218-LO-MSN (E.D. Va.)<br><br>Lanham, et al. v. Volkswagen Group of America, Inc.<br>3:15-cv-13507 (S.D.W. Va.) |
| 5. | **Baron & Budd, P.C.**<br>15910 Ventura Boulevard, Suite 1600<br>Encino, California 91436<br>T: 818-839-2333<br>F: 818-986-9698<br>rtellis@baronbudd.com<br>mpifko@baronbudd.com<br>porozco@baronbudd.com | Roland Tellis<br>Mark Pifko<br>Pablo Orozco | Mayerson, et al. v. Volkswagen Group of America, Inc., et al.<br>3:15-cv-04390-CRB (N.D. Cal.)<br><br>Signore, et al. v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-07564-DOC-SP (C.D. Cal.)<br><br>Heryford v. Volkswagen Group of America, Inc.<br>2:15-cv-02254-MCE-CMK (E.D. Cal.)<br><br>Chen, et al. v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-07596-JLL-JAD (D.N.J.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 6. | **Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.** 218 Commerce Street Post Office Box 4160 Montgomery, Alabama 36104 T: 334-269-2343 F: 334-954-7555 Dee.Miles@BeasleyAllen.com | W. Daniel "Dee" Miles, III | DeFiesta, et al. v. Volkswagen Group of America, Inc. 2:15-cv-07012-JLL-JAD (D.N.J.) |
| 7. | **Berman DeValerio** *San Francisco Office* One California Street, Suite 900 San Francisco, CA 94111 T: 415-433-3200 F: 415-433-6282 jtabacco@bermandevalerio.com nlavallee@bermandevalerio.com *Boston Office* One Liberty Square Boston, MA 02109 T: 617-542-8300 F: 617-542-1194 norenstein@bermandevalerio.com | Joseph J. Tabacco Nicole Catherine Lavallee Nathaniel L. Orenstein | Howard Caro, et al. v. Volkswagen Group of America, Inc. 3:15-cv-04653-CRB (N.D. Cal.) Bancroft, et al. v. Volkswagen Group of America, Inc. 1:15-cv-13522-FDS (D. Mass.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 8. | **Bernstein Litowitz Berger & Grossmann LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>T: 858-720-3183<br>F: 858-793-0323<br>blairn@blbglaw.com | Blair A. Nicholas | Stricklin, et al. v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-07431-DOC-SP (C.D. Cal.) |
| 9. | **Block & Leviton, LLP**<br>520 Third Street, Suite 108<br>Oakland, CA 94607<br>T: 415-968-8999<br>lesley@blockesq.com | Lesley Weaver | Staley, et al. v. Volkswagen AG, et al.<br>2:15-cv-13757-GER-APP (E.D. Mich.)<br><br>Tempest, et al. v. Volkswagen AG, et al.<br>2:15-cv-13973-GER-APP (E.D. Mich.) |
| 10. | **Boies, Schiller & Flexner LLP**<br><br>***New York Office***<br>333 Main Street<br>Armonk, NY  10504<br>T: 914-749-8200<br>F: 914-749-8300<br>dboies@bsfllp.com<br><br>***Miami Office***<br>100 SE Second Street, Suite 2800<br>Miami, FL 33131<br>T: 305-539-8400<br>F: 305-539-1307<br>szack@bsfllp.com | David Boies<br>Stephen N. Zack | Scot Weiss v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-08126-DOC-SP (C.D. Cal.)<br><br>Warner v. Volkswagen Group of America, Inc., et al.<br>3:15-cv-04791-CRB (N.D. Cal.)<br><br>Sacks v. Volkswagen Group of America, Inc., et al.<br>3:15-cv-02327-LAB-RBB (S.D. Cal.)<br><br>Turner v. Volkswagen Group of America, Inc., et al.<br>1:15-cv-01660-RMC (D.D.C.)<br><br>Hiaasen, et al. v. Volkswagen Group of America, Inc., et al.<br>1:15-cv-23759-UU (S.D. Fla.)<br><br>Bjelic v. Volkswagen AG, et al.<br>2:15-cv-13784-GER-APP (E.D. Mich.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| | | | Mutari, et al. v. Volkswagen Group of America, Inc., et al. 2:15-cv-07408-JLL-JAD (D.N.J.) <br><br> Rogers v. Volkswagen AG, et al. 2:15-cv-00061 (M.D. Tenn.) <br><br> Whitcomb v. Volkswagen Group of America, Inc. 1:15-cv-01315-LO-MSN (E.D. Va.) |
| 11. | **Boni & Zack** <br> 15 St. Asaphs Road <br> Bala Cynwyd, PA 19004 <br> T: 610-822-0200 <br> F: 610-822-0206 <br> mboni@bonizack.com <br> jsnyder@bonizack.com <br> jsindoni@bonizack.com | Michael J. Boni <br> Joshua D. Snyder <br> John E. Sindoni | Suro v. Volkswagen AG, et al. 2:15-cv-13832-GER-APP (E.D. Mich.) <br><br> Weitzman, et al. v. Volkswagen Group of America, Inc. 2:15-cv-05588-SD (E.D. Pa.) |
| 12. | **Branstetter, Stranch & Jennings, PLLC** <br> 227 Second Avenue North, 4th Floor <br> Nashville, TN 37201-1631 <br> T: 615-254-8801 <br> F: 615-255-5419 <br> joeyl@branstetterlaw.com <br> gerards@bsjfirm.com | James G. Stranch , III <br> J. Gerard Stranch , IV <br> Joe P. Leniski , Jr. | Bullard v. Volkswagen Group of America, Inc., et al. 1:15-cv-00251-CLC-CHS (E.D. Tenn.) <br><br> Araujo, et al v. Volkswagen Group of America, Inc. 1:15-cv-00252-CLC-CHS (E.D. Tenn) <br><br> McCann v. Volkswagen Group of America, Inc., et al. 1:15-cv-00255-CLC-CHS (E.D. Tenn) <br><br> Bozzelli v. Volkswagen Group of America, Inc. 1:15-cv-00260-CLC-CHS (E.D. Tenn.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| | | | Levy v. Volkswagen Group of America, Inc.<br>1:15-cv-00285-CLC-CHS (E.D. Tenn)<br><br>Landau, et al. v. Volkswagen Group of America, Inc.<br>1:15-cv-00286-CLC-CHS (E.D. Tenn.)<br><br>Labbate v. Volkswagen AG, et al.<br>1:15-cv-00309-CLC-CHS (E.D. Tenn.)<br><br>Wolfenbarger v. Volkswagen AG, et al.<br>1:15-cv-00326-CLC-CHS (E.D. Tenn.) |
| 13. | **Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>T: 973-994-1700<br>F: 973-994-1744<br>jcecchi@carellabyrne.com | James E. Cecchi | DeFiesta, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-07012-JLL-JAD (D.N.J.)<br><br>Springfield v. Volkswagen Group of America, Inc.<br>2:15-cv-07219-JLL-JAD  (D.N.J.)<br><br>O'Leary v. Volkswagen Group of America, Inc.<br>2:15-cv-07377-JLL-JAD  (D.N.J.)<br><br>Clarke, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-07549-JLL-JAD (D.N.J.)<br><br>Chen, et al. v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-07596-JLL-JAD (D.N.J.)<br><br>Christiana v. Volkswagen Group of America, Inc.<br>2:15-cv-07683-JLL-JAD (D.N.J.) |

| Firm Name & Address | Counsel | Case Information |
|---|---|---|
| | | Levin v. Volkswagen Group of America, Inc.<br>2:15-cv-06985-JLL-JAD (D.N.J.)<br><br>Criston v. Volkswagen Group of America, Inc.<br>2:15-cv-06988-JLL-JAD (D.N.J.)<br><br>Ghezzi v. Volkswagen Group of America, Inc.<br>2:15-cv-07035-JLL-JAD  (D.N.J.)<br><br>Minkina, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-07020-JLL-JAD (D.N.J.)<br><br>Stein v. Volkswagen Group of America, Inc.<br>2:15-cv-07052-JLL-JAD (D.N.J.)<br><br>Williams, et al. v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-07053-JLL-JAD  (D.N.J.)<br><br>Cunningham v. Volkswagen Group off America, Inc.<br>2:15-cv-07079-JLL-JAD (D.N.J.)<br><br>Badeanlou, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-07108-JLL-JAD  (D.N.J.)<br><br>Brilla v. Volkswagen Group of America, Inc.<br>2:15-cv-07122-JLL-JAD  (D.N.J.)<br><br>Verez v. Volkswagen Group of America, Inc.<br>2:15-cv-07123-JLL-JAD (D.N.J.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| | | | Drachler v. Volkswagen Group of America, Inc.<br>2:15-cv-07131-JLL-JAD  (D.N.J.)<br><br>Montano v. Volkswagen Group of America, Inc.<br>2:15-cv-07142-JLL-JAD (D.N.J.)<br><br>Bagert v. Volkswagen Group of America, Inc.<br>2:15-cv-07174-JLL-JAD (D.N.J.)<br><br>Barger v. Volkswagen Group of America, Inc.<br>2:15-cv-07175-JLL-JAD (D.N.J.)<br><br>Manuel-Adams, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-07183-JLL-JAD  (D.N.J.)<br><br>Husserl v. Volkswagen Group of America, Inc.<br>2:15-cv-07184-JLL-JAD  (D.N.J.)<br><br>Cua, et al. v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-07195-JLL-JAD (D.N.J.)<br><br>Beitz v. Volkswagen Group of America, Inc.<br>2:15-cv-07233-JLL-JAD  (D.N.J.)<br><br>Greczylo, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-07234-JLL-JAD (D.N.J.)<br><br>Kannapel v. Volkswagen Group of America, Inc.<br>2:15-cv-07235-JLL-JAD (D.N.J.) |

8

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| | | | McKenna, et al. v. Volkswagen Group of America, Inc. 2:15-cv-07236-JLL-JAD  (D.N.J.) |
| | | | Sprague v. Volkswagen Group of America, Inc. 2:15-cv-07237-JLL-JAD (D.N.J.) |
| | | | Spiker v. Volkswagen Group of America, Inc. 2:15-cv-07241-JLL-JAD (D.N.J.) |
| | | | Lefkowitz, et al. v. Volkswagen Group of America, Inc., et al. 2:15-cv-07251-JLL-JAD (D.N.J.) |
| | | | Scolnick, et al. v. Volkswagen Group of America, Inc. 2:15-cv-07292-JLL-JAD (D.N.J.) |
| | | | Halper v. Volkswagen Group of America, Inc. 2:15-cv-07293-JLL-JAD  (D.N.J.) |
| | | | Fiorelli, et al. v. Volkswagen Group of America, Inc., et al. 2:15-cv-07330-JLL-JAD (D.N.J.) |
| | | | Gibbons v. Volkswagen Group of America, Inc. 2:15-cv-07336-JLL-JAD (D.N.J.) |
| | | | Kluchinsky v. Volkswagen Group of America, Inc. 2:15-cv-07339-JLL-JAD (D.N.J.) |
| | | | Klinkov v. Volkswagen Group of America, Inc.  2:15-cv-07352-JLL-JAD (D.N.J.) |

|  | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
|  |  |  | G.T. Leasing, Inc. v. Volkswagen Group of America, Inc., et al. 2:15-cv-07394-JLL-JAD<br><br>Rope v. Volkswagen Group of America, Inc. 2:15-cv-07495-JLL-JAD (D.N.J.)<br><br>Morgan v. Volkswagen Group of America, Inc. 2:15-cv-07506-JLL-JAD (D.N.J.)<br><br>Stone, et al. v. Volkswagen Group of America, Inc. 2:15-cv-07956-JLL-JAD (D.N.J.)<br><br>Castagna v. Volkswagen Group of America, Inc. 2:15-cv-08340 (D.N.J.) |
| 14. | **Chavez & Gertler LLP**<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>T: 415-381-5599<br>F: 415-381-5572<br>mark@chavezgertler.com | Mark A. Chavez | Young Kim, et al. v. Volkswagen Group of America, Inc. 2:15-cv-07605-DOC-SP (C.D. Cal.) |
| 15. | **Clifford Law Offices**<br>120 N. LaSalle Street, Suite 3100<br>Chicago, IL 60602<br>T: 312-899-9090<br>F: 312-251-1160<br>rac@cliffordlaw.com | Robert A. Clifford | Dorn, et al. v. Volkswagen Group of America, Inc. 1:15-08286 (N.D. Ill.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 16. | **Cohen Milstein Sellers & Toll PLLC** <br> 1100 New York Avenue NW <br> Suite 500 , West Tower <br> East Washington, DC 20005 <br> T:  202-408-4600 <br> F:  202-408-4699 <br> SToll@cohenmilstein.com <br> tleopold@cohenmilstein.com | Steven Jeffrey Toll <br> Ted Leopold | Shalov, et al. v. Volkswagen Group of America, Inc. <br> 1:15-cv-01241-LO-MSN (E.D. Va.) <br><br> Cleveland University−KC, et al. v. Volkswagen AG, et al. <br> 15-01376 (E.D. Va.) <br><br> Warren v. Volkswagen Group of America, Inc. <br> 15-01389 (E.D. Va.) |
| 17. | **Colson Hicks Eidson** <br> 255 Alhambra Circle, Penthouse <br> Coral Gables, FL 33134 <br> T: 305-476-7400 <br> F: 305-476-7444 <br> Mike@colson.com | Mike Eidson | Deehl v. Volkswagen Group of America, Inc., et al. <br> 1:15-cv-23605-KMW (S.D. Fla.) |
| 18. | **Cotchett, Pitre & McCarthy, LLP** <br> 840 Malcolm Road, Suite 200 <br> Burlingame, CA 94010 <br> T: 650-697-6000 <br> F: 650-697-0577 <br> fpitre@cpmlegal.com | Frank M. Pitre | Rosales, et al. v. Volkswagen Group of America Inc., et al. <br> 2:15-cv-08259-DOC-SP (C.D. Cal.) <br><br> Walas, et al. v. Volkswagen Group of America, Inc., et al. <br> 15-08832 (C.D. Cal.) <br><br> Smith, et al. v. Volkswagen Group of America, Inc., et al. <br> 4:15-cv-04403 (N.D. Cal.) <br><br> Martha Safra v. Volkswagen Group of America, Inc., et al. <br> 4:15-cv-04534 (N.D. Cal.) <br><br> McGarry v. Volkswagen Group of America, Inc., et al. <br> 4:15-cv-04541 (N.D. Cal.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 19. | **Criden & Love PA**<br>7301 SW 57th Court, Suite 515<br>South Miami, FL 33143<br>T: 305-357-9000<br>F: 305-357-9050<br>mcriden@cridenlove.com | Michael E. Criden | Mesa, et al. v. Volkswagen AG, et al.<br>1:15-cv-23606-FAM (S.D. Fla.) |
| 20. | **Edwards Kirby Law Firm**<br>3201 Glenwood Ave., Suite 100<br>Raleigh, NC 27612<br>T: 919-780-5400<br>Ejre@edwardskirby.com | John Edwards | Vinson v. Volkswagen Group of America, Inc.<br>1:15-CV-00213 (W.D.N.C.) |
| 21. | **Entwistle & Cappucci LLP**<br>299 Park Avenue, 20th Floor<br>New York, NY 10171<br>T: 212-894-7200<br>F: 212-894-7272<br>aentwistle@entwistle-law.com | Andrew J. Entwistle<br>Vincent Roger Cappucci | Conte v. Volkswagen Group of American, Inc.<br>2:15-cv-07139-JLL-JAD (D.N.J.)<br><br>Fonte v. Volkswagen Group of America, Inc.<br>1:15-cv-07561-PKC (S.D.N.Y.) |
| 22. | **Eppsteiner Law, APC**<br>519 Clairemont Mesa Blvd., Suite 5129<br>San Diego, CA 92117<br>T: 858-350-1500<br>F: 858 598-5599<br>sme@eppsteiner.com | Stuart M. Eppsteiner | Hendricks v. Volkswagen Group of America, Inc.<br>Case No. 5:15-cv-01948 (C.D. Cal.)<br><br>Brownlow v. Volkswagen Group of America, Inc.<br>15-13963 (E.D. Mich.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 23. | **Fine, Kaplan and Black**<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA  19107<br>T: 215-567-6565<br>rliebenberg@finekaplan.com | Roberta D. Liebenberg | Levy v. Volkswagen Group of America, Inc.<br>15-00285 (E.D. Tenn.)<br><br>Landau, et al. v. Volkswagen Group of America, Inc.<br>15-00286 (E.D. Tenn.) |
| 24. | **Girard Gibbs LLP**<br>One Kaiser Plaza, Ste. 1125<br>Oakland, CA 94612<br>T: 510-350-9710<br>F: 510-350-9701<br>ehg@classlawgroup.com | Eric Gibbs | Keith Walker v. Volkswagen Group of America, Inc.<br>2:15-cv-07395-DOC-SP (C.D. Cal.)<br><br>Lau, et al. v. Volkswagen Group of America, Inc.<br>3:15-cv-4302 (N.D. Cal.)<br><br>Skye, et al. v. Volkswagen Group of America, Inc.<br>3:15-cv-4482 (N.D. Cal.) |
| 25. | **Giskan Solotaroff Anderson & Stewart**<br>11 Broadway, # 2150<br>New York, NY 10004<br>T: 212-847-8315 | Oren Giskan | Bagert v. Volkswagen Group of America, Inc.<br>2:15-cv-07174-JLL-JAD (D.N.J.) |
| 26. | **Grant & Eisenhofer P.A.**<br>30 North LaSalle Street, Suite 2350<br>Chicago, Illinois 60602<br>T: 312-214-0000 | Adam J. Levitt | DeFiesta, et al. v. Volkswagen Group of America, Inc.<br>2:15-07012 (D.N.J.)<br><br>Scolnick, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-07292-JLL-JAD  (D.N.J.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 27. | **Hagens Berman Sobol Shapiro LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>T: 206-623-7292<br>F: 206-623-0594<br>steve@hbsslaw.com | Steve W. Berman | Jess Hill, et al. v. Volkswagen of America, Inc.<br>2:15-cv-07604-DOC-SP (C.D. Cal.)<br><br>Alex Barkaloff v. Volkswagen Group of America, Inc.<br>2:15-cv-07997-DOC-SP (C.D. Cal.)<br><br>Sun Jung, et al. v. Volkswagen Group of America Inc.<br>2:15-cv-08300-MWF-FFM (C.D. Cal.)<br><br>Burden, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-9125 (C.D. Cal.)<br><br>Fiol v. Volkswagen Group of America, Inc.<br>3:15-cv-4278 (N.D. Cal.)<br><br>Benipayo, et al. v. Volkswagen Group of America, Inc.<br>3:15-cv-4314 (N.D. Cal.)<br><br>Clarke, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-07549-JLL-JAD (D.N.J.) |
| 28. | **Hellmuth & Johnson PLLC**<br>8050 West 78th Street<br>Edina, MN 55439<br>T: 952-941-4005<br>F: 952-941-2337<br>rhagstrom@hjlawfirm.com | Rick M. Hagstrom | Nelson v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-14017  (E.D. Mich.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 29. | **Hilliard Munoz Gonzales LLP**<br>719 S Shoreline Blvd, #500<br>Corpus Christi, TX 78401<br>T: 361-882-1612<br>bobh@hmglawfirm.com | Robert C. Hilliard | Harris v. Volkswagen Group of America, Inc.<br>2:15-00405 (S.D. Tex.)<br><br>Tamez v. Volkswagen Group of America, Inc.<br>2:15-cv-00425  (S.D. Tex) |
| 30. | **Keller Rohrback LLP**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>T: 206-623-1900<br>F:206-623-3384<br>lsarko@kellerrohrback.com | Lynn Lincoln Sarko | Gurevich, et al. v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-13389-GER-APP (E.D. Mich.)<br><br>Rasor, et al. v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-13452-GER-APP (E.D. Mich.)<br><br>Uttecht, et al. v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-13529-GER-APP (E.D. Mich.)<br><br>Merz v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-13572-GER-APP (E.D. Mich.)<br><br>Romesburg, et al. v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-13579-GER-APP (E.D. Mich.)<br><br>Fruge v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-13614-GER-APP (E.D. Mich.)<br><br>Kingman v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-13615-GER-APP (E.D. Mich.)<br><br>Thomas v. Volkswagen Group of America, Inc., et al.<br>2:15-cv-13616-GER-APP (E.D. Mich.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| | | | Flynn v. Volkswagen Group of America, Inc., et al. 2:15-cv-13617-GER-APP (E.D. Mich.) |
| | | | Ross, et al. v. Volkswagen Group of America, Inc., et al. 2:15-cv-13662-BAF-DRG (E.D. Mich.) |
| | | | Hough v. Volkswagen Group of America, Inc., et al. 2:15-cv-13663-PDB-MKM (E.D. Mich.) |
| | | | Levy Pauli v. Volkswagen Group of America, Inc., et al. 2:15-cv-13664-VAR-EAS (E.D. Mich.) |
| | | | Dvorak v. Volkswagen Group of America, Inc., et al. 2:15-cv-13665-MFL-RSW (E.D. Mich.) |
| | | | Taylor v. Volkswagen Group of America, Inc., et al. 2:15-cv-13666-JEL-EAS (E.D. Mich.) |
| | | | Joseph v. Volkswagen Group of America, Inc., et al. 2:15-cv-13693-SFC-EAS (E.D. Mich.) |
| | | | Herrell, et al. v. Volkswagen Group of America, Inc., et al. 2:15-cv-13734-GER-APP (E.D. Mich.) |
| | | | Brodie, et al. v. Volkswagen Group of America, Inc., et al. 2:15-cv-13744-GER-APP (E.D. Mich.) |
| | | | Gardner v. Volkswagen Group of America, Inc., et al. 2:15-cv-13790-GER-APP (E.D. Mich.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| | | | Malinauskas v. Volkswagen Group of America, Inc., et al. 2:15-cv-13817-GER-APP (E.D. Mich.)<br><br>Bond, et al. v. Volkswagen Group of America, Inc., et al. 2:15-cv-13818-GER-APP (E.D. Mich.)<br><br>Jassem, et al. v. Volkswagen Group of America, Inc., et al. 2:15-cv-13865-GER-APP (E.D. Mich.)<br><br>Greczylo, et al. v. Volkswagen Group of America, Inc., et al. 2:15-cv-07234-JLL-JAD (D.N.J.) |
| 31. | **Kemnitzer, Barron & Krieg, LLP** 445 Bush Street, 6th Floor San Francisco, CA 94108 T: 415-632-1900 F: 415-632-1901 bryan@kbklegal.com | Bryan Kemnitzer | Young Kim, et al. v. Volkswagen Group of America, Inc. 2:15-cv-07605-DOC-SP (C.D. Cal.) |
| 32. | **Kershaw, Cook & Talley PC** 401 Watt Avenue Sacramento, CA 95864 T: 916-779-7000 F: 916-669-4499 bill@kctlegal.com | William A. Kershaw | Berry v. Volkswagen Group of America, Inc., et al. 2:15-cv-02147-TLN-EFB (E.D. Cal.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 33. | **Kessler Topaz Meltzer & Check, LLP**<br>One Sansome Street, Suite 1850<br>San Francisco 94104<br>T: 415-400-3000<br>F: 415-400-3001<br>jmeltzer@ktmc.com | Joseph H. Meltzer | Johnson, et al. v. Volkswagen Group of America Inc.<br>2:15-cv-07394-MMM-SP (C.D. Cal.) |
| 34. | **Kopelowitz Ostrow Ferguson Weiselberg Gilbert**<br>2525 Ponce de Leon Blvd., Suite 625<br>Coral Gables, FL 33134<br>T: 305-529-8858<br>F: 954-525-4300<br>gilbert@kolawyers.com | Robert C. Gilbert | Mesa, et al. v. Volkswagen A.G., et al.<br>1:15-cv-23606-FAM (S.D. Fla.) |
| 35. | **Labaton Sucharow LLP**<br>140 Broadway<br>New York, NY 10005<br>T: 212-907-0700<br>F: 212-818-0477<br>malex@labaton.com | Martis Ann Alex | Jelkmann, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-07566-DOC-SP (C.D. Cal.) |
| 36. | **Langer, Grogan & Diver, P.C.**<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>T: 215-320-0876<br>F: 215-320-5703<br>pleckman@langergrogan.com | Peter E. Leckman | Suro v. Volkswagen AG, et al.<br>2:15-cv-13832-GER (E.D. Mich.)<br><br>Weitzman, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-05588-SD (E.D. Pa.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 37. | **Law Office Tracey Buck-Walsh**<br>175 Foss Creek Cir<br>Healdsburg, CA, 95448<br>T: 916-761-9277<br>tracey@tbwlaw.com | Tracey Buck-Walsh | Leo Winternitz v. Volkswagen Group of America, Inc.<br>2:15-cv-02062-MCE-DAD (E.D. Cal.)<br><br>Brier v. Volkswagen Group of America, Inc.<br>2:15-cv-07297-JLL-JAD (D.N.J.) |
| 38. | **Levin, Fishbein, Sedran & Berman**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br>T: 215-592-1500<br>F: 215-592-4663 | Daniel C. Levin | Brownlow v. Volkswagen Group of America, Inc.<br>2:15-cv-13963 (E.D. Mich.) |
| 39. | **Mary Alexander & Associates, P.C.**<br>44 Montgomery Street, Suite 1303<br>San Francisco, CA 94104<br>T: 415-433-4440<br>F: 415-433-5440 | Mary E. Alexander | Hurricane Hauling & Demolition, Inc. v. Volkswagen Group of America, Inc., et al.<br>4:15-cv-05337 (N.D. Cal.) |
| 40. | **McCune Wright, LLP**<br>2068 Orange Tree Lane, Suite 216<br>Redlands, CA 92374<br>T: 909-557-1250<br>F: 909-557-1275<br>rdm@mccunewright.com | Richard D. McCune , Jr | Todd Mitsuda v. Volkswagen Group of America, Inc.<br>2:15-cv-07375-DOC-SP (C.D. Cal.)<br><br>Amy Bergrud v. Volkswagen Group of America Inc.<br>2:15-cv-07629-DOC-SP (C.D. Cal.) |
| 41. | **Minami Tamaki, LLP**<br>360 Post Street, 8th Floor<br>San Francisco, California 94108-4903<br>T: 415 788 9000<br>F: 415 398 3887<br>jlee@minamitamaki.com | Jack W. Lee | Paul O Leary, et al. v. Volkswagen AG, et al.<br>15-009131 (C.D. Cal.)<br><br>Fong, et al. v. Volkswagen AG, et al.<br>4:15-cv-04626 (N.D. Cal.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 42. | **Motley Rice LLC**<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>T: 843-216-9000<br>F: 843-216-9450<br>jrice@motleyrice.com<br>jflowers@motleyrice.com<br>kdean@motleyrice.com | Joseph F. Rice<br>Jodi Westbrook Flowers<br>Kevin R. Dean | Butler, et al. v. Volkswagen Group of America, Inc.<br>1:15-cv-01245-LO-MSN (E.D.Va.)<br><br>Claypool, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-00581-JES-MRM (M.D.Fla.)<br><br>Edwards, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-04003-RMG (D.S.C.)<br><br>Eschinger, et al. v. Volkswagen Group of America, Inc.<br>8:15-cv-02903-PWG (D.Md.)<br><br>Fiorelli, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-07330-JLL-JAD (D.N.J.)<br><br>Frechou, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-05034-EEF-JCW (E.D.La.)<br><br>Killebrew, et al. v. Volkswagen Group of America, Inc.<br>1:15-CV-03604-MHC (N.D.Ga.)<br><br>Matthews, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-13974-GER-APP (E.D.Mich.)<br><br>Monge, et al. v. Volkswagen Group of America, Inc.<br>1:15-cv-00792-CCE-LPA (M.D.N.C.)<br><br>Pergament, et al. v. Volkswagen Group of America, Inc.<br>1:15-cv-05594-ARR-JO (E.D.N.Y.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| | | | Schafer, et al. v. Volkswagen Group of America, Inc. 2:15-cv-13460-JRG (S.D.W.Va.)<br><br>Stolz, et al. v. Volkswagen Group of America, Inc. 1:15-cv-00407-S-PAS (D.R.I.)<br><br>Strayhorn, et al. v. Volkswagen Group of America, Inc. 2:15-cv-00584-UA-CM (M.D.Fla.) |
| 43. | **Murray Law Firm**<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>T: 504-525-8100<br>F: 504-584-5249<br>amurray@murray-lawfirm.com | Arthur M. Murray | Becky Hensgens v. Volkswagen Group of America, Inc. 3:15-md-02672-CRB (N.D. Cal.) |
| 44. | **Nussbaum Law Group, P.C.**<br>570 Lexington Avenue, 19th Floor<br>New York, NY 10022<br>T: 212-702-7054<br>F: 212-681-0300<br>lnussbaum@nussbaumpc.com | Linda P. Nussbaum | Buklad v. Volkswagen A.G., et al. 1:15-cv-01650-RMC  (D.D.C.) |
| 45. | **Patrick, Beard, Schulman & Jacoway, P.C.**<br>537 Market Street, Suite 202<br>Chattanooga, Tennessee 37402<br>T: 423-266-7327<br>F: 423-267-5032<br>ehill@pbsjlaw.com | Ellie Hill | Sonnenburg, et al. v. Volkswagen Group of America, Inc. 1:15-00250   (E.D. Tenn.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 46. | **Pearson, Simon & Warshaw, LLP**<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, California 91403<br>T: 818-788-8300<br>F: 818-788-8104<br>dwarshaw@pswlaw.com | Bruce Simon<br>Daniel Warshaw | Gardiner, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-07751-JLL-JAD (D.N.J.) |
| 47. | **Phillips, Erlewine, Given & Carlin LLP**<br>39 Mesa Street Suite 201<br>San Francisco, CA 94129<br>T: 415-398-0900<br>F: 415-398-0911<br>nac@phillaw.com | Nicholas A. Carlin | Fernandez v. Volkswagen Group of America, Inc.<br>15-08699  (C.D. Cal.) |
| 48. | **Podhurst Orseck, P.A.**<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130<br>T: 305-358-2800<br>F: 305-358-2382<br>pprieto@podhurst.com | Peter Prieto | Doebler v. Volkswagen Group of America, Inc.<br>1:15-cv-23753-PCH (S.D. Fla.)<br><br>DeFiesta, et al. v. Volkswagen Group of America, Inc.<br>2:15-07012  (D.N.J.) |
| 49. | **Powers, Rogers & Smith, P.C.**<br>70 West Madison Street, Suite 5500<br>Chicago, IL 60602<br>T: 312-236-9381<br>tsmith@prslaw.com | Todd A. Smith | Hellweg, et al. v. Volkswagen Group of America, Inc.<br>1:15-cv-08369 (N.D. Ill.)<br><br>Milons v. Volkswagen Group of America, Inc.<br>15-10271 (N.D. Ill.)<br><br>Hoekstra, et al. v. Volkswagen Group of America, Inc.<br>15-10274 (N.D. Ill.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 50. | **Robins Kaplan LLP**<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>T: 612-349-8500 | Craig Wildfang | Goldman, et al. v. Volkswagen Group of America, Inc.<br>15-01574 (E.D. Va.) |
| 51. | **Robinson Calcagnie Robinson Shapiro Davis, Inc.**<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>T: 949-720-1288<br>mrobinson@rcrsd.com | Mark P. Robinson, Jr. | Giauque, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-07473-DOC-SP (C.D. Cal.)<br><br>Springfield v. Volkswagen Group of America, Inc.<br>2:15-cv-07219-JLL-JAD (D.N.J.) |
| 52. | **Roxanne Conlin & Associates, P.C.**<br>319 7th Street, Suite 600<br>Des Moines, IA 50309<br>T: 515-283-1111<br>F: 515 282 0477<br>roxlaw@aol.com | Roxanne Barton Conlin | Jamieson, et al. v. Volkswagen Group of America, Inc.<br>4:15-cv-427 (S.D. Iowa.) |
| 53. | **Schlesinger Law Offices, P.A.**<br>1212 SE 3rd Avenue<br>Fort Lauderdale, FL 33316<br>T: 954-467-8800<br>F: 954-523-4803<br>Scott@schlesingerlaw.com | Scott Schlesinger | Lowrance v. Volkswagen AG, et al.<br>0:15-61993 (S.D. Fla.)<br><br>Heinz, et al. v. Volkswagen Group of America Inc.<br>2:15-cv-07257-JLL-JAD (D.N.J.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 54. | **Schubert Jonckheer & Kolbe LLP** Three Embarcadero Center, Suite 1650 San Francisco, CA 94111 T: 415-788-4220 wjonckheer@schubertlawfirm.com | Willem F. Jonckheer | Neal Swartz v. Volkswagen Group of America, Inc. 3:15-cv-04594 (N.D. Cal.) |
| 55. | **Seeger Weiss LLP** 77 Water Street New York, NY 10005 T: 212-584-0700 F: 212-584-0799 cseeger@seegerweiss.com | Christopher A. Seeger | DeFiesta, et al. v. Volkswagen Group of America, Inc. 2:15-07012 (D.N.J.) Springfield v. Volkswagen Group of America, Inc. 2:15-cv-07219-JLL-JAD  (D.N.J.) O'Leary v. Volkswagen Group of America, Inc. 2:15-cv-07377-JLL-JAD (D.N.J.) Clarke, et al. v. Volkswagen Group of America, Inc. 2:15-cv-07549-JLL-JAD (D.N.J.) Chen, et al. v. Volkswagen Group of America, Inc. 2:15-cv-07596-JLL-JAD (D.N.J.) Christiana v. Volkswagen Group of America, Inc. 2:15-cv-07683-JLL-JAD (D.N.J.) |
| 56. | **Simmons Hanly Conroy** 112 Madison Avenue 7th Floor New York, NY 10016 T: 212-784-6400 F: 212-213-5949 JConroy@simmonsfirm.com | Jayne Conroy | Smith v. Volkswagen Group of America, Inc. 3:15-01053 (S.D. Ill.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 57. | **Slavik Law Firm, LLC** 2834 Blackhawk Court Steamboat Springs, CO 80487-2018 T: 970-457-1011 dslavik@slavik.us | Donald H. Slavik | Clinton, et al. v. Volkswagen Group of America, Inc. 1:15-cv-05497-DLI-MDG (E.D.N.Y) |
| 58. | **Starn O'Toole Marcus & Fisher** 733 Bishop St, #1900 Honolulu, HI 96813 T: 808-537-6100 jpavey@starnlaw.com | Judith Ann Pavey | Kettley, et al. v. Volkswagen Group of America, Inc. 1:15-cv-00386 (D. Haw.) |
| 59. | **Susman Godfrey LLP** 1901 Avenue of the Stars, Suite 950 Los Angeles, CA 90067-6029 T: 310-789-3100 F: 310-789-3150 mseltzer@susmangodfrey.com | Marc M. Seltzer | Rich Hill v. Volkswagen Group of America, Inc., et al. 2:15-cv-07517-DOC-SP (C.D. Cal.) Santos v. Volkswagen Group of America, Inc., et al. 15-13864 (E.D. Mich.) Pomerantz, et al. v. Volkswagen Group of America, Inc. 15-01425 (E.D. Va.) |
| 60. | **The Arns Law Firm** 515 Folsom Street, 3rd Floor San Francisco, CA 94105 T: 415-495-7800 F: 415-495-7888 ddl@arnslaw.com | Robert S. Arns | Jaffe v. Volkswagen Group of America, Inc. 4:15-cv-04978 (N.D. Cal.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| 61. | **Turner & Associates, P.A.**<br>4705 Somers Ave. Suite 100<br>North Little Rock,Arkansas72116<br>T: 501-791-2277<br>F: 501-791-1251<br>tab@tturner.com | Tab Turner | Leo Winternitz v. Volkswagen Group of America, Inc.<br>2:15-cv-02062-MCE-DAD (E.D. Cal.)<br><br>Brier v. Volkswagen Group of America, Inc.<br>2:15-cv-07297-JLL-JAD (D.N.J.) |
| 62. | **Walkup, Melodia, Kelly &**<br>**Schoenberger**<br>650 California, 26th Floor<br>San Francisco, CA 94108<br>T: 415-617-1269<br>F: 415-391-6965<br>kbaghdadi@WalkupLawOffice.com | Khaldoun A. Baghdadi | DeFiesta, et al. v. Volkswagen Group of America, Inc.<br>2:15-07012 (D.N.J.)<br><br>Scolnick, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-07292-JLL-JAD  (D.N.J.) |
| 63. | **Weitz & Luxenberg**<br>700 Broadway<br>New York, NY 10003<br>T: 212-558-5836<br>F: 212-344-5461 | Robin Greenwald | Clinton, et al. v. Volkswagen Group of America, Inc.<br>1:15-05497 (E.D.N.Y.) |
| 64. | **Whitfield Bryson & Mason, LLP**<br>1625 Massachusetts Ave. NW, Ste 605<br>Washington, DC 20036<br>T: 202-429-2290<br>F: 202-429-2294<br>gmason@wbmllp.com | Gary E. Mason | DeFiesta, et al. v. Volkswagen Group of America, Inc.<br>2:15-07012 (D.N.J.)<br><br>Ghezzi v. Volkswagen Group of America, Inc.<br>2:15-cv-07035-JLL-JAD   (D.N.J.)<br><br>Brilla v. Volkswagen Group of America, Inc.<br>2:15-cv-07122-JLL-JAD (D.N.J.) |

| Firm Name & Address | Counsel | Case Information |
|---|---|---|
| | | Verez v. Volkswagen Group of America, Inc.<br>2:15-cv-07123-JLL-JAD (D.N.J.)<br><br>Drachler v. Volkswagen Group of America, Inc.<br>2:15-cv-07131-JLL-JAD (D.N.J.)<br><br>Barger v. Volkswagen Group of America, Inc.<br>2:15-cv-07175-JLL-JAD (D.N.J.)<br><br>Manuel-Adams, et al. v. Volkswagen Group of American, Inc.<br>2:15-cv-07183-JLL-JAD (D.N.J.)<br><br>Husserl v. Volkswagen Group of America, Inc.<br>2:15-cv-07184-JLL-JAD (D.N.J.)<br><br>Kannapel v. Volkswagen Group of America, Inc.<br>2:15-cv-07235-JLL-JAD (D.N.J.)<br><br>Sprague v. Volkswagen Group of America, Inc.<br>2:15-cv-07237-JLL-JAD (D.N.J.)<br><br>Spiker v. Volkswagen Group of America, Inc.<br>2:15-cv-07241-JLL-JAD (D.N.J.)<br><br>Gibbons v. Volkswagen Group of America, Inc.<br>2:15-cv-07336-JLL-JAD (D.N.J)<br><br>Kluchinsky v. Volkswagen Group of America, Inc.<br>2:15-cv-07339-JLL-JAD (D.N.J.) |

| | Firm Name & Address | Counsel | Case Information |
|---|---|---|---|
| | | | Rope v. Volkswagen Group of America, Inc.<br>2:15-cv-07495-JLL-JAD (D.N.J.) |
| 65. | **Wilentz, Goldman & Spitzer P.A.**<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ 07095<br>T: 732-636-8000<br>kroddy@WILENTZ.com | Kevin P. Roddy | Leo Winternitz v. Volkswagen Group of America, Inc.<br>2:15-cv-02062-MCE-DAD (E.D. Cal.)<br><br>Brier v. Volkswagen Group of America, Inc.<br>2:15-cv-07297-JLL-JAD (D.N.J.) |
| 66. | **Zimmerman Reed, PLLP**<br>1100 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402<br>T: 612-341-0400<br>Charles.Zimmerman@zimmreed.com | Charles Zimmerman | Carroll v. Volkswagen Group of America, Inc.<br>2:15-13360 (E.D. Mich.)<br><br>Troffer, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-13502-GER-APP (E.D. Mich.)<br><br>Hayden, et al. v. Volkswagen Group of America, Inc.<br>2:15-cv-13688-PDB-DRG (E.D. Mich.)<br><br>Linnee v. Volkswagen Group of America, Inc.<br>2:15-cv-13689-GER-APP (E.D. Mich.) |
| 67. | **Zwerling Schacter & Zwerling LLP**<br>1904 Third Avenue, Suite 1030<br>Seattle, Washington 98101<br>T: 206-223-2053 | Dan Drachler | Halper v. Volkswagen Group of American, Inc.<br>2:15-cv-07293-JLL-JAD (D.N.J.) |