

January 8, 2016

The Honorable Charles R. Breyer
Northern District of California
450 Golden Gate Avenue, Dept. 17 [check]
San Francisco, CA 94102
(Via ECF)

> Re: In Re VW "Clean Diesel" Marking, Sales Practices and Products Liability Litigation, MDL No. 2672 PSC and Committees

Your Honor:

Pursuant to PTO #2, this letter serves as my application for membership on the PSC – representing consumers/owners/lendees – and any committees in this litigation.

As the Court may recall, prior to my leaving Lieff Cabraser in 2013, I participated extensively in *Bextra/Celebrex*, MDL No. 1699, and chaired the briefing, expert, and fee committees. I served as day to day liaison counsel under Elizabeth Cabraser, and in that capacity worked closely and cooperatively with many of the same firms, and individuals who are now filing applications with this Court, and in specific with those applying for some type of "lead" position. As this Court and Judge Corley may recall, I undertook the briefing on and argued the *Daubert* Motions on epidemiology and certain other pretrial motions in the first trial case. I also oversaw all aspects of fact and expert discovery (taking over ten depositions and defending our epidemiology and causation witnesses), oversaw the fact sheet process from the Plaintiffs' side, and then oversaw the settlement and fee auditing and application processes. Judge Fern M. Smith, who served as special master, and before whom I argued nearly every discovery issue, and worked with on deficiency and settlement and fee issues, can provide further detailed feedback on my contributions to Bextra/Celebrex, my ability to work with others, the quality of my work, and my suitability for a PSC position in this case.

Since starting my own firm, I have continued in the same practice areas I did over sixteen years at Lieff Cabraser. My practice is split between auto defect litigation and consumer class action work. In 2013 I formed a virtual law firm with Debra B. Hayes and Stephen M Hansen. Ms. Hayes and myself were appointed, before transfer, as interim Class Counsel to represent Washington Residents in *Sims v. Volkswagen Group of America*, No. 3:15-cv-05692- RBL (W.D. Wa 11/30/15).[1] Between our three firms we have six experienced lawyers. I personally can – as I did in *Bextra/Celebrex* – commit my time to this litigation, and I have the support necessary to do so. My

---

[1] *Sims* was filed as a single state case on behalf of consumers/owners, and those with loans on their fraud effected VW/Audi/Porsche vehicles, in the State of Washington. The single state approach we used is different than most of the firms applying for PSC spots who filed nationwide claims, and was done by us to reflect the very favorable law on damages, including treble damages, available on the claims in this case in Washington State.

co-counsel, Debra B. Hayes of the Hayes Law Firm, who like me has extensive MDL experience, and extensive experience in diminished value litigation, is separately applying for a PSC spot. See Dkt#703.  Our applications are complementary in that we are *between us* seeking a single PSC spot; we are agnostic as to which of us is appointed to the PSC.   We will both personally commit ourselves to this litigation, and having recently secured $74,000,000 in settlements from various auto insurers for the failure to pay diminished value on automobile claims, are more than capable of making the significant funding contributions necessary for a PSC spot.

     I believe that I bring three key qualifications to this application.  First, over the last ten years, I have extensively litigated, and personally tried, numerous cases against auto manufacturers, including the defendant in this case Volkswagen, and other German automobile makers.   In my career I have personally deposed over fifty automotive engineers and executives.  I am very familiar with the engineering processes (e.g. Design Failure Mode and Effects Analysis, Advanced Product Quality Planning, root cause analysis, TS/ISO 16949) and German management systems which will be at the heart of this matter.   My experience is therefore directly relevant to understanding the fundamental questions of who knew what, and when, regarding the fraud that will drive the ultimate resolution of this litigation.

     These experiences will allow me, as in *Bextra/Celebrex*, to make major contributions to discovery and the work up of the case with experts.  In addition to *Bextra/Celebrex*, and my work on automotive cases, I further oversaw the fact and expert discovery process, and first chaired the depositions of the major engineering witnesses and experts, in the coordinated State and Federal Yamaha Rhino ATV litigation, MDL 2016 (W.D. Ky, Coffman, J) and JCCP 4561 (Orange County Sup. Ct,).  In addition, as in *Bextra/Celebrex*, I acted as de facto Federal/State Liaison, and prepared for trial, and tried, the initial bellwether trials in the JCCP. [2]

     Second, Ms. Hayes, Mr. Hansen, and myself have personally prosecuted a series of class action cases involving the very issue in this case: automotive diminished value.   I have personally and exclusively worked with our diminished value expert, Dr. Bernard A. Siskin, who has also been retained for this matter.  Together we collected data at auto auctions, and then did a statistical regression analysis to show the impact of repaired vehicle damage on sales price.   Dr. Siskin's work has survived multiple challenges, including his approach being approved by the Washington Supreme Court in *Moeller v. Farmers Ins. Co. of Wa.*, 173 Wn.2d. 264 (2011) which further established the parameters for the recovery of diminished value on automobiles in Washington.   Using our completed damage model we have secured class certification on diminished value issues eight times (both nationwide and Washington only classes), most recently in *Meyer vs. AmFam*, No.3:14 –cv-05305- RBL, Dkt#63 (W.D. Wa. 9/2/15).  Notably, *Meyer* was certified by the same Judge, the Honorable Ronald B. Leighton, who appointed Ms. Hayes and myself interim class counsel for Washington residents prior to transfer to this case in *Sims v. Volkswagen Group of America*, No. 3:15-cv-05692- RBL (W.D. Wa 11/30/15).   I therefore being to the table an extensive understanding of the key issues necessary to prosecute this case, as well as the data and methods available to determine

---

[2] The JCCP was overseen by Judge Thierry P. Colaw, who can be reached at (657) 622-5305, and then Judge Kim G. Dunning who can be reached at (657) 622-5304.

2

class wide damages, and gauge the market value impact of any "fix", which will be necessary prior to any settlement.

Third, I have extensive experience with class certification issues in the context of automobiles and diminished value. I have personally researched, briefed, and argued these issue on both a single state and multi-state basis, prevailing in every diminished value case in which I have moved for class certification, including three nationwide classes with complex choice of law issues. As shown by my work on *Bextra/Celebrex* and in other cases, I am *personally* able and willing to do the work that is necessary to advance this matter, and do so in a cooperative fashion.

Given my experiences and skills, and my proven ability to advance litigation of this type, I respectfully request that this Court appoint either myself, or my co-counsel Debra B. Hayes, to the PSC on behalf of consumer purchasers/owners/lendees. I further seek personnel appointment to any committees that will work with (1) legal briefing, (2) experts/damages, and/or (3) discovery.

Given that I have worked extensively with nearly all of the individuals and firms who are applying to be lead counsel, I did not want to be placed into a position of having to recommend one or two of them for the leadership co-leadership position. As a result, I have not lobbied for support for my application. However, I do wish to recommend to the Court the appointment of Jayne Conroy of Simmons Hanly Conroy to the PSC. See Dkt#718. Ms. Conroy and her firm, participated extensively in *Bextra/Celebrex*, and her commitment and work product was exceptional, with her and her firm doing the second most work in the *Bextra/Celebrex* MDL. Having personally worked closely with her, I personally support her candidacy, and she endorses mine.

Please let me know if I can provide any further information.

Very Truly Yours,

Scott P. Nealey

3