

January 10, 2016

The Honorable Charles R. Breyer
United States District Court
  Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

      Re:    *In re: Volkswagen "Clean Diesel" Litigation,* MDL No. 2672 CRB (JSC)

Dear Judge Breyer:

      Attached please find my application to the Plaintiffs' Steering Committee in the above referenced case.  The submission is late because apparently the web site was down.  We began our efforts to transmit the application in the early evening, Eastern Time, and continued numerous times thereafter -- sometimes every hour.  Each effort was unsuccessful (*See* Declaration of Erin C. Burns, attached).  Because of this difficulty causing us to be unable to submit our application on Friday, it is respectfully requested that it be accepted, as though timely submitted.

                                      Respectfully,

DMN/clf
Enclosure
cc:      All Counsel via ECF