

SCOTT H. CARR
PARTNER

January 8, 2016

The Honorable Charles R. Breyer
United States District Court of California
450 Golden Gate Avenue, Courtroom 6, 7th Floor
San Francisco, CA 94102

Re: **Letter Supporting Cotchett, Pitre & McCarthy, LLP for Lead Counsel**
*In Re: Volkswagen "Clean Diesel" Marking, Sales Practices
and Products Liability Litigation*
Case No. 3:15 – MD – 02672 – CRB (U.S.D.C. – Northern District)

Dear Judge Breyer:

Pursuant to Pre-Trial Order No. 2 in this case, counsel for plaintiffs, Mark Corwin and Carolyn Corwin, the law firm of Greene Broillet & Wheeler, LLP, hereby submits this letter in support of Joseph Cotchett, Esq. and the law firm of Cotchett, Pitre & McCarthy, LLP as lead counsel in this matter.

As an experienced and highly regarded plaintiff's firm, our firm has worked on many mass tort cases including, but not limited to, the Ford Firestone Rollover litigation, the Welding Rod Class Action matter, and the Fen/Phen Class Action litigation. We have also worked for many years with Mr. Cotchett and his firm on a variety of different matters and issues.

Given their extensive involvement in class action multidistrict litigation and other complex litigation matters, we believe that Mr. Cotchett and his firm are best suited for lead counsel in this matter. As counsel for Mr. and Mrs. Corwin, we believe that the selection of Joseph Cotchett and the Cotchett, Pitre & McCarthy law firm will best serve the interests of our clients and the other class members who have been harmed by the wrongful conduct of Toyota. As such, we fully support Mr. Cotchett and his firm as lead counsel and/or co-lead counsel in this matter.

Very truly yours,                              Very truly yours,

GREENE BROILLET & WHEELER, LLP                 GREENE BROILLET & WHEELER, LLP


BRUCE A. BROILLET                              SCOTT H. CARR

1CC6.12
SHC/rlg

T: 310 576 1200 / 866 576 1200   F: 310 576 1220

100 WILSHIRE BOULEVARD, TWENTY FIRST FLOOR

P.O. BOX 2131   SANTA MONICA, CALIFORNIA 90407-2131

[WWW.GREENE-BROILLET.COM]                      [GREENE BROILLET & WHEELER, LLP]