# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HARVEY JASSEM, AND NATHAN WHEELER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>　　　PLAINTIFF/PETITIONER<br>VS.<br>VOLKSWAGEN GROUP OF AMERICA, INC., et al<br>　　　DEFENDANT/RESPONDENT | CAUSE #:<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 30239969

**ORIGINAL**

**PROOF OF SERVICE**

KELLER ROHRBACK LLP
1201 THIRD AVENUE SUITE 3200
SEATTLE, WWA 98101-3052
206 623 1900
Page 1 of 1

# CERTIFICATE
# ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

**1. dass der Antrag erledigt worden ist *)**
that the document has been served *)
que la demande a été exécutée *)

- **am (Datum)** 10.12.2015
  the (date)
  le (date)

- **in (Ort, Straße, Nummer)** 70435 Stuttgart, Porscheplatz 1
  at (place, street, number)
  à (localité, rue, numéro)

- **in einer der folgenden Formen nach Artikel 5:**
  in one of the following methods authorised by article 5:
  dans une des formes suivantes prévues à l'article 5:

  a) **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).**
     in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
     selon les formes légales (article 5, alinéa premier, lettre a) *).

  b) ~~in der folgenden besonderen Form *):~~
     ~~in accordance with the following particular method *):~~
     ~~selon la forme particulière suivante *):~~

  c) ~~durch einfache Übergabe *):~~
     ~~by delivery to the addressee, who accepted it voluntarily *):~~
     ~~par remise simple *):~~

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:

- **(Name und Stellung der Person)** **Rainer Wörk**
  (identity and description of person)
  (identité et qualité de la personne

- **Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:**
  relationship to the addressee (family, business or other):
  liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

**Rainer Wörk ist im Geschäftsraum beschäftigt (Ersatzzustellung nach § 178 Absatz 1 Nr. 2 Zivilprozessordnung).**

**2. ~~dass der Antrag aus folgenden Gründen nicht erledigt werden konnte *):~~**
   ~~that the document has not been served, by reason of the following facts *):~~
   ~~que la demande n'a pas été exécutée, en raison des faits suivants *):~~

~~Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).~~
~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).~~
~~Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).~~

**Anlagen** - **Klageschrift vom 02.11.2015**
Annexes - **Vorladung**
Annexes -jeweils englisch mit deutscher Übersetzung-

**Zurückgesandte Schriftstücke:**
Documents returned:
Pièces renvoyées:

**Gegebenenfalls Erledigungsstücke:** Ausgefertigt in **Freiburg i. Br.** am **14.12.2015**
In appropriate cases, documents establishing the service: Done at   the
Le cas échéant, les documents justificatifs de l'exécution: Fait à   le.

Unterschrift und/oder Stempel. **Im Auftrag**
**Amtsgericht Freiburg i. Br.** Signature and/or stamp.
**- Der Präsident -** Signature et/ou cachet



**Hirschmann**
**Justizamtfrau**

*) Unzutreffendes streichen.
   Delete if inappropriate.
   Rayer les mentions inutiles.

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | PRASIDENT DES AMTSGERICHTS FREIBURG<br>HOLZMARKT 2<br>79098 FREIBURG |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
  (identity and address)

**PORSCHE AG**
**C/O DR. ING H.C. F. PORSCHE AG**
**PORSCHEPLATZ 1**
**D-70435 STUTTGART**
**GERMANY**

DOB:                    Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
  SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL WITH EXHIBITS A, B, C, D, AND E (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)

Done at Seattle, Washington USA, on Nov 16 2015

Signature and/or stamp

PFI  PROCESS FORWARDING INTERNATIONAL


TRACKING #: 30239969

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority: Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:

HARVEY JASSEM, AND NATHAN WHEELER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED vs. VOLKSWAGEN GROUP OF AMERICA, INC., et al

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendant of the institution against them of a civil lawsuit.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiffs are seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
    the (date) _____
    at (place, street, number) _____
    _____

   in one of the following methods authorized by article 5:
    ☐ (a) in accordance with the provisions of sub-paragraph (a)
        of the first paragraph of article 5 of the Convention.*

    ☐ (b) in accordance with the following particular method:*
    _____
    _____

    ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
    (identity and description of person)
    _____
    _____

    relationship to the addressee family, business, or other
    _____

2) that the document has not been served, by reason of the following facts:*
    _____
    _____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:
_____
_____
_____

Done at _____, the _____

Signature and/or stamp

In appropriate cases, documents establishing
the service:
_____
_____
_____



TRACKING #: 30239969

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)

# BEZIRKSGERICHT DER VEREINIGTEN STAATEN

für den

östlichen Bezirk von Michigan

| | |
|---|---|
| Harvey Jassem und Nathan Wheeler, einzeln und im Namen aller anderen in ähnlicher Lage,<br><br>*Kläger,*<br><br>gegen<br><br>Volkswagen Group of America, Inc., Volkswagen AG, Audi AG, Audi of America LLC, Audi of America, Inc., Porsche AG und Porsche Cars North America, Inc.,<br>*Beklagte.* | Zivilprozess-Nr.<br><br>EHRENWERTE |

## VORLADUNG IN EINER ZIVILKLAGE

To: Dr. Ing. h.c. F. Porsche AG

Eine Klage wurde gegen Sie eingereicht.

Innerhalb von 21 Tagen nach Zustellung dieser Vorladung an Sie (ohne den Tag der Zustellung) - oder innerhalb von 60 Tagen, falls Sie die Vereinigten Staaten oder eine Behörde der Vereinigten Staaten sind, oder ein Amtsträger oder Mitarbeiter der Vereinigten Staaten, wie beschrieben in der US-amerikanischen Fed. Bundeszivilprozessordnung § 12 (a) (2) oder (3) - Sie müssen dem Kläger eine Antwort auf die beigefügte Klage oder einen Antrag gemäß Artikel 12 der US-amerikanischen Zivilprozessordnung zustellen. Die Klageerwiderung oder der Antrag muss dem Kläger oder dem Anwalt des Klägers, dessen Namen wie folgt lautet, unter folgender Adresse zugestellt werden:

Falls Sie nicht antworten, so ergeht gegen Sie im Sinne des Klageantrags ein Versäumnisurteil. Sie müssen außerdem Ihre Antwort oder Ihren Antrag bei Gericht einreichen

*DAVID J. WEBER, GESCHÄFTSSTELLE DES GERICHTS*

Durch:_____
*Unterschrift des Gerichtsschreibers oder seines Stellvetreters*

Datum der Ausstellung:_____

# Zustellungmitteilung der Vorladung und Klage

Aktenzeichen
EHRENWERTE

Eine Abschrift der Vorladung und Klage wurde in der folgenden Art und Weise zugestellt:

Datum der Zustellung: _____

## Methode der Zustellung

____ Persönlich an dieser Adresse zugestellt:

_____
_____
_____

____ Hinterlegung der Kopien am gewöhnlichen Aufenthaltsort von (Name der Person):

_____
_____
_____

____ Andere (bitte erläutern):

_____
_____

____ Zustellung nicht ausgeführt (Grund):

_____
_____
_____

**Zustellgebühr:**    Reise $ _____    Zustellung $ _____    Gesamt $ _____

## Erklärung des Zustellenden

Ich erkläre, unter Androhung einer Strafe für Meineid, dass die in dieser Zustellmitteilung enthaltenen Informationen wahr und richtig sind.

Name Zulieferer: _____

Unterschrift des Zulieferers: _____

Datum: _____

Adresse des Zustellenden: _____
_____
_____