Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s),<br>v.<br>Defendant(s). | Case No: 3:15-md-2672<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Guy Hohmann, an active member in good standing of the bar of USDC Western District TX, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: See Attached Exhibit A in the above-entitled action. My local co-counsel in this case is waived per PTO 1 in MDL No. 2672, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Hohmann, Brophy & Shelton, PLLC, 210 Barton Springs Rd., Ste 250, Austin TX 78704 | Waived per PTO 1 in MDL No. 2672 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (512) 596-3623 | |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| guyh@hbslawyers.com | |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 09813100.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/18/16                                                                 Guy Hohmann
                                                                                          APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Guy Hohmann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____                       _____
                                                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                              *October 2012*

Exhibit A
(List of Plaintiffs Represented)

Patrick Bixler and Audrey Barrett
Haydn Schwedland
Chris J. and Kathleene L. Rakowitz
Timothy Sean Fitzpatrick
Karen Kephart
David Cappolino

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 11, 2016

Re: Guy M. Hohmann, State Bar Number 09813100

To Whom It May Concern:

This is to certify that Mr. Guy M. Hohmann was licensed to practice law in Texas on November 04, 1983, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/lp

