UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| Vaughan v. Volkswagen Group of America, Inc. et al., ) | |
| S.D. Florida C.A. No. 0:15-62637 ) | MDL No. 2672 |
| Acosta v. Volkswagen Group of America, Inc.. ) | |
| S.D. Florida C.A. No. 1:15-24673 ) | |

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these actions on December 29, 2015. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed notices of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-12" filed on December 29, 2015, is LIFTED insofar as it relates to these actions. The actions are transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel