UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC)  **ORDER GRANTING IN PART WARREN T. BURNS' MOTION TO SUBSTITUTE COUNSEL AT THE JANUARY 21, 2016 HEARING** |
| This Order Relates To:  ALL ACTIONS | |

Warren T. Burns, counsel for plaintiffs Peter Brewitt, Amy M. Thomas, Ronald Sekul, and Tom Assaf Abdalla, has filed a Motion to appear at the January 21, 2016 proceeding via telephone. (Dkt. No. 941.) Mr. Burns is unable to personally appear at the hearing due to a previously scheduled final settlement approval hearing in *In re Crude Oil Commodity Futures Litigation*, No. 11-cv-3600 (S.D.N.Y.), a case in which he is co-lead counsel. *Id.* He seeks to address the Court regarding his application for appointment to the Plaintiffs' Steering Committee either by telephone or by his representative, his partner Daniel H. Charest. (*Id.*; *see* Dkt. No. 778.) As parties listening to the hearing by telephone may not participate in the proceedings, the Court GRANTS Mr. Burns' Motion to allow Mr. Daniel H. Charest to speak on Mr. Burns' behalf.

This Order disposes of Docket No. 941.

**IT IS SO ORDERED.**

Dated: January 20, 2016

_____
CHARLES R. BREYER
United States District Judge