UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
_____/

This Order Relates To:

ALL ACTIONS
_____/

MDL No. 2672 CRB  (JSC)

**ORDER GRANTING DANIEL O. ROSE'S MOTION TO SUBSTITUTE COUNSEL AT THE JANUARY 21, 2016 PROCEEDINGS**

Daniel O. Rose, counsel for plaintiff Paul Germain-Cummings and all others similarly situated, has filed a motion requesting the Court to permit him to speak on behalf of his partner, Anthony Tarricone at the January 21, 2016 proceeding.  (Dkt. No. 1036.)  Mr. Tarricone filed an application for appointment to the Plaintiffs Steering Committee, but he is unable to attend the proceeding due to a recent death in the family.  (*Id.*; *see* Dkt. No. 664.)  The Court GRANTS Mr. Rose's motion and will allow him to speak on Mr. Tarricone's behalf at the January 21 proceeding.

This Order disposes of Docket Number 1038.

**IT IS SO ORDERED.**

Dated: January 20, 2016

CHARLES R. BREYER
United States District Judge