UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

This Order Relates To:

ALL ACTIONS

MDL No. 2672 CRB (JSC)

**ORDER GRANTING STEVE W. BERMAN'S MOTION TO SUBSTITUTE COUNSEL AT THE JANUARY 21, 2016 PROCEEDINGS**

Steve W. Berman, counsel for David Fiol and the Benpayo, Hill, Steffenson, and Clarke Plaintiffs, has filed a motion to allow his partner, Robert B. Carey, to appear on his behalf at the January 21, 2016 proceedings to address Mr. Berman's application for a leadership position. (Dkt. No. 1040; *see* Dkt. No. 786.) Mr. Berman is unable to appear at the proceeding as he is co-lead trial counsel in *In re General Motors Ignition Switch Litigation*, No. 14-MD-2543. (Dkt. No. 1040.) Trial for that case began in the Southern District of New York on January 11, 2016 and is scheduled to last four weeks. (*Id.*) The Court GRANTS Mr. Berman's motion.

This Order disposes of Docket Number 1040.

**IT IS SO ORDERED.**

Dated: January 20, 2016

CHARLES R. BREYER
United States District Judge