# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: VOLKSWAGEN "CLEAN DIESEL"**
**MARKETING, SALES PRACTICES, AND**
**PRODUCTS LIABILITY LITIGATION**

F. Gerald Maples, P.A. v. Volkswagen Group of America, Inc.,)
    S.D. Mississippi, C.A. No. 3:16-00001          )      MDL No. 2672
Martin v. Volkswagen Group of America, Inc.,       )
    S.D. Mississippi, C.A. No. 3:16-00002          )


## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER


On January 12, 2016, the Panel filed in this docket a conditional transfer order (CTO-15) pertaining to, *inter alia*, the above actions (*Maples* and *Martin*). In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Maples* and *Martin* was lifted on January 20, 2016, and the actions were transferred to the Northern District of California. Subsequently, on January 22, 2016, the Panel received from plaintiffs a motion to reinstate the conditional transfer order. In their motion, plaintiffs, through counsel, states that electronic notice of the Panel's January 12, 2016, order was not received by counsel. Plaintiffs only became aware of the order when a copy of finalized CTO-15 was filed in the Southern District of Mississippi. Under these circumstances, the Panel will reinstate the conditional transfer order in *Maples* and *Martin* in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-15" filed on January 12, 2016, is REINSTATED insofar as it relates to these actions.

IT IF FURTHER ORDERED that plaintiff's notice of opposition to CTO-15 is accepted for filing as of the date of this order.


FOR THE PANEL:

*Jeffery N. Lüthi*
Jeffery N. Lüthi
Clerk of the Panel