UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

Park, et al. v. Volkswagen Group of America, Inc., et al.,
C.D. California, C.A. No. 2:16-00072

MDL No. 2672

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Park*) on January 19, 2016.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Park* filed a notice of opposition to the proposed transfer.  Plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-16" filed on January 19, 2016, is LIFTED insofar as it relates to this action.  The action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel