# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HARVEY JASSEM, AND NATHAN WHEELER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>    PLAINTIFF/PETITIONER<br>VS.<br>VOLKSWAGEN GROUP OF AMERICA, INC., et al<br>    DEFENDANT/RESPONDENT | CAUSE #:<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

**ABC Legal Services, Inc.**
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 30239968

**ORIGINAL**
**PROOF OF SERVICE**

KELLER ROHRBACK LLP
1201 THIRD AVENUE SUITE 3200
SEATTLE, WWA 98101-3052
206 623 1900
Page 1 of 1

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
   the (date) _____ 07. Jan. 2016
   at (place, street, number) _Local Court of Wolfsburg_
   _Rothenfelder Str. 43, 38440 Wolfsburg_
   _Germany_

   one of the following methods authorized by article 5:

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:*
   _____

   ☒ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person) _Mrs. Martina PÄLECKE / Volkswagen_

   relationship to the addressee family, business, or other _business_

   The document has not been served, by reason of the following facts:*
   _____

   In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
_____

Done at _Wolfsburg_, the _07. Jan. 2016_

Signature and/or stamp

_Gebert (GEBERT)_
_(22 AR 1/16)_

In appropriate cases, documents establishing the service:
_____


TRACKING #: 30239968

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | NIEDERSACHISCHES JUSTIZMINISTERIUM<br>AM WATERLOOPLATZ 1<br>30169 HANNOVER |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
  (identity and address)

**VOLKSWAGEN AG**
**RUBENKAMP 2**
**38442 WOLFSBURG**
**GERMANY**

  DOB:                    Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
  **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL WITH EXHIBITS A, B, C, D, AND E (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)**

Done at Seattle, Washington USA, on Nov 16 2015

Signature and/or stamp



PFI | PROCESS FORWARDING INTERNATIONAL

TRACKING #: 30239968

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority:   Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:

HARVEY JASSEM, AND NATHAN WHEELER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED   vs.   VOLKSWAGEN GROUP OF AMERICA, INC., et al

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendant of the institution against them of a civil lawsuit.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiffs are seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
N/a

Date of judgment:*
N/a

Time limits stated in the document:*
    Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
N/a

Time limits stated in the document:*
N/a

AO 440 (Rev. 12/09) Vorladung zu einem Zivilprozess

# BEZIRKSGERICHT DER VEREINIGTEN STAATEN
für den
östlichen Bezirk von Michigan

| | | |
|---|---|---|
| Harvey Jassem, et. al. | ) | |
| | ) | |
| *Kläger,* | ) | Zivilprozess Nr. 15-13865 |
| gegen | ) | |
| Volkswagen Group of America, Inc., et. al. | ) | Ehr. David M. Lawson |
| *Beklagte.* | ) | |

## VORLADUNG IN EINER ZIVILKLAGE

An   Volkswagen AG

Eine Klage wurde gegen Sie eingereicht.

Innerhalb von 21 Tagen nach Zustellung dieser Vorladung an Sie (ohne den Tag der Zustellung) - oder innerhalb von 60 Tage, falls Sie die Vereinigten Staaten oder eine Behörde der Vereinigten Staaten sind, oder ein Amtsträger oder Angestellter der Vereinigten Staaten, wie beschrieben in der US-amerikanischen Bundeszivilprozessordnung § 12 (a) (2) oder (3) - müssen Sie dem Kläger eine Klageerwiderung oder einen Antrag gemäß Artikel 12 der US-amerikanischen Bundeszivilprozessordnung zustellen. Die Klageerwiderung oder der Antrag muss dem Kläger oder dem Anwalt des Klägers, dessen Namen wie folgt lautet, unter folgender Adresse zugestellt werden:

> Tana Lin
> Keller Rohrback,
> (Seattle) 1201 Third Avenue
> Suite 3200
> Seattle, WA 98101

Falls Sie nicht antworten, so darf gegen Sie im Sinne des Klageantrags ein Versäumnisurteil getroffen werden. Sie müssen außerdem Ihre Klageerwiderung oder Ihren Antrag bei Gericht einreichen.

*DAVID J. WEAVER, GERICHTSSCHREIBER*

Durch: s/LGranger
*Unterschrift des Gerichtsschreibers oder seines Stellvertreters*

Datum der Ausstellung:   4. November 2015



AO 440 (Rev. 12/09) Vorladung zu einem Zivilprozess

# Zustellungsmitteilung der Vorladung und Klage

Aktenzeichen. 15-13865
Ehr. David M. Lawson

Eine Abschrift der Vorladung und Klage wurde in der folgenden Art und Weise zugestellt:

Name der Empfangsperson: Volkswagen AG

Datum der Zustellung: _____

## Methode der Zustellung

____ Persönlich an dieser Adresse zugestellt:
_____
_____
_____

____ Hinterlegung der Kopien am gewöhnlichen Aufenthaltsort an (Name der Person):
_____
_____
_____

____ Andere (bitte erläutern):
_____
_____
_____

____ Zustellung nicht ausgeführt (Grund):
_____
_____
_____

**Zustellgebühr:**   Fahrt $_____   Zustellung $_____   Gesamt $_____

## Erklärung des Zustellenden

Ich erkläre unter Androhung einer Strafe für Meineid, dass die in dieser Zustellmitteilung enthaltenen Informationen wahr und richtig sind.

Name Zustellenden: _____

Unterschrift des Zustellenden: _____

Datum: _____

Adresse des Zustellenden: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Harvey Jassem, et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 15-13865 |
| | ) | |
| v. | ) | |
| | ) | |
| Volkswagen Group of America, Inc., et al | ) | Hon. David M. Lawson |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Volkswagen AG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tana Lin
Keller Rohrback, (Seattle)
1201 Third Avenue
Suite 3200
Seattle, WA 98101

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/LGranger
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 4, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-13865
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Volkswagen AG

Date of Service:         _____

## Method of Service

___  Personally served at this address:
_____
_____
_____

___  Left copies at the usual place of abode with (name of person):
_____
_____
_____

___  Other (specify):
_____
_____
_____

___  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:        _____
Signature of Server:   _____
Date:                  _____
Server's Address:      _____
                       _____