IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

| Fuller, et al. v. Volkswagen Group of America, Inc., | ) | |
|---|---|---|
| E.D. Missouri, C.A. No. 4:16-00106 | ) | MDL No. 2672 |

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On February 9, 2016, the Panel filed in this docket a conditional transfer order (CTO-20) pertaining to this action (*Fuller*). In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Fuller* was lifted on February 17, 2016, and the action was transferred to the Northern District of California. Subsequently, on February 17, 2016, plaintiffs in *Fuller* filed a motion to reinstate the conditional transfer order. In their motion, plaintiffs, through counsel, state that certain of plaintiffs' counsel were not served with a copy of the conditional transfer order.

Recourse to Panel records reveals that, at the time CTO-20 was issued, the two counsel listed on the Eastern District of Missouri docket sheet as representing plaintiffs in *Fuller* were served with a copy of that order. Nevertheless, the Panel will reinstate the conditional transfer order in *Fuller* in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-20" filed on February 9, 2016, is REINSTATED insofar as it relates to this action.

IT IS FURTHER ORDERED that plaintiffs' motion to reinstate is construed as their notice of opposition and is deemed filed as of the date of this order.

IT IS FURTHER ORDERED that, pursuant to Panel Rule 6.3(f), plaintiffs' motion and brief to vacate the conditional transfer order is due on or before March 3, 2016.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel