UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL 2672 CRB (JSC)<br><br>**PRETRIAL ORDER NO. 10: ORDER REGARDING MOTIONS TO REMAND** |
| This Order Relates to:<br><br>ALL ACTIONS (except securities fraud actions) | |

Pursuant to Pretrial Order No. 8 [Dkt. No. 1087], the Court stayed all pending motions to remand and directed Plaintiffs' Lead Counsel and Defendants' Liaison Counsel to propose a schedule for filing, briefing and hearing of any motions to remand. Plaintiffs' Lead Counsel has informed the Court that some or all of the motions to remand may involve factual issues requiring some discovery, as well as input from counsel representing the plaintiffs seeking remand and counsel representing certain non-Volkswagen defendants and/or third parties. Defendants' Liaison Counsel has informed the Court that they are willing to meet and confer regarding the potential for discovery in connection with the motions to remand.

Accordingly, the Court adopts the following schedule:

1. All motions to remand shall continue to be stayed to allow Plaintiffs' Lead Counsel, Defendants' Liaison Counsel, counsel for plaintiffs seeking remand, counsel for defendant Solazyme, and counsel for defendant Amyris, Inc. to meet and confer concerning the scope of any discovery that may be required concerning the motions to remand, and to discuss the potential implications of that discovery upon general case management issues.

2. Within 21 days of this Order, Plaintiffs' Lead Counsel and Defendants' Liaison Counsel shall provide the Court with an agreed-upon schedule for any discovery related to the motions to remand and a filing and briefing schedule(s) for those motions.  If agreement cannot be reached, each party shall submit its own proposal with a memorandum (not to exceed five (5) pages) explaining why the Court should adopt that party's particular proposal.

3. In the event any actions are subsequently transferred to this Court for coordinated or consolidated pretrial proceedings and, prior to transfer, plaintiffs filed motions to remand, such motions shall be stayed to allow Plaintiffs' Lead Counsel, Defendants' Liaison Counsel, counsel for plaintiffs seeking remand, and any other relevant parties to meet and confer concerning the matters described in paragraph (1) above.  Within 21 days of transfer to this Court, Plaintiffs' Lead Counsel and Defendants' Liaison Counsel shall provide the Court with an agreed-upon schedule for any discovery related to the motions to remand and a filing and briefing schedule(s) for those motions.  If agreement cannot be reached, each party shall submit its own proposal with a memorandum (not to exceed five (5) pages) explaining why the Court should adopt that party's particular proposal.

**IT IS SO ORDERED**.

Dated: February 25, 2016

CHARLES R. BREYER
United States District Judge