# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Werner, et al. v. Eich Motor Company, Inc., et al., | ) | |
| D. Minnesota, C.A. No. 0:16-00396 | ) | MDL No. 2672 |

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On February 19, 2016, the Panel filed in this docket a conditional transfer order (CTO-23) pertaining to, *inter alia*, the above action (*Werner*).  In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Werner* was lifted on February 29, 2016, and the action was transferred to the Northern District of California.  Subsequently, on that same date, the Panel received from plaintiffs a motion to reinstate the conditional transfer order.  In their motion, plaintiffs, through counsel, states that counsel was out of the office from February 19, 2016, until February 29, 2016, and did not have the opportunity to file an opposition to CTO-23.  Under these circumstances, the Panel will reinstate the conditional transfer order in *Werner* in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-23" filed on February 19, 2016, is REINSTATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel