BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
BlairN@blbglaw.com
DAVID R. STICKNEY (Bar No. 188574)
DavidS@blbglaw.com
TIMOTHY A. DeLANGE (Bar No. 190768)
TimothyD@blbglaw.com
BENJAMIN GALDSTON (Bar No. 211114)
BenG@blbglaw.com
DAVID R. KAPLAN (Bar No. 230144)
DavidK@blbglaw.com
LUCAS E. GILMORE (Bar No. 250893)
Lucas.Gilmore@blbglaw.com
BRANDON C. MARSH (Bar No. 268316)
Brandon.Marsh@blbglaw.com
RACHEL A. FELONG (Bar No. 279942)
Rachel.Felong@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323

*Attorneys for Plaintiffs Stricklin, et al. and the Proposed Putative Classes*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC)<br><br>**ORDER GRANTING WITHDRAWAL OF COUNSEL** |
| This Document Relates To:<br>    ALL ACTIONS. | |

[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL
MDL No. 2672 CRB (JSC)

**ORDER**

Upon consideration of Plaintiffs' Notice of Withdrawal of Counsel, it is HEREBY ORDERED that Brandon C. Marsh is hereby withdrawn as counsel of record on behalf of Plaintiffs, Iris Stricklin, Daler Rakhmet-Zade, Lori Gottlieb, Amy Cock, Sarah Greenwald, Michelle Manning, and the proposed putative classes.

The Clerk of the Court is directed to remove Brandon C. Marsh from the record and from the Court's ECF System for this case.

Dated: March 24, 2016    

Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL    -1-
MDL No. 2672 CRB (JSC)