Robert C. Hilliard (*pro hac vice*)
Rudy Gonzales, Jr. (*pro hac vice*)
Catherine D. Tobin (*pro hac vice*)
Anne Fornecker (*pro hac vice*)
John B. Martinez (*pro hac vice*)
Marion M. Reilly (*pro hac vice*)
Rob George (*pro hac vice*)
Bradford P. Klager (*pending pro hac vice*)
Steve D. Shadowen *(pending pro hac vice)*
HILLIARD MUÑOZ GONZALES LLP
719 S. Shoreline Blvd., Suite #500
Corpus Christi, TX 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015
bobh@hmglawfirm.com

*Attorneys for Plaintiffs Daniel Tamez and Holly Harris*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NOS.:<br>2:15-CV-405; *Harris v. Volkswagen Group of America, Inc.*; U.S.D.C., S.D. Tex.<br>2:15-CV-425; *Tamez v. Volkswagen Group of America, Inc.*; U.S.D.C., S.D. Tex. | Case No.: 3:15-md-02672-CRB<br><br>**ACKNOWLEDGMENT OF DISMISSAL TO PLAINTIFFS DANIEL TAMEZ AND HOLLY HARRIS'S FRCP 41(a)(1)(A)(i)  AMENDED NOTICE OF DISMISSAL** |

### ACKNOWLEDGEMENT OF DISMISSAL

BEFORE THE COURT is Plaintiffs' Amended Notice of Dismisal, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court hereby acknowledges that Plaintiffs' claims pending in this case are dismissed without prejudice to refiling same. Each party shall bear its costs.

THE CLERK OF THE COURT IS THEREFORE DIRECTED to take the steps necessary to remove this case from the Court's docket.

SO ORDERED, on this, the ___1st___ day of ___March___, 2016.

Dated: ___March 1___, 2016

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE