FREEBORN & PETERS LLP
DAVID C. GUSTMAN  (Bar No. 3124377)
dgustman@freeborn.com
DARREN M. VANPUYMBROUCK (Bar No. 6193910)
dvan@freeborn.com
JOHN C. HAMMERLE (Bar No. 6286322)
jhammerle@freeborn.com
311 S. Wacker Dr., Ste. 3000
Chicago, Illinois 60631
Telephone:  (312) 360-6000
Facsimile:  (312) 360-6575
Website:  www.freeborn.com

*Attorneys for Plaintiff Marlene Turvill, individually and on behalf of all similarly situated persons*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:15-md-02672-CRB  **ORDER GRANTING WITHDRAWAL OF COUNSEL** |
| This Document Relates To: ALL ACTIONS | |

## ORDER

Upon consideration of Plaintiff's Notice of Withdrawal of Counsel, it is HEREBY ORDERED that David C. Gustman, Darren M. VanPuymbrouck, and John C. Hammerle, of the law firm Freeborn & Peters LLP, are hereby withdrawn as counsel of record in this matter on behalf of Plaintiff Marlene Turvill, individually and on behalf of all similarly situated persons.

The Clerk of the Court is directed to remove David C. Gustman, Darren M. VanPuymbrouck, and John C. Hammerle from the record and from the Court's ECF System for this case.

Dated: 'O ctej ''4.''4238''"""""""""""""""""""""""""''   _____
                                                Hon. Charles R. Breyer
                                                United States District Judge

[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL
Case No. 3:15-md-02672-CRB