UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Order Relates To:<br><br>ALL ACTIONS (except securities actions) | No. 15-md-2672 (CRB) (JSC)<br><br>**ORDER APPOINTING PLAINTIFFS' STATE COURT LIAISON COUNSEL PURSUANT TO PRETRIAL ORDER NO. 13**<br><br>Hon. Charles R. Breyer |

Pretrial Order No. 13: Coordination Order, filed herein on February 25, 2016 [Dkt. 1256], directs Plaintiffs' Lead Counsel, following consultation with the Plaintiffs' Steering Committee, to nominate counsel to act as Plaintiffs' State Court Liaison Counsel. As noted in paragraph A.1. of Pretrial Order No. 13, membership on the Plaintiffs' Steering Committee is a preferred qualification for such service. Plaintiffs' Lead Counsel has nominated two members of the Plaintiffs' Steering Committee to serve together in the role of Plaintiffs' State Court Liaison Counsel, to best foster the goals of ongoing coordination and communication with courts and counsel in proceedings across many jurisdictions, as expressed in Pretrial Order No. 13.

Good cause appearing therefor: Plaintiffs' Steering Committee members Michael Everett Heygood and Christopher A. Seeger are hereby appointed to serve as Plaintiffs' State Court Liaison Counsel.

**IT IS SO ORDERED.**

Dated: March 4, 2016

_____
CHARLES R. BREYER
United States District Judge

1294862.1                               1