Bryan F. Aylstock (State Bar No. 78263)
Aylstock, Witkin, Kreis, & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, Florida  32502
Tel. (850) 202-1010
Fax (850) 916-7449
Email: baylstock@awkolaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **"IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Fugate, et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:15-cv-06186 | Case No. 3:15-md-02672-CRB<br><br>**MOTION TO SUBSTITUTE COUNSEL** |

Plaintiffs hereby move this Honorable Court to substitute counsel as follows:

1.  This action was transferred from the United States District Court, District of New Jersey on December 30, 2015.

2.  Plaintiffs move to withdraw the appearance of Stephen A. Corr, Esquire as counsel of record for the plaintiffs and remove him from the ECF service list.

3.  Plaintiffs move to enter the appearance of Bryan F. Aylstock, Esquire as co-counsel of record for plaintiffs and add him to the ECF service list.

4.  Plaintiffs move to enter the appearance of Joseph A. Cullen, Esquire co-counsel for plaintiffs and add him to the ECF service list.

5. Appropriate Motion for Admission, *pro hac vice*, for Joseph A. Cullen will be filed upon approval of this Motion to Substitute Counsel.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order granting this Motion to Substitute Counsel.

Respectfully submitted this 19th day of February, 2016.

/s    *Stephen A. Corr*  
Stephen A. Corr  
Joseph A. Cullen  
Stark & Stark, P.C.  
777 Township Line Road  
Suite 120  
Yardley, PA  19067  
Tel:  (267) 907-9600  
scorr@stark-stark.com

/s    *Bryan Aylstock*  
Bryan Aylstock  
Aylstock, Witkin, Kreis & Overholtz, PLLC  
17 E. Main Street, Suite 200  
Pensacola, FL  32502  
Tel:  (850) 202-1010  
baylstock@awkolaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 18th day of February 2016.

/s    *Bryan Aylstock*  
Bryan Aylstock (*Admitted Pro Hac Vice*)

**SO ORDERED**

CHARLES R. BREYER  
UNITED STATES DISTRICT JUDGE