UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

MDL No. 2672 CRB (JSC)

**ORDER REGARDING PRODUCTION OF TRANSCRIPTS OF COURT PROCEEDINGS**

This Order Relates To:

ALL ACTIONS (except securities fraud cases)

The United States District Court for the Northern District of California's General Order No. 59 provides that "[f]or the first 90 days after the transcript is electronically filed, access to the transcript in CM/ECF will be restricted to . . . (d) other persons as directed by the court."

In accordance with General Order No. 59, the Court ORDERS transcripts for all proceedings in the above-captioned matter to be made available on the case website, located at http://cand.uscourts.gov/crb/vwmdl.  Following each court proceeding at which a court reporter is present, Plaintiffs' Lead Counsel shall file an order[1] at the "daily" rate for one (1) original and eight (8) copies of the transcript for that proceeding.  Plaintiffs and Defendants shall bear the costs of that order.

Transcripts shall, as soon as practicable, be posted on the case website.  The transcript for the February 25, 2016 Initial Case Management Conference shall be posted on the website upon issuance of this Order.

//

---

[1] Information on ordering transcripts is available at www.cand.uscourts.gov/transcripts.

1      **IT IS SO ORDERED.**

2   Dated: March 7, 2016

_____
CHARLES R. BREYER
United States District Judge