# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION**                     MDL No. 2672

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −26)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2015). Since that time, 487 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 15, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION**

MDL No. 2672

### SCHEDULE CTO−26 − TAG−ALONG ACTIONS

| <u>DIST</u> | <u>DIV.</u> | <u>C.A.NO.</u> | <u>CASE CAPTION</u> |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 16−01507 | Teddy Kim v. Volkswagen Group of America, Inc., et al |
| CAC | 5 | 16−00361 | Laura Paquette v. Volkswagen Group of America Inc, et al |
| CAC | 8 | 16−00342 | Olga Rosas v. Volkswagen Group of America, Inc. et al |
| CAC | 8 | 16−00357 | Eduardo Boelart et al v. Volkswagen Group of America, Inc. et al |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 16−00536 | Lampert v. Volkswagen Group of America, Inc. et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 16−00685 | Shulak et al v. Volkswagen Group of America, Inc. et al |
| **KANSAS** | | | |
| KS | 6 | 16−01056 | Slupski v. Volkswagen of America, Inc. et al |
| **MARYLAND** | | | |
| MD | 1 | 16−00539 | Grafton et al v. Volkswagen Group of America, Inc. |
| **NEW MEXICO** | | | |
| ~~NM~~ | ~~1~~ | ~~16−00147~~ | ~~State of New Mexico et al v. Volkswagen Group of America, Inc. et al~~ |
| **OREGON** | | | |
| ~~OR~~ | ~~1~~ | ~~16−00363~~ | ~~Freeman et al v. Volkswagen Group of America~~ |
| ~~OR~~ | ~~2~~ | ~~16−00365~~ | ~~Easley et al v. Volkswagen Group of America, Inc.~~ |
| ~~OR~~ | ~~3~~ | ~~16−00366~~ | ~~Wright et al v. Volkswagen Group of America, Inc.~~ |
| ~~OR~~ | ~~6~~ | ~~16−00360~~ | ~~Allen et al v. Volkswagen Group of America, Inc.~~ |

| | | | |
|---|---|---|---|
| ~~OR~~ | ~~6~~ | ~~16−00361~~ | ~~Flynn et al v. Volkswagen Group of America, Inc.~~ |
| ~~OR~~ | ~~6~~ | ~~16−00367~~ | ~~Alexander et al v. Volkswagen Group of America, Inc.~~ |

**PENNSYLVANIA MIDDLE**

| | | | |
|---|---|---|---|
| PAM | 1 | 16−00382 | Shultz v. Volkswagen Group of America, Inc. |
| PAM | 3 | 16−00376 | Motovidlak v. Volkswagen Group of America, Inc. |

**PENNSYLVANIA WESTERN**

| | | | |
|---|---|---|---|
| ~~PAW~~ | ~~2~~ | ~~16−00217~~ | ~~MARZULLI et al v. VOLKSWAGEN AG et al~~ |
| PAW | 2 | 16−00241 | SMITH v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAW | 2 | 16−00243 | LETTERMAN v. VOLKSWAGEN GROUP OF AMERICA, INC. |

**TEXAS WESTERN**

| | | | |
|---|---|---|---|
| ~~TXW~~ | ~~1~~ | ~~16−00255~~ | ~~Banda et al v. Volkswagen Group of America, Inc. et al~~ |

**VERMONT**

| | | | |
|---|---|---|---|
| VT | 2 | 16−00056 | Korson v. Volkswagen Group of America, Inc. et al |
| VT | 2 | 16−00057 | Waxman v. Volkswagen Group of America, Inc. et al |

**WYOMING**

| | | | |
|---|---|---|---|
| WY | 1 | 16−00008 | Weiss v. Volkswagen Group of America Inc |