UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2672

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −31)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See __F.Supp.3d__ (J.P.M.L. 2015). Since that time, 544 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 05, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                    MDL No. 2672

## SCHEDULE CTO−31 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 16−01874 | Tina Pease et al v. Volkswagen Group of America, Inc. |
| ~~CAC~~ | ~~2~~ | ~~16−01970~~ | ~~John Mahan et al v. Volkswagen Group of America Inc et al~~ Opposed 4/4/16 |
| CAC | 2 | 16−02014 | Jessica Watkins v. Volkswagen Group of America, Inc. |
| ~~CAC~~ | ~~2~~ | ~~16−02036~~ | ~~Chris Parks v. Porsche Cars North America Inc~~ Opposed 4/4/16 |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 16−00636 | Gupta v. City Chevrolet et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 6 | 16−00509 | Alphin v. Volkswagen of America, Inc. et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 16−80438 | Shell v. VOLKSWAGEN OF AMERICA, INC. et al |
| **MINNESOTA** | | | |
| ~~MN~~ | ~~0~~ | ~~16−00738~~ | ~~Sticha v. Volkswagen Group of America, Inc.~~ Opposed 4/4/16 |
| ~~MN~~ | ~~0~~ | ~~16−00748~~ | ~~Davis v. Volkswagen Group of America, Inc. et al~~ Opposed 4/4/16 |
| ~~MN~~ | ~~0~~ | ~~16−00749~~ | ~~Determan v. Volkswagen Group of America, Inc. et al~~ Opposed 4/4/16 |
| ~~MN~~ | ~~0~~ | ~~16−00750~~ | ~~Edens v. Volkswagen Group of America, Inc. et al~~ Opposed 4/4/16 |
| ~~MN~~ | ~~0~~ | ~~16−00751~~ | ~~Hinderscheid v. Volkswagen Group of America, Inc. et al~~ Opposed 4/4/16 |
| ~~MN~~ | ~~0~~ | ~~16−00752~~ | ~~Hise v. Volkswagen Group of America, Inc. et al~~ Opposed 4/4/16 |
| ~~MN~~ | ~~0~~ | ~~16−00753~~ | ~~Meyer et al v. Volkswagen Group of America, Inc. et al~~ Opposed 4/4/16 |
| ~~MN~~ | ~~0~~ | ~~16−00754~~ | ~~Lessard v. Volkswagen Group of America, Inc. et al~~ Opposed 4/4/16 |
| ~~MN~~ | ~~0~~ | ~~16−00755~~ | ~~Nyman v. Volkswagen Group of America, Inc. et al~~ Opposed 4/4/16 |
| ~~MN~~ | ~~0~~ | ~~16−00756~~ | ~~Schafbuch v. Volkswagen Group of America, Inc. et al~~ Opposed 4/4/16 |
| ~~MN~~ | ~~0~~ | ~~16−00757~~ | ~~Thuftin v. Volkswagen Group of America, Inc. et al~~ Opposed 4/4/16 |
| ~~MN~~ | ~~0~~ | ~~16−00758~~ | ~~Wittenberg v. Volkswagen Group of America, Inc. et al~~ Opposed 4/4/16 |

| | | | | |
|---|---|---|---|---|
| ~~MN~~ | ~~0~~ | ~~16−00759~~ | ~~Tiano v. Volkswagen Group of America, Inc. et al~~ | Opposed 4/4/16 |
| ~~MN~~ | ~~0~~ | ~~16−00760~~ | ~~Weekes v. Volkswagen Group of America, Inc. et al~~ | Opposed 4/4/16 |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 16−01949 | Caceres et al v. Volkswagen Group of America, Inc. |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 16−01353 | MADARA v. VOLKSWAGEN GROUP OF AMERICA, INC. |

TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 16−00638 | Seay et al v. Volkswagen Group of America, Inc. |