Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
William B. Monahan (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

Laura Kabler Oswell (State Bar No. 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

*Co-Liaison Counsel for the Volkswagen Group Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| | **STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DISCOVERY DEADLINES** |
| This Document Relates to: | The Honorable Charles R. Breyer |
| ALL ACTIONS (except securities actions) | |

WHEREAS, on February 25, 2016, the Court entered Pre-Trial Order No. 9 (Docket No. 1252), which, in Paragraph 4(B), requires the exchange of Rule 26 initial disclosures on or before April 6, 2016;

WHEREAS, the Volkswagen Group and Porsche Defendants and the Plaintiffs' Steering Committee have agreed that the deadline for serving Rule 26 initial disclosures as between them will be April 15, 2016;

WHEREAS, the Volkswagen Group Defendants and Plaintiff the Federal Trade Commission (the "FTC") have agreed that the deadline for serving Rule 26 initial disclosures as between them will be April 8, 2016;

WHEREAS, Pre-Trial Order No. 9, in Paragraph 4(E)(ii), requires Defendants' written responses and objections to requests for the production of documents to be served within 45 days after service of such requests;

WHEREAS, the Volkswagen Group and Porsche Defendants and the Plaintiffs' Steering Committee have agreed to extend the deadline for the Volkswagen Group and Porsche Defendants to serve written responses and objections to the Plaintiffs' Steering Committee's pending document requests by nine days; and

WHEREAS, no previous request for an extension of these deadlines has been sought.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that:

1. The Volkswagen Group and Porsche Defendants shall serve Rule 26 initial disclosures on the Plaintiffs' Steering Committee, and the Plaintiffs' Steering Committee shall serve their Rule 26 initial disclosures, by April 15, 2016.

2. The Volkswagen Group Defendants shall serve Rule 26 initial disclosures on the FTC, and the FTC shall serve their Rule 26 initial disclosures, by April 8, 2016.

3. The Volkswagen Group and Porsche Defendants shall have an additional nine days to serve their written responses and objections to the Plaintiffs' Steering Committee's pending document requests.

Dated:  April 7, 2016                    Respectfully submitted,

By: /s/ Elizabeth J. Cabraser (with permission)
    Elizabeth J. Cabraser
    LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
    Telephone: 415.956.1000
    Facsimile: 415.956.1008
    E-mail: ecabraser@lchb.com

*Plaintiffs' Lead Counsel*

Dated:  April 7, 2016                    Respectfully submitted,

By: /s/ Robert J. Giuffra, Jr.
    Robert J. Giuffra, Jr.
    giuffrar@sullcrom.com
    Sharon L. Nelles
    nelless@sullcrom.com
    William B. Monahan
    monahanw@sullcrom.com
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, New York 10004
    Telephone: (212) 558-4000
    Facsimile: (212) 558-3588

    Laura Kabler Oswell
    oswelll@sullcrom.com
    SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
    Palo Alto, California 94303
    Telephone: (650) 461-5600
    Facsimile: (650) 461-5700

*Co-Liaison Counsel for the Volkswagen Group Defendants*

Dated: April 7, 2016

Respectfully submitted,

By: /s/ Cari K. Dawson (with permission)
    Cari K. Dawson
    ALSTON & BIRD LLP
    One Atlantic Center
    1201 West Peachtree Street
    Atlanta, Georgia 30309
    Telephone: (404) 881-7766
    cari.dawson@alston.com

*Liaison Counsel for Porsche Cars North America, Inc.*

Respectfully submitted,

By: /s/ Jonathan Cohen (with permission)
    Jonathan Cohen (jcohen2@ftc.gov)
    Michelle L. Schaeffer (mschaefer@ftc.gov)
    Sangjoon "Simon" Han (shan@ftc.gov)
    Megan A. Bartley (mbartley@ftc.gov)
    Federal Trade Commission
    600 Pennsylvania Avenue NW, CC-9528
    Washington, DC 20580
    (202) 326-2551 (Cohen); -3515 (Schaefer); -2880 (Kostner); -2495 (Han); -3424 (Bartley); -3197 (fax)

*Attorneys for Plaintiff Federal Trade Commission*

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 7, 2016.

_____
CHARLES R. BREYER
United States District Judge

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: April 6, 2016                              SULLIVAN & CROMWELL LLP

                                                  */s/* Laura Kabler Oswell
                                                  Laura Kabler Oswell