# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Marzulli, et al. v. Volkswagen AG, et al., | ) | |
|     W.D. Pennsylvania, C.A. No. 2:16-00217 | ) | MDL No. 2672 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Marzulli*) on March 7, 2016. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Marzulli* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-26" filed on March 7, 2016, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

                                              FOR THE PANEL:

                                              Jeffery N. Lüthi
                                              Clerk of the Panel