IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Chris Parks v. Porsche Cars North America, Inc., | ) | |
|     C.D. California, C.A. No. 2:16-02036 | ) | MDL No. 2672 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND VACATING THE MAY 26, 2016, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Parks*) on March 28, 2016. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Parks* filed a notice of opposition to the proposed transfer. Plaintiff has withdrawn his opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-31" filed on March 28, 2016, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 15, 2016, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel