UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 |

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −34)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See __F.Supp.3d__ (J.P.M.L. 2015). Since that time, 568 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 22, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2672

## SCHEDULE CTO−34 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**ALABAMA NORTHERN**

| | | | |
|---|---|---|---|
| ~~ALN~~ | ~~2~~ | ~~16−00561~~ | ~~Pounds v. Volkswagen Group of America, Inc.~~ Opposed 4/21/16 |
| ~~ALN~~ | ~~6~~ | ~~16−00560~~ | ~~Hyche v. Volkswagen Group of America Inc~~ Opposed 4/21/16 |

**ARIZONA**

| | | | |
|---|---|---|---|
| AZ | 2 | 16−00973 | Jones et al v. Volkswagen Group of America Incorporated et al |

**CALIFORNIA CENTRAL**

| | | | |
|---|---|---|---|
| CAC | 2 | 16−02420 | Armen Amirkhanyan v. Volkswagen Group of America Inc et al |
| ~~CAC~~ | ~~2~~ | ~~16−02438~~ | ~~Sidonie J Freeman v. Volkswagen Group of America, Inc. et al~~ Vacated 4/22/16 |
| CAC | 2 | 16−02469 | Robert Moser et al v. Volkswagen Group of America Inc et al |
| ~~CAC~~ | ~~5~~ | ~~16−00666~~ | ~~Champoux et al v. Shayco dba Ontario Volkswagen~~ Opposed 4/21/16 |

**CALIFORNIA SOUTHERN**

| | | | |
|---|---|---|---|
| CAS | 3 | 16−00810 | Frasier v. Mossy Automotive Group II, LLC et al |

**FLORIDA MIDDLE**

| | | | |
|---|---|---|---|
| FLM | 8 | 16−00825 | Trask v. Volkswagen Group of America, Inc. |
| ~~FLM~~ | ~~8~~ | ~~16−00860~~ | ~~Braswell et al v. Volkswagen Group of America, Inc.~~ Opposed 4/19/ |

**KENTUCKY EASTERN**

| | | | |
|---|---|---|---|
| ~~KYE~~ | ~~3~~ | ~~16−00027~~ | ~~Beshear v. Volkswagen Group of America, Inc. et al~~ Opposed 4/20/16 |

**NORTH CAROLINA EASTERN**

| | | | |
|---|---|---|---|
| ~~NCE~~ | ~~4~~ | ~~16−00047~~ | ~~Aree et al v. Volkswagen Group of America, Inc. − <font color~~ Vacated 4/18/16 |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 16−01746 | ELBARDISSI v. VOLKSWAGEN GROUP OF AMERICA |
| PAE | 2 | 16−01747 | AKBAROV v. VOLKSWAGEN GROUP OF AMERICA |
| PAE | 2 | 16−01748 | STONE v. VOLKSWAGEN GROUP OF AMERICA |
| PAE | 5 | 16−01578 | OXENREIDER v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAE | 5 | 16−01745 | DISTAD v. VOLKSWAGEN GROUP OF AMERICA |