Robert J. Giuffra, Jr. (*admitted pro hac vice*)
Sharon L. Nelles (*admitted pro hac vice*)
William B. Monahan (*admitted pro hac vice*)
George R. Painter IV (*admitted pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

Michael H. Steinberg (State Bar No. 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone:     (310) 712-6600
Facsimile:     (310) 712-8800

Laura Kabler Oswell (State Bar No. 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

*Attorneys for Defendants Volkswagen AG, Volkswagen Group of America, Inc., and Audi of America, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| This Document Relates to:  Securities Actions<br>*City of St. Clair Shores*, No. 15-6167<br>*Travalio*, No. 15-6168<br>*George Leon Family Trust*, No. 15-6166<br>*Charter Twp. of Clinton*, No. 16-190<br>*Wolfenbarger*, No. 16-184 | **STIPULATION AND ORDER CONCERNING BRIEFING SCHEDULE FOR SECURITIES PLAINTIFFS' MOTION TO LIFT PSLRA DISCOVERY STAY**<br><br>Hearing:  June 17, 2016<br>Time:  10:00 a.m.<br>Courtroom:  6<br>The Honorable Charles R. Breyer |

SULLIVAN & CROMWELL LLP

WHEREAS, on April 26, 2016, Lead Plaintiff for the Securities Actions, the Arkansas State Highway Employees' Retirement System ("ASHERS"), filed a Motion for Partial Modification of the PSLRA Discovery Stay (Docket No. 1460) (the "Motion");

WHEREAS, counsel for ASHERS and counsel for Defendants Volkswagen AG, Volkswagen Group of America, Inc. (including Volkswagen Group of America, Inc. d/b/a Volkswagen of America, Inc.), Audi of America, LLC, Michael Horn, Mark McNabb, Scott Keogh, Jan Bures and Martin Winterkorn ("Defendants"), through their undersigned counsel, have agreed that any opposition(s) to the Motion shall be filed by May 27, 2016, and that any reply shall be filed by June 10, 2016; and

WHEREAS, the parties have not previously requested an extension of any deadlines associated with the Motion.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, that any opposition(s) to the Motion shall be filed by May 27, 2016, and any reply shall be filed by June 10, 2016.

Dated: April 29, 2016

Respectfully submitted,

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.
Sharon L. Nelles
William B. Monahan
George R. Painter IV
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

/s/ Michael H. Steinberg
Michael H. Steinberg
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

/s/ Laura Kabler Oswell
Laura Kabler Oswell
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Defendants Volkswagen AG, Volkswagen Group of America, Inc. (including Volkswagen Group of America, Inc. d/b/a Volkswagen of America, Inc.), and Audi of America, LLC*


/s/ Mark P. Gimbel
Mark P. Gimbel
COVINGTON & BURLING LLP

*Attorneys for Defendant Mark McNabb*


/s/ David Schertler
David Schertler
SCHERTLER & ONORATO, LLP

*Attorneys for Defendant Michael Horn*


/s/ Brian M. Heberlig
Brian M. Heberlig
STEPTOE & JOHNSON LLP

*Attorneys for Defendant Scott Keogh*


/s/   K. Chris Todd
K. Chris Todd
James M. Webster, III
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

*Attorneys for Defendant Jan Bures*

/s/ Gregory P. Joseph
Gregory P. Joseph
Peter R. Jerdee
JOSEPH HAGE AARONSON LLC

*Attorneys for Defendant Martin Winterkorn*

/s/ Niki L. Mendoza
Niki L. Mendoza (Bar No. 214646)
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
nikim@blgblaw.com
12481 High Bluff Drive, Suite 300 San Diego,
CA 92130 Telephone: (858) 793-0070
Facsimile: (858) 793-0323

-and-

James A. Harrod (*pro hac vice*)
Jai Chandrasekhar (*pro hac vice*)
Adam D. Hollander (*pro hac vice*)
Ross Shikowitz (*pro hac vice*)
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
jim.harrod@blbglaw.com
jai@blbglaw.com
adam.hollander@blbglaw.com
ross@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Attorneys for Lead Plaintiff ASHERS and Lead Counsel in the Securities Actions*

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: May 2, 2016

CHARLES R. BREYER
United States District Judge

-4-

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO LIFT PSLRA DISCOVERY STAY
MDL NO. 2672 CRB (JSC)