UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Champoux, et al. v. Shayco dba Ontario Volkswagen, C.D. California, C.A. No. 5:16-00666 | ) ) | MDL No. 2672 |

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Champoux*) on April 14, 2016. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Champoux* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-34" filed on April 14, 2016, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel