Alexander Wyatt Wright (*pro hac vice*)
Texas Bar No. 24037741
Wayne Wright LLP
5707 W. Interstate 10
San Antonio, Texas 78201
Tel. (210) 734-7077
Fax (210) 734-9965
Email: wyatt@waynewright.com

Attorney for Plaintiffs Rudolph Lewis and Shirley W. Lewis

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 3:15-md-02672-CRB |
| | **ORDER GRANTING** **MOTION TO SUBSTITUTE COUNSEL** |
| THIS DOCUMENT RELATES TO: *Lewis, et al v. Volkswagen of America, Inc., et al.*, No. 3:16-cv-02441-CRB | |

After consideration, the Court finds Plaintiffs Rudolph Lewis' and Shirley W. Lewis' Motion to Substitute Counsel to be meritorious. Accordingly,

IT IS ORDERED:

1. **Alexander Wyatt Wright** (*pro hac vice*) is confirmed as sole lead counsel for Plaintiffs Rudolph Lewis and Shirley W. Lewis.

2. **Harold T. McCall, Jr.** is hereby withdrawn as counsel of record for Plaintiffs Rudolph Lewis and Shirley W. Lewis and the Clerk is directed to remove attorney **Harold T. McCall, Jr.** from the ECF service list for both cases 3:15-md-02672-CRB and 3:16-cv-02441-CRB.

O c{"34."4238""""""""""""""""""""""""""""""""""   _____
Dated                                              CHARLES R. BREYER
                                                   UNITED STATES DISTRICT JUDGE

ORDER– 1