# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB  (JSC) <br><br> **ORDER RESCHEDULING THE MAY 19, 2016 STATUS CONFERENCE** |

This Order Relates To:

ALL ACTIONS

The Status Conference scheduled for May 19, 2016 has been moved to **Tuesday, May 24, 2016** at 8:00 a.m. in Courtroom 6, located on the 17th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 17, 2016

CHARLES R. BREYER
United States District Judge