CARI K. DAWSON (admitted *pro hac vice*)
cari.dawson@alston.com
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777

*Liaison Counsel for the Porsche Defendants*

JOSHUA H. VAN EATON
josh.van.eaton@usdoj.gov
BETHANY ENGEL
bethany.engel@usdoj.gov
Environmental Enforcement Section
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-6892
Facsimile: (202) 514-0097

*Counsel for the United States*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States of America v. Volkswagen AG, et al.*, Case No. 3:16-cv-00295 | MDL 2672<br>Case No. 3:15-MD-02672-CRB<br><br>The Honorable Charles R. Breyer<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO THE PORSCHE DEFENDANTS' PARTIAL MOTION TO DISMISS** |

WHEREAS, on February 25, 2016, the Court entered Pre-Trial Order No. 9 (Docket No. 1252), which, in Paragraph 3(A), required Defendants Volkswagen AG, Volkswagen Group of America, Inc., Volkswagen Group of America Chattanooga Operations, LLC, Audi AG, Dr. Ing. h.c. F. Porsche AG, and Porsche Cars North America, Inc. to answer, move to dismiss or otherwise respond to the United States' January 4, 2016 complaint (the "Complaint") by April 15, 2016;

WHEREAS, on April 8, 2016, following stipulation and agreement among the parties, the Court continued until May 16, 2016 the deadline for the defendants to answer, move to dismiss or otherwise respond to the Complaint;

WHEREAS, on May 16, 2016, Defendants Dr. Ing. h.c. F. Porsche AG and Porsche Cars North America, Inc. (the "Porsche Defendants") filed a motion to dismiss Count 3 of the Complaint;

WHEREAS, the United States' response to the Porsche Defendants' motion is currently due on May 31, 2016;

WHEREAS, the Porsche Defendants and the United States have agreed to an extension of 20 days for the United States to respond to the Porsche Defendants' motion to dismiss;

WHEREAS, the parties have not previously requested an extension of this deadline;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the United States and the Porsche Defendants, that the deadline for the United States to respond to the Porsche Defendants' motion to dismiss Count 3 should be continued until June 20, 2016.

Respectfully submitted,

DATED: May 26, 2016          **ALSTON & BIRD LLP**

By: /s/ *Cari K. Dawson*
    Cari K. Dawson

*Liaison Counsel for the Porsche Defendants*

DATED: May 26, 2016          **UNITED STATES OF AMERICA**

By: /s/ *Joshua H. Van Eaton*
    Joshua H. Van Eaton

*Counsel for the United States*

1
2       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3    DATED: May 27, 2016.    _____
4                             CHARLES R. BREYER
                              United States District Judge
5
...
28