UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| | **ORDER I TCPVRPI WITHDRAWAL OF COUNSEL** |
| This Document Relates to: ALL ACTIONS. | |

Upon consideration of the Notice of Withdrawal of Counsel, it is HEREBY ORDERED that Timothy R. Pestotnik, Ross H. Hyslop, and Russell F. Winslow of Pestotnik LLP, and Joshua D. Franklin, formerly with Pestotnik LLP, are withdrawn as counsel of record on behalf of Plaintiffs Rachel Gourki, Alex Scull and the proposed putative class.

The Clerk of the Court is directed to remove Timothy R. Pestotnik, Ross H. Hyslop, Russell F. Winslow, and Joshua D. Franklin from the record and from the Court's ECF System for this case.

Dated:
May 31, 2016

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL
MDL No. 2672 CRB (JSC)