UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ─────────────────────────────/ This Order Relates To: ALL ACTIONS (except the securities actions) ─────────────────────────────/ | MDL No. 2672 CRB  (JSC) **ORDER EXTENDING DEADLINE TO FILE SETTLEMENT AGREEMENTS AND CONSENT DECREES** |

At the request of the Settlement Master, and given the highly technical nature of the proposed settlements in these complex proceedings, the Court **EXTENDS** the deadlines for the Plaintiffs' Steering Committee to file its motion for preliminary approval of settlement, the United States Department of Justice to file its consent decree, and the Federal Trade Commission to file its consent order from June 21, 2016 to **June 28, 2016 at 12:00 p.m.**  The date of the next Status Conference shall remain at **June 30, 2016 at 8:00 a.m.**, and the date of the Hearing on Preliminary Approval shall remain at **July 26, 2016 at 8:00 a.m.**

It is so ordered.

Dated: June 15, 2016

_____
CHARLES R. BREYER
United States District Judge