CARI K. DAWSON (admitted *pro hac vice*)
cari.dawson@alston.com
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777

*Liaison Counsel for the Porsche Defendants*

JOSHUA H. VAN EATON
josh.van.eaton@usdoj.gov
BETHANY ENGEL
bethany.engel@usdoj.gov
Environmental Enforcement Section
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-6892
Facsimile: (202) 514-0097

*Counsel for the United States*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States of America v. Volkswagen AG, et al.*, Case No. 3:16-cv-00295 | MDL 2672<br>Case No. 3:15-MD-02672-CRB<br><br>The Honorable Charles R. Breyer<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO THE PORSCHE DEFENDANTS' PARTIAL MOTION TO DISMISS** |

1       WHEREAS, on February 25, 2016, the Court entered Pre-Trial Order No. 9 (Docket No. 1252), which, in Paragraph 3(A), required Defendants Volkswagen AG, Volkswagen Group of America, Inc., Volkswagen Group of America Chattanooga Operations, LLC, Audi AG, Dr. Ing. h.c. F. Porsche AG, and Porsche Cars North America, Inc. to answer, move to dismiss or otherwise respond to the United States' January 4, 2016 complaint (the "Complaint") by April 15, 2016;

      WHEREAS, on April 8, 2016, following stipulation and agreement among the parties, the Court continued until May 16, 2016 the deadline for the Defendants to answer, move to dismiss or otherwise respond to the Complaint;

      WHEREAS, on May 16, 2016, Defendants Dr. Ing. h.c. F. Porsche AG and Porsche Cars North America, Inc. (the "Porsche Defendants") filed a motion to dismiss Count 3 of the Complaint (the "Motion");

      WHEREAS, the United States' response to the Motion was previously due on May 31, 2016;

      WHEREAS, on May 27, 2016, following stipulation and agreement among the parties, the Court continued until June 20, 2016 the deadline for the United States to respond to the Motion;

      WHEREAS, the Porsche Defendants and the United States have agreed to an additional extension of time for the United States to respond to the Motion up to and including July 29, 2016;

      WHEREAS, such extension will allow the parties additional time to work toward a just and efficient resolution of this matter and will not impact the schedule for this case;

      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the United States and the Porsche Defendants, that the deadline for the United States to respond to the Motion shall be continued until July 29, 2016.

Respectfully submitted,

DATED: June 16, 2016  **ALSTON & BIRD LLP**

By: /s/ *Cari K. Dawson*
    Cari K. Dawson

*Liaison Counsel for the Porsche Defendants*

DATED: June 16, 2016  **UNITED STATES OF AMERICA**

By: /s/ *Joshua H. Van Eaton*
    Joshua H. Van Eaton

*Counsel for the United States*

1
2      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3   DATED:  June 16, 2016.        _____
4                                  CHARLES R. BREYER
                                   United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: June 16, 2016        **ALSTON & BIRD LLP**

By: /s/ *Cari K. Dawson*
    Cari K. Dawson

*Liaison Counsel for the Porsche Defendants*