UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
_____/

MDL No. 2672 CRB (JSC)

**ORDER VACATING JUNE 24, 2016 HEARING RE: MOTION TO PARTIALLY LIFT PSLRA STAY**

This Order Relates To:

*City of St. Clair Shores*, 15-1228 (E.D. Va.)
*Travalio*, 15-7157 (D.N.J.)
*George Leon Family Trust*, 15-7283 (D.N.J.)
*Charter Twp. of Clinton*, 15-13999 (E.D. Mich.)
*Wolfenbarger*, 15-326 (E.D. Tenn.)
_____/

On April 26, 2016, the Arkansas State Highway Employees' Retirement System, Lead Plaintiff in the securities action, filed a motion to partially modify the Private Securities Litigation Reform Act discovery stay. Dkt. No. 1460. Pursuant to Local Civil Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and **VACATES** the June 24, 2016 hearing.

**IT IS SO ORDERED.**

Dated: June 17, 2016

CHARLES R. BREYER
United States District Judge