# Exhibit 2
# Short Form Notice

# Multi-Billion-Dollar Volkswagen/Audi Diesel Emissions Settlements

*Landmark Settlements with 2.0-Liter VW/Audi TDI Car Owners/Lessees, the Environmental Protection Agency, the California Air Resources Board, California Attorney General, and Federal Trade Commission*

**Cash Payments, Vehicle Buyback, Early Lease Terminations, Potential Emissions Modifications, Environmental Remediation, and Promotion of Zero Emissions Vehicle Technology**

## Includes these 2.0-Liter diesel cars:

| VW Beetle | VW Golf | VW Jetta | VW Passat | Audi A3 |
|---|---|---|---|---|
| 2013-2015 | 2010-2015 | 2009-2015 | 2012-2015 | 2010-2013; 2015 |

## Owners/Lessees can choose:

**Buyback of your car or early lease termination + cash**

**OR**

**(if approved by EPA and CARB) Modification to your car to reduce emissions + cash**

Former Owners/Lessees may be eligible for cash

## How it Works:



**VWCourtSettlement.com**
**Visit website** — Enter your VIN to see if your car qualifies.

You'll get information about each option, including the timing.

You don't have to make a decision now. You can wait until you receive more information about whether there will be an available modification to reduce emissions from your car.

**www.VWCourtSettlement.com**     **1-844-98-CLAIM**