# Exhibit 1
# Settlement Class Representatives

| No. | Settlement Class Representative | State | Model Year | Make | Model |
|---|---|---|---|---|---|
| 1 | Hill, Jason | Alaska | 2013 | Volkswagen | Jetta TDI |
| 2 | Preciado, Ray | Arizona | 2015 | Volkswagen | Passat TDI |
| 3 | Tarrence, Susan | Arizona | 2011 | Audi | A3 TDI |
| 4 | Thornton, Steven R. | Arizona | 2014 | Volkswagen | Passat TDI |
| 5 | Argento, Anne Duncan | California | 2013 | Volkswagen | Jetta TDI |
| 6 | Beaven, Simon W. | California | 2011 | Audi | A3 TDI |
| 7 | Brodie, Juliet | California | 2014 | Volkswagen | Jetta TDI |
| 8 | Burt, Sarah | California | 2011 | Volkswagen | Golf TDI |
| 9 | Epstein, Aimee | California | 2010 | Volkswagen | Jetta SportWagen TDI |
| 10 | Farquar, George | California | 2010 | Volkswagen | Jetta TDI |
| 11 | Houle, Mark | California | 2015 | Volkswagen | Passat TDI |
| 12 | Kaplan, Rebecca | California | 2012 | Volkswagen | Golf TDI |
| 13 | Kosik-Westly, Helen | California | 2011 | Volkswagen | Golf TDI |
| 14 | Krein, Raymond | California | 2014 | Volkswagen | Jetta SportWagen TDI |
| 15 | Verner, Stephen | California | 2013 | Volkswagen | Golf TDI |
| 16 | Winternitz, Leo | California | 2009 | Volkswagen | Jetta SportWagen TDI |
| 17 | Doege, Marcus Alexander | Colorado | 2012 | Volkswagen | Jetta TDI |
| 18 | MacLise-Kane, Leslie | Connecticut | 2013 | Volkswagen | Jetta SportWagen TDI |
| 19 | Watson, Timothy | Connecticut | 2015 | Audi | A3 TDI |
| 20 | Bell, Farrah P. | Florida | 2015 | Audi | A3 TDI |

| No. | Settlement Class Representative | State | Model Year | Make | Model |
|---|---|---|---|---|---|
| 21 | Lawhon, Jerry | Florida | 2013 | Volkswagen | Passat TDI |
| 22 | Cruise, Michael R. | Hawaii | 2012 | Audi | A3 TDI |
| 23 | Dufurrena, John C. | Idaho | 2013 | Volkswagen | Jetta TDI |
| 24 | Bahr, Scott | Illinois | 2015 | Volkswagen | Golf TDI |
| 25 | Fry, Karl | Illinois | 2012 | Volkswagen | Jetta TDI |
| 26 | Olmos, Cesar | Indiana | 2014 | Volkswagen | Passat TDI |
| 27 | Schnathorst, Britney Lynne | Iowa | 2014 | Volkswagen | Passat TDI |
| 28 | Berg, Carla | Kansas | 2014 | Volkswagen | Passat TDI |
| 29 | Joy, Aaron | Kansas | 2013 | Volkswagen | Jetta TDI |
| 30 | White, Eric Davidson | Louisiana | 2014 | Volkswagen | Golf TDI |
| 31 | Warren, Floyd Beck | Louisiana | 2015 | Volkswagen | Passat TDI |
| 32 | Buchberger, Thomas J. | Maine | 2012 | Volkswagen | Jetta SportWagen TDI |
| 33 | Evans, Russell and Evans, Elizabeth | Maine | 2014 | Volkswagen | Jetta TDI |
| 34 | Rubin, Carmel | Maine | 2012 | Volkswagen | Jetta SportWagen TDI |
| 35 | Sullivan, Daniel | Maine | 2014 | Volkswagen | Passat TDI |
| 36 | Cure, Matthew | Maryland | 2015 | Volkswagen | Golf TDI |
| 37 | DeFiesta, Denise | Maryland | 2013 | Volkswagen | Passat TDI |
| 38 | Rovner, Mark | Maryland | 2015 | Volkswagen | Golf TDI |
| 39 | Steudel, Wolfgang | Massachusetts | 2013<br>2015 | Volkswagen<br>Volkswagen | Golf TDI<br>Jetta TDI |
| 40 | Mahle, Anne and | Minnesota | 2010 | Volkswagen | Jetta SportWagen TDI |

Exhibit 1

| No. | Settlement Class Representative | State | Model Year | Make | Model |
|---|---|---|---|---|---|
|  | McCarthy, David |  | 2015 | Volkswagen | Golf TDI |
| 41 | Moen, Scott | Minnesota | 2013<br>2010 | Volkswagen<br>Volkswagen | Golf TDI<br>Jetta TDI |
| 42 | Schuette, Ryan Joseph | Minnesota | 2013 | Volkswagen | Passat TDI |
| 43 | Walawender, Megan | Missouri | 2014 | Volkswagen | Passat TDI |
| 44 | Morrey, Joseph | Missouri | 2015 | Volkswagen | Passat TDI |
| 45 | Lorenz, Michael | Montana | 2012 | Volkswagen | Jetta TDI |
| 46 | Stirek, Nancy L. | Nebraska | 2011 | Volkswagen | Jetta SportWagen TDI |
| 47 | Perlmutter, Rebecca | Nevada | 2012<br>2015 | Volkswagen<br>Volkswagen | Jetta TDI<br>Golf SportWagen TDI |
| 48 | Minott, Addison | New Hampshire | 2009 | Volkswagen | Jetta SportWagen TDI |
| 49 | Grogan, Richard | New Hampshire | 2015 | Volkswagen | Golf TDI |
| 50 | Bandics, Alan | New Jersey | 2013 | Volkswagen | Passat TDI |
| 51 | Farmer, Melani Buchanan | New Mexico | 2012 | Volkswagen | Jetta TDI |
| 52 | Bedard, Kevin and Bedard, Elizabeth | New York | 2015 | Audi | A3 TDI |
| 53 | Kirtland, Cynthia R. | New York | 2014 | Volkswagen | Jetta SportWagen TDI |
| 54 | Krimmelbein, Michael Charles | North Carolina | 2015 | Volkswagen | Passat TDI |
| 55 | Harlan, Will | North Carolina<br>North Carolina | 2011<br>2014 | Volkswagen<br>Volkswagen | Jetta TDI<br>Jetta TDI |
| 56 | Greenfield, Heather | Oklahoma | 2010 | Volkswagen | Jetta TDI |
| 57 | Ayala, Thomas W. | Oregon | 2014 | Volkswagen | Passat TDI |
| 58 | Yussim, Herbert | Oregon | 2015 | Volkswagen | Passat TDI |

- 3 -

Exhibit 1

| No. | Settlement Class Representative | State | Model Year | Make | Model |
|---|---|---|---|---|---|
| 59 | Bond, Nicholas | Oregon | 2013 | Volkswagen | Jetta SportWagen TDI |
| 60 | Bialecki, Brian J. | Pennsylvania | 2014<br>2012 | Volkswagen<br>Volkswagen | Passat TDI<br>Jetta TDI |
| 61 | Mehls, Katherine | Rhode Island | 2015 | Volkswagen | Golf SportWagen TDI |
| 62 | Powers, Whitney | South Carolina | 2011 | Volkswagen | Jetta SportWagen TDI |
| 63 | McNeal, Roy | Texas | 2014 | Volkswagen | Passat TDI |
| 64 | Alters, Brett | Utah | 2012 | Volkswagen | Golf TDI |
| 65 | King, Kelly R. | Utah | 2010 | Volkswagen | Jetta TDI |
| 66 | Otto, Rachel | Utah | 2015 | Volkswagen | Golf SportWagen TDI |
| 67 | Wilson, William Andrew | Utah | 2013 | Volkswagen | Passat TDI |
| 68 | Ebenstein, David | Vermont | 2015 | Volkswagen | Golf TDI |
| 69 | Schumacher, Mark | Virginia | 2012 | Volkswagen | Passat TDI |
| 70 | Dial, Chad | Washington | 2014 | Volkswagen | Passat TDI |
| 71 | Herr, Joseph | Washington | 2015 | Volkswagen | Passat TDI |
| 72 | Mallery, Kurt | Washington | 2010 | Volkswagen | Golf TDI |
| 73 | Moore, Marion B. | West Virginia | 2014 | Volkswagen | Jetta TDI |
| 74 | Swenson, Laura | Wisconsin | 2014 | Volkswagen | Jetta SportWagen TDI |
| 75 | Mills, Brian Nicholas | Wyoming | 2015 | Volkswagen | Passat TDI |

Exhibit 1