# Attachment C
# to the Declaration of Shannon Wheatman

# Local Newspapers

| Tier 1 - Daily & Sunday (Markets with 5000+ vehicles) | Circulation | Published | Unit Type/Size | Insertions |
|---|---|---|---|---|
| New York Daily News | 377,772 | Daily & Sunday | 4 col x 13" | 2 |
| Los Angeles Times | 782,631 | Daily & Sunday | 4 col x 13" | 2 |
| Chicago Tribune | 686,763 | Daily & Sunday | 4 col x 13" | 2 |
| Washington Post | 545,813 | Daily & Sunday | 4 col x 13" | 2 |
| San Francisco Chronicle | 245,772 | Daily & Sunday | 4 col x 13" | 2 |
| Seattle Times | 283,600 | Daily & Sunday | 4 col x 13" | 2 |
| Boston Globe | 344,041 | Daily & Sunday | 4 col x 13" | 2 |
| Philadelphia Inquirer/Daily News | 367,160 | Daily & Sunday | 4 col x 13" | 2 |
| Dallas Morning News | 343,635 | Daily & Sunday | 4 col x 13" | 2 |
| San Diego Union-Tribune | 245,501 | Daily & Sunday | 4 col x 13" | 2 |
| Houston Chronicle | 359,100 | Daily & Sunday | 4 col x 13" | 2 |
| Oregonian | 174,882 | Daily & Sunday | 4 col x 13" | 2 |
| Atlanta Journal-Constitution | 287,346 | Daily & Sunday | 4 col x 13" | 2 |
| Baltimore Sun | 259,150 | Daily & Sunday | 4 col x 13" | 2 |
| Arizona Republic | 308,704 | Daily & Sunday | 4 col x 13" | 2 |
| Riverside Press-Enterprise | 120,513 | Daily & Sunday | 4 col x 13" | 2 |
| Star Tribune (Minneapolis) | 482,046 | Daily & Sunday | 4 col x 13" | 2 |
| Sun Sentinel (Ft. Lauderdale) | 187,195 | Daily & Sunday | 4 col x 13" | 2 |
| Denver Post | 312,387 | Daily & Sunday | 4 col x 13" | 2 |

| Tier 2 - Sunday (Markets with 2,000-4,999 vehicles) | Circulation | Published | Unit Type/Size | Insertions |
|---|---|---|---|---|
| St. Louis Post-Dispatch | 191,297 | Sunday | 4 col x 13" | 1 |
| Sacramento Bee | 205,907 | Sunday | 4 col x 13" | 1 |
| Austin American-Statesman | 122,257 | Sunday | 4 col x 13" | 1 |
| Detroit News / Free Press | 318,531 | Sunday | 4 col x 13" | 1 |
| San Antonio Express-News | 170,289 | Sunday | 4 col x 13" | 1 |
| Tampa Bay Times | 293,967 | Sunday | 4 col x 13" | 1 |
| Bay Area News Group | 520,077 | Sunday | 4 col x 13" | 1 |
| Providence Journal | 88,588 | Sunday | 4 col x 13" | 1 |
| Hartford Courant | 166,307 | Sunday | 4 col x 13" | 1 |
| Tribune-Review (Pittsburgh) | 174,773 | Sunday | 4 col x 13" | 1 |
| Charlotte Observer | 151,233 | Sunday | 4 col x 13" | 1 |
| Orlando Sentinel | 218,146 | Sunday | 4 col x 13" | 1 |
| Cincinnati Enquirer | 152,119 | Sunday | 4 col x 13" | 1 |
| Virginian-Pilot | 147,129 | Sunday | 4 col x 13" | 1 |
| Las Vegas Review-Journal/Las Vegas Sun | 125,490 | Sunday | 4 col x 13" | 1 |
| Milwaukee Journal Sentinel | 252,734 | Sunday | 4 col x 13" | 1 |
| Florida Times-Union | 67,343 | Sunday | 4 col x 13" | 1 |
| News & Observer | 139,854 | Sunday | 4 col x 13" | 1 |
| Ventura County Star | 54,582 | Sunday | 4 col x 13" | 1 |
| Salt Lake Tribune, Deseret News | 264,602 | Sunday | 4 col x 13" | 1 |
| Times Union | 67,343 | Sunday | 4 col x 13" | 1 |
| Plain Dealer | 254,837 | Sunday | 4 col x 13" | 1 |
| Kansas City Star | 221,885 | Sunday | 4 col x 13" | 1 |
| Tennessean | 129,344 | Sunday | 4 col x 13" | 1 |
| Connecticut Post | 39,573 | Sunday | 4 col x 13" | 1 |
| Indianapolis Star | 244,860 | Sunday | 4 col x 13" | 1 |