Steven L Marchbanks, Esq. SBN:  214686
PREMIER LEGAL CENTER, A.P.C.
501 W. Broadway, Suite 1095
San Diego, CA 92101
Telephone:  (619) 235-3200
Facsimile:  (619) 235-3300

Craig Patrick, Esq. SBN:  255849
PATRICK LAW FIRM, P.C.
6244 E. Lovers Ln. Suite 600
Dallas, TX 75214
Telephone:  (214) 390-3343
Facsimile:  (469) 914-6565

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AUERBACH, an individual, <br> LUCIA ST. AMOUR, an individual, <br> ALEX LAURS, an individual, <br> CHRIS VAUGHAN, an individual, <br> MICHAEL MAK, an individual, <br> ROGER HORTON, an individual, <br> ELENA DZHIKIYA, an individual, <br> NICOLAS GRIVNO, an individual, <br> TAYLOR MORROW, an individual, <br> JANIE RIGSBY, an individual, <br> CAROL FENNER, an individual, <br> SHIZUE ENDO, an individual, | **CASE NO: 3:15-md-02672-CRB** <br><br> *(Related Action 3:16-cv-02484-CRB)* <br><br> **NOTICE TO THE COURT AND ADVERSE PARTIES OF FILING OF MOTION TO REMAND AND INCORPORATED MEMORANDUM OF LAW** |

| | |
|---|---|
| 1 | TERRY HIGHT, an individual, |
| 2 | BURKE NICHOLSON, an individual, |
| 3 | GEORGE FITZ, an individual, |
| | LAYNE HAMLIN, an individual, |
| 4 | EUGENE LOBENDZE, an individual, |
| 5 | HARRY RANDHAWA, an individual, |
| | JEFFREY SATURNIO, an individual, |
| 6 | KERRY WELLS, an individual, |
| 7 | EDDIE MILLER, an individual, |
| | GINGER MILLS, an individual, |
| 8 | SUSAN FIELD, an individual, |
| 9 | MEGAN FORREST, an individual, |
| | SAMANTHA FOSTER, an individual, |
| 10 | AREZO MOSHIRIAN, an individual, |
| 11 | JOHN OBRECHT, an individual, |
| | JOSEPH ORTIZ, an individual, |
| 12 | SIMONE WOOD, an individual, |
| 13 | GERARDO TORRES, an individual, |
| 14 | SHAWN CALLAHAN, an individual, |
| | PAUL BREWER, an individual, |
| 15 | ROSS IGNACIO, an individual, |
| 16 | IURII ECIN, an individual, |
| | NADIA CLARK, an individual, |
| 17 | BRUCE VANHORN, an individual, |
| 18 | DAVID SNYDER, an individual, |
| | BARBARA HOFFER, an individual, |
| 19 | STEVEN MEYER, an individual, |
| 20 | TORSTEN SOMMER, an individual, |
| | PAUL GAUDREAU, an individual, |
| 21 | OLIVER VOGEL, an individual, and |
| 22 | LISA PAMPHILON, an individual, |
| 23 | |
| | Plaintiffs, |
| 24 | |
| 25 | v. |
| 26 | |
| | ROYAL MOTOR SALES, a business, |
| 27 | SERRAMONTE VOLKSWAGEN, a |
| 28 | business, VOLKSWAGEN GROUP OF |
| | AMERICA, INC., a corporation, and DOES |

1 through 10, inclusive,

       Defendants.

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA AND TO ABOVE TITLED DEFENDANTS AND THE ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that, on June 28, 2016, Plaintiffs DAVID AUERBACH, LUCIA ST. AMOUR, ALEX LAURS, CHRIS VAUGHAN, MICHAEL MAK, ROGER HORTON, ELENA DZHIKIYA, NICOLAS GRIVNO, TAYLOR MORROW, JANIE RIGSBY, CAROL FENNER, SHIZUE ENDO, TERRY HIGHT, BURKE NICHOLSON, GEORGE FITZ, LAYNE HAMLIN, EUGENE LOBENDZE, HARRY RANDHAWA, JEFFREY SATURNIO, KERRY WELLS, EDDIE MILLER, GINGER MILLS, SUSAN FIELD, MEGAN FORREST, SAMANTHA FOSTER, AREZO MOSHIRIAN, JOHN OBRECHT, JOSEPH ORTIZ, SIMONE WOOD, GERARDO TORRES, SHAWN CALLAHAN, PAUL BREWER, ROSS IGNACIO, IURII ECIN, NADIA CLARK, BRUCE VANHORN, DAVID SNYDER, BARBARA HOFFER, STEVEN MEYER, TORSTEN SOMMER, PAUL GAUDREAU, OLIVER VOGEL, and LISA PAMPHILON, (hereinafter referred to collectively

as "Plaintiffs") filed a Motion to Remand and Incorporated Memorandum of Law in the United States District Court for the Northern District of California.

DATED: June 28, 2016      /s/ Steven Marchbanks
                          Steven L. Marchbanks
                          PREMIER LEGAL CENTER, APC

                          *Attorney for Plaintiffs*