1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7   IN RE: VOLKSWAGEN "CLEAN DIESEL"          MDL No. 2672 CRB  (JSC)
8   MARKETING, SALES PRACTICES, AND
    PRODUCTS LIABILITY LITIGATION
9   _____/    **ORDER SETTING BRIEFING
                                                 SCHEDULE FOR 28 U.S.C. § 1782
10  This Order Relates To:                       APPLICATIONS AND HEARING**
    Dkt. Nos. 1415, 1577, 1600
11  _____/

12

13          The European Applicants, Altronconsumo, and Wolverhampton City Council ("WCC")

14  have filed separate applications for an order pursuant to 28 U.S.C. § 1782 granting leave to obtain

15  discovery for use in a foreign proceeding.  (Dkt. Nos. 1415, 1577, 1600.)  The Court granted

16  Respondents leave to file a sur-reply in opposition to the European Applicants' petition.  (Dkt. No.

17  1618.)  Respondents are to file their opposition(s) to Altroconsumo's Application by July 22,

18  2016, and Altronconsumo is to file its reply by August 5, 2016.  (Dkt. No. 1598.)  No briefing

19  schedule has been set as to WCC's Application.

20          Because the European Applicants, Altroconsumo, and WCC seek to serve subpoenas with

21  identical discovery requests, the Court will address all three Applications together.  To that end,

22  the Court **ORDERS** the following:

23              1.      Respondents shall file their opposition(s), if any, to WCC's Application by

24          **July 22, 2016**; and

25              2.      WCC shall file its reply, if any, by **August 5, 2016**.

26          The Honorable Jacqueline Scott Corley will hold a hearing on these matters on **Thursday,**

27  **August 11, 2016 at 10:00 a.m.** in Courtroom F at 450 Golden Gate Avenue, San Francisco,

28  California.

United States District Court
Northern District of California

1          It is so ordered.

2    Dated: June 29, 2016

3

4    _____
     JACQUELINE SCOTT CORLEY
5    United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2