UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 |

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −49)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See __F.Supp.3d__ (J.P.M.L. 2015). Since that time, 784 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 08, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                MDL No. 2672

## SCHEDULE CTO−49 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARIZONA | | | |
| AZ | 2 | 16−02024 | Bingham v. Volkswagen Group of America Incorporated et al |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 16−04382 | Jason Irish et al v. Volkswagen Group of America, et al |
| CAC | 2 | 16−04392 | Daniel Osborne et al v. Volkswagen Group of America, Inc., et al |
| CAC | 2 | 16−04395 | Hector Serrano et al v. Volkswagen Group of America, Inc., et al |
| CAC | 2 | 16−04399 | Andrew Sherman et al v. Volkswagen Group of America Inc et al |
| CAC | 2 | 16−04400 | Rochelle Durst Storts v. Volkswagen Group of America Inc et al |
| CAC | 2 | 16−04403 | Richard Tubis v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 16−04404 | Craig Welday et al v. Volkswagen Group of America, Inc., et al |
| CAC | 2 | 16−04406 | Simone Wunscher v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 16−04514 | Larissa Boutilier et al v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 16−04630 | Evan T. Wender v. Volkswagen Group of America Inc et al |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 16−01613 | Connaughy v. Volkswagen Group of America, Inc. et al |
| CAS | 3 | 16−01650 | Henton et al v. Volkswagen Group of America, Inc. et al |
| FLORIDA MIDDLE | | | |
| ~~FLM~~ | ~~8~~ | ~~16−01382~~ | ~~Yarin v. Volkswagen Group of America, Inc. et al~~ Opposed 7/6/16 |
| FLORIDA SOUTHERN | | | |

| | | | |
|---|---|---|---|
| FLS | 0 | 16−61407 | Hope v. Volkswagen Of America, Inc. |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 16−11630 | Crouchet et al v. Volkswagen Group of America, Inc. |

NEW JERSEY

| | | | |
|---|---|---|---|
| ~~NJ~~ | ~~2~~ | ~~16−03748~~ | ~~JDN AA, LLC v. VOLKSWAGEN GROUP OF AMERICA, INC.~~  Opposed 7/7/16 |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 16−01691 | Caldwell v. Volkswagen Group of America Inc et al |
| TXN | 3 | 16−01732 | Jurado v. Volkswagen Group of America Inc |
| TXN | 3 | 16−01739 | Phi v. Volkswagen Group of America Inc |
| TXN | 3 | 16−01745 | Yager v. Volkswagen Group of America Inc |
| TXN | 3 | 16−01750 | Leach v. Volkswagen Group of America Inc. |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| ~~TXW~~ | ~~1~~ | ~~16−00713~~ | ~~Altschul et al v. Volkswagen Group of America, Inc.~~ |

Opposed 6/30/16