Adam J. Levitt (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 2350
Chicago, Illinois  60602
Tel: (312) 214-0000
Fax : (312) 214-0001
Email: alevitt@gelaw.com

*Counsel for Plaintiff, State of New Mexico, by special commission*
(additional counsel appear on signature block)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | |
| This Document Relates to: | MDL 15-2672 CRB (JSC)<br>Hon. Charles R. Breyer |
| Case No. 3:16-CV-03007-CRB | |
| STATE OF NEW MEXICO, *ex rel*. HECTOR H. BALDERAS, ATTORNEY GENERAL, | |
| Plaintiff, | **NOTICE  OF DISASSOCIATION**<br>**OF PETER S. AUH** |
| v. | |
| VOLKSWAGEN GROUP OF AMERICA, INC.; VOLKSWAGEN AG; AUDI OF AMERICA, LLC; AUDI AG; PORSCHE CARS NORTH AMERICA, INC.; PORSCHE AG, | |
| Defendants. | |

NOTICE OF DISASSOCIATION OF PETER S. AUH
MDL 2672 CRB (JSC) / CASE NO. 3:16-CV-03007-CRB

1    Notice is hereby given disassociating Peter S. Auh as counsel for the State of New

2 Mexico, *ex rel.* Hector H. Balderas, Attorney General.  Plaintiff states the following in support of

3 this Notice:

4    1.    Mr. Auh left the employ of the New Mexico Attorney General's Office on June 4,

5  2016.

6    2.    Plaintiff will continue to be represented by counsel of record set forth on the

7 signature block below.

8    3.    No party will be prejudiced by Mr. Auh's withdrawal.

9 Dated:  July 14, 2016                                 Respectfully submitted,

10                                                            **HECTOR H. BALDERAS**
                                                             **ATTORNEY GENERAL**
11
                                                            *By special commission:*
12
                                                            /s/Adam J. Levitt
13                                                           Adam J. Levitt (*pro hac vice*)
                                                            Edmund S. Aronowitz (*pro hac vice*)
14                                                           **GRANT & EISENHOFER P.A.**
                                                            30 North LaSalle Street, Suite 2350
15                                                           Chicago, Illinois  60602
                                                            Tel: (312) 214-0000
16                                                           Fax: (312) 214-0001
                                                            Email: alevitt@gelaw.com
17                                                               earonowitz@gelaw.com

18                                                           Jay W. Eisenhofer
                                                            **GRANT & EISENHOFER P.A.**
19                                                           485 Lexington Avenue
                                                            New York, New York  10017
20                                                           Tel.: (646) 722-8500
                                                            Fax: (646) 722-8501
21                                                           Email: jeisenhofer@gelaw.com

22                                                           Jeffrey A. Almeida
                                                            Kyle McGee
23                                                           **GRANT & EISENHOFER P.A.**
                                                            123 Justison Street
24                                                           Wilmington, Delaware  19801
                                                            Tel: (302) 622-7000
25                                                           Fax: (302) 622-7100
                                                            Email: jalmeida@gelaw.com
26                                                               kmcgee@gelaw.com

27

28

NOTICE OF DISASSOCIATION OF PETER S. AUH                                                    1
MDL 2672 CRB (JSC) / CASE NO. 3:16-CV-03007-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Marcus Rael
**ROBLES, RAEL & ANAYA, P.C.**
500 Marquette NW, Suite 700
Albuquerque, New Mexico  87102
Tel:  (505) 242-2228
Fax:  (505) 242-1106
Email:  marcus@roblesrael.com

*-and-*

P. Cholla Khoury (*pro hac vice* to be filed)
Assistant Attorney General
**OFFICE OF THE NEW MEXICO
ATTORNEY GENERAL**
408 Galisteo Street
Villagra Building
Santa Fe, New Mexico  87501
Tel: (505) 827-6000
Fax: (505) 827-6036
Email: ckhoury@mag.gov

***Counsel for Plaintiff, the State of New Mexico***

NOTICE OF DISASSOCIATION OF PETER S. AUH
MDL 2672 CRB (JSC) / CASE NO. 3:16-CV-03007-CRB

2