Alexander Wyatt Wright (*pro hac vice*)
Texas Bar No. 24037741
Wayne Wright LLP
5707 W. Interstate 10
San Antonio, Texas 78201
Tel. (210) 734-7077
Fax (210) 734-9965
Email: wyatt@waynewright.com

Attorney for Plaintiff Joseph Hansen

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 3:15-md-02672-CRB <br><br> **[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL** |
| THIS DOCUMENT RELATES TO: <br><br> *Hansen v. Volkswagen Group of America, Inc.,* No. 3:16-cv-03958-CRB | |

After consideration, the Court finds Plaintiff Joseph Hansen's Motion to Substitute Counsel to be meritorious. Accordingly,

IT IS ORDERED:

1. **Alexander Wyatt Wright** (*pro hac vice*) is confirmed as sole lead counsel for Plaintiff Joseph Hansen.

2. **Brent L. Klender** is hereby withdrawn as counsel of record for Plaintiff Joseph Hansen and the Clerk is directed to remove attorney **Brent L. Klender** from the ECF service list for both cases 3:15-md-02672-CRB and 3:16-cv-03958-CRB.

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

ORDER– 1