JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

JOSHUA H. VAN EATON (WA-39871)
BETHANY ENGEL (MA-660840)
Trial Attorneys
U.S. Department of Justice
P.O. Box 7611
Washington DC 20044-7611
Telephone: (202) 514-5474
Facsimile: (202) 514-0097
Email: Josh.Van.Eaton@usdoj.gov

*Attorneys for Plaintiff United States of America*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) **STIPULATION AND QTFGT TO EXTEND DEADLINE TO AMEND COMPLAINT** |
| This Document Relates to: *United States v. Volkswagen AG et al.*, No 16 Civ. 295 (CRB) (JSC) | The Honorable Charles R. Breyer |

WHEREAS, on January 4, 2016, the United States filed its complaint (the "Complaint") against Defendants Volkswagen AG, Volkswagen Group of America, Inc., Volkswagen Group of America Chattanooga Operations, LLC, Audi AG, Dr. Ing. h.c. F. Porsche AG, and Porsche Cars North America, Inc. (the "Defendants");

WHEREAS, on February 25, 2016, the Court entered Pre-Trial Order No. 9 (Dkt. 1252), which, in Paragraph 5(A), permitted Plaintiffs to amend their complaints, add parties, and/or add claims up to and through May 20, 2016;

WHEREAS, the Court entered a Stipulation and Order to Extend (1) Deadline To Respond To The United States' Complaint, and (2) Deadline To Amend Complaints (Dkt. 1399) which extended the deadline for the Plaintiffs (other than the Federal Trade Commission) to amend their complaints, add parties, and/or add claims without leave of Court up to and through June 20, 2016;

WHEREAS, the Court entered a Stipulation and Order to Extend the Deadline to Amend Complaint (Dkt. 1583), which extended the deadline for the United States to amend its complaint, add parties, and/or add claims without leave of the Court up to and through July 29, 2016;

WHEREAS, the United States and the Defendants have agreed to an extension of time until September 15, 2016 for the United States to amend its complaint, add parties, and/or add claims without leave of Court; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, that the deadline for the United States to amend its complaint, add parties, and/or add claims without leave of Court should be continued to September 15, 2016.

Dated:  July 28, 2016                    Respectfully submitted,

By: */s/ Bethany Engel*
    Joshua H. Van Eaton
    josh.van.eaton@usdoj.gov
    Bethany Engel
    bethany.engel@usdoj.gov
    Environmental Enforcement Section
    Environment and Natural Resources Division
    UNITED STATES DEPARTMENT OF JUSTICE
    P.O. Box 7611
    Washington, DC  20044-7611
    Telephone:  (202) 514-6892
    Facsimile:  (202) 616-2427

*Coordinating Counsel for the United States*

Dated:  July 28, 2016                    Respectfully submitted,

By: */s/ Robert J. Giuffra, Jr.*
    Robert J. Giuffra, Jr.
    giuffrar@sullcrom.com
    Sharon L. Nelles
    nelless@sullcrom.com
    William B. Monahan
    monahanw@sullcrom.com
    John G. McCarthy
    mccarthyj@sullcrom.com
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, New York 10004
    Telephone: (212) 558-4000
    Facsimile:(212) 558-3588

*Co-Liaison Counsel for the Volkswagen Group Defendants*

Dated:  July 28, 2016                    Respectfully submitted,

By: */s/ Jeffrey L. Chase*
    Jeffrey L. Chase
    jchase@herzfeld-rubin.com
    Michael B. Gallub
    mgallub@herzfeld-rubin.com
    HERZFELD & RUBIN, P.C.
    125 Broad Street
    New York, New York  10004
    Telephone:  (212) 471-8500

*Co-Liaison Counsel for the Volkswagen Group Defendants*

-3-
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT
MDL NO. 2672 CRB (JSC)

Dated:  July 28, 2016                    Respectfully submitted,

By: */s/ Cari K. Dawson*
     Cari K. Dawson
     cari.dawson@alston.com
     ALSTON & BIRD LLP
     One Atlantic Center
     1201 West Peachtree Street
     Atlanta, Georgia  30309
     Telephone:  (404) 881-7766

     *Liaison Counsel for the Porsche Defendants.*

\*     \*     \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  Lwn{ "4; , 2                    _____
                                        CHARLES R. BREYER
                                        United States District Judge

-4-
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT
MDL NO. 2672 CRB (JSC)

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated:  July 28, 2016                    */s/ Bethany Engel*
                                                           Bethany Engel