JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

JOSHUA H. VAN EATON (WA-39871)
BETHANY ENGEL (MA-660840)
Trial Attorneys
U.S. Department of Justice
P.O. Box 7611
Washington DC 20044-7611
Telephone: (202) 514-5474
Facsimile: (202) 514-0097
Email: Josh.Van.Eaton@usdoj.gov

*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| | **STIPULATION AND QTFGT TO EXTEND DEADLINE TO RESPOND TO THE PORSCHE DEFENDANTS' PARTIAL MOTION TO DISMISS** |
| This Document Relates to: | |
| *United States v. Volkswagen AG et al.*, No 16 Civ. 295 (CRB) (JSC) | The Honorable Charles R. Breyer |

1      WHEREAS, on February 25, 2016, the Court entered Pre-Trial Order No. 9

2 (Docket No. 1252), which, in Paragraph 3(A), requires Defendants Volkswagen AG,

3 Volkswagen Group of America, Inc., Volkswagen Group of America Chattanooga Operations,

4 LLC, Audi AG, Dr. Ing. h.c. F. Porsche AG, and Porsche Cars North America, Inc. (the

5 "Defendants") to answer, move to dismiss or otherwise respond to the United States' January 4,

6 2016 complaint (the "Complaint") by April 15, 2016;

7      WHEREAS, on April 8, 2016, following stipulation and agreement among the

8 parties, the Court continued until May 16, 2016 the deadline for the Defendants to answer, move

9 to dismiss, or otherwise respond to the Complaint (Dkt. 1399);

10      WHEREAS, on May 16, 2016, Defendants Dr. Ing. h.c. F. Porsche AG and

11 Porsche Cars North America, Inc. (the "Porsche Defendants") filed a motion to dismiss Count 3

12 of the Complaint (the "Motion") (Dkt. 1512);

13      WHEREAS, the United States' response to the Motion was previously due on

14 May 31, 2016;

15      WHEREAS, on May 27, 2016, following stipulation and agreement among the

16 parties, the Court continued until June 20, 2016 the deadline for the United States to respond to

17 the Motion (Dkt. 1549);

18      WHEREAS, on June 16, 2016, following a second stipulation and agreement

19 among the parties, the Court continued until July 29, 2016 the deadline for the United States to

20 respond to the Motion (Dkt. 1576);

21      WHEREAS, the Porsche Defendants and the United States have agreed to an

22 additional extension of time for the United States to respond to the Motion up to and including

23 September 15, 2016;

24      WHEREAS, such extension will allow the parties additional time to work toward

25 a just and efficient resolution of this matter and will not impact the schedule for this case;

26      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

27 among the United States and the Porsche Defendants, that the deadline for the United States to

28 respond to the Motion should be continued to September 15, 2016.

Dated:  July 28, 2016	Respectfully submitted,

By: */s/ Bethany Engel*
    Joshua H. Van Eaton
    josh.van.eaton@usdoj.gov
    Bethany Engel
    bethany.engel@usdoj.gov
    Environmental Enforcement Section
    Environment and Natural Resources Division
    UNITED STATES DEPARTMENT OF JUSTICE
    P.O. Box 7611
    Washington, DC  20044-7611
    Telephone:  (202) 514-6892
    Facsimile:  (202) 616-2427

*Coordinating Counsel for the United States*

Dated:  July 28, 2016	Respectfully submitted,

By: */s/ Cari K. Dawson*
    Cari K. Dawson
    cari.dawson@alston.com
    ALSTON & BIRD LLP
    One Atlantic Center
    1201 West Peachtree Street
    Atlanta, Georgia  30309
    Telephone:  (404) 881-7766

*Liaison Counsel for the Porsche Defendants.*

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  July 29, 2016.

CHARLES R. BREYER
United States District Judge

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated:  July 28, 2016                     */s/ Bethany Engel*
                                                              Bethany Engel