UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____/ This Order Relates To: ALL ACTIONS (except the securities action) _____/ | MDL No. 2672 CRB (JSC) **ORDER DIRECTING CLASS MEMBER JOLIAN KANGAS TO REFILE MOTION TO INTERVENE** |

On July 30, 2016, Class Member Jolian Kangas filed a Motion to Intervene to Conduct Limited Discovery. (Dkt. No. 1697.) It has come to the Court's attention that the Motion contains information that could lead to the disclosure of sensitive personal data. For that reason, the Court **ORDERS** counsel to re-file the Motion in accordance with Civil Local Rule 79-5.

Dated: August 1, 2016

CHARLES R. BREYER
United States District Judge