JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

NIGEL B. COONEY (MO-59824)
JOSHUA H. VAN EATON (WA-39871)
BETHANY ENGEL (MA-660840)
Trial Attorneys

    U.S. Department of Justice
    P.O. Box 7611
    Washington DC 20044-7611
    Telephone: (202) 514-5474
    Facsimile: (202) 514-0097
    Email: Josh.Van.Eaton@usdoj.gov

*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____/ This Order Relates to: ALL ACTIONS (except securities actions) _____/ | MDL No. 2672 CRB (JSC) **STIPULATED PROTECTIVE ORDER REGARDING PUBLIC COMMENTS ON 2.0 LITER SETTLEMENT** |

WHEREAS, on June 28, 2016, the United States on behalf of the Environmental Protection Agency ("EPA"), the People of the State of California, by and through the California Air Resources Board and Kamala D. Harris, Attorney General of the State of California ("California"), the United States Federal Trade Commission ("FTC"), and the Plaintiffs' Steering Committee ("PSC")

(collectively, "Plaintiffs"), filed proposed settlements with one or more of Volkswagen AG, Audi AG, Volkswagen Group of America, Inc., and Volkswagen Group of America Chattanooga Operations, LLC (collectively, "Defendants," and, together with Plaintiffs, the "Parties"), resolving certain claims related to certain 2.0 liter diesel vehicles;

WHEREAS, consistent with the requirements of 28 C.F.R. § 50.7, the United States' proposed settlement with Defendants has been subject to a public notice and comment period of not less than 30 days, with such public comment period closing on August 5, 2016;

WHEREAS, as part of the United States' public comment process, the United States has received many comments from members of the public and affected vehicle owners and lessees ("Public Comments") that bear on the terms of the United States/California, FTC and PSC proposed settlements;

WHEREAS, many of the Public Comments received by the United States contain personal identifying information ("PII") of the commenter(s), including addresses, home telephone numbers, email addresses, and VIN numbers of affected vehicles;

WHEREAS, to the extent that such PII is protected by the Privacy Act of 1974, 5 U.S.C. § 552a, which prohibits the disclosure by any agency of the federal government of any record about an individual from a system of records absent the written consent of the individual, it may nevertheless be disclosed "pursuant to the order of a court of competent jurisdiction." 5 U.S.C. § 552a(b)(11).

WHEREAS, the Parties and the Court agree that due to the unique circumstances of the three coordinated and interrelated settlements that were filed on June 28, it is in the interest of all Parties and the public that the United States be able to share the relevant Public Comments on the proposed settlements with the other Parties while maintaining the privacy rights of individuals and protecting the confidentiality of PII contained in the Public Comments;

WHEREAS, the Parties and the Court agree that good cause exists for issuance of an order permitting limited disclosure by the United States of the PII contained in the Public Comments;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties:

The United States, acting on behalf of EPA, is authorized to share with the other Parties any Public Comments received by the United States as part of the public notice and comment period in connection with the United States'/California's partial settlement filed on June 28, 2016, notice of which was published in the Federal Register on July 6, 2016, 81 Fed. Reg. 44051.

All Parties are ordered to maintain the confidentiality of any PII contained in the Public Comments. No person having access to the Public Comments shall make public disclosure of any information contained in the Public Comments without further order of the Court or agreement among the Parties. Nothing herein shall restrict the United States in its authorized use of the information contained in the Public Comments subject to this Order, including making any Public Comments available to the general public and to the Court in a subsequent motion relating to the United States'/California's proposed settlement.

Any person found to be in violation of this Order is subject to the imposition of sanctions.

Dated: August 16, 2016

Respectfully submitted,

By: /s/Nigel B. Cooney
Nigel B. Cooney
nigel.cooney@usdoj.gov
Joshua H. Van Eaton
josh.van.eaton@usdoj.gov
Bethany Engel
bethany.engel@usdoj.gov
Environmental Enforcement Section
Environment and Natural Resources Division
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 7611

Washington, DC 20044-7611
Telephone: (202) 514-3145
Facsimile: (202) 514-0097

*Coordinating Counsel for the United States*

Dated: August 16, 2016                Respectfully submitted,

By: /s/Jonathan Cohen
Jonathan Cohen (jcohen2@ftc.gov)
Michelle L. Schaeffer (mschaefer@ftc.gov)
Sangjoon "Simon" Han (shan@ftc.gov)
Megan A. Bartley (mbartley@ftc.gov)
Federal Trade Commission
600 Pennsylvania Avenue NW, CC-9528
Washington, DC 20580
(202) 326-2551 (Cohen); -3515 (Schaefer); -2495 (Han); -3424 (Bartley); -3197 (fax)

*Attorneys for Plaintiff Federal Trade Commission*

Dated: August 16, 2016                Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
JUDITH A. FIORENTINI
Supervising Deputy Attorney General


By: /s/Jon F. Worm
JON F. WORM
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone:  (619) 738-9325
Facsimile:  (619) 645-2271
jon.worm@doj.ca.gov

*Attorneys for the People of the State of California*

Dated: August 16, 2016                     Respectfully submitted,

By: /s/Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.
giuffrar@sullcrom.com
Sharon L. Nelles
nelless@sullcrom.com
William B. Monahan
monahanw@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Laura Kabler Oswell
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Co-Liaison Counsel for the Volkswagen Group Defendants*

Dated:  August 16, 2016                    Respectfully submitted,

By: /s/Elizabeth J. Cabraser
Elizabeth J. Cabraser
ecabraser@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Plaintiffs' Lead Counsel*

| | |
|---|---|
| Dated: August 16, 2016 | Respectfully submitted, |
| | By: /s/Jeffrey L. Chase |
| | Jeffrey L. Chase |
| | jchase@herzfeld-rubin.com |
| | Michael B. Gallub |
| | mgallub@herzfeld-rubin.com |
| | HERZFELD & RUBIN, P.C. |
| | 125 Broad Street |
| | New York, New York 10004 |
| | Telephone: (212) 471-8500 |
| | |
| | *Co-Liaison Counsel for the Volkswagen Group Defendants* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 39, 2016

_____
CHARLES R. BREYER
United States District Judge