JONATHAN COHEN, DC Bar 483454; jcohen2@ftc.gov
MICHELLE L. SCHAEFER, DC Bar 478773; mschaefer@ftc.gov
SANGJOON "SIMON" HAN, DC Bar 998971; shan@ftc.gov
MEGAN A. BARTLEY, VA Bar 81840; mbartley@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue NW, CC-9528
Washington, DC 20580
(202) 326-2551 (Cohen); -3515 (Schaefer);
-2495 (Han); -3424 (Bartley); -3197 (fax)

*Attorneys for Plaintiff Federal Trade Commission*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS (except securities actions) | MDL DOCKET NO. 2672 CRB (JSC)<br><br>**FEDERAL TRADE COMMISSION'S NOTICE OF MOTION AND MOTION TO ENTER ITS PROPOSED PARTIAL STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY RELIEF**<br><br>Hearing: October 18, 2016<br>Time: 8:00 a.m.<br>Courtroom: 6 - 17th Floor |

The Federal Trade Commission ("FTC") respectfully requests that the Court enter the Proposed Partial Stipulated Order for Permanent Injunction and Monetary Relief (DE 1607) ("the FTC Order") along with the other components of the global 2.0L "Clean Diesel" settlement, including the proposed DOJ Consent Decree and the Class Action Settlement.[1]

As the FTC previously explained, the robust consumer relief in the FTC Order fully compensates consumers because it provides the retail value of their vehicle before Volkswagen's deception became public, in addition to compensation for other losses. *See* DE1781, FTC

---

[1] Volkswagen Group of America, Inc. has agreed to the proposed FTC Order as well as the proposed DOJ Consent Decree and the proposed Class Action Settlement.

Statement Supporting the Settlement (Aug. 26, 2016).[2]  Given the settlement's importance, the FTC respectfully requests that the Court enter the proposed FTC Order along with the related agreements so that complete relief for consumers can begin.

Dated: September 30, 2016            Respectfully Submitted,

_____
Jonathan Cohen (jcohen2@ftc.gov)
Michelle L. Schaeffer (mschaefer@ftc.gov)
Sangjoon "Simon" Han (shan@ftc.gov)
Megan A. Bartley (mbartley@ftc.gov)
Federal Trade Commission
600 Pennsylvania Avenue NW, CC-9528
Washington, DC 20580
(202) 326-2551 (Cohen); -3515 (Schaefer); -2495 (Han); -3424 (Bartley); -3197 (fax)

*Attorneys for Plaintiff Federal Trade Commission*

---

[2] Although the FTC supports the private Class Action Settlement, the legal rationale that the Plaintiffs' Steering Committee ("PSC") uses does not necessarily reflect FTC law. *See* DE1784, Pl.'s Mem. in Support (Aug. 26, 2016).  Specifically, the PSC argues that, under private consumer protection law, a "refund remedy" requires that "a plaintiff return the product in comparable condition to what the plaintiff received" and that recoveries be reduced based on "value provided to the Plaintiff." *Id*. at 21 (citations omitted).  Neither proposition applies universally under the FTC Act.  Rather, the equitable relief available to the FTC under the FTC Act can vary depending on the circumstances.  The differences between the FTC Act and private law can be critical to the Commission's ability to compensate consumers fairly when it seeks relief.

## CERTIFICATE OF SERVICE

    I, Jonathan Cohen, hereby certify that on September 30, 2016, I caused to be served true copies of the foregoing by electronic means, by filing such documents through the Court's Electronic Case Filing System.

>Jonathan Cohen (jcohen2@ftc.gov)
Attorney for Plaintiff
Federal Trade Commission

In re Volkswagen "Clean Diesel" Marketing, Sales Practices & Products Liability Litigation, MDL No. 2672
FTC MOTION TO ENTER PROPOSED PARTIAL STIPULATED ORDER

- 3 -