Michael J. Myers
*Pro Hac Vice* application pending
Morgan A. Costello
Admitted *Pro Hac Vice*
Assistant Attorney General
New York State Attorney General's Office
Environmental Protection Bureau
The Capitol
Albany, NY 12224
Telephone: (518) 776-2392
Facsimile: (518) 650-9363
Email: morgan.costello@ag.ny.gov

*Attorneys for Movants State of New York
and New York State Department of Environmental
Conservation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| | **NOTICE OF MOTION AND MOTION TO REMAND** |
| This Document Relates to: *State of New York et al. v. Volkswagen Aktiengesellschaft et al.*, Case No. 3:16-cv-05089 (CRB) | Hearing Date: TBD<br>Time: TBD<br><br>The Honorable Charles R. Breyer |

### NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE THAT** at a date and time to be determined by the Court, in the courtroom of the Honorable Charles R. Breyer, located in the Federal Courthouse, 450 Golden Gate Avenue, 17th floor, Courtroom 6, San Francisco, California, Movants State of New York and the New York State Department of Environmental Conservation, by Eric T. Schneiderman, Attorney General of the State of New York, will and hereby does move pursuant to 28 U.S.C. § 1447(c) to remand *State of*

*New York et al. v. Volkswagen Aktiengesellschaft et al.*, Case No. 3:16-cv-05089-CRB (N.D. Cal.), original federal court Case No. 1:16-cv-1005-GTS-CFH (N.D.N.Y.), original state court Case No. 904021-16 (N.Y. Sup. Ct., Albany Co.), to the Supreme Court of the State of New York, County of Albany, New York, due to lack of subject matter jurisdiction, and for payment of just costs and actual expenses, including attorneys' fees, incurred as a result of defendants' improper removal of the *State of New York* action to federal court.

Pursuant to the Court's Pre-Trial Order No. 22, Movants will set forth the points and authorities in support of this motion pursuant to the schedule for briefing motions to remand to be set by the Court after the date of the final approval hearing regarding the Class Action Settlement, currently scheduled for October 18, 2016.

Dated: October 5, 2016

Respectfully Submitted,

ERIC T. SCHNEIDERMAN
*Attorney General of New York*

By:  /s/Morgan A. Costello
MORGAN A. COSTELLO
*Assistant Attorney General*
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2392
*For Movants State of New York and New York State Department of Environmental Conservation*