Robert J. Giuffra, Jr. (*admitted pro hac vice*)
Sharon L. Nelles (*admitted pro hac vice*)
Suhana Han (*admitted pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

Laura Kabler Oswell (State Bar No. 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

*Attorneys for Defendants Volkswagen AG, Volkswagen Group of America, Inc., and Volkswagen Group of America Finance, LLC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| This Document Relates to: | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| *BRS* v. *Volkswagen AG, et al.*, Case No. 3:16-cv-3435 | |

SULLIVAN & CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPONSE TO COMPLAINT, MDL NO. 2672 CRB (JSC)

This Stipulation is entered into between Defendants Volkswagen AG ("VWAG"), Volkswagen Group of America, Inc. ("VWGoA") and Volkswagen Group of America Finance, LLC ("VWGoAF") (collectively, "Defendants"), and Plaintiff Boston Retirement System ("BRS") (collectively with Defendants, the "Parties").

WHEREAS, BRS filed its Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint") in this action on June 20, 2016;

WHEREAS, on August 22, 2016, BRS and Puerto Rico Government Employees and Judiciary Retirement filed motions for appointment as lead plaintiff, which are pending and scheduled to be heard on October 14, 2016;

WHEREAS, BRS purports to have served VWAG and VWGoAF with the Complaint on September 15, 2016, and VWGoA on September 16, 2016;

WHEREAS, the Parties believe it would save judicial and Party resources if Defendants' response be deferred until lead plaintiff files an amended complaint;

WHEREAS, no Party has previously requested or received time for an extension to respond to the Complaint;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, that:

1. The undersigned counsel for Defendants hereby accept service of the summons and Complaint on behalf of the Defendants; provided, however, that the acceptance of service and entry into this Stipulation shall not waive, and Defendants expressly preserve, all rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense as to the sufficiency of service of the summons and Complaint and the form of the summons;

2. By entering into this stipulation, putative lead plaintiff shall not waive, and expressly preserves all rights, claims and defenses, including, but not limited to, the right to seek to lift the PSLRA's automatic stay of discovery;

3. Defendants need not answer or otherwise respond to the Complaint in this action, prior to the appointment of a lead plaintiff; and

SULLIVAN & CROMWELL LLP

-2-

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPONSE TO COMPLAINT, MDL NO. 2672 CRB (JSC)

4. After this Court appoints a lead plaintiff, Defendants and lead plaintiff will submit to the Court a proposed schedule for (i) lead plaintiff's filing of an operative complaint, if applicable, and (ii) Defendants' time to answer, move to dismiss or otherwise respond to the operative complaint.

Dated: October 6, 2016

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr. (*admitted pro hac vice*)
Sharon L. Nelles (*admitted pro hac vice*)
Suhana Han (*admitted pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

Laura Kabler Oswell (State Bar No. 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

*Attorneys for Defendants Volkswagen AG, Volkswagen Group of America, Inc., and Volkswagen Group of America Finance, LLC*

Dated: October 6, 2016

/s/ Thomas A. Dubbs
Thomas A. Dubbs (*admitted pro hac vice*)
Michael W. Stocker (State Bar No. 179083)
Michael H. Rogers (*admitted pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone:   (212) 907-0700
Facsimile:   (212) 818-0477

Janzes M. Wagstaffe (State Bar No. 95535)
Daniel J. Veroff (State Bar No. 291492)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Telephone:   (415) 371-8500
Facsimile:   (415) 371-0500

*Attorneys for Plaintiff Boston Retirement System*

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: October 11, 2016

_____
CHARLES R. BREYER
United States District Judge

-4-
STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPONSE TO COMPLAINT, MDL NO. 2672 CRB (JSC)

SULLIVAN & CROMWELL LLP

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated:  October 6, 2016  SULLIVAN & CROMWELL LLP

/s/  Laura Kabler Oswell
Laura Kabler Oswell

SULLIVAN
&
CROMWELL LLP

-5-

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPONSE TO COMPLAINT, MDL NO. 2672 CRB (JSC)