# Volkswagen Litigation Information

On September 18, 2015, the EPA sent a letter to Volkswagen telling them that they were in violation of a number of state and federal regulations.  The allegations are as follows:

1.  That various Volkswagen models were equipped with a "defeat device" What the defeat device does is effect the emission control systems performance.  In layman's language what this means is that while the vehicle is being tested for EPA standards, it operates in a different mode than if it were on the road.  The purpose of this is to allow the vehicle to pass EPA Standards, when in reality, the vehicle is emitting up to 40 times the amount of nitrogen oxide.

2.  Many of the individuals who have purchased these vehicles were under the illusion that the diesel motors supplied by Volkswagen, and in some Audi vehicles were actually "environmentally friendly" in that, they had very low emissions and also promised improved performance.

3.  Specifically, the EPA stated "as described above, the software was designed to track the perimeters of the federal test procedure and cause emission control systems to underperform when the software determined that the vehicle was not undergoing the "federal test procedure".

4.  The most troubling issue, if one is a car enthusiast, is the fact that even though the vehicles may get recalled and supplied with updated software, the overall performance of the vehicle, is going to suffer greatly.  If the vehicles need to operate in the mode as required by the EPA, the performance will be diminished by a lack of horsepower, and a decrease in gas mileage.  Thus there is a drastic diminishment in the value of the vehicles due to the software recall "fix".

5.  Litigation wise, this case is extraordinarily strong in that Volkswagen has admitted that they attempted to deceive the EPA.  In fact, their President has already stated that they have erred, and need to earn back the trust of the American people.  Also, Volkswagen has put aside 6.7 billion dollars in order to satisfy the recall and any subsequent claims.

6.  The bottom line is that Volkswagen put on a "defeat device" in order to deceive the customer in to thinking they were getting a vehicle with low emissions, and high performance.  Once that software is reprogrammed, those vehicles will have less horsepower, lower gas mileage and will not be the low emission vehicle that many people thought they were purchasing.



The following vehicles are subject to recall:

| Model Year | EPA Test Group | Make and Model(s) |
|---|---|---|
| 2009 | 9VWXV02.035N | VW Jetta, VW Jetta Sportwagen |
| 2009 | 9VWXV02.0U5N | VW Jetta, VW Jetta Sportwagen |
| 2010 | AVWXV02.0U5N | VW Golf, VW Jetta, VW Jetta Sportwagen, Audi A3 |
| 2011 | BVWXV02.0U5N | VW Golf, VW Jetta, VW Jetta Spo11wagen, Audi A3 |
| 2012 | CVWXV02.0U5N | VW Beetle, VW Beetle Convertible, VW Golf, V W Jetta, VW Jetta Sportwagen, Audi A3 |
| 2012 | CVWXV02.0U4S | VW Passat |
| 2013 | DVWXV02.0U5N | VW Beetle, VW Beetle Convertible, VW Golf, VW Jetta, VW Jetta Sportwagen, Audi A3 |
| 2013 | DV WXV02.0U4S | VW Passat |
| 2014 | EVWXV02.0U5N | VW Beetle, VW Beetle Convertible, VW Golf, VW Jetta, VW Jetta Spo11wagcn, Audi A3 |
| 2014 | EVWXV02.0U4S | VW Passat |
| 2015 | FVGAV02.0VAL | VW Beetle, VW Beetle Convertible, VW Golf, VW Golf Sportwagen, VW Jetta, VW Passat, Audi |

In order to pursue a claim, the owner of the vehicle will have to produce some sort of documentation indicating that they purchased a vehicle, that they still own the vehicle, explain the reasons why they pursed the "TBI engine" which is the name of the diesel motor, the amount of money the paid for the vehicle, where they purchased it (which dealership), and how long they have owned the vehicle.

This is some basic information, but I am attaching as an exhibit, the letter from the EPA, which goes into great detail about the SCAM.



# Air Resources Board



Matthew Rodriquez
Secretary for
Environmental Protection

Mary D. Nichols, Chair
9480 Telstar Avenue, Suite 4
El Monte, California 91731 • www.arb.ca.gov

Edmund G. Brown Jr.
Governor

Reference No. IUC-2015-007

September 18, 2015

Volkswagen AG
Audi AG
Volkswagen Group of America, Inc.
Through:

David Geanacopoulos
Executive Vice President and General Counsel, Government Affairs
Volkswagen Group of America
2200 Ferdinand Porsche Drive
Herndon, VA 20171

Stuart Johnson
General Manager
Engineering and Environmental Office
Volkswagen Group of America
3800 Hamlin Road
Auburn Hills, MI 48326

Re: Admission of Defeat Device and California Air Resources Board's Requests

Dear Mr. Geanacopoulos and Mr. Johnson:

In order to protect public health and the environment from harmful pollutants, the
California Air Resources Board (CARB) rigorously implements its vehicle regulations
through its certification, in use compliance, and enforcement programs. In addition to
the new vehicle certification process, CARB regularly tests automobiles to ensure their
emissions performance is as expected throughout their useful life, and performs
investigative testing if warranted. CARB was engaged in dialogue with our European
counterparts concerning high in use emissions from light duty diesels. CARB deployed
a number of efforts using portable measurement systems and other approaches to
increase our understanding for the California fleet. In 2014, the International Council for
Clean Transportation (ICCT) and West Virginia University (WVU) identified through their
test program, and brought to the CARB's and the United States Environmental
Protection Agency's (EPA) attention, concerns of elevated oxides of nitrogen (NOx)
emissions over real world driving. The ICCT actions were consistent and

*The energy challenge facing California is real. Every Californian needs to take immediate action to reduce energy consumption.
For a list of simple ways you can reduce demand and cut your energy costs, see our website http://www.arb.ca.gov*

### California Environmental Protection Agency

*Printed on Recycled Paper*

Mr. Goanacopoulos and Mr.Johnson:
September 18, 2015
Page 2

complementary to our activities. This prompted CARB to start an investigation and
discussions with the Volkswagen Group of America (VW) on the reasons behind these
high NOx omissions observed on their 2.0 liter diesel vehicles over real world driving
conditions. As you know, these discussions over several months culminated in VW's
admission in early September 2015 that it has, since model year 2009, employed a
defeat device to circumvent CARB and the EPA emission test procedures.

VW initiated testing to replicate the ICCT/WVU testing and identify the technical reasons
for the high on-road emissions. VW shared the results of this testing and a proposed
recalibration fix for the Gen1 (Lean NOx Trap technology) and Gen2 (Selective Catalytic
Reduction (SCR) technology) with CARB staff on December 2, 2014. Based on this
meeting, CARB and EPA at that time agreed that VW could implement the software
recall; however, CARB cautioned VW that if our confirmatory testing showed that the fix
did not address the on-road NOx issues, they would have to conduct another recall.
Based on this meeting, VW initiated a voluntary recall in December 2014 which,
according to VW, affected approximately 500,000 vehicles in the United States (~50,000
in California). The recall affected all 2009 to 2014 model-year diesel fueled vehicles
equipped with Gen1 and Gen2 technology. This recall was claimed to have fixed
among other things, the increased real world driving NOx issue.

CARB commenced confirmatory testing on May 6, 2015 to determine the efficacy of the
recall on both the Gen1 and Gen2 vehicles. CARB confirmatory testing was completed
on a 2012 model-year Gen2 VW, test group CVWX02.0U4S, to be followed with Gen1
testing. CARB staff tested this vehicle on required certification cycles (FTP, US06 and
HWFET) and over-the-road using a Portable Emission Measurement Systems (PEMS).
On some certification cycles, the recall calibration resulted in the vehicle falling the NOx
standard. Over-the-road PEMS testing showed that the recall calibration did reduce the
emissions to some degree but NOx emissions were still significantly higher than
expected.

To have a more controlled evaluation of the high NOx observed over the road, CARB
developed a special dynamometer cycle which consisted of driving the Phase 2 portion
of the FTP repeatedly. This special cycle revealed that VW's recall calibration did
increase Diesel Exhaust Fluid (DEF) dosing upon initial startup; however, dosing was
not sufficient to keep NOx emission levels from rising throughout the cycle. This
resulted in uncontrolled NOx emissions despite the SCR reaching sufficient operating
temperatures.

CARB shared its test results with VW on July 8, 2015. CARB also shared its results
with the EPA. Several technical meetings with VW followed where VW disclosed that
Gen1, Gen2 and the 2015 model-year improved SCR vehicle (known as the Gen3) had
a second calibration intended to run only during certification testing. During a meeting
on September 3, 2015, VW admitted to CARB and EPA staff that these vehicles were

The energy challenge facing California is real. Every Californian needs to take immediate action to reduce energy consumption.
For a list of simple ways you can reduce demand and cut your energy costs, see our website http://www.arb.ca.gov.

California Environmental Protection Agency

Printed on Recycled Paper

Mr. Geanacopoulos and Mr.Johnson.
September 18, 2015
Page 3

designed and manufactured with a defeat device to bypass, defeat, or render
inoperative elements of the vehicles' emission control system. This defeat device was
neither described nor justified in the certification applications submitted to EPA and
CARB. Therefore, each vehicle so equipped would not be covered by a valid federal
Certificate of Conformity (COC) or CARB Executive Order (EO) and would be in
violation of federal and state law.

Based upon our testing and discussions with VW, CARB has determined that the
previous recall did not address the high on-road NOx emissions, and also resulted in
the vehicle falling certification standards. Therefore, the recall is deemed ineffective
and is deemed unapproved. VW must immediately initiate discussions with CARB to
determine the appropriate corrective action to rectify the emission non-compliance and
return these vehicles to the claimed certified configuration. CARB program and
enforcement staff is prepared to work closely with VW to find corrective actions to bring
these vehicles into compliance.

CARB has also initiated an enforcement investigation of VW regarding all model-year
2009 through 2015 light-duty diesel vehicles equipped with 2.0 liter engines. We expect
VW's full cooperation in this investigation so this issue can be addressed expeditiously
and appropriately.

Sincerely,

Annette Hebert, Chief
Emissions Compliance, Automotive Regulations and Science Division

cc:    Mr. Byron Bunker, Director
       Compliance Division
       Office of Transportation and Air Quality
       Office of Air and Radiation
       U S. Environmental Protection Agency

       Mr. Linc Wehrly, Director
       Environmental Protection Agency
       Light-Duty Vehicle Center
       2000 Traverwood Drive
       Ann Arbor, MI 48105

       Dr Todd P. Sax, Chief
       Enforcement Division
       California Air Resources Board

The energy challenge facing California is real  Every Californian needs to take immediate action to reduce energy consumption
For a list of simple ways you can reduce demand and cut your energy costs, see our website  http://www.arb.ca.gov

California Environmental Protection Agency

Printed on Recycled Paper



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

SEP 1 8 2015

OFFICE OF
ENFORCEMENT AND
COMPLIANCE ASSURANCE

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*

Volkswagen AG
Audi AG
Volkswagen Group of America, Inc.
Thru:

David Geanacopoulos
Executive Vice President Public Affairs and General Counsel
Volkswagen Group of America, Inc.
2200 Ferdinand Porsche Drive
Herndon, VA 20171

Stuart Johnson
General Manager
Engineering and Environmental Office
Volkswagen Group of America, Inc.
3800 Hamlin Road
Auburn Hills, MI 48326

      Re:    Notice of Violation

Dear Mr. Geanacopoulos and Mr. Johnson:

The United States Environmental Protection Agency (EPA) has investigated and continues to
investigate Volkswagen AG, Audi AG, and Volkswagen Group of America (collectively, VW)
for compliance with the Clean Air Act (CAA), 42 U.S.C. §§ 7401–7671q, and its implementing
regulations. As detailed in this Notice of Violation (NOV), the EPA has determined that VW
manufactured and installed defeat devices in certain model year 2009 through 2015 diesel light-
duty vehicles equipped with 2.0 liter engines. These defeat devices bypass, defeat, or render
inoperative elements of the vehicles' emission control system that exist to comply with CAA
emission standards. Therefore, VW violated section 203(a)(3)(B) of the CAA, 42 U.S.C.
§ 7522(a)(3)(B). Additionally, the EPA has determined that, due to the existence of the defeat

devices in these vehicles, these vehicles do not conform in all material respects to the vehicle specifications described in the applications for the certificates of conformity that purportedly cover them. Therefore, VW also violated section 203(a)(1) of the CAA, 42 U.S.C. § 7522(a)(1), by selling, offering for sale, introducing into commerce, delivering for introduction into commerce, or importing these vehicles, or for causing any of the foregoing acts.

Law Governing Alleged Violations

This NOV arises under Part A of Title II of the CAA, 42 U.S.C. §§ 7521–7554, and the regulations promulgated thereunder. In creating the CAA, Congress found, in part, that "the increasing use of motor vehicles . . . has resulted in mounting dangers to the public health and welfare." CAA § 101(a)(2), 42 U.S.C. § 7401(a)(2). Congress' purpose in creating the CAA, in part, was "to protect and enhance the quality of the Nation's air resources so as to promote the public health and welfare and the productive capacity of its population," and "to initiate and accelerate a national research and development program to achieve the prevention and control of air pollution." CAA § 101(b)(1)–(2), 42 U.S.C. § 7401(b)(1)–(2). The CAA and the regulations promulgated thereunder aim to protect human health and the environment by reducing emissions of nitrogen oxides (NOx) and other pollutants from mobile sources of air pollution. Nitrogen oxides are a family of highly reactive gases that play a major role in the atmospheric reactions with volatile organic compounds (VOCs) that produce ozone (smog) on hot summer days. Breathing ozone can trigger a variety of health problems including chest pain, coughing, throat irritation, and congestion. Breathing ozone can also worsen bronchitis, emphysema, and asthma. Children are at greatest risk of experiencing negative health impacts from exposure to ozone.

The EPA's allegations here concern light-duty motor vehicles for which 40 C.F.R. Part 86 sets emission standards and test procedures and section 203 of the CAA, 42 U.S.C. § 7522, sets compliance provisions. Light-duty vehicles must satisfy emission standards for certain air pollutants, including NOx. 40 C.F.R. § 86.1811-04. The EPA administers a certification program to ensure that every vehicle introduced into United States commerce satisfies applicable emission standards. Under this program, the EPA issues certificates of conformity (COCs), and thereby approves the introduction of vehicles into United States commerce.

To obtain a COC, a light-duty vehicle manufacturer must submit a COC application to the EPA for each test group of vehicles that it intends to enter into United States commerce. 40 C.F.R. § 86.1843-01. The COC application must include, among other things, a list of all auxiliary emission control devices (AECDs) installed on the vehicles. 40 C.F.R. § 86.1844-01(d)(11). An AECD is "any element of design which senses temperature, vehicle speed, engine RPM, transmission gear, manifold vacuum, or any other parameter for the purpose of activating, modulating, delaying, or deactivating the operation of any part of the emission control system." 40 C.F.R. § 86.1803-01. The COC application must also include "a justification for each AECD, the parameters they sense and control, a detailed justification of each AECD that results in a reduction in effectiveness of the emission control system, and [a] rationale for why it is not a defeat device." 40 C.F.R. § 86.1844-01(d)(11).

A defeat device is an AECD "that reduces the effectiveness of the emission control system under conditions which may reasonably be expected to be encountered in normal vehicle operation and

use, unless. (1) Such conditions are substantially included in the Federal emission test procedure; (2) The need for the AECD is justified in terms of protecting the vehicle against damage or accident; (3) The AECD does not go beyond the requirements of engine starting; or (4) The AECD applies only for emergency vehicles . . . ." 40 C.F.R. § 86.1803-01.

Motor vehicles equipped with defeat devices, such as those at issue here, cannot be certified. EPA, *Advisory Circular Number 24  Prohibition on use of Emission Control Defeat Device* (Dec. 11, 1972); *see also* 40 C.F.R. §§ 86-1809-01, 86-1809-10, 86-1809-12. Electronic control systems which may receive inputs from multiple sensors and control multiple actuators that affect the emission control system's performance are AECDs. EPA, *Advisory Circular Number 24-2: Prohibition of Emission Control Defeat Devices – Optional Objective Criteria* (Dec. 6, 1978). "Such elements of design could be control system logic (i.e., computer software), and/or calibrations, and/or hardware items." *Id.*

"Vehicles are covered by a certificate of conformity only if they are in all material respects as described in the manufacturer's application for certification . . . ." 40 C.F.R. § 86.1848-10(c)(6). Similarly, a COC issued by EPA, including those issued to VW, state expressly, "[t]his certificate covers only those new motor vehicles or vehicle engines which conform, in all material respects, to the design specifications" described in the application for that COC. *See also* 40 C.F.R. §§ 86.1844-01 (listing required content for COC applications), 86.1848-01(b) (authorizing the EPA to issue COCs on any terms that are necessary or appropriate to assure that new motor vehicles satisfy the requirements of the CAA and its regulations).

The CAA makes it a violation "for any person to manufacture or sell, or offer to sell, or install, any part or component intended for use with, or as part of, any motor vehicle or motor vehicle engine, where a principal effect of the part or component is to bypass, defeat, or render inoperative any device or element of design installed on or in a motor vehicle or motor vehicle engine in compliance with regulations under this subchapter, and where the person knows or should know that such part or component is being offered for sale or installed for such use or put to such use " CAA § 203(a)(3)(B), 42 U.S.C. § 7522(a)(3)(B); 40 C.F.R. § 86.1854-12(a)(3)(ii). Additionally, manufacturers are prohibited from selling, offering for sale, introducing into commerce, delivering for introduction into commerce, or importing, any new motor vehicle unless that vehicle is covered by an EPA-issued COC. CAA § 203(a)(1), 42 U.S.C. § 7522(a)(1); 40 C.F.R. § 86.1854-12(a)(1). It is also a violation to cause any of the foregoing acts. CAA § 203(a), 42 U.S.C. § 7522(a); 40 C.F.R. § 86-1854-12(a)

Alleged Violations

Each VW vehicle identified by the table below has AECDs that were not described in the application for the COC that purportedly covers the vehicle. Specifically, VW manufactured and installed software in the electronic control module (ECM) of these vehicles that sensed when the vehicle was being tested for compliance with EPA emission standards. For ease of reference, the EPA is calling this the "switch." The "switch" senses whether the vehicle is being tested or not based on various inputs including the position of the steering wheel, vehicle speed, the duration of the engine's operation, and barometric pressure. These inputs precisely track the parameters of the federal test procedure used for emission testing for EPA certification purposes. During EPA

3

emission testing, the vehicles' ECM ran software which produced compliant emission results under an ECM calibration that VW referred to as the "dyno calibration" (referring to the equipment used in emissions testing, called a dynamometer). At all other times during normal vehicle operation, the "switch" was activated and the vehicle ECM software ran a separate "road calibration" which reduced the effectiveness of the emission control system (specifically the selective catalytic reduction or the lean NOx trap). As a result, emissions of NOx increased by a factor of 10 to 40 times above the EPA compliant levels, depending on the type of drive cycle (e.g., city, highway).

The California Air Resources Board (CARB) and the EPA were alerted to emissions problems with these vehicles in May 2014 when the West Virginia University's (WVU) Center for Alternative Fuels, Engines & Emissions published results of a study commissioned by the International Council on Clean Transportation that found significantly higher in-use emissions from two light duty diesel vehicles (a 2012 Jetta and a 2013 Passat). Over the course of the year following the publication of the WVU study, VW continued to assert to CARB and the EPA that the increased emissions from these vehicles could be attributed to various technical issues and unexpected in-use conditions. VW issued a voluntary recall in December 2014 to address the issue. CARB, in coordination with the EPA, conducted follow up testing of these vehicles both in the laboratory and during normal road operation to confirm the efficacy of the recall. When the testing showed only a limited benefit to the recall, CARB broadened the testing to pinpoint the exact technical nature of the vehicles' poor performance, and to investigate why the vehicles' onboard diagnostic system was not detecting the increased emissions. None of the potential technical issues suggested by VW explained the higher test results consistently confirmed during CARB's testing. It became clear that CARB and the EPA would not approve certificates of conformity for VW's 2016 model year diesel vehicles until VW could adequately explain the anomalous emissions and ensure the agencies that the 2016 model year vehicles would not have similar issues. Only then did VW admit it had designed and installed a defeat device in these vehicles in the form of a sophisticated software algorithm that detected when a vehicle was undergoing emissions testing.

VW knew or should have known that its "road calibration" and "switch" together bypass, defeat, or render inoperative elements of the vehicle design related to compliance with the CAA emission standards. This is apparent given the design of these defeat devices. As described above, the software was designed to track the parameters of the federal test procedure and cause emission control systems to underperform when the software determined that the vehicle was not undergoing the federal test procedure.

VW's "road calibration" and "switch" are AECDs[1] that were neither described nor justified in the applicable COC applications, and are illegal defeat devices. Therefore each vehicle identified by the table below does not conform in a material respect to the vehicle specifications described in the COC application. As such, VW violated section 203(a)(1) of the CAA, 42 U.S.C. § 7522(a)(1), each time it sold, offered for sale, introduced into commerce, delivered for introduction into commerce, or imported (or caused any of the foregoing with respect to) one of the hundreds of thousands of new motor vehicles within these test groups. Additionally, VW

---

[1] There may be numerous engine maps associated with VW's "road calibration" that are AECDs, and that may also be defeat devices. For ease of description, the EPA is referring to these maps collectively as the "road calibration."

4

violated section 203(a)(3)(B) of the CAA, 42 U.S.C. § 7522(a)(3)(B), each time it manufactured and installed into these vehicles an ECM equipped with the "switch" and "road calibration."

The vehicles are identified by the table below. All vehicles are equipped with 2.0 liter diesel engines.

| Model Year | EPA Test Group | Make and Model(s) |
|---|---|---|
| 2009 | 9VWXV02.035N | VW Jetta, VW Jetta Sportwagen |
| 2009 | 9VWXV02.0U5N | VW Jetta, VW Jetta Sportwagen |
| 2010 | AVWXV02.0U5N | VW Golf, VW Jetta, VW Jetta Sportwagen, Audi A3 |
| 2011 | BVWXV02.0U5N | VW Golf, VW Jetta, VW Jetta Sportwagen, Audi A3 |
| 2012 | CVWXV02.0U5N | VW Beetle, VW Beetle Convertible, VW Golf, VW Jetta, VW Jetta Sportwagen, Audi A3 |
| 2012 | CVWXV02.0U4S | VW Passat |
| 2013 | DVWXV02.0U5N | VW Beetle, VW Beetle Convertible, VW Golf, VW Jetta, VW Jetta Sportwagen, Audi A3 |
| 2013 | DVWXV02.0U4S | VW Passat |
| 2014 | EVWXV02.0U5N | VW Beetle, VW Beetle Convertible, VW Golf, VW Jetta, VW Jetta Sportwagen, Audi A3 |
| 2014 | EVWXV02.0U4S | VW Passat |
| 2015 | FVGAV02.0VAL | VW Beetle, VW Beetle Convertible, VW Golf, VW Golf Sportwagen, VW Jetta, VW Passat, Audi A3 |

Enforcement

The EPA's investigation into this matter is continuing. The above table represents specific violations that the EPA believes, at this point, are sufficiently supported by evidence to warrant the allegations in this NOV. The EPA may find additional violations as the investigation continues.

The EPA is authorized to refer this matter to the United States Department of Justice for initiation of appropriate enforcement action  Among other things, persons who violate section 203(a)(3)(B) of the CAA, 42 U.S.C. § 7522(a)(3)(B), are subject to a civil penalty of up to $3,750 for each violation that occurred on or after January 13, 2009;[1] CAA § 205(a), 42 U.S.C. § 7524(a), 40 C.F.R. § 19.4. In addition, any manufacturer who, on or after January 13, 2009, sold, offered for sale, introduced into commerce, delivered for introduction into commerce, imported, or caused any of the foregoing acts with respect to any new motor vehicle that was not covered by an EPA-issued COC is subject, among other things, to a civil penalty of up to $37,500 for each violation.[2] CAA § 205(a), 42 U.S.C. § 7524(a); 40 C.F.R  § 19 4. The EPA may seek, and district courts may order, equitable remedies to further address these alleged violations. CAA § 204(a), 42 U S.C. § 7523(a).

[1] $2,750 for violations occurring prior to January 13, 2009
[2] $32,500 for violations occurring prior to January 13, 2009

The EPA is available to discuss this matter with you. Please contact Meetu Kaul, the EPA attorney assigned to this matter, to discuss this NOV. Ms. Kaul can be reached as follows:

Meetu Kaul
U.S. EPA, Air Enforcement Division
1200 Pennsylvania Avenue, NW
William Jefferson Clinton Federal Building
Washington, DC 20460
(202) 564-5472
kaul.meetu@epa.gov

Sincerely,

Phillip A. Brooks
Director
Air Enforcement Division
Office of Civil Enforcement

Copy:
Todd Sax, California Air Resources Board
Walter Benjamin Fishcrow, United States Department of Justice
Stuart Drake, Kirkland & Ellis LLP

6

## Volkswagen Case Information Sheet

Full name:

Address:

County:

Email address:

Phone number:

Vehicle VIN#:

Driver's license #:

Social Security #:

Date of birth:

Vehicle make/model/year:

Purchase location:

Purchase date:

Purchase price:

Finance company:

Did you lease or purchase this vehicle?


Please attach images of:

- Purchase paperwork
- Copy of Driver's License

**EXHIBIT**

**2**

Hoja de información para el caso de Volkswagen

Nombre completo

Dirección

Condado

Dirección de correo electrónico

Número de teléfono

Vehículo VIN #

Numero de licencia #

Seguro social #

Fecha de nacimiento

Marca/modelo/año del vehículo

Lugar de donde compro el vehículo

echa de quando compro

Precio de compra

Compañía financiera

¿Arrendar o comprar este vehículo?

*Adjuntar imágenes de:*

- Trámites de compra
- Copia de licencia de conducir



November 9, 2015

Dear Customer:

According to our information, you own or lease a Volkswagen vehicle affected by the 2.0L TDI® emissions issue. As we work tirelessly to develop a remedy, we ask for your continued patience.

In the meantime, we would like to give you a $500 Volkswagen Prepaid Visa® Loyalty Card, a $500 Volkswagen Dealership Card, and 24-hour Roadside Assistance at no charge for 3 years.* We sincerely hope you see this goodwill gesture as a first step toward restoring your invaluable trust.

To learn more, please visit www.vwdieselinfo.com. Click on the blue box on the website, and then enter your Vehicle Identification Number (VIN) in the designated space. If you do not know how to locate your VIN, please consult your Owner's Manual. After entering your VIN, follow the instructions on how to receive and activate the Goodwill Package.*

It is important to emphasize that this is an emissions issue and that the Environmental Protection Agency has stated that your car remains safe and legal to drive.

If you have questions or concerns, please contact our Customer CARE Center at vwcustomercare@vw.com or 1-800-822-8987.

Thank you and best regards,

*M. Horn* (signature)

Michael Horn
President and CEO
Volkswagen Group of America, Inc.



---

*Goodwill Package available only to registered owners of affected vehicles who can provide VIN and other requested verification data. Not transferable, limit one per affected vehicle as confirmed by unique VIN. Affected owners must register for the Goodwill Package by April 30, 2016, and activate at dealership. See vwdieselinfo.com or call 1-800-822-8987 for eligibility, registration, and activation requirements. Volkswagen Prepaid Visa Loyalty Cards are issued by MetaBank®, Member FDIC, pursuant to a license from Visa U S A Inc. This card can be used anywhere Visa debit cards are accepted. Dealership card can only be used at participating Volkswagen of America dealerships. Both cards expire one year after date of issuance. Void where prohibited.

INTRO LETTER TO NEW CLIENTS WHO SIGNED LATER IN YEAR

'CONTRACT MUST BE DATED BEFORE JUNE 28, 2016]

Our law firm (The Law Offices of Maloney & Campolo) is working with _____ on your case against Volkswagen. Please take note that we will be your main point of contact from this point forward. To date, all Volkswagen lawsuits are paused until the Volkswagen Class Settlement Program is finalized by the court. We expect this to occur this fall. Soon, we will be given plaintiff fact sheets. We do not know the exact questions that Volkswagen will be asking, but we want to be prepared for any and all questions regarding the history of your vehicle.

To ensure we have all necessary information please send us a copy of the forms below as soon as possible:

- Copy of the vehicle's most recent registration

- Purchase paperwork/lease agreement

- Driver's License

- Copies of all repair orders pertaining to the vehicle (from authorized Volkswagen facilities, as well as any independent repair facilities) (We do not need paperwork for oil changes)

- Signed copy of the co-counsel agreement

Please see the attachment which includes the details of Volkswagen's Class Settlement Program. If you choose to pursue an individual lawsuit, our intent is to ask for a complete refund of your purchase price, attorney fees, and other damages while pursuing various causes of action including fraud, breach of contract, and damages allowed in the state where your vehicle was purchased. You will have the opportunity to <u>choose between their offer or an individual lawsuit</u>. Upon the court finalizing the class settlement program, we will discuss which route you wish to move forward on.

If you ever have any questions regarding this process, please feel free to send me an email or call me. I will be sending you emails whenever new information regarding the class settlement program is available.

*Camille Furgeson*

Administrative Assistant

cfurgeson@maloneyandcampolo.com



## CLIENT FOLDERS - Inventory List

| Signed by | Last Name | First Name | TX Officer | Settlement Position Name | Vehicle History Report | RMA | Registration | Reg. Date | Buyer's License | Purchase Order | Reprint | Finance Paperwork | Other | Questionnaire/Info Sheet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Yes | | Yes | Yes | | | Yes Too small/dark | Yes | Yes | | Photo of License Plate & Registration Sticker | |
| | | Yes buyback | | Yes | | | Yes | | Yes | | Must. Rep | | | |
| | | Yes (Email) | | Yes | Yes Registration Renewal Receipt | 6/2017 | | | Yes | | | Agreement to Provide Insurance TX Disclosure of Equity for Trade-In, Pleadings | | |
| | | Yes | | Yes | Yes Manuel/Ramos | 3/2017 | | Yes Manuel | Yes | Yes | Simple Finance Charge | | | |
| | Yes | | | Yes | | | | Yes | Yes | | | | | |
| | Yes | | Yes | Yes | | | | Yes | Yes | | | Insurance Card | | |
| No Self Reg | No completing himself | | Yes | | | | | | | | | | | |
| | Yes | | Yes | Tax Collector's Receipt for Title App/Registration | | | Yes | | | | | | | |
| | Yes | Yes | Yes | Yes Karla/Ruben | | | Yes Karla | | Yes | | Loan Agreement | Inspection Report, Insurance Card | | |
| | Yes | | Yes | | | | | Yes | | | | | |
| | Yes | Yes buyback | Yes | | | | | | Yes | | Yes | | | |
| | Yes | | Yes | | | | | | | | | | | |
| | Yes | | Yes | Yes Ricardo/Delta | | | Yes Ricardo | Yes | | | Loan Account Snapshot | Inspection Report | | |
| Yes Self Reg | | Yes | Yes | Yes | 3/2017 | | Yes | | | | Simple Finance Charge | | | |
| | Yes | Lawsuit | Yes | Yes Douglas/Susan | | | Yes Douglas | Yes | | | Loan Account Snapshot & Simple Finance Charge | | | |
| Reprint | Yes buyback | | Yes | Yes Douglas/Susan | 01/31/17 | | | Yes Lease & Purchase Paperwork | | | | | | |
| | Yes | Yes buyback | Yes | Yes | | | Yes | Yes—need better copy | | | | | | |
| | Yes | Yes buyback | Yes | | | | Yes both | Yes | | | | | | |
| No | Missing info | | Yes | | | | | | | | | | | Yes |
| | Yes | | Yes | Yes Mark/Mary | 2/2017 | | Yes Mark | Yes | | | Simple Finance Charge | Insurance | | |
| | Yes | Yes | Yes | Yes | | | Yes | Yes | | | | | | |
| | Yes | | Yes | Yes Michelle | 11/2016 | | Yes Michelle | Yes Michelle/Manuel | | | Simple Finance Charge | | | |
| | Yes | Yes buyback | Yes | Yes Kenneth/Katherine | 03/31/17 | | Yes Both | | Must | | | | | |
| | | | Yes | | | | | Yes | | | Deceased  Contact Gary Sanders | | | |
| | Yes | Yes | Yes | Yes | 12/2016 | | Yes | | | | Blurry | | | |
| | Yes | | Yes | Yes | 10/31/2016 | | Yes | Yes | | | | | | |
| | Yes | | Yes | | | | Yes | Yes | | | | | | |
| | Yes | Yes | Yes | | | | Yes | | | | Finance Screenshot | | | |
| | Yes | Yes | Yes | Yes | 1/31/2017 | | Yes | Yes | Yes | | | Insurance, Inspection | | |
| | Yes buyback | | Yes | | | | Yes | Yes | | | | | | |
| | Yes | Yes | Yes | Yes | 7/2017 | | Yes | | | | Simple Finance Charge | | | |
| | | | Yes | | | | Yes | | | | | Car Repossessed | | |
| | | Yes | Yes | | 12/2016 | | Yes | | | Yes | ple Finance Charge & Loan Account Snapshot | | | |
| Yes (Jetzo) | Yes buyback | Yes | Yes | Yes George/Terri | | | Yes George | Yes | | | Yes | | | |
| Trust (Golf) | | Yes | | Yes George only | | | Yes | | | | | | | |
| | Yes | Yes | Yes | Yes | 8/2017 | | Yes | Yes | | | | | | |
| | Yes | Yes buyback | Yes | Yes | 02/2017 | | Yes | Yes | | | | | | |
| | Yes | Yes buyback | Yes | Yes Robert/Margaret | 04/30/17 | | Yes Both | | | | Yes | | | |
| | Yes | | Yes | Yes | 06/30/17 | | Yes | Yes | | | | | | |
| | Yes | | Yes | Yes Registration Renewal Receipt | 2/2017 | | Yes | Reprint | Reprint | | | Tax Collector's Receipt for Title Application (Expired) Inspection Insurance | | |
| | | | Yes | Yes Bertha/Thomas | 2/2017 | | Yes Bertha Reprint | Yes | | | Simple Finance Charge | ript for Title Application (Expired) Odometer Disclosure, Recall Notice | | |
| | Yes | Yes | Yes | Yes | | | Yes | Yes | | | Simple Finance Charge | | | |
| | Yes | Yes | Yes | Yes Gloria/Amber | | | Yes Gloria | Yes | Yes | | | | | Yes |
| No | missing info | | Yes | | | | | | | | | | | |
| | Yes | | Yes | | | | | | | | | | | |
| | | Yes | Yes | | | | Yes | Yes | | | | Insurance (Expired) Registration Receipt (Expired) | | |
| | Yes | Yes buyback | Yes | | | | Yes | Yes | | | | | | |
| | Yes | | Yes | Yes | 04/30/18 | | Yes | | | | Yes | | | |
| | Yes | | Yes | | | | | | | | | | | |
| | Yes | | Yes | Yes | | | Yes | Yes | Yes | | Simple Finance Charge | rance Claim Estimate (Collision)  Window Tint Rece | Yes | |
| | Yes | | Yes | | | | Yes | Yes | | | | | | |
| | Yes | Yes | Yes | Yes | 10/2016 | | Yes | Yes | | Yes | ple Finance Charge & Loan Account Snapsh | Buyer's Tag | | |
| | Yes | | Yes | Yes | 04/05/17 | | Yes | Yes | | | | | | |
| Yes Eligible Seller | | Yes | | | | | Yes | Yes | | | | | | |
| | Yes | Yes | Yes | Yes Joseph/Martine | 3/2017 | | Yes Joseph | Yes | | | Simple Finance Charge & Loan Account Screensh | Reprint Contract | | |
| | Yes | Yes | Yes | | | | | | | | Sticky Note Across Simple Finance Charge  Reprint | | | |
| | Yes | Yes | Yes | | | | Yes | Yes | | | | Registration Sticker  Blurry Inspection, SSN Card | | |
| | Yes | Yes Lawsuit | Yes | | | | Yes | Yes | | | Yes | | | |
| | Yes | | Yes | Yes | | | | | | | | | | |
| | | Yes | Yes | | | | Yes | | | | Simple Finance Charge | SSN Card | | |
| | | | Yes | | | | | | | | | SSN Card | | |

## CLIENT FOLDERS - Inventory List

| | | Yes | Yes | | | | | | | Inspection Report | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | | 5/2017 | Yes | Blurry | Yes | Blurry Simple Finance Charge | | |
| Yes | Yes  buyback | Yes | Yes | Yes | | Yes | Yes | Moist | Yes | | |
| Yes | Yes (just 1) | Yes | Yes | Yes  Coby/Lauren | | Yes  Coby | Yes | Yes | | Wire Transfer of Funds | |
| Yes | | Yes | Yes | | | | | | | Buyer's Tag | |
| Yes | | Yes | Yes | Title Application Receipt & Sticker | 12/2016 | Too Small | Blurry | Yes | Simple Finance Charge | | |
| Yes | | Yes | Yes | Yes  Alfred/Linda | 02/28/17 | | Yes | | | | |
| | | Yes | Yes | Yes  Kim/Aaron | | Yes  Kim | Yes | | Simple Finance Charge | plication Receipt, Insurance  Warranty  Reprint Contract | |
| Yes | | Yes | Yes | | | | | | | | |
| | Yes | Yes | Yes | Yes  David/Josephine | 04/28/16 | Yes  David | Yes | | | | |
| Yes | | Yes | Yes | Yes | 3/2017 | Yes | | | Simple Finance Charge | | |
| Yes | | Yes | Yes | Yes | 05/31/17 | Yes | Yes | | | | |
| | | Yes | Yes | | | | | | | | |
| Yes | Yes | Yes | Yes | | | Yes | Yes | Yes | | Registration Receipt, Odometer Disclosure | |
| | | Yes | Yes | Yes | 06/30/17 | | Yes  Lease | | Yes | | |
| No  missing info | | Yes | Yes | Yes | 10/31/17 | | Yes | | | | |
| Yes | | Yes | Yes | Yes | 5/2017 | | | | Simple Finance Charge | | |
| | Yes | Yes | Yes | Yes  Jesus/Ingrid | 4/2017 | Yes  Both | Yes | Yes | | Warranty  Photo of Lights | |
| Yes | | Yes | Yes | Yes | 8/2017 | Yes  Too dark | Yes | | Loan Account Screenshot | Registration Sticker | Yes |
| Yes | | Yes | Yes | | | Yes | | | Loan Account Screenshot | | Yes |
| Yes | Yes | Yes | Yes | | | Yes | | | | GAP Agreement | |
| Yes  Eligible Seller | Yes | Yes | Yes | | | Yes | | | | Buyer's Tag | |
| | | Yes | Yes | | | | | | | | |
| Yes | Yes | Yes | Yes | Yes  Terry/Patricia | 4/2017 | Yes  Terry dark | Yes | | | | |
| Yes | Yes | Yes | Yes | Yes | 3/2017 | Yes | | | Simple Finance Charge | | Yes |
| Yes | | Yes | Yes | Yes  Amber | | Yes  Amber too narrow | Yes | | Loan Account Snapshot | | |
| Yes | Yes | Yes | Yes | Yes  Stephen/Kathryn | 10/31/2016 | Yes  Stephen | Yes | | | | |
| Yes | Yes | Yes | Yes | | | Yes | Yes | | | | |
| Yes | | Yes | Yes | Yes | | Yes | Yes | Yes | | Inspection | |
| Yes | Yes | Yes | Yes | Yes | 7/31/2017 | Yes | Yes | Yes | Simple Finance Charge | | |
| Yes | | Yes | Yes | Yes | | Yes  front/back | Yes | Yes | Simple Finance Charge  Payoff Receipt | Contract, Odometer Disclosure, Agreement to Provide Insurance | |
| | | | | | | | | | | | |
| Yes | Yes  buyback | Yes | Yes | | | | | | | | |
| | | Yes | Yes | | | | | | Blurry Simple Finance Charge; Loan Account Screenshot | | |
| Yes | Yes | Yes | Yes | Yes | 6/30/2017 | Yes | Yes | | | | |
| Yes | Yes | Yes | Yes | Yes  Carlos/Candida | 7/2017 | Yes  Carlos | | | Finance Agreement | Veteran | |
| | Yes (Email) | Yes | Yes | | | Yes | | | Simple Finance Charge | | Yes |
| Yes | | Yes | Yes | | | Yes  Rodney | Yes  Co-Buyer Susan Fisher | | | | |
| Yes | Yes | Yes | Yes | | | | Yes  Co-Buyer Desiree Fisher | Yes | Simple Finance Charge | | |
| Yes | | Yes | Yes | | | Yes | Yes | | | | |
| Yes | Yes | Yes | Yes | Yes  Roberto/Corrine | 3/2017 | Yes  Roberto | Cutoff | Yes | | Insurance | Yes |
| Yes | Yes | Yes | Yes | | | Yes | Blurry | | | Buyer's Tag | Yes |
| | | Yes | Yes | Yes | 7/2017 | Yes | Yes | Blurry | Simple Finance Charge | | |
| Yes | Yes | Yes | Yes | Yes  James/Kenneth | 10/31/2017 | Yes  Both | Yes  Co-Buyer Steven Frank | | Simple Finance Charge  too faint | | |
| Yes | | Yes | Yes | | | Yes  Both | Yes | | | | |
| Yes | | Yes | Yes | | | | | | | | |
| Yes | Yes | Yes | Yes | Yes  Victor/Linda | 6/2017 | | Yes | | | Pleadings | |
| Yes | | Yes | Yes | | | Yes  Both | | | | Tax Collector's Receipt for Title Application (Expired) | |
| | Yes | Yes | Yes | | | Yes  Both | | | Simple Finance Charge | | |
| Yes | | Yes | Yes | | | | Yes | | | | Yes |
| | | Yes | Yes | | | | | | | | |
| Yes | Yes | Yes | Yes | | | Yes | Lease Agreement | | | Police Report from Accident | Yes |
| | | Yes | Yes | | | Yes | Yes | | | | |
| Yes | Yes | Yes | Yes | | | Too dark | Too dark | | | | |
| Yes | Yes (Email) | Yes | Yes | Yes  Christopher/Ramiro/Susan | 10/2016 | Yes  Ramiro | Too Dark | Yes | Simple Finance Charge | Insurance | |
| Yes | Yes | Yes | Yes | | | | | | Simple Finance Charge | | |
| | Yes | Yes | Yes | | | Yes | | Yes | Simple Finance Charge | Registration Sticker | |
| Yes | | Yes | Yes | | | | | | | Reprint Contract | |
| Yes | | Yes | Yes | | | Yes | Yes | | | | |
| Yes | | Yes | Yes | | | Yes  Jestin | es  Co-Buyer Annatonia Finlayson | | Simple Finance Charge | | |
| Yes | Not Eligible for Eligible Sell | Yes | Yes | | | | Yes | | | | |
| Yes | Yes | Yes | Yes | Yes | 2/2017 | Yes | Yes | | | | |
| | | Yes | Yes | Yes | | Yes | | | Too Faint Simple Finance Charge | GAP Agreement | |
| Yes | | Yes | Yes | Yes | 12/2016 | Too Big  Try to Resize | Yes | Yes | | | Yes |
| Yes | | Yes | Yes | | | Yes | Yes | | | | |

## CLIENT FOLDERS - Inventory List

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes  Amy/Jones | 5/31/2017 | Yes  Both | | | | Marriage License |
| | Yes | | | | | Yes | Yes | | | Copy of check for vehicle |
| Yes | Yes | Yes | Yes | | | Yes | Yes | | Check Folder | Tax Collector's Receipt for Title Application (Expired) |
| Yes | | Yes | Yes | Yes  Jorge/Erin | | Yes  Both | | Yes | Loan Account Screenshot | Photos of Vehicle |
| | Yes | Yes | Yes | Yes  Ruben/Irin | 7/2017 | Yes  Both | | | Finance Agreement | Inspection  Reprint Contract |
| Yes | | Yes | Yes | | | | Yes | | | |
| Yes | | Yes | Yes | | | | Yes | | | |
| | | Yes | Yes | | | Bad Copy | | Yes | | Inspection, GAP Waiver Agreement  Insurance, Bill of Sale |
| Yes | | Yes | | | | Too Big  Try to Resize | Yes  Top Cutoff | | | |
| Yes | | Yes | Yes | | | | Yes | Yes | | Tax Collector's Receipt for Title Application (Expired)  Enrlce/Mena |
| | | Yes | Yes | | | Yes | Yes | | | |
| | | Yes | Yes | | | Yes  Both | Yes | Yes | | Tax Collector's Receipt for Title Application (Expired)  Justin/Sarah |
| Yes | Yes | Yes | | | | Yes | | | Too Faint  Simple Finance Charge | |
| | | Yes | | | | | Blurry | | Blurry  Sample Finance Charge | |
| | | Yes | Yes | Yes  Tp/Joseca | 7/31/2017 | Yes  Tp | | | | |
| Yes  Eligible Seller | Yes | Yes | | | | | Yes | Mant | Simple Finance Charge | Credit Score, Agreement to Provide Insurance  Odometer Disclosure |
| Yes | Yes  buyback | Yes | Yes | Yes  Kimberly/Joshua | | Yes  Kim | Yes | Mant | Yes  on PO | |
| | Yes | Yes | Yes | Yes | | Yes | Yes | | Simple Finance Charge | |
| Yes | Yes  Lawsuit | Yes | | | | | | | | |
| Yes | Yes  buyback | Yes | Yes | | | | | | | |
| Yes | Yes | Yes | Yes | Yes | | Yes | Yes | | | |
| Yes | Yes | Yes | Yes | Yes | | Yes | Yes | | | |
| Yes | Yes | Yes | | | | Yes | | | | |
| Yes | Yes (just 1) | Yes | Yes | Yes  Robert/Charlotte | | Yes  Both | | Yes | | |
| Yes | | Yes | Yes | Yes  Robert/Charlotta/Top Gun Enzyme Microbial | 3/31/2017 | Yes  Both | Yes | | | |
| Yes | Yes  buyback | Yes | Yes | Yes | 01/30/17 | Yes | Yes | Maint, Rep  Tires | Atty fee split consent | |
| | | Yes | Yes | Yes | 12/31/2016 | Yes | | Yes | | |
| | | | | | | | | | | |
| Yes | Yes | Yes | Yes | | | | | | Simple Finance Charge | |
| Yes | Yes | Yes | Yes | | | | | | | |
| Yes | Yes  Eligible Seller | Yes | Yes | Yes | | Yes | | | Lease Agreement | |
| | Yes | Yes | Yes | Yes | | Yes | | | Loan Account Screenshot | Inspection |
| | Yes | Yes | Yes | Yes  Michael/Gilbert | 4/2017 | Yes  Both | Yes | Yes | | Inspection |
| Yes | | Yes | Yes | Yes | | Yes  Too Dark | Yes | Yes | Simple Finance Charge | |
| Yes | Yes  buyback | Yes | Yes | Yes | 07/31/18 | Yes | Maint, Rep  Tires | | Atty fee split consent | |
| Yes | Yes | Yes | Yes | Yes | | Yes | Yes  Cutoff  Look in folder | | Simple Finance Charge  Cutoff  Look in folder | |
| Yes | Yes | Yes | | Yes  Kristopher/Angela | 3/31/2017 | Yes  Kristopher  Too Contrasted | | | | |
| Yes | Yes  written fix | Yes | Yes | Yes  Jack/Donna | | Yes  Jack | Yes | Yes | Loan Agreement | |
| | | Yes | Yes | Yes | 12/31/2016 | Yes | Yes | | | Contract Only |
| | | Yes | | | | | | | | |
| Yes | | Yes | | | | | | | | |
| Self Reg. | No  completing himself | Yes | | | | | | | | |
| | | Yes | | Yes | 7/31/2017 | Yes | Yes | | Yes (on PO) & 8/12/16 Acct Statement | Atty fee split consent |
| Yes | | Yes | Yes | Yes  Lisa/George | 2/28/2016 | Yes  Lisa | | Yes | | Application for Duplicate Title, Order of Sale Trustee, Mother's Death Certificate |
| Yes | Yes | Yes | Yes | Yes | 3/2017 | Yes | | Yes | | Buyer's Receipt, Insurance  Inspection  Title Receipt |
| | Yes | | | | | | | | | |
| Yes | Yes | Yes | Yes | Yes  Mike/Guadalupe | 12/2016 | Yes  Mike  Temp Permit & DL (Expired) | | | Loan Account Screenshot & Simple Finance Charge | |
| | | | | | | | | | | Contract Only |
| | Yes | Yes | Yes | Yes  Michael/Betty | 3/31/2017 | | Yes | | | |
| Yes | | Yes | Yes | Title Application Receipt (looks like registration) | 9/2017 | Yes | Yes | | Lien Payoff Information & Simple Finance Charge | |
| Yes | Yes | Yes | Yes | Yes | 5/2017 | Yes | Yes | | | |
| No  missing info | | Yes | Yes | Yes | 10/31/2017 | Yes  Face Too Dark | Yes | Yes | Loan Payoff Letter/Receipt | Insurance Card, Odometer Disclosure |
| Yes | Yes  buyback | Yes | Yes | Yes  Diane/George (deceased) | 02/08/17 | Yes  Diane | Yes | Maint, Rep | | George death cert; Atty fee split consent |
| Yes | | Yes | Yes | Yes | 07/24/17 | Yes | Yes | Maint, Rep | Yes | Atty fee split consent |
| Yes | Yes | Yes | Yes | Registration Renewal Notice & Receipt | 11/2016 | Yes  Sole Cutoff | Yes | | Simple Finance Charge (Top Cutoff) | Loan Report, Theft Deterrent System, Vehicle Service Contract |
| Yes | Yes | Yes | Yes | | | Yes | | | | |
| Yes | Yes | Yes | Yes | yes  terri/tommy | | Yes  Terri | Yes | | | Insurance |
| Yes | | Yes | Yes | yes | 7/2017 | yes | yes | yes | simple finance charge & screenshot | |
| Yes | | yes | yes | yes | | yes | | yes | simple finance charge | |
| | | | | | | | | | | |
| yes | yes | yes | yes | yes | 7/2017 | yes | yes | | | info sheet |
| Yes | | Yes | Yes | | | | | | | |
| Yes | | Yes | Yes | | | | | | | |
| Yes | Yes  buyback | Yes | Yes | Yes  The Little Family Trust Dated/Mervan/Nancy | 4/30/2017 | Yes  Both Too Dark | Yes | | Simple Finance Charge  Too Faint | |

## CLIENT FOLDERS - Inventory List

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | Yes  emissions mod | Yes | Yes | | | Yes | | Yes | | Insurance Card | |
| Yes | Yes  buyback | Yes | Yes | Yes  Gary/Krista | 12/31/2016 | Yes  Gary | Yes | Yes | Simple Finance Charge | Insurance Card | |
| Yes | Yes | Yes | Yes | Yes  James/Janet | 12/31/2016 | Yes  James | Yes | | | | |
| yes | | yes | yes | | | yes | | | | info sheet, social security | |
| | | yes | yes | | | | | | | | |
| yes | | yes | yes | yes | 3/2017 | yes | yes | | | social security | |
| yes | yes | yes | yes- | | | | yes | | | | |
| | | yes | yes | | | | yes | | | | |
| yes | yes | yes | yes-renee & claudia | 12/2016 | Yes  Both | yes | | simple finance charge | | | |
| No  Self Reg | | | | | | | | | | | |
| | | Yes | Yes | | | | | | | | |
| yes | yes | yes | yes | | | yes | yes | | GAP Insurance | info sheet | |
| | | yes | yes | | | | | | | | |
| yes | yes email | yes | yes | | | | yes | | | | |
| Yes | Yes | Yes | Yes | | | yes-good version in cf email | Yes | | Simple Finance Charge | | Yes |
| Yes | Yes  buyback | Yes | Yes | Blurry Registration Renewal Receipt | 11/2016 | Yes (In Loss a file) | Yes | | Simple Finance Charge | | |
| Yes | Yes | Yes | Yes | Registration Renewal Receipt | | Yes | | Yes | | Tax Collector's Receipt for Title Application (Expired 6/2014) Buyer's Top  Dealer's Registration Receipt, Insurance | |
| Yes | Yes  Eligible Seller | Yes | Yes | | | Yes | Yes | | | Total Loss Settlement | |
| Yes | Yes | Yes | Yes | | | Yes | Yes | | Simple Finance Charge | | Yes |
| Yes  Lease Term. | | Yes | Yes | Title Application Receipt & Sticker | | Yes | | | Lease Agreement | | |
| | | Yes | Yes | | | | | | | Insurance | |
| Yes | Yes | Yes | Yes | Yes | 11/2016 | Yes | Yes | | Insurance  Tax Collector's Receipt for Title/Registration (Expired 11/2014)  Inspection | |
| Yes | | Yes | Yes | | | Yes | | | Atty fee split consent | | |
| | Yes | Yes | Yes | Registration Renewal Receipt | 6/2017 | Yes | Yes | | Simple Finance Charge (Cutoff) | | Yes |
| | Yes  buyback | Yes | Yes | | | Yes  Hubert | Yes  Co-Buyer Jennifer Hare | | | | |
| | Yes | | | | | | | | | | |
| | | Yes | Yes | Registration Renewal Receipt & Sticker  Brian/William | 6/2017 | Yes  Both | Yes | | Simple Finance Charge | Insurance Claim Summary (Collision) | |
| Yes | | Yes | Yes | Registration Renewal Receipt & Sticker | 7/2017 | Yes | Yes | Yes | Simple Finance Charge | Trade-In Motor Vehicle, Inspection, Photo of Sticker  Odometer Disclosure | |
| Yes | Yes  buyback | Yes | Yes | | | Yes | Yes | | Simple Finance Charge | | |
| Yes | | Yes | Yes | Yes  David/Jacob | | Yes  Jacob | Yes | Yes | | | |
| Yes | | Yes | Yes | Registration Renewal Receipt & Sticker | 5/2017 | Passport | Yes | | Loan Account Snapshot, Simple Finance Charge  Insurance, Odometer Disclosure, Warranty  Arthur | |
| Yes | Yes  buyback | Yes | Yes | Yes | 07/31/17 | Yes | Yes | Moist, Rep | Yes | | Yes |
| Yes | N/A  Seller | | | | | | | | | | |
| Yes | Yes | Yes | Yes | | | | Yes | | | | |
| Yes | Yes | Yes | Yes | | | Yes | | | Yes | Atty fee split consent | |
| | | Yes | Yes | | | Yes  Fred | Yes  Co-Buyer Lynda Murrey | | | | |
| Yes | N/A  Seller | | | | | | | | | | |
| Yes | Yes  buyback | Yes | Yes | | | | Yes  Co-Buyer Kimberly Naglor | | Simple Finance Charge | | |
| Yes | Yes  buyback | Yes | Yes | Yes  Jeffrey Noe/Stephanie Telesco (Top Cutoff) | 12/31/2016 | Yes  Jeffrey | Yes  Co-Buyer Stephanie Telesco | Yes | Simple Finance Charge | Insurance Card | |
| Yes | Yes | Yes | Yes | Registration Renewal Receipt | 5/31/2017 | Yes | Yes | Yes | Simple Finance Charge | | |
| Yes | | | | Registration Renewal Receipt | 11/2016 | Yes | Yes | | Simple Finance Charge (3rd page cutoff) | Inspection Report | |
| No  3.0 Vehicle | | Yes | | | | Yes | | | | | Yes |
| Yes | | Yes | Yes | Registration Renewal Receipt & Sticker | 6/2017 | Yes | Yes | | Simple Finance Charge | ometer Disclosure, Agreement to Provide Insurance | |
| Yes | Yes | Yes | Yes | Registration Renewal Receipt | 5/2017 | Yes | Yes | Yes | an Agreement/Consumer Credit Transaction | Insurance | |
| Yes | | Yes | Yes | | | Yes | | | Simple Finance Charge | e Service Contract, GAP  Insurance  Odometer Disclosure | |
| Yes | | Yes | Yes | | | Yes  Expired | Yes | | | Photo of Sticker  Buyer's Top Receipt | |
| Yes | Yes | Yes | Yes | Registration Renewal Receipt | 3/2017 | Yes | | | | Tax Collector's Receipt for Title (Expired 3/2015) | |
| No  Missing info | | Yes | | | | Yes | | | | | |
| Yes | Yes | Yes | Yes | | | | | Yes | | Insurance | |
| | | | | | | | | | | | |
| Yes | Yes  buyback | Yes | | | | Yes- Both Too Dark | Yes  Co-Buyer Gregory Peterson | | | | |
| | Yes-- emissions mod | Yes | Yes | Yes | | Yes | Yes  Co-Buyer Kelley Phillips | Moist, Rep | n/a | Atty fee split consent | |
| Yes | | Yes | Yes | | | | Yes (Robert Paul) | | | | |
| Yes | Yes | Yes | Yes | gistration Renewal Receipt & Sticker  With maiden na | 2/2017 | Yes  with maiden name Pier | Yes (Robert Paul) | Yes | Simple Finance Charge (Robert Paul) | Inspection, Marriage Certificate to Eric Smith | Yes |
| Yes | Yes | Yes | Yes | | | Yes | Yes  with maiden name Pier | Yes | Simple Finance Charge (Robert Paul) | Photo of Sticker  Inspection Report | Yes |
| Yes | Yes | Yes | Yes | | | Yes  with maiden name Pier | Yes (Robert Paul) | Yes | Simple Finance Charge (Robert Paul) | ction Report, Marriage Certificate to Daniel North | Yes |
| No  3.0 Vehicle | | Yes | | Registration Renewal Receipt | 1/2017 | Yes | Yes | Yes | | Inspection Report, Protection Plan | Yes |
| Yes | Yes | Yes | | Yes | 1/2017 | Yes | Yes | | | | |
| Yes | Yes | Yes | Yes | | 2/28/2017 | Yes  Too Dark | Yes | Yes | | | |
| | Yes  buyback (Email) | Yes | Yes | | | Yes | Yes | | | | |
| Yes | Yes  buyback | Yes | | Renewal notice only | | Yes | Yes | | Yes | | |
| | | Yes | Yes | | | Yes  Corrine Too Dark/Cutoff | Yes  Cutoff  Co-Buyer Richard Rago | | | | |
| Yes | Yes  buyback | Yes | Yes | | | Yes | Yes | | | | |

## CLIENT FOLDERS - Inventory List

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | | | | Yes  Both | Yes  Co-Buyer Moguel Ramirez | | | | |
| Yes | | Yes | | | | | Yes | | | | |
| Yes | Yes  buyback | Yes | Yes | | | Yes | Yes | | Yes | | |
| Yes | Yes  buyback | Yes | Yes | Yes | 5/31/17 | Yes | Yes  need better copy | | | | |
| Yes | Yes  buyback | Yes | Yes | Yes | 3/2017 | Yes | Yes | | Yes | | |
| Yes | Yes  emissions mod | Yes | Yes | | | Yes | Yes | | Yes | | |
| | | Yes | | | | Yes | Yes | | | | |
| No  missing info | | Yes | | | | Yes | Yes | | | | |
| Yes | Yes  buyback | Yes | Yes | Renewal notice only | | Yes | Yes | | | | |
| No  missing info | | Yes | Yes | Yes | | Yes  both | Yes | | | | |
| Yes | | Yes | Yes | | | Partial (check for better copy) | Yes | | Yes | | |
| | Yes  emissions mod | Yes | Yes | | | Yes | Yes | | | | |
| No  3.0 Vehicle | | Yes | Yes | Yes | 10/31/2016 | Yes  Too Dark | Yes | Yes | N/A | | |
| yes | | Yes | Yes | | | | | | | | |
| | Yes  buyback | Yes | Yes | | | | | | | | |
| yes | Yes  buyback | yes | yes | yes | 12/2016 | yes | | yes | | | |
| yes | | yes | yes | yes | | yes | | | simple finance charge | social security | |
| yes | | | | | | yes | | | | | |
| yes | yes- buyback | yes | yes | yes | Jan 2017 | yes | yes | | screenshot | social security | |
| yes | | | | | | yes | | | request better copy | | |
| | Yes | | | | | | | | | | |
| | | | | | | | | | | | |
| | yes-buyback | yes | yes | yes | May 2017 | yes | | yes | simple finance charge | | |
| | | yes | yes | | | yes | yes leased | | | | |
| | yes-buyback | | | | | | | | | | |
| | | | | | | | | | | | |
| yes | | yes | yes | yes | | yes | yes | | | | |
| yes | Yes | yes | yes | yes  joe/danyee | 2/2017 | yes | yes | | yes | | |
| yes | yes-emissions mod | yes | yes | yes-cheena/nacho | | yes-cheena/maria | | yes | simple finance charge | | |
| yes | yes-eligible seller | yes | yes | yes | 3/2017 | yes | | yes | | inspection/simple finance charge/info sheet |
| Yes | Yes  buyback | Yes | | Yes  Louis/Kayla | 04/30/17 | Yes  Louis | Yes | Maint | Yes | | |
| yes | yes-buyback | yes | yes | | | yes | | | simple finance charge | | |
| | | Yes | Yes | | | | Yes | | | | |
| yes | | yes | | | | | | | | | |
| No  missing info | Yes  undecided | | | | | Yes | Yes | | | | |
| Yes | Yes  buyback | Yes | Yes | | | Yes | Yes | | Yes | | |
| Yes | Yes- emissions mod | Yes | Yes | | | Yes | Yes | | Yes | | |
| | Yes  emissions mod | Yes | Yes | | | Yes | Yes | | Yes | | |
| No  missing info | | Yes | Yes | | | | | | | | |
| Yes | | Yes | Yes | | 3/31/17 | Yes | Yes | | | | |
| Yes | Yes  buyback | Yes | Yes | Yes  Rhonda/Jan | 05/31/18 | Yes  Rhonda | Yes | | | | |
| Yes | | Yes | Yes | Yes | 03/31/17 | Yes | Yes | | | | |
| Yes  Seller | Yes | Yes | Yes | Yes | 01/31/17 | Yes | Yes | | | | |
| Yes | | Yes | Yes | Yes  Russ/Elvira | 01/15/17 | Yes  both | Yes  may need bigger copy | | Yes - may need bigger copy- 8/2/16 Acct statement | |
| Yes | Yes  buyback | Yes | Yes | Yes  Nancy/Kory | 03/31/17 | Yes  both | Yes | Maint  Rep | | Atty fee split consent | |
| | Yes  buyback | | | | | | | | | | |
| Yes | Yes  buyback | Yes | Yes | | | | | | | | |
| Yes | | Yes | Yes | Yes  Frank/Elizabeth | 10/31/16 | Yes  Elizabeth | Yes | Rep | Yes | | |
| Yes | Yes  buyback | Yes | Yes | Yes | | Front illegible | Yes | Maint | Yes | | |
| No  missing info | | | | | | | | | | | |
| Yes | is  emissions mod (email) | Yes | Yes | | | Yes | Yes | Rep | | | |
| Yes | Yes  buyback | Yes | Yes | | | Yes | | | Yes | | |
| Yes | | Yes | Yes | Yes  Shane/Kym | | | Yes | | Yes | | |
| | Yes  emissions mod | | | | | | | | | | |
| Yes | No  lawsuit | Yes | Yes | | | Yes | Yes | | N/A  pd cash | | |
| Yes | Yes  buyback | Yes | Yes | Yes | | Yes | Yes | Rep | Yes | | |
| No  Self Reg | | | | | | | | | | | |
| Yes | Yes  buyback | Yes | Yes | Yes | 05/31/17 | Yes | Yes | Maint | Yes | | |
| Yes | Yes  buyback | Yes | Yes | Yes | 04/30/17 | Yes (pic not legible) | Yes | Maint, Rep | Yes & 4/6/16 payoff quote from VW | |
| Yes | | Yes | Yes | Yes  Carl/Maren | | Yes  Matt/Maren (hers too dark) | Yes | Maint, Rep | | | |
| Yes | | Yes | Yes | Yes | 09/30/17 | Yes  both | Yes | | Yes | | |
| Yes | Yes  unsure | Yes | Yes | | | Yes | Yes | | Yes | | |
| Yes | | Yes | Yes | | | | | | | | |
| Yes | Yes  buyback | Yes | Yes | | | Yes | Yes | | Yes | | |

## CLIENT FOLDERS - Inventory List

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | | Yes | Yes | | | | | | | |
| | Yes | | Yes | Yes | | | Yes | Yes | | | |
| | Yes | Yes buyback | Yes | Yes | Yes | 4/30/17 | Yes | Yes | Manet | Yes | |
| | No Self Reg | Submitting own claim | Yes | Yes | | | | Yes | | | |
| | No Self Reg | | | | | | | | | | Contract Only |
| | | Yes buyback | Yes | Yes | Yes Roger/Patrica | 11/30/16 | | Yes | | Yes | |
| | Yes | Yes buyback | Yes | Yes | Yes Marshall/Jenca | 01/15/17 | Yes both | Yes | | | Atty fee split consent |
| | Yes | Yes buyback | Yes | Yes | | | | Yes need better copy | | | |
| | | Yes buyback | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## VEHICLE INFORMATION SHEET - Master List

EXHIBIT 6

| CAMILLE PORTAL LOGIN | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| returned packet  mailed to VW | | 2013 | Passat SE 2.0 TDI | North Park VW | TX | 945 158.40 | 12/16/2012 | 20788.28 | generation federal credit union | 43780 | | purchase | yes |
| returned email | | 2013 | Golf TDI 2.0 4D Hatchback | Volkswagen of Beaumont | TX | 26830 | 7/13/2012 | 2523.94 | five point credit union | 52000 | | | yes |
| returned packet | CAMILLE DID OFFER | 2010 | JETTA TDI | CUTRUBUS MOTORS (N LAYTON (UT) | UT | 28 947 45 | 5/27 | 00 | n/a | 144 000 | | | yes |
| | | | | | | | | | | | | | |
| returned packet | | 2014 | Passat SEL Premium | Andres Volkswagen | TX | 932 124.77 | 4/30/2014 | 00 | n/a | 34256 | | purchase | yes |
| | | | | | | | | | | | | | |
| sent packet  J emailed for form | | 2013 | Passat SE 2.0 TDI | ANCIRA VW | TX | 29 465 45 | 3/28/2013 | 11 802.13 | Surity Service Federal Credit Uni | 55 778 | | | yes |
| returned packet | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Phone disconnected  Jeanne emailed | | 2010 | Jetta TDI / TDI Cup Edition | Private Dealer | | 18,280.00 | yr 2011 | | | 102243 | | purchase | used |
| returned packet | | 2014 | Passat SE Sedan 4D | Onion Creek Volkswagen | TX | 831,498.32 | 8/26/2014 | 00 | VW Credit | 58 167 | | purchase | new |
| returned packet | CAMILLE DID OFFER | 2014 | Passat SE Sedan 4D | Volkswagen Belze (Boise) | ID | 927 994.00 | 3/15/2014 | 00 | n/a | 34,258 | | | yes |
| No vo | | 2009 | Jetta TDI Sedan 4D | Red Zest VW 1402 NL loop 410 SA TX | TX | 524,369 00 | 6/4/2009 | | Security Service Federal Credit Union | | | | yes |
| | | 2013 | Jetta Sportwagen 2.0 TDI 4D | Premium Volkswagen in Casper Wyoming | WY | 10 500 | 10/26/2012 | 00 | none | 56 334 | | purchase | new |
| sent packet  J emailed for form | CAMILLE DID OFFER | 2013 | Jetta Sportwagen S | VOLKSWAGEN BOISE (IDAHO) | ID | 28 995.00 | 12/29/2012 | 00 | n/a | 35 615 | | purchase | new |
| returned packet | | 2013 | Jetta TDI Sedan 4D | Andrea Volkswagen of Loredo | TX | 27,528.32 | 5/12/2014 | 00 | none | 38000 | | purchase | used |
| returned packet | | 2014 | Passat SE Sedan 4D | Southern Volkswagen Chesyoske Virginia | VA | 530,666.92 | 4/30/2014 | 20,829 41 | Volkswagen Credit | 54,126 | | purchase | new |
| | | | | | | | | | | | | | |
| returned packet  mailed to VW | | 2013 | Jetta TDI Sedan 4D | Heritage Imports Inc | MO | 526 245 00 | 11/12/2013 | 15684 | Bank of America | | | purchase | new |
| returned packet | CAMILLE DID OFFER | 2013 | Jetta TDI Sedan 4D | CON PAULOS | ID | 533 421.60 | 6/28/2013 | 14 245.29 | Capital Educators FCU | 54 180 | | | yes |
| | | | | | | | | | | | | | |
| returned packet  mailed to VW | | 2013 | Passat SE Sedan 4D | Volkswagen of Austin | TX | 528 955 | 3/1/2013 | 00 | n/a | 48,236 | | purchase | new |
| returned packet | | 2013 | Passat SEL Premium Sedan 4D | Ancira VW | TX | 534,604.30 | 5/7/2014 | 19623.5 | security service | 55,372 | | purchase | new |
| returned packet | | 2016 | Jetta TDI / TDI Cup Edition | Car Max TN | TN | | 9/3/2015 | 9853 | carmax | 99 742 | | purchase | new |
| | | | | | | | | | | | | | |
| Jeanne left voicemail twice  Jeanne em | | 2013 | Jetta TDI Sedan 4D | Dealership in Peameingson Michigan | MI | 525,000 | yr2011 | | | 55408 | | | |
| | | 2013 | Passat SE Sedan 4D | Ancira Volkswagen of Loredo | TX | 927,284.29 | 7/16/2013 | | bank of america | | | | |
| | | | | | | | | | | | | | |
| sent packet  J emailed for form | d her she box till 2018 to deci | 2014 | Jetta Sedan 4D TDI 4 | Volkswagen of Van Nuys | CA | 30736.44 | 8/24/2014 | 14,566.44 | VW Credit | 13658 | | purchase | new |
| sent packet  J emailed for form | m left voicemail  Jeanne em | 2013 | Passat Sedan 4D TDI | wappingers Volkswagen NY | NY | 30 000 | yr2012 | NO | NO | 72 932 | | purchase | YES | new |
| returned packet | | 2015 | Passat TDI SEL PREMIUM | Momentum Volkswagen | TX | 535 275.36 | 3/30/2015 | 19,95 (Master List 204 | vw credit | 207 (Master List 100 | | purchase | new |
| | | | | | | | | | | | | | |
| sent spanish packet | | 2013 | Passat SE Sedan 4D | Bert Ogden | TX | 521,000.00 | 5/8/2015 | 17 625 60 | ally | 50 000 | | purchase | yes |
| | | 2013 | Passat TDI | Payne Mission, Mission, TX | TX | 825 000 00 | 12/1/2013 | | vw credit | | | purchase | yes |
| | | 2015 | Jetta TDI | Payne Volkswagen Brownsville | TX | 526 468 | 1/1/2015 | | | | | | |
| | | | | | | | | | | | | | |
| sent packet  J emailed for form | | 2012 | Jetta TDI Sedan 4D | Ancira Volkswagen on Sanders Road | TX | 33 778.52 | 12/27/2013 | 00 | none | 60 488 | | purchase | new |
| sent packet  J emailed for form | CAMILLE DID OFFER | 2015 | Passat TDI SEL PREMIUM | VOLKSWAGEN BOISE I** | ID | 32,245.00 | 10/24/2014 | 6,276.61 | Idaho Central Credit Union | 29,300 | | | |

## VEHICLE INFORMATION SHEET - Master List

| COLOR | DOCKER | SPANISH ONLY? | CAMILLE PORTAL LOGIN | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | returned packet   mailed to VW | | 2014 | Jetta Sedan 4D TDI i4 | Dominion North Park | TX | $23,152.00 | 9/13/2014 | 15 482 78 | security service | 42,000 | | purchase | yes | new |
| | | | sent packet   2 emailed for form | s phone of getting paperwork | 2013 | Jetta SportWagen 4D | Andre Volkswagen | | 44 764.75 | 3/24/2015 | 35047.34 | Security Service FCU | 9 466 | | purchase | yes | |
| | | | sent packet   2 emailed for form | CAMILLE DID OFFER | 2012 | Passat SEL 2.0 TDI Sedan 4D | VOLKSWAGEN SOUTHTOWN (CT) | UT | 23 087 75 | 2/8/2012 | no | | 50 000 | | | | |
| | | | returned packet   mailed to VW | no one have made offer | 2013 | Passat SE Sedan 4D | HATCH TOYOTA IN SNOW LOW AZ | AZ | $23 187 97 | 5/19/2014 | | | | | | | |
| | | | returned packet | | 2013 | Passat SE Sedan 4D | Alamo Heights | TX | $21,000 | 4/15/2015 | 16 424.90 | curity service federal credit unio | 53020 | | purchased | yes | used |
| | | | returned packet | | 2012 | Passat TDI SEL PREMIUM | Pegue Volkswagen | TX | $22 956 | 5/2/2012 | 3000 | curity service federal credit unio | 55615 | | purchase | yes | |
| | | | sent offer | | 2010 | Jetta TDI / TDI Cup Edition | CORPUS CHRISTI | TX | $26 956.26 | 10/11/2010 | | | | | no sold 12/18/15 [Mtmer List (RM)] | | |
| | | | returned packet | CAMILLE DID OFFER | 2009 | Jetta Sedan TDI 4D | Lyle Pearson | ID | $27 115.19 | 7/11/2013 | NO | NA | 53020 | | purchased | yes | used |
| | | | returned packet | | 2013 | Jetta SportWagen 4D | VOLKSWAGEN BOISE (IDAHO) | ID | $20 800 64 | 3/27/2014 | no | na | 42929 | | | | |
| | | | does no want lawsuit | i get back to us in couple we | 2013 | Ancira VW San Antonio | TX | $26,357 99 | 8/4/2013 | $31,350.84 | Wells Fargo Dealer Services | 91,520 | | purchase | yes | New |
| | | | returned packet | CAMILLE DID OFFER | 2012 | Passat SE Sedan 4D | ROSEVILLE VOLKSWAGEN (CA) | CA | $23 911.43 | 12/23/2011 | no | no | 92 436 | | purchase | | |
| | | | left detailed vm 9/14 cf | C called 9/7 9/15 voicemail | 2015 | Passat SE Sedan 4D | VOLKSWAGEN BOISE (IDAHO) | ID | $29 672.46 | 5/4/2015 | NO | Idaho Central Credit Union | 12,700 | | | | |
| | | | Jenae emailed twice   left voicemai | | | Passat TDI | | | | | | | | | | | |
| | | | returned packet | | 2010 | Jetta TDI / TDI Cup Edition | Sutcliff Harrisburg PA | PA | $26,299 00 | 02/2011 | no | no | 143 676 | | purchase | | new |
| | | | Jenae emailed twice   voicemail not | | 2014 | Jetta Sedan 4D TDI i4 | Pegue Mission | TX | $32 947 04 | 5/13/2015 | | vw credit | | | | | |
| | | | returned packet | phon sending form tomorro | 2010 | Jetta SportWagen 4D | WENDLE MOTORS (WA) | WA | $31,447 71 | 3/27/2014 | $21,939 00 | Spokane Teachers Credit Union | 81,686 | | purchase | yes | |
| | | | returned packet | | 2014 | Jetta Sedan 4D TDI Value i4 Turbo | Chapman Auto Group in Scottsdale AZ | AZ | $24,228.93 | 7/30/2014 | $15 468.01 | navy federal credit union | 53000 | | purchase | yes | |
| | | | returned packet | CAMILLE DID OFFER | 2012 | Jetta TDI Sedan 4D | VOLKSWAGEN BOISE (IDAHO) | ID | $24,161.00 | 7/26/2012 | no | n/a | 63 000 | | | yes | |
| | | | returned packet | | 2009 | Jetta SportWagen 4D | Military Automotive (Ancira VW HA of SA TX) | TX | $26,920 06 | 1/23/2009 | no | n/a | 112 694 | | purchase | yes | new |
| | | | | | 2012 | Jetta TDI Sedan 4D | pegue masson 2003 E. Expwy  Mission, TX | TX | $28,197.84 | 7/31/2014 | | Fifth Third Bank | | | purchase | yes | |
| | | | returned packet | | 2014 | Jetta TDI Sedan 4D | UNIVERSITY VW (WA) | WA | $24,220.50 | 12/29/2008 | no | no | 32 969 | | | | |
| | | | sent packet   2 emailed for form | Jenae emailed | 2014 | GOLF TDI | Bel Air  MD | MD | $28 700.38 | 1/15/2014 | $30 013.31 | Freedom Credit Union | 26620 | | purchase | yes | |
| | | | returned packet | | 2013 | Jetta Sedan 4D TDI i4 | Volkswagen of Beaumont | TX | $26,595 00 | 6/18/2013 | $15 287 99 | Educators First Federal Credit | 120 000 | | purchase | yes | Vol |
| | | | returned packet | Jenae emailed | 2012 | Jetta TDI Sedan 4D | Charles Maund Imports in Austin | TX | $22,295 00 | 3/1/2012 | $0 | | 182,434 | | | | |
| | | | sent packet   2 emailed for form | Will decide later | 2013 | Audi A3 Premium Hatchback 4D | Covender Audi in San Antonio TX | TX | $33,243 00 | 10/16/2012 | 51388.13 | Navy Federal Credit Union | 84104 | | purchase | yes | |
| | | | Jenae emailed twice   phone # not in service; JS calle | 2014 | Golf TDI Hatchback 4D | North Park VW | TX | $28 684.00 | 4/21/2014 | | | | | | | |
| | | | sent packet   2 emailed for form | CAMILLE DID OFFER | 2014 | Jetta Sedan 4D TDI i4 | BRONCO MOTORS (ID) | ID | 23 192.33 | 5/19/2011 | 14,504.00 | Idaho Central Credit Union | 34 197 | | purchase | yes | used |
| | | | returned packet | CAMILLE DID OFFER | 2009 | Jetta TDI Sedan 4D | BERT SERVICE CENTER (AI) | AZ | 43,204.72 | 3/21/2009 | no | | 196 000 | | purchase | yes | new |
| | | | returned packet   mailed to VW | | 2009 | Jetta TDI Sedan 4D | Momentum vw jersey village | TX | 33,262.15 | 3/16/2011 | NO | N/A | 120 000 | | | | |
| | | | sent offer | | 2013 | Passat SEL 2.0 TDI | Alamo Heights | TX | | ENTS OF 345.66  16 | 7/29/2013 | | | | | no retail loan 1/6/15 | | |
| | | | | Not Eligible for Eligible Selle | 2013 | Jetta TDI Sedan 2.0 4D | Hewlett VW (Georgetown  tx) | TX | $23 556 00 | 10/29/2011 | 5 761.76 | Bank of America | 130 609 | | purchase | yes | new |
| | | | | | 2012 | Jetta | | | | | | | | | | | |
| | | | ccepting buyback, doesn t have computer so gove | EMAILED TO ASK | 2013 | Jetta TDI Sedan 4D | Bryan Imports | TX | $30,220.30 | 2/25/2014 | $9 849 00 | VW Credit | 49,725 | | Purchase | | New |
| | | | | S Spanish, C called 8/7 | 2012 | Jetta TDI Sedan 4D | pegue brownsville | TX | 30,500 | 8/21/2011 | | TD AutoFinance | | | | | |
| | | | sent packet   2 emailed for form | client 9/15  no lawsuit, will d | 2015 | Passat SEL 2.0 TDI | North Park Volkswagen  San Antonio | TX | 39 057.12 | 12/31/2014 | 38064.88 | vw credit | 37500 | | purchase | yes | new |
| | | | returned packet   mailed to VW | | 2013 | PASSAT | Fising VW | NV | | | | | | | | | |
| | | | returned packet | | 2013 | Jetta Sedan 4D | Charles Maund Volkswagen of Austin | TX | 13,366.55 | 7/16/2015 | 9 671.06 | Capital One Auto Finance | 121 826 | | purchase | yes | used |
| | | | returned packet | opt out deadline, not sure h | 2012 | Jetta TDI Sedan 4D | Cardenas Motors | TX | $27 732.96 | 8/5/2012 | 14 421.02 | State Farm | 87 492 | | purchase | yes | used |
| | | | Jenae emailed twice   voicemail full, JS calle | 2013 | Jetta TDI Sedan 4D | Cor Man San Antonio | TX | $27,359 96 | 5/19/2013 | | Carteua Business Service | | | purchase | yes | used |
| | | | returned packet   mailed to VW | | 2014 | Jetta Sedan 4D | ancira volkswagen dealer ep4375 | TX | 27 972 | 4/7/2014 | 23 461 | San Antonio Credit Union | 44 431 | | purchase | yes | new |
| | | | returned packet   mailed to VW | | 2013 | Passat SE Sedan 4D | Ancira VW | TX | $32 810 00 | 5/29/2012 | 9 937 | curity service federal credit unio | 96000 | | purchase | yes | new |
| | | | returned packet   mailed to VW | | 2014 | Jetta Sedan 4D TDI i4 | Ancira VW | TX | $27 459.73 | 5/18/2014 | $15 000 00 | SACU San Antonio | 42787 | | purchase | yes | new |

VEHICLE INFORMATION SHEET - Master List

| COLOR | DECODER | SPANISH ONLY | | CAMILLE PORTAL LOGIN | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | returned packet | | 2012 | Jetta TDI Sedan 4D | Moffit Bossier in Louisiana | LA | $91,556.86 | 9/1/2013 | $16,563.47 | vw credit | 41,943 | | purchase | yes | new |
| | | | | | NEED TO MAIL, spanish | | | | | | | | | | |
| | | | | | NEED TO MAIL, spanish | | | | | | | | | | |
| | | | | NO PHONE NUMBER-CF | no emailed twice  C emailed | 2012 | Golf TDI  Hatchback 2D | | | | | | | | |
| | | | | Jenna emailed twice  phone # not in | | 2012 | Jetta TDI | bert Ogden edinburg tx | TX | $18 796.70 | 4/20/2015 | | | | |
| | | | | returned packet | | 2013 | Beetle TDI Coupe 2D | Northpark Volkswagen | | $92,556.16 | 4/18/2013 | 29 193 01 | uring Service Federal Credit Uni | 43,560 | | Purchase | yes | used |
| | | | | returned packet  mailed to VW | | 2012 | Jetta TDI Sedan 4D | Andru Sanders Rd | TX | $28 076 40 | 4/29/2012 | 2,263 96 | vw credit | 24,317 | | purchase | yes | new |
| | | | | returned packet | | 2012 | A3 Hatchback 4D TDI Premium Plus | A3 of Arlington (formerly Audi of Alexandria) | VI | 46,050.39 | 11/18/2011 | no | n/a | 47 055 | | purchase | yes | new |
| | | | | JENNY DID OFFER & MAILED | | | | | | | | | | | |
| | | | | returned packet | CAMILLE DID OFFER | 2014 | | TETON VOLKSWAGEN (ID) | ID | 21,975.00 | 3/7/2014 | 18884.21 | beehive federal credit union | 83516 | | purchase | yes |
| | | | | Attorney emailed | see note [Master List 97168] | | | | | | | | | | |
| | | | | returned packet  mailed to VW | | 2014 | Jetta Sedan 4D TDI 2x | Debenstreet in Houston, TX | TX | 36,006.32 | 7/25/2016 | 31 940 83 | VW Credit | 34085 | | purchase | yes | new |
| | | | | returned packet  self registered sent letter/opt | | 2013 | Passat SE Sedan 4D | LA-INSURANCE AUTO AUCTION NASHVILLE TN | TN | $9 326.00 | 5/26/2015 | no | n/a | 43 000 | | purchase | yes | used |
| | | | | returned packet | | 2013 | Jetta TDI Sedan 4D | Hewlett Volkswagen of Round Rock | TX | | 7/5/1995 | 12512.67 | bank of america | 60000 | | | |
| | | | | left detailed vm 9/15 cf-lease then purchase | orrect Email on file C-called | 2012 | Jetta TDI Sedan 4D | HERZOG MEIER AUTO CENTER (OR) | OR | $32 449.94 | 11/27/2013 | | | | |
| | | | | returned packet | | 2012 | Jetta SportWagen 4D | Roseville Volkswagen (CA) | CA | $33,527.26 | 2/3/2012 | no | no | 69 000 | | purchase | | new |
| | | | | returned packet to VW | | 2009 | Jetta Wagon 4D TDI | | | $34,581.02 | 07/2009 | no | no | 130054 | | purchase | yes | new |
| | | | | C-covered packet | | | | | | | | | | | |
| | | | | | wants buyback offer | | | | | | | | | | |
| | | | | Jenna emailed twice  spoke on phone 9/9-cf | | 2012 | Passat TDI | Houston | TX | $33,530 00 | 04/2012 | | | | |
| | | | | C-called 9/7-cf left VM spoke on phone 9/8-cf | EED TO MAIL, Jenna did offe | 2012 | Passat SEL TDI 4D | Fugua Auto | TX | $24,199.15 | 4/5/2012 | | | | |
| | | | | Jenna emailed twice  spoke on phone 9/9-C left de | | 2012 | Jetta TDI Sedan 4D | Dream Cars Austin | TX | $19 472.38 | 6/5/2016 | | | | |
| | | | | Jenna emailed twice  left voicemail 9/9-JS left VM w opt out | | 2014 | Passat SEL Premium | Mark Chevy 725 S. interstate 35 New Braunfels | TX | $28,774.66 | 7/3/2012 | | | | |
| | | | | sent offer | | 2015 | Passat SE 2.0 TDI 4D | Hewlett VW (TX) | TX | $38,709 99 | 8/23/2012 | 51 960 86 | USAA | | | | no emailed |
| | | | | | | 2012 | Jetta Sedan 4D SE TDI J6 | Alamo Heights VW | TX | 285 Dar 4g71 13 680 | 6/30/2015 | | | | | |
| | | | | C-called 9/7-JS left VM w opt out/purchase & le | | 2012 | Passat SEL 2.0 TDI | Burns Motors in McAllen TX | TX | $22,186.74 | 4/27/2015 | | TD Auto Finance LLC | | | purchase | yes |

## VEHICLE INFORMATION SHEET - Master List

| COLOR | DECODER | SPANISH ONLY | CAMILLE PORTAL LOGIN | | | | | Function Time | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| sent pocket  J emailed for form | | | 2013 | Passat SEL 3.0 TDI | Ancira VW | TX | $36 436 | 8/30/2013 | $12,304.48 | VW Credit | 74382 | | purchase | yes | new |
| returned pocket  mailing us forms | | | 2010 | Jetta TDI Cup Edition 2.0 4D | Park Cities VW in Dallas TX | TX | $30 000 | June 2010 | no | n/a | 190 000 | | purchase | yes | new |
| sent pocket  J emailed for form | | | 2011 | Golf Hatchback 4D TDI | Dean Mccrary Imports | AL | 29 089 | 07/09/2011 | | | 51,800 | | purchase | Traded 6/25/1 | new |
| sent pocket  J emailed for form | | | 2013 | Passat Sedan 4D SE TDI 14 | VW of Corpus Christi | TX | $29,200 00 | 2012 | $4,784.85 | vw credit | 52,319 | | purchase | yes | new |
| | | | | | | | | | | | | | | |
| returned pocket | | | 2013 | Passat SE TDI 2.0 4D | VW Alamo Heights | TX | $25,523 44 | 6/24/2013 | 12825 | Chase Auto | 5454$ | | purchase | yes | used |
| returned pocket | | | 2011 | Jetta TDI 2.0 4D | Individual Purchase | TX | $18 270 | 6/1/2014 | | USAA | | | purchase | yes | used |
| sent pocket  J emailed for form | | | 2012 | Jetta TDI 2.0 4D | Hewlett Volkswagen in Georgetown, TX | TX | | | 11,973 | UFCU | 121,000 | | Purchase | yes | new |
| returned pocket | milling Jenna updated below | | 2014 | Passat SEL Premium TDI 2.0 4D | Ancira VW | TX | $35,165.00 | 4/1/2014 | $12,701.80 | Security Service FCU | 25,545 | | | | |
| Jenna emailed twice  voicemail | | | 2011 | Jetta Sedan 4D TDI | Celonn, IA | IA | $12,990 00 | 07/2015 | | Security Service FCU | | | purchase | | used |
| | | | | | | | | | | | | | | |
| | | | 2009 | Jetta TDI 2.0 4D | Nissan Infinity in San Francisco CA | CA | $17 898.00 | 8/1/2012 | 4 480 | wells fargo | 196,423 | | purchase | | used |
| sent pocket  J emailed for form | CAMILLE DID OFFER | | 2012 | JETTA TDI 2.0 4D | VOLKSWAGEN BOISE (IDAHO) | ID (AUT) | $25,136 00 | 10/26/2011 | no | no | 110 000 | | purchase | | |
| returned pocket | | | 2012 | Jetta TDI 2.0 4D | Bryan Imports | TX | $24,534.35 | 8/13/2012 | no | | 140 482 | | new | | |
| | | | 2014 | Jetta Sedan 4D TDI I4 | Bryan Imports | TX | $26 407 94 | 2/20/2014 | no | n/a | 100 000 | | | | |
| left detailed vm 9/15 of | J Jenna emailed  C emailed | | | PASSAT SE TDI 2.0 4D | AUTO NATION VW (WA) | WA | $39 638 69 | | | Volkswagen Financing | | | Purchase | Yes | new |
| | | | | | | | | | | | | | | |
| returned pocket | | | 2015 | PASSAT SE TDI 2.0 4D | ire Vw 6135 Bandera Rd, San Antonio TX 782 | TX | $28 156 00 | 5/22/2015 | $21,156.00 | vw credit | 81 (Master List 105 | | purchase | yes | new |
| returned pocket | | | 2012 | PASSAT SEL TDI 2.0 4D | covender chevrolet in boerne | TX | $24 811.20 | 7/17/2015 | $12 256.37 | GM Financial ACT# 42556936 | 100 600 | | purchase | yes | used |
| | | | 2014 | Jenn Sedan 4D TDI I4 | Ancira VW of Laredo | TX | $23 639.16 | 1/20/2014 | | Security Service FCU | | | purchase | yes | new |
| | spanish  Frances called 9/7 | | 2013 | Jetta TDI 2.0 4D | Pegno Mission | TX | $26,394.00 | 8/21/2013 | | Security Service FCU | | | | | |
| | camille spoke to client. | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| returned pocket | | | | | | | | | | | | | | | |
| returned pocket | | | 2011 | Jetta TDI 2.0 4D | Pegno Mission, TX | TX | $27 962.75 | 5/1/2011 | $10 018.56 | Security First Credit Union | 71,467 | | purchase | | nes |
| loaned vehicle | spanish  Frances called 9/7 | | 2016 | Passat SEL Premium TDI 2.0 4D | Ancira Volkswagen of Laredo | | passenm of $59 97 27,2 | 6/26/2015 | | | | | | | |
| sent pocket  J emailed for form | CAMILLE DID OFFER | | 2015 | Jetta TDI 2.0 4D | | | | | $22.00 | | 42530 | | lease – purchased | | |
| | w & wife 9/15  gave buyback | | | | | | | | | | | | | | |
| returned pocket | | | 2011 | A3 Premium Plus TDI 2.0 4D Hatchb | San Juan   1001 S. Expressway 83 San Juan | TX | 28 756 | 5/23/2014 | 17,272 | Navy Army | 68 495 | | purchase | yes | yes |
| returned pocket | CAMILLE DID OFFER | | 2014 | Jenn Sedan 4D TDI I4 | VW SOUTHTOWN (UT) | UT | $25 213.20 | 10/12/2013 | 59 087 00 | VW CREDIT | 68,837 | | PURCHASE | YES | |
| | | | | | | | | | | | | | | |
| left detailed vm 9/15 of | no emailed twice  C emailed | | 2014 | Jetta 2.0 TDI | Peoria Volkswagen | | $27 633 00 | 12/26/2013 | | VW Credit | | | purchase | yes | new |

VEHICLE INFORMATION SHEET - Master List

CLIENT COMMUNICATION: - Contact By Email - English

| REFERRED BY: | LAST NAME | FIRST NAME | EMAIL | PHONE # |
|---|---|---|---|---|
| XXXXXXXXXXXXXXX | XXXXXXXXXXXXXX | XXXXXXXXXXXXXX | XXXXXXXXX@XXXXXXXXXXX | XXX-XXX-XXXX |

EXHIBIT

7

CLIENT COMMUNICATION: - Contact By Email - Spanish

| REFERRED BY: | LAST NAME | FIRST NAME | EMAIL | PHONE # |
|---|---|---|---|---|
| XXXXXXXXXXXXXXX | XXXXXXXXXXXXXX | XXXXXXXXXXXXXX | XXXXXXXXXX@XXXXXXXXXXX | XXX-XXX-XXXX |

CLIENT COMMUNICATION: - Contact By Mail: English

| REFERRED BY: | LAST NAME: | FIRST NAME: | ADDRESS: | PHONE # |
|---|---|---|---|---|
| XXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXX-XXX-XXXX |

CLIENT COMMUNICATION: - Contact By Mail - Spanish

| REFERRED BY: | LAST NAME: | FIRST NAME: | ADDRESS: | PHONE # |
|---|---|---|---|---|
| XXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXX-XXX-XXXX |



# LAW OFFICES
## OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO•
pcampolo@maloneyandcampolo.com

*DATE:*

CM/RRR:

Volkswagen Group of America Inc.
Corporation Service Company, DBA
CSG-Lawyers Inc., Services Corporation Registered Agent
211 East 7th Street Ste., 620
Austin, Texas 78701-3210

**RE:**     NAME; VEHICLE Purchased on DATE;
            **Notice of Claims; Violations of Deceptive Trade Practices-Consumer Protection Act**

To whom it may concern:

I represent client NAME, who has retained me to assert a claim against you for violations of the Texas Deceptive Trade Practices Act, ("DTPA"), Texas Business & Commerce Code section 17.41 et seq. This letter is notice of my client's claim and attempt to resolve the matter without litigation. If this claim is covered by an insurance policy, please forward this letter to your insurance carrier to ensure that the carrier receives timely notice of the claim and will provide you with representation and coverage.

## FACTUAL HISTORY

This claim arose from your engagement in false, misleading, and deceptive acts or practices that my client relied on to HIS/HER detriment; your breach of both express and implied warranties; and your unconscionable action or course of action that took advantage of my client's lack of understanding, knowledge, ability, experience, or capacity to a grossly unfair degree.

On DATE, our client NAME purchased a VEHICLE from PURCHASE PLACE for the price of $PRICE.

VIN #



## BASIS FOR RECOVERY

Based upon public information, your representatives knowingly and intentionally installed defeat devices in order to market and sell automobiles as having greater fuel efficiency and performance than actuality. Moreover, you sold the vehicle to my client knowing that the vehicle did not comply with EPA emissions regulations. Furthermore, if the vehicles were designed and manufactured to comply with such emissions regulations, they would not have the fuel efficiency and performance characteristics that you marketed and represented them to have.

Specifically, you and/or your representatives committed a number of false, misleading and deceptive acts and practices, in violation of TEXAS BUSINESS & COMMERCE CODE §17.46. These "laundry list" violations include, but are not limited to, the following acts or practices:

1. Causing confusion or misunderstanding as to the source, sponsorship, approval, or certification of goods and services, in violation of TEXAS BUSINESS & COMMERCE CODE §17.46(b)(2);
2. Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or qualities which they do not have, in violation of TEXAS BUSINESS & COMMERCE CODE §17.46(b)(5);
3. Representing that goods or services are of a particular standard, quality, or grade if they are of another, in violation of TEXAS BUSINESS & COMMERCE CODE §17.46(b)(7);
4. Advertising goods or services with the intent not to sell them as advertised, in violation of TEXAS BUSINESS & COMMERCE CODE §17.46(b)(9);
5. Representing that an agreement confers or involves rights, remedies, or obligations which it does not have or involve, or which are prohibited by law, in violation of TEXAS BUSINESS & COMMERCE CODE §17.46(b)(12);
6. Representing that a guarantee or warranty confers or involves rights or remedies which it does not have or involve, in violation of TEXAS BUSINESS & COMMERCE CODE §17.46(b)(20); and
7. Failing to disclose information concerning goods or services which was known at the time of the transaction and such failure to disclose such information was intended to induce the consumer into a transaction to which the consumer would not have entered had the information been disclosed, in violation of TEXAS BUSINESS & COMMERCE CODE §17.46(b)(24).

The representations, acts, and omissions made by you in your dealings with my client constituted an "unconscionable action or course of action" as such term is defined by Section 17.45(5), TEXAS BUSINESS & COMMERCE CODE.

In addition to the forgoing laundry list violations, you also breached express and implied warranties, in violation of TEXAS BUSINESS & COMMERCE CODE §17.50(a)(2). Specifically, you breached the New Vehicle Limited Warranty, Federal Emissions Control System Defect Warranty, and Federal Emissions Performance Warranty. You also breached the implied warranty of merchantability.

Despite the existence of these warranties, you failed to inform my client that my client's vehicle had been intentionally and knowingly designed and manufactured to be out of compliance with all applicable federal and state clean air standards and by failing to fix the defective emissions components free of charge.

## RELIEF REQUESTED

Because of your violations of the DTPA, my client has incurred economic damages of $PRICE. These damages represent the diminution in value as a result of the misrepresentations, omissions, and defects described above. In the event of litigation, these amounts will be adjusted upward to reflect any additional damages.

In the event of litigation, my client will also seek recovery of mental-anguish damages in the amount of $PRICE X3 and trebled economic damages on the grounds that your conduct was committed knowingly.

In addition, because your conduct was intentional, my client will seek recovery of trebled mental-anguish damages.

At this time, my client has incurred attorney fees in the amount of $5,000 and other related expenses in the amount of $1,000. In the event of litigation, these amounts will be adjusted upward to reflect any additional damages.

My client wishes to resolve this matter without filing suit. Therefore, we request that you remit payment in the amount of $TOTAL. This sum includes my client's economic damages, mental anguish damages, attorney fees, and expenses. If this sum is not paid within 60 days of receipt of this notice, suit will be filed against you.

I look forward to hearing from you soon.

Sincerely,

Tim Maloney



# LAW OFFICES
## OF
## MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com
PAUL E. CAMPOLO•
pcampolo@maloneyandcampolo.com

*FECHA:*

CM/RRR:

Volkswagen Group of America Inc.
Empresa servicio de Corporación, DBA
CSC abogados Inc., Corporación de servicios de agente registrado
211 East 7th Street ste, 620
Austin, Texas 78701-3210

**RE:** <u>Nombre; VEHÍCULO comprado en fecha de;</u>
**<u>Notificación de reclamaciones; Violaciones de la ley de protección de consumidor de prácticas engañosas de comercio</u>**

A quien pueda interesar:

Represento a cliente nombre, que ha conservado para afirmar una reclamación contra usted por violaciones a la ley de prácticas comerciales engañosas Texas, ("DTPA"), Texas negocios & comercio código sección 17.41 et seq. Esta carta es un aviso de reclamo de mi cliente y tratar de resolver el asunto sin litigio. Si este reclamo está cubierto por una póliza de seguro, por favor envíe esta carta a su aseguradora para asegurar que el portador reciba aviso oportuno de la demanda y le proporcionará cobertura y representación.

## HISTORIA FÁCTICA

Esta afirmación surge de su participación en la falsa, engañosa y actos engañosos o prácticas que mi cliente se basó en su perjuicio; el incumplimiento de las garantías expresas e implícitas; y su desmesurada acción o curso de acción que se aprovecharon de la falta de mi cliente de comprensión, conocimiento, habilidad, experiencia o capacidad en un grado extremadamente injusto.

En la fecha, nuestros clientes Nombre adquirió un vehículo del lugar de compra por el precio de $PRICE.

VIN #

## BASE PARA LA RECUPERACIÓN

Basado en información pública, sus representantes a sabiendas e intencionalmente instalan dispositivos de derrota con el fin de comercializar y vender automóviles por tener una mayor eficiencia de combustible y el rendimiento de la actualidad. Por otra parte, usted vende el vehículo a mi cliente sabiendo que el vehículo no cumplía con las normas de emisiones de EPA. Además, si los vehículos fueron diseñados y fabricados para cumplir con tales regulaciones de emisiones, no tendría las características de rendimiento y eficiencia de combustible que se comercializa y el que tengan.

Específicamente, usted o sus representantes cometieron una serie de falsa, engañosa y engañosa actos y prácticas en violación de CÓDIGO DE COMERCIO Y NEGOCIOS DE TEXAS § 17.46. estas violaciones de la "lista de lavandería" incluyen, pero no se limitan a, los siguientes actos o prácticas:

1. Que causan confusión o malentendido en cuanto a la fuente, patrocinio, aprobación o certificación de bienes y servicios, en violación de la TEXAS BUSINESS & CÓDIGO DE COMERCIO §17.46(b)(2);

2. Que representa que productos o servicios tienen patrocinio, aprobación, características, ingredientes, usos, beneficios, o cualidades que no tienen, en violación de la TEXAS BUSINESS & CÓDIGO DE COMERCIO §17.46(b)(5);

3. Que representa que productos o servicios son de un estándar particular, calidad o grado si son de otro, en violación de la TEXAS BUSINESS & CÓDIGO DE COMERCIO §17.46(b)(7);

4. Publicidad bienes o servicios con la intención de no venderlos como se anuncia, en violación de la TEXAS BUSINESS & CÓDIGO DE COMERCIO §17.46(b)(9);

5. Que representa que un acuerdo confiere o implica derechos, remedios u obligaciones que no tienen ni implican, o que están prohibidos por la ley, en violación de la TEXAS BUSINESS & CÓDIGO DE COMERCIO §17.46(b)(12);

6. Que representa que una garantía o garantía confiere o implica derechos o remedios que no tienen ni implican, en violación de la TEXAS BUSINESS & CÓDIGO DE COMERCIO §17.46(b)(20); y

7. Su defecto a revelar información relativa a productos o servicios que era conocido en el momento de la transacción y tal falta de divulgar tal información fue pensada para inducir al consumidor en una transacción a la que el consumidor no habría entrado tenía la información divulgada, en violación de la TEXAS BUSINESS & CÓDIGO DE COMERCIO §17.46(b)(24).

Las representaciones, actos y omisiones hechas por usted en el trato con mi cliente constituyó una "acción intolerable o curso de acción" como dicho término se define por la sección 17.45(5),CÓDIGO DE COMERCIO Y NEGOCIOS DE TEXAS.

Además de las violaciones de esta lista, usted también había violado garantías expresas e implícitas, en violación de la TEXAS BUSINESS & CÓDIGO DE COMERCIO §17.50(a)(2). Específicamente, se infringió la garantía limitada para vehículos nuevos, garantía de defecto de sistema de Control de emisiones federales y Federal garantía de rendimiento de las emisiones. También se infringió la garantía implícita de comerciabilidad.

A pesar de la existencia de estas garantías, usted no pudo informar a mi cliente que vehículo de mi cliente había sido intencionalmente y conscientemente diseñado y fabricado para estar fuera de cumplimiento con

todos los estándares de aire limpio federal y estatal aplicable y al no fijar los componentes de emisiones defectuoso gratuitamente.

## AYUDA SOLICITADA

Debido a sus violaciones de la DTPA, mi cliente ha incurrido en daños económicos de $PRICE. Estos daños representan la disminución en el valor como resultado de los defectos descritos anteriormente, tergiversaciones y omisiones. En caso de litigio, estas cantidades se ajustará hacia arriba para reflejar cualquier daño adicional.

En caso de litigio, mi cliente también buscará recuperación de daños de angustia mental por la cantidad de $PRICE X3 y triplicados daños económicos debido a que su conducta se cometió a sabiendas.

Además, debido a que su conducta fue intencional, mi cliente buscan recuperación de daños triplicados de angustia mental.

En este momento, mi cliente ha incurrido en honorarios por un monto de $5.000 y otros gastos por un monto de $1.000. En caso de litigio, estas cantidades se ajustará hacia arriba para reflejar cualquier daño adicional.

Mi cliente quiere resolver este asunto sin presentar la demanda. Por lo tanto, solicitamos que usted remite el pago por la cantidad de $TOTAL. Esta suma incluye daños económicos, daños de angustia mental, honorarios y gastos de mi cliente. Si esta suma no se paga dentro de 60 días de la recepción de esta notificación, demanda será presentada contra usted.

Espero oír de usted pronto.

Atentamente,

Tim Maloney

USPS TRACKING #

9590 9402 1358 5285 1773 54

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

● Sender: Please print your name, address, and ZIP+4® in this box●

JAN 05 2016

REC

MALCH



LAW OFFICES
4OF
MALONEY & CAMPOLO
926 S. Alamo
San Antonio, Texas  78205

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Volkswagen Group of America Inc.
Corporation Service Company, DBA
CSC-Lawyers Inc , Services Corporation Registered
Agent
211 East 7th Street Ste , 620
Austin, Texas 78701-3210

9590 9402 1358 5285 1773 54

2. Article Number (Transfer from service label)

7015 1730 0000 0968 6627

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below.   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery ($ )
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

Volkswagen Demand/DTPA Letters - Status

# Volkswagen DTPA Letters

| Name | Batch | Notify by | Sent Copy | Date Sent | Volkswagen Response Letter |
|---|---|---|---|---|---|
| | 1 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 1 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 1 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 1 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 1 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 1 | email | YES | 12/28/2015 | Not received yet |
| | 1 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 1 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 1 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 1 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 2 | email | YES | 12/28/2015 | yes-sent copy&letter |
| | 2 | email | YES | 12/28/2015 | yes-sent copy&letter |
| | 2 | email | YES | 1/8/2016 | yes-sent copy&letter |
| | 2 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 2 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 2 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 2 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 2 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 3 | mail | yes | 12/29/2015 | yes-sent copy&letter |
| | 3 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 3 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 3 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 3 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 3 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 3 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 3 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 3 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 3 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 4 | mail | yes | 12/29/2015 | yes-sent copy&letter |
| | 4 | mail | yes | 12/29/2015 | yes-sent copy&letter |
| | 4 | email | YES | 12/29/2015 | yes-sent c |
| | 4 | email | YES | 12/29/2015 | yes-sent c |

EXHIBIT

9

Volkswagen Demand/DTPA Letters - Status

| | 4 | email | YES | 12/29/2015 | yes-sent copy&letter |
|---|---|---|---|---|---|
| | 4 | mail | yes | 12/29/2015 | yes-sent copy&letter |
| | 4 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 5 | mail | yes | 12/29/2015 | yes-sent copy&letter |
| | 5 | email | YES | 12/28/2015 | yes-sent copy&letter |
| | 5 | mail | yes | 12/29/2015 | yes-sent copy&letter |
| | 5 | mail | yes | 12/28/2015 | yes-sent copy&letter |
| | 5 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 5 | mail | yes | 12/29/2015 | yes-sent copy&letter |
| | 5 | mail | yes | 12/29/2015 | yes-sent copy&letter |
| | 5 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 5 | mail | yes | 12/29/2015 | yes-sent copy&letter |
| | 5 | mail | yes | 12/29/2015 | yes-sent copy&letter |
| | 5 | mail | yes | 12/29/2015 | yes-sent copy&letter |
| | 5 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 5 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 5 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 5 | mail | yes | 12/29/2015 | yes-sent copy&letter |
| | 6 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 6 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 6 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 6 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 6 | mail | yes | 12/29/2015 | yes-sent copy&letter |
| | 6 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 7 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 7 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 7 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 7 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 7 | mail | YES | 12/29/2015 | yes-INCORRECT ADDRESS |
| | 7 | email | YES | 12/28/2015 | yes-sent copy&letter |
| | 7 | email | YES | 12/29/2015 | yes-sent copy&letter |
| | 8 | mail | YES | 12/31/2015 | yes-INCORRECT ADDRESS |
| | 8 | mail | yes 01/14/2016 | 12/31/2015 | yes-sent copy&letter |
| | 8 | email | YES | 12/31/2015 | yes-sent copy&letter |
| | 8 | mail | yes 01/14/2016 | 12/31/2015 | yes-sent copy&letter |
| | 8 | email | YES | 1/8/2016 | yes-sent copy&letter |

Volkswagen Demand/DTPA Letters - Status

| | | | | |
|---|---|---|---|---|
| 9 | | re-scan docum | 1/6/2016 | yes-sent copy& letter |
| 9 | mail | yes 01/14/2016 | 1/7/2016 | yes-sent copy& letter |
| 9 | email | yes | 1/7/2016 | yes-sent copy& letter |
| 9 | email | yes | 1/7/2016 | yes-sent copy& letter |
| 9 | email | yes | 1/7/2016 | yes-sent copy& letter |
| 9 | email | yes | 1/7/2016 | yes-sent copy& letter |
| 9 | email | yes | 1/7/2016 | yes-sent copy& letter |
| 9 | email | yes | 1/6/2016 | yes-sent copy& letter |
| 9 | mail | YES | 1/6/2016 | yes-sent copy& letter |
| 9 | email | yes | 1/7/2016 | not received yet |
| 9 | email | yes | 1/7/2016 | yes-sent copy& letter |
| 10 | email | yes | 1/8/2016 | yes-sent copy& letter |
| 10 | email | yes | 1/8/2016 | yes-sent copy& letter |
| 10 | email | yes | 1/8/2016 | yes-sent copy& letter |
| 10 | email | yes | 1/8/2016 | yes-sent copy& letter |
| 11 | email | yes | 1/15/2016 | yes-sent copy& letter |
| 11 | email | yes | 1/15/2016 | yes-sent copy& letter |
| 11 | email | | 1/15/2016 | yes-sent copy& letter |
| 11 | email | yes | 1/15/2016 | yes-sent copy& letter |
| 11 | email | yes | 1/15/2016 | yes-sent copy& letter |
| 11 | mail | yes | 1/15/2016 | yes-sent copy& letter |
| 11 | email | yes | 1/15/2016 | yes-sent copy& letter |
| 11 | email | yes | 1/15/2016 | yes-sent copy& letter |
| 11 | mail | yes | 1/15/2016 | yes-sent copy& letter |
| 11 | email | yes | 1/15/2016 | yes-sent copy& letter |
| 11 | email | yes | 1/15/2016 | yes-sent copy& letter |
| 12 | email | yes | 1/21/2016 | yes-sent copy & letter |
| 12 | email | yes | 1/21/2016 | yes-sent copy & letter |
| 12 | email | yes | 1/21/2016 | yes-sent copy & letter |
| 12 | mail | yes | 1/21/2016 | yes-sent copy & letter |
| 12 | email | yes | 1/21/2016 | yes-sent copy & letter |
| 12 | email | yes | 1/21/2016 | yes-sent copy & letter |
| 12 | email | yes | 1/21/2016 | yes-sent copy & letter |
| 12 | email | yes | 1/21/2016 | yes-sent copy & letter |
| 12 | email | yes | 1/21/2016 | yes-sent copy & letter |
| 13 | email | yes | 1/23/2016 | yes-sent copy & letter |

Volkswagen Demand/DTPA Letters - Status

| 13 | email | yes | 1/23/2016 | yes-sent copy & letter |
|---|---|---|---|---|
| 13 | email | yes | 1/23/2016 | yes-sent copy & letter |
| 13 | email | yes | 1/23/2016 | yes-sent copy & letter |
| 13 | email | yes | 1/23/2016 | yes-sent copy & letter |
| 13 | email | yes | 1/23/2016 | yes-sent copy & letter |
| 13 | email | yes | 1/23/2016 | not received yet |
| 13 | email | yes | 1/23/2016 | yes-sent copy & letter |
| 14 | email | yes | 1/29/2016 | yes-sent copy & letter |
| 14 | email | yes | 1/29/2016 | yes-sent copy & letter |
| 14 | email | yes | 1/29/2016 | yes-sent copy & letter |
| 14 | email | yes | 1/29/2016 | not received yet |
| 14 | email | yes | 1/29/2016 | yes-sent copy & letter |
| 14 | email | yes | 1/29/2016 | yes-sent copy & letter |
| 14 | email | yes | 1/29/2016 | yes-sent copy & letter |
| 15 | email | yes | 2/4/2016 | YES-sent copy & letter |
| 15 | email | yes | 2/6/2016 | YES-sent copy & letter |
| 15 | email | yes | 2/4/2016 | YES-sent copy & letter |
| 15 | mail |  | 2/4/2016 | YES |
| 15 | email | yes | 2/4/2016 | YES-sent copy & letter |
| 15 | email | yes | 2/6/2016 | not received yet |
| 15 | email | yes | 2/4/2016 | YES-sent copy & letter |
| 15 | email | yes | 2/4/2016 | YES-sent copy & letter |
| 16 | email | yes | 2/10/2016 | YES-sent copy & letter |
| 16 | email | yes | 2/12/2016 | not received yet |
| 16 | email | yes | 2/10/2016 | YES-sent copy & letter |
| 16 | email | yes | 2/10/2016 | YES-sent copy & letter |
| 16 | email | yes | 2/10/2016 | YES-sent copy & letter |
| 16 | email | yes | 2/10/2016 | YES-sent copy & letter |
| 16 | email | yes | 2/10/2016 | not received yet |
| 17 | email | yes | IN TRANSIT | yes |
| 17 | mail | yes | 2/18/2016 |  |
| 17 | email | yes | 2/18/2016 |  |
| 17 | email | yes | 2/18/2016 |  |
| 17 | email | yes | 2/23/2016 | yes |
| 18 |  | yes | 2/24/2016 | YES-sent copy & letter |
| 18 |  | yes | 2/24/2016 | YES-sent copy & letter |

Volkswagen Demand/DTPA Letters - Status

| | | | | |
|---|---|---|---|---|
| 18 | mail | | 2/24/2016 | |
| 19 | email | yes | 3/10/2016 | |
| 19 | mail | yes | 3/10/2016 | |
| 19 | email | yes | 3/10/2016 | |
| 19 | email | yes | 3/10/2016 | |
| 19 | mail | yes | 3/10/2016 | |
| 19 | email | yes | 3/10/2016 | |
| 19 | email | yes | 3/10/2016 | |
| 20 | email | yes | 3/30/2016 | |
| 20 | email | yes | 3/30/2016 | |
| 20 | email | yes | 3/30/2016 | |
| 20 | email | yes | 3/30/2016 | |
| 20 | email | yes | 3/30/2016 | |
| 20 | email | yes | 3/30/2016 | |
| 22 | email | | | |
| 22 | email | | 5/4/2016 | |
| 22 | email | yes | 5/4/2016 | |
| 22 | mail | | | |
| 22 | email | yes | 5/4/2016 | |
| 22 | email | yes | 5/4/2016 | |
| 22 | email | yes | 5/4/2016 | |
| 22 | email | yes | 5/4/2016 | |
| 22 | email | yes | | |
| 23 | | | 5/26/2016 | |
| 23 | | | 5/31/2016 | |
| 23 | | | 6/3/2016 | |
| 23 | email | | 6/8/2016 | |
| 23 | email | | 6/13/2016 | |
| 23 | | | 6/15/2016 | |
| 23 | mail | | 6/15/2016 | |
| 23 | email | | 6/17/2016 | |
| 23 | email | | 6/22/2016 | |



# LAW OFFICES
# OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO*
pcampolo@maloneyandcampolo.com

The first step in filing your lawsuit is preparing a DTPA (Deceptive Trade Practices Act) demand letter. This letter is a written notice to Volkswagen which allows them the opportunity to make you an offer on your vehicle to avoid our firm filing a lawsuit against them  The deadline for response is 60 days  Thus far, Volkswagen has not made any offers to any clients  This is understandable due to the high volume of cases being filed against them

Recently, Volkswagen has sent us response letters to the demands  I will send you a copy of yours when I receive it  In the meantime, here is a copy of your demand letter  We will plan on going forward with the lawsuit unless Volkswagen decides to make you an offer – at that point is will be up to you if you would like to accept it

On 4-21-2016, the Federal Court in the Northern District of California, held a hearing regarding settling the Volkswagen claims  Though progress has been made, there are many important details that are still being worked out  Regardless of what you may have heard in the media, there has been NO firm agreement

The next hearing date is June 21, 2016  At that time the parties are supposed to present details about the settlement  We are in constant contact with all attorneys involved in these discussions and we will know for certain what VW is offering and we will of course notify immediately

Again, Volkswagen has agreed to settle  However, what they are ultimately offered, may, or may not, be acceptable  We are closely monitoring all developments  Please do not rely upon media reports and assume these studies are accurate  Confidential negotiations are ongoing  We will keep you informed



EXHIBIT
10

926 S. Alamo, San Antonio, Texas 78205
Telephone (210)922-2200 • Toll Free (888)513-6198 • Facsimile (210)923-1313
www.maloneyandcampolo.com
*Licensed in Illinois



# LAW OFFICES
# OF
# MALONEY & CAMPOLO, L.L.P.

**TIM MALONEY***
tmaloney@maloneyandcampolo.com

**PAUL E. CAMPOLO***
pcampolo@maloneyandcampolo.com

DATE

NAME

The first step in filing your lawsuit is preparing a DTPA demand letter (Deceptive Trade Practices Act) This letter is a written notice to Volkswagen which allows them the opportunity to make you an offer on your vehicle to prevent filing a lawsuit against them The deadline for response is 60 days So far, Volkswagen has not made any offers to customers This is understandable due to the high volume of cases being filed against them

On June 21, 2016, the Federal Court of the Northern District of California, held a hearing with respect to settle complaints from Volkswagen. Although it has advanced, there are many important details still being worked out We are in constant contact with the lawyers involved in these discussions and it will be known with certainty what VW's final offer will be and at that time we will of course notify you immediately



926 S. Alamo, San Antonio, Texas 78205
Telephone (210)922-2200 • Toll Free (888)513-6198 • Facsimile (210)923-1313
www.maloneyandcampolo.com
*Licensed in Illinois



# LAW OFFICES
# OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO*
pcampolo@maloneyandcampolo.com

FECHA

NOMBRE

El primer paso en la presentación de su demanda se está preparando una carta de demanda DTPA (Ley de prácticas comerciales engañosas). Esta carta es una notificación por escrito a Volkswagen que les permite la oportunidad de hacer una oferta en su vehículo para evitar la presentación de una demanda contra ellos. El plazo de respuesta es de 60 días. Hasta el momento, Volkswagen no ha hecho ninguna oferta a los clientes. Esto es comprensible debido al alto volumen de casos que se presenten en contra de ellos.

El 21 de abril de 2016, la Corte Federal del Distrito Norte de California, tuvo una audiencia con respecto a resolver las quejas de Volkswagen. Aunque se ha avanzado, hay muchos detalles importantes todavía en curso de preparación. Independientemente de lo que usted puede haber oído en los medios de comunicación, no ha habido un acuerdo firme. La próxima fecha de la audiencia fue el 21 de junio de, el año 2016, donde VW anunció sus ideas preliminares para los asentamientos de clase. Estamos en constante contacto con los abogados involucrados en estas discusiones y que se sepa con certeza lo que la oferta final de VW será y en ese momento vamos a por supuesto que le notifique inmediatamente.

EXHIBIT

12

Fogle Law Firm, PLLC
10001 Reunion Place, Ste. 600
San Antonio, Texas 78216
210-503-6736
sfogle@foglelawfirm.com

January 20, 2016

**Via Certified Mail/R.R.R.**
**# 7011 0470 0000 0272 7112**
Tim Maloney
Maloney and Campolo, L.L.P.
926 S. Alamo
San Antonio, Texas  78205

      Re:    Response to           Demand Letter dated December 22, 2015

Dear Mr. Maloney:

      On behalf of Volkswagen of America, Inc. ("Volkswagen"), an organizational unit of Volkswagen Group of America, Inc., this letter acknowledges receipt and responds to your letter dated December 22, 2015 regarding your client's vehicle and their emissions-related concerns.

      As an initial matter, please note that on September 18, 2015, the United States Environmental Protection Agency (EPA) stated "[c]ar owners should know that although these vehicles have emissions exceeding standards, these violations do not present a safety hazard and the cars remain legal to drive and resell.  Owners of cars of these models and years do not need to take any action at this time."

      In response to your specific demand, while Volkswagen disagrees with your legal assertions, the Company values your client as a customer.  In that spirit, we appreciate the opportunity to discuss this matter informally before you resort to the use of the Courts, and we are optimistic that this dispute can be efficiently resolved.

      To that end, Volkswagen hereby offers to rectify, within a reasonable time, any emissions irregularities in your client's vehicle that are the subject of the EPA's September 18, 2015 Notice of Violation.  Once this remedy is available, we will contact you to arrange an appointment at an authorized Volkswagen dealer that is most convenient for your client.

      Very truly yours,

      Stephen R. Fogle

/gc

{03733012 DOCX / }

**EXHIBIT**
**13**
tabbies

**VOLKSWAGEN**
GROUP OF AMERICA

May 24, 2016

Mr. Tim Maloney
Law Offices of Maloney & Campolo, LLP
926 S. Alamo
San Antonio, TX 78205

Volkswagen Group of America
3800 Hamlin Rd
Auburn Hills MI 48326
Telephone 844 862 8942
Fax +1 248 754 6504

| | |
|---|---|
| Customer Name: | ، |
| RE: | 2015 Volkswagen Passat |
| Case: | 160486347 |
| VIN: | 1VWBV7A33FC060337 |

Dear Mr. Maloney,

This letter is in response to your correspondence regarding the above-mentioned vehicle. We regret the circumstances that prompted your client's concerns and your correspondence. Please note that we are in the process of carefully evaluating your request; we have not yet made a decision regarding the repurchase you have demanded.

To ensure we have all necessary information, and to permit us to further respond and advise you of our decision in a timely manner, we ask that you send us:

- copy of the purchase/lease agreement for the vehicle
- copy of the vehicle's most recent registration
- copies of all repair orders pertaining to the vehicle (from authorized Volkswagen facilities, as well as any independent repair facilities).

We will review those materials upon receipt and get back to you promptly with our decision.

Please mail the information to my attention at the address above or fax the information to (248) 754-6504.

Sincerely,

*Laura U.*

Laura I.
Customer Resolution & Retention

EXHIBIT
14

TRANSACTION REPORT

JUL/05/2016/TUE 09:27 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 0 | JUL/05 | 09:19AM | 2487546504 | 0:07:14 | 9 | MEMORY    OK | ECM | 7260 |

# LAW OFFICES OF
# MALONEY & CAMPOLO

## FACSIMILE TRANSMITTAL SHEET

**DATE:**     July 5, 2016

**TO:**     Laura I.
Customer Resolution & Retention
Volkswagen Group of America          Facsimile: (248) 754-6504

**FROM:**     Tim Maloney

RE:
CASE #: 160627018
VIN#: WVWDM7AJ5EWOO3650

**PAGES INCLUDING COVER SHEET: 9**

**MESSAGE:  Please see attached.**

The document accompanying this facsimile transmission contains confidential information that is legally privileged. The information is intended solely for the use of the recipient named above. If you receive this transmission in error, please notify us by telephone immediately to arrange for the return of the document to our office. You are notified that any disclosures, reproduction or distribution for the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. Thank you for your cooperation.

If you do not receive the above mentioned pages, or if you have any trouble with the transmission, please call:

**Camille Furgeson**

(210)922-2200.

EXHIBIT
15

TRANSACTION REPORT

JUN/30/2016/THU 11:43 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 00 | JUN/30 | 11:38AM | 2487546504 | 0:04:44 | 8 | MEMORY  OK | ECM | 7209 |



## LAW OFFICES OF
## MALONEY & CAMPOLO
### FACSIMILE TRANSMITTAL SHEET

**DATE:  6/30/2016**

TO: LAURA L.
(CUSTOMER RETENTION & RESOLUTION)

FROM: CAMILLE FURGESON

RE: Our Client:

Pages including cover sheet: 8

Message: Please see attached documents which you have
requested for our client.

Facsimile: 248 754 6504

The document accompanying this facsimile transmission contains confidential
information that is legally privileged. The information is intended solely for the use of the
recipient named above. If you receive this transmission in error, please notify us by
telephone immediately to arrange for the return of the document to our office. You are
notified that any disclosures, reproduction or distribution for the taking of any action in
reliance on the contents of this facsimile information is strictly prohibited. Thank you for
your cooperation.

If you do not receive the above mentioned pages, or if you have any trouble with the
transmission, please call (210) 922-2200.

# TRANSACTION REPORT

JUN/30/2016/THU 11:17 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 0 | JUN/30 | 11:07AM | 12487546504 | 0:10:09 | 8 | MEMORY OK | ECM | 7205 |



## LAW OFFICES OF
## MALONEY & CAMPOLO
### FACSIMILE TRANSMITTAL SHEET

**DATE: 6/30/2016**

TO: MICHELE P.
(CUSTOMER RETENTION & RESOLUTION)

FROM: CAMILLE FURGESON

RE: Our Client:

Pages including cover sheet: 8

Message: Please see attached documents which you have requested for our client.

Facsimile: 248 754 6504

The document accompanying this facsimile transmission contains confidential information that is legally privileged. The information is intended solely for the use of the recipient named above. If you receive this transmission in error, please notify us by telephone immediately to arrange for the return of the document to our office. You are notified that any disclosures, reproduction or distribution for the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. Thank you for your cooperation.

If you do not receive the above mentioned pages, or if you have any trouble with the transmission, please call (210) 922-2200.

TRANSACTION REPORT

JUN/30/2016/THU 11:29 AM

FAX(TX)

| #/ | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|---|---|---|---|---|---|---|---|
| 0 | JUN/30 | 11:24AM | 12487546504 | 0:05:17 | 11 | MEMORY | OK | ECM | 7208 |



## LAW OFFICES OF
## MALONEY & CAMPOLO
### FACSIMILE TRANSMITTAL SHEET

**DATE: 6/30/2016**

TO: LAURA L.
(CUSTOMER RETENTION & RESOLUTION)

FROM: CAMILLE FURGESON

RE: Our Client:

Pages including cover sheet: 11

Message: Please see attached documents which you have
requested for our client.

Facsimile: 248 754 6504

The document accompanying this facsimile transmission contains confidential information that is legally privileged. The information is intended solely for the use of the recipient named above. If you receive this transmission in error, please notify us by telephone immediately to arrange for the return of the document to our office. You are notified that any disclosures, reproduction or distribution for the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. Thank you for your cooperation.

If you do not receive the above mentioned pages, or if you have any trouble with the transmission, please call (210) 922-2200.

TRANSACTION REPORT

JUN/30/2016/THU 11:24 AM

'AX(TX)

| | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|---|---|---|---|---|---|---|---|
| | JUN/30 | 11:18AM | 12487546504 | 0:05:14 | 12 | MEMORY   OK | ECM | 7207 |



## LAW OFFICES OF
## MALONEY & CAMPOLO
### FACSIMILE TRANSMITTAL SHEET

**DATE: 6/30/2016**

**TO: LAURA L.**
**(CUSTOMER RETENTION & RESOLUTION)**

**FROM: CAMILLE FURGESON**

**RE: Our Client:**

**Pages including cover sheet: 12**

**Message: Please see attached documents which you have requested for our client.**

**Facsimile: 248 754 6504**

The document accompanying this facsimile transmission contains confidential information that is legally privileged. The information is intended solely for the use of the recipient named above. If you receive this transmission in error, please notify us by telephone immediately to arrange for the return of the document to our office. You are notified that any disclosures, reproduction or distribution for the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. Thank you for your cooperation.

If you do not receive the above mentioned pages, or if you have any trouble with the transmission, please call (210) 922-2200.

# VOLKSWAGEN VEHICLE QUESTIONNAIRE

YOUR NAME:

VEHICLE MAKE/MODEL/YEAR:

1. Do you still own your vehicle (vehicles)?

2. If yes, what is the condition of your vehicle?

   *Leased      *Totaled      *Good Condition      *Other (please explain)

3. If no, under what circumstance did you get rid of your vehicle?

4. Have you been in any accidents? Please explain.

Please provide detailed information regarding the current condition of your vehicle.

EXHIBIT
16

# CUESTIONARIO DE VEHÍCULO VOLKSWAGEN

Te llamas:

MARCA/MODELO/AÑO DEL VEHÍCULO:

1.¿Aún tienes el vehículo (vehículos)?

2. en caso afirmativo, ¿cuál es la situación de su vehículo?
   * Alquilado * Totaled * buen estado * otros (sírvase explicar)

3.Si no, bajo qué circunstancia deshacerse de su vehículo?

4.¿ Ha tenido usted algún accidente? Por favor explique.

Proporcione información detallada sobre la condición actual de su vehículo.



# LAW OFFICES
# OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO*
pcampolo@maloneyandcampolo.com

Date:

Name:

As you know, Mr. Maloney attended the Volkswagen court hearing in Austin, TX on Friday, April 1st. At the meeting, it was established that both VW and the court wants to move these lawsuits as quickly as possible. At the moment, the investigation is ongoing. Volkswagen is providing extensive documentation regarding the emissions scandal.

I have attached a copy of the scheduling order which will be filed with the court regarding your lawsuit. These are the deadlines and plans for future actions. Mr. Maloney wants to assure you that this process has been moving very quickly. We have done all of the research on our end to represent you and we will move forward with full force to obtain the maximum amount of compensation.

We will continue to provide you with any and all updates on your case. Thank you for your patience.

*Camille Furgeson*
Administrative Assistant
cfurgeson@maloneyandcampolo.com



EXHIBIT
tabbies®
17



# LAW OFFICES
# OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO*
pcampolo@maloneyandcampolo.com

Fecha:

Nombre:

Como usted sabe, Sr. Maloney asistió a la audiencia de Volkswagen en Austin, TX el viernes 1 de abril. En la reunión, se estableció que tanto VW como la corte quiere mover estos pleitos tan rápidamente como sea posible. Por el momento, la investigación está en curso. Volkswagen ofrece amplia documentación sobre el escándalo de las emisiones. He adjuntado una copia de la orden de programación que se presentó ante la corte con respecto a su demanda. Estos son los plazos y planes para acciones futuras. El Sr. Maloney quiere asegurarles que este proceso ha estado moviendo muy rápidamente. Hemos hecho toda la investigación en el extremo para que lo represente y se moverá hacia adelante con toda su fuerza para obtener la cantidad máxima de compensación. Vamos a seguir con cualquier y todas las actualizaciones en su caso. Gracias por su paciencia.

Camille Furgeson
Administrative Assistant
cfurgeson@maloneyandcampolo.com

926 S. Alamo, San Antonio, Texas 78205
Telephone (210)922-2200 • Toll Free (888)513-6198 • Facsimile (210)923-1313
www.maloneyandcampolo.com
*Licensed in Illinois

MASTER CAUSE D-1-GN-16-000370
(MDL 15-0884)

| | | |
|---|---|---|
| IN RE: VOLKSWAGEN CLEAN DIESEL LITIGATION | §<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT OF<br><br>TRAVIS COUNTY, TEXAS<br><br>353RD JUDICIAL DISTRICT |

IN RE: VOLKSWAGEN CLEAN DIESEL
LITIGATION

§
§
§
§
§

IN THE DISTRICT COURT OF

TRAVIS COUNTY, TEXAS

353RD JUDICIAL DISTRICT

## <u>SCHEDULING ORDER</u>

The Court finds that, in order to expedite the orderly completion of pretrial preparation, a scheduling and procedural order should be made imposing deadlines for pretrial matters. The Court hereby orders and adopts the following schedule for pretrial proceedings in the Texas Clean Air Act Enforcement Case MDL:

1. **April 15, 2016**   **US Document Production.**
Subject to the entry of a protective order by the District Court of Travis County, Texas, Defendants' deadline to produce all documents previously produced to United States governmental agencies or regulatory bodies and/or in the Federal MDL. In the event Defendants produce documents after this date to United States governmental agencies or regulatory bodies and/or in the Federal MDL, Defendants will produce those same documents to the Plaintiffs in this litigation, no later than 7 days after such documents are produced in the Federal MDL. The parties are ordered to confer as to an agreed protective order and submit an agreed order to the Court by this deadline. In the event the parties do not agree as to a protective order, the parties shall submit their respective versions of a proposed protective order to the Court by this deadline, in which case the documents required to be produced by this deadline shall be due no later than 7 days after the Court enters a protective order.

2. **June 30, 2016**   **Non-US Document Production.**
Subject to the entry of a protective order by the District Court of Travis County, Defendants' deadline to produce all documents previously produced to all non-United States governmental agencies and regulatory bodies, together with any privilege log related to these documents. Any documents produced to non-US governmental agencies or regulatory bodies after this date, will be produced to Plaintiffs in this litigation, no later than 7 days after such documents are produced in the Federal MDL. The parties are

EXHIBIT
18

ordered to confer as to an agreed protective order and submit an agreed order to the Court by this deadline.  In the event the parties do not agree as to a protective order, the parties shall submit their respective versions of a proposed protective order to the Court by this deadline, in which case the documents required to be produced by this deadline shall be due no later than 7 days after the Court enters a protective order.

**3.  April 29, 2016**   **Response to State's Plea to Jurisdiction and Motion to Strike.**
Any responses to the State's Pleas to the Jurisdiction and Motions to Strike shall be filed and served by this date.

**4.  May 13, 2016**   **Replies to State's Plea to Jurisdiction and Motion to Strike.**
Any replies to responses the State's Pleas to the Jurisdiction and Motions to Strike shall be filed and served by this date.

**5.  November 1, 2016**   **Amended Pleadings or Joinder of Parties**.
All amended pleadings, including joinder of parties, shall be filed or served by this date. Any responsive pleading necessary must be filed within 20 days of this deadline.

**6.  January 31, 2017**   **Fact Discovery**.
All fact discovery shall be completed by this date. Parties must serve discovery in sufficient time to allow for a timely response to be served by the other party under the Texas Rules of Civil Procedure no later than this deadline. Incomplete discovery will not delay the trial date or other deadlines established in this Order. Plaintiffs and Defendants may each serve up to 60 Interrogatories in this litigation per party, excluding interrogatories asking a party only to identify or authenticate specified documents.

**7.  February 28, 2017**   **Expert Disclosure.**
Plaintiffs shall designate all expert witnesses and provide reports by this date.  The designation must include information required by Rule 194.2(f) of the Texas Rules of Civil Procedure.

**8.  March 24 , 2017**   **Expert Disclosure.**
Defendants shall designate all expert witnesses and provide reports by this date.  The designation must include information required by Rule 194.2(f) of the Texas Rules of Civil Procedure.

9.  **April 21, 2017**      **Rebuttal Experts.**
The parties shall designate all expert rebuttal witnesses and provide rebuttal reports by this date.  The designation must include information required by Rule 194.2(f) of the Texas Rules of Civil Procedure.

10. **May 1, 2017**      **ADR.**
Alternative Dispute Resolution (ADR) shall be completed by this date.

11. **June 16, 2017**      **Expert Discovery.**
All expert discovery shall be completed by this date.

12. **July 14, 2017**      **Daubert and Dispositive Motions.**
All Daubert challenges and witness challenges and all dispositive motions, including Motions for Summary Judgment, shall be set and heard at by this date.

13. **August 1, 2017**      **Remand.**
Cases shall be remanded to their originating trial courts by this date.

Except as expressly provided herein, this Scheduling Order does not alter or amend the standing or subsequent pre-trial order(s) of the originating trial court.

The Court finds that this Scheduling Order should be GRANTED.

Signed this _____ day of _____ 2016.

_____
HONORABLE TIM SULAK

APPROVED BY:

_____
COUNSEL FOR THE STATE OF TEXAS

_____
LEAD COUNSEL FOR TCAA COUNTY PLAINTIFFS

_____
COUNSEL FOR VOLKSWAGEN/AUDI DEFENDANTS


_____
COUNSEL FOR PORCHE DEFENDANTS

CAUSA DE MASTER D-1-GN-16-000370

(MDL 15-0884)

EN RE: VOLKSWAGEN LIMPIAR § DE DIESEL EN EL TRIBUNAL DE DISTRITO DE

§ DE LITIGIOS

§ EL CONDADO DE TRAVIS, TEXAS

§

DISTRITO JUDICIAL 353ER §

## ORDEN DE PROGRAMACIÓN

La Corte considera que, con el fin de agilizar la terminación ordenada de preparación previos al juicio, una orden de programación y de procedimiento debe hacerse imponer plazos para asuntos previos al juicio. El Tribunal por el presente ordena y adopta el siguiente calendario para los procedimientos previos al juicio en el Texas limpio aire ley de aplicación caso MDL:

**1. 15 de abril de 2016 Estados Unidos documento producción.**

Sujeto a la entrada de una orden de protección por el Tribunal de distrito de Travis County, Texas, plazo demandados para producir todos los documentos producidos previamente a agencias gubernamentales de Estados Unidos u organismos regulatorios o en la Federal MDL. En caso de que los acusados producen documentos después de esta fecha a agencias gubernamentales de Estados Unidos u organismos regulatorios o en la Federal MDL, acusados producirá los mismos documentos a la parte actora en este pleito, no más tarde de 7 días después de que dichos documentos se producen en el MDL Federal. Las partes se ordenan a conferir a una orden de protección acordada y entregar una orden acordada de la corte de este plazo. En caso de que las partes no está de acuerdo en cuanto a una orden de protección, las partes presentarán sus respectivas versiones de una orden de protección propuesta a la corte por este plazo, en cuyo caso los documentos requeridos para ser producido por este plazo deberá ser debido a más tardar 7 días después de que la corte entra en una orden de protección.

**2. 30 de junio de 2016 Estados Unidos documento producción.**

Sujeta a la entrada de una orden de protección por la corte de distrito del Condado de Travis, fecha límite de los acusados para producir todos los documentos producidos previamente a todas las agencias gubernamentales no estadounidenses y los organismos reguladores, junto con cualquier registro de privilegio relacionado con estos documentos. Cualesquiera documentos presentados a las agencias gubernamentales no estadounidenses o cuerpos reguladores después de esta fecha, se producirán a la parte demandante en este litigio, no más tarde de 7 días después de que dichos documentos se producen en el MDL Federal. Las partes son

ordenó a conferir a una orden de protección acordada y entregar una orden acordada de la corte de este plazo. En caso de que las partes no está de acuerdo en cuanto a una orden de protección, las partes presentarán sus respectivas versiones de una orden de protección propuesta a la corte por este plazo, en cuyo caso los documentos requeridos para ser producido por este plazo deberá ser debido a más tardar 7 días después de que la corte entra en una orden de protección.

**3., 29 de abril de 2016 ante súplica del estado a la jurisdicción y el movimiento de huelga.**

Las respuestas a las súplicas del estado a la jurisdicción y movimientos de huelga serán presentadas y servidas por esta fecha.

**4. respuestas de, 13 de mayo de 2016 a la súplica del estado a la jurisdicción y el movimiento de huelga.**

Ninguno responde a respuestas presentados y servidos por esta fecha Declinatoria el estado de la competencia y movimientos de huelga.

**5., 1 de noviembre de 2016 modificada alegatos o acumulación de partes.**

Todos modificados alegatos, incluyendo acumulación de partes, será presentado o servido por esta fecha. Cualquier respuesta declararse necesaria debe ser presentada dentro de 20 días de plazo.

**6. descubrimiento del hecho de, 31 de enero de 2017.**

Todo descubrimiento de hecho se completará antes de esta fecha. Partes deben servir de descubrimiento con la suficiente antelación para permitir una respuesta oportuna al otro parte bajo del Texas reglas de Procedimiento Civil no más tarde de esta fecha límite. Descubrimiento incompleto no retrasará la fecha del juicio u otros plazos establecidos en esta orden. Los demandantes y los acusados cada uno sirva interrogatorios hasta 60 en este litigio por partido, excluyendo interrogatorios pidiendo un partido sólo para identificar o autentificar documentos especificados.

**7. divulgación de expertos de, 28 de febrero de 2017.**

Los demandantes deberán designar a los peritos y proporcionar informes por esta fecha. La designación deberá incluir la información requerida por la regla 194.2(f) de las reglas de Procedimiento Civil de Texas.

**8. divulgación de expertos, 24 de marzo de 2017.**

Los acusados deberán designar a los peritos y proporcionar informes por esta fecha. La designación deberá incluir la información requerida por la regla 194.2(f) de las reglas de Procedimiento Civil de Texas.

**9. expertos de la refutación del, 21 de abril de 2017.**

Las partes designar a todos los testigos expertos refutación y proporcionar informes de refutación por esta fecha. La designación deberá incluir la información requerida por la regla 194.2(f) de las reglas de Procedimiento Civil de Texas.

**10., 1 de mayo de 2017 ADR.**

Alternativa resolución de disputa (ADR) se completará antes de esta fecha.

**11 descubrimiento de expertos de, 16 de junio de 2017.**

Todos descubrimientos expertos se completarán antes de esta fecha.

**12. 14 de julio de 2017 Daubert y mociones dispositivas.**

Todos los desafíos Daubert y desafíos del testigo y todos los movimientos dispositivos, incluidos movimientos para Resumen sentencia, deberán establecer y escuchados en esta fecha.

**13. prisión preventiva, 1 de agosto de 2017.**

Casos deberán ser remitidos a sus tribunales de origen por esta fecha.

Salvo lo dispuesto expresamente en este documento, esta orden de programación no alterar o enmendar el pie o posteriores pedidos previa al juicio del Tribunal originario.

El Tribunal considera que debe concederse esta orden de programación.


Firmado el día ___ de ___ 2016.

_____

HONORABLE TIM SULAK

APROBADO POR:

_____

ABOGADO PARA EL ESTADO DE TEXAS

_____

ABOGADO PARA DEMANDANTES DE TCAA CONDADO PRINCIPAL

_____

ACUSADOS DE ABOGADO PARA VOLKSWAGEN/AUDI

_____

ACUSADOS DE ABOGADO PARA PORCHE



# LAW OFFICES
# OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO*
pcampolo@maloneyandcampolo.com

April 25, 2016

Dear_____

On 4-21-2016, the Federal Court in the Northern District of California, held a hearing regarding settling the Volkswagen claims. Though progress has been made, there are many important details that are still being worked out. Regardless of what you may have heard in the media, there has been <u>NO</u> firm agreement.

The next hearing date is June 21, 2016. At that time the parties are supposed to present details about the settlement. We are in constant contact with all attorneys involved in these discussions and we know for certain what VW is offering, we will of course notify immediately.

Again, Volkswagen has agreed to settle. However, what they are ultimately offered, may, or may not, be acceptable. We are closely monitoring all developments. Please do not rely upon media reports and assume these studies are accurate. Confidential negotiations are ongoing. We will keep you informed.

*Camille Furgeson*
ADMINISTRATIVE ASSISTANT

The Law Offices of Maloney and Campolo
926 South Alamo
San Antonio, TX 78205
Office (210) 922-2200
Fax (210) 923-1313
Email cfurgeson@maloneyandcampolo.com



EXHIBIT
dabbler
19

926 S. Alamo, San Antonio, Texas 78205
Telephone (210)922-2200 • Toll Free (888)513-6198 • Facsimile (210)923-1313
www.maloneyandcampolo.com
*Licensed in Illinois



# LAW OFFICES
# OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO*
pcampolo@maloneyandcampolo.com

El 21/04/2016, el Tribunal Federal del distrito norte de California, celebró una audiencia con respecto a resolver las reclamaciones de Volkswagen. Aunque se ha avanzado, hay muchos detalles importantes que todavía se están elaborando. Independientemente de lo que puede haber oído en los medios de comunicación, no se ha producido ningún acuerdo firme.

La próxima fecha de audiencia es 21 de junio de 2016. En aquel momento las partes deben presentar información sobre el establecimiento. Estamos en constante contacto con los abogados involucrados en estas discusiones y sabemos con certeza lo que VW ofrece, por supuesto te avisaremos inmediatamente.

Una vez más, Volkswagen ha acordado resolver. Sin embargo, lo que se ofrecieron en última instancia, pueden o no pueden ser aceptable. Estamos monitoreando de cerca todas las novedades. Por favor no confiar en los medios de comunicación y asumir que estos estudios son exactos. Negociaciones confidenciales están en curso. Te mantendremos informado.



# LAW OFFICES
# OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO*
pcampolo@maloneyandcampolo.com

**Date:**

**Name:**

Last night the court notified our Attorney that Volkswagen has been given an extension for the June 21st court hearing regarding the details of their buy back proposals. Volkswagen was granted a 7-day extension to prepare their offers. Please be advised that we will not know any further information until June 28th. It is not necessary for you to contact our office, we will notify you of the offer shortly after it becomes available to us. Please understand that it may take several days to contact you in order for us to fully evaluate Volkswagen's offer as it pertains to your case.

Thank you for your understanding,

*Camille Furgeson*

Administrative Assistant

cfurgeson@maloneyandcampolo.com

> **EXHIBIT**
> 20



# LAW OFFICES
## OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO*
pcampolo@maloneyandcampolo.com

Fecha:

Nombre:

Ayer por la noche el Tribunal notificó a nuestro abogado que Volkswagen se ha dado una extensión para junio 21' st audiencia en la corte con respecto a los detalles de sus propuestas de compra posterior. Volkswagen se concedió una extensión de 7-días para preparar sus ofertas. Tenga en cuenta que no se sabe más información hasta el 28 de junio. No es necesario que contacte con nuestra oficina, le informaremos de la oferta poco después de que disponemos. Por favor, comprenda que puede tomar varios días para contactarte en orden para poder evaluar plenamente la oferta de Volkswagen lo que respecta a su caso.

Gracias por su comprensión,

*Camille Furgeson*

Administrative Assistant

cfurgeson@maloneyandcampolo.com

Volkswagen Reaches Preliminary Approval for Class Action Settlements

June 28, 2016

Volkswagen AG announced today that it has reached a preliminary approval for the buyback proposals on the 2.0 TDI diesel engine vehicles. At the moment, we are currently working through 500 pages of certified court documents which lay out the details for the settlements.  Please allow us some time to review the offer and decipher how it will pertain to your specific case.

I know you are anxious to hear what their offer might entail. To give you an idea, Volkswagen will be offering vehicle buybacks, lease terminations, and emissions modifications (if approved). The buyback offers will be based on the NADA clean trade in value published in the September 2015 used car guide. There will also be cash payments on top of the trade in value. The lease terminations will allow lessees an early termination of the lease without penalty and an added cash payment. We have provided a chart (below) to help give you an idea of what your offer might look like.

It has come to our attention that Volkswagen sent some of you an email this morning with a link to https://www.vwcourtsettlement.com. You are welcome to visit the website and stay updated on the content they provide; however, we would like to remind you that all emails, phone calls, and attempts at communication need to be directed to your attorney, Tim Maloney.

Negotiations are still being worked out for all 3.0 TDI vehicles. There has been no information available to the public or the court yet.

Please be advised that the agreements covering the proposed 2.0L TDI settlements are subject to change. We have provided a timeline (below) which lists the important upcoming court dates. The motion for final approval is set for August 26, 2016. You will have the option of accepting Volkswagen's offer or opting out and moving forward with your lawsuit. Our mission is to make sure you are treated fairly and are happy with your outcome.

As stated, we are currently working through over 500 pages of court documents to review the fine details of how their offer will pertain to you. We will keep you updated on the case and as soon as we have more details and information we will notify you immediately.

Thank you,

*Camille Furgeson*
ADMINISTRATIVE ASSISTANT



THE LAW OFFICES OF
MALONLY
& CAMPOLO

The Law Offices of Maloney and Campolo
926 South Alamo
San Antonio TX 78205
Office (210) 922-2200
Fax (210) 923-1313

EXHIBIT
21

| Category | Definition | Benefit Options | Restitution Payment |
|---|---|---|---|
| Eligible Owner (bought car on or before September 18, 2015) | Registered owner of an Eligible Vehicle at the time of Buyback or Approved Emissions Modification. | (1) Buyback Vehicle Value + Restitution Payment + Loan Forgiveness if applicable<br><br>OR (if approved)<br><br>(2) Emissions Modification Modification to your car to reduce emissions + Restitution Payment | 20% of the Vehicle Value + $2,986.73<br><br>$5,100 minimum |
| Eligible Owner (bought car after September 18, 2015) | Registered owner of an Eligible Vehicle at the time of Buyback or Approved Emissions Modification. | (1) Buyback Vehicle Value + Restitution Payment<br><br>OR (if approved)<br><br>(2) Emissions Modification Modification to your car to reduce emissions + Restitution Payment | 10% of the Vehicle Value + $1529 + a proportional share of any restitution not claimed by Eligible Sellers<br><br>$2,550 minimum |
| Eligible Seller | Registered owner of an Eligible Vehicle on September 18, 2015, who transferred vehicle title after September 18, 2015, but before June 28, 2016. | Restitution Payment | 10% of the Vehicle Value + $ 1,493.365<br><br>$2,550 minimum |
| Eligible Lessee (currently leases car) | Registered lessee of an Eligible Vehicle, with a lease issued by VW Credit, Inc., at the time of Early Lease Termination or Approved Emissions Modification. | (1) Lease Termination Early termination of the lease without penalty + Restitution Payment<br><br>OR (if approved)<br><br>(2) Emissions Modification Modification to your car to reduce emissions + Restitution Payment | 10% of the Vehicle Value (adjusted for options but not mileage) + $1529 |
| Eligible Lessee (formerly leased car) | Registered lessee of an Eligible Vehicle, with a lease issued by VW Credit, Inc., who returned the Eligible Vehicle at the end of the lease on or after September 18, 2015, or purchased the Eligible Vehicle after June 28, 2016. | Restitution Payment | 10% of the Vehicle Value (adjusted for options but not mileage) + $1,529 |

| Date | Event |
|---|---|
| June 28, 2016 | Settlement Class Representatives file Motion for Preliminary Approval of Settlement |
| June 30, 2016 | Status Conference with the Court |
| July 5, 2016 | Volkswagen provides Class Action Fairness Act Notice to State Attorneys General |
| July 26, 2016 | Preliminary Approval Hearing [Remainder of schedule assumes entry of Preliminary Approval Order on this date] |
| July 27, 2016 | Class Notice Program begins |
| August 19, 2016 | Class Notice Program ends |
| August 26, 2016 | Motion for Final Approval filed |
| September 16, 2016 | Objection and Opt-Out Deadline |
| September 16, 2016 | End of Eligible Seller Identification Period |
| September 29, 2016 | Deadline for State Attorneys General to file Comments/Objections to this Class Action Agreement |
| September 30, 2016 | Reply Memorandum in Support of Final Approval filed |



# LAW OFFICES
# OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO*
pcampolo@maloneyandcampolo.com

01 de julio de 2016

### Volkswagen alcanza una aprobación preliminar para los establecimientos de la acción de clase

Volkswagen AG anunció el 28 de junio de 2016 que ha alcanzado una aprobación preliminar para las readquisiciones de acciones propuestas en los vehículos de motor diésel TDI 2,0. Por el momento, actualmente trabajamos a través de 500 páginas de documentos de la corte certificada que ponen los detalles de los asentamientos. Por favor Permítanos un tiempo revisar la oferta y descifrar cómo se refieren a su caso específico

Sé que está ansiosos de oír lo que podría conllevar su oferta. Para darte una idea, Volkswagen ofrecerá vehículo recompra, terminaciones de contrato de arrendamiento y modificaciones de emisiones (si aprueba). Las ofertas de recompra se basará en el comercio limpio NADA de valor publicado en la guía de coches usados de septiembre de 2015. También habrá pagos en efectivo sobre el comercio en valor. Las terminaciones de contrato de arrendamiento permitirán a los arrendatarios una terminación anticipada del contrato sin penalización y un pago adicional. Hemos incluido un gráfico (abajo) para ayudar a darle una idea de lo que parece tu oferta.

Ha llegado a nuestra atención que Volkswagen algunos de ustedes un correo electrónico enviado esta mañana con un enlace a https://www.vwcourtsettlement.com. Usted es Bienvenido a visite el sitio web y Mantente actualizado sobre el contenido que proporcionan; sin embargo, nos gustaría recordarles que todos los correos electrónicos, llamadas telefónicas e intentos de comunicación deban ser dirigidas a su abogado, Tim Maloney.

Las negociaciones todavía se están elaborando para todos los vehículos TDI 3,0. No ha habido ninguna información disponible para el público o el Tribunal todavía.

Tenga en cuenta que los acuerdos relativos a los asentamientos de TDI de 2,0 L propuestos están sujetas a cambios. Hemos incluido una línea de tiempo (abajo) que muestra las fechas de corte próxima importante. La moción para la aprobación final está programada para el 26 de agosto de 2016. Usted tendrá la opción de aceptar la oferta de Volkswagen o declinar y hacia adelante con su demanda. Nuestra misión es asegurarnos de que reciben un trato justo y esté satisfecho con su resultado.

Como se dijo, estamos trabajando a través de más de 500 páginas de documentos de la corte para revisar los detalles de cómo sus ofertas le pertenecen a usted. Te mantendremos actualizado sobre el caso y tan pronto como tenemos más detalles e información se le notificará inmediatamente.

| CATEGORÍA | DEFINICIÓN | OPCIONES DE BENEFICIO | PAGO DE RESTITUCIÓN |
|---|---|---|---|
| Derecho propietario<br><br>(Comprado coche en o antes del 18 de septiembre de 2015) | Propietario registrado de un vehículo elegible en el momento de la recompra de acciones o la modificación de emisiones aprobado | **1 recompra**<br>Valor de vehículo, pago de restitución + préstamo perdona (si corresponde)<br><br>O (si aprobó)<br><br>**2 modificación de emisiones**<br>Modificación a su coche para reducir las emisiones de + pago de restitución | 20% del valor del vehículo + $2.986,73<br><br>mínimo de $5.100 |
| Derecho propietario<br><br>(Coche comprada después del 18 de septiembre de 2015) | Propietario registrado de un vehículo elegible en el momento de la recompra de acciones o la modificación de emisiones aprobado | **1 recompra**<br>Valor vehículo + pago de restitución<br><br>O (si aprobó)<br><br>**2 modificación de emisiones**<br>Modificación a su coche para reducir las emisiones de + pago de restitución | 10% del valor del vehículo $1.529 + una participación proporcional de cualquier restitución no reclamado por los vendedores<br><br>mínimo de $2.550 |
| Vendedor elegible | Propietario registrado de un vehículo elegible en 18 de septiembre de 2015, quien transfirió vehículo título después de 18 de septiembre de 2015, pero antes de 28 de junio de 2016 | Pago de restitución | 10% del valor del vehículo + $1.493,36<br><br>mínimo de $2.550 |
| Arrendatario derecho<br><br>(actualmente arrienda el coche) | Registrado arrendatario de un vehículo elegible, con un contrato de arrendamiento expedida por VW Crédito, Inc., en el momento de la terminación anticipada del contrato de arrendamiento o aprobado la modificación de emisiones | **1 terminación de contrato de arrendamiento de**<br>Terminación anticipada del contrato de arrendamiento sin pena + restitución pago<br><br>O (si aprobó)<br><br>**2 modificación de emisiones**<br>Modificación a su coche para reducir las emisiones de + pago de restitución | 10% del valor del vehículo (ajustado por opciones, pero no kilometraje) + $1.529 |
| Arrendatario derecho<br><br>(anteriormente alquilado coche) | Registro de arrendatario de un vehículo elegible, con un contrato de arrendamiento por VW Crédito, Inc., que regresó el vehículo elegible al final del contrato de arrendamiento en o después 18 de septiembre de 2015, o comprado el vehículo elegible después de 28 de junio de 2016 | Pago de restitución | 10% del valor del vehículo (ajustado por opciones, pero no kilometraje) + $1.529 |

| FECHA | EVENTO |
|---|---|
| 28 DE JUNIO DE 2016 | Representantes de la clase de establecimiento solicitar movimiento de aprobación preliminar del establecimiento |
| 30 DE JUNIO DE 2016 | Conferencia de estado ante el Tribunal |
| 05 DE JULIO DE 2016 | VW ofrece acción justicia ley de notificación a los abogados del estado general |
| 26 DE JULIO DE 2016 | Audiencia de aprobación preliminar |
| 27 DE JULIO DE 2016 | Comienza el programa de aviso de clase |
| 19 DE AGOSTO DE 2016 | Clase aviso programa termina |
| 26 DE AGOSTO DE 2016 | Propuesta de aprobación definitiva presentada |
| 16 DE SEPTIEMBRE DE 2016 | Objeción y optar por un plazo |
| 16 DE SEPTIEMBRE DE 2016 | Final del período de identificación del vendedor elegibles |
| 29 DE SEPTIEMBRE DE 2016 | Fecha límite para el general de abogado del estado a presentar comentarios/objeciones a este acuerdo de demanda colectiva |
| 30 DE SEPTIEMBRE DE 2016 | Memorándum de respuesta en apoyo a aprobación final presentado |

# Volkswagen Update: July 21, 2016

On July 26, 2016 we will be attending the court hearing with Judge Charles Breyer and Volkswagen Group of America. At this hearing the parties will discuss granting preliminary approval of Volkswagen's proposed settlements. If the judge grants preliminary approval, notice will be mailed to you announcing the specific terms of the settlements. You will also learn about your rights to exclude yourself from their offer and you will be provided the opportunity to object or comment on the proposed settlement. Currently the settlement proposal only applies to 2.0 diesel vehicles. We anticipate receiving VW's proposed settlement offer for the 3.0 vehicles in the near future. We will notify all 3.0 vehicle owners as soon as we receive any and all information.

On Tuesday, July 26, 2016, we hope to get more answers regarding the details for attorney's fees, buybacks, and the timing for this process. This should all be addressed at the hearing and we will provide these answers for you as soon as we receive them. I have attached a copy of Volkswagen's Executive Summary of Proposed Class Settlement. Keep in mind that this is not yet finalized by the court and may change. There may be a 30-day time period for the court to review the proposal and listen to the objections and comments of vehicle owners after the hearing. It is possible that on July 26, 2016 you will be able to enter your VIN on VW's website to see an estimate of the range of compensation you might receive through the class action settlement. Please be advised that if you purchased your vehicle used or sold your vehicle between September 18, 2015 and June 28, 2016, your settlement offer may be reduced if the previous (or current) owner submits a claim on the same vehicle.

As you may know, Volkswagen will be using the September 18, 2015 NADA clean vehicle trade in value to construct your buyback offer. We have begun research on our end to ensure your offer is accurate. Unfortunately, we have to wait until we get a finalized formula to determine the offer amount. Although you may have previously provided us with the details regarding your vehicle, we need to update your file so we can give you the most accurate estimate as to what your buyback offer might be.

Please verify the following information:

1.   Do you owe anything on your vehicle? If so how much?

2.   Which company is financing your vehicle?

3.   What is the current mileage on your vehicle?

4.   Did you purchase or lease your vehicle?

5.   Do you still own your vehicle?

     - If not, what was the date that you sold it, traded it in, or totaled it? (please explain which scenario applies to you)

6.   Did you purchase your vehicle used? If so, when?

7.   Are you the only person listed on the title of your vehicle? If not, please list the additional names and whether they are included in your claim.

It is very important that you answer **ALL** the questions completely and accurately. Please send all answers <u>together</u> in <u>one</u> email, fax or mailed letter. Please be advised if you sold/sell your car after June 28, 2016 you will not be an eligible seller or an eligible owner.

EXHIBIT

tabbies

22

# Actualización Volkswagen: 21 de julio de 2016

En 26 de julio de 2016 estaremos presentes en la audiencia con el juez Charles Breyer y el grupo Volkswagen de América. En esta audiencia las partes analizarán otorgar aprobación preliminar de los asentamientos propuestos de Volkswagen. Si el juez concede aprobación preliminar, se enviará aviso a usted anunciando los términos específicos de los establecimientos. También aprenderá acerca de sus derechos a excluirse de su oferta y le dará la oportunidad a objeto o comentario sobre la solución propuesta. Actualmente la propuesta de solución sólo se aplica a los vehículos diésel 2,0. Esperamos recibir oferta de arreglo propuesto de VW para los 3,0 vehículos en el futuro cercano. Se les notificará a todos los propietarios de vehículos 3.0 tan pronto como recibimos toda información.

En martes, 26 de julio de 2016, esperamos conseguir más respuestas acerca de los detalles para honorarios de abogados, recompra y el calendario para este proceso. Todo esto debe dirigirse a la audiencia y nosotros le proveeremos estas respuestas para usted tan pronto como recibamos. He adjuntado una copia del Ejecutivo Resumen de propuesta clase establecimiento de Volkswagen. Tenga en cuenta que esto aún no está finalizado por el Tribunal y puede cambiar. Habrá un plazo de 30 días para la corte a examinar la propuesta y escuchar las objeciones y comentarios de los propietarios de vehículos después de la audiencia. Es posible que en 26 de julio de 2016 usted podrá ingresar su VIN en la Web de VW a ver una estimación del rango de compensación que puede recibir a través de la acción de clase del establecimiento. Tenga en cuenta que, si usted compró su vehículo usado o vendido su vehículo entre el 18 de septiembre de 2015 y 28 de junio de 2016, su oferta podrá reducirse si el dueño anterior (o actual) presenta una reclamación en el mismo vehículo.

Como ustedes saben, Volkswagen va a utilizar el 18 de septiembre de 2015 NADA limpiar el vehículo comercial en valor a construir su oferta de recompra de acciones. Hemos comenzado investigaciones en nuestro extremo para asegurar que su oferta sea exacta. Por desgracia, tenemos que esperar hasta que tengamos una fórmula definitiva para determinar el monto de la oferta. Aunque usted puede previamente nos ha proporcionado los detalles con respecto a su vehículo, tenemos que actualizar su archivo para que podamos dar la estimación más precisa en cuanto a lo que podría ser la oferta de recompra de acciones.

Por favor verifique la siguiente información:

¿1. no debes nada en su vehículo? ¿Si hasta cuánto?

2. ¿Qué empresa es la financiación de su vehículo?

3. ¿Cuál es el kilometraje actual de su vehículo?

4. ¿comprar o arrendar su vehículo?

5. ¿aún tienes el vehículo?

-Si no, ¿cuál fue la fecha que lo vendió, comercializados en, o lo sumaron a? (por favor explique qué situación se aplica a usted)

6. ¿compró su vehículo usado? ¿Si es así, cuando?

¿7. eres la única persona que aparece en el título de su vehículo? Si no, por favor indique los nombres adicionales y si están incluidos en su reclamo.


Es muy importante que conteste **todas** las preguntas completamente y con precisión. Por favor enviar todo junto en un correo electrónico, fax o carta por correo las respuestas. Tenga en cuenta que si usted vende o vende su coche después de 28 de junio de 2016 no será un vendedor elegible o derecho propietario.



# LAW OFFICES
## OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO*
pcampolo@maloneyandcampolo.com

July 27, 2016

On July 26, 2016, the court granted preliminary approval of "Volkswagen's 2.0-Liter TDI Diesel Emissions Settlement Program". The U.S. District Court Judge Charles Breyer set the settlement in motion, to allow Volkswagen and plaintiff attorneys to begin collecting information from all affected consumers such as yourself.

In the next couple days, the settlement website (www.VWCourtSettlement.com) will allow you to enter your Vehicle Identification Number (VIN) and mileage to see your expected offer from VW. Although we are doing this for you, you are more than welcome to enter your information on the website portal as well. Our next task will be comparing their offer to the research we have done on the September 18, 2015 NADA clean trade in value and history report for your vehicle. Please allow us a couple weeks to send you all of this information. At that time, we can discuss the next steps moving forward and which route you wish to take in regards to Volkswagen's offer or your individual lawsuit.

Please see the attached document to review the details regarding the settlements and to answer any questions you may have.



EXHIBIT
tabbies
23



# LAW OFFICES
## OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO*
pcampolo@maloneyandcampolo.com

27 de Julio de 2016

26 de Julio de 2016, la Corte otorgó aprobación preliminar del "Volkswagen 2.0 litros TDI Diesel emisiones programa de asentamientos". El juez de la corte de distrito de Estados Unidos Charles Breyer había puesta en marcha de la solución permitir que los abogados de Volkswagen y demandante comenzar a recoger la información de todos los afectados los consumidores como usted.

En los próximos días de pareja, el sitio web del acuerdo (www.VWCourtSettlement.com) le permitirá que ingrese su número de identificación vehicular (VIN) y el kilometraje para ver su esperada oferta de VW. Aunque estamos haciendo esto para ti, estás más que Bienvenido entrar su información en el portal web así. Nuestra siguiente tarea será omparando su oferta a la investigación que hemos hecho en el 18 de septiembre de 2015 NADA limpiar el comercio en valor e historia informe para su vehículo. Por favor Permítanos un par de semanas a enviar toda esta información. En ese momento, podemos discutir los próximos pasos hacia adelante y camino que desea tomar en lo que respecta a la oferta de Volkswagen o el juicio individual.

Por favor vea el documento adjunto para revisar los detalles con respecto a los asentamientos y para responder a cualquier pregunta que pueda tener. Nos gustaría pedir disculpas por le proporciona los detalles de los asentamientos en inglés. Estamos a la espera de Volkswagen actualizar los documentos en español. En cuanto recupere esta información, le notificaremos inmediatamente y le enviará los documentos necesarios. Gracias por su paciencia.

## EXECUTIVE SUMMARY OF PROPOSED
## CLASS SETTLEMENT PROGRAM

The goal of the Volkswagen Class Settlement Program is to compensate everyone who owned or leased a Volkswagen or Audi 2.0-liter TDI vehicle ("Eligible Vehicle") on September 18, 2015 (the date the emissions allegations became public), or who now owns an Eligible Vehicle. Volkswagen has agreed to create a single funding pool of a maximum of $10,033,000,000 from which Class Members will be compensated under the Class Settlement Program.

Cars sometimes change hands, so Class Members are grouped into three different categories: Eligible Owners, Eligible Sellers, and Eligible Lessees.

Most Class Members owned an Eligible Vehicle on September 18, 2015, and still have possession of that car. These Class Members have two options: (1) have Volkswagen buy back the car ("Buyback") immediately, or (2) wait to see whether the EPA and CARB approve a modification of the vehicle to reduce emissions ("Approved Emissions Modification") for the car's engine type, and then decide whether to sell their car back to Volkswagen or accept a free Approved Emissions Modification.

Class Members who had an active lease for an Eligible Vehicle on September 18, 2015 also have two options: (1) terminate their lease with no early termination penalty ("Lease Termination"), or (2) keep their car and receive an emissions modification to the vehicle, if approved by the EPA and CARB ("Approved Emissions Modification").

Class Members who do not exclude themselves from the Class Settlement Program will receive a cash payment in addition to either the Buyback / Lease Termination or the free Approved Emissions Modification, as described below. If you exclude yourself from the Class, you may still obtain an Approved Emissions Modification if available for your car, but you cannot receive a Buyback or Lease Termination, and you will not receive any cash payment.

### Benefits to Owners / Lessees

Buyback

If a Class Member who owns a car chooses a Buyback, the price Volkswagen will pay for that car is the September 2015 National Automobile Dealers Association ("NADA") Clean Trade In value of the car adjusted for options and mileage

1

EXHIBIT
24

("Vehicle Value"). This figure is the value of the car in September 2015, before the emissions accusations became public. Owners receive their Vehicle Value, **plus** an additional cash payment ("Owner Restitution"). The Owner Restitution payment is calculated at 20% of the Vehicle Value plus $2,986.73. The minimum Owner Restitution payment for any Class Member—to be paid on top of the Vehicle Value—will be $5,100. Some Class Members may receive as much as approximately $10,000 in Owner Restitution.

Because a car may have more than one owner during the relevant period, for those cars that changed hands after September 18, 2015 and during the claims period, the settlement equitably divides the Owner Restitution payment approximately 50/50 between the owner as of September 18, 2015 who later sold the car ("Eligible Seller") and the current owner ("Eligible Owner"). To qualify for an Eligible Seller restitution payment, you will have at least 45 days from the entry of the Preliminary Approval Order to identify yourself. If preliminary approval is granted by the Court on July 26, 2016 (the date of the preliminary approval hearing), you will have until September 16, 2016, to identify yourself. Note that if you sell your car after June 28, 2016, you will not be an Eligible Seller (or an Eligible Owner).

Lease Termination

Eligible Lessees who choose a Lease Termination will have their leases terminated with no early termination fee, plus receive a Lessee Restitution payment of approximately half of what a Class Member who owns an identical car would receive as Owner Restitution.

Approved Emissions Modification

The Environmental Protection Agency ("EPA"), the California Air Resources Board ("CARB") and Volkswagen have negotiated a timeline that allows Volkswagen to submit (according to engine type) proposed emissions modifications to EPA/CARB for approval. The submission, testing, and approval process take time, so Class Members may not know whether their cars have an Approved Emissions Modification immediately upon final approval of the settlement, and possibly not until May 1, 2018.

If a modification for a particular engine type ultimately is approved, Class Members who own those cars will be notified when the modification is ready, and will be able to bring their cars into a Volkswagen or Audi dealership to have the

2

Approved Emissions Modification performed free of charge. They will also receive the same Owner Restitution or Lessee Restitution payment as available to owners or lessees who choose a Buyback or Lease Termination.

Class Members who choose an Approved Emissions Modification will receive disclosures about the effects of the modification on performance and durability, an Extended Emissions Warranty, and a Lemon Law-type remedy that covers the Approved Emissions Modification.

If no modification is approved for your car before May 1, 2018, you will be notified that no emissions modification is available.  At that point, you will have until June 1, 2018, to accept a Buyback or to exclude yourself from the Class.

If you own a vehicle for which an approved modification does become available, you will be able to receive that modification free of charge, but the restitution payment will be paid **only** to those who choose to participate in the Class Settlement Program and who do not opt out.

### How to Obtain Settlement Benefits

If preliminary approval is granted by the Court, on July 26, 2016 (the date of the preliminary approval hearing), the settlement website will allow Class Members to enter their Vehicle Identification Number ("VIN") and mileage to see the expected Vehicle Value and Owner or Lessee Restitution payment for their vehicle, based on its model year, trim line, actual equipment and options.  To see a non-binding estimate of the range of compensation you might receive through the Class Settlement Program, please review the attached chart.

Volkswagen has agreed to begin the Class Settlement Program immediately after the Court grants final approval and enters the DOJ Consent Decree.

Volkswagen will complete (1) a Buyback of an Eligible Vehicle within 90 days of an Eligible Owner's acceptance of Volkswagen's Buyback offer, (2) a Lease Termination of an Eligible Vehicle within 45 days of an Eligible Lessee's acceptance of Volkswagen's Lease Termination offer, and (3) once approved by the EPA/CARB, an Approved Emissions Modification to an Eligible Vehicle within 90 days of an Eligible Owner's or Eligible Lessee's acceptance of Volkswagen's Approved Emissions Modification Offer.  States that accept money through the EPA/CARB settlement cannot refuse to register your vehicle as a result of the emissions problems at issue in this case.  If any state does not accept money

3

through the EPA/CARB settlement, it will not be bound by these settlements, but it is anticipated that Class Members will be allowed to drive their cars legally through the course of the Class Settlement Program, while they await their Buyback or Approved Emissions Modification.

Under the related settlement between Volkswagen and the United States Department of Justice ("DOJ") on behalf of the Environmental Protection Agency, and the State of California by and through the California Air Resources Board  and the California Attorney General ("CA AG"), owners and lessees who choose to exclude themselves ("opt out") from the Class Settlement Program can still obtain an Approved Emissions Modification at no cost if one becomes available, but they will not be eligible for the restitution payments or Buyback / Lease Termination provided for by the Class Settlement Program.

**Environmental Relief**

On top of the compensation described above, under settlements with EPA and CARB, Volkswagen will pay $2.7 billion into a Trust.  The purpose of the Trust is to support environmental programs throughout the country that will reduce NOx in the atmosphere by an amount equal to or greater than the combined NOx pollution caused by the cars that are the subject of this lawsuit.  In addition, Volkswagen must spend $2 billion to promote non-polluting cars ("zero emissions vehicles" or "ZEV"), over and above any amount Volkswagen previously planned to spend on such technology.  EPA and CARB will oversee and monitor, and the Court will enforce, Volkswagen's compliance with the Trust payment and the ZEV investment.

**Attorneys' Fees**

In class actions, the court must approve all plaintiffs' attorneys' fees and costs. Volkswagen has agreed to pay the attorneys' fees and costs that the court approves in addition to the settlement benefits described above.  This means that Class Members will receive 100% of the compensation described in this Executive Summary, and that their compensation will not be reduced by attorneys' fees or costs.

**Summary**

This Class Settlement Program gives Volkswagen or Audi 2.0-liter TDI vehicle owners and lessees a choice between (1) a Buyback (based on pre-September 18, 2015 market value) or Lease Termination and (2) a free Approved Emissions Modification **plus** (3) a cash payment ranging, for most owners, from $5,100 to approximately $10,000 per vehicle.

Please note that this is only a summary of the settlement benefits.  The Class Settlement Program and the related government settlements are comprehensive agreements that address the concerns of hundreds of thousands of owners/lessees and several governmental entities, so there are many points that are not included in this summary.  The full details of the Class Settlement Program and the texts of the government settlements will be available online at www.VWCourtSettlement.com.

The Class Settlement Program and the related government settlements are subject to the Court's approval.

## Settlement Payments to Owners

The tables below show the range of possible payment amounts to owners under the Class Action Settlement.  The amount you will be offered depends on whether you choose a Buyback or an Approved Emissions Modification and your car's model year, model, trim level, and factory options.  The Approved Emissions Modification option will only be available if a modification is approved by the EPA and CARB.

If you choose the Buyback option, you will receive your car's September 2015 Clean Trade Vehicle Value, plus a cash payment, ranging from a minimum of $5,100 to nearly $10,000, depending on your vehicle.  If you choose the emissions modification option, you will receive a free modification plus the same cash payment.  The range of total cash payments is summarized in the chart below.

Your payment will be adjusted if your car has higher or lower than standard mileage when you bring it into a dealership to participate in the settlement program.  If your payment is subject to a mileage adjustment, the amount you receive may be different from what is shown below, but not less than $5,100.

These tables assume that you owned your car when the emissions accusations became public on September 18, 2015, and that you still own it.  If you no longer have your car or if you purchased it after September 18, 2015, then you will be offered a lesser amount, assuming you qualify for the settlement.

Beginning July 26, 2016, you can see the exact Buyback and Approved Emissions Modification payments for your car by visiting www.VWCourtSettlement.com and entering your Vehicle Identification Number (VIN), mileage, and other required information.



**Instructions**
Find your car's Model Year, Model, and Trim below

**Option 1**
Sell your car back to VW plus a cash payment for a combined total of:

**Option 2**
Keep your car, get a free modification to reduce emissions plus a cash payment of:

## Volkswagen Owners

| MODEL YEAR | MODEL AND TRIM | BUYBACK | APPROVED EMISSIONS MODIFICATION |
|---|---|---|---|
| 2009 | VW Jetta Sedan TDI | $12,475 - $14,025 | $5,100 - $5,100 |
| | VW Jetta SportWagen TDI | $13,600 - $15,125 | $5,100 - $5,100 |
| 2010 | VW Golf Hatchback 2D TDI | $15,025 - $16,877 | $5,100 - $5,302 |
| | VW Golf Hatchback 4D TDI | $15,500 - $17,447 | $5,100 - $5,397 |
| | VW Jetta Sedan TDI | $13,675 - $15,350 | $5,100 - $5,100 |
| | VW Jetta Sedan TDI Cup Street Edition | $15,625 - $17,087 | $5,100 - $5,337 |
| | VW Jetta SportWagen TDI | $14,775 - $16,607 | $5,100 - $5,257 |
| 2011 | VW Golf Hatchback 2D TDI | $17,657 - $19,817 | $5,432 - $5,792 |
| | VW Golf Hatchback 4D TDI | $18,497 - $20,657 | $5,572 - $5,932 |
| | VW Jetta Sedan TDI | $16,217 - $18,347 | $5,192 - $5,547 |
| | VW Jetta SportWagen TDI | $18,227 - $20,357 | $5,527 - $5,882 |
| 2012 | VW Golf Hatchback 2D TDI | $19,457 - $21,707 | $5,732 - $6,107 |
| | VW Golf Hatchback 4D TDI | $20,267 - $22,517 | $5,867 - $6,242 |
| | VW Jetta Sedan TDI | $18,317 - $20,867 | $5,542 - $5,967 |
| | VW Jetta SportWagen TDI | $19,907 - $22,097 | $5,807 - $6,172 |
| | VW Passat Sedan TDI SE | $19,007 - $21,467 | $5,657 - $6,067 |
| | VW Passat Sedan TDI SEL | $23,267 - $23,387 | $6,367 - $6,387 |
| 2013 | VW Beetle Coupe TDI | $20,627 - $23,447 | $5,927 - $6,397 |
| | VW Beetle Convertible TDI | $24,047 - $26,147 | $6,497 - $6,847 |
| | VW Golf Hatchback 2D TDI | $20,657 - $23,117 | $5,932 - $6,342 |
| | VW Golf Hatchback 4D TDI | $21,377 - $23,837 | $6,052 - $6,462 |
| | VW Jetta Sedan TDI | $20,777 - $23,897 | $5,952 - $6,472 |
| | VW Jetta SportWagen TDI | $23,357 - $25,727 | $6,382 - $6,777 |
| | VW Passat Sedan TDI SE | $21,587 - $24,257 | $6,087 - $6,532 |
| | VW Passat Sedan TDI SEL | $26,807 - $26,927 | $6,957 - $6,977 |
| 2014 | VW Beetle Coupe TDI | $22,907 - $25,847 | $6,307 - $6,797 |
| | VW Beetle Convertible TDI | $27,047 - $29,237 | $6,997 - $7,362 |
| | VW Golf Hatchback 4D TDI | $23,957 - $26,177 | $6,482 - $6,852 |
| | VW Jetta Sedan TDI | $21,137 - $26,117 | $6,012 - $6,842 |
| | VW Jetta SportWagen TDI | $26,657 - $29,117 | $6,932 - $7,342 |
| | VW Passat Sedan TDI SE | $26,117 - $28,877 | $6,842 - $7,302 |
| | VW Passat Sedan TDI SEL | $28,847 - $28,967 | $7,297 - $7,317 |

| MODEL YEAR | MODEL AND TRIM | BUYBACK | APPROVED EMISSIONS MODIFICATION |
|---|---|---|---|
| 2015 | VW Beetle Coupe TDI | $24,156 - $31,686 | $6,515 - $7,770 |
| | VW Beetle Convertible TDI | $27,937 - $33,835 | $7,145 - $8,128 |
| | VW Golf Hatchback 4D TDI S | $21,806 - $26,700 | $6,123 - $6,939 |
| | VW Golf Hatchback 4D TDI SE | $24,022 - $29,306 | $6,493 - $7,373 |
| | VW Golf Hatchback 4D TDI SEL | $24,022 - $31,728 | $6,493 - $7,777 |
| | VW Golf SportWagen TDI S | $24,043 - $28,588 | $6,496 - $7,254 |
| | VW Golf SportWagen TDI SE | $26,282 - $30,743 | $6,869 - $7,613 |
| | VW Golf SportWagen TDI SEL | $24,022 - $32,876 | $6,493 - $7,968 |
| | VW Jetta Sedan TDI S | $21,410 - $24,696 | $6,057 - $6,605 |
| | VW Jetta Sedan TDI SE | $22,800 - $26,458 | $6,289 - $6,899 |
| | VW Jetta Sedan TDI SEL | $24,809 - $30,149 | $6,624 - $7,514 |
| | VW Passat Sedan TDI SE | $28,367 - $31,127 | $7,217 - $7,677 |
| | VW Passat Sedan TDI SEL | $32,747 - $32,867 | $7,947 - $7,967 |

## Audi Owners

| MODEL YEAR | MODEL AND TRIM | BUYBACK | APPROVED EMISSIONS MODIFICATION |
|---|---|---|---|
| 2010 | Audi A3 TDI Premium | $18,947 - $20,627 | $5,647 - $5,927 |
| | Audi A3 TDI Premium Plus | $20,627 - $23,267 | $5,927 - $6,367 |
| 2011 | Audi A3 TDI Premium | $21,287 - $23,267 | $6,037 - $6,367 |
| | Audi A3 TDI Premium Plus | $23,297 - $26,867 | $6,372 - $6,967 |
| 2012 | Audi A3 TDI Premium | $23,717 - $25,727 | $6,442 - $6,777 |
| | Audi A3 TDI Premium Plus | $26,357 - $30,077 | $6,882 - $7,502 |
| 2013 | Audi A3 TDI Premium | $25,517 - $27,647 | $6,742 - $7,097 |
| | Audi A3 TDI Premium Plus | $29,357 - $33,287 | $7,382 - $8,037 |
| 2015 | Audi A3 TDI Premium | $31,805 - $39,413 | $7,790 - $9,058 |
| | Audi A3 TDI Premium Plus | $34,064 - $43,998 | $8,166 - $9,822 |
| | Audi A3 TDI Prestige | $39,076 - $44,176 | $9,002 - $9,852 |

## Settlement Payments to Lessees

The tables below show the range of possible payment amounts to lessees under the Class Action Settlement.  The amount you will be offered depends on your car's model year, model, trim level, and factory options.  The amount you will be offered will be the same whether you choose a Lease Termination or an Approved Emissions Modification or no longer have an active lease.  The Approved Emissions Modification option will only be available if a modification is approved by the EPA and CARB.

These tables assume that you had a leased car with VW Credit, Inc. when the emissions accusations became public on September 18, 2015, and that you did not purchase that car on or before June 28, 2016.  If you purchased your leased car on or before June 28, 2016, then you are considered an owner and should use the tables on the previous two pages to find your payment range.

Beginning July 26, 2016, you can see the exact Lessee Restitution payment amount for your car by visiting www.VWCourtSettlement.com and entering your Vehicle Identification Number (VIN) and other required information.



Instructions
Find your car's Model Year, Model, and Trim below

**Volkswagen Lessees**

| Model Year | Model and Trim | Lessee Payment |
|---|---|---|
| 2011 | VW Jetta Sedan TDI | $2,634 - $2,807 |
| | VW Jetta SportWagen TDI | $2,877 - $2,922 |
| 2012 | VW Golf Hatchback 2D TDI | $2,902 - $3,062 |
| | VW Golf Hatchback 4D TDI | $2,969 - $3,157 |
| | VW Jetta Sedan TDI | $2,807 - $3,019 |
| | VW Jetta SportWagen TDI | $2,939 - $3,122 |
| | VW Passat Sedan TDI SE | $2,864 - $3,069 |
| | VW Passat Sedan TDI SEL | $3,219 - $3,229 |
| 2013 | VW Beetle Coupe TDI | $2,999 - $3,234 |
| | VW Beetle Convertible TDI | $3,284 - $3,459 |
| | VW Golf Hatchback 2D TDI | $3,002 - $3,207 |

| Model Year | Model and Trim | Lessee Payment |
|---|---|---|
| | VW Golf Hatchback 4D TDI | $3,062 - $3,267 |
| | VW Jetta Sedan TDI | $3,012 - $3,272 |
| | VW Jetta SportWagen TDI | $3,227 - $3,424 |
| | VW Passat Sedan TDI SE | $3,079 - $3,302 |
| | VW Passat Sedan TDI SEL | $3,514 - $3,524 |
| 2014 | VW Beetle Coupe TDI | $3,189 - $3,434 |
| | VW Beetle Convertible TDI | $3,537 - $3,717 |
| | VW Golf Hatchback 4D TDI | $3,277 - $3,462 |
| | VW Jetta Sedan TDI | $3,042 - $3,457 |
| | VW Jetta SportWagen TDI | $3,502 - $3,707 |
| | VW Passat Sedan TDI SE | $3,457 - $3,687 |
| | VW Passat Sedan TDI SEL | $3,684 - $3,694 |
| 2015 | VW Beetle Coupe TDI | $3,314 - $3,915 |
| | VW Beetle Convertible TDI | $3,650 - $4,052 |
| | VW Golf Hatchback 4D TDI S | $3,064 - $3,364 |
| | VW Golf Hatchback 4D TDI SE | $3,348 - $3,689 |
| | VW Golf Hatchback 4D TDI SEL | $3,553 - $3,886 |
| | VW Golf SportWagen TDI S | $3,284 - $3,471 |
| | VW Golf SportWagen TDI SE | $3,528 - $3,834 |
| | VW Golf SportWagen TDI SEL | $3,713 - $4,008 |
| | VW Jetta Sedan TDI S | $3,064 - $3,446 |
| | VW Jetta Sedan TDI SE | $3,239 - $3,468 |
| | VW Jetta Sedan TDI SEL | $3,406 - $3,755 |
| | VW Passat Sedan TDI SE | $3,644 - $3,874 |
| | VW Passat Sedan TDI SEL | $4,009 - $4,019 |

## Audi Lessees

| Model Year | Model and Trim | Lessee Payment |
|---|---|---|
| 2012 | Audi A3 TDI Premium | $3,287 - $3,344 |
| | Audi A3 TDI Premium Plus | $3,534 - $3,782 |
| 2013 | Audi A3 TDI Premium | $3,439 - $3,519 |
| | Audi A3 TDI Premium Plus | $3,729 - $4,052 |
| 2015 | Audi A3 TDI Premium | $3,931 - $4,616 |
| | Audi A3 TDI Premium Plus | $4,122 - $4,955 |
| | Audi A3 TDI Prestige | $4,536 - $4,899 |



9/29/2016

**NADA Used Cars/Trucks**

The Law Offices of Maloney and Campolo

Diane Suniga

926 S Alamo St
San Antonio, TX 78205
210-922-2200
cfurgeson@maloneyandcampolo.com

## Vehicle Information

| | |
|---|---|
| Vehicle: | **2013 Volkswagen Passat Sedan 4D SEL TDI 2.0L I4 T-Diesel** |
| Region: | Southwestern |
| Period: | September 18, 2015 |
| VIN: | 1VWCN7A39DC031264 |
| Mileage: | 34,348 |
| Base MSRP: | $32,915 |
| Typically Equipped MSRP: | $33,710 |
| Weight: | 3,459 |

## NADA Used Cars/Trucks Values

| Auction* | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Low | $15,200 | $594 | $0 | **$15,794** |
| Average | $17,875 | $594 | $0 | **$18,469** |
| High | $20,575 | $594 | $0 | **$21,169** |
| Trade-In | | | | |
| Rough | $16,925 | $650 | $0 | **$17,575** |
| Average | $18,525 | $650 | $0 | **$19,175** |
| Clean | $19,850 | $650 | $0 | **$20,500** |
| Clean Loan | $17,875 | $650 | $0 | **$18,525** |
| Clean Retail | $22,925 | $650 | $0 | **$23,575** |

*The auction values displayed include typical equipment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain and trim

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Navigation System | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body |
| Leather Seats | w/body | w/body |
| Power Sunroof | w/body | w/body |

**EXHIBIT**

**25**

tabbies

NADA User Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association  used under license by J D Power and Associates.
©2016 J D Power and Associates



# Your AutoCheck Vehicle History Report

Report run date  July 15, 2016 16 09 7 EDT

## 2013 Volkswagen Passat SE 2.0 TDI

**VIN:** 1VWBN7A33DC120906

**Year:** 2013

**Make:** Volkswagen

**Model:** Passat SE 2 0 TDI

**Style/Body:** Sedan 4D

**Class:** Mid Range Car - Premium

**Engine:** 2 0L I4 DI

**Country of Assembly:** United States

**Vehicle Age:** 3

**Calculated Owners:** 2



**MULTIPLE OWNERS**

Calculated Owners  2

 **Accident Check**
Reported Accidents  1

 **Title and Problem Check**
Major title or other problem(s) reported

 **Odometer Check**
Your vehicle checks out
Last Reported Odometer  36 938

 **Vehicle Use and Event Check**
Specific vehicle use(s) or events reported

This vehicle's AutoCheck Score



The AutoCheck Score is a summary of your vehicle's history  It lets you compare similar vehicles with ease.

This vehicle does not qualify for Buyback Protection



DOES NOT QUALIFY FOR BUYBACK PROTECTION

Unfortunately, this vehicle does not qualify for our Buyback Protection program.

Continued on next page

EXHIBIT
26

No odometer problem title record

**Rebuilt/rebuildable title record(s)**

**Salvage title or salvage auction record(s)**

No water damaged title record

No NHTSA crash test record

No frame/unibody damage record

No recycling facility record

# Odometer Check



**Your vehicle checks out:** AutoCheck examined the reported odometer readings reported to AutoCheck for this 2013 Volkswagen Passat SE 2 0 TDI (1VWBN7A33DC120906) and no indication of an odometer rollback or tampering was found  AutoCheck uses business rules to determine if reported odometer readings are significantly less than previously reported values  Not all reported odometer readings are used  Title and auction events also report odometer tampering or breakage.

| 0 Problem(s) Reported: | Mileage | Date Reported |
|---|---|---|
|  | 132 | 09/24/2013 |
|  | 29,000 | 09/03/2014 |
|  | 36,938 | 03/19/2015 |

# Vehicle Use and Event Check



**Information Reported:** AutoCheck shows additional vehicle uses or events reported to AutoCheck for this 2013 Volkswagen Passat SE 2 0 TDI (1VWBN7A33DC120906)  This includes reported vehicle uses such as rental or lease, and events such as whether the vehicle has been reported to have had a loan/lien or duplicate title issued  Other events show if the vehicle has a reported accident and how many calculated accidents or if it has been reported stolen or repossessed  It is recommended to have pre-owned vehicles inspected by a third party prior to purchase

| 0 Event(s) | 6 Vehicle uses checked: |
|---|---|

# Detailed Vehicle History

Below are the historical events for this vehicle listed in chronological order. Any discrepancies will be in bold text.



**MULTIPLE OWNERS**
Calculated Owners: 2

**Report Run Date:** July 15, 2016 16 09 7 EDT
**Vehicle:** 2013 Volkswagen Passat SE 2.0 TDI (1VWBN7A33DC120906)

| Event Date | Event Location | Odometer Reading | Data Source | Event Detail |
|---|---|---|---|---|
| 08/23/2013 | | | Independent Source | VEHICLE MANUFACTURED AND SHIPPED TO DEALER |
| 09/24/2013 | EAGLEVILLE, TN | 132 | Motor Vehicle Dept | TITLE (Title # 91775988) (Lien Reported) REGISTRATION EVENT/RENEWAL |
| 09/26/2013 | EAGLEVILLE, TN | | Motor Vehicle Dept. | TITLE (Title # 91775988) (Lien Reported) |
| 09/03/2014 | TN | 29,000 | Motor Vehicle Dept. | PASSED EMISSION INSPECTION |
| 09/06/2014 | EAGLEVILLE, TN | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL |
| 12/30/2014 | LA | | Auto Insurance Source | VEHICLE REPORTED AS TOTAL LOSS VEHICLE LOSS CAUSED BY COLLISION |
| 12/30/2014 | LA | | State Agency | ACCIDENT REPORTED (Case # 20140048838) |
| 12/30/2014 | LA | | Police Report | ACCIDENT REPORTED (Case # 20140048838) |
| 12/30/2014 | LA | | State Agency | MINOR DAMAGE REPORTED |
| 03/19/2015 | NASHVILLE, TN | 36,938 | Motor Vehicle Dept | TITLE (Title # S0918599) |
| 03/19/2015 | NASHVILLE, TN | | Motor Vehicle Dept. | REBUILT/REBUILDABLE SALVAGE |
| 04/16/2015 | AUSTIN, TX | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL REBUILT/REBUILDABLE SALVAGE |
| 04/23/2015 | AUSTIN, TX | | Motor Vehicle Dept. | TITLE (Title #:22732642108131933) REBUILT/REBUILDABLE SALVAGE |
| 03/01/2016 | TX | | Motor Vehicle Dept. | REBUILT/REBUILDABLE SALVAGE |
| 04/01/2016 | AUSTIN, TX | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL REBUILT/REBUILDABLE SALVAGE |

**About AutoCheck**

AutoCheck vehicle history reports by Experian Automotive is the leading vehicle history reporting service  With expert data handling, the Experian Automotive database houses over 4 billion records on a half a billion vehicles  Every AutoCheck vehicle history report will give you confidence when buying or selling your next used vehicle, with superior customer service every step of the way.

**Patent Notice**

Certain aspects of this vehicle history report may be covered by U.S  Patent 8,005,759

# Volkswagen Vehicle Questionnaire

Your Vehicle Identification Number (VIN):

1. Current odometer reading:
2. Is this vehicle registered to a business or company?
3. Vehicle Registration Address (This could be different than your mailing address. This is the address on file with the state department of motor vehicles)
4. Do you currently either own or lease this vehicle?
5. Which of the statements below most accurately describes the ownership or lease of this vehicle?
   - I own this vehicle. There is no loan on this vehicle title.
   - I own this vehicle. There is an outstanding loan attached to the title that I make payments on.
   - I lease this vehicle.
6. Did you purchase this vehicle at the end of a lease from Volkswagen Credit, Inc. or Audi Financial Services?
7. Please enter the date (exact or approximate) that you purchased or leased the vehicle.
8. Do you have an outstanding balance on your vehicle?
   - If so, with who?
   - What is the account number?
   - What is the current account balance?
9. Has the odometer ever been broken, altered or replaced?
10. Did your vehicle have a Branded Title of Assembled, Dismantled, Flood, Junk, Rebuilt, Reconstructed, or Salvaged on September 18, 2015?
11. Was your vehicle acquired by any person or entity from a junkyard or salvage yard after September 18, 2015?
12. Can your vehicle be driven under its own 2.0L TDI engine power?

**Please provide us with copies of:**
- **Purchase order**
- **Current vehicle registration**
- **Service repairs (we will not need copies for oil changes, tire changes, lamp replacements ect.)**
- **Driver's license**



# Cuestionario de vehículo Volkswagen

( Su número de identificación de vehículo (VIN):

1. Lectura actual del odómetro:
2. Es este vehículo registrada a un negocio o empresa?
3. Dirección de registro de vehículo (puede ser diferente de su dirección de correo. Esta es la dirección registrada en el Departamento de estado de los vehículos de motor)
4. ¿Actualmente ya sea propio o alquilar este vehículo?
5. Cuál de las afirmaciones a continuación la mayoría describe con precisión la propiedad o contrato de arrendamiento de este vehículo?
   - Soy propietario de este vehículo. No hay ningún préstamo en este título del vehículo.
   - Soy propietario de este vehículo. Hay un préstamo excepcional unido al título que hacer pagos en.
   - Arrendamiento de este vehículo.
6. ¿Compró este vehículo al final de un contrato de arrendamiento de Volkswagen Crédito, Inc. o Audi Financia Services?
7. Introduce la fecha (exacta o aproximada) que compró o arrendó el vehículo.
8. Usted tiene un saldo pendiente en su vehículo?
   - ¿Si es así, con qué?
   - ¿Cuál es el número de cuenta?
   - ¿Qué es la balanza por cuenta corriente?
9. ¿El odómetro nunca se rompe, alterado o sustituye?
10. ¿Su vehículo tenía una marca título de montar, desmontar, inundaciones, basura, reconstruido, reconstruyó o Salvaged en 18 de septiembre de 2015?
11. Fue su vehículo adquirido por cualquier persona o entidad de una yarda de la chatarra o salvamento después de 18 de septiembre de 2015?
12. Puede conducir su vehículo bajo su propia potencia del motor 2.0L TDI?

**Por favor nos proporciona con copias de:**
   - **Orden de compra**
   - **Matrícula actual**
   - **Servicio de reparaciones (no necesitamos copias para cambios de aceite, cambios de neumáticos, repuestos de lámpara ect.)**
   - **Licencia de conducir**

**VIN: 1VWCN7A35EC070984**
☐ **Your Current Mileage:** 19200
☐ **Your Estimated Monthly Mileage:** 1042

# Vehicle Buyback

## ESTIMATED TOTAL
## $31,216.73

☐Tentative Return Date
Enter date

Vehicle Return Amount
$23,525.00

Additional Restitution
$7,691.73

Total Buyback Amount Before Loan Payoff
$31,216.73

☐ Total Outstanding Loan Amount
**$27,394.33**

☐ Amount VW Will Pay Your Lender
**-$27,394.33**

**Amount VW Will Pay to You**
**$3,822.40**

☐ **Projected Mileage at Return**
**20,001 -25,000**

Buybacks are available to Eligible Owners who choose to **return their vehicles** for payment. The total offer compensates you for your vehicle and the cost of purchasing another vehicle, and it includes two components: 1) your vehicle return amount derived from the September 2015 NADA Used Car Guide Clean Trade including manufacturer-installed options; plus 2) additional restitution, which is the sum of a set percentage of the vehicle return amount and a flat dollar amount.

**I am interested in the Buyback option. (You may change this selection later).**

EXHIBIT
28
tabbies

# Emissions Modification & Extended Emissions Warranty
## (if approved by EPA & CARB)

( 

## ESTIMATED TOTAL
## $7,691.73

☐Tentative Modification Date:
Enter date

☐ **Projected Mileage at Modification**
**20001 - 25000**

Current Owners and Lessees who choose to **keep their vehicles** and receive an Approved Emissions Modification free of charge will receive an additional restitution payment, calculated using two components: 1) a percentage of the September 2015 NADA Used Car Guide Clean Trade including manufacturer-installed options; and 2) a flat dollar amount.

Vehicles receiving the approved emissions modification will also receive an **extended emissions warranty** covering the emissions system of the eligible vehicle.

( **I am interested in the Emissions Modification option, if approved. (You may change this election later).**

**VIN: 1VWBN7A34EC043223**

☐ **su kilometraje actual:** 48994
☐ **su kilometraje mensual estimada:** 1042

## Recompra del vehículo

**TOTAL ESTIMADO**
**$26,926.73**

☐ Fecha de retorno de tentative

Cantidad de devolución de vehículo
$19,950.00
Restitución adicional
$6,976.73
Total monto de recompra antes de pago de préstamo
$26,926.73
☐ Cantidad total de préstamos pendientes
**$18,378.38**
☐ Cantidad de VW se paga el prestamista
**-$18,378.38**
**Cantidad VW voluntad paga a usted**
**$8,548.35**
☐ **Kilometraje proyectado en retorno**
**50,001 -55,000**

Recompras están disponibles para los propietarios elegibles que deseen **devolver sus vehículos** para el pago. La oferta total te compensa su vehículo y el costo de la compra de otro vehículo, e incluye dos componentes: 1) la cantidad de retorno de su vehículo derivado del septiembre de 2015 NADA usado coche guía limpia comercio incluyendo opciones instaladas por el fabricante; Además 2) restitución adicional, que es la suma de un porcentaje determinado del vehículo devolver cantidad y una cantidad fija de dólares.

**Estoy interesado en la opción de recompra. (Usted puede cambiar esta selección más adelante).**

# Modificación de las emisiones y emisiones extendida garantía
## (si es aprobada por EPA & CARB)

**TOTAL ESTIMADO**
**$6,976.73**

☐ Fecha de modificación de tentative

☐ **Kilometraje proyectado en la modificación**

**50001 - 55000**

Propietarios y arrendatarios que deciden **mantener sus vehículos** y reciban una modificación aprobada las emisiones de forma gratuita recibirán un pago de restitución adicional, calculado mediante dos componentes: 1) un porcentaje de la de septiembre de 2015 NADA usado coche guía limpia comercio incluyendo opciones instaladas por el fabricante; y 2) una cantidad fija de dólares.

Vehículos reciben la modificación de emisiones aprobado recibirá también una **garantía extendida de emisiones** que el sistema de emisiones del vehículo elegible.

**Estoy interesado en la opción de modificación de emisiones, si se aprueba. (Usted puede cambiar esta selección más adelante).**

Attached are the offers available to you for the Volkswagen Settlement Program, along with a letter from your attorney, Tim Maloney, which will help answer any questions you may have as you make a decision about your offer  Please review these documents, then complete, sign, and return the attached Volkswagen Settlement Decision form  If you intend to opt-out of Volkswagen's settlement or emissions modification offers to pursue an individual lawsuit, you will also need to complete and sign the Opt Out Form

Included in this email are:
1   Your Buyback & Emissions Modification Offers for the Volkswagen Settlement Program
2   A letter from your Attorney
3.  The Opt Out Form
4   A Volkswagen Settlement Decision Form

You must choose one of the following options:
1     Buyback
2     Emissions Modification
3     Individual Lawsuit

If you decide to accept the buyback or emissions modification, your settlement offer will not be considered a claim until the Court approves the final settlement, which will occur in Fall 2016 (approximately October/November)  If you wish to opt-out of the Volkswagen Settlement (buyback or emissions modification) to pursue an individual lawsuit, we must submit a signed authorization form to the Court  **The deadline to have your opt-out form submitted to the Court is** September 16, 2016.  This means that we will need the attached Opt Out Form signed as soon as possible, **but no later than September 12th**, 2016, so that we can have it submitted by the imposed deadline  **You will NOT be able to opt out after the September 16th deadline, so it is very important that you inform us immediately if you are choosing to opt out**

Please note: **once you opt-out of VW's class settlement, you cannot go back and opt in at a later date**  Only complete and sign the Opt-Out Form if you are certain you want to file an individual lawsuit  If you are happy with Volkswagen's offer and are planning to return your vehicle in October/November, or if you are keeping your vehicle and accepting the emissions modification, there is no need to sign the Opt-Out Form  We will submit your claim and continue to update you on the progress of your settlement  **Whichever option you decide on, please complete the attached Volkswagen Settlement Decision form and return it to us as soon as possible** so we know how we will need to proceed with your case

The attached letter from your attorney should answer any questions you may have regarding filing an individual lawsuit  You should also have received a packet in the mail from Volkswagen, which will answer any questions you may have regarding the Volkswagen Class Settlement Program options (buyback and emissions modification)  If you haven't received the packet, please go to https //www vwcourtsettlement com/en/ to find this information

Due to the upcoming deadlines, it may be difficult to reach me by phone, as we are working diligently to prepare offers  or all our clients  If you have any further questions as you make your decision, please email me and I will respond as soon as possible

EXHIBIT

29

Unido son las ofertas disponibles a usted para el programa de asentamientos de Volkswagen, junto con una carta de su abogado, Tim Maloney, que le ayudará a responder a cualquier pregunta que tenga que tomar una decisión sobre su oferta. Por favor revisar estos documentos, a continuación, completar, firmar y devolver el formulario de la decisión del establecimiento de Volkswagen. Si desea optar por solución de Volkswagen o modificación de emisiones ofrece a perseguir una demanda individual, usted también necesitará completar y firmar el formulario Opt hacia fuera.

Incluido en este correo son:
1. La readquisición de acciones y modificación de emisiones ofrece para el programa de asentamientos de Volkswagen
2. Una carta de su abogado
3. El Opt hacia fuera de forma
4. Una forma de decisión del establecimiento de Volkswagen

Debe elegir una de las siguientes opciones:
1. readquisición de acciones
2. las emisiones modificación
3. cada demanda

Si decides aceptar la modificación de recompra o las emisiones, su oferta no se considerará una demanda hasta que el Tribunal apruebe el acuerdo final, que tendrá lugar en 2016 de otoño (octubre y noviembre, aproximadamente). Si desea optar por el establecimiento de Volkswagen (modificación de recompra o emisiones) a perseguir una demanda individual, nosotros debemos presentar un formulario de autorización firmado ante el Tribunal. **La fecha límite para tener el formulario opt-hacia fuera sometido a la corte es 16 de septiembre de 2016.** Este significa que vamos a necesitar el Opt hacia fuera formulario adjunto firmado tan pronto como sea posible, **pero no más tarde del 12 de septiembre[th], 2016,** de modo que podamos lo tenemos presentado en el plazo impuesto. **Que usted no podrá optar después del mes de septiembre fecha límite 16 de[mayo]** , por lo que es muy importante que usted nos informe inmediatamente si elige excluirse.

Nota: **una vez que usted optar por solución de clase de VW, no puede volver y optar en una fecha posterior**. Solamente completar y firmar el formulario Opt-Out si está seguro de que desea presentar una demanda individual. Si usted es feliz con la oferta de Volkswagen y planea devolver su vehículo en octubre y noviembre, o si usted está manteniendo su vehículo y aceptación de la modificación de emisiones, no hay para firmar el formulario Opt-Out. Presentar su reclamo y seguir para actualizarlo sobre la marcha de su establecimiento. **Cualquier opción de decidir, por favor complete el formulario de la decisión del establecimiento de Volkswagen y volver a nosotros tan pronto como sea posible** para saber cómo tenemos que proceder con su caso.

La carta adjunta de la fiscalía debe responder a cualquier pregunta que tenga con respecto a presentar una demanda individual. Usted también debería haber recibido un paquete en el correo de Volkswagen, que responderá a cualquier pregunta que pueda tener con respecto a las opciones de programa de establecimiento de la clase de Volkswagen (modificación de la readquisición de acciones y emisiones). Si no has recibido el paquete, por favor vaya a https://www.vwcourtsettlement com/en/ encontrar esta información.

Debido a los próximos plazos, puede ser difícil llegar a nuestra oficina por teléfono, como estamos trabajando diligentemente para preparar ofertas para todos nuestros clientes. Si usted tiene cualquier preguntas más otra que usted tome su decisión, por favor envíeme un correo electrónico y responderá tan pronto como sea posible.

**VIN:  3VWLL7AJ7EM282109**
☐ **Your Current Mileage:** 57105
☐ **Your Estimated Monthly Mileage:** 1042

# Vehicle Buyback

## ESTIMATED TOTAL
## $21,609.03

☐Tentative Return Date
Enter date _____

Vehicle Return Amount
$14,925.00

Additional Restitution
$5,971.73

Total Buyback Amount Before Loan Payoff
$20,896.73

☐ Total Outstanding Loan Amount
$21,609.03

Loan Amount that VW Will Pay in addition to Buyback Amount
$712.30

☐ **Amount VW Will Pay Your Lender**
**-$21,609.03**

**Amount VW Will Pay to You**
**$0.00**

☐ **Projected Mileage at Return**
**55,001 -60,000**

Buybacks are available to Eligible Owners who choose to **return their vehicles** for payment. The total offer compensates you for your vehicle and the cost of purchasing another vehicle, and it includes two components: 1) your vehicle return amount derived from the September 2015 NADA Used Car Guide Clean Trade including manufacturer-installed options; plus 2) additional restitution, which is the sum of a set percentage of the vehicle return amount and a flat dollar amount.

**I am interested in the Buyback option. (You may change this selection later).**

EXHIBIT

30

# Emissions Modification & Extended Emissions Warranty
## (if approved by EPA & CARB)

( 

**ESTIMATED TOTAL**
**$5,971.73**

☐ Tentative Modification Date:
Enter date

☐ **Projected Mileage at Modification**
**55001 - 60000**

Current Owners and Lessees who choose to **keep their vehicles** and receive an Approved Emissions Modification free of charge will receive an additional restitution payment, calculated using two components: 1) a percentage of the September 2015 NADA Used Car Guide Clean Trade including manufacturer-installed options; and 2) a flat dollar amount.

Vehicles receiving the approved emissions modification will also receive an **extended emissions warranty** covering the emissions system of the eligible vehicle.

**I am interested in the Emissions Modification option, if approved. (You may change this**
( **selection later).**

**VIN: 3VWLA7AJ0FM342013**

☐ **su kilometraje actual:** 31844

☐ **su kilometraje mensual estimada:** 1042

## Recompra del vehículo

**TOTAL ESTIMADO**
**$27,831.53**

Fecha de retorno de ☐tentative

Escriba la fecha

11/1/2016

Cantidad de devolución de vehículo

$20,704.00

Restitución adicional

$7,127.53

Total monto de recompra antes de pago de préstamo

$27,831.53

☐ Cantidad total de préstamos pendientes

**)23,597.68**

☐ Cantidad de VW se paga el prestamista

**-$23,597.68**

**Cantidad VW voluntad paga a usted**

**$4,233.85**

**Kilometraje ☐ proyectado en retorno**

**30,001-35,000**

Recompras están disponibles para los propietarios elegibles que deseen **devolver sus vehículos** para el pago. La oferta total te compensa su vehículo y el costo de la compra de otro vehículo, e incluye dos componentes: 1) la cantidad de retorno de su vehículo derivado del septiembre de 2015 NADA usado coche guía limpia comercio incluyendo opciones instaladas por el fabricante; Además 2) restitución adicional, que es la suma de un porcentaje determinado del vehículo devolver cantidad y una cantidad fija de dólares.

**Estoy interesado en la opción de recompra. (Usted puede cambiar esta selección más adelante).**

# Modificación de las emisiones y emisiones extendida garantía
## (si es aprobada por EPA & CARB)

**TOTAL ESTIMADO**
**$7,127.53**

Fecha de modificación de ☐tentative
Escriba la fecha

| 11/8/2016

**Modificación inicial**
**$4,751.69**

**Modificación posterior**
**$2,375.84**

Si se aprueba una modificación de emisiones de EPA y CARB, sus vehículos elegibles tendrá que ser modificada en dos etapas. Usted recibirá dos tercios (2/3) el pago de restitución sobre la terminación de la modificación inicial y el tercio (1/3 restante) el pago de restitución al término de la modificación posterior. Además, usted también recibirá un cambio de aceite gratis y filtro de aceite en los posteriores. Si no posee o arrienda el vehículo cuando recibe la modificación posterior, el propietario o el arrendatario en el momento se tendrá derecho a recibir el pago de modificación posterior.

Propietarios y arrendatarios que deciden **mantener sus vehículos** y reciban una modificación aprobada las emisiones de forma gratuita recibirán un pago de restitución adicional, calculado mediante dos componentes: 1) un porcentaje de la de septiembre de 2015 NADA usado coche guía limpia comercio incluyendo opciones instaladas por el fabricante; y 2) una cantidad fija de dólares.

Vehículos reciben la modificación de emisiones aprobado recibirá también una **garantía extendida de emisiones** que el sistema de emisiones del vehículo elegible.

**Estoy interesado en la opción de modificación de emisiones, si se aprueba. (Usted puede cambiar esta selección más adelante).**



# LAW OFFICES
## OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL L. CAMPOLO*
pcampolo@maloneyandcampolo.com

August 24, 2016

TO. ALL VOLKSWAGEN CLIENTS

I know this is an exciting, yet confusing time. Should you take the settlement? What are your options? Should you opt out and continue to pursue an individual lawsuit?

Let's address these issues in order:

Depending on the State in which you reside, pursuing a DTPA (Deceptive Trade Practices Act), against Volkswagen will take approximately a year to eighteen months to conclude   While I feel these are some of the strongest DTPA claims that I have ever come across, the amount of damages can be left in the hands of a jury, which at times, is unpredictable. There are certain automatic damages, if for example, the jury finds that fraud was committed   These damages can actually triple the amount of the award.

The difficulty in opting out is what happens to your automobile. Unfortunately, it would require continuing to drive your vehicle   Also, it would be extremely difficult to sell it without the emissions fix.

The bottom line is, you want to know whether it is worth pursuing individual cases, instead of accepting Volkswagens offer. Quite frankly, that is a personal decision because the business aspects are the time benefit of money, meaning getting paid within the next 60 to 90 days after final approval in October 2016, or pursuing litigation which may take approximately a year to a year and a half. The numbers that we are seeing from Volkswagen aren't insulting, and are in actuality, decent, and pretty fair.

The bottom line is·
1. In order to pursue litigation you can count on another year or year and a half and you would have to hold on to your vehicle perhaps in an unrepaired state until a deal could be worked out with Volkswagen on effectuating the emissions control fix.
2. These are very strong DTPA claims, but they are time consuming and they are left to the vagaries of the jury system.
3. The most enticing aspect of the Volkswagen settlement for you, the client, is the fact that Volkswagen is offering a fair and reasonable amount of money.

We will of course, keep you informed of any developments as soon as we have them.

Sincerely,

Tim Maloney

TM:mcl

926 S. Alamo, San Antonio, Texas 78205
Telephone (210)922-2200 • Toll Free (888)513-6198 • Facsimile (2
www.maloneyandcampolo.com
*Licensed in Illinois

EXHIBIT
31



# LAW OFFICES
## OF
# MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO*
p.campolo@maloneyandcampolo.com

PARA: TODOS LOS CLIENTES DE VOLKSWAGEN

Sé que este es un emocionante, todavía confuso momento. ¿Debe usted tomar el establecimiento? ¿Cuáles son sus opciones? ¿Debe optar y seguir con una demanda individual?

Vamos a tratar estos temas en orden:

Dependiendo del estado en el que resides, frunciendo un DTPA (Ley de prácticas engañosas del comercio), contra Volkswagen llevará aproximadamente un año a dieciocho meses para concluir. Mientras que siento son algunas de las afirmaciones DTPA más fuerte que jamás he encontrado, la cantidad de daños, puede dejarse en manos de un jurado, que a veces es impredecible. Hay ciertos daños automáticos, si el jurado encuentra por ejemplo que el fraude se cometió. Estos daños realmente pueden triplicar la cantidad del premio.

La dificultad de optar hacia fuera es lo que pasa a su automóvil. Por desgracia, debe continuar conducir su vehículo, si está todavía en su posesión; y sería muy difícil vender sin optar en la corrección de las emisiones.

La conclusión es que usted quiere saber si vale la pena frunciendo los casos individuales, en lugar de aceptar la oferta de Volkswagens. Francamente, eso es una decisión personal porque los aspectos de negocio son el beneficio de tiempo de dinero, lo que significa recibiendo pago dentro de los próximos 60 a 90 días, que o fruncir litigio en el sistema legal que puede implicar una espera de aproximadamente un año a un año y medio. Los números que estamos viendo de Volkswagen no totalmente insultantes y son en realidad decente. Algunos pueden discrepar, pero de ninguna manera son insultantes.

Por lo tanto la conclusión es:

1. Para llevar a cabo litigios puede contar con un año o año y medio y usted tendría que aferrarse a su vehículo tal vez en un estado rupturas hasta que un acuerdo podría ser trabajado con Volkswagen en efectuar la revisión de control de emisiones.
2. Estos son reclamos muy fuertes de DTPA, pero son lentos, se dejan a los caprichos del sistema jurado.
3. El aspecto más atractivo del establecimiento de Volkswagen para usted, el cliente, es el hecho de que Volkswagen es pagar todos los honorarios asociados con esta afirmación.

Vamos a por supuesto, manteneros informados de cualquier avance tan pronto como los tengamos.

Atentamente,

Tim Maloney

926 S. Alamo, San Antonio, Texas 78205
Telephone (210)922-2200 • Toll Free (888)513-6198 • Facsimile (210)923-1313
www.maloneyandcampolo.com
*Licensed in Illinois

# Volkswagen Opt Out Authorization

Name:

Address:

Phone Number:

Make/Model/Year of Vehicle:

Vehicle Identification # (VIN):

I am a (please circle one):            Owner            Lessee

I _____ wish to exclude myself from the Class Action Settlement in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,* No. 3:15-md-2672 (N.D. Cal.);

I understand that this means I am opting out of both the buyback and emissions modification offers.

Printed Name: _____

Your Signature _____ Date: _____

**EXHIBIT**

**32**

# Volkswagen opta por autorización

Nombre:

Dirección:

Número de teléfono:

Marca/modelo/año del vehículo:

Identificación del vehículo (VIN) de #:

Soy un (por favor circule uno): propietario arrendatario

Yo, _____ deseo excluirme del establecimiento de la acción de clase en *en re: Volkswagen "Diesel limpio" Marketing, prácticas de ventas y litigios de responsabilidad de productos,* Nº 3:15-md-2672 (N.D. caloría.);

Entiendo que esto significa que estoy optando fuera de la readquisición de acciones y emisiones oferta de modificación.

Imprimir nombre: _____

Su firma fecha _____

# Volkswagen Settlement Decision

I _____ wish to accept the _____ offer.

      (Print Name)                                                    (buyback or emissions modification)

## Or

I _____ wish to move forward with an individual lawsuit.

      (Print Name)

*Opt Out Authorization must be sent to our office immediately. Our office has to receive it by September 12th.

Signature _____

**EXHIBIT**

**33**



# LAW OFFICES
## OF
## MALONEY & CAMPOLO, L.L.P.

TIM MALONEY*
tmaloney@maloneyandcampolo.com

PAUL E. CAMPOLO*
p.campolo@maloneyandcampolo.com

## Decisión del establecimiento de Volkswagen

Yo, _____ deseo aceptar la oferta de _____.

    (Nombre en imprenta) (modificación de recompra o emisiones)

## O

Yo, _____ deseo seguir adelante con una demanda individual.

    (Nombre en imprenta)

\* Opt hacia fuera autorización deben enviarse a nuestra oficina inmediatamente. Nuestra oficina tiene que recibir por 12 de septiembre[th].

Firma _____

926 S. Alamo, San Antonio, Texas 78205
Telephone (210)922-2200 • Toll Free (888)513-6198 • Facsimile (210)923-1313
www.maloneyandcampolo.com
*Licensed in Illinois

**From:** ███████████████████
**Sent:** Wednesday, September 07, 2016 9:29 PM
**To:** ███████████████████

**Subject:** Re: Your Volkswagen Settlement Offer & Decision

I wish to file the individual lawsuit against Volkswagen. I'm not going to look at the what they have to offer they put the knife in my back and I want it out and I want them to pay me for the damage they did to my vehicles at their expense,  their fault they sold it now they can pay for it so whatever forms I have to submit you have my authority to sign them if you do need me to sign them and send me just that one for the individual lawsuit I will call you in the a.m. on Thursday the 8th of September for clarification on this email thank you for your time your patience and your Indulgence.



EXHIBIT

34

tabbies®

EMAIL TO UTAH CLIENT COMPARING DAMAGE MODEL FOR INDIVIDUAL SUIT VS. VW OFFER:

I can definitely understand your frustration and anger at Volkswagen's actions. Many consumers feel the same way you do. The decision is ultimately up to you, but as you are considering your options, I just want to give you a few things to think about. Volkswagen's buyback offer to you is actually pretty good. In addition to paying off the remaining loan balances on your vehicle, you will receive a total of $12,439.73 yourself (plus any additional money you have paid to your lender at the time you turn in your vehicles).

If you do decide to pursue a lawsuit, Utah allows you to sue for your actual damages. Unfortunately, we cannot determine or predict what the actual damages will be because it will be left in the hands of the court or jury. I know you previously asked for a side-by-side comparison of the potential lawsuit outcome vs. the buyback offer. While the case is very strong against Volkswagen, there is never any guarantee about what the court or jury will find as your damages and ultimately award you. Therefore, you could come out with more, but you could also come out with less than you're being offered from Volkswagen now. The time frame for finalizing a lawsuit is also much longer than with the settlement – likely at least another year minimum. If you opt for the buyback, you should be able to return your vehicles and receive your payment at the end of October or early November. If you're not anxious to get your case settled, then this shouldn't be an issue, but I just wanted you to be aware. Additionally, keep in mind that while Volkswagen is paying attorney's fees for individuals who accept one of their settlement offers, if you opt out and pursue a lawsuit, attorney's fees and costs will come out of whatever you are awarded in court – Volkswagen will not be paying those fees.

Again, it is ultimately your decision, but I just wanted to give you things to consider as you're making your final choice. If you still wish to pursue a lawsuit, you will find an Opt-Out Authorization form attached, which you must sign and return to us before we can opt you out of the settlement. We have to provide a signed authorization to the Court by September 16th, or you will not be able to pursue a lawsuit, so we just ask that you return it no later than September 12th so we can file it before the deadline. If you decide to go with the buyback or emissions modification after all, you will just need to sign and return the Settlement Decision form, which I have also attached again for your convenience.

I hope this email will help answer some of the questions you have, but please don't hesitate to contact us if you need clarification on anything else.

Should you opt out and prevail either in court or out of court settlement under the dtpa VW will be responsible for paying attorney's fees.

EXHIBIT
35

September 12, 2016

Dear_____:


Recently you received the email below, along with your Volkswagen settlement offer and other documents pertaining to your decision about your claim.  We have not yet received your response and want to remind you that the deadline to opt-out of Volkswagen's settlement offers and pursue an individual lawsuit is approaching.  **If you have decided to pursue a lawsuit, please send your signed Opt-Out Authorization form to our office no later than 10:00 a.m. tomorrow, Sept. 14, 2016**, so that we can inform the Court of your decision before the imposed deadline of Sept. 16, 2016.  **You will NOT be able to opt out and pursue an individual lawsuit if the Court does not receive a signed opt-out authorization by Sept. 16th**.


If you are accepting either the buyback or emissions modification offer from Volkswagen, you do not need to sign the Opt Out Authorization.  Instead, simply complete, sign, and return the attached Volkswagen Settlement Decision Form letting us know which option you have decided on.


We appreciate your prompt attention to this matter.  If you have any questions as you are making your decision, please do not hesitate to contact us.


Thank you.

**EXHIBIT**

36

Dear___:

Recientemente se recibió el correo electrónico, a continuación, junto con su oferta Volkswagen y otros documentos relacionados con su decisión sobre su reclamación. Aún no han recibido tu respuesta y quiere recordarles que se aproxima la fecha límite para optar por ofertas de liquidación de Volkswagen y perseguir una demanda individual. **Si usted ha decidido perseguir una demanda, por favor enviar la autorización firmada del Opt-Out forman a nuestra oficina no más tarde de 10:00 mañana, 14 de septiembre de 2016**, por lo que nos podemos informar a la corte de su decisión antes del plazo impuesto del 16 de septiembre de 2016. **Usted no será capaz de optar y perseguir un pleito individual si el Tribunal no recibe una autorización firmada de optar por el 16 de septiembre**.

Si usted acepta oferta de modificación de emisiones o recompra de acciones de Volkswagen, no necesita firmar la autorización Opt hacia fuera. En cambio, simplemente completar, firmar y regresar la Volkswagen establecimiento decisión forma hacernos saber que opción se haya decidido por.

Agradecemos su pronta atención a este asunto. Si usted tiene alguna pregunta mientras está tomando su decisión, no dude en contactar con nosotros.

Gracias.



# Volkswagen Settlement Decision Form

I _____ wish to accept the _____ offer.

      (Print Name)                             (buyback or emissions modification)

Signature  _____

EXHIBIT
37

(

# Decisión del establecimiento de Volkswagen

Yo, _____ deseo aceptar la oferta de _____.

(Nombre en imprenta) (modificación de recompra o emisiones)

(

Firma _____

# Volkswagen Opt Out Authorization

Name:

Address:

Phone Number:

Make/Model/Year of Vehicle:

Vehicle Identification # (VIN):

I am a (please circle one):                    Owner                    Lessee

I _____ wish to exclude myself from the Class Action Settlement in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,* No. 3:15-md-2672 (N.D. Cal.);

I understand that this means I am opting out of both the buyback and emissions modification offers.

Printed Name: _____

Your Signature _____ Date: _____

EXHIBIT
38

# Volkswagen opta por autorización

Nombre:

Dirección:

Número de teléfono:

Marca/modelo/año del vehículo:

Identificación del vehículo (VIN) de #:

Soy un (por favor circule uno): propietario arrendatario

Yo, _____ deseo excluirme del establecimiento de la acción de clase en *en re: Volkswagen "Diesel limpio" Marketing, prácticas de ventas y litigios de responsabilidad de productos,* Nº 3:15-md-2672 (N.D. caloría.);

Entiendo que esto significa que estoy optando fuera de la readquisición de acciones y emisiones oferta de modificación.

Imprimir nombre: _____

Su firma fecha _____



Name:

Thank you for informing us of your decision to accept Volkswagen's offer. We went on the portal to officially submit your claim and the following questions are required to finalize your decision. Depending on how you answer these questions, VW will ask us to upload relevant documents. We have gone through your file and taken inventory on the copies you have provided to us. We will be contacting you if additional documents are needed or if we need a cleaner copy of a document you have previously submitted.

**Are you currently serving in the military or as a government contractor and stationed overseas?**

Yes
No

**Is the registered owner different than the name or names on the title?**

Yes
No

**Do you currently have any liens on the vehicle, other than a lien associated with any loan you took out to finance the vehicle?**

Yes
No

**Are you filing a claim on behalf of a decedent's estate?**

Yes
No

**Did your vehicle have a Branded Title of Assembled, Dismantled, Flood, Junk, Rebuilt, Reconstructed, or Salvaged on September 18, 2015?**

Yes
No

**Are you currently (i) an officer, director or employee of Volkswagen Group of America, Inc., Volkswagen Chattanooga Operations, Volkswagen Credit or a Volkswagen affiliate, OR (ii) an officer or director of a Volkswagen dealer? If you are not sure whether you fall within one of these categories, please contact our Settlement Support Team at 1-844-98-CLAIM for assistance.**

Yes
No

**Are you a judicial officer or an immediate family member or member of the court staff of a judicial officer assigned to this case?**

Yes
No

**Is there more than one name on your registration?**

Yes
No

Co-Registered First Name          Co-Registered Middle Name          Co-Registered Last Name

EXHIBIT

39



Nombre:

Gracias por informarnos de su decisión de aceptar la oferta de Volkswagen. Fuimos en el portal para presentar oficialmente su reclamo y se requieren las siguientes preguntas para finalizar su decisión. Dependiendo de cómo usted responde a estas preguntas, VW nos pedirá subir los documentos pertinentes. Hemos ido a través de su archivo y tomado inventario en las copias que ha proporcionado a nosotros. Nos estaremos contactando lo si se necesitan documentos adicionales o si necesita una copia limpia de un documento que haya presentado previamente.

**¿Es usted actualmente sirviendo en el ejército o como un contratista del gobierno y colocados en el extranjero?**

Sí
No

**¿Es el dueño registrado diferente que el nombre o nombres en el título?**

Sí
No

**¿Tienes cualquier gravamen sobre el vehículo, que no sea un privilegio asociado a los préstamos que se llevó a cabo para financiar el vehículo?**

Sí
No

**¿Está presentando un reclamo en nombre de un difunto?**

Sí
No

**¿Su vehículo tiene un título de marca de ensamblado, desarticulada, inundaciones, basura, reconstruido, reconstruyó o Salvaged en 18 de septiembre de 2015?**

Sí
No

**¿Está (i) un funcionario, director o empleado de Volkswagen Group of America, Inc., las operaciones de Chattanooga Volkswagen, Volkswagen crédito o filial de Volkswagen, OR (ii) un oficial o director de un concesionario Volkswagen? Si no está seguro de Si caes dentro de una de estas categorías, póngase en contacto con nuestro equipo de soporte de acuerdo a 1-844-98-CLAIM para asistencia.**

Sí
No

**¿Es un funcionario judicial o un miembro de la familia inmediata o miembros del personal judicial de un oficial judicial asignado a este caso?**

Sí
No

**¿Hay más de un nombre en su registro?**

Sí
No

Co registrado nombre nombre registrado Co Co registrado apellido

FINAL STEPS OF PORTAL - Opted In to Class Settlement Program

| COLOR | DECODER | CAMILLE PORTAL LOGIN | JENNIE PORTAL LOGIN | ANDY PORTAL LOGIN | (PERSONAL LOGIN) | DECISION FINAL | spanish speaker | Credit pulled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| buyback | | | | | yes | | | |
| buyback | | | | | yes | yes | | |
| buyback | | | | | yes | yes | yes - cf | fox 10/3 |
| No decision yet | | | | | sent settlement dec. form again w/ q's 10/4 | | | |
| buyback | | | | | yes | yes | yes - jb | |
| buyback | | | | | yes | yes | yes - jb | |
| No decision yet | | | | | yes | yes | yes - jb | |
| buyback | | | | | phone | phone | | |
| No decision yet | | | | | yes | | | |
| No Decision Yet | | | | | | | | |
| | | | | | sent settlement dec. form again w/ q's 10/4 | | | |
| buyback | | | | | yes | yes | yes - cf | yes-cf |
| buyback | | | | | yes - delivery failed-resent 10/4 | | | |
| buyback | | | | | yes | yes | | |
| | | | | | yes | yes | yes - jb | |
| buyback | | | | | yes | yes | yes - jb | |
| buyback | | | | | yes | yes | yes - jb | |
| buyback | | | | | yes | yes | yes | |
| No decision yet | | | | | sent settlement dec. form again w/ q's 10/4 | | | |
| buyback | | | | | yes | yes | yes - cf | |
| buyback | | | | | yes - jb | | | |
| No decision yet | | | | | | | | |
| no decision yet | | | | | sent settlement dec. form again w/ q's 10/4 | | | |
| buyback | | | | | yes | | | |
| buyback | | | | | yes | yes | yes - jb | |
| buyback | | | | | yes | | | |
| buyback | | | | | yes | yes | yes - jb | |
| buyback | | | | | yes | | | |
| buyback | | | | | | | | |
| buyback | | | | | yes | yes | yes - jb | yes - 10/3 |
| buyback | | | | | yes | yes | yes - jb | yes - 10/3 |
| no decision yet | | | | | sent settlement dec. form again w/ q's 10/4 | | | |
| buyback | | | | | yes | yes | yes - jb | |
| buyback | | | | | yes | | | |
| buyback | | | | | yes - jb | | | |
| buyback | | | | | yes | yes | yes - cf | |
| buyback | | | | | yes | yes | yes - jb | |
| buyback | | | | | over phone | yes | yes - cf | |
| vw offer-email | | | | | yes | yes | sion was already submitted) | |
| No decision yet | | | | | n/a | n/a | | |
| buyback | | | | | yes | yes | yes - cf | |
| buyback | | | | | yes | yes | yes - jb | |
| buyback | | | | | yes | yes | yes - jb | |
| No Decision Yet | Castillo | | | | sent settlement dec. form again w/ q's 10/4 | | | |
| | Covarse | | | | | | | |
| | Casares | | | | | | | |
| buyback | | | | | yes | yes | yes - cf | |
| buyback | | | | | yes | yes | yes - jb | |
| buyback | | | | | yes | yes | yes - jb (VIN3590) | |
| buyback | | | | | yes | yes | yes - jb (VIN1669) | |
| No Decision Yet | | | | | | | | |
| no decision yet | | | | | | | | |
| No decision yet | | | | | | | | |
| buyback | | | | | yes | | | |
| buyback verbal | | | | | yes | | | |
| no decision yet | | | | | | | | |
| No decision yet | | | | | yes | yes | yes - jb | |
| buyback | | | | | yes | yes via phone | yes - jb | |
| buyback | | | | | yes | | | |
| No decision yet | | | | | yes | | | |
| buyback | | | | | yes | yes | yes - jb | |
| buyback | | | | | n/a | n/a | | |
| buyback | | | | | yes | | | |
| buyback | | | | | yes | yes | yes - jb | yes 10/3 |
| buyback | | | | | yes | yes | yes - jb | |
| buyback | | | | | yes | | | |
| VW offer-verbal | | | | | | | | |
| buyback | | | | | yes | | | |

EXHIBIT
40
tabbies

FINAL STEPS OF PORTAL - Opted In to Class Settlement Program

| | | | | | |
|---|---|---|---|---|---|
| Buyback | | | yes | yes | yes - cf | |
| | | | | | | |
| Buyback | | | yes | yes | yes - cf | |
| Buyback Pre-sold | | | yes | yes | yes - cf | |
| Buyback | | | yes | | | |
| Multi-Owner #1 | | | yes | yes | yes - cf | |
| Buyback | | | yes | yes | yes - cf | |
| Buyback | | | yes | | | |
| | | | | | | |
| Buyback | | | yes | yes | yes - jb | |
| Buyback | | | yes | | | |
| No decision yet | | | | | | |
| Multi-Owner #1 | | | yes | | | |
| Multi-Owner #1 | | | yes | yes | yes - cf | |
| Buyback | | | yes | yes | yes - jb | |
| vw offer | | | | | | |
| | | | | | | |
| | | | n/a | n/a | | |
| | | | n/a | n/a | | |
| Multi-Owner #1 | | | yes | | | |
| Multi-Owner #1 | | | yes | | | |
| Multi-Owner #1 | | | yes | yes | yes - jb | |
| Multi-Owner | | | yes | | | |
| no decision yet | | | | | | |
| Buyback | | | | | | |
| | | | | | | |
| vw offer | | | | | | |
| Buyback | | | yes | yes | yes - jb | |
| Buyback | | | yes | yes | yes - jb | fax 10/3 |
| Buyback | | | yes | | | |
| Buyback | | | yes | | | |
| | | | | | | |
| | | | | | | |
| Buyback | | | yes | | | |
| | | | yes | | | |
| Buyback | | | yes | yes | yes - jb | |
| | | | n/a | n/a | | |
| Buyback | | | yes | | | |
| Buyback | | | yes | yes | yes - jb | |
| Buyback | | | | | | |
| Buyback | | | | | | |
| Buyback | | | yes | yes | yes - jb | |
| Buyback | | | yes | yes | yes - jb | |
| | | | | | | |
| Buyback | | | yes | | | |
| Buyback | | | yes | | | |
| Multi-Owner | | | yes | | | |
| Buyback | | | yes | yes | | |
| Multi-Owner #1 | | | yes | yes | yes - cf | |
| Buyback | | | yes | yes | yes - cf | |
| Buyback | | | | | | |
| Buyback | | | yes | yes | | |
| | | | | | | |
| Buyback | | | yes | | | |
| Buyback | | | | | | |
| no decision yet | | | | | | |
| Buyback | | | yes | yes | yes - jb | faxed 10/3 |
| Multi-Owner #1 | | | yes | yes | yes - cf | |
| Buyback | | | yes | yes | | |
| no decision yet | | | | | | |
| | | | | | | |
| Buyback | | | yes | yes | yes - jb | |
| | | | | | | |
| Buyback | | | yes | | | |
| Buyback | | | yes | yes | yes - jb | |
| Buyback | | | phone | phone | yes-cf | |
| Buyback | | | yes | | | |
| | | | sent settlement dec. form again 10/4 | | | |
| Buyback | | | phone | phone | yes-cf | |
| | | | | | | |
| Buyback | | | yes | yes | yes - jb | |
| Buyback | | | yes | | | |
| Buyback | | | yes | | | |
| Buyback | | | yes | | | yes |

FINAL STEPS OF PORTAL - Opted In to Class Settlement Program

| | | | | | |
|---|---|---|---|---|---|
| | | | yes | | |
| | | | yes | yes | yes - jb |
| | | | | | |
| | | | yes | | |
| | | | | | |
| | | | yes | yes | yes - jb | yes - 10/3 |
| | | | yes | | |
| | | | yes | yes | yes - jb |
| | | | | | |
| | | | yes | yes | yes - jb |
| | | | yes | yes | yes - jb |
| | | | yes | yes | yes - jb |
| | | | yes | yes | yes - cf |
| | | | yes | yes | yes - cf |
| | | | n/a | n/a | |
| | | | yes | yes | yes - jb |
| | | | | | |
| | | | yes | yes | yes - jb |
| | | | yes | | |
| | | | yes | | |
| | | | yes | | |
| | | | yes | yes | yes - cf |
| | | | yes | yes | |
| | | | yes | | |
| | | | | | |
| No decision yet | | | yes | yes | yes - jb |
| | | | yes | | |
| | | | yes | | |
| | | | n/a | n/a | |
| | | | yes | | |
| | | | yes | yes | yes - jb |
| | | | yes | yes | yes - jb |
| | | | yes | yes | yes - cf | waiting on attorney id |
| | | | yes | phone call | yes - cf |
| | | | sent settlement dec. form, offer, + questions 10/4 | | |
| No Decision Yet | | | yes | | |
| | | | yes | yes | |
| | | | yes | yes | yes - jb |
| no decision yet | | | yes | yes | yes - cf | some |
| | | | yes | yes | yes - jb | yes - 10/3 |
| | | | yes | yes | yes - jb |
| | | | yes - jb | | |
| | | | phone | phone | yes - cf |
| | | | yes | | |
| | | | yes | yes | yes - jb | yes - 10/3 |
| | | | yes | | |
| | | | phone | phone | |
| | | | yes - Jenny | yes | yes - jb |
| | | | yes | yes | yes - cf | fax 10/3 |
| | | | yes | yes | yes - cf |
| | | | | | |
| | Rodriguez | | yes | yes | |
| | | | yes | | |
| | | | yes | | |
| | | | yes | yes | yes - jb |
| | | | yes | yes | yes - jb |
| | | | yes | yes | yes - jb |
| | | | yes | yes | yes - jb |
| | | | yes | yes | |
| | | | yes | yes | |
| | | | yes | yes | yes - cf |
| no decision yet | | | yes | yes | yes - cf |
| | | | sent settlement dec. form again 10/4 | | |

FINAL STEPS OF PORTAL - Opted In to Class Settlement Program

| | | | | | |
|---|---|---|---|---|---|
| | yes | yes | yes | |
| | n/a | n/a | | |
| | yes | | | |
| | yes | yes | yes-jb | |
| | n/a | n/a | | |
| | | | | |
| | | | | |
| | yes | | | |
| | yes | yes | yes-jb | |
| | yes | yes | yes-cf | |
| | | | | |
| | yes | yes | yes-jb | yes-10/3 |
| | n/a | n/a | | |
| | yes | yes | yes-jb | |
| | yes | | | |
| | yes | | | |
| | yes | yes | yes-cf | |
| | | | | |
| | yes | | | |
| | yes | yes | yes-jb | |
| | yes | yes | yes-jb | |
| | yes | | | |
| | yes | yes | yes-cf | |
| | yes | yes-fax | yes-cf | faxed 10/3 |
| | yes | yes-fax | yes-jb | |
| | | | | |
| | yes | yes | yes-jb | |
| | n/a | n/a | | |
| no decision yet | | | | |
| | yes | yes | yes | yes-10/3 |
| | | | | |
| | yes | yes | yes-jb | yes-10/3 |
| | yes | yes | yes-jb | yes-10/3 |
| | yes | yes | yes-jb | |
| | yes | | | |

DOCUMENTS TO FINALIZE OFFER - Class Settlement Program Final Steps

| DECISION | REFERRAL | LAST NAME | FIRST NAME | Emailed for Documents? | REFERENCE # | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | date submitted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes - JB 9/27 | | CURRENT REGISTRATION | ID FRONT/BACK MARIE | FINANCIAL CONSENT | ID FRONT/BACK RUBEN | | | for 10/5 |
| | | | | Yes  JB 10/3 | 161308051 | ON (Class Settlement Pro | ID FRONT/BACK | TITLE FRONT/BACK | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | |
| | | | | Yes - JB 9/29 | 161254768 | CURRENT REGISTRATION | ID FRONT/BACK | TITLE FRONT/BACK | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | |
| buyback | | | | Yes  JB 10/5 | 161396382 | ON (Class Settlement Pro | ID FRONT/BACK KARLA | FINANCIAL CONSENT | ID FRONT/BACK RUBEN | ID ATTORNEY | POWER OF ATTORNEY | |
| | | | | mailed 10/3 | 161308401 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | |
| No Decision Yet | | | | | | | | | | | | |
| | | | | Yes - JB 9/27 | | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | | | | PORTAL SUBMISSION |
| | | | | Yes   JB 9/27 | 161253640 | CURRENT REGISTRATION | ID FRONT/BACK | TITLE FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | | |
| | | | | Yes   JB 9/27 | 161308545 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | |
| buyback | | | | Yes - JB 9/27 | 161308597 | CURRENT REGISTRATION | ID FRONT/BACK - MARK | ID FRONT/BACK  MARY | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | |
| No decision yet | | | | Yes - JB 9/27 | 160762627 | ON (Class Settlement Pro | ID FRONT/BACK | TITLE FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | | |
| | | | | Yes - JB 9/27 | 161228122 | CURRENT REGISTRATION | ID FRONT/BACK | ID Class Settlement Prom | ID FRONT/BACK - Raluca | ID ATTORNEY | POWER OF ATTORNEY | |
| No decision yet | | | | | | | | | | | | |
| no decision yet | | | | | | | | | | | | |
| | | | | Yes - JB 9/27 | 161266218 | CURRENT REGISTRATION | ID FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | | | |
| buyback | | | | Yes  JB 9/27 | 161294501 | CURRENT REGISTRATION | ID FRONT/BACK | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | | |
| Buiseeno Nos | | | | | | | | | | | | |
| | | | | Yes - JB 9/27 | 161308542 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | 10/5 |
| | | | | Yes - JB 9/27 | 161308572 | CURRENT REGISTRATION | ID FRONT/BACK - KAREN | ID FRONT/BACK - Mark IB | ID ATTORNEY | POWER OF ATTORNEY | | 10/5 |
| no decision yet | | | | Yes  JB 9/30 | 161295583 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | |
| | | | | Yes - JB 9/30 | 160750294 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | |
| | | | | Yes  JB 9/27 | 161253707 | CURRENT REGISTRATION | ID FRONT/BACK | TITLE FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | | |
| buyback + vw sub | | | | mailed 10/3 | 161414988 | CURRENT REGISTRATION | ID FRONT/BACK Juan | ID FRONT/BACK Concepcion | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | |
| vw offer email | | | | | | | | | | | | |
| | | | | Yes - JB 9/27 | 161308935 | CURRENT REGISTRATION | ID FRONT/BACK | ID (under valuation, estimate, or similar to vw attach | | | | |
| No decision yet | | | | | | | | | | | | |
| | | | | Yes - JB 9/27 | 161043525 | CURRENT REGISTRATION | ID FRONT/BACK JOSEPH | ID FRONT/BACK MARTINA | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | |
| buyback | | | | Yes  JB 9/27 | 161437081 | CURRENT REGISTRATION | ID FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | | | |
| | | | | No - Spanish | 161309103 | CURRENT REGISTRATION | ID FRONT/BACK | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | | |
| No Decision Yet | | | | | | | | | | | | |

EXHIBIT 41

## DOCUMENTS TO FINALIZE OFFER - Class Settlement Program Final Steps

| COLOR | DECODER | | | PROBLEM W/ DOCS WE DID FOR THEM PENDING - READY TO SEND DOC UPLOADED ON PORTAL CONTACT VW | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DECISION | REFERRAL | LAST NAME | FIRST NAME | Emailed for Documents? | REFERENCE # | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | date submitted |
| Emmssion Mod | | | | Yes - JB 9/27 | 161293268 | | ID FRONT/BACK | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | | |
| buyback | | | | Yes - JB 9/27 | 161293358 | ON (Class Settlement)o | ID FRONT/BACK | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | | |
| emmssion Mod | | | | 161329871 (VIN35900 | ON (Class Settlement)o | ID FRONT/BACK COBY | ID FRONT/BACK LAUREN | ID ATTORNEY | | | | |
| Emmssion Mod | | | | Yes  JB 9/27 | 161330019 (VIN1465 | CURRENT REGISTRATION | ID FRONT/BACK COBY | TITLE FRONT/BACK | ID FRONT/BACK - LAUREN | ID ATTORNEY | POWER OF ATTORNEY | |
| No Decision Yet | | | | | | | | | | | | |
| no decision yet | | | | | | | | | | | | |
| No decision yet | | | | | | | | | | | | |
| buyback | | | | | | | | | | | | |
| buyback - verbal | | | | | | | | | | | | |
| no decision yet | | | | | | | | | | | | |
| No decision yet | | | | | | | | | | | | |
| buyback | | | | Yes  JB 9/30 | 161367237 | REGISTRATION (In Review) | | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | |
| buyback | | | | Yes  JB 9/28 | 161075424 | | | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | |
| buyback | | | | | | | | | | | | |
| buyback | | | | | | | | | | | | |
| No decision yet | | | | | | | | | | | | |
| buyback | | | | Yes - JB 9/30 | 161243064 | CURRENT REGISTRATION | | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | |
| Emmssion Mod | | | | | | | | | | | | |
| buyback | | | | YES - JB 9/28 | 161 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | |
| buyback | | | | Yes  JB 9/28 | 161164633 | | ID FRONT/BACK STEPHEN | ID FRONT/BACK - STEPHEN | TITLE FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | |
| buyback | | | | | | | | | | | | |
| VW offer - verbal | | | | | | | | | | | | |
| Emmssion Mod | | | | | | | ID FRONT/BACK | | | | | |
| buyback | | | | Yes  JB 9/28 | 161228581 | CURRENT REGISTRATION | ID FRONT/BACK | TITLE FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | | |
| buyback | | | | | | | | | | | | |
| buyback | | | | Yes - JB 9/30 | 160814248 | CURRENT REGISTRATION | ID FRONT/BACK CARLOS | BACK BANDIDA - Submit TI | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | |
| buyback or mod | | | | Yes- JB 9/28 | 160859233 | CURRENT REGISTRATION | ID FRONT/BACK | | | | | |
| buyback | | | | | | | | | | | | |
| Emmssion Mod | | | | Yes- JB 9/28 | 161366839 | CURRENT REGISTRATION | ID FRONT/BACK - DENISE | | ID ATTORNEY | POWER OF ATTORNEY | | |
| buyback | | | | Yes- JB 9/28 | 160796571 | CURRENT REGISTRATION | ID FRONT/BACK - VORTON | ID FRONT/BACK - OSORIO | TITLE FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | |
| buyback | | | | | | | | | | | | |
| buyback | | | | Yes  JB 9/28 | 161364158 | CURRENT REGISTRATION | ID FRONT/BACK  LORI | ID FRONT/BACK - STEVEN | ID ATTORNEY | POWER OF ATTORNEY | | |
| buyback | | | | | | | | | | | | |
| No decision yet | | | | | | | | | | | | |
| Emmssion Mod | | | | Yes  JB 9/28 | 161367721 | CURRENT REGISTRATION | ID FRONT/BACK | TITLE FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | | |
| buyback | | | | Yes- JB 9/28 | 160853289 | CURRENT REGISTRATION | ID FRONT/BACK - BARON | ID FRONT/BACK - LAURA | TITLE FRONT/BACK | | | |
| w offer  no lawsu | | | | | | | | | | | | |
| Emmssion Mod | | | | | | | | | | | | |
| Emmssion Mod | | | | | | | | | | | | |
| Emmssion Mod | | | | | | | | | | | | |
| Emmssion Mod | | | | Yes  JB 10/3 | 161390079 | CURRENT REGISTRATION | ID FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | | | |
| no decision yet | | | | | | | | | | | | |
| buyback | | | | | | | | | | | | |

## DOCUMENTS TO FINALIZE OFFER - Class Settlement Program Final Steps

| DECISION | REFERRAL | LAST NAME | FIRST NAME | Emailed for Documents? | REFERENCE # | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | date submitted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| w offer - no lawsuit | | | | | | | | | | | | |
| ■■■■■■ | | | | Yes - JB 9/28 | 161379292 | ■■■■■■■■■ | ■■■■■■■■■ | ■■■■■■■■■ | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | |
| ■■■■■■ | | | | Yes - JB 10/3 | ■■■■■■ | CURRENT REGISTRATION | ID FRONT/BACK - ■■■■ | ID FRONT/BACK - ■■■ | FINANCIAL CONSENT | | | ■■ 10/3 |
| ■■■■■■ | | | | | | | | | | | | |
| ■■■■■■ | | | | | | | | | | | | |
| ■■■■■■■■■ | | | | | | | | | | | | |
| ■■■■■■■■■ | | | | | | | | | | | | |
| ■■■■■■■■■ | | | | | | | | | | | | |
| ■■■■■■■■■ | | | | | | | | | | | | |
| ■■■■■■ | | | | Yes  JB 9/30 | 161365232 | CURRENT REGISTRATION | ID FRONT/BACK | | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | |
| ■■■■■■ | | | | | | | | | | | | |
| buyback | | | | Yes - JB 9/30 | 16124257 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | | ID ATTORNEY | POWER OF ATTORNEY | |
| ■■■■■■ | | | | | | | | | | | | |
| buyback | | | | Yes  JB 9/28 | 161377129 | CURRENT REGISTRATION | ID FRONT/BACK | | ID ATTORNEY | WER OF ATTORNEY (mailing to us) | | |
| ■■■■■■ | | | | Yes  JB 9/28 | 161293119 | ■■■■■■■■■ | ID FRONT/BACK | Class Settlement Program | ID ATTORNEY | R OF ATTORNEY (mailing to us) | | |
| ■■■■■■ | | | | | | | | | | | | |
| ■■■■■■ | | | | | | | | | | | | |
| ■■■■■■ | | | | | | | | | | | | |
| ■■■■■■ | | | | | | | | | | | | |
| Emissions Mod | | | | ONTACTED VW TO SWITC | 10/5 | REGISTRATION | ID FRONT/BACK MICHAEL | ID FRONT/BACK GILBERT | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | |
| buyback | | | | Yes - JB 9/28 | 160796820 | N (Class Settlement Prog | ID FRONT/BACK | pload front) [Class Settlem | ID ATTORNEY | POWER OF ATTORNEY | | |
| ■■■■■■ | | | | | | | | | | | | |
| ■■■■■■ | | | | | | | | | | | | |
| ■■■■■■ | | | | | | | | | | | | |
| ■■■■■■ | | | | | | | | | | | | |
| no decision yet | | | | | | | | | | | | |
| ■■■■■■ | | | | Yes - JB 9/28 | 161■■■■ | CURRENT REGISTRATION | ID FRONT/BACK | Class Settlement Program | ID ATTORNEY | POWER OF ATTORNEY | | ■■ 10/3 |
| ■■■■■■ | | | | | | | | | | | | |
| Emissions Mod | | | | Yes  JB 9/28 | 161119697 | ■■■■■■■■■ | ID FRONT/BACK MICHAEL | ID FRONT/BACK GUADALUP | ID ATTORNEY | POWER OF ATTORNEY | | |
| ■■■■■■ | | | | | | | | | | | | |
| no decision yet | | | | | | | | | | | | |
| ■■■■■■■■■ | | | | | | | | | | | | |
| buyback | | | | Yes  JB 9/28 | 161242788 | CURRENT REGISTRATION | ID FRONT/BACK | | ID ATTORNEY | POWER OF ATTORNEY | | |
| ■■■■■■ | | | | | | | | | | | | |
| ■■■■■■ | | | | Yes - JB 9/28 | 161240344 | CURRENT REGISTRATION | ID FRONT/BACK | | ID ATTORNEY | POWER OF ATTORNEY | | |
| ■■■■■■ | | | | mailed 10/3 | 161241626 | CURRENT REGISTRATION | ID FRONT/BACK | TITLE FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | | |
| ■■■■■■ | | | | | | | | | | | | |
| ■■■■■■ | | | | mailed 10/3 | 161396532 | N (Class Settlement Prog | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | |
| ■■■■■■ | | | | Yes - JB 9/30 | 161375407 | ■■■■■■■■■ | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | |
| ■■■■■■ | | | | | | | | | | | | |
| Emissions Mod | | | | | | | | | | | | |

# DOCUMENTS TO FINALIZE OFFER - Class Settlement Program Final Steps

| DECISION | REFERRAL | LAST NAME | FIRST NAME | Emailed for Documents? | REFERENCE # | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | date submitted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes  JB 9/28 | 161375288 | CURRENT REGISTRATION | ID FRONT/BACK | [Class Settlement Program | ID ATTORNEY | POWER OF ATTORNEY | | |
| | | | | | | | | | | | | |
| | | | | Yes - JB 9/30 | | CURRENT REGISTRATION | ID FRONT/BACK | ID FRONT/BACK - CLAUDIA | ID ATTORNEY | POWER OF ATTORNEY | | 10/5 |
| | | | | Yes  JB 9/29 | 161375201 | CURRENT REGISTRATION | ID FRONT/BACK | [Class Settlement Program | ID ATTORNEY | POWER OF ATTORNEY | | |
| | | | | Yes  JB 9/30 | 161241105 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | | | | |
| Buyback | | | | Yes  JB 9/30 | 161240910 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | |
| | | | | Yes - JB 9/29 | 161293538 | CURRENT REGISTRATION | | ID ATTORNEY | POWER OF ATTORNEY | | | |
| | | | | Yes  JB 9/30 | 160773481 | | | TITLE FRONT/BACK | | | | |
| | | | | Yes  JB 9/30 | 160773535 | | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY (ANGEL) | POWER OF ATTORNEY (BECKY) | | |
| | | | | Yes  JB 9/30 | 161322225 | CURRENT REGISTRATION | ID FRONT/BACK - ALEX | ID FRONT/BACK - ERIKA | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | |
| buyback | | | | Yes  JB 9/29 | 161374943 | CURRENT REGISTRATION | ID FRONT/BACK | TITLE FRONT/BACK | | | | |
| Emissions Mod | | | | ONTACTED VW TO SWITCH | 10/5 | AITING ON PORTAL TO RES | CHECK BACK IN 2 WEEKS | | | | | |
| | | | | Yes - JB 9/30 | 160742367 | CURRENT REGISTRATION | ID FRONT/BACK  WILLIAM | FINANCIAL CONSENT | ID FRONT/BACK  BRIAN | | | |
| Buyback | | | | Yes  JB 9/29 | 161331083 | CURRENT REGISTRATION | ID FRONT/BACK | K [Class Settlement Program | ID ATTORNEY | POWER OF ATTORNEY | | |
| No decision yet | | | | | | | | | | | | |
| | | | | Yes  JB 9/30 | 161365486 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | |
| buyback | | | | Yes - JB 9/30 | 161228951 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | |
| | | | | Yes - JB 9/30 | 161088021 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | |
| | | | | Yes - JB 9/30 | 160762157 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | |
| No Decision Yet | | | | | | | | | | | | |
| | | | | Yes - JB 9/29 | 161387467 | CURRENT REGISTRATION | ID FRONT/BACK - TAMMY | D FRONT/BACK - GREGORY | TITLE FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | |
| no decision yet | | | | Yes - JB 9/30 | 161296395 | ON [Class Settlement Progr | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | |
| | | | | Yes - JB 9/29 | | CURRENT REGISTRATION | ID FRONT/BACK | TITLE FRONT/BACK | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | 10/5 |
| | | | | Yes  JB 9/29 | 161379008 | CURRENT REGISTRATION | ID FRONT/BACK | TITLE FRONT/BACK | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | |

DOCUMENTS TO FINALIZE OFFER - Class Settlement Program Final Steps

| DECISION | REFERRAL | LAST NAME | FIRST NAME | Emailed for Documents? | REFERENCE # | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | DOCUMENT NEEDED | date submitted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| buyback | | | | Yes - JB 9/29 | 160852351 | | ID FRONT/BACK | | | | | |
| buyback | | | | | | | | | | | | |
| buyback | | | | Yes - JB 9/8 | | DA (Class Settlement Prog) | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | 10/9 |
| | | | | | | | | | | | | |
| buyback | | | | | | | | | | | | |
| buyback | | | | Yes - JB 9/29 | 161044417 | CURRENT REGISTRATION | ID FRONT/BACK - ADRIANA | ID FRONT/BACK  LISA | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | |
| buyback | | | | Yes - JB 9/29 | | CURRENT REGISTRATION | ID FRONT/BACK | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | | 10/3 |
| Emissions Mod | | | | Yes - JB 9/30 | 160797105 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | |
| buyback waited | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| buyback | | | | | | | | | | | | |
| Emissions Mod - waiting | | | | | | | | | | | | |
| buyback - waited | | | | | | | | | | | | |
| buyback | | | | Yes  JB 9/29 | 160742104 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | | | | |
| buyback | | | | Yes  JB 9/29 | 161375864 | CURRENT REGISTRATION | ID FRONT/BACK | DA (Class Settlement Prog) | ID ATTORNEY | POWER OF ATTORNEY | | |
| No decision yet | | | | | | | | | | | | |
| buyback | | | | Yes  JB 9/29 | 161396728 | CURRENT REGISTRATION | ID FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | | | |
| buyback | | | | Yes  JB 9/30 | 161228325 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | | |
| no offer eligible | | | | | | | | | | | | |
| buyback | | | | | | | | | | | | |
| buyback | | | | Yes  JB 9/30 | 160905049 | CURRENT REGISTRATION | ID FRONT/BACK | FINANCIAL CONSENT | ID ATTORNEY FRONT/BACK | POWER OF ATTORNEY | | |
| buyback | | | | Yes  JB 9/29 | 161342443 | CURRENT REGISTRATION | ID FRONT/BACK - ABEL | TITLE - FRONT/BACK | ID FRONT/BACK - CLAYTON | ID ATTORNEY | POWER OF ATTORNEY | |
| no decision yet | | | | | | | | | | | | |
| No decision yet | | | | | | | | | | | | |
| buyback | | | | | | | | | | | | |
| Emissions Mod | | | | Yes - JB 9/29 | 160976294 | Class Settlement Program | ID FRONT/BACK THOMAS | ID FRONT/BACK MARIA | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | |
| | | | | | | | | | | | | |
| buyback | | | | Yes  JB 9/29 | 161425825 | CURRENT REGISTRATION | ID FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | | | |
| buyback | | | | | | | | | | | | |
| no offer eligible | | | | | | | | | | | | |
| buyback | | | | | | | | | | | | |
| Emissions Mod | | | | Yes - JB 9/29 | 161256783 | CURRENT REGISTRATION | ID FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | | | |
| Emissions Mod | | | | Yes - JB 9/29 | 160814243 | CURRENT REGISTRATION | ID FRONT/BACK FRINA | 2nd Owner | | | | |
| No decision yet | | | | | | | | | | | | |
| buyback | | | | Yes - JB 9/29 | 161387646 | CURRENT REGISTRATION | ID FRONT/BACK - MONICA | ID FRONT/BACK - JIM | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | 10/3 |
| Buyback | | | | Yes - JB 9/29 | 161294092 | CURRENT REGISTRATION | ID FRONT/BACK - RUSSELL | ID FRONT/BACK - ELVIRA | FINANCIAL CONSENT | ID ATTORNEY | ATTORNEY (need 1 more witness) | |
| buyback | | | | | | | | | | | | |
| buyback | | | | Yes - JB 9/29 | 161085572 | REGISTRATION | ID FRONT/BACK - FRANK | ID FRONT/BACK - ELIZABETH | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | |
| Emissions Mod on car | | | | | | | | | | | | |
| buyback | | | | Yes  JB 9/29 | 161321923 | CURRENT REGISTRATION | ID FRONT/BACK | ID ATTORNEY | POWER OF ATTORNEY | No legal recognize for offer | | |
| buyback | | | | Yes  JB 9/29 | 161365644 | DA (Class Settlement Prog) | ID FRONT/BACK - SHANE | ID FRONT/BACK - KIMBERLY | FINANCIAL CONSENT | ID ATTORNEY | POWER OF ATTORNEY | |
| Emissions Mod | | | | | | | | | | | | |

# ***FOR INSTRUCTIONAL PURPOSES ONLY***

*In re  Volkswagen "Clean Diesel" Marketing, Sales, Practices, and Products Liability Litigation*, MDL No. 2672 (N.D. Cal.)

## VOLKSWAGEN BUYBACK/LEASE TERMINATION/EMISSIONS MODIFICATION AUTHORIZATION – LIMITED POWER OF ATTORNEY

The undersigned hereby appoints ⟨The Law Offices of Maloney & Campolo⟩ to act on [NAME OF RETURNING PARTY]

⟨Print Your Name⟩ behalf for the limited purpose of submitting a claim under the [MY/NAME OF ENTITY S]

Volkswagen 2.0-liter TDI Class Action Settlement, and completing the buyback transaction, lease termination or emissions modification for _____ ⟨Print Your Name⟩ , [MY/NAME OF ENTITY S]

⟨Make/Model/Year⟩ , ⟨VIN⟩ as applicable. [VEHICLE MAKE, MODEL, AND YEAR]  [INSERT VIN]

This authorization and limited power of attorney takes effect on the date signed, and shall continue until the earlier of the following: (i) the completion of the buyback transaction, lease termination or emissions modification, as applicable, whichever comes first, or (ii) the undersigned terminates it in writing and Volkswagen Group of America, Inc. ("Volkswagen") receives notice of the revocation.  Any termination of this authorization and limited power of attorney pursuant to (ii) above shall not be effective to Volkswagen[1] until Volkswagen Group of America, Inc. ("VWGoA") has actual knowledge of the revocation.  This authorization and limited power of attorney shall terminate immediately if _____ ⟨Print Your Name⟩ dies or [THE UNDERSIGNED] becomes incapacitated or ⟨The Law Offices of Maloney & Campolo⟩ ceases to exist. [NAME OF ENTITY]

The undersigned agrees that VWGoA, Ankura Consulting Group, LLC (the "Claims Supervisor") and the lawyers appointed by the Court as the Settlement Class Counsel in the Volkswagen "Clean Diesel" litigation may act under this power of attorney.  VWGoA, the Claims Supervisor and the Settlement Class Counsel may seek identification of the individual appointed attorney-in-fact and agent under this power of attorney.  The undersigned agrees to indemnify and hold harmless Volkswagen for any claims that arise against Volkswagen because of reliance on this power of attorney.



_____

[1]  Volkswagen shall mean Volkswagen AG, Volkswagen Group of America, Inc. (d/b/a Volkswagen of America, Inc. or Audi of America, Inc.), Volkswagen Group of America Chattanooga Operations, LLC, Audi AG, Audi of America, LLC, VW Credit, Inc., VW Credit Leasing, Ltd., Audi Financial Services, VCI Loan Services, LLC,  for each of the foregoing, their respective former, present, and future affiliates, parent companies, subsidiaries, predecessors, successors, agents, representatives, administrators, receivers, divisions, dealers, joint ventures, assigns, general partners, limited partners, attorneys, principals, officers, directors, employees, members, contractors, subcontractors and/or suppliers

**EXHIBIT**

**42**

*In re  Volkswagen "Clean Diesel" Marketing, Sales, Practices, and Products Liability Litigation*, MDL No. 2672 (N.D. Cal.)

Dated: [Todays Date]                By (signature): _____  SIGN HERE

Name: _____
[Print Your Name]

[PRINT NAME]²

Name of Entity
(if applicable): [The Law Offices of Maloney & Campolo]

[PRINT NAME OF ENTITY]³

Title: _____

[PRINT BUSINESS TITLE]⁴

## **ATTESTATION** [Choose 1 option.]

The following two witnesses **OR** Notary Public witnessed the execution of this document. [Witnesses can be anyone (including family)]

Witness #1: _____    Dated: _____    Signature: _____
         Print Name

Witness #2: _____    Dated: _____    Signature: _____
         Print Name

## **OR**

STATE OF _____, COUNTY OF _____

BEFORE ME, the undersigned authority, appeared on the Signature Date shown and acknowledged under oath to my satisfaction that he/she has signed, sealed, and delivered this document as his or her act and deed for the purposes therein expressed and in the capacity therein expressed.

Dated: _____        _____
                                NOTARY PUBLIC

---

² <u>Note</u>. If Power of Attorney is for an entity, must match name of individual on Proof of Entity document and Government Issued ID provided.

³ <u>Note</u>: If Power of Attorney is for an entity, must match name of entity on Proof of Entity document provided.

⁴ <u>Note</u>: If Power of Attorney is for an entity, must match business title of individual in Proof of Entity document provided.

# VOLKSWAGEN
GROUP OF AMERICA

## Consent to Release Information Needed for Vehicle Buyback

Because there is an outstanding loan on this vehicle, written consent is required from the <u>accountholder</u> for the lender to release the information that will be required to confirm the outstanding loan balance and payoff amount. <u>Without this information, a vehicle buyback under the terms of the VW/Audi Diesel Emissions Settlements cannot be completed.</u> Information obtained from lenders will not be used for any other purpose than to confirm outstanding loan balances and payoff amounts.

For questions please call the Settlement Support Team at 1-844-98-CLAIM.

Please complete all sections of this form and return it to Volkswagen. There are three ways that you can return this form to Volkswagen:

        (1) Upload it to your account on the Claims Portal;
        (2) Send it via fax to 248-754-6602, or
        (3) Mail it to   VW / Audi Emissions Settlement Claims Processing
                      P.O. Box 214500
                      Auburn Hills, MI 48326

| Your Name(s): | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Your Reference or Claim. (9 Digits) | 1 | | 6 | | 1 | | 3 | | 7 | | 5 | | 4 | | 0 | | 7 | |
| Vehicle Identification Number (VIN) (17 digits). | 3 | V | W | L | L | 7 | A | J | 7 | E | M | 3 | 7 | 2 | 3 | 3 | 0 | |
| Your Contact Phone Number | | | | | | | | | | | - | | - | | | | | |
| Lender Name | University Federal Credit Union | | | | | | | | | | | | | | | | | |
| Lender Phone | (512) 467-8080 | | | | | | | | | | | | | | | | | |
| Lender Address: | PO BOX 9350 Austin, TX 78766 | | | | | | | | | | | | | | | | | |
| Name(s) on Account: | | | | | | | | | | | | | | | | | | |
| Account Number: | | | | | | | | | | | | | | | | | | |
| Last 4 Digits of Social Security Number associated with account. | 5111 | | | | | | | | | | | | | | | | | |

By signing this form, I authorize the release of all information pertaining to my lease, loan, or title, including but not limited to contract, interest paid, payment history, and payoff information, to Volkswagen of America, Inc., an organizational unit of Volkswagen Group of America, Inc., Ankura Consulting Group, LLC, as the Court-Appointed Claims Supervisor, and lawyers appointed by the Court as Settlement Class Counsel in the Volkswagen "Clean Diesel" litigation.

_____      _____
ccountholder Signature                            Date

_____      _____
Accountholder Signature                          Date

**EXHIBIT**
tabbies
**43**