1  Elizabeth J. Cabraser (State Bar No. 083151)
   LIEFF CABRASER HEIMANN &
2  BERNSTEIN, LLP
   275 Battery Street, 29th Floor
3  San Francisco, CA 94111-3339
   Telephone: 415.956.1000
4  Facsimile: 415.956.1008
   E-mail: *ecabraser@lchb.com*
5
   Plaintiffs' Lead Counsel and Lead Settlement
6  Class Counsel
   *(Plaintiffs' Steering Committee and Settlement*
7  *Class Counsel Listed on Signature Page)*

8  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
9  SAN FRANCISCO DIVISION

10 | IN RE: VOLKSWAGEN 'CLEAN | MDL 2672 CRB (JSC)
   | DIESEL' MARKETING, SALES |
11 | PRACTICES AND PRODUCTS | **SETTLEMENT CLASS COUNSEL'S**
   | LIABILITY LITIGATION | **STATEMENT OF ADDITIONAL**
12 |  | **INFORMATION REGARDING**
   | This Documents Relates to: | **PROSPECTIVE REQUEST FOR**
13 |  | **ATTORNEYS' FEES AND COSTS**
   | ALL CONSUMER ACTIONS |
14

**EXHIBIT F**

Case 3:15-md-02672-CRB Document 1730 Filed 09/30/16 Page 2 of 7

Settlement Class Counsel submit this statement pursuant to the Court's request in the Amended Order Granting Preliminary Approval of Settlement [Dkt. 1698] for additional information regarding Settlement Class Counsel's prospective request for attorneys' fees.

Under the Court's and Settlement Master Mueller's active guidance, the parties to this class action achieved a historic resolution that will: (1) get over 475,000 polluting 2.0-liter cars fixed or off the road; (2) pay up to $10.033 billion in cash to Class Members; and (3) remediate the environmental damage caused by Volkswagen, all in a short period of time unheard-of in modern complex litigation. Settlement Class Counsel did not achieve these results on their own. This was a team effort from the start, and the members of the parallel litigation and settlement teams included the Department of Justice on behalf of the Environmental Protection Agency; the Federal Trade Commission; the California Attorney General's office on behalf of CARB, and other government entities.

The Settlement Agreement requires Volkswagen to pay Settlement Class Counsel's reasonable fees and costs in addition to Class Members' settlement benefits. This means that regardless of the amount of fees the Court decides to award Settlement Class Counsel, Class Members' settlement benefits and payments will not be reduced by one cent.

Settlement Class Counsel have not yet filed an application for attorneys' fees; they will do so in connection with final approval and under Rule 23(h). Volkswagen and Settlement Class Counsel have reached no agreement on fees; any future agreement—or lack thereof—will be reflected in the application, which will nonetheless be subject to the Court's independent determination and award. Various media reports, in guessing at the fee request, have noted formulas used by courts in other large class settlements and speculated that Settlement Class Counsel's fee request might be as high as $3.5 billion, given the prevailing percentage fee methodology and judicially established benchmarks of 25% and higher. But this is not an ordinary case, this is not an ordinary settlement, and this will not be an ordinary fee request.

In recognition of the joint efforts of Settlement Class Counsel and the government plaintiffs, and notwithstanding the size of the fund available to Class Members and the challenging circumstances under which this settlement was negotiated and achieved, Settlement

Class Counsel's common benefit fee application will seek no more than $324 million in attorneys' fees, plus actual and reasonable out-of-pocket costs, not to exceed $8.5 million. This fee application will cover all work performed by the 22 Court-appointed Settlement Class Counsel firms and the additional counsel designated to perform common benefit work, and all expenses incurred through October 18, 2016, the date of the Final Approval Hearing. Because the $10.033 billion Funding Pool commitment obtained by the Settlement is easily quantified, as are Class Members' individual payments, the application, as to this "capped" amount, will utilize the percentage methodology approved by the Ninth Circuit for class action settlement fee awards, albeit at an amount far below the 25% benchmark established by the Ninth Circuit. *See In re Bluetooth Headset Prods. Liab. Litig.*, 654 F.3d 935, 942 (9th Cir. 2011); *Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1047-48 (9th Cir. 2002).

Since the parties filed the settlement documents with the Court on June 28, 2016, Class Members have inundated Settlement Class Counsel with requests for information and questions about the settlement. The class settlement, by its terms, is designed to provide consumers with choices and options throughout the settlement program. These choices are important to Class Members, and they often require a detailed discussion with attorneys and/or paralegals who are well-versed in the settlement's terms and procedures. Many of these conversations have required a lawyer or paralegal to spend 30-60 minutes on the telephone speaking to a single Class Member. Class Members deserve this level of attention when they are making decisions of important financial and practical impact to their lives. This settlement involves real decisions about real cars, and real time must be spent by counsel to guide and assist consumers through the process. The numbers of such calls and other communications from the hundreds of thousands of Class Members are likely to increase significantly after the settlement becomes operational (if the Court grants final approval), and, as settlement implementation continues through the close of 2018, substantial time and effort will be spent to ensure that Class Members are treated fairly in the process and receive their benefits expeditiously as their fix or buyback choices and decisions make this settlement's goals a reality.

Accordingly, to meet their obligations to their Class Member clients and the Court, as well

as to defend and promote the settlement itself, Settlement Class Counsel will continue to incur time and expenses. To address this reality fairly, Settlement Class Counsel's Rule 23(b)/common benefit fee application will include a proposed formula, such as the equivalent of a small percentage of payments made to Class Members, for the Court's consideration as reasonable and appropriate compensation for the settlement-related common benefit work to occur after the final approval hearing.

Dated: August 10, 2016

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   /s/ Elizabeth J. Cabraser
       Elizabeth J. Cabraser

275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008
E-mail: ecabraser@lchb.com

*Plaintiffs' Lead Counsel and Lead Settlement Class Counsel*

| | |
|---|---|
| Benjamin L. Bailey<br>BAILEY GLASSER LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>Telephone: 304.345.6555<br>Facsimile: 304.342.1110<br>E-mail: *Bbailey@baileyglasser.com* | Steve W. Berman<br>HAGENS BERMAN<br>1918 8th Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: 206.623.7292<br>Facsimile: 206.623.0594<br>E-mail: *steve@hbsslaw.com* |
| David Boies<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: 914.749.8200<br>Facsimile: 914.749.8300<br>E-mail: *dboies@bsfllp.com* | David Seabold Casey, Jr.<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP<br>110 Laurel Street<br>San Diego, CA 92101-1486<br>Telephone: 619.238.1811<br>Facsimile: 619.544.9232<br>E-mail: *dcasey@cglaw.com* |
| James E. Cecchi<br>CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>Telephone: 973.994.1700<br>Facsimile: 973.994.1744<br>E-mail: *jcecchi@carellabyrne.com* | Roxanne Barton Conlin<br>ROXANNE CONLIN & ASSOCIATES, P.C.<br>319 Seventh Street, Suite 600<br>Des Moines, IA 50309<br>Telephone: 515.283.1111<br>Facsimile: 515.282.0477<br>E-mail: *roxlaw@aol.com* |

| | | |
|---|---|---|
| 1 | Jayne Conroy<br>SIMMONS HANLY CONROY LLC<br>112 Madison Avenue<br>New York, NY 10016-7416<br>Telephone: 212.784.6400<br>Facsimile: 212.213.5949<br>E-mail: *jconroy@simmonsfirm.com* | Paul J. Geller<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561.750.3000<br>Facsimile: 561.750.3364<br>E-mail: *pgeller@rgrdlaw.com* |
| 2 | Robin L. Greenwald<br>WEITZ & LUXENBERG P.C.<br>700 Broadway<br>New York, NY 10003<br>Telephone: 212.558.5500<br>Facsimile: 212.344.5461<br>E-mail: *rgreenwald@weitzlux.com* | Michael D. Hausfeld<br>HAUSFELD<br>1700 K Street, N.W., Suite 650<br>Washington, DC 20006<br>Telephone: 202.540.7200<br>Facsimile: 202.540.7201<br>E-mail: *mhausfeld@hausfeld.com* |
| 3 | Michael Everett Heygood<br>HEYGOOD, ORR & PEARSON<br>6363 North State Highway 161, Suite 450<br>Irving, TX 75038<br>Telephone: 214.237.9001<br>Facsimile: 214.237-9002<br>E-mail: *Michael@hop-law.com* | Adam J. Levitt<br>GRANT & EISENHOFER P.A.<br>30 North LaSalle Street, Suite 2350<br>Chicago, IL 60602<br>Telephone: 312.610.5400<br>Facsimile: 312.214.0001<br>E-mail: *alevitt@gelaw.com* |
| 4 | W. Daniel "Dee" Miles III<br>BEASLEY ALLEN LAW FIRM<br>218 Commerce Street<br>Montgomery, AL 36104<br>Telephone: 800.898.2034<br>Facsimile: 334.954.7555<br>E-mail: dee.miles@beasleyallen.com | Frank Mario Pitre<br>COTCHETT PITRE & McCARTHY LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: 650.697.6000<br>Facsimile: 650.697.0577<br>E-mail: *fpitre@cpmlegal.com* |
| 5 | Joseph F. Rice<br>MOTLEY RICE, LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>Telephone: 843.216.9000<br>Facsimile: 843.216.9450<br>E-mail: *jrice@motleyrice.com* | Rosemary M. Rivas<br>FINKELSTEIN THOMPSON LLP<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: 415.398.8700<br>Facsimile: 415.393.8704<br>E-mail: *rrivas@finkelsteinthompson.com* |
| 6 | Lynn Lincoln Sarko<br>KELLER ROHRBACK L.L.P.<br>1201 3rd Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Telephone: 206.623.1900<br>Facsimile: 206.623.3384<br>E-mail: *lsarko@kellerrohrback.com* | Christopher A. Seeger<br>SEEGER WEISS LLP<br>77 Water Street<br>New York, NY 10005-4401<br>Telephone: 212.584.0700<br>Facsimile: 212.584.0799<br>E-mail: *cseeger@seegerweiss.com* |

| | | |
|---|---|---|
| 1 | J. Gerard Stranch IV<br>BRANSTETTER, STRANCH & JENNINGS, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Telephone: 615.254.8801<br>Facsimile: 615.250.3937<br>E-mail: *gerards@bsjfirm.com* | Roland K. Tellis<br>BARON & BUDD, P.C.<br>15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436<br>Telephone: 818.839.2320<br>Facsimile: 818.986.9698<br>E-mail: *trellis@baronbudd.com* |

Lesley Elizabeth Weaver
BLOCK & LEVITON LLP
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: 617.398.5600
Facsimile: 617.507.6020
E-mail: *lweaver@blockesq.com*

*Plaintiffs' Steering Committee and Settlement Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 10, 2016, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

/s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser