1

2

3

4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7   IN RE: VOLKSWAGEN "CLEAN DIESEL"          MDL No. 2672 CRB  (JSC)
    MARKETING, SALES PRACTICES, AND
8   PRODUCTS LIABILITY LITIGATION
                                              **ORDER DENYING JOLIAN KANGAS'**
9   _____/          **MOTION TO INTERVENE**

10  This Order Relates To:
    ALL ACTIONS (except the securities action)
11  _____/

12

13        Jolian Kangas filed a Motion to Intervene to appeal the Court's Order denying his motion

14  to intervene to conduct discovery.  (Dkt. No. 1896; *see* Dkt. No. 1746.)  Kangas does not need to

15  intervene to appeal.  His reliance on *United Airlines, Inc. v. McDonald*, 432 U.S. 385 (1977), for

16  the proposition that Federal Rule of Civil Procedure 24 requires him to file a motion to intervene

17  to appeal the denial of intervention  (Dkt. No. 1896 at 2) is misplaced.  *United Airlines* concerned

18  a post-final judgment motion to intervene to appeal both a denial of intervention and a denial of

19  class certification.  432 U.S. at 390.  The Court held that such a motion is timely when the putative

20  intervenor files the motion within the time period the named plaintiffs could have taken an appeal.

21  (*Id.* at 396-97.)  But there has been no final judgment and no denial of class certification here.  The

22  Court therefore **DENIES** his Motion.  Intervention is not necessary under the circumstances to

23  appeal the denial of the motion to intervene.  *See Smith v. Los Angeles Unified Sch. Dist.*, 830 F.3d

24  843 (9th Cir. 2016) (considering appeal of district court's denial of appellant's motion to intervene

25  in class action lawsuit); *Stringfellow v. Concerned Neighbors in Action*, 480 U.S. 370, 377 (1987)

26  ("[W]hen an order prevents a putative intervenor from becoming a party in any respect, the order

27  is subject to immediate review.").

28        This Order disposes of Docket No. 1896.

1    **IT IS SO ORDERED.**

2    Dated: October 24, 2016

3

4    _____

5    CHARLES R. BREYER
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California