# EXHIBIT 1

## LIST OF OPT-OUTS

1. Aakre, Chad (CA)
2. Abajian, Sharie (CA)
3. Abbey, Neil and Janet (CA)
4. Abbott, Dinah (VA)
5. Abel, Abigayle (TX)
6. Abell, Timothy W. (NC)
7. Abrahams, Hank (CA)
8. Abshier, David D. (CA)
9. Abshier, Jerry (CA)
10. Acevedo, Jose Elias (TX)
11. Aceves, Jenna and Joel (CA)
12. Acosta, Danyert (FL)
13. Acosta, Jose (TX)
14. Acosta, Maria Velma (State Not Provided)
15. Adami, Richard (NJ)
16. Adams, Daniel (TX)
17. Adams, Jim (TX)
18. Adams, John (TX)
19. Adams, John W. (WY)
20. Adams, Kellan (NV)
21. Adams, Lynn Michael (OR)
22. Adams, Neyda (TX)
23. Adams, William R. (KY)
24. Adamson, Maria (TX)
25. Adamson, Christopher (CA)
26. Adcock, Heather (TX)
27. Addams, Michael and Marilee (CA)
28. Adkins, Bethany (NC)
29. Adkins, Douglas (NC)
30. Adleman, Harold Lee (FL)
31. Adnan, Muhammad F. (CA)
32. Agafonow, Natali (CA)
33. Agger, Gary (OK)
34. Aguilar, Elodia (TX)
35. Aguilar, Maira (TX)
36. Aguirre, Jose (TX)
37. Ahlsted, Brian (TX)
38. Ahrens, Kenneth (TX)
39. Aibel, Jeffrey B. (GA)
40. Akin, Nina (CA)
41. Akland, Kristine (MT)
42. Akyuz, Muserref (NY)
43. Alberigi, Donald (CA)
44. Albert, Chad Joseph (VA)
45. Albert, William R. (VA)
46. Albright, Mary J. (TX)
47. Alcalay, Ron (CA)
48. Aldrich, Benjamin (TX)
49. Ledesma, Irma (TX)
50. Aleman, Glenda and Gabriel Roca (CA)
51. Alexander, Amy and Davin (TX)
52. Alexander, Johnny and Myrna (OR)
53. Alfaro, Eugene (CA)
54. Allart, Winston (CO)
55. Allen, Janie (TX)
56. Allen, Lucas (CA)
57. Allen, Maureen (CA)
58. Alli, Hassan/Zulfickher (FL)
59. Alling, Michael D. (WA)
60. Allman, Marshall (CA)
61. Almanza, Roberto (CA)
62. Alterio, Donna (CA)
63. Aluotto, Nicholas (TX)
64. Alvarado, Diocelina (CA)
65. Alvarez, Benjamin (TX)
66. Alvarez, Carlos and Elizabeth (CA)
67. Alvarez, Hector and Carmen (TX)
68. Alwood, Carol and John (CA)
69. Amado, Albert (TX)
70. Amador, Rose and Benjamin (CA)
71. Amato, Heidi (CA)
72. Amato, Wendy (VA)
73. Amato, Girolamo (VA)
74. Amaya, Carlos (TX)
75. Ambalov, Andrey and Vera (CA)
76. Ambler, Nathaniel (VA)
77. Ambriz, Juan & Margarita (CA)
78. Ambriz, Robert (TX)
79. Amen, Grant A. and June (CA)
80. Amersfoort, Anthony (CA)
81. Ammirante, Stella (CA)
82. Amos, James D. (PA)
83. An, Zhiyong (CA)
84. Anaya, Albert and Lucy Plambeck (CA)
85. Anderson, Cathy and Robert (TX)
86. Anderson, Cheryl (VA)
87. Anderson, Garret (MN)
88. Anderson, Gregory Dean (MA)
89. Anderson, Jeffrey and Miranda (TX)
90. Anderson, Jimmie (FL)
91. Anderson, Mary Susan & Charles T. (VA)
92. Anderson, Nicole (FL)

93.   Andrade, Angelena and Jesse (TX)
94.   Andre, Laurie (CA)
95.   Andreas, Thomas (NJ)
96.   Andres, David and Helanna (CA)
97.   Andrew, Walter and Kristine (CA)
98.   Andrews, Elizabeth (MT)
99.   Andrews, Jason and Stephanie (TX)
100.  Andrews, Richard (FL)
101.  Andrews II, Glenn and Gayle Kirma (CA)
102.  Angel, Paula (FL)
103.  Angulo, Dora and Juan (TX)
104.  Angulo, Lsmael (CA)
105.  Angulo-Zevallos, Gabriela (CA)
106.  Annis, Kerri (FL)
107.  Antelmi, Gregory (AZ)
108.  Anthony, Bryan (CA)
109.  Anthony, Terry and Rosemary James (VA)
110.  Antony, Thomas J (MA)
111.  Antos, Roger Allen (PA)
112.  Antunes, Antonio (CA)
113.  App, Cynthia E. (FL)
114.  Aqueveque, Jose (CA)
115.  Arabolaza, Karina (CA)
116.  Araujo, Mario (CA)
117.  Arce, Roberto (CA)
118.  Archer, Mark (CA)
119.  Archer, Zakari (TX)
120.  Ard, Marshall Nash (NC)
121.  Arellano, Porfirio (CA)
122.  Arendas, Andrew and Roberta (TX)
123.  Arendas/Roberts, Sarah (TX)
124.  Armantrout, Imelda (CA)
125.  Armendariz, Francisco (TX)
126.  Armenta, Louie (CA)
127.  Armstrong, Kevin (OH)
128.  Armstrong, Nathan (NY)
129.  Arrendondo-Perez, Candy (SC)
130.  Arrington, Woodrow (CA)
131.  Arsenault, Edward (CA)
132.  Arsenault, Robert (CA)
133.  Arthurs, Shaylyn and Delbert (WI)
134.  Artola, Ramon (TX)
135.  Arzate, Adrian (IL)
136.  Ashburn, Douglas (ID)
137.  Ashe, Curtis and Cheryl Jackson (VA)
138.  Ashley, Gary and Deborah (TX)

139.  Ashurova, Zumrud (NY)
140.  Aspiras, Maria (CA)
141.  Astrom, Lars (NC)
142.  Atkins, Fred and Twynia (TX)
143.  Atkinson, Jeremy (CA)
144.  Atkinson, Lee Ann (AZ)
145.  Atkinson, Raymond (TX)
146.  Auck, Jessica (CA)
147.  Auerbach, David (CA)
148.  Augustine, Matthew (CT)
149.  Auker, Guy (OR)
150.  Aukerman, Jeremiah (CO)
151.  Austin, Benjamin (NY)
152.  Austin/Caruso, Holland Edward and Rebecca Holland Caruso (TX)
153.  Avila, Jose (TX)
154.  Avila, Monica (CA)
155.  Aviles, Luis R. (FL)
156.  Awbrey, David (CA)
157.  Ayau, Kurt J. (VA)
158.  Aylor-Morris, Candice (TX)
159.  Aymond, Sheila (LA)
160.  Azam, Mark (TX)
161.  Baca, James (CA)
162.  Bachman, Dennis and Rosie (CA)
163.  Bachmann, Susan (FL)
164.  Backen, Starr and Jack (MT)
165.  Backstrom, Lloyd T. (VA)
166.  Badiane, Ousmane (VA)
167.  Badtke, Michele (TX)
168.  Baecker, Sagrario (CA)
169.  Bagot, Lisa (CA)
170.  Bahy, Michelle and Khalid (CA)
171.  Bailey, Jeffrey (CA)
172.  Bailey, Michelle and David (TX)
173.  Bailey, Peter (MD)
174.  Bailey, Robert (OR)
175.  Bailey-Weirich, Teresa (TX)
176.  Bain, Stephanie (NC)
177.  Bair/Fortner, Gregory and Heather (CA)
178.  Bais, Christos and Melissa (TX)
179.  Baker, Adam (CO)
180.  Baker, Cecilia (TX)
181.  Baker, Kory (TX)
182.  Baker-Lopez, Shannon (CA)

183. Balderson, Elaine Packett and Graham A. (VA)
184. Balena, John (TX)
185. Baliles, Kelly Handy (VA)
186. Ballariano, Placido (TX)
187. Ballinger, Larry and Nieves (MO)
188. Bana, Wendy (CA)
189. Banal, Gener and Jewlia (CA)
190. Banda, Ramiro and Belinda Puente (TX)
191. Bandai, Aide (CA)
192. Bandes, William and Lisa St. Andre (CA)
193. Banes, Melanie and Ariel Levy (CA)
194. Bank Of Abbeville & Trust Co, Bank Of (LA)
195. Banks, John and Susan (AL)
196. Bankston, Ronald and Angela (CA)
197. Banman, Christina E (CA)
198. Banman, Edward J. (CA)
199. Barba, Pedro (CA)
200. Barbarino, Vincent & Katherine (CA)
201. Barber, Kimberly (TX)
202. Barbour, Earl E. (MD)
203. Barcon, Alex (FL)
204. Barker, Paul (TX)
205. Barnes, Aaron (TX)
206. Barnes, Cassandre (NC)
207. Barnes, John (AL)
208. Barnes, Kenneth (NC)
209. Barnes, Richard (TX)
210. Barnett, Arlene J. (TX)
211. Barnette, Carol (TX)
212. Barney, Jonathan (TX)
213. Baron, Neil (TX)
214. Baron, Richard L. (FL)
215. Barr, Richard and Corene (CA)
216. Barraza, Hilda (CA)
217. Barreda, Leonel (IL)
218. Barrera, Javier (TX)
219. Barros, Sandra (CA)
220. Barrow, Daniel Hilton (TX)
221. Bartee, David E. (VA)
222. Bartek, Sheila (TX)
223. Bartlett, Bruce (NC)
224. Bartlett, Lawrence (WI)
225. Basaraba, William & Victoria (FL)
226. Bash, Eric (FL)
227. Bat, Randall and Joy (CA)
228. Batchelor, John (TX)
229. Bates, Ariana (CA)
230. Bates, Bruce (CT)
231. Bates, William (FL)
232. Baughman, Kent and Bonita (CA)
233. Bauhofer, Scott & Tracy Cockerham (CA)
234. Baur, Jill S (TX)
235. Baura, Gary L. (FL)
236. Bautista, Andrew (CA)
237. Bautista, Jessica (CA)
238. Bautista, Juan (TX)
239. Baxley, John J. (FL)
240. Beal, Stacy (TX)
241. Beale, Joseph A. and Leslie (TX)
242. Beam, Dorothy (GA)
243. Villagomez, Mike and Alfredo Villagomez (CA)
244. Beard, Eric (OR)
245. Bearden, Walter (TX)
246. Bearer, Beth (CA)
247. Beatriz, Zelia (CA)
248. Beatty, Charles and Vickie (TX)
249. Beaudette, Dane and Sonya (CA)
250. Beavers, Stephanie and John (OK)
251. Beck, Mimi-Noelle (CA)
252. Beck-Brattin, Ericka (OR)
253. Becker, Stephen (CA)
254. Becker, Steven (FL)
255. Bedinelli, Ernest & Carolyn Bedinelli (FL)
256. Beganovic, Azra (MI)
257. Begley, Stephen (NC)
258. Behne, Tim and Sheri (WA)
259. Behr, Matty and Kristopher (CA)
260. Belcher, Vanessa (FL)
261. Belinsky, Diane (CA)
262. Belizario, Vicente and Michelle (CA)
263. Bell, James Harllee (VA)
264. Bell, Judith (FL)
265. Bell, Kyle (VA)
266. Bell, Lisa (VA)
267. Bell Jr., Joseph P. (TX)
268. Bender, Todd (MO)
269. Benefield, Trae and Deborah (CA)
270. Beneto, Jon (TX)
271. Benjamin, William and Kay Vetter (CA)

| | |
|---|---|
| 272. Bennett, C Michele (WA) | 318. Blakely, Steven (TX) |
| 273. Bennett, Donald Dean (MT) | 319. Blakeney, Chantal and Graham (CA) |
| 274. Bennett, Katherine (TX) | 320. Blanchard, Andrew and Callee (LA) |
| 275. Bennett, Nicole (CA) | 321. Blankenship, Paul (CA) |
| 276. Bennett, Robert & Jo Marie (TX) | 322. Blanks, Jeanine (TX) |
| 277. Bennett, Wendy (LA) | 323. Blanquiz, Joeray (TX) |
| 278. Bensel Jr, Ralph F (NJ) | 324. Blaylock, Larry and Holly Stuart (CA) |
| 279. Benson, Richard and Nichole (AL) | 325. Blinn, Adam (FL) |
| 280. Benton, Grady Lynn (TX) | 326. Blixt, Debra (MT) |
| 281. Benz, Rena and Robert (CA) | 327. Blocher, Kathi and Marc Hrossawyc (CA) |
| 282. Berbari, Luis (CA) | 328. Blom, Sascha (CA) |
| 283. Bereny, Joshua (CA) | 329. Bluff, Jerry (VA) |
| 284. Berglund, Maria (TX) | 330. Bobo, Robert (TX) |
| 285. Bernal, Danielle Santos (CA) | 331. Bock, Kevin R. (TX) |
| 286. Bernal, David (TX) | 332. Bodden Sr., Cyril E. (CA) |
| 287. Bernal / Lamb, Rodney / Stormie (TX) | 333. Bodon Jr., Frank R. (WV) |
| 288. Bernard, Elisabeth (FL) | 334. Boe, Marjorie (WI) |
| 289. Bernard, Ian J. and Penny L. (CA) | 335. Boelter, William (CA) |
| 290. Berndt, Timothy (MI) | 336. Boersma, Deanna (CA) |
| 291. Bernier, Ross (CT) | 337. Bogash, Michael (CA) |
| 292. Bernthal, David Patrick Tyson (FL) | 338. Boggs, Jacqueline (GA) |
| 293. Berry, Michael R. and Carolyn D. (CO) | 339. Boggs, William (Earl) (AL) |
| 294. Bersuch, Jeff (TX) | 340. Bogle, Fergus (KY) |
| 295. Bertagnolli, Martin and James (CA) | 341. Bogyo, Matthew (CA) |
| 296. Berthoud, Raymond and Rose Marie (MT) | 342. Bohannon, Danny (TX) |
| 297. Bessette, Richard (CA) | 343. Bohnenkamp, Ryan (CA) |
| 298. Bettencourt, Joseph and Judith (CO) | 344. Boike, Matthew (TX) |
| 299. Bettini, Rebecca H. (NC) | 345. Bolanos, Juan (CA) |
| 300. Betts, Amy (AZ) | 346. Bolstad, Steven/Laura Ellen (MT) |
| 301. Beveridge, Jo-Anne (TX) | 347. Bonnet, Tracey (CA) |
| 302. Biconclova, Paul (WA) | 348. Bonson, James (CA) |
| 303. Bienvenu, Reuben (LA) | 349. Boom, Daniel and Margaret (CA) |
| 304. Bijev, Hristo and Debrinka (CA) | 350. Booth, Denise A. and Donald C. (VA) |
| 305. Billingsley, Todd (NJ) | 351. Borelli, Kenneth (NJ) |
| 306. Bilyeu, Randall (TX) | 352. Borkowski, Matthew (FL) |
| 307. Binowski, Mark and Brenda (CA) | 353. Borman, Byron and Karen (CA) |
| 308. Bippart, Peter (CA) | 354. Borza, Daniel and George (CA) |
| 309. Bishay, Karim (CA) | 355. Borzello, Gavin (GA) |
| 310. Bitner, Daniel M. (TX) | 356. Bosch, Mibsam E. (FL) |
| 311. Black, Robert J. (TX) | 357. Bosch, Mibsam (FL) |
| 312. Blair, Donald and Sharon (FL) | 358. Boswell Jr., Joseph (TX) |
| 313. Blais, Mitchell (CA) | 359. Boucher, Eva and Russell (TX) |
| 314. Blaise, Cheryl and Eric (TX) | 360. Boucher, Kent-Andrew (TX) |
| 315. Blaise, Tracy and James (TX) | 361. Boucher, Jean-Denis (TX) |
| 316. Blake, Grant (TX) | 362. Bourg, George (LA) |
| 317. Blake, Gregory (CA) | 363. Boutros, Bassem (CA) |

| | | | |
|---|---|---|---|
| 364. | Bowden, Ronald (TX) | 409. | Brewster, J.J. (TX) |
| 365. | Bowker, Linda (AR) | 410. | Brickman, Robert D. and Susan M. (VA) |
| 366. | Bowling, Morgan (TX) | 411. | Bridges, Jean (NC) |
| 367. | Bowns, Allison (AZ) | 412. | Brinkman, Steve (MO) |
| 368. | Boyer, Frank H. (PA) | 413. | Brinkman Sr., Danny C. (MS) |
| 369. | Boyle, Daniel (CA) | 414. | Brinkmann, Michael (FL) |
| 370. | Boyles, Karin D. (FL) | 415. | Britsch, Darin (CA) |
| 371. | Boyles, Linda (FL) | 416. | Brock, Frank (TX) |
| 372. | Bozkurt, Emin (CA) | 417. | Brock, Stacie (TX) |
| 373. | Braden, Erica (TX) | 418. | Brockman, Timothy (MD) |
| 374. | Bradley, David (TX) | 419. | Brody, Jon (TX) |
| 375. | Bradley, Lawrence (CA) | 420. | Brombaugh, William (TX) |
| 376. | Bradley, Richard (TN) | 421. | Brooks, Joe (NC) |
| 377. | Bradley, Ronald (PA) | 422. | Brooks, Phillip A. (VA) |
| 378. | Bradshaw, Lauren (TX) | 423. | Brown, Barbara (VA) |
| 379. | Bradshaw, Nick (TX) | 424. | Brown, Carol (VA) |
| 380. | Bradshaw, Troy (TX) | 425. | Brown, Colleen (CA) |
| 381. | Bradt, Nancy (VA) | 426. | Brown, Dace and Masakazu Aoe (CA) |
| 382. | Brady, Bertha (TX) | 427. | Brown, Daniel (VA) |
| 383. | Brady, Donna Lynn & Timothy John (VA) | 428. | Brown, Joan Ann (VA) |
| 384. | Brady, Ida Louise (CA) | 429. | Brown, Leslie and Daniel (FL) |
| 385. | Bramlett, Michael and Susan (TX) | 430. | Brown, Michael Z. (TX) |
| 386. | Branch, Anthony (NY) | 431. | Brown, Rachelle (CA) |
| 387. | Branch, David E. (FL) | 432. | Brown, Ronna (CA) |
| 388. | Brandon, Emily (MT) | 433. | Brown, Royce (CA) |
| 389. | Brandon, Sean (Gulf Services Contracting Inc.) (AL) | 434. | Brown, Samuel and Angela (AL) |
| | | 435. | Brown, Stephen (CA) |
| 390. | Branham, Janice (TX) | 436. | Brown, Timothy (TX) |
| 391. | Brannock, James V. (VA) | 437. | Brown, Virgil A. (TX) |
| 392. | Branson, Robert and Kathleen (CA) | 438. | Brownson, Tim (FL) |
| 393. | Brar, Gurjant S. and Gurjit K. (CA) | 439. | Brubaker, Dan (TX) |
| 394. | Braswell, Melissa (FL) | 440. | Bruening, Elizabeth (WI) |
| 395. | Braucht, Loren (WA) | 441. | Bruinsma, James (TX) |
| 396. | Brauer, Bradley D. (VA) | 442. | Brunda, Kai Li Diane & Michael John (VA) |
| 397. | Brauer, Janet (TX) | 443. | Brunn, David (CA) |
| 398. | Bravo, Anna (State Not Provided) | 444. | Bruns, Tamara N. (CA) |
| 399. | Bravo, Ricardo R. (TX) | 445. | Brutsche, John (TX) |
| 400. | Bravo, Robert & Natalie (CA) | 446. | Bryan, John (FL) |
| 401. | Bravo, Stephanie and Raul (CA) | 447. | Bryant, Janet and Terry (MS) |
| 402. | Bray, Stephen (UT) | 448. | Bryant, Thomas (IN) |
| 403. | Bredemeier, Judith A. & Kenneth H. (VA) | 449. | Bubis, Dmitry (FL) |
| 404. | Bredemeier, Kenneth (VA) | 450. | Bucard, Daniel (LA) |
| 405. | Breidenbach, Steven (VA) | 451. | Buccieri, Jenna (CA) |
| 406. | Brennan, Michael (TX) | 452. | Buck, John (CA) |
| 407. | Brent, Karen and Michael (TX) | 453. | Buck, Reginald (TX) |
| 408. | Breuer, Michael (CA) | 454. | Buckley, Elizabeth (TX) |

455. Buddenhagen, Douglas and Joan (CA)
456. Buffington, Mark and Teresa (MN)
457. Bullard, Lesonya (VA)
458. Bullerwell, David L. and Carol L. (TX)
459. Buoy, Mike (TX)
460. Burch, Joe and Christine (CO)
461. Burcher, Jr., Clyde (VA)
462. Burchstead, Jr., Harry B. (SC)
463. Burger, Dora and Bryan (IL)
464. Burgess, Gifford and Cindy (WY)
465. Burke, Kevin P. (CA)
466. Burkhalter, James (CO)
467. Burkhardt, Arlene D. (VA)
468. Burkman, Kay (TX)
469. Burks, Tracy (TX)
470. Burlingis, Lukas (CA)
471. Burney, Perry (LA)
472. Burns, Cayla (MS)
473. Burrell, Donna (State Not Provided)
474. Burrer, Jr., Travis (TX)
475. Burton, Jason (CA)
476. Burton, Jennifer (TX)
477. Burton, Matthew and Andrea (VT)
478. Bussey, Ashley Lynn (FL)
479. Butler, Marcus (CA)
480. Butterfield, Jeff (TX)
481. Buxton, Carol (TX)
482. Byars, Noel and Tara (TX)
483. Bybee, Morgen (ID)
484. Byerly, David Brian and Suzanna Lorrain (TX)
485. Byers, David F (NC)
486. Byrd, Daniel (KS)
487. Byrd, Tracy (LA)
488. Byrnes, Jean (MN)
489. Byrum, Tony R. (LA)
490. Caballero, Santos (TX)
491. Cabana, Stefan (ME)
492. Cacciatore, James and Josephine (CA)
493. Cachine, Michael Ney (VA)
494. Calhoun, Leroy (GA)
495. Cain, Matthew and Alicia M. (CA)
496. Cain, Michael A. (LA)
497. Cain-Fletcher, Brittny (LA)
498. Cairney, George and Vicki (CA)
499. Calabrese, Anthony M. (NJ)
500. Calama, Juan (FL)
501. Callahan, Craig Tricou (VA)
502. Callaway, Diana (TX)
503. Calloway, Arleen (FL)
504. Camacho, Norma (TX)
505. Campagna, Brian (CA)
506. Campanella, Carol Jo (FL)
507. Campbell, David and Constance (CA)
508. Campbell, Delano (VA)
509. Campbell, Eddie (TX)
510. Campbell, Jeffrey A. (VA)
511. Campbell, Kimberly (TX)
512. Campbell, Rod (CA)
513. Campbell, Todd J. (TX)
514. Campos, Sara and Jesus (TX)
515. Campos, Jr., Antonio (CA)
516. Canales, Daylin and Francisco (CA)
517. Caniglia, Umberto (FL)
518. Canizales, Juan (NC)
519. Cannon, Angela (TX)
520. Cannon, Diane (David Cannon Well Drilling, Inc.) (FL)
521. Cantu, Dora (TX)
522. Cantu, Joshua (TX)
523. Capelle, Ed (OR)
524. Capito, William (FL)
525. Capozzi, Lori J. (FL)
526. Caraway, Lla (TX)
527. Carden, Richard (VA)
528. Cardenas, Gabriel (CA)
529. Cardenas, John A. (TX)
530. Cardenas, Roberto & Annie (TX)
531. Carey, Grant (CA)
532. Carll-Young, Patricia J. (TX)
533. Carlson, Christopher C. (VA)
534. Carlson, Frank E. and Dorothy K. (TX)
535. Carlson, Michael (WA)
536. Carlson, Nathan (TX)
537. Carlton, Randal (FL)
538. Carmichael, Andrew and Lisa Buckowsky (VA)
539. Carmona, Gustavo (CA)
540. Carnish, Craig (TX)
541. Carpenter, Karen (OR)
542. Carraway, Jarrett (MS)
543. Carrell, Kenneth (AL)

| | |
|---|---|
| 544. Carreon, Delia (CA) | 590. Chavez, Christina and Raymond (CO) |
| 545. Carrete, Lourdes C. (TX) | 591. Chavez, Christopher (TX) |
| 546. Carrigan, Max I. (UT) | 592. Chavez, Emilio (CA) |
| 547. Carrillo, Osvaldo (CA) | 593. Chavez, Jose B. (CA) |
| 548. Carroll, Cynthia and Steven (TX) | 594. Chaykin, Alice (FL) |
| 549. Carroll, Lisa Val (WY) | 595. Chaykin, Richard (FL) |
| 550. Carruthers, Patrick (TX) | 596. Chen, Yang (CA) |
| 551. Carter, Cheryl (CA) | 597. Chesney, Fred (TX) |
| 552. Carter, Mary F. (VA) | 598. Chesser, Randy (TX) |
| 553. Carter, Sarah (VA) | 599. Chester, Kelly (TX) |
| 554. Carter, Shawna (IL) | 600. Chetkovich, Kathryn (CA) |
| 555. Carter, Zelda Jane (AL) | 601. Chi, Edward (CA) |
| 556. Caruthers, Geneva T. (TX) | 602. Chibel, Ann Marie (FL) |
| 557. Casarez, Enedina (TX) | 603. Chichyan, Samuel (CA) |
| 558. Cascio, Joseph L. and Janet K. (TX) | 604. Childress, John and Terri (CO) |
| 559. Cassidy, Steven (FL) | 605. Chilton, Margaret (TX) |
| 560. Castellucci, Carlos (FL) | 606. Chinoy, Naveed and Jaffer (FL) |
| 561. Castillo, Diane (ID) | 607. Chmielewski, Vanna (TX) |
| 562. Castillo, Jesus (TX) | 608. Cho, John (CA) |
| 563. Castillo-Walsh, Michael (CA) | 609. Choi, Nick (TX) |
| 564. Castonguay, Leon J. & Linda St. John (CA) | 610. Choi, Victor (CA) |
| 565. Castro, Elisa G. & Noverto Gonzales (TX) | 611. Chota, Ana (CA) |
| 566. Castro, Luz (GA) | 612. Chow, Davy (TX) |
| 567. Catanzaro, Antonio (CA) | 613. Christensen, Jeff (CA) |
| 568. Cates, Caron (TX) | 614. Christensen, Richard (NV) |
| 569. Caton, Wilson (VA) | 615. Christensen, Russell and Trudy (TX) |
| 570. Cattaneo, A.D. (CA) | 616. Christian, James and Katie Kim (TX) |
| 571. Cauthron, Timothy (LA) | 617. Christiansen, Gina (CA) |
| 572. Cavaliere, Jose (TX) | 618. Christy, James and Janice (FL) |
| 573. Cebo, Adi (CA) | 619. Chun, Ted (CA) |
| 574. Cefail, Kenyatta A. and Robert (FL) | 620. Chupa, Tammy and Jeff (NC) |
| 575. Cemashko, Virginia (CA) | 621. Churchley, David and Candace (OR) |
| 576. Cerovich, Brenda (CA) | 622. Churchman, Layne & Mariann (TX) |
| 577. Cervantes, Michael (AZ) | 623. Chuyanova, Natalya (CA) |
| 578. Chacon, Anthony (CA) | 624. Chynoweth, Nancy (UT) |
| 579. Chacon, Edmond (CA) | 625. Ciesla, Jacob (GA) |
| 580. Chadwick, Elizabeth A. & John R. Jr. (AL) | 626. Cisneros, Oscar (CA) |
| 581. Chadwick, Janet (CO) | 627. Cisneros, Rudy and Karina (TX) |
| 582. Chambless, Kenneth (TX) | 628. Claar, Derrick and Elissa (CA) |
| 583. Champoux, Daniel S. and Reba (CA) | 629. Clader, Robert C, Jr. (FL) |
| 584. Chan, Eric S. and Heidi L. (CA) | 630. Clancy/Lindeman, Jim/Teresa (CA) |
| 585. Chapman, Kristi (TX) | 631. Clark, Cyndal (GA) |
| 586. Chappex, Jorge (FL) | 632. Clark, James (TX) |
| 587. Charles, Gary and Linda S. Travis (VA) | 633. Clark, Lynn and Christine (CA) |
| 588. Charron, Michael (TX) | 634. Clark, Nadia (CA) |
| 589. Chase, Bachitter & Kalash (CA) | 635. Clark, Nancy (IN) |

| | | | |
|---|---|---|---|
| 636. | Clark, Tyral (CA) | 681. | Cook, Gordon (TX) |
| 637. | Clarke, Stephen and Geraldine Waltz (FL) | 682. | Cook, Harvey and Holly (GA) |
| 638. | Claus, Mary (CA) | 683. | Cook, Michael (State Not Provided) |
| 639. | Clauson, Robert and Jane Perry (TX) | 684. | Cookston, Todd (CA) |
| 640. | Clegg, Anita and David (VA) | 685. | Cooley, Donna (CA) |
| 641. | Clegg, Dave and Francine (NV) | 686. | Cooper, Alan (CA) |
| 642. | Clements, Curtis (TX) | 687. | Cooper, Bridget (CA) |
| 643. | Clemons, Ray (VA) | 688. | Cooper, Casey (CA) |
| 644. | Clemons, Wilma (TX) | 689. | Cooper, Eugene (VA) |
| 645. | Clennon, James and Carolyn (MO) | 690. | Cooper, Freddie (TX) |
| 646. | Clifton, Amanda and Kurtis (TX) | 691. | Cooper, Gerald (TX) |
| 647. | Cline, Charles (GA) | 692. | Cooper, Joshua (CA) |
| 648. | Clinton, Sally (NY) | 693. | Cooper, Lorri and Paul Wiatroski (OH) |
| 649. | Clompus, Richard (CA) | 694. | Cooper, Michelle (FL) |
| 650. | Cloud, Patrick (VA) | 695. | Copeland, Alvin (VA) |
| 651. | Coble, Jr., Charles G. (VA) | 696. | Copen, Jason (OH) |
| 652. | Cochran, Steven (VA) | 697. | Coppage, Amy (VA) |
| 653. | Cochran, William (LA) | 698. | Coppo, Mario (FL) |
| 654. | Coffey, Alden (TX) | 699. | Corbeil, Pauline (ME) |
| 655. | Coffin, Richard and Roxanne (CA) | 700. | Corbett, Lisa V. (CA) |
| 656. | Cogburn, Kenneth (LA) | 701. | Corena, Alberto (NY) |
| 657. | Cogley, Brian (OR) | 702. | Corgiat, Claudia (CA) |
| 658. | Cohan, Margaret (CA) | 703. | Corley, Jordan (OR) |
| 659. | Cohn, Jeffrey (FL) | 704. | Cornelius, Hugh and Diane (TX) |
| 660. | Cohron, Glyn A. and Wil (TX) | 705. | Cornwell, Zachary and Emily (TX) |
| 661. | Coker, Earl & Irene (TX) | 706. | Corrales, Jesus (AZ) |
| 662. | Colby, George (NC) | 707. | Correia, Lori (CA) |
| 663. | Colesworthy, Caroline (CA) | 708. | Correll, Wayne (TX) |
| 664. | Colin, Denise and Christopher (CA) | 709. | Cortes, Salomon (CA) |
| 665. | Coll, Marta (FL) | 710. | Cortez, Lawrence (PA) |
| 666. | Colley, William (NV) | 711. | Cosin, Wendy (CA) |
| 667. | Collins, Darrell and Anita (CA) | 712. | Costley, Barbara and John (CA) |
| 668. | Collins, Wayne (CA) | 713. | Coulter, Kristey (NC) |
| 669. | Colwell, Sean (CA) | 714. | Courtney, Bernard and Janet (FL) |
| 670. | Comerford, Suzette and Felicia Fernandez (CA) | 715. | Couvillion, Ronald & Kelli (MD) |
| | | 716. | Covington, Lee Ann (VA) |
| 671. | Comly, Frank (TX) | 717. | Cowan, Robert and Pia Caruso (TX) |
| 672. | Conde, Olegario (TX) | 718. | Cowart, Roberta (TX) |
| 673. | Conner, Ryan (CA) | 719. | Cox, Brent (FL) |
| 674. | Connolly, David (CA) | 720. | Cox, Cleon and Angelita (FL) |
| 675. | Conrad, Billy (IA) | 721. | Cox, Jean (VA) |
| 676. | Conrad, Brock (TX) | 722. | Cox, Kevin and Adriana (CA) |
| 677. | Conrad, Peter and Kayla (CA) | 723. | Cox, Lee and Emily-Jo (WA) |
| 678. | Consoli, John and Kathleen Marko (CT) | 724. | Cox, Llewellyn (TX) |
| 679. | Contreras, Louis and Michelle (CA) | 725. | Cox, Michael and Cheri (TX) |
| 680. | Conway, Robbie (TX) | 726. | Cox, Patricia (TX) |

727. Cox, Richard and Susan (CA)
728. Cox, Tina (VA)
729. Cox, William Jones (FL)
730. Coyle, Richard (TX)
731. Crabtree, Kristie (TX)
732. Crane, Carmel (NV)
733. Crawford, Paul (CA)
734. Cree, Martin Robert (FL)
735. Creel, Ralph (LA)
736. Crescenzo, Frank and Maria (CA)
737. Cress, Mark A. (WA)
738. Crist, Julie Anne (CA)
739. Crocker, Brandon (CA)
740. Cronauer, Thomas and Charlotte (CA)
741. Crook, Jennifer (State Not Provided)
742. Crooks, Amber and Guyron (TX)
743. Crooks, Amber (TX)
744. Crosbie, Ben and Rosa (TX)
745. Crosby, Dale and Bobby (WA)
746. Crose, Daniel (CA)
747. Cross, David and Dixie (FL)
748. Crotsley, Frank (FL)
749. Crouch, Brian (TX)
750. Crouse, Thomas (TX)
751. Crowgey, Steven (GA)
752. Cruz, Francis (CA)
753. Cruz-Torres, Victor and Martha (TX)
754. Cuaresma, Michael and Marta (CA)
755. Cudanes, Jaime (CA)
756. Cude, James (TX)
757. Cuevas, Chea (TX)
758. Cunneen, Michele (CA)
759. Cunningham, Blake (TX)
760. Cunningham, James Michael (FL)
761. Cunningham, Robert (TX)
762. Curiel, Jose (CA)
763. Currier, Christopher (NC)
764. Curtin, Daniel (TX)
765. Curtis, Elsa (CA)
766. Cushman, Lloyd (NC)
767. Cushmore, Stephen (PA)
768. Czechowski, Aaron (WA)
769. D'Aquila, Kenny (CA)
770. Dahlman, Peter B. (TX)
771. Dail, Joseph D. Jr. (NC)
772. Dailey, Sidney Milton (VA)

773. Dalmolin, Phillip (TX)
774. Daly, George (MI)
775. Daly, Kristen (CA)
776. Daly, Michael W. and Margaret B. (FL)
777. Dameron, David B. and Sheryl L. (CA)
778. Damon, Semiramis (NV)
779. Danaher, Paul G. (KS)
780. Daniel, Leslie S. (TX)
781. Daniels, John B. (CA)
782. Daniels, Vanessa D. and Shawn L. (TX)
783. Danley, Stephen B. (GA)
784. Darbo, Greg (MN)
785. Darren, John (TX)
786. Dashiell, Emily (CA)
787. Dasilva, Edward (NY)
788. Dattoia, William (CA)
789. Dauerer, Joseph A. (VA)
790. Daussin, Gary (LA)
791. Dauwalter, Heidi and Michael (CA)
792. Daux, Alex Logemann (ID)
793. Davenport, Aaron C. (VA)
794. Davila, Christopher (NY)
795. Davila, Lucia (TX)
796. Davis, Cory (TX)
797. Davis, Doris D. (TX)
798. Davis, Doug (TX)
799. Davis, Joshua (VA)
800. Davis, Joshua (PA)
801. Davis, Karen (CA)
802. Davis, Kevin and Jeanine B. (FL)
803. Davis, Mitchell (TX)
804. Davis, Nora (TX)
805. Davis, Regina (CA)
806. Davis, Vincent K (OR)
807. Davy, Elizabeth M. (CA)
808. Day, Margaret F. and Cary H. (FL)
809. Day, Mark and Janet (OR)
810. Dayzie, Tony (AZ)
811. De Geus, James (NE)
812. De Hoyos, Fermin (TX)
813. De La Fuente, Jorge (TX)
814. De La Rosa, Ricardo and Maria E. (CA)
815. De Leon, Raul (CA)
816. De Miranda, Kevin and Michelle (TX)
817. Deal, Reuben (CA)
818. Debert, Kristin A.And Richard A. (AZ)

819.   Deboskey, Robert R. (VA)
820.   Debuck, Asa and Heather (GA)
821.   Decker, Shannon (AZ)
822.   Deere, Stephen (MO)
823.   Degiovanni, Edgar (CA)
824.   Deguzman, Romeo (TX)
825.   Dehant, Doug (NJ)
826.   Dehart, Sharon (TX)
827.   Deherrera, Noemi (TX)
828.   Deleon, George (TX)
829.   Delgado, Ediberto (TX)
830.   Delgado, Hector and Milan Ortiz (FL)
831.   Delimitros, Jodie (CA)
832.   Dell, Thomas (MI)
833.   Deloach, Samuel L. (VA)
834.   Deluna, Larry D. and Florinda G. (TX)
835.   Deluna, Sandra S. and Gilbert (TX)
836.   Demery, Jason (CA)
837.   Demuth, Mary Ann (GA)
838.   Denney, Ben and Crystal (TX)
839.   Dennis/Graham, Angela G. and Marsha J. Graham (CA)
840.   Dennis, Catherine (MO)
841.   Denson, Terry Lee (TX)
842.   Depaoli, Robert (FL)
843.   Derevec, Barry (GA)
844.   Derk, Adam (FL)
845.   Dermody, Christine (CO)
846.   Dervisagic, Adnan (CA)
847.   Desgroseillers, Nathalie (CA)
848.   Deshotels, Brian (LA)
849.   Determan, Carol (MN)
850.   Dettman, William (CA)
851.   Deusenberry, Mark (FL)
852.   Deveno, Carol and Michael (NH)
853.   Devine, Jennifer (FL)
854.   Devor, Michelle (CA)
855.   Dewitt, Edward (NC)
856.   Diaz, Jose (FL)
857.   Diaz, Ruben and Mireya (CA)
858.   Dicarlo, Michael (VA)
859.   Dicenso, David (CA)
860.   Dichoso, Kelly (CA)
861.   Dickens, Amber (ID)
862.   Dickerson, Jason (WA)
863.   Diera, Lewis (GA)

864.   Dietz, Frederick (NC)
865.   Diggens, Aaron and Christi D. (TX)
866.   Dillard, Michael (AZ)
867.   Dillard, Phyllis (TX)
868.   Dillon, Mary (CA)
869.   Dimeo, Darren and Elizabeth (FL)
870.   Dimmerling, Maria (PA)
871.   Dipierro, Charles G. (VA)
872.   Diskin, Jennifer (NY)
873.   Divila, Marvin L. (TX)
874.   Divine, Gilbert L. (OR)
875.   Dixon, Andrea (SC)
876.   Dixon, James (CA)
877.   Dixon, John (TX)
878.   Dixon, William D (FL)
879.   Doan, Binh (TX)
880.   Doan, Binh and Thuy (TX)
881.   Doane, Mary Ann (TX)
882.   Doane, Randall and Mary Ann (TX)
883.   Doar, David (NC)
884.   Dobson, T.J. (TX)
885.   Dockery, Kenneth (IL)
886.   Dockins, Ira and Lois (WI)
887.   Dodd, Dustin and Jenny (CA)
888.   Dolan, Mark (FL)
889.   Dolotina, Tracy James (TX)
890.   Domingo/Withers, Michael and Christine Withers (CA)
891.   Dominguez, Oscar (TX)
892.   Donahoe, Michael/Wendy (MT)
893.   Donaldson, Arthur and Teresa (WI)
894.   Donis, Chris (FL)
895.   Donnelly, Brian (CA)
896.   Dorr, Charles and Heather (KY)
897.   Doty, Mike (TX)
898.   Dougherty, Walter and Barbara (PA)
899.   Dowd, Jason (VA)
900.   Dowling, Jonathan (GA)
901.   Drake, Elvie (TX)
902.   Draney, Katherine and David (CA)
903.   Drayton, Donna (TX)
904.   Drescher, Teresa and Brock (TX)
905.   Drouin, Richard (FL)
906.   Droz, Arthur and Marilyn (CA)
907.   Du Bois, Louise (CA)
908.   Du Boise, Daniel R. and Linda (TX)

909. Ducrot, Richard (MT)
910. Duffy, James (TX)
911. Dufresne, Holly (FL)
912. Duggins, Manfred W. (VA)
913. Duke, Steve (CA)
914. Duncan, Douglas (TX)
915. Duncan, Tiffany (PA)
916. Duniec, Michael Anthony (OH)
917. Dunn, Carolyn (NC)
918. Dunning, Dirk (OR)
919. Dupont, Timothy and Maureen (CA)
920. Duran, Daniel (TX)
921. Durden, Ronda and Bobby (GA)
922. Duringer, Mike (CA)
923. Durkee Jr, Don (CA)
924. Durst Storts, Rochelle (CA)
925. Dykins, Alexya (CA)
926. Earls, Donnie (TN)
927. Easley, Mark D. (OR)
928. Eaton, Jeff (CA)
929. Eaton, Timothy (CA)
930. Ebert, Gerald (CA)
931. Ebner, Claudia (CA)
932. Eby, Darvin (PA)
933. Echevarnia, Eladio (TX)
934. Eckstein, Julie Roscoe & Howard W. (VA)
935. Eddings, Jonathan and Lauren (NC)
936. Eddings, Michael (AR)
937. Edens, Jason (MN)
938. Edson, Rachael (CA)
939. Edwards, Aaron S. (LA)
940. Edwards, Diane Gloria (IL)
941. Edwards, Glenn (LA)
942. Edwards, Jack (TX)
943. Edwards Jr., Kenneth J. (TX)
944. Ehry, Hazel (MT)
945. Eicher, Daniel and Dennis Ang (NC)
946. Eischeid, James and Amy (CA)
947. Eisner, Harold (CA)
948. Elizarraras, Jose (TX)
949. Elizarraraz, Antonio (CA)
950. Elkeshen, Jadd (CA)
951. Elkin, Amanda (TX)
952. Ellevold, Abelina and Cynthia (CA)
953. Ellington, Jeff & Hollie (Ca)
954. Ellis, Christina (VA)

955. Elrod, Joshua O. and Francile D. (VA)
956. Emblem, Toni and Olaf (TX)
957. Emert, Steven (TX)
958. Emett, Dennis (TX)
959. Emmert, Robert (CA)
960. Enderle, Kevin and Christie (FL)
961. Endy, Karin R. (NY)
962. England, Mary Jo (WI)
963. England, Richard (CA)
964. English, Gary (KY)
965. Ensey, Greg (WA)
966. Eperjesi, Jan (CA)
967. Epperson, Hazel (VA)
968. Erickson, Lee W. (AL)
969. Erickson, Michael (OK)
970. Erickson, Thor and Jennifer (CA)
971. Erstling, Mark and Le'Etta J. (CA)
972. Escalette, Phil (CA)
973. Escobar, Arely (CA)
974. Escolero, Louis (CA)
975. Esparaza, Sasha (TX)
976. Espinosa, Michael (TX)
977. Esquibel-Dunlap, Catherine I. (VA)
978. Esquivel, John (TX)
979. Esquivel, Ramiro and Deborah (TX)
980. Esson, John and Wendy (CA)
981. Essres, Bonnie (VA)
982. Estenssoro, Ramiro (CA)
983. Estes, Pat (FL)
984. Estrada, Ricardo (TX)
985. Estrada Jr., Marcelino G. (TX)
986. Ethridge, Jason U. (TX)
987. Ettlin, Dennis (CA)
988. Eubanks, Norma (AL)
989. Eubanks Jr, John (Jay) (AL)
990. Evans, Nick (CA)
991. Evans, Thomas R (FL)
992. Evans, Travis (TX)
993. Evans, William C. (WA)
994. Eveland, Christopher (FL)
995. Ezzell, Leon (NC)
996. Fadely, Chad (MT)
997. Faheem, Askia (CA)
998. Faircloth, Danny (VA)
999. Falcon, Carlos (TX)
1000. Falcon, Lucila (TX)

1001. Falcon, Lucy (TX)
1002. Famiglietti, Allen (VA)
1003. Fang, Albert (TX)
1004. Fanguy, Timothy S (SC)
1005. Faria, Darlino and Christine (TX)
1006. Farkas, Susan (TX)
1007. Farley, Terrence E. (VA)
1008. Farmer, John Stephen and Kari L. Knight (VA)
1009. Farr, David (CA)
1010. Farrell, Patrick (PA)
1011. Farris, Cody (TN)
1012. Fasnacht, Luther (TX)
1013. Faulkner, William (CA)
1014. Favors/Carballar, John/Diana (CA)
1015. Feaganes, Jr., Samuel M. (VA)
1016. Feallock, William J. (FL)
1017. Fears, Kenan P. (VA)
1018. Feddersen, Greg (CA)
1019. Fedigan, John (VA)
1020. Fees, Stacy M. (CA)
1021. Feigner, Margaret & Norman Hollis (CA)
1022. Felix, Colin B. (CA)
1023. Felix, David L. (NJ)
1024. Felix, Shannon (CA)
1025. Felton, James (VA)
1026. Fenner, Carol (CA)
1027. Fenton, Stephen (AZ)
1028. Ferguson, Peggy D. and Lawrence R. (VA)
1029. Fernandez, Antonio (CA)
1030. Fernandez, Hector and Kimberly (TX)
1031. Fernandez, Jorge (TX)
1032. Fernandez, Merari (FL)
1033. Fernando, Miguel and Norma (CA)
1034. Ferretti, Bruce C. (FL)
1035. Ferris, Rachel and James (NV)
1036. Ferros, Mary (CA)
1037. Fertitta, Michael (TX)
1038. Fewell, Randall Scott (TN)
1039. Ficarra, Salvatore (IL)
1040. Fields, Jacquelyn (TX)
1041. Fields, Richard (TX)
1042. Fieseler, Allison (TX)
1043. Figueroa, Juan (CA)
1044. Figueroa, Sergio & Guadalupe (TX)
1045. Filippou, Carmen (MD)

1046. Fine, Barry (CA)
1047. Finegan, John (RI)
1048. Fingerman, Mike (CA)
1049. Finkbeiner, Mark (FL)
1050. Finn, Thomas Andrew (VA)
1051. Fioritto, Donna (NC)
1052. Fischer, Herbert (CA)
1053. Fischer, Olivia (TX)
1054. Fisher, Jesse and Stephanie (CA)
1055. Fisher, Loretta (TX)
1056. Fisher Jr., Robert D. (ID)
1057. Fitts, Frederick (CA)
1058. Fitzgerald, Nicholas and Elizabeth Eilender (NJ)
1059. Fitzhugh, Michael (TX)
1060. Fix, Noel Steve (MN)
1061. Flagstad, Trond (CA)
1062. Fleece, William (FL)
1063. Fleming, Nicholas (IN)
1064. Flicker, Jodi (CA)
1065. Flores, Adam (CA)
1066. Flores, Arthur (TX)
1067. Flores, Regina and Justin Burnett (CA)
1068. Flores, Reynaldo (TX)
1069. Flores, Ricardo (TX)
1070. Flores, Marco (CA)
1071. Flores/Jaime, Maria E./Octavio S. (CA)
1072. Flowers, Derrick (TX)
1073. Flury, Mike (TX)
1074. Fodor, Deborah M. (CA)
1075. Fogarty, Michael and Monica (WA)
1076. Fogleman, Nichole (VA)
1077. Foit, Peter (CA)
1078. Foley, Kelly (CO)
1079. Fong, Frank (CA)
1080. Fontenot, Gary and Barbara (LA)
1081. Ford, Jeff (VA)
1082. Fordyce, George (VA)
1083. Foreman, Ernestine (TX)
1084. Fornal, Dominic (FL)
1085. Forrest, Megan (CA)
1086. Foss, Jess and Laurel (CA)
1087. Foss, Stephen (FL)
1088. Fossey, Robert (MO)
1089. Foster, Ginger (TX)
1090. Fox, Kenneth and Helen (CO)

1091. Fox, III, Sharon and Alfred (VA)
1092. Francis, Ronald (WY)
1093. Francis, Selph (MD)
1094. Francucci, Nicholas (MA)
1095. Franzell, William (CA)
1096. Frazier, Sonya (VA)
1097. Frech, John (CA)
1098. Frechette, Kimberly (FL)
1099. Frederick, Terry (WA)
1100. Free, Vickie (CA)
1101. Freelander, Michael R. (NC)
1102. Freeman, Arthur and Shirley (CA)
1103. Freeman, Christy and George (OR)
1104. Freeman, Derek (CA)
1105. Freeman, Doreen L. (FL)
1106. Freitez, Francys (FL)
1107. French, Harold (VA)
1108. Frerking, Robert and Laura (CA)
1109. Friedl, Mark and Martha (GA)
1110. Friedl, Martha (GA)
1111. Friese, Christopher M. (MO)
1112. Fritz, Andrew (WA)
1113. Frohock, Brian (TX)
1114. Fromhold, Stephen (OH)
1115. Frost, Abigail (AK)
1116. Fruchter, Scott (CA)
1117. Fruge, Marion (TX)
1118. Frye, Jesse (VA)
1119. Fuentes, Amber N. (CA)
1120. Fuentes, Stephanie (TX)
1121. Fuentes, Victor (CA)
1122. Fulker, Patrick (TX)
1123. Fuller, Jason Lee (VA)
1124. Fung, Lawrence (AZ)
1125. Funk, Jeffrey (VA)
1126. Fylypovych, Andrew (PA)
1127. Gaffney, Thomas (TX)
1128. Gage, William and Anita (TX)
1129. Galanis, Kelly (TX)
1130. Galindo, Gisselle (TX)
1131. Gallagher, James (FL)
1132. Gallagher, Michael J (FL)
1133. Gallo, Moises and Maria Elena (TX)
1134. Galloway, Erik and Diana (TX)
1135. Galvan, Maria and Miguel (TX)
1136. Gamble, Beverly (TX)
1137. Gamel, Ben (TX)
1138. Garcia, Antonio and Elvia (TX)
1139. Garcia, David A. (TX)
1140. Garcia, Franklin/Leticia (CA)
1141. Garcia, Jaime (TX)
1142. Garcia, Jose (TX)
1143. Garcia, Jose Sr. (TX)
1144. Garcia, Karen Lynn (TX)
1145. Garcia, Misty and Wesley (TX)
1146. Garcia, Paul (CA)
1147. Garcia, Ray (TX)
1148. Garcia, Salvador (CA)
1149. Garcia, Yunia Martiza (FL)
1150. Garcia, Zachary J. (TX)
1151. Garcia, III, Rafael (TX)
1152. Gardea, Flavio (TX)
1153. Gardner, Kelly (CA)
1154. Gardner, Michael and Eli (CA)
1155. Gardner, John (LA)
1156. Garner, Sally (TX)
1157. Garnes, Alfred and Helen (CA)
1158. Garvin, Matthew (NC)
1159. Garza, Eva and Yolissa (TX)
1160. Garza, Gordon (TX)
1161. Garza, Julissa (TX)
1162. Garza, Maria and Jesus (TX)
1163. Garza, Oton Javier and Armando Joel (TX)
1164. Gassman, Keith and I. Melissa (TX)
1165. Gatling, Hardy and Tracy (CA)
1166. Gaube, Jack (OR)
1167. Gaudreau, Paul (CA)
1168. Gause, Michael Wylie (TX)
1169. Gaze, Brian (CA)
1170. Gebauer, Michael (MT)
1171. Gee, Alice and Edgar (CA)
1172. Geffs, Carey and Catherine (FL)
1173. Gelovani, Giorgi (TX)
1174. Genereux, Julie (ID)
1175. Genetti, Sherrie (NE)
1176. Genzer, Glenda and Joseph (TX)
1177. George, Christopher (VA)
1178. George, Kalen Loel (CA)
1179. George, Rhonell and Nancy (TX)
1180. Gerber, Barbara and Erhard (CA)
1181. Gest-Arneson, Cynthia Lynn (VA)
1182. Ghazarian, Vahe (CA)

1183. Ghezaili, Lorena (CA)
1184. Giannakopoulos, Holly (TX)
1185. Gibb, Brian (CA)
1186. Gibson, Elizabeth (MT)
1187. Gilbert, Roger (TX)
1188. Gilbreath, John W. (TX)
1189. Giles, Lawrence John (VA)
1190. Gilkeson, Michael (MO)
1191. Gill, Rajwant (CA)
1192. Gillan, Jean-Pierre (CA)
1193. Gillespie, Edgar (NM)
1194. Gillespie, Joseph J. (TX)
1195. Gilliam, James K. (VA)
1196. Gillies, Stuart (NY)
1197. Gillis, Debra (CA)
1198. Gilson, Harry (TX)
1199. Gilson, Jerry (CA)
1200. Ginas, Alec (VA)
1201. Ginther, Darin and Melissa (TX)
1202. Gion, Cynthia (CA)
1203. Gion, Robert (NC)
1204. Gipson, Denise (TX)
1205. Girardi, David (TX)
1206. Gittins, Jonathan (CA)
1207. Gladbach, Nona (CO)
1208. Gladwin, Ralph (CA)
1209. Glass, Kenneth and Teresa (MD)
1210. Glass, Octavious (AL)
1211. Glassberg-Decrenza, Allyn (NY)
1212. Glenn, Albert (MS)
1213. Glenn, John & Linda (TX)
1214. Glenn, Maria (NC)
1215. Glenn, Sherlayne (CA)
1216. Glorian, Louis (FL)
1217. Glover, Donald (CA)
1218. Gmur, Steven (AZ)
1219. Gocala, Mark (OH)
1220. Godbee, Darren (GA)
1221. Godsey, Richard A. (AZ)
1222. Goerger, Ashley N. (VA)
1223. Goff, Steven James and Jamie Lei (MT)
1224. Gold, Allan (NV)
1225. Goldberg, Paul (CA)
1226. Goldstein, Michael (Germany)
1227. Goliro, Alessandro (FL)
1228. Gomez, Lorena and Juan (TX)
1229. Gomez, Michelle (TX)
1230. Gomez, Ruben & Diana (TX)
1231. Gone, Joseph (MI)
1232. Gonzales, Andrea V. and Guadalupe V. (TX)
1233. Gonzales, Frank (NM)
1234. Gonzalez, Alex (TX)
1235. Gonzalez, Alex (CA)
1236. Gonzalez, Andrea (CA)
1237. Gonzalez, Angel (TX)
1238. Gonzalez, David (FL)
1239. Gonzalez, Guillermo (TX)
1240. Gonzalez, Javier and Sherry (TX)
1241. Gonzalez, Rodolfo (TX)
1242. Goodin, Christine (CA)
1243. Goodlatte, Joyce S. (CA)
1244. Goodman, Alan (FL)
1245. Goodman, Laryl (TX)
1246. Goodson, Gregory (OH)
1247. Goodwin, Paul (LA)
1248. Goodwin, Ursula (CA)
1249. Gooley, Patrick (AZ and CA)
1250. Gordillo, Alma (TX)
1251. Gordon, Charles (CA)
1252. Gorman, Robert (CA)
1253. Gormley, Christopher (CA)
1254. Gorta, Michael and Debra (CA)
1255. Goss, Christopher (GA)
1256. Gould, Dwight and Cheryl (FL)
1257. Goy, Michael (TX)
1258. Grace, Wylie and Sherry (TX)
1259. Gradel, Frederick and Tina (CA)
1260. Graf, Robert (FL)
1261. Graham, Gary (CA)
1262. Graham, Henry Keith (NC)
1263. Graham, James (CA)
1264. Gramlow, Douglas G. (CA)
1265. Granade, Joseph (TX)
1266. Grandy, Kathy (OK)
1267. Granelli, Megan and Nicholas (TX)
1268. Grant, Bobbie and Jay (CA)
1269. Grant, Matthew Gavin (AL)
1270. Grantham, Randall (FL)
1271. Grason, Jennifer and Craig (FL)
1272. Gravel, Mike and Whitney (CA)
1273. Gray, Charles and Lynda (CA)

1274. Gray, Jason (CA)
1275. Graybill, Cody (TX)
1276. Greblunas, Mary (VA)
1277. Greene, Aaron (TX)
1278. Greening, Sam (CA)
1279. Greenroad-Ford, Leaza (TX)
1280. Greenway, Donald (TX)
1281. Greenwell, Clayton (TX)
1282. Gregory, Kerry (FL)
1283. Greig, Gerald (MS)
1284. Grenz, Kelly (MT)
1285. Griener, David and Diane (TX)
1286. Griffin, Charles and Roxann (NJ)
1287. Griffin, III., Lauren Murray & John D. (VA)
1288. Griggs, Jeffrey (TX)
1289. Grindel, Cynde (AZ)
1290. Grisack, Robert (FL)
1291. Grivno, Nicholas (CA)
1292. Grizzell, Cedric (MS)
1293. Groff, Lee (PA)
1294. Grohman, Darryl (TX)
1295. Gross, Steven (PA)
1296. Grossman, Janece and Charles (CA)
1297. Grundman, Paul and Bernard (CA)
1298. Grygiel, Gloria (CA)
1299. Guajardo, Esmeralda (TX)
1300. Guardado, Alexis (CA)
1301. Guardia, Edwin (CA)
1302. Guarnieri, Patrick (FL)
1303. Guerra, Domaciamo (TX)
1304. Guerra, Sr., Rolando (TX)
1305. Guerrero, Adam (TX)
1306. Guest, Jackson (GA)
1307. Guest, Mona (State Not Provided)
1308. Guidotti, Guido (MA)
1309. Guieb, Maria (HI)
1310. Gulati, Sudeepa (CA)
1311. Gullotti, Camille Jackson and John Michael (CA)
1312. Gurvin, Linda & Lanekia (LA)
1313. Gusam, Suja (FL)
1314. Gutierrez, Rogelio and Midaily Romero (FL)
1315. Gutierrez, Rosa (CA)
1316. Guttenberg, Randy (TX)
1317. Gutu, Dorln (CA)
1318. Gvatua, Nicolai (CA)
1319. Gyolai, Kelly and Gary (TX)
1320. Haag, Sonia and Dave (CA)
1321. Haas, Jeanette and Rollin (CA)
1322. Habisreitinger, James (TX)
1323. Hacker, Karla (CA)
1324. Hadder, Van (OK)
1325. Hadzic, Fahrudin (CA)
1326. Haehn, Rosella (CA)
1327. Hagen, Harold and Marie (FL)
1328. Hagerman, Richard (FL)
1329. Haile, James (CA)
1330. Hale, Allen M. and Barbara J. Fiske (VA)
1331. Hale, Jack and Cindy (IN)
1332. Hale, Shawn (AL)
1333. Hale, Susan (AL)
1334. Hale, Kathleen (TX)
1335. Hall, Ewing (GA)
1336. Hall, Janet and Michael (CA)
1337. Hall, Michael D. (CA)
1338. Hall, William and Maria (CA)
1339. Hall, William T. (TX)
1340. Haller, Patricia and Edward (HI)
1341. Halloran, Alicia (CA)
1342. Haman, William (MO)
1343. Hamilton, Don and Sharon (CA)
1344. Hamlin, Layne and Judtih (AZ)
1345. Hammond, David (VA)
1346. Hammond, Edward (TX)
1347. Hammons, Jeremy (NC)
1348. Hammons, Sarah (FL)
1349. Hance, Maria (TX)
1350. Hance, Nathan (NY)
1351. Hanke, Kaleen (NC)
1352. Hankey, Patrick (CA)
1353. Hanley, Darwin and Michelle (CO)
1354. Hanna, Raymond and Cindy (OR)
1355. Hansen, Anna (FL)
1356. Hansen, Lisa (WY)
1357. Hansen, Ronald (FL)
1358. Hanzelka, Edward (TX)
1359. Haque, Roshan (FL)
1360. Harbin, Dawn (TX)
1361. Harbus, Kathryn (PA)
1362. Harder, William (TX)

1363. Hardin, Martha (TX)
1364. Hardman, Hugh James (CA)
1365. Hardman, Cynthia (UT)
1366. Hark, Glen (CA)
1367. Harmel, Jonathan (TX)
1368. Harnett, III, John J. and Jennifer (TX)
1369. Harper, Linda (State Not Provided)
1370. Harper, Michael (State Not Provided)
1371. Harper, Ryan (CA)
1372. Harrell, Charles (TX)
1373. Harrington, Frank and Emma (CA)
1374. Harrington, Joseph (CO)
1375. Harris, Dennis and Connie (TX)
1376. Harris, Elizabeth (TX)
1377. Harris, William (OH)
1378. Harrison, Cynthia (TX)
1379. Harrison, Dan (CA)
1380. Harrison, Dave (TX)
1381. Harrison, Linda (AL)
1382. Hartenstein, Charlene (CA)
1383. Hartman, Colette (CA)
1384. Hartman, Kathryn (CA)
1385. Hartnett, Michael (VA)
1386. Harvell, Donald and Laranetta (FL)
1387. Harvell, Richard (FL)
1388. Harvell, Roger (NC)
1389. Harvey, David (CO)
1390. Hastings, Allen (TX)
1391. Hathaway, Ryan John (CA)
1392. Hathsegal/Segal, Niranjan (TX)
1393. Hauber, Juergen (VA)
1394. Haug, William and Melania (CA)
1395. Hauser, Ernest (CA)
1396. Havard, Jay and Violet (CA)
1397. Hawkins, Robert (TX)
1398. Hawkins, Whitney (VA)
1399. Hayes, Douglas (LA)
1400. Hayes, Megan (CA)
1401. Hayes, Patti (TX)
1402. Hayes, Susan (TX)
1403. Hayford, Kelvin (TX)
1404. Haynes, Herschel (VA)
1405. Haynes, Robert (TX)
1406. Heath, Norma (NC)
1407. Heberer, Matthew (CA)
1408. Hebrard, Daniel (OR)

1409. Heidl, William (OH)
1410. Heilder, John (FL)
1411. Heiligenmann, Jennifer (MO)
1412. Heindel, Mallory and Debra (TX)
1413. Heine, Walter Scott & Jeanetta Diane (TX)
1414. Heitner, Eric (FL)
1415. Helman, Dr. Jerome and Sandra B. (CA)
1416. Helms, Jane C. (NC)
1417. Hemphill, Brad (TN)
1418. Henderson, Raymond Todd (TX)
1419. Henderson, Todd (AL)
1420. Henderson, Rod (FL)
1421. Hendrick, Kimberly (AL)
1422. Hendricks, Chtopher (FL)
1423. Hendrickson, Alexander Thomas (ME)
1424. Henry, Jaret (AL)
1425. Hensler, Paul and Domonique (CA)
1426. Hensley, Todd Anthony (VA)
1427. Henton, Frankie and Lisa (CA)
1428. Herbert, Joseph M. (CA)
1429. Hernandez, Agustin (TX)
1430. Hernandez, Antonio (CA)
1431. Hernandez, Deciderio and Maricela (CA)
1432. Hernandez, Gema and Moses (TX)
1433. Hernandez, Leonor (TX)
1434. Hernandez, Raul (CA)
1435. Hernandez, Rene (TX)
1436. Hernandez, Romein (CA)
1437. Herrera, Alexi (FL)
1438. Herrera, Eduardo (TX)
1439. Herrera, Ronald & Gloria (TX)
1440. Herrera, Rosa (CA)
1441. Herrera-Beltran, Luisa F. (VA)
1442. Herrick, Mary (TX)
1443. Herriott, William and Monica (CA)
1444. Hershberger, William and Soon Ho (GA)
1445. Hess, Joshua (LA)
1446. Hesseltine, Graig & Cindi (TX)
1447. Hiatt, Leonard and Vickie (FL)
1448. High, William L. (TX)
1449. Hight, Terry (CA)
1450. Hightower, Sophia (CA)
1451. Higinbotham, Carder (LA)
1452. Hildebrandt, Harry (FL)
1453. Hill, Chris (TX)
1454. Hill, Daphne (CA)

1455. Hillel, Janai (CA)
1456. Hillyer, Richard Wall and Brenda Louise (NC)
1457. Hinderscheid, Katherine (MN)
1458. Hinds, Hazel (FL)
1459. Hinesman, Jeremy (OH)
1460. Hinton, Everett (VA)
1461. Hintz, Mark (CA)
1462. Hirschey, Auldyn (LA)
1463. Hixson, Frances A. and Dennis K. (TX)
1464. Hluchan, Barry (TX)
1465. Hobizal, Patrick and Julie (OR)
1466. Hoch, Werner (CA)
1467. Hodges, Stephen and Joyce (NC)
1468. Hof, Dennis (NV)
1469. Hoffman, Theodore (TX)
1470. Hogge, David (VA)
1471. Holaday, Robert E. (CA)
1472. Holbert, Brian (FL)
1473. Holbrook, Gerald (FL)
1474. Holderegger, Claudia (OR)
1475. Holderman, Ralph and Patricia (TX)
1476. Hollar, Randy (TX)
1477. Hollett, Anna-Emilia (SC)
1478. Holley, Butch (TX)
1479. Hollinger, Michael (VA)
1480. Holmes, Shawn and Angela (CO)
1481. Holt, John (CA)
1482. Holtkamp, Ryan (CA)
1483. Holzworth, James (OH)
1484. Hong, Glen (CA)
1485. Honigmann, Peter and Molly Foley (IL)
1486. Hooper, Gilbert and Diane (CA)
1487. Hooper, Hanna (TX)
1488. Hopewell, Samuel (FL)
1489. Horansky, Peggy (GA)
1490. Horn, David and Sandra (CA)
1491. Horner, Harlan and Regina (CA)
1492. Horner, Jeremy (CA)
1493. Hornyak, Christopher Michael and Heather Marie (TX)
1494. Horst, Errol (PA)
1495. Horton, Morgan A. (PA)
1496. Hostler, Shari and William (CA)
1497. Houdeshell, Charlotte (State Not Provided)
1498. Houseman, John (MO)
1499. Houston, Zachary (CA)
1500. Howard, Kim (WA)
1501. Howe, Timothy (CA)
1502. Howell, Henry (TX)
1503. Howling, Kirkland (CA)
1504. Hoyos, Fanor (FL)
1505. Hubbard, Kenneth (FL)
1506. Huber, Brian and Maryam (CA)
1507. Huebel, Charles E. and Linda R. (TX)
1508. Huerta, Robert (TX)
1509. Huey, Fred (AL)
1510. Huffman, Marvin (FL)
1511. Hughes, Deborah (TX)
1512. Hughes, Stephanie (TX)
1513. Hughes, Vickie (CA)
1514. Huisman, Shirley (SC)
1515. Humphrey, Nancy A. (NC)
1516. Hunnicutt, Samuel A. and Julianne C. (TX)
1517. Hunsader, Alexander (FL)
1518. Hunt, Bryce (CO)
1519. Hunter, Daryl (TX)
1520. Hunter, Richard (TX)
1521. Hunziker, Scotty J. (CA)
1522. Hurdle, Thomas (TX)
1523. Hurst, Robert (TX)
1524. Hurst, Stephen (CA)
1525. Husby, Megan (TX)
1526. Huston, Stacie (CA)
1527. Huston, Steven and Deborah (CA)
1528. Hutchinson, Neil and Shellie (FL)
1529. Huynh, Dung (CA)
1530. Hylaris, Elza (FL)
1531. Hymes, Robert (CA)
1532. Ibarra, Humberto E. and Sandra L. (TX)
1533. Ickes, Tim and Rachael Bercey (TX)
1534. Ignacio, Ross (CA)
1535. Ikeme, Rebecca (NC)
1536. Imhoff, William Joseph (VA)
1537. Indest, Robert L. (LA)
1538. Iniguez, Elia (CA)
1539. Inzer, Robert W. (TX)
1540. Irahola, Johnny (CA)
1541. Irish, Jason (IA)
1542. Isaac, Benny (CA)
1543. Isaev, Alexei and Daria Rostovtseva (CA)
1544. Isam, Alanna (OR)

1545. Ivy, Ben C. (CA)
1546. Jacko, William J (FL)
1547. Jackson, Byron E. (OH)
1548. Jackson, Garnett D. and Linda S. (VA)
1549. Jackson, Jacqueline (AZ)
1550. Jackson, Larry and Kay (OR)
1551. Jackson, Roger and Wendy (TX)
1552. Jackson, Ryan and Jen (CA)
1553. Jaco, Marc (TX)
1554. Jacob, Phillip (TX)
1555. Jacobowitz, Ira and Leslie (CA)
1556. Jacobs, Amy (TX)
1557. Jacobs, Eric N. (CA)
1558. Jacobsen, Debra K. (TX)
1559. Jacobson, Edwin (AR)
1560. Jacobson, Kathleen and Melody Dojchinovska (TX)
1561. Jacobson, Mark (CO)
1562. Jaeger, Kathryn and Karl Menges (CA)
1563. Jaffe, Patricia (FL)
1564. James, Jeremy (CO)
1565. James, Nykita (VA)
1566. Jamison, Jeremiah (CO)
1567. Jaramillo, Armando and Kathryn (CA)
1568. Jaramillo, Porfirio (CA)
1569. Jarwin, Robert P. and Joseph A. (TX)
1570. Jason, Patrick and Tealia Deberry (FL)
1571. Jason Jr., Richard (TX)
1572. Jeffery, Julie (GA)
1573. Jenkins, Norman L. (CA)
1574. Jennings, Clifton and Jacqueline (FL)
1575. Jensen, Eric C. (CA)
1576. Jensen, Erik (NH)
1577. Jensen, Mark (CA)
1578. Jensen, Peter (TX)
1579. Jensen, Steven P. (CA)
1580. Jeon, Soo J. and Dong S. Jung (CA)
1581. Jerman, John (OR)
1582. Jerman, Sherill (OR)
1583. Jeter, Corey (TX)
1584. Jhatu, Harpreet S. (CA)
1585. Jimenez, Jorge (DE)
1586. Jimenez, Miguel (CA)
1587. Jimenez, Victor (TX)
1588. Jiranek, William (VA)
1589. Jodoin, Richard and Pauline (FL)
1590. Johns, Harry E Johns and Miranda M Vorhis (CA)
1591. Johnson, Anne (Kelley) (TX)
1592. Johnson, Bev (TX)
1593. Johnson, Christopher and Kenneth (CA)
1594. Johnson, Danziola (TX)
1595. Johnson, David (CA)
1596. Johnson, Don and Martha (CA)
1597. Johnson, Douglas (TX)
1598. Johnson, Eric and Julia (WA)
1599. Johnson, Ernest and Judy (TX)
1600. Johnson, Glen (TX)
1601. Johnson, Jim (CA)
1602. Johnson, Jo Dean and Mark (CA)
1603. Johnson, Joanna and Bryan (CA)
1604. Johnson, Lester (TX)
1605. Johnson, Lorena (FL)
1606. Johnson, Reynold (CO)
1607. Johnson, Sheila (TX)
1608. Johnson, Stephen (VA)
1609. Johnson, Steve (FL)
1610. Johnson, Tyler (CA)
1611. Johnson, Dabney and Linda (TX)
1612. Johnston, Garry (CA)
1613. Johnston, Tyler (FL)
1614. Jones, Carl (TX)
1615. Jones, David (TX)
1616. Jones, Delphine and James (TX)
1617. Jones, Dorothy (MO)
1618. Jones, Gervonda F. (TX)
1619. Jones, Jay R. (TX)
1620. Jones, Joe (GA)
1621. Jones, Jonathan and Imelda Bowen (CA)
1622. Jones, Lonnie E. (MD)
1623. Jones, Patricia (NC)
1624. Jones, Richard and Sylvia (CA)
1625. Jones, Kelly (CA)
1626. Jordan, Jamie (FL)
1627. Jordan, Jonathan and Allison (VA)
1628. Jordan, Paul (TX)
1629. Josephs, John and Gail (CA)
1630. Journell, Joseph (CA)
1631. Juarez, Adolph (CA)
1632. Juarez, Diana and Marcos (TX)
1633. Judge, Michael (CA)
1634. Jungerman, Robert (TX)

1635. Jurado, Beatriz and Jose (TX)
1636. Kadel, Steven I. (CA)
1637. Kadell, Kyle (CA)
1638. Kadish, Michael (CA)
1639. Kadyk, Paula and David (FL)
1640. Kahmann, Christalyne (TX)
1641. Kainath, Herbert (FL)
1642. Kaiser, Alexandra (CA)
1643. Kajeckas, Gabriel (VA)
1644. Kalbhenn, Ray and Kelley (CA)
1645. Kalish, Mark (NY)
1646. Kaluskar, Arun & Rita (TX)
1647. Kaplow, Gary (TX)
1648. Karakhanov, Alex (WA)
1649. Karl, Patrick (PA)
1650. Kashnig, Claude and Gina (FL)
1651. Kaufman, Frank (TX)
1652. Kaut, Lon (MO)
1653. Kavros, Michael George and Roxanne Angela (VA)
1654. Kay, Leonard (VA)
1655. Kayan, Bora (FL)
1656. Kazmaj, Fatmir (FL)
1657. Keck, Charles (CO)
1658. Kedrowski, Steven and Christina (MN)
1659. Keefe, Dennis (VA)
1660. Keeler, Jimmy Lamar (SC)
1661. Keeney, David (CA)
1662. Kehl, Joan and Lawrence (CO)
1663. Keith, Teresa and Hailey Donahue (FL)
1664. Keller, Joseph (FL)
1665. Keller, Joshua (GA)
1666. Keller, Ronald and Verlayn (TX)
1667. Kelley, William (TX)
1668. Kelsey, Edward (CA)
1669. Kelso, Eric (TX)
1670. Kenna, Michael (VA)
1671. Kennedy, Seth (PA)
1672. Kenney III, John (NC)
1673. Kent, Paul (CA)
1674. Kent, Jeff (TX)
1675. Kent, Jeff & Anissa (TX)
1676. Keohane, Jonathan (VA)
1677. Kern, David and Eleanor (NC)
1678. Kerrigan, Carrie (WA)
1679. Ketner, Harvey Michael and Marilyn Yvonne Hill (VA)
1680. Keyes, James and Marie B. (TX)
1681. Khalsa, Varnjeet K (NM)
1682. Khan, Veronica and Joseph Garcia (TX)
1683. Khatibi, Azam (CA)
1684. Kheric, Souhi (CA)
1685. Khoury, P. Cholla (TX)
1686. Kianpour, Elizabeth (CA)
1687. Kidwell, Charla R. (TX)
1688. Kiefer, Pam (FL)
1689. Kiehlmeier, John (PA)
1690. Kienzle, Richard (Armed Forces - AE)
1691. Kiesau, Timothy (CA)
1692. Kiest, Kimberly (CA)
1693. Kim, Amos (NY)
1694. Kim, Jung (CA)
1695. Kim, Sophia (FL)
1696. Kim, Steve (CA)
1697. Kimel, Bredon (MS)
1698. Kincaid, Janie and Destiny (CA)
1699. Kinder, Christopher D (FL)
1700. King, Melissa (TX)
1701. Kinsey, Charles and Barbara (TX)
1702. Kirkman, Traci (NC)
1703. Kirkpatrick, James (TX)
1704. Kirsch, Karen (FL)
1705. Kischefsky, Margaret E. and Stacy Fairbanks (TX)
1706. Kitchen, Helen M. (MT)
1707. Klajder, Thomas and Christine (TX)
1708. Klar, Marvin and Kathy (TX)
1709. Klee, Pierre (MN)
1710. Kleinberger, Richard (CA)
1711. Kleyman, Yuri (FL)
1712. Klimstra, David & Ann (NC)
1713. Kline, Forrest (CA)
1714. Kline, Paul (CA)
1715. Klock, Richard (TX)
1716. Klump, George E. & Barbara A. (CA)
1717. Klus, Ronald (VA)
1718. Klutho, Barbara (FL)
1719. Klutho, Barbara and Mark (FL)
1720. Knape, Christopher (CA)
1721. Knez, Stephen M. and Xuan Shao (VA)
1722. Knight, Ryan (TX)

1723. Knorr, David and Dina (CA)
1724. Kobler, Kurt (CA)
1725. Kocek, Ivan and Jana (TX)
1726. Koguc, Warren (FL)
1727. Kohn, Bryan & Sandi (FL)
1728. Konizer, Stephen W. (PA)
1729. Koogler, James and Debra (VA)
1730. Kopinski, Donald (TX)
1731. Korio, Robert (CA)
1732. Kory, Sean (CA)
1733. Koscinski, Christopher (TX)
1734. Koshy, Alex & Achu (TX)
1735. Kosloff, Carlos (FL)
1736. Koszarek, William E. (VA)
1737. Koucouthakis, Christina and Steven (TX)
1738. Koutz, Jeffrey (CA)
1739. Kovacs, Gabriel (FL)
1740. Kozar, Jerome P. (TX)
1741. Krak, Michael and Lydia (CA)
1742. Kramer, Ethan (OR)
1743. Kramer, Lorianne (CA)
1744. Krattli, Edward and Jennifer (VA)
1745. Krautsdorfer, Matthew & Farrah (LA)
1746. Krawczynski, Douglas (TX)
1747. Krebser/Moore, Frances (VA)
1748. Kreiner, Pat (TX)
1749. Krieger, Jolene and Don (MN)
1750. Krishan, Deepa (TX)
1751. Krpata, Donald and Kathleen (FL)
1752. Kuhn, Jennifer (CA)
1753. Kuhn, Karl (CA)
1754. Kunst, Dieter and Geraldine (FL)
1755. Kupiszewski, Joseph (TX)
1756. Kuzma, Andy (TX)
1757. Kuzma, Thomas (FL)
1758. La Porte, Judith (TX)
1759. La Rosa, Alfredo (TX)
1760. Labauve, Brenda (TX)
1761. Labeau, Randall and Elizabeth (LA)
1762. Lacroix, Kyle (TX)
1763. Ladane, Gabriel and Brandy (CA)
1764. Laforce, Erica Susmarski (CA)
1765. Laird, Donna K. (TX)
1766. Lake, Mary (CA)
1767. Lam, Lan (TX)
1768. Lamarche, Robert (FL)
1769. Lamb, Yullises (AL)
1770. Lampl, Brent (TX)
1771. Land, Gerald (SC)
1772. Landry, Kristina (LA)
1773. Lane, Mark (CA)
1774. Langford, Barbara (CO)
1775. Lanier, John (AL)
1776. Lanzarotta-Leek, Benjamin (CA)
1777. Lara, Rodrigo (CA)
1778. Larck, Steven D. (IL)
1779. Larke, Norman (TX)
1780. Larralde, Adrian and Paolo Cimino (CA)
1781. Larsen, Matthew (FL)
1782. Larson, Amanda and Cory (TX)
1783. Larson, Bryan and Janel (WY)
1784. Larson, Lindsay (TX)
1785. Larson, Wendall F. and Isabel M. (VA)
1786. Lasater, Jerry and Florence (TX)
1787. Lashbrooke, Frank (CA)
1788. Latterell, Kyle (CA)
1789. Laub, Stephen (CA)
1790. Lauderbach, Ronald (CA)
1791. Laughlin, Laura (MO)
1792. Laughrun, George and Cynthia (FL)
1793. Laurs, Alex (CA)
1794. Lauth, Jonathan and Tyla (TX)
1795. Lavas, Cynthia (TX)
1796. Law, Brandie (TX)
1797. Law, Lewis L. and Janis K. (TX)
1798. Lawrence, Andrew (PA)
1799. Lawrence, Bernardo (TX)
1800. Lawrence, Christopher (GA)
1801. Lawson, Charles (WA)
1802. Layman, Aaron (TX)
1803. Layman, Bobby (FL)
1804. Layne, Elizabeth (VA)
1805. Lazaro, Quirino (CA)
1806. Le, Nam (CA)
1807. Lea, Amber (TX)
1808. Lease, Eddie & Jessie (TX)
1809. Leath, James (FL)
1810. Leatherman, Nancy (TX)
1811. Leavitt, Mark L. and Marian (VA)
1812. Leblanc, Joy (LA)
1813. Lebovits, Moses and Jessica (CA)
1814. Lee, Debbie and Byron (TX)

1815. Lee, Gary (VA)
1816. Lee, Katie (OR)
1817. Lee, Mary (AR)
1818. Leggett, Michael and Donna (AL)
1819. Lehmann, Holly (CO)
1820. Leid, Leroy (PA)
1821. Lein, John (TX)
1822. Lembi, George (CA)
1823. Leming, Toni (LA)
1824. Lemmon, Paige (CA)
1825. Lenhart, William and Judith (FL)
1826. Leon, Christin and Joseph (CA)
1827. Leon, Damaris (VA)
1828. Leonetti, Michael (CO)
1829. Leonick, David (CA)
1830. Leslie, David (IL)
1831. Lespron, Myrna (TX)
1832. Lessard, George (MN)
1833. Lesser, Jan C. and Diana G. (VA)
1834. Levine, Benjamin and Erin (CA)
1835. Levy, Lisa (CA)
1836. Lewis, Kandi Marie (VA)
1837. Lewis, Melvin (TX)
1838. Lewis, Morris (VA)
1839. Lewis, Rudolph & Shirley (TX)
1840. Lewis, Stefan (WA)
1841. Lewis, Walter (NY)
1842. Lexer, Daniel (IL)
1843. Lezama, John (TX)
1844. Liber, David and Otille (TX)
1845. Lichterman, Josh and Holly Leeds (CA)
1846. Liesch, Alan (CA)
1847. Lilley, Christopher Ludi (GA)
1848. Limtiaco, Kim and Steve (CA)
1849. Lin, Miao (CA)
1850. Lincoln, Ashley (LA)
1851. Lindamood Jr., Douglas (VA)
1852. Lindbauer, Kathleen (FL)
1853. Lineberry, Larry (AZ)
1854. Lingafeldt, Corey (CA)
1855. Lippert, Maria and Helmut (CA)
1856. Lisk, Warren (NC)
1857. Lista, Steve (CA)
1858. Litchfield, Lois (State Not Provided)
1859. Litman, Cynthia Elena and David Lamar (VA)

1860. Littlefield, Joseph (CA)
1861. Lmmethun, David (CA)
1862. Lobendze, Eugene (CA)
1863. Lockett, Jane and Steve Darr (FL)
1864. Loeb, Albert (AL)
1865. Loelkes, Roland (CA)
1866. Loffler, Jarod (TX)
1867. Loftus, John (CA)
1868. Lojac, Anthony (CA)
1869. Lombardi, Christine and Federico (TX)
1870. Long, Amy and Charles A. (VA)
1871. Longley, Kristin (TX)
1872. Longnecker, Beth (TX)
1873. Looges, Peter (CA)
1874. Looke, William (TX)
1875. Lopez, Abraham and Shani (TX)
1876. Lopez, Carlos (TX)
1877. Lopez, Christopher (TX)
1878. Lopez, Lucy (TX)
1879. Lopez, Miguel (TX)
1880. Lopez, Daniel (TX)
1881. Lopp, William (TX)
1882. Lora, Alain (CA)
1883. Lora, Luis (CA)
1884. Lord, Amanda (WY)
1885. Lord, Christopher (CA)
1886. Lord, Robert Allen (TN)
1887. Lord, Sterling and Suzanna (CO)
1888. Louscher, Michael (IA)
1889. Louzek, David and Gayla (CA)
1890. Love, Amanda (TX)
1891. Lovejoy, Michael Luke (TX)
1892. Lowe, James (TX)
1893. Lowe, Mark (TX)
1894. Lowey, Shannon (TX)
1895. Loyd, Nancy R. (MO)
1896. Lucas, William S (IL)
1897. Luce, Randall (TX)
1898. Lucey, Dave (GA)
1899. Lugano, Frank (FL)
1900. Lugliani, Caleb (CA)
1901. Lujan, Gilbert (GA)
1902. Lujan, Katherine and Gilbert (GA)
1903. Lukowicz, Gary (NC)
1904. Lum, Dickson (VA)
1905. Luna, Carlos M. (CA)

1906. Lunsford, Rusil (TX)
1907. Lust, Kenneth (TX)
1908. Lustgraaf, Darell Arrion (OR)
1909. Lutchka, Margaret and Jacob Pitcher (CO)
1910. Luthe, John (NC)
1911. Lutyens, Marcos (CA)
1912. Lyons, Edna and Ronnie (TX)
1913. Lyons, Joyce (TX)
1914. Mabrey, Thomas (VA)
1915. Mabwa, Edgar (CA)
1916. Macgillis, George D. and Diane L. (TX)
1917. Macias, Juan (TX)
1918. Macias, Martina (CA)
1919. Maciel, Edward (CA)
1920. Maciel, Richard (MT)
1921. Maciel, Robert (CA)
1922. Mackenzie, Dale (GA)
1923. Mackey, Thomas C. (WA)
1924. Maddox, James H. (NC)
1925. Madison, Antonio John-Randolph (VA)
1926. Madison, Scott W. (PA)
1927. Madrigal, Carlos (TX)
1928. Maestas, Andy (GA)
1929. Maffett, Randal (TX)
1930. Magana, Neil (FL)
1931. Magana, Rolando (CA)
1932. Magarian, Arlene (CA)
1933. Mahan, John and Judy (State Not Provided)
1934. Mahendra, Winata (CA)
1935. Mahin, Jesse (TX)
1936. Mailey, Zak and Dana Millet (TX)
1937. Major, Leroy (MA)
1938. Majors, Mark B. (TX)
1939. Mak, Michael (CA)
1940. Maksimovic, Salvisa and Ivana (CA)
1941. Malaney, Saloma (CA)
1942. Maldonado, Crispin (TX)
1943. Maletz, Charles (CA)
1944. Mancieri, Joseph (RI)
1945. Mandap, Ryan (CA)
1946. Manderson, Emily (TX)
1947. Mangano III, Collie James (TX)
1948. Manke, Mike (CA)
1949. Mann, Joan (LA)
1950. Manning, Francisca (GA)
1951. Manos, Katrina (CA)

1952. Manriquez, Sheila and Sergio (TX)
1953. Mansfield, Christie (TX)
1954. Mansperger, Bill (CA)
1955. Mantanona, Leah and Jordan (TX)
1956. Mantz, John and Martha (CA)
1957. Maple, Michael R. (FL)
1958. Maples, Patrick (TX)
1959. Marasco, Deborah (NY)
1960. Marcelin, Jean A. (VA)
1961. March, Carl (FL)
1962. Marchigiano, Dolores (FL)
1963. Marchione, Nicholas (FL)
1964. Marcus, Christel (CA)
1965. Marcus, Richard (TX)
1966. Marek, Maury and Teresa (TX)
1967. Mari, Ryan (GA)
1968. Marick, Louis D. (TX)
1969. Marino, Vince (AL)
1970. Mark, Mary (NC)
1971. Markevich, Daniil & Svetlana (CA)
1972. Markey, Earl and Fatu Badiane (PA)
1973. Markovic, Theodore (CA)
1974. Marks, Carol Rea (MO)
1975. Marquez, Israel (CA)
1976. Marquez, Steven (TX)
1977. Marroquin, Pam (TX)
1978. Marshall, Jonathan and Teri (TX)
1979. Marshall, Matthew (WI)
1980. Marshburn, Martha (TX)
1981. Marth, John and Stephanie (OR)
1982. Martin, Frank (TX)
1983. Martin, Frank and Tracy (CA)
1984. Martin, John Adam (MS)
1985. Martin, John and Susan (FL)
1986. Martin, Kervin (PA)
1987. Martin, Mike (TX)
1988. Martin, Neil (PA)
1989. Martin, Phyllis (TX)
1990. Martin, Richard E. & Marisa Perez (CA)
1991. Martin, Ricky (TX)
1992. Martin, Robert Douglas/Melissa Barrentine (NC)
1993. Martin, Thomas and Stacey (FL)
1994. Martin, Bryan (CA)
1995. Martinez, Anthony (TX)
1996. Martinez, Jacqueline (CA)

1997. Martinez, Jose (TX)
1998. Martinez, Manuel (TX)
1999. Martinez, Mashada (TX)
2000. Martinez, Miriam (TX)
2001. Martinez, Rosalinda and Victor (TX)
2002. Martinez, Susan (TX)
2003. Martinez, Victor (CA)
2004. Mascolo, Joe (NY)
2005. Masih, George & Rubina (TX)
2006. Mask, Anne (CA)
2007. Maslowski, Michael (CA)
2008. Mason, Christopher and Kimberly S. (VA)
2009. Mastrangelo, Francesco (OH)
2010. Mata, Manuel (CA)
2011. Mathews, Loren D. and Carol (IA)
2012. Matory, Kevin (MS)
2013. Matraia, Evan (CA)
2014. Matson, Emily (CA)
2015. Mattes, Michael and Joni (CA)
2016. Maulbeck, Edward (VA)
2017. Mauro, Tamara R. and Charles Anthony (AZ)
2018. Maxwell, Steven (TX)
2019. May, Byron (FL)
2020. May, John (CA)
2021. May, Penney (CA)
2022. Mayberry, Christine (CA)
2023. Maydian, Curtis Scott and Matthew Thomas (VA)
2024. Mayer, Carl (CA)
2025. Mayer, Maximilian (VA)
2026. Mayes, Mary and James (FL)
2027. Mayes, Wanda (NC)
2028. Mayes, William (TX)
2029. Mazaka, Roseann E. and Jonathan B. Aaronsohn (VA)
2030. Mazingo, Sue (CA)
2031. Mazzara, Amanda (TX)
2032. Mcadams, Jeremiah and Ashlee (TX)
2033. Mcatee, Thomas (VA)
2034. Mccall, Gerald (AL)
2035. Mccall, Joseph (MD)
2036. Mccallum, John (CA)
2037. Mccartney, Catherine M. (AZ)
2038. Mccarty, Dana Ray (CA)
2039. Mccarver, Michael (CA)

2040. Mccauley, Donna and Robert (NC)
2041. Mccauley, Helen (VA)
2042. Mcclain, Paul (CO)
2043. Mcclain, Scott and Melody (CA)
2044. Mcclung, John (CA)
2045. Mcclure, Don (TX)
2046. Mcclure, John (TX)
2047. Mcclure, John W. (CA)
2048. Mcclure, Kenneth and Exer (GA)
2049. Mccollom, Ian (CA)
2050. Mccord, Anisha (TX)
2051. Mccormick, David and Sandra (TX)
2052. Mccracken, Brenda & Dayna (TX)
2053. Mccuan, Alvin (CA)
2054. Mccurdy, Allie Blake and Pamela Kaye (VA)
2055. Mccurley, Frances and Robert (CA)
2056. Mccurley, Suzanne (TX)
2057. Mcdaniel, Larry and Linda (MO)
2058. Mcdaniel, Rob (VA)
2059. Mcdermott, Samuel (CA)
2060. Mcdill, Chere (FL)
2061. Mcdill, David (TX)
2062. Mcdonald, David and Kelli (CO)
2063. Mcdowell, Shelly and Jeff (OR)
2064. Mcelroy, Lee Ann (TX)
2065. Mcfadden, Charles and Elizabeth (TX)
2066. Mcfadden, Sandy (CA)
2067. Mcfadyen, Mark A. (CA)
2068. Mcgehee, Carrie (CA)
2069. Mcghee, David and Pam (TX)
2070. Mcgill, Susan (FL)
2071. Mcgillis, Garrett (TX)
2072. Mcgowan, Thomas and Darlene (CA)
2073. Mcgrath, Thomas (AL)
2074. Mcgregor, Anne M. and Malcolm H. (VA)
2075. Mcgregor, George and Susan (FL)
2076. Mcguffey, Rebecca H. (TX)
2077. Mcguire, Henry & Carla (MS)
2078. Mcillwain, Carolyn D. (FL)
2079. Mcilroy, John (TX)
2080. Mcjimson, Galveston (CA)
2081. Mckeever, Timothy J. (CA)
2082. Mckeon, James G. (PA)
2083. Mckibbin, David and Tracy (AZ)
2084. Mckinney, Kari (TX)

2085.  Mclafferty, Donald & Carol (CA)
2086.  Mclarty, Dennis (TX)
2087.  Mclaughlin, Chris (VA)
2088.  Mclaughlin, Kathyrne (VA)
2089.  Mclawhlin, Michael (TX)
2090.  Mclean, Charles (TX)
2091.  Mcleese, Steven (IL)
2092.  Mclellan, Lisa and Madison (TX)
2093.  Mcleod, Jonathan and Shelia (AL)
2094.  Mcleod, Max (NC)
2095.  Mclin, Benjamin F. and Emma J. (FL)
2096.  Mcmanis, Bryan (FL)
2097.  Mcmanuis, Karen (TX)
2098.  Mcmanus, Brian (FL)
2099.  Mcmullen, Ronald/Lisa (AZ)
2100.  Mcnally, Mary and William (CA)
2101.  Mcnorvell, Thea and Lee (CA)
2102.  Mcquiston, Michelle L. (VA)
2103.  Mcrae, Daniel Benjamin (TX)
2104.  Meacham, Elizabeth (TX)
2105.  Meador, Gregory (TX)
2106.  Mecono, Kathryn (CA)
2107.  Medaris, John and Terry (CA)
2108.  Medina, Crystal and Martin De La Fuente, Jr. (TX)
2109.  Medina, Jorge (TX)
2110.  Medina, Michael (TX)
2111.  Meier, Gregory (TX)
2112.  Melig, Joe (TX)
2113.  Mellors, William (TX)
2114.  Melnar, Joyce (TX)
2115.  Melnyk, Walter (FL)
2116.  Melton, Gerald (FL)
2117.  Melton, Kathleen (FL)
2118.  Membreno, Joshua (TX)
2119.  Mena, Sean (CO)
2120.  Mena, Miguel (FL)
2121.  Mendez, Hector (TX)
2122.  Mendiola Jr., Danny Lee (TX)
2123.  Mendiola, Jr., Germanico (TX)
2124.  Mendoza, Eduardo (TX)
2125.  Mendoza, Hilda M. and Basilio (TX)
2126.  Mendoza, Jacinto (CA)
2127.  Mendoza, Jesus (TX)
2128.  Mendoza, Lisa (CA)
2129.  Mendoza, Jesus & Veronica Salgado (TX)
2130.  Mendoza, Lisa and Raul (CA)
2131.  Menzel, Jennifer and Martin (CA)
2132.  Mercer, Rachel & Garrett (TX)
2133.  Mercer, Weldon (TX)
2134.  Mersiovsky, Martha (TX)
2135.  Mesher, Alan (FL)
2136.  Messenger, Billy (CA)
2137.  Metner, Christopher (FL)
2138.  Metz, Gretchen (WA)
2139.  Metz, Robert (FL)
2140.  Mewbourne, Cody (CA)
2141.  Meyer, Michael Thomas (IN)
2142.  Meyer, Paul (OR)
2143.  Meyer, Steven (CA)
2144.  Meyer, Todd & Tanya (MN)
2145.  Micklin, Justin (TX)
2146.  Migliore, Madeline (FL)
2147.  Migliore, Vincent (KY)
2148.  Miguel, Chris (TX)
2149.  Millarez, Allan (CA)
2150.  Miller, Andrew and Whitney Wyatt (CA)
2151.  Miller, Brian K (OR)
2152.  Miller, Cynthia (NC)
2153.  Miller, Daniel (TX)
2154.  Miller, Frank (FL)
2155.  Miller, James and Linda (TX)
2156.  Miller, Kevin M. (FL)
2157.  Miller, Michael (TX)
2158.  Miller, Russell (TX)
2159.  Miller, Samuel C. (TN)
2160.  Miller, Valerie (CA)
2161.  Miller, Benjamin and Patricia (TX)
2162.  Mills, Robert (CA)
2163.  Milo, Marie Elaine (FL)
2164.  Milovanovic, Edith (TX)
2165.  Milovanovic, Ilija (TX)
2166.  Minera, Robert (CA)
2167.  Miranda, Jose (CA)
2168.  Miranda, Robert A. (CA)
2169.  Miranda, Sonia and Ursulina (TX)
2170.  Mirek, Andre (CA)
2171.  Mitchell, Christina & Darron B. (LA)
2172.  Mitchell, Dennis and Diane (CA)
2173.  Mitchell, Peter (TX)
2174.  Mitchell, Will (CA)
2175.  Mitnick, Mordecai (CA)

2176. Mitschke, Dwayne and Glenda (TX)
2177. Mitz, Samuel (TX)
2178. Miyakawa, Felicia M. (TX)
2179. Moal, Matthew C. (CA)
2180. Modlin, Linda G. (NC)
2181. Moeck, Elizabeth (TX)
2182. Mohn, Charles (MA)
2183. Molina, Noela (TX)
2184. Molina, Wendi Soria (CA)
2185. Molinas, Juan and Eloisa (TX)
2186. Monaghan, Richard (TX)
2187. Monceaux, Marlane & John (TX)
2188. Monreal, Sandra (TX)
2189. Montarbo, Jayne (CA)
2190. Montes, Abelardo and Dora (TX)
2191. Montes, Arturo and Neomie (TX)
2192. Montes, Juan (CA)
2193. Montoya, Joseph (CA)
2194. Moon, Mark (LA)
2195. Moore, Donna (TX)
2196. Moore, Joe A. and Clara (TX)
2197. Moore, Thomas Cole (TX)
2198. Moore, Whitney (AL)
2199. Moore, Winston & Dorothy (TX)
2200. Moore II, Gary D. (FL)
2201. Moorehouse, Naaman (CO)
2202. Morales, Libia (TX)
2203. Morales, Maria (CA)
2204. Morales Jr., Mario (TX)
2205. Moran, John (OH)
2206. Moran, Marcelo (CA)
2207. Moran, Rodimiro (CA)
2208. Morejon, Peter (CA)
2209. Moreland, Marie (CA)
2210. Moreno, Kyle (CA)
2211. Moreno, Tyler (CA)
2212. Morgan, Laura (NC)
2213. Morgan, Ronald M. (FL)
2214. Mork, Tracy (CA)
2215. Morosa, Monique (CA)
2216. Morosin, Bruce (CA)
2217. Morris, David (CA)
2218. Morris, Dorothy and Lance (CA)
2219. Morris, Homer and Donna (TX)
2220. Morris, Linda (TX)
2221. Morris, Michelle (MT)

2222. Morris, Wade and Ashley (TX)
2223. Morrison, Brian (CA)
2224. Morrison, Dorthea (CA)
2225. Morrison, Gay (GA)
2226. Morrison, John and Yvonne (CA)
2227. Morrison, Lindsey (GA)
2228. Morros, Alina (FL)
2229. Morse, Howard (CA)
2230. Mosca, Jennifer (CA)
2231. Mosel, Randy Dale (SD)
2232. Moseley, Peter (GA)
2233. Moser, Patricia (NC)
2234. Moskovwitz, Mark R. and Nancy B. Paris (CA)
2235. Moss, Perry (CO)
2236. Mossler, Scott (CA)
2237. Motamen, Aralan (CA)
2238. Motamen, Manijeh and Arsalan (CA)
2239. Mourra, Julio (FL)
2240. Mucci, John (CA)
2241. Mueller-Smith, Mary (TX)
2242. Muenich, Tyson (State Not Provided)
2243. Mulligan, Talley (GA)
2244. Mullins, Samuel (TN)
2245. Mullis, Clarence (VA)
2246. Munaf, Mohammad (TX)
2247. Munford, Thurman (VA)
2248. Munguia, Carlos and Irma Guerrero (CA)
2249. Munoz-Guzman, Carmen (TX)
2250. Munoz, Ricardo (TX)
2251. Munoz, Rubi-Anne (TX)
2252. Murphy, David (AZ)
2253. Murphy, Janice (TX)
2254. Murphy, Paul (TX)
2255. Murphy, Ricci (MI)
2256. Murray, Jane and Rick Loux (MN)
2257. Muse, Brock (LA)
2258. Myers, Andrew (VA)
2259. Myers, Candace (CA)
2260. Myers, Steven C. and Gretchen D. (CA)
2261. Myers, Steven E. and Linell A. (CA)
2262. Nadeau, Nanette & Robert (TX)
2263. Nadella, Krishnamurthy (FL)
2264. Naeem, Mohsin (FL)
2265. Nagy, Aniko (CA)
2266. Nahmias, Richard C. (CA)

2267. Nanamkin, Jeffrey (WA)
2268. Nankil, Patrick and Kelly (CA)
2269. Napper, Benjamin (CA)
2270. Naquin, Scott (TX)
2271. Naranjo, Carrie & Michael (CA)
2272. Naranjo, Diego (FL)
2273. Nash, Garry (TX)
2274. Nash, Marcus (NV)
2275. Nayfeld, Mark and Tatiana (CA)
2276. Neggaz, Anna Meira & Aberrahmane (DC)
2277. Neher, Duane (IN)
2278. Nehlen II, Ronald J. (OH)
2279. Nehus, Linda (GA)
2280. Neira, Carlos (TX)
2281. Nelson, James (CA)
2282. Nelson, James J. (WA)
2283. Nelson, John (AL)
2284. Nelson, Kellie (CA)
2285. Nelson, Scott (CA)
2286. Nelson, Tiffany (TX)
2287. Nelson, Patricia J. and Robert A. (CA)
2288. Neschich, Paul (TX)
2289. Nesson, Tiffany (CA)
2290. Neu, Emil (CA)
2291. Neukirch, Jeffrey/Kristi (TX)
2292. Nevarez, Eric and Fabiola (TX)
2293. Nevels, Thomas & Delores Mary (TX)
2294. Nevels, Thomas & Misty Mcrae (TX)
2295. Nevels, Thomas & Tina Marie (TX)
2296. Newgren, Joseph (MN)
2297. Newkirk, Matthew L (FL)
2298. Newman, Julia/Karel (CA)
2299. Ng, Francis and Helen (CA)
2300. Nguyen, Dat (CA)
2301. Nguyen, Phillip (Armed Forces - AE)
2302. Nguyen, Hung (CA)
2303. Niblick, Jennifer (TX)
2304. Nice, Carter (FL)
2305. Nichols, Gary (CA)
2306. Nichols, Ronald and Sherry (FL)
2307. Nicholson, Burke (CA)
2308. Nickeloth, Leo (WI)
2309. Nicol, Thomas (NC)
2310. Niebuhr, David & Christine (CA)
2311. Nieman, Mark (CA)
2312. Nieto, Antonio (TX)
2313. Nieto, Moises (TX)
2314. Nishikawa, Kimiyo (OR)
2315. Nix, Laura and Crystal (TX)
2316. Noble, Jerome Kenton (FL)
2317. Noce, Santo (CA)
2318. Norbeck, Suzanna (FL)
2319. Norberg, Kristofer (TX)
2320. Norman, Gerald (CA)
2321. Norris, Michael (Armed Forces - AE)
2322. Norsworthy, Alexander (VT)
2323. Notti, Robert (AK)
2324. Novelo, Reynaldo (CA)
2325. Nugent, Ximena Ames (CA)
2326. Nuncio, Timothy and Roxanne (TX)
2327. Nunes, Melanie (VA)
2328. Nunez, Tim (TX)
2329. Nybo, Dana and Sarah (MN)
2330. Nyiradi, Joseph (CA)
2331. Nyisztor, Ferenc (CA)
2332. Nyman, William (MN)
2333. O'Connor, Ann (NJ)
2334. O'Donnell, Matthew (CA)
2335. O'Malley, James (CA)
2336. O'Malley, Thomas (FL)
2337. O'Neal, Ronald (TX)
2338. Oakland, Lisa (OR)
2339. Ochoa, Michael (TX)
2340. Ochoa, Jose (VA)
2341. Ockelmann, Regina and Gregory (TX)
2342. Odesho, Bitris (CA)
2343. Odza, Agim (TX)
2344. Oelrich, Mike (TX)
2345. Ohler, Zachary (LA)
2346. Ohsako, Kenji (CA)
2347. Ojeda, Victor (CA)
2348. Okolita, Maria Olga (VA)
2349. Older, Wesly and Annie (TX)
2350. Olivares, Gabriel (TX)
2351. Omerovic, Almir and Dzenan (CO)
2352. Oneal, Charles (TX)
2353. Oregbesan, Edward & Tamesha (TX)
2354. Orlean, Jerzy (TX)
2355. Orozco, Edgar (TX)
2356. Orozco, Jose (CA)
2357. Orsinger, Kristi (VA)
2358. Ortega, Alizardo (CA)

2359. Ortega, Eddie and Sherry Ivey (TX)
2360. Ortega, Tony (CA)
2361. Ortega Jr., Manuel (TX)
2362. Ortiz, Juan (TX)
2363. Ortiz, Luis (TX)
2364. Ortiz, Luz (TX)
2365. Ortiz, Richard and Virginia (CA)
2366. Ortiz, Vanessa (TX)
2367. Ortiz-Lopez, Francisco (TX)
2368. Ortmann, William (CA)
2369. Osborno, Mark (MN)
2370. Osedach, Ronald J. (FL)
2371. Oshiro, Joshua (CA)
2372. Oslie, Daniel (TX)
2373. Osoria, Adrian (CA)
2374. Ostrander, Darl Reed (FL)
2375. Otis, Robert (MA)
2376. Ott, Richard A. (CA)
2377. Oulson, Keith (FL)
2378. Owen, Kimberly (CA)
2379. Owens, Edward (SC)
2380. Owens, Martha (CA)
2381. Owermohle, Kurt (VA)
2382. Owings, Jon (AL)
2383. Oyervides, Adalberto (TX)
2384. Pacheco, Mary and Hinger (NV)
2385. Pacheo, Rudy (CA)
2386. Pacitto, Ltalo (CA)
2387. Padgett, Amber & Jeremy (TX)
2388. Padgett, Pamela (GA)
2389. Paez, Torrey & Phillip (CA)
2390. Paez, Torrey & Christina (CA)
2391. Pagan, Mary S. (NC)
2392. Pagano, Laura (CA)
2393. Pailthorp, Keith and Alice (CA)
2394. Paintiff, Shawn (CA)
2395. Pais, Enrique (CA)
2396. Paisis, Michael (GA)
2397. Palmer, David and Annak (WA)
2398. Palmore, Waylon (TX)
2399. Palomino, Erendira (CA)
2400. Pamintuan, Dante (CA)
2401. Pamphilon, Lisa (CA)
2402. Pamuk, Taner & Sarah D. Hartmann (CA)
2403. Pancoe, Kathy (VA)
2404. Pantelides, George (CA)

2405. Panter, Randall (GA)
2406. Pantoja, Carlos (CA)
2407. Paonessa, Danielle (VA)
2408. Pape, Barbara S. (TX)
2409. Pape, Kenneth (TX)
2410. Papineau, Florence (AZ)
2411. Pare, Linda (NC)
2412. Paredes, Marcos (CA)
2413. Parish, James (MO)
2414. Parker, Beverly (CA)
2415. Parker, Garrison (GA)
2416. Parker, Gregory and Beverly (TX)
2417. Parker, Jennifer (CA)
2418. Parker, Jerry L & Constance T. (CA)
2419. Parker, Mathew (CA)
2420. Parker, Robert (FL)
2421. Parker, Robert (TX)
2422. Parkinson, William (WY)
2423. Parks, Clint (TX)
2424. Parks, Lydia and Ralph (FL)
2425. Parks, Lynda (TX)
2426. Parsons, Gene (AL)
2427. Partain, Leslie (CA)
2428. Paslay, David and Mindy Frisch (CA)
2429. Pasqua, Carl and Sheila (CA)
2430. Pate, Curtis and Britnee (CA)
2431. Patek, Joseph and Kelsey (TX)
2432. Patrick, John & Sandra (TX)
2433. Patterson, David (FL)
2434. Patterson, Jason (CA)
2435. Patterson, Nathaniel and Flenda (TX)
2436. Patterson, Randy (CA)
2437. Patterson, William (CO)
2438. Patton, William (TX)
2439. Patullo, Alex (NJ)
2440. Pawelko, Ronald & Leah Weatherford (IL)
2441. Paxson, George (VA)
2442. Payne, Alicia (VA)
2443. Peace, Rebecca (TX)
2444. Peacock, Mark (FL)
2445. Peacock, Mary R (OK)
2446. Peale, Anita G. (FL)
2447. Pearlman, Dustin (CA)
2448. Pearson, Monte (UT)
2449. Pedder, Lorraine (CA)
2450. Pedersen, Henning (VA)

2451. Pejman, Al (CA)
2452. Pendelton, Reva (CO)
2453. Penn, Brittney (TX)
2454. Pennings, Michelle (CA)
2455. Pennington, Fred (FL)
2456. Peno, Justin (LA)
2457. Pera, Jonathan (CA)
2458. Perales, Francisco (TX)
2459. Perea, Giovanni (CA)
2460. Perelli-Minetti, Joshua (ID)
2461. Perez, Alejandra and Pastor (CA)
2462. Perez, Jesus (CA)
2463. Perez, Orlando (TX)
2464. Perkins, Emmanuel & Valerie (CA)
2465. Perkins, Janice (CA)
2466. Perko, Mark (CA)
2467. Perrow, Michelle (AZ)
2468. Perry, Christopher and Theresa (TX)
2469. Perry, John and Bridget (CA)
2470. Persuad, Janet (FL)
2471. Pesnell, Patrick (TX)
2472. Peters, David (TX)
2473. Peters, Lyndsay Ray (WA)
2474. Peterson, Jeffrey and Denise Watte (CA)
2475. Peterson, Jodi Lynn and Christopher James (VA)
2476. Peterson, Leif (CA)
2477. Peterson, William (FL)
2478. Peterson, Winston Wood (TX)
2479. Peterson, Zeynep (TX)
2480. Petree, James (FL)
2481. Petree, Ross (TX)
2482. Petterson, Laila (OR)
2483. Petty, Roy (TX)
2484. Petty, Stephanie (TX)
2485. Pham, Tao M. (CA)
2486. Phelan, Julie (CA)
2487. Phelps, James Douglas and Gwendolen Sue (VA)
2488. Phenix, Morgan Scott (VA)
2489. Phillips, James and Alice (CA)
2490. Phillips, Jeffrey A. (OR)
2491. Phillips, Kevin (CA)
2492. Phillips, Tessi (AZ)
2493. Picciau, Matteo (NV)
2494. Pickell, William (CA)

2495. Pickett, Tracy Uschan (TX)
2496. Picon, Ricardo (VA)
2497. Piehet, Melissa (LA)
2498. Pierce, Joel (TX)
2499. Pierson, Ashley and Bret (CA)
2500. Pike, John (CA)
2501. Pilcher/Bull, Charles B. and Leasha (OK)
2502. Pilipovic, Cedo (NC)
2503. Pinachio, John (CA)
2504. Pinckney, Brian (TX)
2505. Pintens, Gloria Rosetta & James Leo (TX)
2506. Pippen, Luther (AL)
2507. Pires, Joao and Elizabeth (CA)
2508. Pisciotta, Anthony & Rachel S. (CA)
2509. Pitman, Paul and Cheryl (TN)
2510. Pitney, Angelique (CA)
2511. Pittenger, Nathan (CO)
2512. Pitts, Salina (FL)
2513. Pivaral, Enrique and Ramiro (CA)
2514. Plank, Holly and Daryl (TX)
2515. Plant, Krystle (CA)
2516. Plascencia, Ramiro (CA)
2517. Poage, Gaelen (WA)
2518. Pokorski, Robert (CA)
2519. Polasek, Amanda (TX)
2520. Polese, John (CA)
2521. Pollard, Brian (CA)
2522. Pollock, Mary L (NC)
2523. Pomonis, Jason Day and Kathryn (TX)
2524. Ponce, Alma and Jorge (CA)
2525. Ponder, Jan (CA)
2526. Poniktera, John and Luella (CA)
2527. Pontarelli, Brian (CO)
2528. Pontious, Marshall (GA)
2529. Poodiack, James (VA)
2530. Pool, Gene (TX)
2531. Pope, Kendall (CA)
2532. Pope, Timothy (TX)
2533. Popkov, Alexander (FL)
2534. Poremski, Tod (WI)
2535. Poriss, Sarah (CT)
2536. Porter, Richard (TX)
2537. Porter, Robert (CA)
2538. Porter, William and Norma (TX)
2539. Portillo, Virginia & Luis (CA)
2540. Posadas, Maricar and Anthony (CA)

2541. Potter, Mary T. Mezzano (MI)
2542. Potter, Richard T. (NJ)
2543. Poursaid, Ray (CA)
2544. Powell, Helena (CA)
2545. Powell, Jason (TX)
2546. Powers, Maureen (CA)
2547. Prager, Glenda (TX)
2548. Pratt, Cheryl (TX)
2549. Pratt, William (TX)
2550. Prechter, William (CA)
2551. Presley, Jr., Roy F. (CA)
2552. Price, Kurtis W. (PA)
2553. Price, Larry (SC)
2554. Pridgen, Ronald and Sophie (FL)
2555. Priest, Jason (CA)
2556. Priest, Lauren (AL)
2557. Priestley, Alan (CA)
2558. Prihoda, Tajuana (TX)
2559. Pritchett, Dana (CA)
2560. Probst, Thomas (GA)
2561. Proctor, Amanda and Lestat (TX)
2562. Provenzano, Daniel (FL)
2563. Pruett, Brian (FL)
2564. Pruitt, Matthew (CA)
2565. Ptacek, Cheryl (MN)
2566. Puente, Benjamin (TX)
2567. Puentes, Estela and Victor (CA)
2568. Pulley, John and Maryanne (CA)
2569. Purcell, Jenevieve (GA)
2570. Purisic, Halim (NY)
2571. Pywell, Joe (TX)
2572. Qiu, Xiaoming (TX)
2573. Quattlebaum, Carla (TX)
2574. Queen, Marc (MD)
2575. Quigley, Debora (GA)
2576. Quinley, Robert S. (AL)
2577. Quinto, Milena (CT)
2578. Quiros, Maribel (TX)
2579. Qureshi, Mujahid (CA)
2580. Raab, Ira (FL)
2581. Rabadi, Lawrence (CA)
2582. Racey, C. Aaron (VA)
2583. Rader, Mark (CA)
2584. Rafati, Mahmoud (TX)
2585. Rainwater, Sonya (TX)
2586. Rambo, Charles (CA)

2587. Rambuski, Edwin (CA)
2588. Ramirez, Christopher and Jessica Villegas (TX)
2589. Ramirez, Eliud (TX)
2590. Ramirez, Javier (TX)
2591. Ramirez, Jose and Carolina (CA)
2592. Ramirez, Ramon Eloy (TX)
2593. Ramirez, Annette (TX)
2594. Ramming, Karen (VA)
2595. Ramos, Edgar (TX)
2596. Ramos, Josue (CA)
2597. Ramos, Terance (TX)
2598. Ramsey, Karen (TX)
2599. Ramussen, Matthew (TX)
2600. Rand, Robert and Alexandra (CA)
2601. Randall, Don (TX)
2602. Randall, Richard D. (VA)
2603. Randolph, Franklin (TX)
2604. Raney, Christopher (CA)
2605. Rapaport, Lisa G. (SC)
2606. Rapp, Erin and Joe (CO)
2607. Rapstine, Richard F. (TX)
2608. Rasberry, James and Deborah (VA)
2609. Rathjen, Kurt (TX)
2610. Ratliff, April (KY)
2611. Ratliff, John and Carla Carvalho (CA)
2612. Ratliff, Scott (CA)
2613. Rawls, Lester and Wonitta (FL)
2614. Raye, Peter (WI)
2615. Raymond, Stephen (OH)
2616. Razniak, Jack (CA)
2617. Rea, Carolyn (MO)
2618. Read, Rodney and Donna (CA)
2619. Ready, Cindy (CA)
2620. Reale, Noel (FL)
2621. Reasner-Bennett, Darla (TX)
2622. Reaves, Timothy and Tina (CA)
2623. Reback, Rochelle A. (FL)
2624. Reciniello, Karen Mary (VA)
2625. Reed, James S. (TX)
2626. Reed, Jeremy (CA)
2627. Reed, Linda M. (PA)
2628. Reed, Robert M. (VA)
2629. Reeves, Bobby (TX)
2630. Reeves, Robert (West-Reeves Ltd.) (TX)
2631. Reffo, Phyllis (CA)

2632. Regal, Jill (CA)
2633. Reichley, David (VA)
2634. Reilly, George F. (VA)
2635. Reilly, Michael (CO)
2636. Reim, Kalyn (TX)
2637. Reiszner, Jeremy (TX)
2638. Reiszner, Paul (LA)
2639. Rendon, Gerard R. (TX)
2640. Reno, Donald (CA)
2641. Reoh, Roucal (CA)
2642. Resendiz, Tristen (TX)
2643. Restine, Joe (CA)
2644. Rettke, Gary J. (MN)
2645. Reulecke, Gayle (AZ)
2646. Reveles, Michael (CA)
2647. Rey, Jose R. (TX)
2648. Reyes, Luz (CA)
2649. Reyes, Manuel (CA)
2650. Reyna, Daniel (TX)
2651. Reyna, Krista (TX)
2652. Reyna, Nicholas and Ashley Rowley (TX)
2653. Reyna, Rhoda (TX)
2654. Reynolds, Rachel (Va)
2655. Reynosa, Andrea (NY)
2656. Rhile, Michael R. (PA)
2657. Rhodes, Lisa (NV)
2658. Rhyne, George E. (TX)
2659. Riauba, Karl (CA)
2660. Ricardo, Carol J. (CA)
2661. Richard, Alan (VA)
2662. Richardson, Carol (OH)
2663. Richardson, Shirley Porter (AZ)
2664. Richardson Ill, Joe (GA)
2665. Richerson, Paul (FL)
2666. Richie, Robert and Michelle (CO)
2667. Richter, Cecilia (CA)
2668. Rickard, David (VA)
2669. Rickman, Margaret (TX)
2670. Ridad, Mario and Genevieve (TX)
2671. Riddle, Kay A. and Daniel J. (TX)
2672. Ridley, Robert and Valerie (TX)
2673. Righi, Alberto (FL)
2674. Rigsby, Janie (CA)
2675. Riley, Kathy (TX)
2676. Riley, Timothy G. (CA)
2677. Riley-Buedel, Alison V. (CA)

2678. Ring, Robert V. Carmen A. (CA)
2679. Rios, Israel (FL)
2680. Rios, Roberto and Margarita V. D. (CA)
2681. Rios, Sergio A. (CA)
2682. Ripke, Mitch (OR)
2683. Risnoveanu, Julian (CA)
2684. Rist, Deverne (State Not Provided)
2685. Rivara, Juan B. (TX)
2686. Rivas, Miriam (CA)
2687. Rivera, Alejandro M. Jr. and Mary (Tx)
2688. Rivera, Jose and Maria C. (CA)
2689. Rivera-Delorme, Hilda (TX)
2690. Rizopoulos, Michael N. (FL)
2691. Rizzi, Cali and Clayton (CO)
2692. Roark, Nathan (CA)
2693. Robbins, Alyssa (TX)
2694. Robbins, Gary (TX)
2695. Robbins, Clement J. and Lynn (VA)
2696. Roberson, Charlene and Charles L. (CA)
2697. Roberts, Alan and Irene K. (AZ)
2698. Roberts, Amalie (OR)
2699. Roberts, Barbara (TX)
2700. Roberts, Dwight (FL)
2701. Roberts, Paul (AR)
2702. Roberts, Sheila and Travis (MT)
2703. Robertson, Kyle and Jill (CA)
2704. Robertson, Micah (WA)
2705. Robertson, Stuart and Lisa (CA)
2706. Robillard, Douglas (NY)
2707. Robinson, Benny and Diane (VA)
2708. Robinson, Jahnni (TX)
2709. Robinson, Jimmy M. (TX)
2710. Robinson, Mark (CA)
2711. Robinson, Marla (TX)
2712. Robinson, Pamela Pittman (NC)
2713. Robinson, Rudolph Benjamin (TX)
2714. Robinson, Scott (WY)
2715. Robinson Jr., Paul (TX)
2716. Robles, Gilbert (CA)
2717. Rocha, Cliff and Aariel (CA)
2718. Rocha, Juan (TX)
2719. Rodgers, Shea (TX)
2720. Rodriguez, Andrew (CA)
2721. Rodriguez, Belem (TX)
2722. Rodriguez, Eduvina (TX)
2723. Rodriguez, Joel (TX)

2724. Rodriguez, Krystin and Hilda Boykin (TX)
2725. Rodriguez, Luis (TX)
2726. Rodriguez, Miguel (CA)
2727. Rodriguez, Robert M (CA)
2728. Rodriguez, Sabrina (TX)
2729. Rodriguez-Moran, Sabrina (CA)
2730. Rodriquez, Henry (CA)
2731. Rodway, Sydney (MO)
2732. Roesh, Erik (TX)
2733. Rogers, Charles and Sharon (CA)
2734. Rojas, Angel (VA)
2735. Rojas, Edgardo and Zoraida (TX/Armed Forces - AE)
2736. Rollins, Joshua and Miselehl Ehseukkoro (TX)
2737. Rollins, Randolph (NV)
2738. Roma, Terry and Elizabeth (CA)
2739. Roman, Jason (VA)
2740. Roman, Rosalio (CA)
2741. Romansanta, Robert and Edwin (CA)
2742. Romero, Mason (LA)
2743. Romero, Wuilfredo (TX)
2744. Romero, II, Julian G. (TX)
2745. Roney, Thomas (MI)
2746. Roose, Clinton (OR)
2747. Rosas, Aaron V. (TX)
2748. Rosas, Joseph and Melissa (CA)
2749. Rose, Ian (OH)
2750. Rose, Michael L. (VA)
2751. Rosenberger, Stephen and Brenda (TX)
2752. Rosenow, George (WI)
2753. Rosetta, Joe and Eva (TX)
2754. Roshong, Stephan Edgar (OH)
2755. Ross, Andre (CA)
2756. Ross, Carolyn and John (TX)
2757. Ross, Kelsey (VA)
2758. Ross, Nicholas (CA)
2759. Rotch, Edward C. (ME)
2760. Rothman, Jay S. and Lacey (CA)
2761. Rouane/Manis, Mike/Diane (MT)
2762. Rowe, Gerald (CA)
2763. Rowe, Helene (AZ)
2764. Rowland, Patrick (VA)
2765. Royals, Rebecca (VA)
2766. Rozewicz, Roscoe L. (FL)
2767. Rozzo, Michael (NC)

2768. Ruckman, Harold E. (VA)
2769. Ruddy, William and Joseph (MD)
2770. Rudin, Justin (OH)
2771. Rudolf Medvejer, James J. (GA)
2772. Ruff, Rhonda (TX)
2773. Ruiz, Edgar and Leticia Resendez (TX)
2774. Ruiz, Gabriel (TX)
2775. Ruiz, Yolanda and Enrique (CA)
2776. Rung, Colene and Corry (CA)
2777. Rushton, Jerry and Sandra (TX)
2778. Rushton, Kimberly (LA)
2779. Rusnak, Bart (CA)
2780. Russell, Angela M. (TN)
2781. Russell, Shannon (TX)
2782. Ruth, Lorie and Arthur (CA)
2783. Rutherford, Michael and Peggy (VA)
2784. Ruzich, Christopher (NJ)
2785. Ryan, Laura and Cary (FL)
2786. Ryan, Stacy A. (FL)
2787. Saavedra, Francisco (CA)
2788. Sabol, John (TX)
2789. Sack, Galen (CA)
2790. Sadler, William (TX)
2791. Saez, Yvonne J (CA)
2792. Saglamer, Liza (CA)
2793. Sahakian, Armen (CA)
2794. Sakow, Keith (CA)
2795. Salazar, Alan (VA)
2796. Salazar, Araceli (CA)
2797. Salazar, Candelario (TX)
2798. Salazar, Loren (TX)
2799. Salazar, Michael S. and Hortencia (TX)
2800. Salcetti, Robert (CO)
2801. Saldana, Melinda (TX)
2802. Salgado, Veronica and Teresa Mendoza (TX)
2803. Salinas, Juan (TX)
2804. Salveston, Maria (FL)
2805. Salvo, Louis (FL)
2806. Sampson, Emily (NC)
2807. Sampson, Tifaney (TX)
2808. Sams, Delbert (VA)
2809. Samson, Wendell and Victoria (CA)
2810. Sanchez, Antonia and Alan Zahn (FL)
2811. Sanchez, Ernesto & Kathy (TX)
2812. Sanchez, Gustavo (TX)

2813. Sanchez, Osvaldo (CA)
2814. Sancianco, Angelita (CA)
2815. Sanders, Dawn (LA)
2816. Sanders, William (FL)
2817. Sanders, Douglas (TX)
2818. Sanderson, Rebecca and Rodney (OR)
2819. Sandoval, Janice (CA)
2820. Sandoval, Lourdes and Roberto (TX)
2821. Sandvold, David (CA)
2822. Santa Maria-Jaen, Jose (TX)
2823. Santiago, Luis & Sylvia (FL)
2824. Santiago, Sylvia (FL)
2825. Santiesteban, Anisleidy (TX)
2826. Sanyour, Abraham Frank (VA)
2827. Saranec, Chris and Margaret (CA)
2828. Sargent, Jeffrey and Stacey (CA)
2829. Sarumian, Victor (CA)
2830. Sater, Rachel (CA)
2831. Sauls, Kayla Danielle Turner (VA)
2832. Saunders, Belinda C. (VA)
2833. Saunders, Brandon and Doris Tessner (TX)
2834. Sawyer, Kathy (TX)
2835. Sawyer, Marvin and Carol (CA)
2836. Sawyer Jr., Wayne C. (VA)
2837. Sax, Kelly (MT)
2838. Saye, Teddy Joe and Michelle (TX)
2839. Sayler, Bradley and Melanie Sprung (VA)
2840. Scarr, Brian and Leeann (OR)
2841. Schaefer, Ann (OR)
2842. Schaefer, Dina and Jeff (TX)
2843. Schafbuch, Joel (MN)
2844. Schamber, Scott (CA)
2845. Scharwath, Todd and Katherine (AL)
2846. Schecter, Susan Anne (VA)
2847. Scheel, Nathan (TX)
2848. Scheiner, Andrew (VA)
2849. Schena, Michael Charles and Ashley Clarke (VA)
2850. Schexnider, Regi (TX)
2851. Schimel, David (FL)
2852. Schirmeister, John (CA)
2853. Schlecht, Kirstin (CA)
2854. Schmidt, Robert and Christina Donaldson (WA)
2855. Schmidt, Dalette and Robert (TX)
2856. Schmotzer, Ron and Carol Gooch (TX)

2857. Schneider, Gary (CA)
2858. Schott, Stephen and Laura (TX)
2859. Schreiber, Roger and Karen (CA)
2860. Schroeder, William (TX)
2861. Schroeter, Carl (CA)
2862. Schuber, Nancy (TX)
2863. Schulman, Harold (IL)
2864. Schultz, David (FL)
2865. Schulz, Anthony (MO)
2866. Schulze, Mark (CA)
2867. Schumacher, Barbara (WI)
2868. Schupbach, Matthew (CA)
2869. Schwalm, Jane (VA)
2870. Schwartz, Joy (TX)
2871. Schwartz, Joann (NJ)
2872. Schweigert, William (CA)
2873. Scott, Deborah and Warren (TX)
2874. Scott, Terry (TX)
2875. Scruggs, Ralph E. (FL)
2876. Scruggs, Thomas (FL)
2877. Seaberry, James (TX)
2878. Seale, Carol (VA)
2879. Seaton, Dennis (CA)
2880. Seaunier, Noelle (WA)
2881. Seaver, Elizabeth (CA)
2882. Sedley, Susan (GA)
2883. Segovia, Edward and Hortencia (TX)
2884. Segura, San Pablo (TX)
2885. Seidler, Grant (FL)
2886. Seipp, Lynne (CO)
2887. Seiter, David and Dorothy (FL)
2888. Self, Brandon (CA)
2889. Sendejo, Connie (TX)
2890. Seridge, Eugene F. and Jean (FL)
2891. Serna III, Conrado (TX)
2892. Serrano, Hector and Carman (CA)
2893. Serrano, Larry (TX)
2894. Sertlian, Cheryl (DE)
2895. Sewell, Robert L. (TX)
2896. Seymour, Emily (MA)
2897. Seymour, Gary (TX)
2898. Sgalato, Anthony (GA)
2899. Sgarlato, Camelia (CA)
2900. Shade, Thomas (IN)
2901. Shafer, Stephen and Elizabeth (NY)
2902. Shaffer, William B. (CA)

2903.  Shaner, John (FL)
2904.  Shanske, Uri (NY)
2905.  Sharif, Ryan (TX)
2906.  Sharif, Yardaan (FL)
2907.  Sharma, Neeraj (CA)
2908.  Sharp, Glen and Patrice (TX)
2909.  Sharp, Gregory (TX)
2910.  Shattuck, James (TX)
2911.  Shaver, Joyce and Wayne (TX)
2912.  Shearlock, Sheila M. (FL)
2913.  Sheets, David (MO)
2914.  Sheetz, Robert (CO)
2915.  Sheffield, Donald (TX)
2916.  Shelton, Charles (GA)
2917.  Shelton, Kenneth (MI)
2918.  Shelton-Farias, Takara (AL)
2919.  Shepherd, Roger (CA)
2920.  Sheppard, Patrick (TX)
2921.  Sherman, Andrew and Jody (CA)
2922.  Sherman, Barry (ID)
2923.  Shezaf, Rafi (CA)
2924.  Shields, Beverly (AL)
2925.  Shipway, Cindy (CA)
2926.  Shirah, Erin (TX)
2927.  Shisler, Robert (CA)
2928.  Shoemaker, Mark Weybright (MD)
2929.  Short, Amanda (LA)
2930.  Short, David & Stephanie (LA)
2931.  Short, Joshua and Karla (MD)
2932.  Shtayerman, Mark (CA)
2933.  Shultz, Mark (CA)
2934.  Shultz, Melinda M. (PA)
2935.  Shuster, William (CA)
2936.  Sickert, Dave A. (CA)
2937.  Siefker, Joseph (LA)
2938.  Sigler, Todd and Patricia (NC)
2939.  Silas, Carolyn (CA)
2940.  Siller, Jorge (TX)
2941.  Silos, Joaquin (CA)
2942.  Silva, Tomas (CA)
2943.  Silva, Victoriana (TX)
2944.  Silveri, Patricia and Bryan C. (VA)
2945.  Simas, Janet (CA)
2946.  Simcik, Joyce K. (TX)
2947.  Simeone, Elisa (CA)
2948.  Simmons, Karl (TX)

2949.  Simmons, Olive (NJ)
2950.  Simmons-Dick, Patricia (NV)
2951.  Simon, Frank (CA)
2952.  Simons, Charles (WA)
2953.  Simons, James (TX)
2954.  Simonsen, Roseanne (MA)
2955.  Simpson, Faelyn (NC)
2956.  Simpson, George (AL)
2957.  Simpson, John (TX)
2958.  Singleton, Cleve B. and Ida Jean (TX)
2959.  Sisco, David and Kara (VA)
2960.  Sivadas, Iraja (CA)
2961.  Sizemore, Timothy (CA)
2962.  Skiffington, Matt and Hanna (CA)
2963.  Skinner, Stephen J. (PA)
2964.  Skow-Canales, Jon (TX)
2965.  Skurka, Richard (CA)
2966.  Slater, David (CA)
2967.  Slaymaker, Marvin Dale (PA)
2968.  Sleeper, Lisa (VA)
2969.  Sloan, Kevin (CO)
2970.  Small, Jessica (TX)
2971.  Smiachen, Russell (VA)
2972.  Smisek, James (FL)
2973.  Smith, Brian and Amy (FL)
2974.  Smith, Buddy (TX)
2975.  Smith, Cathy S. and Edward J. (CA)
2976.  Smith, Charles (TX)
2977.  Smith, Christopher A (CT)
2978.  Smith, Darrin (TX)
2979.  Smith, David (TX)
2980.  Smith, David (OR)
2981.  Smith, Donna (TX)
2982.  Smith, Francique (NY)
2983.  Smith, Garry (TX)
2984.  Smith, Gregory and Leslie (CA)
2985.  Smith, Gregory Perry (WV)
2986.  Smith, Howard (WY)
2987.  Smith, James and Megan (VA)
2988.  Smith, John (MO)
2989.  Smith, Kevin and Erica (CA)
2990.  Smith, Leeanne (CA)
2991.  Smith, Louize (UT)
2992.  Smith, Mark (NH)
2993.  Smith, Mary and Luke Young (OR)
2994.  Smith, Paul & Angeline (TX)

2995. Smith, Rodney (IL)
2996. Smith, Sherrie A. (TX)
2997. Smithson, Harry Wayne (WA)
2998. Smothermon, Scotti (TX)
2999. Sniff, Dick (CO)
3000. Snow, Andrew (OH)
3001. Snyder, David (CA)
3002. Snyder, Robert (CA)
3003. Snyder, William Bowman and Cheryl Lee (VA)
3004. Solano, Jorge A. (TX)
3005. Solano, Jose (CA)
3006. Solarte, James Kevin (VA)
3007. Sole, Steve (CA)
3008. Sonders, Robert (AZ)
3009. Sooch, Kuldip (CA)
3010. Sood, Rozy (CA)
3011. Soper, Allen and Phyllis (CA)
3012. Sorel, Robert and Kathryn Townsend (CA)
3013. Sorensen, Arjuna (AZ)
3014. Sorenson, Thomas (OH)
3015. Souza, George and Maria (VA)
3016. Spade, Alan (FL)
3017. Spann, Shannon and Scott (FL)
3018. Spawn, Scott and Shannon (FL)
3019. Speakes, Scott (CA)
3020. Spencer, Leah (TX)
3021. Spencer, Tamra (WA)
3022. Spilletti, Annalisa (NJ)
3023. Spore, James K. (VA)
3024. Spragins, Linda (TX)
3025. Springstead, Kirk A. & Sandra Koorejian (CT)
3026. Spurling, Micheal and Patricia (OH)
3027. St. Julien, Jason (TX)
3028. Stachwick, Steven Paul (CA)
3029. Staengl, Galen (VA)
3030. Stamper, Barbara (TX)
3031. Standifer, Lester (FL)
3032. Stanford, Dan T. and Jeanne M. (VA)
3033. Stanislow, Michael (VA)
3034. Stark, Brendan and Lisa (CA)
3035. Statham, Ondina (CA)
3036. Stavley, Courtland & Maria Cristina (NC)
3037. Steben, William (AR)
3038. Steele, Nadine (VA)

3039. Steelman, Karen (GA)
3040. Steffy, Barbara A. and John W. (NC)
3041. Steger, John (TX)
3042. Stegman, Kimberly (TX)
3043. Stein, Fredric (VA)
3044. Steinberg, Shawn (CA)
3045. Steiner, Chris (TX)
3046. Steinway, Stefani (MO)
3047. Steliga, Joseph (TX)
3048. Stephens, David (TX)
3049. Stephens, Donald and Judith (TX)
3050. Stephenson, Eva (VA)
3051. Steuber, Nancy C. (FL)
3052. Steven-Capps, Donna (ND)
3053. Stevens, Pamela (CA)
3054. Stevens, Trevor E. (OR)
3055. Stevenson, John (LA)
3056. Stewart, Aaron (CA)
3057. Stewart, Chad (MO)
3058. Stewart, Dawn (CA)
3059. Stewart, Debbie (CA)
3060. Stewart, Gwenne (MO)
3061. Stewart, Matthew (NY)
3062. Steyer, Richard (CA)
3063. Stice, Randall R (FL)
3064. Sticha, Joel (MN)
3065. Stiffler, Thomas (TX)
3066. Stilwell, Diane (CA)
3067. Stockton, Greg (TX)
3068. Stoddard, Roy (CA)
3069. Stokes, Elizabeth & Jimmie M. (LA)
3070. Stokes, Gary (CA)
3071. Stokes, Nikki (VA)
3072. Stone, Elizabeth (CA)
3073. Stone, Julie and James (TX)
3074. Stone, Thomas J. (VA)
3075. Stone, Barbara (TX)
3076. Stoner, Priscilla (TX)
3077. Stooner, Sharen and Jonathan (CA)
3078. Stoopack, Charles (CA)
3079. Storm, Carey (CA)
3080. Stout-Torres, Sherri (CA)
3081. Straley, Christopher (TX)
3082. Strawn, Lisa (IA)
3083. Streater, Sam (FL)
3084. Strebeigh, Pete and Nancy (CA)

3085.   Street, James Brian (TN)
3086.   Strigle, Johnny (FL)
3087.   Stringer, Phillip (AL)
3088.   Strobehn, Jennifer (OR)
3089.   Stroud, Vina (TX)
3090.   Stroy, Edward (CA)
3091.   Strulla, Louis (NY)
3092.   Studley, David (CA)
3093.   Stuever III, Frank (TX)
3094.   Stuhr, Dale (CA)
3095.   Sturdvant, Jeanette (NC)
3096.   Stuver, Kristy (TX)
3097.   Suarez, Edward and Theora (TX)
3098.   Sugrue, Matthew L. (NY)
3099.   Sukman, Julie (GA)
3100.   Sulemanji, Sultan (TX)
3101.   Sullivan, James (GA)
3102.   Sullivan, Stephanie (TX)
3103.   Sultana, Mahmuda (TX)
3104.   Summers, Leah (AL)
3105.   Summers, Neil (CA)
3106.   Sumner, Brett (FL)
3107.   Sumner, Thomas (CA)
3108.   Sumrall, Melvin and Patricia (TX)
3109.   Surman, Roger J (NY)
3110.   Surratt, Jimmy (TX)
3111.   Sushko, Igor (CA)
3112.   Sutherland, Earl and Robbie (CA)
3113.   Sutphin Jr., George E. (NY)
3114.   Sutton, Tommy and Linda (TX)
3115.   Suwabe, Machiko (CA)
3116.   Svec, Theo and Gladys (TX)
3117.   Svendsen, Denise and John (OR)
3118.   Svoboda, Robert and Maricela and
         Navanno (TX)
3119.   Swafford, John (CA)
3120.   Swancey, Aaron and Kathrin (TX)
3121.   Swanson, Marcus and Natasha (NC)
3122.   Swanson, Timothy S. and Robin L. (AL)
3123.   Swartz, Sue (TX)
3124.   Sweet, Leonard Arthur (TX)
3125.   Swetz, Nick (VA)
3126.   Swinson, Karon (FL)
3127.   Swisher, Kevin (WV)
3128.   Switzer, John (FL)
3129.   Sylvester, Elizabeth (ME)

3130.   Szilasi, Terry (WA)
3131.   Szmuera, James A. (TX)
3132.   Tadepalli, Srinivas (CA)
3133.   Tady, Julius (CA)
3134.   Taggart, Mindy and Michael (TX)
3135.   Takeshita-Dotty, Kristine Emiko and David
         (CA)
3136.   Talbot, Daniel G. (FL)
3137.   Talbot, Jay (CA)
3138.   Talpos, Ioan (CA)
3139.   Tangco, Marie (CA)
3140.   Tarter, Scott & Dana (TX)
3141.   Tassin, Derek (TX)
3142.   Tayebati, Pejhan (CA)
3143.   Taylor, Berba (TX)
3144.   Taylor, Catherine T. (RI)
3145.   Taylor, Charles (VA)
3146.   Taylor, Christine (TX)
3147.   Taylor, Gabrielle (CA)
3148.   Taylor, James R. (CA)
3149.   Taylor, Larry and Sonya (TX)
3150.   Taylor, Michael and Vicky (CA)
3151.   Taylor, My Thi Do and Wayne (OR)
3152.   Taylor, Ned (TX)
3153.   Taylor, Ryan (CA)
3154.   Taylor, Timothy (TX)
3155.   Teller, Jon (FL)
3156.   Tellez, April (TX)
3157.   Telson, Linda and George (CA)
3158.   Temme, Juergen (NY)
3159.   Tennell, Jonathan (TX)
3160.   Tennies, Tommy (CA)
3161.   Terriquez, Jose (CA)
3162.   Terry, Julie & James (CA)
3163.   Testa, John and Audrey (FL)
3164.   Than, Christine (CA)
3165.   Theodosis, Mark (Fl)
3166.   Theser, Frank & Sandy (TX)
3167.   Thibodeau, Howard F. (VA)
3168.   Thigpen, Aaron and Theresa (TX)
3169.   Thomas, Carolyn (CA)
3170.   Thomas, Clara L. and Paul M. (CA)
3171.   Thomas, Craig L. (CA)
3172.   Thomas, Frank (VA)
3173.   Thomas, Joy (TX)
3174.   Thomas, Judy (IA)

3175. Thomas, Mary (TX)
3176. Thomas, Pamela Sue and Charles J. (FL)
3177. Thomas, Priscilla (TX)
3178. Thompson, Caryl Ann Jones (VA)
3179. Thompson, David and Tahnee (TX)
3180. Thompson, Jill (VA)
3181. Thompson, Lowell (CA)
3182. Thompson, Nita (KY)
3183. Thompson, Jennifer and Marc (TX)
3184. Thomsen, Jack and Dana (CA)
3185. Thomson, Andy (CA)
3186. Thornton, Amy W.B. and John T. (VA)
3187. Thornton, James K. (TX)
3188. Threadgill, Tony and Annette (AL)
3189. Thuftin, Jeremy (MN)
3190. Thurber, Susan (TX)
3191. Tibbs, Gary (VA)
3192. Tidwell, Rose (WA)
3193. Tilton, Christopher E and Tip R. (CA)
3194. Timboe, Daniel (CA)
3195. Timmons, Larry (CA)
3196. Timmons, Nancy (TX)
3197. Tobar, Jorge (TX)
3198. Todd, Harold (NY)
3199. Toland, Michael (TX)
3200. Tolle, Shirin (CA)
3201. Tolstykh, Gleb (TX)
3202. Tomberlin, Rhonda (TX)
3203. Tomer, Yossi and Caryn (CA)
3204. Tomez, Terry (TX)
3205. Tomlinson, Robert (ID)
3206. Toms, Boyd & Janet (IA)
3207. Toms, Jerry (NC)
3208. Tontisakis, Lesia (CA)
3209. Toomay, Timothy (CA)
3210. Tope, Patrick and Kathy (OR)
3211. Topole, Timothy (CA)
3212. Torres, Estefana and Alfonso (WA)
3213. Torres, Gerardo (CA)
3214. Torres, Jose (CA)
3215. Torres, Laura (TX)
3216. Torres, Orlando (TX)
3217. Torres, Ralph (TX)
3218. Torres, Norman (TX)
3219. Toten, Tamera (CA)
3220. Totzke, Lawrence F. (CA)

3221. Touski, Nourollah (CA)
3222. Towers, Donald (CA)
3223. Townsend, Mark (FL)
3224. Toynton, Lesley (CA)
3225. Tran, Jane H. (CA)
3226. Tran, Vinh (CA)
3227. Traore, Kadidia (CA)
3228. Trayer, Kenneth (PA)
3229. Trefil, Christopher (CA)
3230. Treib, Patricia K. (FL)
3231. Treppiccione, James (NV)
3232. Trevino, Crystal (TX)
3233. Trevino, Guadalupe (TX)
3234. Trevino, Jorge (TX)
3235. Trevino, Jose (TX)
3236. Trevino, Julio (TX)
3237. Trevino, Richard (TX)
3238. Trimmer, Thomas (FL)
3239. Trincale, Christina (CA)
3240. Trinh, Matt-Phuoc (CA)
3241. Trosclair, Daniel (TX)
3242. Trounce, John & Kathleen (CA)
3243. Trout, Niesha (CA)
3244. Trubee, Norman (TX)
3245. Truitt, Jarrell (TX)
3246. Trujillo, Rosemary (CA)
3247. Truslow, Helen (VA)
3248. Trzaskos, Paul (FL)
3249. Tsehaye, Amanuel (CA)
3250. Tseng, Yu Hsiang (NV)
3251. Tubbs, Michael (CA)
3252. Tubesing, Roy M. and Linda (TX)
3253. Tubis, Richard (CA)
3254. Tucker, Jesse and Amy (CA)
3255. Tuell, James (CA)
3256. Tuplano, Eden (CA)
3257. Turman, Gail and Larry (CA)
3258. Turman, Larry (CA)
3259. Turner, David (CA)
3260. Turner, James Brian (NJ)
3261. Turner, Linda (TX)
3262. Turner, Steve (AL)
3263. Tusinger, Michael and Terri (TX)
3264. Tuttle, George (CA)
3265. Tweeddale, Luke Louis (FL)
3266. Tyser, Alan (TX)

3267. Ullberg, Angelina (CA)
3268. Umstead, Vernon (TX)
3269. Unruh, Gary (CA)
3270. Urban, Christian (TX)
3271. Urban, Martin (TX)
3272. Urie, Brad (CA)
3273. Usher, Jayne & Barron (TX)
3274. Ussery, Jeremy (CA)
3275. Vaello, Helen (TX)
3276. Vajinapalli, Omprakash (TX)
3277. Valade, Elizabeth (VA)
3278. Valdez, Barbara (TX)
3279. Valdez, David (TX)
3280. Valencia, Cuauhtemoc (TX)
3281. Valente, Gerald & Lucille (CA)
3282. Vallot, Freddie and Eula (CA)
3283. Valverde, Feliciano (TX)
3284. Van Ekeren, Jaden (CA)
3285. Van Gils, Marc (TX)
3286. Van Horn, James Bruce (CA)
3287. Van Houten, Roy and Jennifer (VA)
3288. Van Huss, Mark (CO)
3289. Vanhouten, Lee and Hilary Howard (CA)
3290. Vantassel, Ernest (FL)
3291. Vargas, Rudolph D. (CA)
3292. Vasile, Marius (FL)
3293. Vasquez, Christopher (CA)
3294. Vasquez, Edward & Jennifer (TX)
3295. Vaughan, Christopher & Carmen Roman (CA)
3296. Vaughn, Cherrissa (CA)
3297. Vazquez, Orlando (CA)
3298. Vazquez, Rigoberto (CA)
3299. Vega, Felix (FL)
3300. Vega/Marrero, Felix & Seisy Marrero (FL)
3301. Vela, Arturo G. (State Not Provided)
3302. Velasquez, Felmer and Raquel (CA)
3303. Velasquez, Janette (TX)
3304. Velasquez, Marissa (CA)
3305. Vella, Louis (NY)
3306. Ventura, Andrew (VA)
3307. Ventura, John J. and Joandell D. (VA)
3308. Venzon, London (CA)
3309. Vera, Juan (CA)
3310. Verde, Milagros (CA)
3311. Vessello, Jerry and Ivonne Saed (OR)
3312. Via, Bernard (VA)
3313. Vidal, Juan (TX)
3314. Vignolini, Danyelle E. (PA)
3315. Villabona, Adriana (CA)
3316. Villalobos, Carmen & Reynaldo (CA)
3317. Villalobos, Luis (CA)
3318. Villalpando Jr., Reynaldo (TX)
3319. Villanueva, Bernice and Jimmy (TX)
3320. Villareal, Richard A. (TX)
3321. Villarreal, Josue (TX)
3322. Vincent, Theodore A. (TX)
3323. Vinson, Marla (CA)
3324. Vinton, Troy (CA)
3325. Viramontes, Gilbert (CA)
3326. Viscusi, Raymond J. (VA)
3327. Vodonick, Emil J. (CA)
3328. Vogel, Oliver C. (CA)
3329. Voigt, Carl C. and Marci L. (ID)
3330. Voisin, Angie L. (LA)
3331. Volpe, Arturo (TX)
3332. Von Holt, Patrick (GA)
3333. Vondrak, Mark (TX)
3334. Vuong, Linh (CA)
3335. Wade, James L. (CA)
3336. Wager, John D. and Peggy H. (LA)
3337. Wagner, James (TX)
3338. Wagner, Janet (AL)
3339. Wagner, Ron (MT)
3340. Wagner-Diggs, Michael (VA)
3341. Wahlman, Matthew (WA)
3342. Wainio, Steven (CO)
3343. Wakefield, Shelby (TX)
3344. Waldrop, Alice (TX)
3345. Walia, Rohit (CA)
3346. Walker, Arlene (MS)
3347. Walker, Damon (TX)
3348. Walker, Glenn (TX)
3349. Walker, Jean P. and Marie (CA)
3350. Walker, Jennifer (TX)
3351. Walker, Kelly and Brad (TX)
3352. Walker, Lisa (CA)
3353. Walker, Michael (CA)
3354. Walker, Randall (CA)
3355. Walker, Rebecca (VA)
3356. Walker, Tim and Patricia (CA)
3357. Wallace, Kathleen (TX)

3358. Wallach, Gary S. (FL)
3359. Wallach, Daniel (FL)
3360. Walley, Wendy (CA)
3361. Wallis, Lerone and Joanne (TX)
3362. Walls, Sylvester (TX)
3363. Walsh, David Allan (VA)
3364. Walsh, Edward and Tiffany (TX)
3365. Walsh, Michelle (CA)
3366. Walsh, Ronald T. and Sharon K. (CA)
3367. Walters, Jackie L. and Marcheta J. (TX)
3368. Walters, James (TX)
3369. Walters, Thomas (OH)
3370. Walters, William C. and Nancy C. (TX)
3371. Walther, Eric H. (TX)
3372. Walton, Debra (OR)
3373. Ward, Clint (CA)
3374. Ward, George M. (TX)
3375. Ward, Ryan (TX)
3376. Ware, Roya (TX)
3377. Warfield, Ken (CA)
3378. Wargin, Alicja (VA)
3379. Warneka, Ann Christine (PA)
3380. Warneke, Gary (TX)
3381. Warner, Philip (VA)
3382. Warren, Stacie M. (FL)
3383. Warzecha, Chester (TX)
3384. Washington, Anthony Tyrrell (OH)
3385. Wasson, Russell A. (TX)
3386. Watkins, Jessica (CA)
3387. Wavra, Steven (CA)
3388. Wayne, Terry and Melisa N. Alley (VA)
3389. Weatherhead, Les (TX)
3390. Weathersbee, James E. & Jessica L. (WV)
3391. Weaver, Betty R. (AL)
3392. Weaver, Carla (CO)
3393. Webb, Linda J. (CA)
3394. Webster, Cony W. (TX)
3395. Weekes, Douglas (MN)
3396. Weems, Leonard (AL)
3397. Wehrle, Alexander (FL)
3398. Weiland, Gregory (OH)
3399. Weiss, Michael (TX)
3400. Weiss, Michael (FL)
3401. Weiss, Robert (MN)
3402. Welday, Craig and M. Diane Daum (CA)
3403. Wells, Fumiko (CA)

3404. Wells, Kerry A. (CA)
3405. Wells, Seth (CA)
3406. Werk, Mary O'Quinn (CA)
3407. Werner, Todd and Karly (MN)
3408. Wescott, Robert & R. Ann Conner-Wescott (VA)
3409. West, Anita (LA)
3410. West, Michele Sharon (VA)
3411. West, Mildred (TX)
3412. Westbrook, Megan (FL)
3413. Westmoreland, Harland and Juanita (TX)
3414. Wheat, Jack and Camilla (CA)
3415. Wheeler, Connie and Jimmy (TX)
3416. Whinnery, Robert and Barbara (NC)
3417. Whipple, Ken (CA)
3418. Whitaker, Sarah (FL)
3419. White, Frank (FL)
3420. White, Michael (CO)
3421. White, Thomas (TX)
3422. White, Tara and Jeremy (TX)
3423. Whitinger, Angela (MI)
3424. Wiebke, Keith and Kathy (CA)
3425. Wiera, Stefan (TX)
3426. Wiese, James (TX)
3427. Wiggins, Lassiter (TX)
3428. Wilcox, Benjamin Theodore (VA)
3429. Wild, Brian (TX)
3430. Wilder, Charles and Judith (TX)
3431. Wilhite, Verner (MO)
3432. Wilke, Lorraine (CA)
3433. Wilke, Peter (CA)
3434. Wilkerson, Christopher J (NC)
3435. Wilkerson, Jairus Lemar (FL)
3436. Wilkins, James G. (LA)
3437. Wilkins, Lisa Y. Park (VA)
3438. Wilkins, Robert and Amanda (NC)
3439. Wilkinson, Derek & Kayla (LA)
3440. Willet, Samantha (MN)
3441. Williams, Carolyn (CA)
3442. Williams, Charlotte (VA)
3443. Williams, Curtis and Sharon (CO)
3444. Williams, Jerome (TX)
3445. Williams, Karen and Jodell (CA)
3446. Williams, Karen S. (TX)
3447. Williams, Michael C. (PA)
3448. Williams, Stephanie (TX)

3449. Williams, Amy (TX)
3450. Williams, Cynthia (A Medical Professional Corporation) (CA)
3451. Williams, Amy and Jon (TX)
3452. Williams, Cynthia and Jane Gilpin (CA)
3453. Williamson, Aminta (CO)
3454. Williamson, Brenda & Lang (LA)
3455. Willis, Kenneth (WA)
3456. Willis, Sue E. (TX)
3457. Willison, Mark (NV)
3458. Wilson, Angela (MS)
3459. Wilson, Bradley (CA)
3460. Wilson, Duane (TN)
3461. Wilson, Gerald Ed (MI)
3462. Wilson, Jackie (TX)
3463. Wilson, Jeffrey (GA)
3464. Wilson, John and Ykana (TX)
3465. Wilson, Jonathan (CA)
3466. Wilson, Ronald C. and Carmeilla S. Constantino (VA)
3467. Wilson, Silvie (CA)
3468. Wimer, Michael Geoffrey (NC)
3469. Winchester, Joe (VA)
3470. Winfield, Ward (VA)
3471. Wininger, Nathan (WI)
3472. Winkler, Mark (FL)
3473. Winter, James (FL)
3474. Wirth, Timothy (FL)
3475. Wise, Eugene (NV)
3476. Wittenberg, Vern (MN)
3477. Wittersheim, Ty and Enola R. (CA)
3478. Woerner, Matthew (TX)
3479. Wolfberg, Daniel (CA)
3480. Wolff, Robert (TX)
3481. Wong, Irving (CA)
3482. Wong, Stuart (CA)
3483. Wood, Deborah (TX)
3484. Wood, Ray S. and Carol A. (NC)
3485. Wood, Simone (CA)
3486. Wood Hardin, Kathy (NC)
3487. Woodard, Dorrell (TX)
3488. Woodard, Jerry Jr. and Candace (TX)
3489. Woodcock, Larry (MI)
3490. Woodcox, Pamela and Eugene (CA)
3491. Woodford, Terry and Sherri A. Fuller (TX)
3492. Woodhull, Clement (FL)

3493. Woodley, Dianna (CA)
3494. Woodrow, Lucas (CA)
3495. Woods, Jimmy (AR)
3496. Woods, Tammy (VA)
3497. Wooldridge, Jessica A. and Samuel (TX)
3498. Woolridge, Linda Lynn (VA)
3499. Wooten, Deborah (NC)
3500. Wooten, William (TX)
3501. Wormley, Vernon (VA)
3502. Worosilo, Lucas (GA)
3503. Worring, Thomas (CA)
3504. Worthington, Charles and Rebecca (OH)
3505. Wrenn, Vincent (CA)
3506. Wright, Alexander (TX)
3507. Wright, Carrie (NY)
3508. Wright, Ellie and Derrick (OR)
3509. Wright, Gary (CA)
3510. Wright, Margaret Ann & Gerald Glenn Sr (TX)
3511. Wright, Michelle (CA)
3512. Wright, Shane (CA)
3513. Wunsch, Barbara (CA)
3514. Wunscher, Simone (WA)
3515. Wyatt, Elida (TX)
3516. Wynn, Marsha and Dan (TN)
3517. Wyrick, Dee (NC)
3518. Xuan, Meng (CA)
3519. Yanez, Gelasio (TX)
3520. Yarin, Oleg (FL)
3521. Yazdi, Ainollah (CA)
3522. Ybarra, Hector (CA)
3523. Yegazu, Adugnash-Bizu (VA)
3524. Yepez, Maria (CA)
3525. York, John (TX)
3526. Yoshioka, Sherry-Anne (CA)
3527. Young, Billy (TX)
3528. Young, Jazmyn (CA)
3529. Young, Melissa (CA)
3530. Young, Robert (CA)
3531. Younggreen, James and Susan (GA)
3532. Yudiche, Angel (LA)
3533. Yutzy, Emily (SC)
3534. Zachariu, Christine (CA)
3535. Zachos, Ryan A. (TX)
3536. Zadeh, Alicia (FL)
3537. Zader, Jr., Gustave and Diane (FL)

3538.   Zagheri, Reza (CA)
3539.   Zaldivar, Roger (TX)
3540.   Zamira, Douglas (WA)
3541.   Zamora, Trinidad S (TX)
3542.   Zanines, Mark (CA)
3543.   Zapata, Abel A. (CA)
3544.   Zapata, Jessica D. (TX)
3545.   Zaragoza, Samuel and Dianna (TX)
3546.   Zarba, Jeffrey (NY)
3547.   Zarnegar, Hassan and Linda (CA)
3548.   Zatlokwicz, Dennis (CA)
3549.   Zavala, Raul (CA)
3550.   Zavitz, Keith and Meghan (TX)
3551.   Zebrowski, Anthony and Linda Kay (VA)
3552.   Zellmer, Evan (CA)
3553.   Zelonis, Shelby Danielle (VA)
3554.   Zenone/Foster, Paul/Samantha (CA)
3555.   Zens, Richard (WI)
3556.   Zermeno, Daniel (TX)
3557.   Zinke, Sharon (CA)
3558.   Zinsser, Kirk and Tammy (CA)
3559.   Zivkovic, Djuja (GA)
3560.   Zivkovich, Russell M. (NY)
3561.   Zucconi, Claudia (FL)
3562.   Zunich, Jerry (CO)
3563.   Zuniga, Juan and Daisy (TX)
3564.   Zuno, Ramon (CA)
3565.   Zweigle, Jonathan (CA)
3566.   Zykanov, Sarah and Alexander (CA)