JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

JOSHUA H. VAN EATON (WA-39871)
BETHANY ENGEL (MA-660840)
ROBERT D. MULLANEY (Cal. Bar No. 116441)
Trial Attorneys
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6483
Facsimile: (415) 744-6476
Email: robert.mullaney@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*United States v. Volkswagen AG et al.*, No. 16 Civ. 295 (CRB) (JSC) | MDL No. 2672 CRB (JSC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING INVESTMENT OF MITIGATION TRUST PAYMENT**<br><br>The Honorable Charles R. Breyer |

STIPULATION AND [PROPOSED] ORDER REGARDING INVESTMENT OF MITIGATION TRUST PAYMENT
MDL No. 2672 CRB (JSC)

WHEREAS, the Court entered the Partial Consent Decree on October 25, 2016 (Dkt. 2103);

WHEREAS, Paragraph 14 of the Partial Consent Decree requires Settling Defendants to make $2,700,000,000 in Mitigation Trust Payments to a Trust to fund Eligible Mitigation Actions to achieve reductions of NOx emissions in accordance with requirements to be set forth in a Trust Agreement;[1]

WHEREAS, Paragraph 14.a. of the Partial Consent Decree requires Settling Defendants, no later than 30 Days after the Effective Date, to deposit $900,000,000 into a Trust Account ("Initial Deposit");

WHEREAS, a trustee has not been selected pursuant to Paragraph 15 of the Partial Consent Decree, and a Trust Agreement has not been finalized and filed with the Court pursuant to Paragraphs 16 and 17 of the Partial Consent Decree;

WHEREAS, Paragraph 14.d. provides that if any payments required under Paragraph 14 become due before the Trust Account is established, Settling Defendants shall deposit such payments with the Court in accordance with Fed. R. Civ. P. 67;

WHEREAS, the Partial Consent Decree constitutes an Order permitting such deposits pursuant to Paragraph 14.d.;

WHEREAS, Settling Defendants have agreed to deposit the funds for the Initial Deposit with the Clerk of the United States District Court before the selection of the trustee and the establishment of the Trust Account;

WHEREAS, the Court issued an Order on October 27, 2016 (Dkt. 2118), authorizing the Clerk of Court for the Northern District of California to accept an electronic funds transfer payment from the Settling Defendants of the Initial Deposit of $900,000,000, and to hold such funds in the Clerk's Registry, including interest earned thereon, for the Settling Defendants' Initial Deposit of Mitigation Trust Payments;

---

[1] All capitalized terms in this Stipulation have the same definitions as in the Partial Consent Decree (Dkt. 2103-1).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, to jointly request the Court to issue an Order authorizing the following:

(1) the Initial Deposit of $900,000,000 to be paid by Settling Defendants and deposited in the Court Registry Investment System shall be held in a separate account;

(2) the funds shall be invested in treasury securities with a maximum maturity of three months and, at maturity, can be rolled into overnight securities until further Order of this Court.

Dated: November 15, 2016        Respectfully submitted,

For the United States of America
JOHN C. CRUDEN
ASSISTANT ATTORNEY GENERAL

By: /s/ Robert D. Mullaney
Robert D. Mullaney

Joshua H. Van Eaton
josh.van.eaton@usdoj.gov
Bethany Engel
bethany.engel@usdoj.gov
Robert D. Mullaney
Robert.mullaney@usdoj.gov
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6483
Facsimile: (415) 744-6476
Email: robert.mullaney@usdoj.gov

*Coordinating Counsel for the United States*

Dated: November 15, 2016        Respectfully submitted,

KAMALA D. HARRIS
ATTORNEY GENERAL OF CALIFORNIA

By: /s/ Nicklas A. Akers
Nicklas A. Akers

Nicklas.akers@doj.ca.gov
Senior Assistant Attorney General

455 Golden Gate Ave., Suite 11000
San Francisco, CA 94012
Telephone: (415) 703-5505
Facsimile: (415) 703-5480
Email: nicklas.akers@doj.ca.gov

*Attorneys for the People of the State of California*

Dated: November 15, 2016         Respectfully submitted,

By: /s/ William B. Monahan
William B. Monahan

Robert J. Giuffra, Jr.
giuffrar@sullcrom.com
Sharon L. Nelles
nelless@sullcrom.com
William B. Monahan
monahanw@sullcrom.com
John G. McCarthy
mccarthyj@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: monahanw@sullcrom.com

*Co-Liaison Counsel for the Volkswagen Group Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November ___, 2016

_____
CHARLES R. BREYER
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING INVESTMENT OF MITIGATION TRUST PAYMENT
MDL No. 2672 CRB (JSC)

4

# **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated: November 15, 2016              */s/ Robert D. Mullaney*
                                      Robert D. Mullaney