JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

JOSHUA H. VAN EATON (WA-39871)
BETHANY ENGEL (MA-660840)
Trial Attorneys
U.S. Department of Justice
P.O. Box 7611
Washington DC 20044-7611
Telephone: (202) 514-5474
Facsimile: (202) 514-0097
Email: Josh.Van.Eaton@usdoj.gov

*Attorneys for Plaintiff United States of America*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Actions (except securities actions) | MDL No. 2672 CRB (JSC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SUBSTANTIAL COMPLETION OF DOCUMENT PRODUCTION**<br><br>The Honorable Charles R. Breyer |

1   WHEREAS, on February 25, 2016, the Court entered Pretrial Order No. 9 (Dkt. 1252), which, in Paragraph 4.D.ii, requires the parties to endeavor to substantially complete their productions of non-privileged, responsive documents by December 2, 2016;

WHEREAS, Paragraph 4.D.ii of Pretrial Order No. 9 permits the parties to apply (jointly or separately) for an extension of this deadline for good cause shown;

WHEREAS, the parties have made, and continue to make, good faith efforts to produce non-privileged, responsive documents to the other parties;

WHEREAS, the parties believe that an extension of time to substantially complete production of non-privileged, responsive documents is necessary to, among other things, allow the parties time to continue discussing resolution of certain claims in this Action; and

WHEREAS, each party reserves its right to apply to the Court for a further extension or extensions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that the deadline for the parties to endeavor to substantially complete their productions of non-privileged, responsive documents should be continued to March 3, 2017.

Dated:  December 2, 2016            Respectfully submitted,

By:  *s/ Bethany Engel*
Joshua H. Van Eaton
josh.van.eaton@usdoj.gov
Bethany Engel
bethany.engel@usdoj.gov
Environmental Enforcement Section
Environment and Natural Resources Division
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 514-6892
Facsimile:  (202) 616-2427

*Government Coordinating Counsel and Counsel for the United States*

-2-
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR
SUBSTANTIAL COMPLETION OF DOCUMENT PRODUCTION
MDL NO. 2672 CRB (JSC)

Dated:  December 2, 2016                Respectfully submitted,

By:  *s/ Robert J. Giuffra, Jr.*
    Robert J. Giuffra, Jr.
    giuffrar@sullcrom.com
    Sharon L. Nelles
    nelless@sullcrom.com
    William B. Monahan
    monahanw@sullcrom.com
    John G. McCarthy
    mccarthyj@sullcrom.com
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, New York 10004
    Telephone: (212) 558-4000
    Facsimile:(212) 558-3588

*Co-Liaison Counsel for the Volkswagen Group Defendants*

Dated:  December 2, 2016                Respectfully submitted,

By: *s/ Jeffrey L. Chase*
    Jeffrey L. Chase
    jchase@herzfeld-rubin.com
    Michael B. Gallub
    mgallub@herzfeld-rubin.com
    HERZFELD & RUBIN, P.C.
    125 Broad Street
    New York, New York  10004
    Telephone:  (212) 471-8500

*Co-Liaison Counsel for the Volkswagen Group Defendants*

Dated:  December 2, 2016                Respectfully submitted,

By: *s/ Cari K. Dawson*
    Cari K. Dawson
    cari.dawson@alston.com
    ALSTON & BIRD LLP
    One Atlantic Center
    1201 West Peachtree Street
    Atlanta, Georgia  30309
    Telephone:  (404) 881-7766

*Liaison Counsel for the Porsche Defendants*

| | |
|---|---|
| Dated:  December 2, 2016 | Respectfully submitted, |
| | By: *s/ Elizabeth J. Cabraser*<br>Elizabeth J. Cabraser<br>ecabraser@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>*Plaintiffs' Lead Counsel* |
| Dated:  December 2, 2016 | Respectfully submitted, |
| | By: *s/ Jonathan Cohen*<br>Jonathan Cohen<br>jcohen2@ftc.gov<br>Michelle L. Schaeffer<br>mschaefer@ftc.gov<br>Sangjoon "Simon" Han<br>shan@ftc.gov<br>Megan A. Bartley<br>mbartley@ftc.gov<br>FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue NW, CC-9528<br>Washington, DC 20580<br>(202) 326-2551 (Cohen); -3515 (Schaefer); -2880 (Kostner); -2495 (Han); -3424 (Bartley); -3197 (fax)<br><br>*Counsel for Plaintiff Federal Trade Commission* |

-4-

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SUBSTANTIAL COMPLETION OF DOCUMENT PRODUCTION
MDL NO. 2672 CRB (JSC)

| | |
|---|---|
| Dated: December 2, 2016 | Respectfully submitted, |

By:  *s/ Jon F. Worm*
Nicklas A. Akers
Senior Assistant Attorney General
Judith A. Fiorentini
Supervising Deputy Attorney General
Jon F. Worm
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9325
Facsimile: (619) 645-2271
jon.worm@doj.ca.gov

*Attorneys for the People of the State of California*

\*    \*    \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 2 , 2016.        _____
CHARLES R. BREYER
United States District Judge

-5-

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated:  December 2, 2016              *s/ Bethany Engel*
                                       Bethany Engel

-6-

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR
SUBSTANTIAL COMPLETION OF DOCUMENT PRODUCTION
MDL NO. 2672 CRB (JSC)