Corey L. Maze
Admitted *Pro Hac Vice*
Special Deputy Attorney General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 353-4336
Facsimile: (334) 353-8440
Email: cmaze@ago.state.al.us

*Attorney for the State of Alabama*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*State of Alabama v. Volkswagen AG, et al.*, Case No. 3:16-cv-06389 (CRB) | MDL No. 2672 CRB (JSC)<br><br>**NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT**<br><br>Hearing Date: TBD<br>Hearing Time: TBD<br><br>The Honorable Charles R. Breyer |

## NOTICE OF MOTION AND
## MOTION TO REMAND TO STATE COURT

The State of Alabama provides notice that it will, and hereby does, move this Court to enter an order that (1) remands this action back to its originating Alabama state court, *Alabama v. Volkswagen AG, et al,* CV-2016-903390 (Jefferson County), for lack of subject matter jurisdiction, *see* 28 U.S.C. § 1447(c), and (2) requires Defendants pay actual expenses and just costs, including attorneys' fees, incurred as a result of Defendants' improper removal of Alabama's action to federal court.

Pursuant to PTO 22, Alabama (a "non-Section 177" State) will flesh out its argument(s) for remand plus appropriate costs/fees on a briefing schedule to be set by this Court at a later date.

Respectfully Submitted,

LUTHER J. STRANGE
Attorney General of Alabama

By: /s/ Corey L. Maze
COREY L. MAZE
Admitted *Pro Hac Vice*
Special Deputy Attorney General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36117
Telephone: (334) 353-4336
Facsimile: (334) 353-8440
Email: cmaze@ago.state.al.us

*Attorney for the State of Alabama*

Dated: December 6, 2016