## TIME SHEET & LEGAL SERVICES STATEMENT
## GINTARE/TOMAS SAVELSKAS

| DATE | ATTY | HOURLY RATE | DESCRIPTION | TIME | TOTAL |
|---|---|---|---|---|---|
| 03/01/16 | JM | $250.00 | Initial contact with client via telephone re: rights and interests concerning VW clean diesel claim(s) relating to 2012 Jetta TDI and 2013 Jetta TDI; attorney representation and provision of legal services. | 0.5 | $125.00 |
| 03/01/16 | JM | $250.00 | Prepared letter to client enclosing client questionnaire to complete; providing instructions regarding questionnaire; and enclosing representation, and legal services fee agreement for client to execute. | 0.5 | $125.00 |
| 03/07/16 | JM | $250.00 | Reviewed Court's Pretrial Order Nos 9, 10, 11, 12, 13, and 14; reviewed Consolidated Consumer Class Action Complaint filed 2/22/16; reviewed transcript of Initial Case Management Conference held on 2/25/16. | 1.5 | $375.00 |
| 03/11/16 | JM | $250.00 | Received completed questionnaire, and client's executed representation and legal services fee agreement; opened paper client file and electronic client file in ACT; prepared engagement acknowledgement letter to client. | 1.0 | $250.00 |
| 03/24/16 | JM | $250.00 | Attended MDL status conference via telephone | 0.2 | $50.00 |
| 03/25/16 | JM | $250.00 | Reviewed recently filed cases through PACER; prepared class action complaint; reviewed Court's Pretrial Order No 15. | 1.0 | $250.00 |
| 04/18/16 | JM | $250.00 | Reviewed Court's Pretrial Order Nos16, and 17; reviewed recently filed cases through PACER; prepared class action complaint | 1.0 | $250.00 |
| 04/21/16 | JM | $250.00 | Attended MDL status conference via telephone | 0.4 | $100.00 |
| 04/21/16 | JM | $250.00 | Prepared class action complaint;  E-filed complaint in Central District of Illinois on behalf of consumer-class clients | 2.0 | $500.00 |
| 4/21/16 | JM | ---- | Pro rata cost of filing complaint ($400.00) | --- | $11.42 |
| 05/10/16 | JM | $250.00 | Prepared status letter to client | 0.5 | $125.00 |
| 05/24/16 | JM | $250.00 | Attended MDL status conference via telephone | 0.2 | $50.00 |
| 06/30/16 | JM | $250.00 | Attended MDL status conference via telephone | 0.4 | $100.00 |
| 07/01/16 | JM | $250.00 | Prepared and E-filed application for pro hac vice | 0.5 | $125.00 |
| 07/01/16 | JM | $250.00 | Prepared status letter to client regarding MDL litigation | 0.5 | $125.00 |
| 07/07/16 | JM | $250.00 | Prepared and E-filed Declaration of support of preliminary approval of class action settlement for 2.0 TDI Consumers and Resellers | 0.8 | $200.00 |

| Date | Atty | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/26/16 | JM | $250.00 | Attended MDL Preliminary Hearing on Settlement Approval and status conference via telephone | 2.0 | $500.00 |
| 07/27/16 | JM | $250.00 | Telephone conference with PSC-member firm, Grant & Eisenhofer P.A., regarding payment of private attorneys' fees and costs to independent counsel of class members | 0.5 | $125.00 |
| 07/27/16 | JM | $250.00 | Prepared email message to fellow independent counsel for class members, Andrus Anderson, LLP, regarding payment of private attorneys' fees and costs for representation of class members by non-psc counsel. | 0.2 | $50.00 |
| 08/01/16 | JM | $250.00 | Reviewed Court's Amended Order granting preliminary approval of class action settlement for 2.0 TDI consumers and resellers | 0.3 | $75.00 |
| 08/10/16 | JM | $250.00 | Reviewed PSC's filed statement regarding attorneys' fees and costs request | 0.5 | $125.00 |
| 08/25/16 | JM | $250.00 | Attended MDL status conference via telephone | 0.5 | $125.00 |
| 09/06/16 | JM | $250.00 | Prepared e-mail to client re: opt-out deadline | 0.5 | $125.00 |
| 09/13/16 | JM | $250.00 | Attended status conference held by independent counsel for consumers and resellers regarding private attorney fees and costs via telephone | 0.5 | $125.00 |
| 09/19/16 | JM | $250.00 | Prepared and e-filed Objection to final approval of Class Action settlement | 2.0 | $500.00 |
| 10/18/16 | JM | $250.00 | Attended Final Fairness Hearing on approval of Consumer Class Action Settlement status hearing via telephone | 3.0 | $750.00 |
| 10/25/16 | JM | $250.00 | Reviewed Court's Order granting final approval to Consumer Class Action Settlement | 0.3 | $75.00 |
| 11/03/16 | JM | $250.00 | Attended MDL status conference via telephone | 0.2 | $50.00 |
| 11/08/16 | JM | $250.00 | Reviewed PSC-Lead Counsel motion for attorneys' fees and costs | 0.5 | $125.00 |
| 11/10/16 | JM | $250.00 | Prepared status letter to client regarding enrollment procedures through VW online settlement portal | 0.5 | $125.00 |
| 11/29/16 | JM | $250.00 | Prepared and e-Filed Motion for Extension of Time to Respond to Court's Order re: Atty Fees, declaration and proposed order on motion | 1.0 | $250.00 |
|  |  |  |  |  |  |
|  |  |  |  | **23.5** | **$5,886.42** |