1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    IN RE: VOLKSWAGEN "CLEAN DIESEL"          MDL No. 2672 CRB  (JSC)
     MARKETING, SALES PRACTICES, AND
8    PRODUCTS LIABILITY LITIGATION
                                                **ORDER RE: ATTORNEYS' FEE**
9    _____/  **APPLICATIONS AND MOTIONS FOR**
                                                **EXTENSION OF TIME**
10   This Order Relates To:
11   *City of St. Clair Shores*, 15-6167
     *Travalio*, 15-6168
12   *George Leon Family Trust*, 15-6168
     *Charter Twp. of Clinton*, 16-190
13   *Wolfenbarger*, 16-184

14   _____/

15         On November 22, 2016, the Court issued an order requiring that any settlement proceeds

16   relating to the 2.0-liter engine vehicles be paid directly to Class Members notwithstanding any

17   attorneys' liens.  The November 22 Order further directed any attorney seeking to recover fees in

18   accordance with a lien to file a separate fee application for each Class Member represented by

19   November 29, 2016.  (Dkt. No. 2247.)  On December 5, 2016, the Court clarified that the

20   November 22 Order covers any payment to attorneys out of Class Members' settlement proceeds,

21   whether through attorneys' liens, assignments, agreements for funds to be paid first into an

22   attorney trust account, or any other functional equivalent whereby Class Members' recovery under

23   the Settlement is reduced through private attorneys' fees.  (Dkt. No. 2428.)

24         Since the original November 29 deadline for attorneys' fee applications, the Court has

25   received various motions for extension of time to respond to the Court's orders as well as motions

26   for fees and costs.  The Court finds good cause for an extension and ORDERS as follows:

27         (1)      All motions for extension of time filed before the issuance of this order are

28                  GRANTED.  Counsel having moved for such extensions of time shall file any

United States District Court
Northern District of California

attorneys' fee applications in accordance with the November 22 Order by **Friday, January 6, 2017**.  Any application for attorneys' fees and costs filed after this order and by the January 6, 2017 deadline must identify by docket number the previously-filed motion for extension of time pursuant to which the application is being brought.  The Court will not consider any application for fees and costs that fails to identify a corresponding motion for extension of time that has been granted by the Court.

(2)   All applications for attorneys' fees and costs filed before the issuance of this order are considered timely and will be considered at the appropriate time with other received fee applications.

(3)   Aside from any fee applications permitted under (1) above, no further motions for extension of time or applications for attorneys' fees and costs relating to the 2.0-liter engine vehicles settlement will be permitted or considered by the Court.

**IT IS SO ORDERED.**

Dated: December 22, 2016

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California