UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
_____/

This Order Relates To:
ALL ACTIONS (except the securities action)
_____/

MDL No. 2672 CRB  (JSC)

**ORDER RE: MOTIONS TO REMAND BY ANY STATE**

In its Pretrial Order No. 22, the Court previously ordered a stay of all remand motions pending further order of the Court.  (Dkt. No. 1643.)  Prior to the issuance of that order, one State, New Mexico, by and through its Attorney General, had filed a motion to remand.  (Dkt. No. 1633.)  After the order, various States—New York, Pennsylvania, Massachusetts, Maryland, Vermont, Oklahoma, Tennessee, New Hampshire, Alabama, Ohio, and Missouri—by and through their respective Attorneys General filed notices and motions indicating that they also intend to move to remand their cases back to their respective State courts.  (Dkt. Nos. 1995, 1996, 2001, 2002, 2156, 2242, 2267, 2443, 2445, 2599, 2627.)  As to these and any other State remand motions brought by the Attorney General of their respective State, the Court ORDERS as follows:

The stay is lifted as to any State remand motions brought by State Attorneys General, including those identified above.  The opening briefs shall be filed on or before January 31, 2017.  Absent further order from the Court, the briefing and hearing schedule shall be set in accordance with Civil Local Rules 7-2 and 7-3.  This order does not affect the stay as to any other remand motions as set forth in Pretrial Order No. 22.

**IT IS SO ORDERED.**

Dated: January 5, 2016

CHARLES R. BREYER
United States District Judge