**O'CONNOR & MIKHOV LLP**
Mark O'Connor (SBN 157680)
Steve Mikhov (SBN 224676)
Alastair F. Hamblin (SBN 282044)
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff,
CHRISTEL MARCUS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>*Christel Marcus v. Volkswagen Group of America, Inc., et al.*, **Case No. ED CV 16-5307-DOC (SPx) (C.D. Cal. 2016)** | Case No.: 3:15-md-02672-CRB<br><br>(Removed from Superior Court of California, County of Santa Clara, Case No. 16cv298538)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA AND AWARD OF COSTS AND EXPENSES RESULTING FROM REMOVAL**<br><br>*Assigned for All Purposes to the Honorable* **Charles R. Breyer**<br><br>Action Filed: August 15, 2016<br>Trial Date: Not Set |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Christel Marcus hereby moves this Honorable Court for an order remanding the instant action to the Superior Court of California, County of Santa Clara, and awarding Plaintiff costs and expenses incurred as a result of removal, to be heard at a date and time determined by the Court, in the United States District Court for the Northern District of California, Courtroom 6, before the Honorable Judge Charles R. Breyer. The Court is located at 450 Golden Gate Ave., San Francisco CA 94102.

Pursuant to the Court's Pre-Trial Order No. 22, Plaintiff will set forth the points and authorities in support of this motion pursuant to the briefing schedule for motions to remand, to be set by the Court. Moreover, Plaintiff respectfully requests that this Court set a schedule for briefing motions to remand now that the date of the final hearing has passed.

This motion is brought pursuant to 28 U.S.C. §§ 1446(c), 1447(c) and other relevant federal law. The factual basis for this motion is that Defendant FCA US, LLC's removal from state court was defective and improper because Defendant failed to properly establish federal subject matter jurisdiction. Neither a federal question nor diversity jurisdiction exist on the face of Plaintiff's well pleaded complaint. Further, Defendant was aware that there was no basis for federal subject matter jurisdiction at the time of removal. As such, Plaintiff is also entitled to an award of costs and expenses pursuant to 28 U.S.C. § 1447(c). Based thereon, Plaintiff requests that the Court award them costs and expenses, including attorney's fees incurred as a result of the removal.

///
///
///

This motion is based upon this Notice of Motion, and the Memorandum of Points and Authorities and supporting documents to be filed pursuant to the court's briefing schedule, the Court's file in this matter and upon all evidence and arguments that may be presented at the hearing on this matter.

Dated: January 12, 2017                  **O'CONNOR & MIKHOV LLP**

/s/ Alastair F. Hamblin
Mark O'Connor (SBN 157680)
Steve Mikhov (SBN 224676)
Alastair F. Hamblin (SBN 282044)
Attorneys for Plaintiff,
CHRISTEL MARCUS