UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CONSUMER AND RESELLER ACTIONS | No. 3:15-md-02672-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS ON MOTION FOR PRELIMINARY APPROVAL OF BOSCH CLASS ACTION SETTLEMENT AGREEMENT**<br><br>The Honorable Charles R. Breyer |

Before the Court is Plaintiffs' Unopposed Administrative Motion for Leave to Exceed Page Limitations on Plaintiffs' Motion and Memorandum of Points and Authorities in Support for Preliminary Approval of the Bosch Class Action Settlement Agreement (the "Motion"). The Motion is **GRANTED** for the reasons stated therein, and Plaintiffs are granted leave to file a Motion and Memorandum of Points and Authorities in Support for Preliminary Approval of the Bosch Class Action Settlement Agreement not to exceed 50 pages.

1336635.1                                          -1-

1 | **IT IS SO ORDERED.**

Dated: January 30, 2017

_____
CHARLES R. BREYER
United States District Judge

1336635.1      - 2 -