Matthew D. Slater (pro hac vice)
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
mslater@cgsh.com

David L. Anderson (SBN 149604)
555 California Street
San Francisco, CA 94104
(415)772 -1200 (Phone)
(415) 772 -7400  (Facsimile)
dlanderson@sidley.com

*Counsel for Defendants*
*Robert Bosch GmbH*
*Robert Bosch LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL DOCKET NO. 2672 CRB (JSC) |
| This Document Relates to:<br>ALL VOLKSWAGEN-BRANDED FRANCHISE DEALER ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING MOTION OF DEFENDANTS ROBERT BOSCH GMBH AND ROBERT BOSCH LLC FOR RELIEF UNDER PRETRIAL ORDER NO. 12**<br><br>The Honorable Charles R. Breyer |

In accordance with Civil Local Rule 6-2 and 7-12, Defendants Robert Bosch GmbH and Robert Bosch LLC (the "Bosch Defendants") and Hagens Berman Sobol Shapiro LLP ("plaintiffs' counsel") (collectively, the "Parties"), through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, on February 3, 2017, the Bosch Defendants filed a Motion for Relief Under Pretrial Order No. 12 against Hagens Berman Sobol Shapiro LLP (the "Motion") (ECF No. 2861);

WHEREAS, plaintiffs' counsel filed their response to the Motion on February 17, and the Motion is currently docketed for hearing on March 17, 2017;

WHEREAS, the court in *In re Mercedes-Benz Emissions Litigation*, No. 2:16-cv-881-JLL-JAD (D.N.J.) ("*Mercedes-Benz*") has effectively stayed further proceedings in that case until the Motion is resolved;

WHEREAS, the Parties hope to obviate the need for further briefing, hearing, and decision of the Motion through the steps contemplated by this Stipulation;

WHEREAS, plaintiffs' counsel desires to advance *Mercedes-Benz*, and the Parties agree that it would be in the interests of judicial economy to suspend the Motion pending completion of the steps contemplated by this Stipulation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, through their respective counsel of record, that, subject to the Court's approval:

1. Plaintiffs' counsel shall amend the current complaints in *Chavez v. FCA US LLC*, No. 3:16-CV-6909-EMC (N.D. Cal.), *In re Mercedes-Benz Emissions Litigation*, No. 2:16-cv-881-JLL-JAD (D.N.J.), and *Carpenter v. FCA US LLC*, No. 5:17-cv-288-EMC (N.D. Cal.), consistently with paragraph 3 of this Stipulation.

2. If written consent or Court approval is necessary for plaintiffs' counsel to amend their current complaints in the *Chavez*, *Mercedes-Benz*, and *Carpenter* actions, any Bosch Defendant that has been served in such action (a) shall provide written consent to allow amendment of the complaint under Fed. R. Civ. P. 15(a)(2), and (b) if such written consent is withheld by non-Bosch defendants in any such actions, then shall state in writing that it has no objection to a

motion filed by plaintiffs' counsel for leave to amend the current complaint in the respective action.

3. In any amended complaints plaintiffs' counsel file in the *Chavez*, *In re Mercedes-Benz*, and *Carpenter* actions, plaintiffs' counsel and all those acting in concert with them shall excise all references to documents that were produced as Confidential or Highly Confidential under the Protective Order and remain subject to the Protective Order's prohibition against use outside of the MDL, and shall also excise all factual allegations derived therefrom, including all citations to, quotations from, reliance upon, or characterization of such documents and any other information from this MDL that remain subject to the Protective Order's prohibition against use outside of the MDL.

4. Further proceedings on the Motion, including further briefing and hearing, shall be suspended pending completion of the steps contemplated by paragraphs 1-3 of this Stipulation.

5. Following implementation of the steps contemplated by this Stipulation, the Parties shall file a further stipulation apprising the Court that the Motion has become moot.  If within 30 days of this Stipulation the Parties are unable to reach agreement that the Motion has become moot, either party may seek further relief from the Court, whether in the form of relief under the Motion or the Protective Order, dismissal of the Motion as moot, or otherwise.

6. If the Motion is dismissed as moot, (a) the Parties shall bear their own costs of the Motion and compliance with the Stipulation, and (b) such dismissal shall be without prejudice to the right of the Bosch Defendants to seek in the future to enforce the terms of the Protective Order.

7. Capitalized terms not otherwise defined in this Stipulation shall have the meanings given in the Motion.

8. This Stipulation is not and shall not be construed as an admission of wrongdoing by any party, nor as a waiver of any of the above-named Parties' jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved.

1    IT IS SO STIPULATED.

2    Dated: February 21, 2017

3                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

4                                        By: */s/ Matthew D. Slater*
                                              Matthew D. Slater (pro hac vice)
5                                             2000 Pennsylvania Ave., NW
                                              Washington, DC 20006
6                                             (202) 974-1500 (Phone)
                                              (202) 974-1999 (Facsimile)
7                                             mslater@cgsh.com

8                                             David L. Anderson (SBN 149604)
                                              555 California Street
9                                             San Francisco, CA 94104
                                              (415)772-1200 (Phone)
10                                            (415) 772-7400  (Facsimile)
                                              dlanderson@sidley.com
11
                                              *Counsel for Defendants*
12                                            *Robert Bosch GmbH*
                                              *Robert Bosch LLC*
13

14                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                         By: */s/ Steve W. Berman* (with permission)
15                                            Steve W. Berman (pro hac vice)
                                              Thomas E. Loeser (SBN 202724)
16                                            1918 Eighth Avenue, Suite #3300
                                              Seattle, WA 98101
17                                            (206) 623-7292 (Phone)
                                              (206) 623-0594 (Facsimile)
18                                            steve@hbsslaw.com
                                              toml@hbsslaw.com
19
                                              *Counsel for Plaintiffs*
20                                            *Napleton Orlando Imports, LLC*
                                              *Napleton Sanford Imports, LLC*
21
                                              *Napleton Automotive of Urbana, LLC*
22                                            *J. Bertolet, Inc.*

23                                                   *    *    *

24   PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

25

26   Dated: February 22, 2017                    _____

27                                               Honorable Charles R. Breyer
                                                 UNITED STATES DISTRICT JUDGE
28
                                                 3
     STIPULATION AND [PROPOSED] ORDER REGARDING MOTION OF DEFENDANTS ROBERT BOSCH GMBH
                AND ROBERT BOSCH LLC FOR RELIEF UNDER PRETRIAL ORDER NO. 12
                              MDL DOCKET NO. 2672 CRB (JSC)