Due Upon Receipt

**John & Andrea Colvin Donich**
**2120 Wyandotte #17**
**Kansas City, MO   64108**

Statement Date: January 16, 2017
Statement No. 468762
Account No. 781.001

**Attn:**  **Andrea Colvin & John Donich/Am Arbitration Case**

Interim Statement

*Professional Services Through*

| Date | | Hours | | |
|---|---|---|---|---|
| 05/18/2016 | | 0.50 | 112.50 | 2 |
| 05/20/2016 | | 1.20 | 144.00 | 1 |
| 05/23/2016 | | 0.40 | 48.00 | 4 |
| 05/27/2016 | | 0.60 | 135.00 | 3 |
| 05/31/2016 | | 0.20 | 24.00 | 5 |
| 06/02/2016 | | 3.70 | 832.50 | 6 |
| 06/10/2016 | | 1.80 | 405.00 | 7 |
| 06/12/2016 | | 2.00 | 450.00 | 8 |
| 06/13/2016 | | 0.20 | 45.00 | 9 |
| 06/23/2016 | | 1.40 | 315.00 | 10 |

John & Andrea Colvin Donich  
Andrea Colvin & John Donich/Am Arbitration Case

Page: 2  
Statement Date: 01/16/2017  
Statement No. 468762  
Account No. 781.001

| Date | Hours | Amount | # |
|---|---|---|---|
| 06/24/2016 | 0.50 | 112.50 | 11 |
| 07/06/2016 | 2.70 | 607.50 | 12 |
| 07/12/2016 | 0.50 | 112.50 | 13 |
| 07/14/2016 | 0.20 | 45.00 | 14 |
| 07/19/2016 | 0.30 | 67.50 | 15 |
| 08/15/2016 | 1.60 | 360.00 | 16 |
| 08/17/2016 | 0.40 | 90.00 | 17 |
| 08/25/2016 | 1.00 | 225.00 | 18 |
| 09/06/2016 | 3.70 | 832.50 | 20 |
| 09/08/2016 | 1.10 | 319.00 | 19 |
|  | 2.20 | 495.00 | 21 |
|  | 1.20 | 270.00 | 22 |
|  | 1.70 | 382.50 | 23 |
| 09/09/2016 | 1.40 | 315.00 | 24 |
| 09/12/2016 | 2.80 | 630.00 | 25 |
|  | 1.00 | 225.00 | 26 |
| 09/13/2016 | 3.00 | 675.00 | 27 |

John & Andrea Colvin Donich  
Andrea Colvin & John Donich/Am Arbitration Case

Page: 3  
Statement Date: 01/16/2017  
Statement No. 468762  
Account No. 781.001

| Date | Hours | Amount | # |
|---|---|---|---|
| | 3.20 | 720.00 | 28 |
| 09/14/2016 | | | |
| | 5.90 | 1,327.50 | 29 |
| 09/15/2016 | 3.70 | 832.50 | 30 |
| 09/16/2016 | 6.30 | 1,417.50 | 31 |
| | 2.00 | 450.00 | 35 |
| 09/19/2016 | | | |
| | 0.20 | 24.00 | 34 |
| 09/20/2016 | 6.50 | 1,462.50 | 32 |
| 09/21/2016 | | | |
| | 10.00 | 2,250.00 | 33 |
| 09/22/2016 | | | |
| | 0.20 | 55.00 | 37 |
| 09/23/2016 | | | |
| | 2.00 | 450.00 | 36 |
| | 1.00 | 275.00 | 38 |
| 10/04/2016 | | | |
| | 0.50 | 112.50 | 39 |
| | | | 40 |
| 10/06/2016 | | | |
| | 0.40 | 90.00 | 41 |
| 10/10/2016 | 0.50 | 112.50 | 44 |
| 10/11/2016 | | | |
| | 1.00 | 225.00 | 45 |

Page: 4

John & Andrea Colvin Donich  
Andrea Colvin & John Donich/Am Arbitration Case

Statement Date: 01/16/2017  
Statement No. 468762  
Account No. 781.001

|  |  | Hours |  |  |
|---|---|---|---|---|
|  |  | 1.20 | 270.00 | 46 |
|  |  | 1.90 | 427.50 | 47 |
| 10/12/2016 |  |  |  |  |
|  |  | 1.50 | 180.00 | 42 |
|  |  | 2.50 | 562.50 | 48 |
| 10/13/2016 |  |  |  |  |
|  |  | 1.20 | 144.00 | 43 |
|  |  | 5.70 | 1,282.50 | 49 |
| 11/28/2016 |  | 0.40 | 90.00 | 50 |
| **For Current Services Rendered** |  | 95.10 | 21,035.50 |  |

### Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
|  | 88.10 | $225.00 | $19,822.50 |
|  | 1.20 | 275.00 | 330.00 |
|  | 1.10 | 290.00 | 319.00 |
|  | 4.70 | 120.00 | 564.00 |

**Expenses Through**

| Date | Description | Amount | # |
|---|---|---|---|
| 09/22/2016 | Copying | 6.00 | 1 |
| 09/22/2016 | Copying | 143.80 | 2 |
| 09/22/2016 | Copying | 0.40 | 3 |
| 09/22/2016 | Copying | 3.60 | 4 |
| 09/22/2016 | Copying | 6.60 | 5 |
| 09/22/2016 | Copying | 6.20 | 6 |
| 09/22/2016 | Copying | 15.60 | 7 |
| 09/22/2016 | Copying | 0.20 | 8 |
| 10/10/2016 | Copying | 10.20 | 9 |
| 10/10/2016 |  | 19.50 | 17 |
| 10/13/2016 | Copying | 0.60 | 10 |
| 10/13/2016 | Copying | 0.40 | 11 |
| 10/13/2016 | Copying | 0.40 | 12 |
| 10/13/2016 | Copying | 0.40 | 13 |
| 10/13/2016 | Copying | 0.80 | 14 |
| 10/13/2016 | Copying | 0.20 | 15 |
| 10/14/2016 | UPS Overnight Delivery - Invoice # 117R6F426 on 10/13/16 to United States District Court | 21.19 | 16 |
| 12/30/2016 | Postage | 0.89 | 18 |
|  | **Total Expenses** | 236.98 |  |

Page: 5
Statement Date: 01/16/2017
Statement No. 468762
Account No. 781.001

John & Andrea Colvin Donich
Andrea Colvin & John Donich/Am Arbitration Case

| | |
|---|---:|
| ***Total Current Work*** | 21,272.48 |
| ***Balance Due*** | $21,272.48 |

Due Upon Receipt

Page: 1

**MDL**  
**C/O Levy Craig Law Firm**  
**1301 Oak Street**  
**Kansas City, MO   64106**

Statement Date: January 16, 2017  
Statement No. 468762  
Account No. 1595.001

**Attn:   Shane C. Mecham**                                                                                                       **VW Litigation**

Interim Statement

For Billing Purposes

*Professional Services Through*



| Date | | Hours | | |
|---|---|---|---|---|
| 01/11/2016 | | 1.00 | 275.00 | 10 |
| 01/12/2016 | | 1.00 | 120.00 | 1 |
| | | 0.30 | 82.50 | 8 |
| 01/13/2016 | | 0.50 | 60.00 | 2 |
| | | 1.00 | 120.00 | 3 |

MDL  
VW Litigation

Page: 2  
Statement Date: 01/16/2017  
Statement No. 468762  
Account No. 1595.001

| Date | | Hours | | |
|---|---|---|---|---|
| | | 0.20 | 55.00 | 7 |
| 01/14/2016 | | | | |
| | | 0.10 | 12.00 | 4 |
| | | 0.20 | 55.00 | 6 |
| 01/15/2016 | | | | |
| | | 0.10 | 12.00 | 5 |
| 01/18/2016 | | | | |
| | | 0.50 | 60.00 | 9 |
| 01/19/2016 | | | | |
| | | 0.10 | 12.00 | 11 |
| | | 0.20 | 55.00 | 12 |
| 01/20/2016 | | | | |
| | | 1.20 | 144.00 | 13 |
| | | 0.50 | 137.50 | 19 |
| 01/21/2016 | | | | |
| | | 0.30 | 36.00 | 14 |
| | | 0.40 | 48.00 | 15 |
| | | 0.20 | 24.00 | 16 |
| | | 0.40 | 48.00 | 17 |
| | | 2.00 | 550.00 | 18 |
| 01/26/2016 | | 0.20 | 55.00 | 31 |
| 01/27/2016 | | | | |
| | | 0.50 | 60.00 | 20 |

MDL  
VW Litigation

Page: 3  
Statement Date: 01/16/2017  
Statement No. 468762  
Account No. 1595.001

| Date | | Hours | | |
|---|---|---|---|---|
| | | 0.20 | 24.00 | 21 |
| | | 2.10 | 252.00 | 22 |
| | | 0.40 | 48.00 | 23 |
| | | 0.10 | 12.00 | 24 |
| | | 0.20 | 24.00 | 25 |
| | | 0.50 | 137.50 | 30 |
| 01/28/2016 | | | | |
| | | 0.40 | 110.00 | 28 |
| 01/29/2016 | | | | |
| | | 0.40 | 48.00 | 26 |
| | | 0.60 | 72.00 | 27 |
| | | 0.20 | 55.00 | 29 |
| 01/30/2016 | | | | |
| | | 0.10 | 27.50 | 32 |
| 02/01/2016 | | | | |
| | | 1.20 | 144.00 | 36 |
| | | 0.30 | 82.50 | 39 |
| 02/02/2016 | | | | |
| | | 0.40 | 48.00 | 37 |
| 02/03/2016 | | | | |
| | | 0.60 | 72.00 | 33 |
| 02/05/2016 | | | | |

MDL  
VW Litigation  
Page: 4  
Statement Date: 01/16/2017  
Statement No. 468762  
Account No. 1595.001

| Date | | Hours | | |
|---|---|---|---|---|
| | | 0.30 | 36.00 | 34 |
| | | 0.40 | 48.00 | 35 |
| 02/06/2016 | | | | |
| | | 0.30 | 36.00 | 38 |
| 02/08/2016 | | | | |
| | | 0.10 | 12.00 | 40 |
| 02/11/2016 | | | | |
| | | 0.50 | 60.00 | 41 |
| | | 0.30 | 36.00 | 42 |
| 02/17/2016 | | | | |
| | | 0.10 | 12.00 | 43 |
| 02/18/2016 | | | | |
| | | 0.30 | 82.50 | 49 |
| 02/19/2016 | | | | |
| | | 0.10 | 12.00 | 44 |
| | | 0.20 | 24.00 | 45 |
| | | 0.20 | 24.00 | 46 |
| | | 0.10 | 12.00 | 47 |
| | | 0.20 | 24.00 | 48 |
| 02/24/2016 | | | | |
| | | 0.10 | 12.00 | 50 |
| | | 0.10 | 12.00 | 51 |

|            |        | Hours |        |    |
|------------|--------|-------|--------|----|
|            |        | 0.40  | 48.00  | 52 |
|            |        | 0.50  | 60.00  | 53 |
| 02/25/2016 |        | 0.20  | 24.00  | 54 |
|            |        | 1.50  | 412.50 | 56 |
| 02/26/2016 |        | 0.20  | 55.00  | 55 |
| 03/01/2016 |        |       |        |    |
|            |        | 0.70  | 84.00  | 57 |
| 03/07/2016 |        | 0.40  | 110.00 | 58 |
| 03/08/2016 |        | 0.10  | 27.50  | 59 |
| 03/15/2016 |        |       |        |    |
|            |        | 1.40  | 168.00 | 60 |
|            |        | 1.40  | 168.00 | 61 |

MDL  
VW Litigation

Page: 6  
Statement Date: 01/16/2017  
Statement No. 468762  
Account No. 1595.001

*Hours*

| | | |
|---:|---:|---:|
| 0.80 | 96.00 | 62 |
| 1.80 | 216.00 | 63 |
| 0.30 | 36.00 | 64 |
| 0.90 | 108.00 | 65 |
| 0.30 | 36.00 | 66 |
| 0.50 | 60.00 | 67 |
| 0.30 | 82.50 | 68 |

03/21/2016

| | | |
|---:|---:|---:|
| 0.80 | 96.00 | 69 |

03/24/2016

MDL  
VW Litigation

Page: 7  
Statement Date: 01/16/2017  
Statement No. 468762  
Account No. 1595.001

| Date | Hours | Amount | # |
|---|---|---|---|
| | 0.20 | 24.00 | 70 |
| | 0.20 | 24.00 | 74 |
| | 2.40 | 288.00 | 75 |
| | 1.70 | 467.50 | 76 |
| 03/25/2016 | | | |
| | 0.20 | 24.00 | 71 |
| | 0.20 | 24.00 | 72 |
| | 0.20 | 24.00 | 73 |
| 03/29/2016 | | | |
| | 0.40 | 110.00 | 77 |
| 03/30/2016 | | | |
| | 0.20 | 24.00 | 78 |
| 03/31/2016 | | | |
| | 0.30 | 36.00 | 79 |
| | 0.20 | 24.00 | 80 |
| 04/01/2016 | | | |
| | 0.20 | 24.00 | 81 |
| 04/05/2016 | | | |
| | 0.30 | 82.50 | 82 |
| 04/07/2016 | | | |
| | 0.20 | 24.00 | 85 |
| | 0.20 | 55.00 | 86 |
| 04/08/2016 | | | |
| | 0.60 | 72.00 | 83 |

MDL  
VW Litigation

Page: 8  
Statement Date: 01/16/2017  
Statement No. 468762  
Account No. 1595.001

| Date | | Hours | | |
|---|---|---|---|---|
| | | 0.40 | 48.00 | 84 |
| 04/11/2016 | | | | |
| | | 0.20 | 24.00 | 87 |
| | | 0.20 | 24.00 | 88 |
| | | 0.20 | 24.00 | 89 |
| 04/15/2016 | | | | |
| | | 0.40 | 48.00 | 92 |
| 04/18/2016 | | | | |
| | | 0.60 | 72.00 | 100 |
| 04/20/2016 | | 0.30 | 85.50 | 90 |
| | | 0.20 | 55.00 | 96 |
| | | 0.40 | 48.00 | 99 |
| 04/21/2016 | | | | |
| | | 2.00 | 570.00 | 91 |
| | | 0.40 | 110.00 | 95 |
| | | 0.40 | 48.00 | 98 |
| 04/22/2016 | | | | |
| | | 0.20 | 55.00 | 94 |
| | | 0.20 | 24.00 | 97 |
| 04/23/2016 | | | | |
| | | 0.40 | 110.00 | 93 |
| 04/25/2016 | | | | |
| | | 0.40 | 48.00 | 102 |
| | | 0.50 | n/c | 103 |
| 04/26/2016 | | 0.40 | 114.00 | 101 |
| | | 0.50 | 137.50 | 104 |
| 05/02/2016 | | | | |
| | | 0.10 | 12.00 | 105 |

MDL  
VW Litigation

Page: 9  
Statement Date: 01/16/2017  
Statement No. 468762  
Account No. 1595.001

| Date | | Hours | | |
|---|---|---|---|---|
| 05/04/2016 | | | | |
| | | 0.30 | 36.00 | 106 |
| | | 0.30 | 36.00 | 107 |
| 05/05/2016 | | | | |
| | | 0.30 | 36.00 | 108 |
| 05/09/2016 | | | | |
| | | 0.20 | 55.00 | 109 |
| | | 0.50 | 60.00 | 110 |
| 05/16/2016 | | | | |
| | | 0.50 | 60.00 | 112 |
| 05/19/2016 | | | | |
| | | 0.30 | 82.50 | 111 |
| 05/23/2016 | | | | |
| | | 0.30 | 36.00 | 114 |
| | | 0.30 | 36.00 | 115 |
| 05/24/2016 | | | | |
| | | 1.00 | 275.00 | 113 |
| 05/31/2016 | | | | |
| | | 0.20 | 24.00 | 116 |
| 06/01/2016 | | | | |
| | | 0.20 | 24.00 | 117 |
| 06/10/2016 | | | | |
| | | 0.30 | 36.00 | 118 |
| 06/14/2016 | | | | |
| | | 0.20 | 55.00 | 119 |
| 06/20/2016 | | | | |
| | | 0.20 | 55.00 | 120 |
| | | 0.30 | 36.00 | 122 |
| 06/23/2016 | | | | |
| | | 0.30 | 82.50 | 121 |
| 06/24/2016 | | | | |
| | | 0.30 | 36.00 | 123 |
| 06/28/2016 | | | | |

MDL  
VW Litigation  
Page: 10  
Statement Date: 01/16/2017  
Statement No. 468762  
Account No. 1595.001

| Date | | Hours | | |
|---|---|---|---|---|
| | | 0.50 | 137.50 | 124 |
| 06/29/2016 | | | | |
| | | 0.20 | 55.00 | 125 |
| | | 0.10 | 12.00 | 127 |
| 06/30/2016 | | | | |
| | | 0.70 | 192.50 | 126 |
| 07/05/2016 | | | | |
| | | 0.20 | 55.00 | 128 |
| | | 1.00 | 225.00 | 130 |
| 07/06/2016 | | | | |
| | | 0.20 | 55.00 | 129 |
| | | 0.40 | 90.00 | 131 |
| 07/14/2016 | | 0.30 | 67.50 | 132 |
| 07/26/2016 | | | | |
| | | 0.20 | 57.00 | 133 |
| | | 2.00 | 550.00 | 134 |
| | | 0.50 | 60.00 | 136 |
| 07/27/2016 | | | | |
| | | 0.20 | 55.00 | 135 |
| 08/16/2016 | | | | |
| | | 0.20 | 55.00 | 137 |
| 08/17/2016 | | | | |
| | | 0.20 | 55.00 | 138 |
| 08/25/2016 | | 0.60 | 165.00 | 139 |
| 09/06/2016 | | | | |
| | | 0.30 | 36.00 | 140 |
| 09/22/2016 | | 0.30 | 82.50 | 141 |
| | | 0.70 | 84.00 | 143 |

MDL  
VW Litigation  
Page: 11  
Statement Date: 01/16/2017  
Statement No. 468762  
Account No. 1595.001

| Date | | Hours | | |
|---|---|---|---|---|
| 09/23/2016 | | | | |
| | | 1.30 | 357.50 | 142 |
| | | 0.20 | 55.00 | 145 |
| 09/26/2016 | | | | |
| | | 0.30 | 82.50 | 144 |
| | | 1.20 | 270.00 | 146 |
| 10/13/2016 | | 0.20 | 24.00 | 147 |
| | | 0.30 | 82.50 | 159 |
| 10/17/2016 | | 0.10 | 27.50 | 149 |
| 10/18/2016 | | | | |
| | | 0.50 | 137.50 | 148 |
| 10/24/2016 | | 0.10 | 27.50 | 152 |
| 10/26/2016 | | | | |
| | | 1.20 | 270.00 | 150 |
| | | 0.30 | 82.50 | 151 |
| 10/28/2016 | | 0.50 | 112.50 | 153 |
| 11/02/2016 | | 0.60 | 135.00 | 155 |
| | | 1.00 | 275.00 | 158 |
| 11/03/2016 | | 0.50 | 112.50 | 156 |
| 11/04/2016 | | | | |
| | | 0.20 | 55.00 | 154 |
| | | 0.70 | 157.50 | 157 |
| 11/08/2016 | | | | |
| | | 0.30 | 82.50 | 160 |
| 12/16/2016 | | | | |
| | | 1.20 | 270.00 | 161 |

Page: 12
Statement Date: 01/16/2017
MDL
Statement No. 468762
VW Litigation
Account No. 1595.001

|  | Hours |  |  |
|---|---|---|---|
|  | 0.20 | 55.00 | 162 |

12/22/2016

|  | 0.30 | 82.50 | 163 |
|---|---|---|---|

01/04/2017

|  | 0.30 | 82.50 | 164 |
|---|---|---|---|
|  | 0.50 | 112.50 | 165 |

**For Current Services Rendered**     76.80    14,590.50

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
|  | 8.10 | $225.00 | $1,822.50 |
|  | 26.10 | 275.00 | 7,177.50 |
|  | 34.00 | 120.00 | 4,080.00 |
|  | 2.90 | 285.00 | 826.50 |
|  | 5.70 | 120.00 | 684.00 |

**Expenses Through**

| 01/28/2016 | Hearing by Phone with California Northern District on 1/21/16 | 79.00 | 1 |
|---|---|---|---|
| 04/01/2016 | Court Hearing Conference- Court Call on 3/24/16 | 30.00 | 2 |
| 04/28/2016 | Court Hearing Conference- Court Call on 4/21/16 | 30.00 | 3 |
| 05/31/2016 | CourtCall-Conference Call on 5/31/16 | 30.00 | 4 |
| 07/08/2016 | CourtCall-Conference Call on 7/7/16 | 30.00 | 5 |
| 08/02/2016 | Court Call on 8/1/16 | 72.00 | 6 |
| 09/02/2016 | Miscellaneous Advance - CourtCall on 9/1/16 | 30.00 | 7 |
| 10/21/2016 | Court Conference Call - CourtCall on 10/18/16 | 37.00 | 8 |
| 11/11/2016 | Court Conference Call- Court Call on 11/03/16 | 30.00 | 9 |

**Total Expenses**     368.00

**Total Current Work**     14,958.50

**Balance Due**     $14,958.50