UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____/ This Order Relates To: Dkt. No. 3040 _____/ | MDL No. 2672 CRB  (JSC) **ORDER RE: TIME TO FILE RESPONSE AND REPLY TO PLAINTIFF J. BERTOLET, INC.'S APPLICATION FOR ATTORNEYS' FEES** |

Class Counsel for the Franchise Dealer Class has submitted an application for attorneys' fees relating to work performed for the Franchise Dealer Settlement. (*See* Dkt. No. 2886.) By Court order, the deadline for Volkswagen's response to the fee application was extended to March 16, 2017. (*See* Dkt. No. 2972.) The parties, by stipulation, seek to further extend the briefing schedule on Class Counsel's fee application pending resolution of subpoenas for time records related to co-Lead Counsel Hagens Berman's work in this MDL. (*See* Dkt. No. 3040.) The subpoenas appear to be related to the "hybrid time" Hagens Berman spent performing work attributable to both the 2.0-liter and franchise dealer settlements. Because the Court will address such "hybrid time" in its order on Class Counsel's fee application relating to the 2.0-liter settlement, only a short extension of the briefing schedule here is appropriate. Accordingly, the Court ORDERS as follows: (1) Volkswagen's response to Class Counsel's fee application is due on or before March 20, 2017; and (2) Class Counsel's reply is due on or before March 23, 2017.

**IT IS SO ORDERED.**

Dated: March 16, 2017

CHARLES R. BREYER
United States District Judge