UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CONSUMER AND RESELLER ACTIONS | No. 3:15-md-02672-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS ON MOTION FOR FINAL APPROVAL OF 3.0-LITER TDI CONSUMER AND RESELLER CLASS ACTION SETTLEMENT**<br><br>The Honorable Charles R. Breyer |

Before the Court is Plaintiffs' Unopposed Administrative Motion for Leave to Exceed Page Limitations on Plaintiffs' Motion and Memorandum of Points and Authorities in Support of Final Approval of the 3.0-Liter TDI Consumer and Reseller Class Action Settlement (the "Motion"). The Motion is **GRANTED** for the reasons stated therein, and Plaintiffs are granted leave to file a Motion and Memorandum of Points and Authorities in Support of Final Approval of the 3.0-Liter TDI Consumer and Reseller Class Action Settlement not to exceed 50 pages.

1 **IT IS SO ORDERED.**

3 Dated: March 23, 2017

_____
CHARLES R. BREYER
United States District Judge