UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CONSUMER AND RESELLER ACTIONS | No. 3:15-md-02672-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS ON MOTION FOR FINAL APPROVAL OF BOSCH CLASS ACTION SETTLEMENT AGREEMENT**<br><br>The Honorable Charles R. Breyer |

Before the Court is Plaintiffs' Unopposed Administrative Motion for Leave to Exceed Page Limitations on Plaintiffs' Motion and Memorandum of Points and Authorities in Support of Final Approval of the Bosch Class Action Settlement Agreement (the "Motion"). The Motion is **GRANTED** for the reasons stated therein, and Plaintiffs are granted leave to file a Motion and Memorandum of Points and Authorities in Support of Final Approval of the Bosch Class Action Settlement Agreement not to exceed 40 pages.

**IT IS SO ORDERED.**

Dated: March 23, 2017

_____
CHARLES R. BREYER
United States District Judge