Michael J. Myers
Morgan A. Costello
Admitted *Pro Hac Vice*
Assistant Attorneys General
New York State Attorney General's Office
Environmental Protection Bureau, The Capitol
Albany, NY 12224
Telephone: (518) 776-2392
Email: morgan.costello@ag.ny.gov

*Attorneys for Movants State of New York, et al.*

(Counsel for additional movants appear in signature block)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| This Document Relates to: *State of New York et al. v. Volkswagen Aktiengesellschaft et al.*, No. 3:16-cv-05089 (CRB) *Commonwealth of Massachusetts et al. v. Volkswagen Aktiengesellschaft et al.*, No. 3:16-cv-05088 (CRB) *Commonwealth of Pennsylvania, Department of Environmental Protection et al. v. Volkswagen Aktiengesellschaft et al.*, No. 3:16-cv-05159 (CRB) *State of Maine v. Volkswagen v. Volkswagen AG et al.*, No. 3:17-cv-00784 (CRB) | **JOINT STIPULATION FOR REMAND PURSUANT TO SETTLEMENT AND [PROPOSED] ORDER** The Honorable Charles R. Breyer |

Pursuant to Civil Local Rules 7-1(5) and 7-12, the States of New York and Maine and the Commonwealths of Massachusetts and Pennsylvania (collectively, "Plaintiff States"), and defendants Volkswagen Aktiengesellschaft, a/k/a or d/b/a/ Volkswagen AG, Volkswagen Group of America, Inc., Volkswagen Group of America Chattanooga Operations, LLC, Audi Aktiengesellschaft a/k/a or d/b/a Audi AG, Audi of America, LLC, Dr. Ing. h.c. F. Porsche Aktiengesellschaft a/k/a or d/b/a Porsche AG, and Porsche Cars North America, Inc. (collectively, "Defendants), (Plaintiff States and Defendants,

together, "the Parties") file this Joint Stipulation for Remand Pursuant to Settlement (the "Remand Stipulation") as follows:

WHEREAS, on July 19, 2016, the State of New York and the New York State Department of Environmental Conservation (collectively, New York), filed a complaint in New York State Supreme Court alleging violations by Defendants of the state's civil environmental laws and regulations, Case No. 904021-16 (N.Y. Sup. Ct., Albany Co.), which Defendants removed to the United States District Court for the Northern District of New York on August 17, 2016. Case No. 1:16-cv-1005-GTS-CFH (N.D.N.Y.).

WHEREAS, on July 19, 2016, the Commonwealth of Massachusetts filed a complaint in the Suffolk County Superior Court, Boston, Massachusetts alleging violations by Defendants of the state's civil environmental laws and regulations, Case No. 16-2266D (Mass. Sup. Ct.), which Defendants removed to the United States District Court for the District of Massachusetts on August 19, 2016. Case No. 1:16-cv-11690-RGS (D. Mass.).

WHEREAS, on August 1, 2016, the Commonwealth of Pennsylvania's Department of Environmental Protection and Department of Transportation filed a complaint in the Commonwealth Court of Pennsylvania alleging violations by Defendants of the state's environmental laws and regulations and its anti-tampering statutes, Case No. 423 MD 2016 (Pa. Commw. Ct.), which Defendants removed to the United States District Court for the Middle District of Pennsylvania on August 25, 2016. Case No. 1:16-cv-01765-CCC (M.D. Pa.).

WHEREAS, on December 29, 2016, the State of Maine filed a complaint in the State of Maine Superior Court, Kennebec County, alleging violations by Defendants of the state's environmental laws and regulations, Case No. CV-2016-242 (Me. Sup. Ct.), which Defendants removed to the United States District Court for the District of Maine on January 27, 2017. Case No. 1:17-cv-00038-NT (D. Me.).

WHEREAS, the Judicial Panel on Multidistrict Litigation's (JPML) order transferring New York's and Massachusetts' federal actions to this Court became effective on August 31, 2016 (ECF No. 1792), the JPML's order transferring Pennsylvania's federal action to this Court became effective on September 7, 2016 (ECF No. 1820), and the order transferring Maine's federal action became effective

on February 13, 2017 (ECF No. 2904) (collectively, the Plaintiff States' actions pending before this Court are referred to as the "State Actions").

WHEREAS, on March 29, 2017, the Parties, as well as the States of Connecticut, Delaware, Oregon, Rhode Island, Vermont, and Washington (together with Plaintiff States, the "Section 177 States"), executed a "Second Partial Settlement Agreement" (the "Settlement Agreement," attached as Exhibit A to this Stipulation) that resolves the State Actions described above.

WHEREAS, paragraph 6 of the Settlement Agreement contemplates that the State Actions currently before this Court will be remanded, solely for settlement purposes, back to the state court where the actions were commenced, and that consent judgments reflecting the terms of the Settlement Agreement shall be entered in and shall be enforceable in such state courts. Such remand is agreed to by the Parties without concession by any Party as to whether the actions were properly commenced in state court, removed to federal court, or transferred to this Court. Defendants believe that removal of the State Actions to federal court was proper and consent to remand of the State Actions solely for the limited purpose of filing consent judgments to effectuate the Settlement Agreement, and Plaintiff States believe the State Actions currently before this Court were improperly removed.

WHEREAS, if, upon remand, the state court (or department, agency, or tribunal, if appropriate) declines to enter the consent judgment or other filings required to implement the Settlement Agreement or to enforce the Settlement Agreement, or if Defendants and the relevant Plaintiff State do not otherwise agree that the Settlement Agreement does not require a consent judgment or other judicial or administrative approval to be effective and final in that State, the relevant Plaintiff State will cooperate with Defendants to ensure that the procedural posture of the Plaintiff State's action is restored to its status immediately prior to the filing of the Remand Stipulation, including, if necessary, by voluntarily dismissing and refiling the action to ensure that it can be removed and transferred to the MDL Court, where any remand motion would then be adjudicated by this Court as if the Settlement Agreement and this Stipulation and Order had never been reached or entered as to that Plaintiff State.

IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record, that, subject to the Court's approval, the State Actions be remanded to the respective state

courts where they were commenced for the sole purpose of effecting the Settlement Agreement, without prejudice to the rights of the Parties.

Dated: March 29, 2017

Respectfully Submitted,

| ERIC T. SCHNEIDERMAN<br>*Attorney General of New York* | MAURA HEALEY<br>*Attorney General of Massachusetts* |
|---|---|
| By:    */s/ Morgan A. Costello*<br>MORGAN A. COSTELLO<br>MICHAEL J. MYERS<br>Admitted *Pro Hac Vice*<br>*Assistant Attorney General*<br>Environmental Protection Bureau<br>The Capitol<br>Albany, NY 12224<br>Telephone: (518) 776-2392<br>Facsimile: (518) 650-9363<br>Email:morgan.costello@ag.ny.gov<br><br>*For State of New York and New York State Department of Environmental Conservation* | By:    */s/ Christophe G. Courchesne (w/ permission*<br>CHRISTOPHE G. COURCHESNE<br>Admitted *Pro Hac Vice*<br>Chief, Environmental Protection Division<br>Massachusetts Attorney General's Office<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Telephone: (617) 963-2423<br>Facsimile: (617) 727-9665<br>Email: christophe.courchesne@state.ma.us<br><br>*For Commonwealth of Massachusetts* |

| | |
|---|---|
| JANET T. MILLS<br>*Attorney General of Maine* | JOSH SHAPIRO<br>*Attorney General of Pennsylvania* |

| | |
|---|---|
| By:  */s/ Mary M. Sauer (w/ permission)*<br>MARY M. SAUER<br>Admitted *Pro Hac Vice*<br>*Assistant Attorney General*<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>Telephone: (207) 626-8579<br>Facsimile: (207) 626-8812<br>Email: mary.sauer@maine.gov<br><br>*For State of Maine* | By:  *Nicole R. DiTomo (w/ permission)*<br>NICOLE R. DITOMO<br>Admitted *Pro Hac Vice*<br>Deputy Attorney General<br>Pennsylvania Office of Attorney General<br>Bureau of Consumer Protection<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>Telephone: (717) 705-6559<br>Facsimile: (717) 705-3795<br>Email: nditomo@attorneygeneral.gov<br><br>*For Pennsylvania Department of Environmental Protection and Department of Transportation* |

 /s/ David M.J. Rein (w/ permission)
Robert J. Giuffra, Jr. (*pro hac vice*)
giuffrar@sullcrom.com
Sharon L. Nelles (*pro hac vice*)
nelless@sullcrom.com
David M.J. Rein (*pro hac vice*)
reind@sullcrom.com
William B. Monahan (*pro hac vice*)
monahanw@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

Laura Kabler Oswell
oswell@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

*Counsel for Volkswagen Aktiengesellschaft, a/k/a or d/b/a/ Volkswagen AG, Volkswagen Group of America, Inc., Volkswagen Group of America Chattanooga Operations, LLC, Audi Aktiengesellschaft a/k/a or d/b/a Audi AG, and Audi of America, LLC*


 /s/ Cari K. Dawson (w/ permission)
Cari K. Dawson
cari.dawson@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia  30309
Telephone:     (404) 881-7766
Facsimile:     (404) 253-8567

*Liaison Counsel for the Porsche Defendants*

JOINT STIPULATION FOR REMAND PURSUANT TO SETTLEMENT AND [PROPOSED] ORDER     3:15-MD-2672-CRB
6

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:

_____
CHARLES R. BREYER
United States District Judge

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: March 30, 2017

ERIC T. SCHNEIDERMAN
*Attorney General of New York*

*/s/ Morgan A. Costello*
MORGAN A. COSTELLO