# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CONSUMER AND RESELLER ACTIONS | No. 3:15-md-02672-CRB<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS ON PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF THE MOTION FOR FINAL APPROVAL OF THE CONSUMER AND RESELLER DEALERSHIP 3.0-LITER CLASS ACTION SETTLEMENT**<br><br>The Honorable Charles R. Breyer |

Before the Court is Plaintiffs' Unopposed Administrative Motion for Leave to Exceed Page Limitations on Plaintiffs' Reply Memorandum in Support of the Motion for Final Approval of the Consumer and Reseller Dealership 3.0-Liter Class Action Settlement. The Motion is **GRANTED** for the reasons stated therein, and Plaintiffs are granted leave to file a Reply Memorandum in Support of the Motion for Final Approval of the Consumer and Reseller Dealership 3.0-Liter Class Action Settlement not to exceed 25 pages.

**IT IS SO ORDERED.**

Dated: April 27, 2017

_____
CHARLES R. BREYER
United States District Judge