Allen P. Press, MO Bar # 39293
Jacobson Press & Fields P.C.
168 North Meramec Ave., Ste. 150
St. Louis, Missouri  63105
Tel:     (314) 899-9789
Fax:    (314) 899-0282
Email: Press@ArchCityLawyers.com

Attorney for Autoport, LLC,
and Competitive Dealer Plaintiff
Eagle Auto Mall Corp.

Admitted *Pro Hac Vice*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA,
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, </br></br>This Document Relates To:</br></br>ALL CONSUMER AND RESELLER ACTIONS. | Case No. 3:15-md-02672-CRB (JSC)</br></br>PLAINTIFF AUTOPORT, LLC'S NOTICE OF APPEAL |

**PLAINTIFF AUTOPORT, LLC'S NOTICE OF APPEAL**

Plaintiff Autoport, LLC's counsel filed a Motion for Attorneys' Fees and Costs [Docket No. 2316]  based on its counsel's work with the Plaintiffs' Steering Committee ("PSC") and work on a related case that remained in the Circuit Court of Cole County, Missouri styled *Autoport LLC, et al. v. Volkswagen Group of America, Inc.*, Case No. 15AC-CC00497. Plaintiff now gives notice that it appeals to the Ninth Circuit this Courts' April 24, 2017 Order [docket No. 3178] denying attorneys' fees to non-PSC counsel.

Dated: May 19, 2017

Respectfully Submitted,

JACOBSON PRESS & FIELDS P.C.

By: /s/ Allen Press
Allen P. Press, MO Bar # 39293
168 North Meramec Ave., Ste. 150
St. Louis, Missouri  63105
Tel:     (314) 899-9789
Fax:    (314) 899-0282
Email:  Press@ArchCityLawyers.com

Attorney for Autoport, LLC,
and Competitive Dealer Plaintiff
Eagle Auto Mall Corp.

Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was filed electronically via CM/ECF on May 19, 2017, and served by the same means on all counsel of record.

/s/ Allen Press