IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| DANNY ANKROM and ANNE ANKROM,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br><br>Defendant. | Case No. 16CV01087<br><br>**STIPULATED ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFFS**<br><br>Honorable Stephen K. Bushong |
| NATHANIEL AYLOR,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br><br>Defendant. | Case No. 16CV01094 |
| DAVID CHURCHLEY and CANDACE CHURCHLEY,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br><br>Defendant. | Case No. 16CV01097 |

(CONTINUED TO NEXT PAGE)

Page 1 -  STIPULATED ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFFS

MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Fax: 503-914-1725

EXHIBIT D
PAGE 1 of 10

| | | |
|---|---|---|
| 1 | SURETTA GELLER and RICHARD EICHEN, | Case No. 15CV34927 |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | |
| 6 | Defendant. | |
| 7 | DANIEL HEBROD, | Case No. 16CV00058 |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | |
| 11 | | |
| 12 | Defendant. | |
| 13 | PATRICK HOBIZAL and JULIE HOBIZAL, | Case No. 16CV01098 |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | |
| 17 | Defendant. | |
| 18 | BETSY HUMES, | Case No. 16CV00059 |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | |
| 22 | | |
| 23 | Defendant. | |
| 24 | | |
| 25 | (CONTINUED TO NEXT PAGE) | |
| 26 | | |

Page 2 -   STIPULATED ORDER CONSOLIDATING RELATED ACTIONS
            AND APPOINTING LEAD PLAINTIFFS

MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Fax: 503-914-1725

EXHIBIT D
PAGE 2 of 10

| | |
|---|---|
| 1  ROBERT KELLER and CYNTHIA MOHIUDDIN,<br>2<br>3       Plaintiffs,<br>4       v.<br>5  VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br>6       Defendant. | Case No. 16CV00060 |
| 7  DANIEL LEE and KATIE LEE,<br>8       Plaintiffs,<br>9       v.<br>10 VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br>11<br>12      Defendant. | Case No. 16CV01099 |
| 13 DEANNA SHIMSHAK,<br>14      Plaintiff,<br>15      v.<br>16 VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br>17      Defendant. | Case No. 16CV00062 |
| 18 MITCH RIPKE,<br>19      Plaintiff,<br>20      v.<br>21 VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br>22<br>23      Defendant. | Case No. 16CV00061 |

24  (CONTINUED TO NEXT PAGE)

Page 3 -   STIPULATED ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFFS

MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Fax: 503-914-1725

| | |
|---|---|
| 1  MICHAEL WROTEN, | Case No. 16CV01100 |
| 2      Plaintiff, | |
| 3      v. | |
| 4  VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | |
| 5 | |
| 6      Defendant. | |
| 7  ERIC BEARD, | Case No. 16CV03312 |
| 8      Plaintiff, | |
| 9      v. | |
| 10 VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | |
| 11     Defendant. | |
| 12 MARY SMITH and LUKE YOUNG, | Case No. 16CV03317 |
| 13     Plaintiff, | |
| 14     v. | |
| 15 VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | |
| 16 | |
| 17     Defendant. | |
| 18 DAVID RABBINO, | Case No. 16CV03316 |
| 19     Plaintiff, | |
| 20     v. | |
| 21 VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | |
| 22     Defendant. | |
| 23 | |
| 24 (CONTINUED TO NEXT PAGE) | |

Page 4 -  STIPULATED ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFFS

MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Fax: 503-914-1725

EXHIBIT D
PAGE 4 of 10

| | | |
|---|---|---|
| 1 | JAMES and JANICE PELROY, | Case No. 16CV03315 |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | |
| 5 | | |
| 6 | Defendant. | |
| 7 | JOHN JERMAN, | Case No. 16CV03313 |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | |
| 11 | Defendant. | |
| 12 | SHERILL JERMAN, | Case No. 16CV03314 |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | |
| 16 | | |
| 17 | Defendant. | |
| 18 | GUY AUKER, | Case No. 16CV03311 |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | |
| 22 | | |
| 23 | Defendant. | |

24   WHEREAS, on September 18, 2015, and November 2, 2015, the Environmental

25 Protection Agency ("EPA") issued Notices of Violation Concerning the installation of alleged

26 ///

Page 5 -   STIPULATED ORDER CONSOLIDATING RELATED ACTIONS
AND APPOINTING LEAD PLAINTIFFS

MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Fax: 503-914-1725

EXHIBIT D
PAGE 5 of 10

1  emissions testing "defeat devices" in certain Volkswagen and Audi 2.0 and 3.0 liter turbo diesel
2  vehicles.
3      WHEREAS, since the issuances of the Notices of Violation, multiple plaintiffs have filed
4  the following actions in this Court against Volkswagen Group of America, Inc. ("VWGoA"):
5  *Danny Ankrom v. VWGoA*, No. 16CV01087 (filed Jan. 15, 2016); *Nathanial Aylor v. VWGoA*,
6  No. 16CV01094 (filed Jan. 15, 2016); *David Churchley and Candace Churchley v. VWGoA*, No.
7  16CV01097 (filed Jan. 15, 2016); *Suretta Geller and Richard Eichen v. VWGoA*, No.
8  15CV34927 (filed Dec. 31, 2015); *Daniel Hebrod v. VWGoA*, No. 16CV00058 (filed Jan. 4,
9  2016); *Patrick Hobizal and Julie Hobizal v. VWGoA*, No. 16CV01098 (filed Jan. 15, 2016);
10 *Betsy Humes v. VWGoA*, No. 16CV00059 (filed Jan. 4, 2016); *Robert Keller and Cynthia*
11 *Mohiuddin v. VWGoA*, No. 16CV00060 (filed Jan. 4, 2016); *Daniel Lee and Katie Lee v.*
12 *VWGoA*, No. 16CV01099 (filed Jan. 15, 2016); *Deanna Shimshak v. VWGoA*, No. 16CV00062
13 (filed Jan. 4, 2016); *Mitch Ripke v. VWGoA*, No. 16CV00061 (filed Jan. 4, 2016); *Michael*
14 *Wroten v. VWGoA*, No. 16CV01100 (filed Jan. 15, 2016); *Eric Beard v. VWGoA*, No.
15 16CV03312 (filed Feb. 4, 2016); *Mary Smith and Luke Young v. VWGoA*, No. 16CV03317 (filed
16 Feb. 4, 2016); *David Rabbino v. VWGoA*, No. 16CV03316 (filed Feb. 4, 2016); *James and*
17 *Janice Pelroy v. VWGoA*, No. 16CV03315 (filed Feb. 4, 2016); *John Jerman v. VWGoA*, No.
18 16CV03313 (filed Feb. 4, 2016); *Sherill Jerman v. VWGoA*, No. 16CV03314 (filed Feb. 4,
19 2016); *Guy Auker v. VWGoA*, No. 16CV03311 (filed Feb. 4, 2016).
20     WHEREAS, the above-captioned actions arise from similar facts, assert similar claims,
21 and involve the same defendant.
22     WHEREAS, consolidation will facilitate and streamline the prosecution of the above-
23 captioned actions, promote judicial economy, and eliminate unnecessary costs and delays;
24     WHEREAS, the parties agree that consolidation of the above-captioned actions is
25 appropriate under Rule 53 of the Oregon Rules of Civil Procedure, which provides that when
26 more than one action involving a common question of law or fact is pending before the court, the

Page 6 -   STIPULATED ORDER CONSOLIDATING RELATED ACTIONS
            AND APPOINTING LEAD PLAINTIFFS

MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Fax: 503-914-1725

EXHIBIT D
PAGE 6 of 10

1  court may order all such actions consolidated; and it may make such orders concerning
2  proceedings therein as may tend to avoid unnecessary costs or delay;
3      WHEREAS, on or about March 1, 2016, Judge Stephen Bushong issued an order
4  consolidating the cases for purposes of case management and coordinated pretrial proceedings;
5      WHEREAS, all plaintiffs and defendant have agreed to stipulate to the following order;
6      WHEREAS, in light of the above recitals, the stipulations herein, the Court finds good
7  cause for the consolidation of the above-captioned actions, and for the appointment of Lead
8  Plaintiffs,
9      The Court HEREBY ORDERS:
10     1.   Pursuant to ORCP 53, the following actions are hereby consolidated for
11  coordinated pre-trial proceedings and case management (collectively, the "consolidated
12  actions"):

| ABBREVIATED CASE NAME | CASE NUMBER |
|---|---|
| *Danny Ankrom v. VWGoA* | 16CV01087 |
| *Nathanial Aylor v. VWGoA* | 16CV01094 |
| *David Churchley v. VWGoA* | 16CV01097 |
| *Suretta Geller v. VWGoA* | 15CV34927 |
| *Daniel Hebrod v. VWGoA* | 16CV00058 |
| *Patrick Hobizal v. VWGoA* | 16CV01098 |
| *Betsy Humes v. VWGoA* | 16CV00059 |
| *Robert Keller v. VWGoA* | 16CV00060 |
| *Daniel Lee v. VWGoA* | 16CV01099 |
| *Deanna Shimshak v. VWGoA* | 16CV00062 |
| *Mitch Ripke v. VWGoA* | 16CV00061 |
| *Michael Wroten v. VWGoA* | 16CV01100 |
| *Eric Beard v. VWGoA* | 16CV03312 |

Page 7 -  STIPULATED ORDER CONSOLIDATING RELATED ACTIONS
            AND APPOINTING LEAD PLAINTIFFS

MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Fax: 503-914-1725

EXHIBIT D
PAGE 7 of 10

| | | |
|---|---|---|
| 1 | *Mary Smith v. VWGoA* | 16CV03317 |
| 2 | *David Rabbino v. VWGoA* | 16CV03316 |
| 3 | *James Pelroy v. VWGoA* | 16CV03315 |
| 4 | *John Jerman v. VWGoA* | 16CV03313 |
| 5 | *Sherill Jerman v. VWGoA* | 16CV03314 |
| 6 | *Guy Auker v. VWGoA* | 16CV03311 |

2. Any other actions now pending or hereafter filed in or transferred to this Court which arise out of similar facts as those alleged in the above-identified cases, shall be consolidated with the consolidated actions for discovery and pretrial purposes if and when they are drawn to the Court's attention.

3. Every pleading filed in the consolidated actions shall bear the following caption:

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| DANNY ANKROM and ANNE ANKROM, Plaintiffs, v. VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, Defendant. | Lead Case No. 16CV01087 |

4. The files of these consolidated actions shall be maintained in one file under Case No. 16CV01087, and any papers to be filed after the entry of this Order need only be filed in Case No. 16CV01087.

5. All papers filed in any of the consolidated actions prior to the entry of this Order shall be deemed part of the record in Case No. 16CV01087.

6. Plaintiffs Danny Ankrom and Anne Ankrom shall serve as Lead Plaintiffs.

///

Page 8 -   STIPULATED ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFFS

MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Fax: 503-914-1725

1   7.   A copy of this Order shall be filed in all of the actions referenced herein.

2   IT IS HEREBY ORDERED.

Signed: 4/20/2016 04:27 PM

*[signature]*

**Circuit Court Judge Stephen K. Bushong**

9   IT IS SO STIPULATED by and between the following:

11  MB LAW GROUP, LLP

12  By: s/ Jonathan M. Hoffman
13  Jonathan M. Hoffman, OSB #754180
    jhoffman@mblglaw.com
14  Michael A. Yoshida, OSB #065631
    myoshida@mblglaw.com
15  117 SW Taylor Street, Suite 200
    Portland, OR 97204
16  Telephone: (503) 914-2015
    Facsimile: (503) 914-1725
17  Attorneys for Defendant Volkswagen Group of America, Inc.

18  -AND-

19
    By: s/ Tim Quenelle
20  Tim Quenelle, OSB #93400
    tim.quenelle@gmail.com
21  415 North State Street, #132
    Lake Oswego, OR 97034
22  Telephone: (503) 675-4330
    Facsimile: (503) 675-4331
23  Co-Lead Counsel for Plaintiffs

24  -AND-

25  ///

26  ///

Page 9 -   STIPULATED ORDER CONSOLIDATING RELATED ACTIONS
           AND APPOINTING LEAD PLAINTIFFS

MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Fax: 503-914-1725

1

2

3  By: David Sugerman
    David Sugerman, OSB #862984
4   david@davidsugerman.com
    707 SW Washington Street, Suite 600
5   Portland, OR 97204
    Telephone: (503) 228-6474
6   Facsimile: (503) 228-2556
    Co-Lead Counsel for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 10 -  STIPULATED ORDER CONSOLIDATING RELATED ACTIONS
           AND APPOINTING LEAD PLAINTIFFS

MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Fax: 503-914-1725

EXHIBIT D
PAGE 10 of 10