# APPENDIX A

LEAD CASE No.  15-md-02672-CRB

1. *Abbey, Neil T. and Jane E vs. VW and Community Automotive Group, Inc.;* USDC Northern 3:17-cv-02413/ 3:15-md-02672-CRB..
2. *Aguailar, David A. and Bass, Kendall A v. VW, SB-VAL dba Santa Barbara VW*; USDC Northern 3:15-md-02672-CRB..
3. *Almanza, Roberto S. vs. VW and Mesa Imports, LLC;* USDC Northern 3:15-md-02672-CRB/3:17-cv-02561
4. *Alwood, Carol S. & John M. vs. VW, JCH Investments dba Murrieta VW;* USDC Northern 3:15-md-02672-CRB/3:17-cv-00019.
5. *Ammirante, Stella M. vs. VW and Antelope Valley Nissan, Inc*; USDC Northern 3:15-md-02672-CRB/3:17-cv-02106
6. *Andres, David Joseph and Helanna Elaine vs. VW dba Hammer Lane VW;* USDC Northern 3:15-md-02672-CRB/3:17-cv-01429
7. *Arce, Roberto vs. VW and Mossy Automotive Group El Cajon, Inc.;* USDC Northern 3:15-md-02672-CRB/3:17-cv-02983.
8. *Atkinson, Jeremy v. VW and Family Motors VW*; USDC Northern 3:15-md-02672-CRB/3:16-cv-06416.
9. *Baca, James M, JR. vs. VW and Circle Motors, Inc.*; USDC Northern 3:15-md-02672-CRB/3:17-cv-01379
10. *Bear, Michael vs. VW, Bozzani VW, SAI Auto Group, LLC;* USDC Northern 3:15-md-02672-CRB/3:17-cv-00883.
11. *Beaudette, Dane F. and Sonya A. vs. VW and Antelope Valley Nissan, Inc.*; USDC Northern 3:15-md-02672-CRB/3:17-cv-02763
12. *Benefield, Trae and Deborah vs. VW and Vacaville Premium Motorcars, LLC;* USDC Northern 3:15-md-02672-CRB/3:17-cv-03370.
13. *Berbari, Luis C. vs. VW and Riverside Metro Auto Group, LLC*; USDC Northern 3:15-md-02672-CRB/3:17-cv-02560.
14.  *Bertagnolli, Martin James and James vs. VW and SAI Auto Group, LLC;* USDC Northern 3:15-md-02672-CRB/3:17-cv-01277.

15. *Bixler, Lindsey M. v. VW; Sullivan Motor Cars LLC d/b/a VW Santa Monica* USDC Northern 3:15-md-02672-CRB/3:17-cv-00879.
16. *Bodden, Cyril vs. VW and Mossy Automotive Group II, LLC*; USDC Northern 3:15-md-02672-CRB/3:17-cv-01063.
17. *Borza, Daniel & George vs. VW, Shayco;* USDC Northern 3:15-md-02672-CRB/3:16-cv-06200.
18. *Bravo, Ana Laura vs. VW and Livingston Volkswagen, Inc*; USDC Northern 3:15-md-02672-CRB/3:17-cv-03443.
19. *Butler, Lori and James Patrick vs. VW and DGDG 5, LLC*; USDC Northern 3:15-md-02672-CRB/3:17-cv-02386.
20. *Campbell, Constance & David vs. VW, Hanlee's Napa;* USDC Northern 3:15-md-02672-CRB/3:16-cv-07187-CRB.
21. *Cardenas, Gabriel vs. VW and South Bay Motors, LLC*; USDC Northern 3:15-md-02672-CRB/3:17-cv-02414.
22. *Chacon, Edmond vs. VW and Moss Bros. German, Inc.*/ USDC Northern 3:15-md-02672-CRB/3:17-cv-01973
23. *Chavarin-Jimenez, Miguel and Maria vs. VW and R.L. Niello Co., Inc*/ USDC Northern 3:15-md-02672-CRB/3:17-cv-02982
24. *Cisneros, Oscar v. VW, Antelope Valley Nissan Inc. d/b/a Antelope Valley Nissan/Volkswagen*; USDC Northern 3:15-md-02672-CRB/3:17-cv-00672.
25. *Cliffe, Jeanine C. vs. VW and Q&S Automotive, LLC;* USDC Northern 3:15-md-02672-CRB/3:17-cv-01575  (Audi)
26. *Conrad, Peter R. and Kayla B. vs. VW and Dirito Brothers Walnut Creek, Inc.*/ USDC Northern 3:15-md-02672-CRB/3:17-cv-01919.
27. *Cookston, Todd B. vs. VW and Community Automotive Group, Inc.*; USDC Northern 3:15-md-02672-CRB/3:17-cv-01195.
28. *Cooley, Donna vs. VW and City Chevrolet and Mission Bay Motors, Inc.;* USDC Northern 3:15-md-02672-CRB/3:17-cv-012120.
29. *Cooper, Alan Jay vs. VW and Herman Cook Volkswagen, Inc.*; USDC Northern 3:15-md-02672-CRB/3:17-cv-02103.
30. *Costley, John & Barb vs. VW, JCH Investments dba Murrietta VW;* USDC Northern 3:15-md-02672-CRB/3:17-cv-00048.
31. *Crocker, Brandon S. vs. VW and Shayco d/b/a Ontario VW*/ USDC Northern 3:15-md-02672-CRB/3:17-cv-01199

32. *Cuaresma, Michael & Marta v. VW, South Bay Motors LLC dba Pacific VW/* USDC Northern 3:15-md-02672-CRB/3:17-cv-00047.
33. *Dennis, Angela G. aka Gilardi, Angela and Graham, Marsha j. vs. VW and Winn Automotive, Inc.*/ USDC Northern 3:15-md-02672-CRB/3:17-cv-01190.
34. *Domingo, Michael J. and Withers, Christine F vs. VG of A, Community Automotive Group Inc. /* USDC Northern 3:15-md-02672-CRB/3:17-cv-01269.
35. *Dupont, Timothy & Maureen vs.VGA, Mossy Automotive/* USDC Northern 3:15-md-02672-CRB/3:16-cv-05930
36. *Eaton, Timothy vs. VW J.C.H Investments, Inc;* USDC Northern 3:15-md-02672-CRB/3:17-cv-01974
37. *Ebner, Claudia J. vs. VW and Mossy Automotive Group II, LLC;* USDC Northern 3:15-md-02672-CRB/3:17-cv-00888.
38. *Ellevold, Abelina and Cynthia vs. VW and DWVW, Inc;* USDC Northern 3:15-md-02672-CRB/3:17-cv-01660.
39. *Eperjesi, Dr. Jan S. vs. VW and Perry Automotive Group, Inc.;* USDC Northern 3:15-md-02672-CRB/3:17-cv-03148
40. *Estenssoro, Ramiro v. Volkswagen;* 3:15-md-2672-CRB/ 3:17-cv-02724-CRB
41. *Evans, Jerry L. vs. VW and Antelope Valley Nissan, Inc./* USDC Northern 3:15-md-02672-CRB/3:17-cv-02137.
42. *Evans Nick v. Volkswagen Group of America dba Volkswagen of America; 3:15-md-02672-CRB; 3:16-cv-02724-CRB*
43. *Faddoul, Lacy v. Audi;* USDC Northern 3:15-md-02672/3:17-cv-03150
44. *Fees, Stacy M. vs. VW and Community Automotive Group, Inc.*/ USDC Northern 3:15-md-02672-CRB/3:17-cv-01279.
45. *Ferguson, Mark C. and Kimberly M. vs. VW and Dirito Brothers Walnut Creek, Inc.;* USDC Northern 3:15-md-02672-CRB/3:17-cv-02307
46. *Fine, Barry v. VW and Riverside Metro;* USDC Northern 3:15-md-02672/3:16-cv-03719
47. *Fisher, Duane vs. VW and Dirito Brothers Walnut Creek, Inc.*/ USDC Northern 3:15-md-02672-CRB/3:17-cv-01543.
48. *Flores-Jaime, Maria E. and Octavio S. vs. VW and Central Valley VH, Inc./* USDC Northern 3:15-md-02672-CRB/3:17-cv-02825

49. *Fortner, Gregory vs. VW and Alant Corporation d/b/a Circle Audi/* USDC Northern 3:15-md-02672-CRB/3:17-cv-01494 (Audi)*.*
50. *Fraval, Hanafi R. vs. VW dba New Century VW/* USDC Northern 3:15-md-02672-CRB/3:17-cv-01170
51. *Fraval, Levana vs. VW dba New Century VW/* USDC Northern 3:15-md-02672-CRB/3:17-cv-01719
52. *Frech, John v. VG of A dba VW of America;* USDC Northern 3:15-md-02672-CRB/3:17-cv-04250
53. *Free, Vickie Lynn vs. VW and McKenna Motors Cerritos, Inc/* USDC Northern 3:15-md-02672-CRB/ 3:17-cv-01975.
54. *Fuentes-Morales, Victor H. vs. VW and Winn Automotive, Inc*./ USDC Northern 3:15-md-02672-CRB/3:17-cv-02372
55. *Gaze, Brian G. vs. VW and Mission Bay Motors, Inc./* USDC Northern 3:15-md-02672-CRB/3:17-cv-03238
56. *Gerber, Erhard vs. VW and Gold Coast Auto Group, Inc./* USDC Northern 3:15-md-02672-CRB/3:17-cv-02136.
57. *Gittins, Jonathan vs. VW and M&M Automotive Group, Inc./* USDC Northern 3:15-md-02672-CRB/3:17-cv-1037*.*
58. *Gmur, Steven A. vs. VW and GSM Auto Group II, LLC/* USDC Northern 3:15-md-02672-CRB/3:17-cv-01498  (Audi)*.*
59. *Gold, Stuart R. vs. VW, Euromotors Concord dba Audi Concord/* USDC Northern 3:15-md-02672-CRB/3:16-cv-06670  (Audi)*.*
60. *Gravel, Whitney S. and Mike vs. VW and Matthew Enterprise, Inc./* USDC Northern 3:15-md-02672-CRB/3:17-cv-01415
61. *Gray, Charles K. and Lynda M. vs. VW and Community Automotive Group, Inc./* USDC Northern 3:15-md-02672-CRB/3:17-cv-02416
62. *Grygiel, Gloria C. vs. VW, Winn Automotive dba Winn VW;* USDC Northern 3:15-md-02672-CRB/3:16-cv-06673*.*
63. *Gutierrez, Rosa Maria vs. VW Cardinale Oldsmobile GMC/* USDC Northern 3:15-md-02672-CRB/5:17-cv-00987*.*
64. *Gvatua, Nicolai vs. VW and Capitol Del Grande, Inc./* USDC Northern 3:15-md-02672-CRB/5:17-cv-00450.
65. *Hacker, Kerlita vs. VW Hanlees Napa, Inc.;* USDC Northern 3:15-md-02672-CRB/3:17-cv-01184.

66. *Halloran, Alicia vs. VW and LLH, Inc.;* USDC Northern 3:15-md-02672-CRB/3:17-cv-00596.
67. *Haring, Kenneth Leon and Robin Rice vs. VW and Riverside Metro Group, LLC./* USDC Northern 3:15-md-02672-CRB/3:17-cv-02141
68. *Harrington, Francis Xavier vs. VW and Riverside Metro Auto Group, LLC;* USDC Northern 3:15-md-02672-CRB/3:17-cv-02764
69. *Haug, William A. and Melanie M. vs. VW and Perry Automotive Group, Inc./* USDC Northern 3:15-md-02672-CRB/3:17-cv-01707.
70. *Hauser Ernest v. Volkswagen Group of America dba Volkswagen of America; 3:15-md-02672-CRB; 3:17-cv-01554-CRB*
71. *Hauser, Ernest vs. VW and Mossy Automotive Group II, LLC;* USDC Northern 3:15-md-02672-CRB/3:17-cv-01555.
72. *Hauser, Ernest vs. VW and Mossy Automotive Group II, LLC;* USDC Northern 3:15-md-02672/CRB/3:17-cv-01554.
73. *Heberer, Matthew Stephen Thomas vs. VW Michael Cadillac Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01708.
74. *Hightower, Sophia S. vs. VW and Elk Grove Auto Group, Inc./* USDC Northern 3:15-md-02672/3:17-cv-01718.
75. *Hightower, Sophia S. vs. VW and Elk Grove Auto Group, Inc./* USDC Northern 3:15-md-02672/3:17-cv-03369.
76. *Horn, David Jonathan and Sandra vs. VW and Michael Cadillac, Inc*./ USDC Northern 3:15-md-02672/3:17-cv-01397.
77. *Hosken, Leonardo v. VW, McKenna Motors Norwalk dba McKenna VW Audi;* USDC Northern 3:15-md-02672/3:17-cv-00027.
78. *Hufnagel, Sherrill vs. VW and Cardinale Oldsmobile GMC/* USDC Northern 3:15-md-02672/3:17-cv-00051.
79. *Imhoff, Gary M. vs. VW and Herman Cook VW;* USDC Northern 3:15-md-02672/3:17-cv-01064.
80. *Jaramillo, Porfirio vs. VW and Cardinale Oldsmobile GMC Truck, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01868.
81. *Jeffrey/Dale Jones v. Volkswagen Group of America dba Volkswagen of America; 3:15-md-02672-CRB; 3:16-cv-05179-CRB*
82. *Kiest, Kimberly A. vs. VW and Cardinale Oldsmobile GMC Truck, Inc.;* USDC Northern 3:15-md-02672/5:17-cv-00576

83. *Kenney, Marie v. VW, Community VW*; USDC Northern 3:15-md-02672/3:17-cv-00170.
84. *Kline, Joshua C. vs. VW and South Bay Motors, LLC;* USDC Northern 3:15-md-02672/3:17-cv-01495 (Porsche Cayenne TDI).
85. *Paul Kline v. Volkswagen Group of America dba Volkswagen of America; 3:15-md-02672-CRB; 3:16-cv-05754-CRB*
86. *Ladanne, Gabriel L. vs. VW and M&A Desert Motor Car Company, LLC;* USDC Northern 3:15-md-02672/3:17-cv-01978
87. *Gail/Richard Lansidel v. Volkswagen Group of America dba Volkswagen of America; 3:15-md-02672-CRB; 3:16-cv-06661-CRB*
88. *Laub, Stephen M. vs. VG of A dba VW of America;* 3:15-md-02672/3:17-cv-04512
89. *Lebovits, Jessica and Moses Lebovits v. VG of A and Volkswagen Santa Monica;* USDC Northern 3:15-md-02672/3:16-cv-01209-CRB
90. *Lee, James P. III vs. VW and Circle Automotive Group, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-03057
91. *Loelkes, Roland vs. VW and Mission Volkswagen, Inc;* USDC Northern 3:15-md-02672/3:17-cv-02852.
92. *Michael Lucas v. Volkswagen Group of America dba Volkswagen of America; 3:15-md-02672-CRB; 3:16-cv-06198-CRB*
93. *Michael Lucas v. Volkswagen Group of America dba Volkswagen of America; 3:15-md-02672-CRB; 3:16-cv-06227-CRB*
94. *Christel Marcus v. Volkswagen Group of America dba Volkswagen of America; 3:15-md-02672-CRB; 3:16-cv-05307-CRB*
95. *Martinez, David and Teresa Carle v. Volkswagen Group of America dba Volkswagen of America; 3:15-md-02672-CRB; 3:17-cv-02826-CRB*
96. *Martinez, Jacqueline J. vs. VW and Jones BH Acquisition, LLC;* USDC Northern 3:15-md-02672/3:17-cv-01496 (Audi A3 TDI).
97. *Martinez, Teresa E. and David vs VW and Vacaville Premium Motor Cars LLC;* USDC Northern 3:15-md-02672/3:17-cv-02826
98. *Maulsby, Ernest Earl and Paula Christine vs. VW and Automotive Elite Investments, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01427.
99. *Mauritzen, Eric J. vs. VW and VKS Murrieta Limited Partnership;* USDC Northern 3:15-md-02672/3:17-cv-02105.

100. *May, Penney Raylean vs. VW and Riverside Metro Auto Group, LLC.;* USDC Northern 3:15-md-02672/3:17-cv-01512.
101. *McCallum, John v. VG of A dba VW of A; Riverside Metro Auto Group, LLC;* USDC Northern 3:15-md-02672/3:17-cv-00885.
102. *McClung, John vs. VW and M&M Automotive Group, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01187.
103. *McGowan, Thomas P. and Darlene L. vs. VG of A dba VW of A; Vacaville Premium Motor Cars, LLC dba Vacaville Volkswagen*/ USDC Northern 3:15-md-02672/
104. *McGuire-Britsch, Darin v. Volkswagen Group of America dba Volkswagen of America; 3:15-md-02672-CRB; 3:16-cv-05929-CRB*
105. *Medrano, Luz v. Volkswagen Group of America dba Volkswagen of America; 3:15-md-02672-CRB;2:12-cv-02198*
106. *Meredith, Robert vs. VG of A dba VW of A; Mission VW, Inc. dba Capistrano Volkswagen;* USDC Northern 3:15-md-02672/3:17-cv-01010.
107. *Montes, Juan v. Volkswagen Group of America dba Volkswagen of America; 3:15-md-02672-CRB; 3:17-cv-00729-CRB*
108. *Morejon, Peter Luis vs. VW and McKenna Motors Cerritos, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01198.
109. *Morrison, Yvonne & John W. vs. VG of A dba VW of A;* USDC Northern 3:15-md-02672/3:17-cv-01200
110. *Mueller, Francis Laurence vs. VW and Hansel-Prestige, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-02471
111. *Nascimento, Armand & Monica v. VG of America dba VW of A and Oakland Motor Cars, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01604
112. *Ngo, So V. and Nguyen, Trang T. vs. VW and County-Wide Rambler, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-03149
113. *Neu, Emil E. vs. VW and Winn Automotive Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01604.
114. *Nichols, Gary vs. VW and Irvine Auto Retail II, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-02851.
115. *Noce, Santo v. Volkswagen; 3:15-md-02672-CRB*
116. *Nuyda, Malinda/Robert v. Volkswagen; 3:15-md-02672-CRB*
117. *Ortega, Alizardo A. vs. VW and Circle Motors, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01556.

118. *Ortega, Judith vs. VW Circle Motors, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01380.
119. *Pack, Terry W. vs. VG of A, VKS Murrietta Limited Partnership;* USDC Northern 3:15-md-02672/3:17-cv-00779.
120. *Pais, Enrique vs. VW and Volkswagen of Downtown L.A.;* USDC Northern 3:15-md-02672/3:17-c v-02411.
121. *Paje, Brigitte vs. VW and Winn Automotive, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01283.
122. *Pallares, Jose L. vs. VW and Mossy Automotive Group II, LLC;* USDC Northern 3:15-md-02672/3:17-cv-01067.
123. *Pantoja, Carlos vs. VG of America;* USDC Northern 3:15-md-02672/3:17-cv-02305.
124. *Paredes, Jose A. vs. VW and Santa Monica Brentwood Automotive, LLC;* USDC Northern 3:15-md-02672/3:17-cv-02138.
125. *Pearlman, Dustin v. VG of America, Sullivan Motor Cars, LLC;* USDC Northern 3:15-md-02672/3:17-cv-00884.
126. *Perez, Pastor Gomez and Alejandra E. vs. VW and Vacaville Premium Motorcars LLC;* USDC Northern 3:15-md-02672/3:17-cv-01710.
127. *Peterson-Watte, Jeffrey B. and Denise M. vs. VW and Community Automotive Group, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-02418.
128. *Pickell, William F. vs. VW and SAI Auto Group, LLC;* USDC Northern 3:15-md-02672/3:17-cv-01668.
129. *Pinachio, John F. vs. VW and City Chevrolet and Mission Bay Motors, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01157.
130. *Pitney, Angelique & Christopher v. VG of A; Westlake Rusnak Audi;* USDC Northern 3:15-md-02672/3:16-cv-03706 (Audi)
131. *Polese, John Joseph v. VW Group of America, Bob Baker VW dba Bob Baker VW Subaru* USDC Northern 3:15-md-02672/3:17-cv-00087.
132. *Priest, Jason Scott vs. VW and Dirito Brothers Walnut Creek, Inc./* USDC Northern 3:15-md-02672/3:17-cv-02754.
133. *Pruitt, Matthew vs. VG of A dba VW of A, R.L. Niello Co., Inc.;* USDC Northern 3:15-md-02672
134. *Rauda-Hernandez, Raul and Jose Rivera vs. VW and Anderson Enterprises, Inc.* USDC Northern 3:15-md-02672/3:17-cv-02726.

135. *Razniak, Jack J. vs. VW and Mossy Automotive Group II, LLC;* USDC Northern 3:15-md-02672/3:17-cv-02562.
136. *Reaves, Tina J. & Timothy E. v. VG of A dba VW of A, Hammer Lane Volkswagen, Inc. dba Hammer Lane Volkswagen Mazda;* USDC Northern 3:15-md-02672/3:17-cv-00780.
137. *Reaves, Tina J. & Timothy E. v. VG of A dba VW of A, Hammer Lane Volkswagen, Inc. dba Hammer Lane Volkswagen Mazda;* USDC Northern 3:15-md-02672/3:17-cv-00889.
138. *Reffo, Phyllis vs. VW and Sullivan Motor Cars, LLC;* USDC Northern 3:15-md-02672/3:17-cv-01197.
139. *Reoh, Roucal E. II vs. VW and Mossy Automotive Group II, LLC;* USDC Northern 3:15-md-02672/3:17-cv-01065.
140. *Reyes, Manuel v. VG of A dba VW of A, Circle Motors, Inc. dba South Bay VW;* USDC Northern 3:15-md-02672/3:17-cv-01066.
141. *Reynolds, Virginia Marie and Peter Jerald vs. VW and Hansel-Prestige, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-02388.
142. *Rivas, Miriam vs. VW and Volkswagen of Downtown L.A., LP;* USDC Northern 3:15-md-02672/3:17-cv-01270.
143. *Rivera, Maria C. and Jose L. vs VW and Anderson Enterprises, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-02068.
144. *Romero, Bryant and Irene vs. VW and Walters Sales and Service, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01519.
145. *Roper, Greg vs. VW dba Tracey VW;* USDC Northern 3:15-md-02672/3:17-cv-01428.
146. *Ross, Nicholas Brian v. VW*; USDC Northern 3:15-md-02672/3:16-cv-01209-CRB.
147. *Ruffino, Allison Marie vs. VW and Rusnak/Westlake;* USDC Northern 3:15-md-02672/3:17-cv-01544.
148. *Saglamer, Liza vs. VW;* USDC Northern 3:15-md-02672/3:17-cv-01006.
149. *Salch, Timothy vs. VW and Mission Volkswagen, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01499.
150. *Sandvold, David B. vs. VW and Bob Baker Volkswagen;* USDC Northern 3:15-md-02672/3:17-cv-03427.
151. *Sanwick, Luke G. and Kathryn vs. VW;* USDC Northern 3:15-md-02672/3:17-cv-03032 (Audi).

152. *Sargent, Stacey L. and Jeffrey A. vs VW and Mossy Automotive Group II, LLC;* USDC Northern 3:15-md-02672/3:17-cv-02721.
153. *Sawyer, Lynn v. VW, Sullivan Motor Cars, LLC;* USDC Northern 3:15-md-02672/3:17-cv-01007.
154. *Schamber, Scott vs. VW and Antelope Valley Nissan, Inc. ;* USDC Northern 3:15-md-02672/3:17-cv-01976.
155. *Schmidt, Andreas v. Volkswagen;* 3-15-md-2672-CRB/3:16-cv-05472-CRB
156. *Schmidt, Wolfgang George and Cristina Luzon vs. VW and Sullivan Motor Cars, LLC;* USDC Northern 3:15-md-02672/3:17-cv-03058.
157. *Schneider, Hermelina vs. VW;* USDC Northern 3:15-md-02672/3:17-cv-00882.
158. *Scott, George Scott and Beverly vs. VW and Moss Bros. CJD, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01518.
159. *Seaton, Dennis K. vs. VW and Ashley Imports, LLC;* USDC Northern 3:15-md-02672/3:17-cv-01709.
160. *Segovia, Edward A. & Hortencia vs. VW and Team VW of Hayward Corporation;* USDC Northern 3:15-md-02672/3:16-cv-06675.
161. *Shepherd, Heidi and Roger vs. VW and Mossy Automotive Group El Cajon, Inc;* USDC Northern 3:15-md-02672/3:17-cv-02728.
162. *Shezaf, Rafi O. vs. VW and Galpin Volkswagen, LLC;* USDC Northern 3:15-md-02672/3:17-cv-01670.
163. *Shultz, Mark v. VW, Gold Coast Auto Group dba Ventura VW;* USDC Northern 3:15-md-02672/3:17-cv-00050.
164. *Smith, Kevin Robert and Erica Nicole vs. VW and Michael Cadillac, Inc.;* USDC Northern 3:15-md-02672/.
165. *Stanislaus, Mareeni T. vs. VW and Rusnak/Pasadena;* USDC Northern 3:15-md-02672/3:17-cv-01497.
166. *Statham, Onida M. vs. VW and Riverside Metro Auto Group, LLC;* USDC Northern 3:15-md-02672/3:17-cv-01009.
167. *Steyer, Richard William vs. VW and Automotive Elite Investments, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-01206.
168. *Suess, Julie E. vs. VW and GAV-GRO, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-00908-CRB.
169. *Thomas, Carolyn Blaise v. VW, Galpin VW, LLC;* USDC Northern 3:15-md-02672/3:17-cv-00020.

170. *Tsai, Michael and Lin, Zuriel vs. VW and McKenna Motors Huntington Beach, Inc.* USDC Northern 3:15-md-02672/3:17-cv-01717.
171. *Venzon, London P. vs. VW and Cornelius Bros., LLC;* USDC Northern 3:15-md-02672/3:17-cv-01118.
172. *Vitale, Layla F. vs. VW and Key Howard, Incorporated;* USDC Northern 3:15-md-02672/3:17-cv-01656.
173. *Wagner, Jack L. vs. VW and Clovis Auto Cars;* USDC Northern 3:15-md-02672/3:17-cv-01178.
174. *Walia, Poonam vs. VW and County- Wide Rambler, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-03164.
175. *Walsh, Michelle L. vs. VW Shayco Ontario;* USDC Northern 3:15-md-02672/3:17-cv-01720.
176. *Wells, Fumiko vs. VW and Trans Ocean Motor Co. Inc. d/b/a Volkswagen Pasadena;* USDC Northern 3:15-md-02672/3:17-cv-01657.
177. *Werk Mary Oquinn vs. VW and Volkswagon of Downtown L.A., LP;* USDC Northern 3:15-md-02672/3:17-cv-01276.
178. *West, Victoria v. VW and Saul Chevrolet, Inc. d/b/a Cardinaleway Volkswagen;* USDC Northern 3:15-md-02672/3:17-cv-00886.
179. *Whipple, Ken v. Volkswagen;* 3:15-md-02672-CRB/3:16-cv-05181-CRB
180. *Wing, Brian Alexander vs. VW and Mossy Automotive Group El Cajon, Inc.;* USDC Northern 3:15-md-02672/3:17-cv-02729.
181. *Williams, Carolyn vw. VW;* USDC Northern 3:15-md-02672/.
182. *Wolff, Andrew Paul and Kubota, Atsuko vs. VW and Volkswagen of Downtown L.A., LP;* USDC Northern 3:15-md-02672/3:17-cv-03059.
183. *Worring, Thomas H. v. VW;* USDC Northern 3:15-md-02672/3:17-cv-00878.
184. *Yashchuk, Yekaterina v. VW, Cornelius Bros., LLC dba Dublin VW;* USDC Northern 3:15-md-02672/4:16-cv-06679.
185. *Zarnegar, Hassan and Linda vs. VW and M&M Automotive Group, Inc.;* USDC Northern 3:15-md-02672/;3:17-cv-00699.