**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> *City of St. Clair Shores*, 15-1228 (E.D. Va.), *Travalio*, 15-7157 (D.N.J.), *George Leon Family Trust*, 15-7283 (D.N.J.), *Charter Twp. of Clinton*, 15-13999 (E.D. Mich.), and *Wolfenbarger*, 15-326 (E.D. Tenn.) | MDL No. 2672 CRB (JSC) <br><br> **[PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT HORN TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** <br><br> Courtroom: 6 <br> The Honorable Charles R. Breyer |

## **ORDER**

Upon consideration of Defendant Horn's consent motion for an extension of time to file an Answer to Plaintiffs' First Amended Class Action Complaint, and the record herein, it is on this _____ day of _____, 2017,

ORDERED, that the Motion is GRANTED, and it is further,

ORDERED, that Defendant Horn's Answer to the First Amended Class Action Complaint shall be filed on **September 1, 2017.**

_____
CHARLES R. BREYER
United States District Judge
