UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ——————————————————/ This Order Relates To: *United States of America v. Volkswagen AG, et al.*, Case No. 3:16-cv-00295 ——————————————————/ | MDL No. 2672 CRB  (JSC) **ORDER DENYING PORSCHE CARS NORTH AMERICA, INC. AND PORSCHE AG'S PARTIAL MOTION TO DISMISS** |

The Porsche Defendants filed a motion to dismiss the United States' complaint on May 16, 2016.  (Case No. 3:16-cv-00295, Dkt. No. 21; MDL Dkt. No. 1512.)  After that filing the United States filed an amended complaint (Case No. 3:16-cv-00295, Dkt. No. 32-3; MDL Dkt. No. 2009-3), the Porsche Defendants answered (Case No. 3:16-cv-00295, Dkt. Nos. 41, 42; MDL Dkt. Nos. 2464, 2465), and the parties ultimately resolved their dispute (MDL Dkt. No. 3228).  The Court therefore DENIES the motion to dismiss as moot.

**IT IS SO ORDERED.**

Dated: September 20, 2017

_____
CHARLES R. BREYER
United States District Judge