AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-03068

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Volkswagen Group of America, Inc
was received by me on *(date)* 10/25/2017

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Becky DeGeorge , who is
designated by law to accept service of process on behalf of *(name of organization)* Registered Agent,
Corporation Service Company on *(date)* 10/27/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 20.00 for travel and $ _____ for services, for a total of $ 20.00

I declare under penalty of perjury that this information is true.

Date: 11/01/2017

*Server's signature*

Jenice Rossner, Registered Process Server
*Printed name and title*

Capital Process Service
3104 O Street, #230
Sacramento, CA 95816
*Server's address*

Additional information regarding attempted service, etc:
SEE ATTCHED LIST OF DOCUMENTS SERVED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: VOLKSWAGEN "CLEAN DIESEL"  Case No. 3:15-md-02672-CRB
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| This Document Relates to: ) | Case No. 3:16-cv-03068 |
| ) | |
| JOHNNY D. ALEXANDER  et. al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | |
| ) | |
| VOLKSWAGEN GROUP OF AMERICA, ) | |
| INC. et. al. ) | |
| ) | |
| Defendants ) | |

## LIST OF DOCUMENTS SERVED

1. Summons
2. Civil Cover Sheet
3. First Amended Complaint and Jury Demand
4. Standing Orders (revised June 11, 2015)
5. Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases
6. Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases
7. Notice re Telephonic Appearance Procedures
8. Template Joint Case Management Statement & Proposed Order
9. Consent or Declination to Magistrate Judge Jurisdiction
10. ECF Registration Information Handout