UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN ] <br> "CLEAN"DIESEL" MARKETING, ] <br> SALES PRACTICES, AND ] <br> PRODUCTS LIABILITY LITIGATION ] <br> ] <br> This Document Relates to: ] <br> ] <br> 3:16-cv-02420-CRB ] | MDL No. 2672 CRB (JSC) <br> Case No. 3:15-md-02672-CRB |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
## AND TO BE REMOVED FROM THE CM/ECF SERVICE LIST

Before the Court is a motion to withdraw as counsel and to be removed from the CM/ECF service list filed by Benjamin J. Miller and his office, The Higgins Firm. The Court finds the motion is well taken and should be granted. It is therefore and hereby ORDERED:

1. Benjamin J. Miller and his office, The Higgins Firm, are hereby withdrawn as counsel of record for plaintiffs Shelby Clark and Kristopher Clark.

2. The Clerk is directed to remove attorney Benjamin J. Miller from the CM/ECF service list for docket number 3:15-md-2672-CRB.

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE