# Exhibit A

 

VIA U.S. MAIL AND ELECTRONIC MAIL

DEC 1 8 2017

Volkswagen AG
Berliner Ring 2
38440 Wolfsburg, Germany
Attention: Group General Counsel
Attention: Company Secretary

Audi AG
Auto-Union Straße 1
85045 Ingolstadt, Germany
Attention: Company Secretary

Volkswagen Group of America, Inc.
2200 Ferdinand Porsche Dr.
Herndon, VA 20171
Attention: President
Attention: U.S. General Counsel
Attention: Company Secretary

Volkswagen Group of America
Chattanooga Operations, LLC
8001 Volkswagen Dr.
Chattanooga, TN 37416
Attention: Company Secretary

Robert J. Giuffra, Jr.
Sharon L. Nelles
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Granta Nakayama
King & Spaulding LLP
1700 Pennsylvania Ave., N.W.,
Suite 200
Washington, DC 20006

Re:   Approved Emissions Modification: Generation 2 Passenger Cars of the 3.0 Liter Subject Vehicles

To Whom It May Concern:

Appendix B of the 3.0 liter (3.0L) Partial Consent Decree[1] entered on May 17, 2017 establishes how Defendants shall submit Proposed Emissions Modifications, and how the United States Environmental Protection Agency (EPA) and the California Air Resources Board (CARB) will approve or disapprove any such proposal that Defendants choose to submit. The EPA and CARB have been working with Defendants for many months to evaluate a potential remedy to reduce the NOx pollution from these vehicles. Over these months, Defendants have provided, and the agencies have reviewed, a significant amount of files, data, and materials in support of a

---

[1] In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB (JSC), United States District Court, Northern District of California.

*In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB (JSC), United States District Court, Northern District of California.*

Proposed Emissions Modification for Test Groups EADXJ03.04UG, FVGAJ03.0NU4 and GVGAJ03.0NU4 (collectively Generation 2 Passenger Cars) covering model years 2014-2016 Audi A6 Quattro, A7 Quattro, A8, A8L and Q5 diesel vehicles.

After thoroughly reviewing these materials, including examining and evaluating test data, software descriptions and files, onboard diagnostic system functionality, durability demonstration results, auxiliary emission control device (AECD) descriptions, consumer disclosures, extended warranty plans, and various statements of compliance therein; and after EPA and CARB conducting extensive testing of four vehicles equipped with the Proposed Emissions Modifications; and based upon the certifications of the Defendants that the materials submitted are true, correct and complete, the EPA and CARB have determined that the Proposed Emissions Modification as described by the entirety of Defendants' submissions satisfy the terms and conditions set forth in Appendix B of the 3.0L Partial Consent Decree. Thus, the EPA and CARB hereby approve Defendants' Proposed Emissions Modification for Test Groups EADXJ03.04UG, FVGAJ03.0NU4 and GVGAJ03.0NU4 covering model years 2014-2016 Audi A6 Quattro, A7 Quattro, A8, A8L and Q5 diesel vehicles.

Defendants remain obligated to fulfill all other requirements set forth in Appendix B including, but not limited to, the Final OBD Demonstration Data, Continued Compliance, Extended Warranty, Defeat Device Prohibition, and any other applicable regulatory requirements. Any failure of terms, conditions and regulatory requirements shall be subject to stipulated penalties as specified in the Consent Decree.

Defendants shall, within ten days of the date of this approval, provide all Eligible Owners and Eligible Lessees with notice that the Emissions Modifications for Test Groups EADXJ03.04UG, FVGAJ03.0NU4 and GVGAJ03.0NU4 of the 3.0 Liter Subject Vehicles is available, pursuant to the terms, and in accordance with the requirements of Appendix A and Appendix B of the 3.0L Partial Consent Decree.

*In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672 CRB (JSC), United States District Court, Northern District of California.

Approved Emissions Modifications: Test Groups EADXJ03.04UG, FVGAJ03.0NU4 and GVGAJ03.0NU4 (Generation 2 Passenger Cars) covering model years 2014-2016 Audi A6 Quattro, A7 Quattro, A8, A8L and Q5 diesel vehicles.

FOR THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

*Evan Belser*
for Phillip A. Brooks, Director
Air Enforcement Division
Office of Civil Enforcement
U.S. Environmental Protection Agency

Byron Bunker, Director
Compliance Division
Office of Transportation and Air Quality
U.S. Environmental Protection Agency

In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB (JSC), United States District Court, Northern District of California.

Approved Emissions Modifications: Test Groups EADXJ03.04UG, FVGAJ03.0NU4 and GVGAJ03.0NU4 (Generation 2 Passenger Cars) covering model years 2014-2016 Audi A6 Quattro, A7 Quattro, A8, A8L and Q5 diesel vehicles.

FOR THE CALIFORNIA AIR RESOURCES BOARD

Annette Hebert, Chief
Emissions Compliance
Automotive Regulations and Science Division
California Air Resources Board

Todd Sax, Chief
Enforcement Division
California Air Resources Board