Frederic Fletcher
Fletcher Law Offices
417 2nd Street, Suite 204
Eureka, CA 95501
Telephone (707) 502-2642
Facsimile (888) 979-8171
Email: fletcher@lawca.us
Attorney for Plaintiff Jolian Kangas

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL 2672 CRB (JSC) |
|---|---|
| This Document Relates to: ALL CONSUMER AND RESELLER ACTIONS | **CLASS MEMBER JOLIAN KANGAS' NOTICE OF WITHDRAWING FROM THE 2.0-LITER TDI CONSUMER AND RESELLER DEALERSHIP CLASS ACTION SETTLEMENT, REQUEST FOR SCHEDULING ORDER, AND RESERVATION OF RIGHTS** |

## NOTICE

On October 25, 2016, the Court issued to following Order:

For Settlement Class Members who, because a Fix has not become available, withdraw from the class between May 1, 2018 and June 1, 2018, the statutes of limitations on claims asserted on behalf of those Settlement Class Members in this MDL shall be tolled from the date of the Preliminary Approval Order to the date such Settlement Class Members withdraw from the Settlement Class.

[Dkt 2102]

Class Member Jolian Kangas ("Kangas") received notice months ago a Fix will not

be available for his vehicle. Kangas hereby withdraws from the class settlement and class action in the 2.0 TDI Consumer and Reseller Dealership Class Action. Kangas requests the Court issue a Scheduling Order, as Kangas was prevented from taking any actions until this date.  Kangas further requests Defendants conduct a FRCP 26(f) conference with his counsel within the next 21-days.  Kangas reserves the right to a jury trial in the Eastern District of California wherein this matter was originally filed.  Kangas could not oppose the transfer of his case to this District while the stay was in effect.  In the event this Court refuses to enforce the discovery rules against Defendants, Kangas reserves the right to request this matter be transferred back to the Eastern District for pretrial matters.  Kangas is concerned this Court may be more focused on protecting the reputation of the class settlement than allowing the opt-out parties to vindicate their rights.

Dated:  May 1, 2018

/s/ Frederic Fletcher
Frederic Fletcher
Fletcher Law Offices
417 2nd Street, Suite 204
Eureka, CA 95501
Telephone (707) 502-2642
Facsimile (888) 979-817
Email: fletcher@lawca.us
Attorney for Plaintiff Jolian Kangas

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2018, I caused the foregoing to be filed with the United States District Court for the Northern District of California, San Francisco Division, via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

/s/ Frederic Fletcher.