1 MICHAEL E. HEYGOOD, ESQ.
CHARLES MILLER, ESQ./SBN: 276523
**HEYGOOD, ORR & PEARSON**
2 6363 North State Highway 161
Suite 450
3 Irving, Texas 75038
Telephone: (214) 237-9001
4 Facsimile: (214) 237-9002

5 **Attorneys for Plaintiffs**

6                         UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                              SAN FRANCISCO DIVISION

8

9 IN RE: VOLKSWAGEN "CLEAN DIESEL"          Case No. 3:15-md-02672-CRB
   MARKETING, SALES PRACTICES, AND
10 PRODUCTS LIABILITY LITIGATION

11 This Document Relates to:                )
                                            )
12 Hanson et al. v. Volkswagen              )
   Volkswagen Aktiengesellschaft et al.     )
13 Case No. 3:17-cv-064976 (NDCA)           )
                                            )
14                                          )
                                            )
15                      .                    )   **ORDER GRANTING APPLICATION**
                                            )   **FOR SPECIAL APPOINTMENT**
16                                          )   **OF PROCESS SERVER TO**
                                            )   **TRANSMIT PLEADINGS ABROAD**
17                                          )   **FOR SERVICE**
                                            )
18                                          )   The Honorable Charles Breyer
                                            )
19

20

21

22

23

24

25

26

27

28

                                        1

**ORDER GRANTING APPLICATION FOR
SPECIAL APPOINTMENT OF PROCESS SERVER TO TRANSMIT
<u>PLEADINGS ABROAD FOR SERVICE</u>**

**CAME ON FOR CONSIDERATION** Plaintiffs' Application for Special Appointment of Process Server to Transmit Pleadings Abroad. After consideration of the briefing, the evidence, and the argument of counsel, the Court is of the opinion that the Application should be **GRANTED** and that such an appointment should be made.

IT IS HEREBY ORDERED that JOHN PIERCEALL, and agents of Ancillary Legal Corporation, are specially appointed, authorized, and directed to prepare and deliver the treaty transmittal documents necessary to accompany the summons and complaint and the translations of these documents for service on Defendant Dr. Ing. h.c. F. Porsche Aktiengesellschaft, in Germany to the appropriate German Central Authority pursuant to the Hague Convention (*The Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil or Commercial Matters, 20 UST 362*).

DATED: <u>May 1, 2018</u>

_____
United States District Judge