William B. Monahan (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendant Volkswagen Group of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: VOLKSWAGEN CLEAN DIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Civil Action No.:  3:16-cv-02310-CRB<br><br>*Matthew Arce, Devyn Born, Edward Burchette, Ahmed Elawady, Carolyn English, Christopher Flippo, David Guenzel, Sami A. Halaby, Willie Harris, Matthew Keener, Robert Lach, Marcus Brandon Lee, Alex McLauchlin, James Morgan, Suzette Perkins, Zachary Riggan, Hermes Rodriguez, Thomas Schlesinger, David Shaw, June Shaw, Robert Sterling*,<br><br>            Plaintiffs,<br>      v.<br><br>*Volkswagen Group of America, Inc.*,<br><br>            Defendant. | MDL NO.: 2672 CRB (JSC) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**PURSUANT TO RULE 41(a)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Matthew Arce, Devyn Born, Edward Burchette, Ahmed Elawady, Carolyn English, Christopher Flippo, David Guenzel, Sami A. Halaby, Willie Harris, Matthew Keener, Robert Lach, Marcus Brandon Lee, Alex McLauchlin, James

Morgan, Suzette Perkins, Zachary Riggan, Hermes Rodriguez, Thomas Schlesinger, David Shaw, June Shaw, and Robert Sterling, hereby voluntarily dismiss the above-listed action with prejudice. Counsel for Defendant, Volkswagen Group of America, Inc., stipulates to dismissal by their signature below.

DATED: June 21, 2018

Respectfully submitted,

 */s/  Ruth Allen*
RUTH ALLEN
7413 Six Forks Road, Suite 326
Raleigh, North Carolina 27615
Telephone: (203) 653-2250
E-mail: rallen@lemberglaw.com

*Attorney for Plaintiffs*

SULLIVAN & CROMWELL LLP

*/s/  William B. Monahan*
William B. Monahan
125 Broad Street
New York, New York 10004
Telephone: (212) 558-7375
Email: monahanw@sullcrom.com

*Attorney for Defendant*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

*/s/  William B. Monahan*
William B. Monahan

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ William B. Monahan*
William B. Monahan