UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br>_____/ | MDL No. 2672 CRB (JSC)<br><br>**ORDER GRANTING MOTION TO ENFORCE SETTLEMENT RELEASE AGAINST CLASS MEMBER MARIA LUISA MACIEL** |
| This Order Relates To:<br>Dkt. No. 5068<br>_____/ | |

On June 29, 2018, the Court ordered 2.0-liter class member Maria Luisa Maciel to show cause, if any, for why the Court should not enjoin her from continuing to pursue released claims in her suit against Volkswagen Group of America, Inc. ("VWGoA") and Ancira Volkswagen of Laredo in Texas state court. (Dkt. No. 5114.) Ms. Maciel has not shown cause and the date by which to do so has now passed. The Court therefore GRANTS VWGoA's motion to enforce the 2.0-liter settlement release against Ms. Maciel and, pursuant to the All Writs Act, 28 U.S.C. § 1651, the Court ENJOINS Ms. Maciel from continuing to prosecute the released claims in her state court suit in the 406th Judicial District Court of Webb County, Texas, Case No. 2017CVK001839D4.

**IT IS SO ORDERED.**

Dated: July 31, 2018

_____
CHARLES R. BREYER
United States District Judge