DAVID N. BARRY, ESQ. (SBN 219230)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiffs, FRANCIS NG and HELEN NG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS NG, an individual; HELEN NG, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation; DDS ENTERPRISES, INC dba SUNNYVALE VOLKSWAGEN, a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Master Case No. 3:15-md-02672-CRB<br><br>Case No. 3:18-cv-02343-CRB<br><br>(Removed from Santa Clara Superior Court, Case No. 18CV324997)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**Action Filed: March 14, 2018**<br>**Trial Date: None**<br><br>*District Judge Charles R. Breyer* |

PLAINTIFFS FRANCIS NG and HELEN NG by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses their claims in the above titled action without prejudice, and without fees or costs to either party.

Date:  August 7, 2018                              THE BARRY LAW FIRM


                                        By:  /s/ David N. Barry
                                            DAVID N. BARRY, ESQ.
                                            Attorney for Plaintiffs,
                                            FRANCIS NG and HELEN NG

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018, I filed the foregoing document entitled **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

       /s/ David N. Barry