UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯/ This Order Relates To: MDL Dkt. No. 4493 *Nemet v. Volkswagen Group of America, Inc.*, No. 3:17-cv-04372-CRB ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯/ | MDL No. 2672 CRB (JSC) **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

Plaintiffs in *Nemet* have filed an administrative motion to file portions of their complaint under seal. The request to seal is limited to the names and job titles of certain Bosch and Volkswagen employees who are not parties in this action. On several prior occasions in this MDL, the Court has held that redacting the names and job titles of certain non-parties was supported by a compelling reason: that disclosure of the employees' identifying information would infringe on those individuals' privacy rights. (*See* Dkt. Nos. 1767, 2059, 4049.) The Court reaches the same conclusion here. The requested redactions are narrowly tailored to non-parties whose names and titles are not relevant to the dispute and the disclosure of their identifying information would infringe on their privacy rights.

The administrative motion to seal is GRANTED. The unredacted version of the complaint shall remain under seal and the public will have access to the redacted version, which is available at Docket No. 7 in *Nemet v. Volkswagen Group of America, Inc.*, No. 3:17-cv-04372-CRB.

**IT IS SO ORDERED.**

Dated: August 23, 2018

_____
CHARLES R. BREYER
United States District Judge