UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____/ This Document Relates To: Securities Actions *George Leon Family Trust*, No. 15-6166 *City of St. Clair Shores*, No. 15-6167 *Travalio*, No. 15-6168 *Wolfenbarger*, No. 16-184 *Charter Twp. of Clinton*, No. 16-190 _____/ | MDL No. 2672 CRB (JSC) **[PROPOSED ORDER] GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE
LIMITATIONS FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
MDL No. 2672 CRB (JSC)

Before the Court is Plaintiffs' Unopposed Administrative Motion for Leave to Exceed Page Limitations on Plaintiffs' Motion and Memorandum of Points and Authorities in Support for Preliminary Approval of the Settlement of the Securities Actions (the "Motion"). The Motion is **GRANTED** for the reasons stated therein, and Plaintiffs are granted leave to file a Motion and Memorandum of Points and Authorities in Support for Preliminary Approval of the Settlement of the Securities Actions not to exceed 25 pages.

**IT IS SO ORDERED.**

Dated: August 27, 2018

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
MDL No. 2672 CRB (JSC)

2