1  Robert J. Giuffra, Jr. (*admitted pro hac vice*)
2  Sharon L. Nelles (*admitted pro hac vice*)
   Suhana S. Han (*admitted pro hac vice*)
3  William H. Wagener (*admitted pro hac vice*)
   SULLIVAN & CROMWELL LLP
4  125 Broad Street
   New York, New York 10004
5  Telephone:   (212) 558-4000
   Facsimile:   (212) 558-3588
6
7  Laura Kabler Oswell (State Bar No. 241281)
   SULLIVAN & CROMWELL LLP
8  1870 Embarcadero Road
   Palo Alto, California 94303
9  Telephone:   (650) 461-5600
   Facsimile:   (650) 461-5700
10
11 *Attorneys for Defendants Volkswagen AG,*
   *Volkswagen Group of America, Inc.*
12 *and Volkswagen Group of America Finance, LLC*

13                       **UNITED STATES DISTRICT COURT**

14                       **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | IN RE: VOLKSWAGEN "CLEAN           )
17 | DIESEL" MARKETING, SALES           ) MDL No. 2672 CRB (JSC)
   | PRACTICES, AND PRODUCTS            )
18 | LIABILITY LITIGATION               ) **STIPULATION AND ORDER EXTENDING**
   |                                    ) **DEADLINE FOR DEFENDANTS' ANSWERS**
19 | This Document Relates to:          )
   |                                    ) The Honorable Charles R. Breyer
20 | *BRS* v. *Volkswagen AG, et al.*, Case No. )
   | 16-cv-3435 ("Bondholders Securities )
21 | Action")                           )
22 |                                    )

This Stipulation is entered into between Defendants Volkswagen AG, Volkswagen Group of America, Inc. and Volkswagen Group of America Finance, LLC (the "Corporate Defendants"), Defendants Michael Horn and Martin Winterkorn (together with the Corporate Defendants, "Defendants"), and Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration ("Plaintiff") (collectively with Defendants, the "Parties").

WHEREAS, on April 2, 2018, Plaintiff filed its Second Amended Class Action Complaint for Violations of the Federal Securities Laws Regarding Volkswagen Bonds ("Second Amended Complaint") (ECF. No. 4956);

WHEREAS, on May 2, 2018, Corporate Defendants and Martin Winterkorn filed a Motion to Dismiss the Second Amended Complaint (ECF. No. 5021);

WHEREAS, on May 2, 2018, Defendant Michael Horn filed a Motion to Dismiss the Second Amended Complaint (ECF. No. 5019);

WHEREAS, on September 7, 2018, the Court denied Defendants' Motions to dismiss and ordered that Defendants answer the Second Amended Complaint by September 28, 2018 (ECF. No. 5339);

WHEREAS, Defendants have not previously requested an extension of their time to answer the Second Amended Complaint

WHEREAS, Plaintiffs do not oppose a 60-day extension of Defendants' time to answer the Second Amended Complaint;

IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their respective counsel of record, that, subject to the Court's approval, Defendants' answers to the Second Amended Complaint will be filed no later than November 27, 2018.

IT IS SO STIPULATED.

Dated: September 21, 2018

Respectfully submitted,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr. (*admitted pro hac vice*)
Sharon L. Nelles (*admitted pro hac vice*)
Suhana S. Han (*admitted pro hac vice*)

William H. Wagener (*admitted pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

Laura Kabler Oswell (State Bar No. 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

*Attorneys for Defendants Volkswagen AG,*
*Volkswagen Group of America, Inc.*
*and Volkswagen Group of America Finance, LLC*

/s/ Joseph Gonzalez
David Schertler (*admitted pro hac vice*)
Lisa Manning (*admitted pro hac vice*)
Joseph Gonzalez (*admitted pro hac vice*)
901 New York Avenue, N.W. Suite 500
Washington, DC 20001
Telephone:    (202) 628-4199
Facsimile:    (202) 628-4177

*Attorneys for Defendant Michael Horn*

/s/ Christopher J. Stanley
Gregory P. Joseph (*admitted pro hac vice*)
Peter R. Jerdee (*admitted pro hac vice*)
Christopher J. Stanley (*admitted pro hac vice*)
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone:    (212) 407-1210
Facsimile:    (212) 407-1280

*Attorneys for Defendant Martin Winterkorn*

/s/ Ian D. Berg
Ian D. Berg (State Bar No. 263586)
Takeo A. Kellar (State Bar No. 234470)
ABRAHAM, FRUCHTER & TWERSKY, LLP
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone:    (858) 764-2580
Facsimile:    (858) 764-2582

| | |
|---|---|
| 1 | |
| 2 | *Attorneys for Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration* |

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: September 21, 2018

_____

CHARLES R. BREYER

United States District Judge