H. Clayton Walker, Jr.
Robert L. Reibold
Haynsworth Sinkler Boyd, PA
1201 Main Street – 22nd Floor
Columbia, SC 29201
Telephone:     (803) 779-3080
Facsimile:     (803) 765-1243
cwalker@hsblawfirm.com
rreibold@hsblawfirm.com

**Counsel for Plaintiff Columbia Automotive, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION* | MDL No. 02672- CRB (JSC) |
| This submission relates to: | REQUEST FOR REMOVAL FROM SERVICE LIST |
| *Columbia Automotive, LLC v. Volkswagen Group of America*, No. 3:17-cv-5763-CRB | |

The Complaint of *Columbia Automotive, LLC v. Volkswagen Group of America*, Civ. Action 1:17-cv-02461-ODE filed on June 29, 2017 through its undersigned counsel of record has been dismissed.

Accordingly, the undersigned counsel, H. Clayton Walker, Jr., Esq. respectfully requests to be removed from the service list in this matter: cwalker@hsblawfirm.com.

Dated: October 5, 2018               Respectfully submitted,


                                     /s/ H. CLAYTON WALKER, JR._____
                                     H. Clayton Walker, Jr. (ID 4489)
                                     HAYNSWORTH SINKLER BOYD, PA
                                     1201 Main Street – 22nd Floor
                                     Columbia, SC 29201
                                     Telephone:     (803) 779-3080
                                     Facsimile:     (803) 765-1243
                                     cwalker@hsblawfirm.com

                                     **Counsel for Plaintiff Columbia Automotive, LLC**