**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
Russell Higgins (SBN 226124)
russellh@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs
Listed in Appendix A

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>(See Appendix A for case list and case numbers) | **Case No.: 3:15-md-02672-CRB**<br><br>**NOTICE OF SUBMISSION OF PLAINTIFF'S <u>CONFIDENTIAL</u> MEDIATION BRIEF**<br><br>Date: October 15, 2018<br>Time: 9:30 a.m.<br><br>Action Filed: December 8, 2015<br>Trial Date: None set |

**TO DEFENDANT AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on October 9, 2018, Plaintiffs Listed in Appendix A ("Plaintiffs") submitted their <u>CONFIDENTIAL</u> MEDIATION BRIEF to the chambers of Magistrate Judge Jacqueline Scott Corley.

Dated: October 10, 2018

Respectfully Submitted,
**KNIGHT LAW GROUP LLP**
 <u>/s/ Steve Mikhov</u>
**S**teve Mikhov (SBN 224676)
10250 Constellation Boulevard Ste 2500
Los Angeles, CA 90067
Telephone: 310-552-2250
Fax: 310-552-7973
stevemusfc@knightlaw.com