Charles W. German (*Pro Hac Vice*)
Jeremy M. Suhr *(Pro Hac Vice)*
Nicholas E. Draper *(Pro Hac Vice)*
GERMAN MAY PC
1201 Walnut, Suite 2000
Kansas City, MO 64106
Telephone:    (816) 471-7700
Facsimile:     (816) 471-2221
charleyg@germanmay.com
jeremys@germanmay.com
nickd@germanmay.com

Steven White (*Pro Hac Vice*)
William Carr *(Pro Hac Vice)*
Bryan White *(Pro Hac Vice)*
WHITE GRAHAM BUCKLEY & CARR
19049 E. Valley View Parkway
Independence, MO 64055
Telephone:    (816) 373-9080
Facsimile:     (816) 373-9319
swhite@wagblaw.com
bcarr@wagblaw.com
bwhite@wagblaw.com

***Counsel for Plaintiff Molle Automotive***
***Group, LLC d/b/a Molle Volkswagen***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.:  3:15-md-02672-CRB |
| | Hon. Charles R. Breyer |
| This document relates to: | **NOTICE OF WITHDRAWAL OF JEREMY M. SUHR AS ATTORNEY OF RECORD FOR MOLLE AUTOMOTIVE GROUP, LLC d/b/a MOLLE VOLKSWAGEN** |
| Molle Automotive Group, LLC d/b/a Molle Volkswagen v. Volkswagen Group of America, Case No.  3:16-cv-05788-CRB | |

1    **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**

2    **RECORD:**

3         PLEASE TAKE NOTICE that Jeremy M. Suhr is withdrawing as counsel of record for

4    Plaintiff Molle Automotive Group, LLC d/b/a Molle Volkswagen ("Molle") in the above-captioned

5    case.

6         Charles W. German and Nicholas E. Draper of German May PC and Steven White, William

7    Carr, and Bryan White of White Graham Buckley & Carr, who have appeared in this matter, remain

8    counsel of record for Molle.

9         Jeremy M. Suhr should be removed from the Court's docket in this case and should no longer

10   receive service of docket-related activity in this case.

11        Pursuant to Local Rule 11.5(a), a [Proposed] Order Granting Withdrawal of Jeremy M. Suhr

12   as Counsel for Molle is filed concurrently with this Notice for entry by the Court.

13

14   Dated: October 26, 2018                    Respectfully submitted,

15                                              GERMAN MAY PC

16
                                               By    /s/  Jeremy M. Suhr
17                                                    Jeremy M. Suhr          (*Pro Hac Vice)*
                                                     1201 Walnut Street, 20th Floor
18                                                    Kansas City, MO 64106
                                                     Tele: (816) 471-7700
19                                                    Fax:  (816) 471-2221
                                                     jeremys@germanmay.com
20

21

22

23

24

25

26

27
                                          - 2 -

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on October 26, 2018, I electronically filed the foregoing document with

3   the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to

4   counsel of record for this case.

5

6                                                    By _/s/_ Jeremy M. Suhr

7   .

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                         - 3 -

28      NOTICE OF WITHDRAWAL OF JEREMY M. SUHR AS ATTORNEY OF RECORD
        FOR MOLLE AUTOMOTIVE GROUP, LLC d/b/a MOLLE VOLKSWAGEN – 3:16-cv-05788-CRB