ABRAHAM, FRUCHTER
   & TWERSKY, LLP
IAN D. BERG   (Bar No. 263586)
TAKEO A. KELLAR   (Bar No. 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel:   (858) 764-2580
Fax:   (858) 764-2582
*iberg@aftlaw.com*
*tkellar@aftlaw.com*

*Attorneys for Lead Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) <br><br> **[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE SEPTEMBER 7, 2018 ORDER RE: PLAINTIFF'S MOTION TO AMEND THE COMPLAINT** <br><br> Judge:    Hon. Charles R. Breyer <br> Courtroom:   6, 17th Floor |
| This Document Relates To: <br><br> *BRS v. Volkswagen AG, et al.,* Case No. 16-cv-3435 ("Bondholders Securities Action") | |

1  In accordance with Civil L.R. 7-9 and Fed. R. Civ. P. 15, and having reconsidered the Court's September 7, 2018 Order denying Plaintiff's motion for leave to file an Amended Complaint, and with good cause appearing thereon, IT IS HEREBY ORDERED THAT Lead Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration is hereby GRANTED leave to file its amended complaint to allege claims pursuant to Section 20A of the Securities Exchange Act of 1934.

IT IS SO ORDERED.

Dated: _____               _____
                                     Honorable Charles R. Breyer
                                     UNITED STATES DISTRICT JUDGE