Richard C. Dalton
RICHARD C. DALTON, L.L.C.
California Bar No. 268598
Texas Bar No. 24033539
Louisiana Bar No. 23017
1343 West Causeway Approach
Mandeville, Louisiana  70471
Email: rick@rickdaltonlaw.com
Tel.: (985) 778-2215
Fax: (985) 778-2233

Kevin R. Duck (Admitted Pro Hac Vice)
DUCK LAW FIRM, LLC
Louisiana Bar No. 23043
5040 Ambassador Caffery Pkwy., 2nd Floor
Lafayette, Louisiana 70508
Email: krd@ducklawfirm.com
Tel.: (337) 406-1144
Fax: (337) 406-1050

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * | MDL NO: 3:15-md-2672-CRB |
| This Document relates to Case No.: 3:16-cv-02818 *Laurie Andre, et al v. Volkswagen Group of America, Inc.* | * * | MOTION TO WITHDRAW AS COUNSEL OF RECORD |

COMES NOW Richard C. Dalton of Richard C. Dalton, LLC and Kevin R. Duck of Duck Law Firm, LLC, and hereby files this Motion to Withdraw as Counsel of Record for certain parties in this action, showing this Honorable Court as follows:

1. Movants were retained as counsel of record for Case Number 2:16-cv-03204 filed in the Central District of California on May 10, 2016 on behalf of Plaintiffs, Bachitter Chase, Kailash Chase, Byron Borman, Karen Borman and Rosalio Roman.

MOTION TO WITHDRAW AS
COUNSEL OF RECORD                                                                                              -1-

2. The case was transferred to the present MDL Court on May 23, 2016.

3. The Plaintiffs, Bachitter Chase and Kailash Chase, terminated the services of Richard C. Dalton and Kevin R. Duck. Further, the undersigned understands from counsel for Volkswagen that Plaintiffs, Bachitter Chase and Kailash Chase, have accepted the MDL settlement and completed participation in the MDL settlement program, thereby releasing all claims against Volkswagen.

4. The undersigned understands from counsel for Volkswagen that Plaintiffs, Byron Borman and Karen Borman, have accepted the MDL settlement and completed participation in the MDL settlement program, thereby releasing all claims against Volkswagen.

5. The undersigned understands from counsel for Volkswagen that Plaintiff, Rosalio Roman, has accepted the MDL settlement and completed participation in the MDL settlement program, thereby releasing all claims against Volkswagen.

WHEREFORE, Richard C. Dalton and his firm, Richard C. Dalton, LLC, and Kevin R. Duck and his firm, Duck Law Firm, LLC, respectfully move this Honorable Court to allow them to be withdrawn as counsel of record for Plaintiffs, Bachitter Chase, Kailash Chase, Byron Borman, Karen Borman and Rosalio Roman.

The VOLKSWAGEN DEFENDANTS do not oppose the granting of this Motion.

DATED: December 19, 2018.

RESPECTFULLY SUBMITTED BY:

/s/ Richard C. Dalton

_____
Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
1343 West Causeway Approach
Mandeville, Louisiana 70471
E-mail: rick@rickdaltonlaw.com
Tel. (985) 778-2215
Fax: (985) 778-2233

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

This is to certify that on December 19, 2018, a copy of the foregoing instrument was electronically filed with the Court through its CM/ECF program, which will electronically mail notice to all attorneys of record in said case through the same program.

/s/ Richard C. Dalton
Richard C. Dalton