MICHAEL E. HEYGOOD, ESQ.
CHARLES MILLER, ESQ./SBN: 276523
**HEYGOOD, ORR & PEARSON**
6363 North State Highway 161
Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002

**Attorney for Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:15-md-02672-CRB |
| This Document Relates to: ) <br> ) <br> RANDALL BILYEU et al. ) <br> ) <br> Plaintiffs ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> VOLKWAGEN GROUP OF AMERICA, ) <br> INC. et al. ) <br> ) <br> Defendants ) | Case No. 3:17-cv-05074 <br><br> **STIPULATION OF DISMISSAL AS TO CERTAIN PLAINTIFFS** <br><br> The Honorable Charles Breyer <br><br> Date: <br> Time: <br><br> Complaint Filed: October 15, 2015 |

**<u>STIPULATION OF DISMISSAL AS TO CERTAIN PLAINTIFFS</u>**

The parties hereby stipulate and agree that all of the claims for the Plaintiffs set forth below are hereby dismissed with prejudice, with each side to bear its own costs.

-1-

<u>Plaintiffs who are Dismissing Their Claims</u>

1. William Mayes

The parties hereby stipulate and agree that the claims brought by all other Plaintiffs not listed above remain and that this Stipulation does not in any way impact or affect the claims of those Plaintiffs not listed above.

DATED: January 18, 2019.

                                                                Respectfully submitted,

*/s/ Charles Miller*_____
Charles Miller, SBN 276523
charles@hop-law.com
Michael E. Heygood
michael@hop-law.com
**HEYGOOD, ORR & PEARSON**
6363 North State Highway 161
Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002

Craig M. Patrick, SBN 255849
PATRICK LAW FIRM, P.C.
6244 E. Lovers Lane
Dallas, Texas 75214
Telephone: (214) 390-3343
Facsimile: (469) 914-6565
craig@patricklaw.com

**ATTORNEYS FOR PLAINTIFFS**

*/s/ William B. Monahan*_____
William B. Monahan (admitted *pro hac vice*)
SULLIVAN & CROMWELL, LLP
125 Broad St.
New York, NY 10004
monahanw@sullcrom.com

**Counsel for Defendant Volkswagen Group of America, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2019, I filed the foregoing from the Service List and a copy has been served on all Parties required to be served by electronically filing with the Clerk of the Court of the U. S. District Court for the Northern District of California, San Francisco Division, by using the CM/ECF system.

*/s/ Charles Miller*_____
