Earl P. Underwood, Jr.
Underwood & Riemer, P.C.
21 South Section Street
Fairhope, Alabama 36532
Phone Number:         251-990-5558
Facsimile Number:    251-990-0626
epunderwood@alalaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,<br><br>Sarah Hyche, Norma Eubanks and Betty Weaver. | Case No.: 3:15-MD-02672-CRB<br><br>Regarding Dist. Cali. Case Nos.: 3:16-cv-4548-CRB; 3:16-cv-6167-CRB; 3:16-cv-06488-CRB; 2:16-CV-223<br><br>NOTICE OF DISMISSAL AS TO CERTAIN PLAINTIFFS |

## **NOTICE OF DISMISSAL AS TO CERTAIN PLAINTIFFS**

Now come the above Plaintiffs and hereby dismiss their cases pursuant to FRCP 41(a)(1)(i).

## **PLAINTIFFS WHO ARE DISMISSING THEIR CLAIMS**

1. Sarah Hyche          3:16-cv-4548-CRB
2. Norma Eubanks    3:16-cv-6167-CRB
3. Betty Weaver         3:16-cv-06488-CRB
4. Tony and Annette Threadgill 2:16-CV-223

DATED: January 28, 2019.

                                    Respectfully Submitted,

*/s/ Earl P. Underwood, Jr.*
Earl P. Underwood, Jr.
Underwood & Riemer, P.C.
21 South Section Street
Fairhope, AL 36532
Telephone:     251-990-5558
Facsimile:      251-990-0626
epunderwood@alalaw.com
***Counsel for Plaintiffs***

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2019 I filed and a copy has been served on all Parties required to be served by electronically filing with the Clerk of the Court in the U.S. District Court for the Northern District of California, San Francisco Division, by using the CM/ECF system.

*/s/ Earl P. Underwood, Jr.*
Earl P. Underwood, Jr.