UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| This Order Relates To:<br>MDL Dkt. No. 3648, 3651, 3652, 3656 | **ORDER DENYING MOTIONS TO REMAND** |

The Court recently denied ECF No. 3654, a motion to remand that was filed by counsel at Daniels, Fine, Israel, Schonbuch & Lebovits LLP and the Knight Law Group LLP on behalf of plaintiffs in 34 separate cases that were originally filed in California state court and then removed by Volkswagen Group of America, Inc. to federal court. (*See* MDL Dkt. No. 5904 (order denying ECF No. 3654).)

The ECF Nos. 3648, 3651, 3652, and 3656 motions to remand are identical to the ECF No. 3654 motion. They were filed by the same counsel on behalf of the same plaintiffs, and they track verbatim the arguments raised in ECF No. 3654. Because they are identical, the Court DENIES them for the same reasons stated in the Court's order denying ECF No. 3654.

**IT IS SO ORDERED.**

Dated: February 27, 2019

CHARLES R. BREYER
United States District Judge