**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
JAMES A. HARROD (*pro hac vice*)
JAI CHANDRASEKHAR (*pro hac vice*)
ADAM D. HOLLANDER (*pro hac vice*)
KATE W. AUFSES (*pro hac vice*)
Jim.Harrod@blbglaw.com
Jai@blbglaw.com
Adam.Hollander@blbglaw.com
Kate.Aufses@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Attorneys for Lead Plaintiff ASHERS,
Plaintiff Miami Police,
and Lead Counsel in the Securities Actions*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| _____/ | **PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS ON FINAL APPROVAL AND ATTORNEYS' FEES MOTIONS** |
| This Document Relates To: Securities Actions | |
| *City of St. Clair Shores*, 15-1228 (E.D. Va.) *Travalio*, 15-7157 (D.N.J.) *George Leon Family Trust*, 15-7283 (D.N.J.) *Charter Twp. of Clinton*, 15-13999 (E.D. Mich.) *Wolfenbarger*, 15-326 (E.D. Tenn.) | |
| _____/ | |

1
2
3
4
5
6
7
8

Pursuant to the Court's Order Granting Motion for Preliminary Approval of Settlement (ECF No. 5593) ("Preliminary Approval Order"), Plaintiffs in the above-captioned securities class action (the "Securities Action"), Arkansas State Highway Employees' Retirement System and Miami Police Relief and Pension Fund (collectively, "Plaintiffs'), intend to file a Motion for Final Approval of the Settlement of the Securities Action ("Final Approval Motion"), and Lead Counsel, Bernstein Litowitz Berger & Grossmann LLP, intends to file a Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Attorneys' Fees Motion") by April 5, 2019. Each Motion would ordinarily be subject to a limit of 15 pages under this Court's Standing Orders.

9
10
11
12

Pursuant to Local Rule 7-11, Plaintiffs and Lead Counsel respectfully request an Order authorizing them to file the Final Approval Motion and the Fee and Expense Motion, and supporting memoranda of points and authorities, in excess of the 15-page limit set forth in the Court's Standing Orders.

13

**RELIEF REQUESTED**

14
15
16
17
18
19

Through this Motion, Plaintiffs seek entry of the [Proposed] Order Granting Leave to Exceed Page Limitations on Final Approval and Attorneys' Fees Motions, which would permit (1) Plaintiffs to file a Motion and Memorandum of Points and Authorities in Support of the Final Approval Motion not to exceed 25 pages in length; and (2) Lead Counsel to file a Motion and Memorandum of Points and Authorities in Support of the Attorneys' Fees Motion not to exceed 25 pages in length.

20

**RELEVANT BACKGROUND**

21
22
23
24
25
26
27

As the Court is aware, the Securities Action asserts claims on behalf of investors who purchased VWAG Ordinary and Preferred ADRs from November 19, 2010 through January 4, 2016. In particular, the action alleges, *inter alia*, that Defendants violated the federal securities laws by failing to disclose that Volkswagen sold approximately 585,000 diesel vehicles in the United States and millions in other countries that were equipped with "defeat devices," and by misrepresenting that Volkswagen's diesel vehicles complied with US and European Union emissions regulations. Plaintiffs allege that Defendants' false statements artificially inflated the

28

prices of VWAG Ordinary and Preferred ADRs, which resulted in massive losses to investors when the truth was revealed to the public in a series of corrective disclosures from September 2015 to January 2016. Defendants dispute Plaintiffs' allegations and claims.

On August 27, 2018, the parties entered into the Stipulation and Agreement of Settlement (ECF No. 5267-1) (the "Stipulation") setting forth the terms and conditions of the proposed Settlement of the Securities Action. On August 28, 2018, Plaintiffs submitted the Stipulation to the Court as part of Plaintiffs' motion for preliminary approval of the Settlement. ECF No. 5267.

On November 28, 2018, the Court entered the Preliminary Approval Order (ECF No. 5593), which, among other things, preliminarily approved the Settlement, conditionally certified the Settlement Class for settlement purposes, approved the procedure for providing notice of the Settlement to the Settlement Class, and set the schedule for final approval of the Settlement. Under the schedule set by the Court in the Preliminary Approval Order, (1) the deadline for filing the motion for final approval of the Settlement and the motion for approval of attorneys' fees and expenses is April 5, 2019, (2) the deadline for class members to file objections or requests for exclusion is April 18, 2019, (3) the deadline for filing reply papers in support of the final approval and fee and expense motions is May 3, 2019, and (4) the date of the Court's final fairness hearing is May 10, 2019. ECF No. 5593.

## ARGUMENT

This Court's standing Orders provide that "Memoranda of Points and Authorities in support of . . . any motions filed in an action . . . may not exceed 15 pages in length," absent a showing of good cause.

Plaintiffs and Lead Counsel respectfully request to be excused from these page limitations for good cause. Specifically, Plaintiffs and Lead Counsel need additional pages for their respective Motions in order to provide the Court with more detailed explanations of the considerations that support final approval of the proposed Settlement and the request for attorneys' fees and litigation expenses, in light of the magnitude and complexity of the Securities Action and the multi-factor

1    analysis established by Rule 23 of the Federal Rules of Civil Procedures and the Ninth Circuit for

2    review of class action settlements.

3         Lead Counsel met and conferred with Defendants' counsel, who do not oppose the

4    requested enlargement of the page limits for the Final Approval and Fee and Expense Motions.

5                                        **CONCLUSION**

6         For the foregoing reasons, Plaintiffs respectfully request an Order granting the relief

7    requested. A copy of the proposed Order is attached hereto.

8    Dated: March 22, 2019                    Respectfully submitted,

9
10                                            **BERNSTEIN LITOWITZ BERGER &**
                                              **GROSSMANN LLP**

11
12                                            By:   *James A. Harrod*
                                              JAMES A. HARROD (*pro hac vice*)
                                              JAI CHANDRASEKHAR (*pro hac vice*)
13                                            ADAM D. HOLLANDER (*pro hac vice*)
                                              KATE W. AUFSES (*pro hac vice*)
14                                            Jim.Harrod@blbglaw.com
                                              Jai@blbglaw.com
15                                            Adam.Hollander@blbglaw.com
                                              Kate.Aufses@blbglaw.com
16                                            1251 Avenue of the Americas
                                              New York, NY 10020
17                                            Tel: (212) 554-1400
                                              Fax: (212) 554-1444
18
                                              *Attorneys for Lead Plaintiff ASHERS,*
19                                            *Plaintiff Miami Police,*
                                              *and Lead Counsel in the Securities Actions*
20
                                              **KLAUSNER KAUFMAN JENSEN &**
21                                            **LEVINSON**
                                              Robert D. Klausner
22                                            Stuart A. Kaufman
                                              bob@robertdklausner.com
23                                            stu@robertdklausner.com
                                              780 NW 4th Street
24                                            Plantation, FL 33317
                                              Telephone: (954) 916-1202
25                                            Facsimile: (954) 916-1232

26                                            *Counsel for Plaintiff Miami Police*

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                  */s/ James A. Harrod*
                                   JAMES A. HARROD

PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS ON FINAL APPROVAL AND ATTORNEYS' FEES MOTIONS
MDL No. 2672 CRB (JSC)

4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

_____/

This Document Relates To: Securities Actions

*City of St. Clair Shores*, 15-1228 (E.D. Va.)
*Travalio*, 15-7157 (D.N.J.)
*George Leon Family Trust*, 15-7283 (D.N.J.)
*Charter Twp. of Clinton*, 15-13999 (E.D. Mich.)
*Wolfenbarger*, 15-326 (E.D. Tenn.)

_____/

MDL No. 2672 CRB (JSC)

**[PROPOSED] ORDER GRANTING
LEAVE TO EXCEED PAGE
LIMITATIONS ON FINAL APPROVAL
AND ATTORNEYS' FEES MOTIONS**

[PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITATIONS ON FINAL
APPROVAL AND ATTORNEYS' FEES MOTIONS
MDL NO. 2672 CRB (JSC)

1

Before the Court is Plaintiffs' Unopposed Administrative Motion for Leave to Exceed Page Limitations on Final Approval and Attorneys' Fees Motions (the "Motion"). The Motion is **GRANTED** for the reasons stated therein, and (1) Plaintiffs are granted leave to file a Motion and Memorandum of Points and Authorities in Support of Final Approval of the Settlement of the Securities Action not to exceed 25 pages, and (2) Lead Counsel is granted to leave to file a Motion and Memorandum of Points and Authorities in Support of an Award of Attorneys' Fees and Reimbursement of Litigation Expenses not to exceed 25 pages.

**IT IS SO ORDERED.**

Dated: _______________, 2019

_______________________________________
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE