UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br>_____/<br><br>This Document Relates To: Securities Actions<br><br>*City of St. Clair Shores*, 15-1228 (E.D. Va.)<br>*Travalio*, 15-7157 (D.N.J.)<br>*George Leon Family Trust*, 15-7283 (D.N.J.)<br>*Charter Twp. of Clinton*, 15-13999 (E.D. Mich.)<br>*Wolfenbarger*, 15-326 (E.D. Tenn.)<br>_____/ | MDL No. 2672 CRB (JSC)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITATIONS ON FINAL APPROVAL AND ATTORNEYS' FEES MOTIONS** |

[PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITATIONS ON FINAL APPROVAL AND ATTORNEYS' FEES MOTIONS
MDL NO. 2672 CRB (JSC)

1

Before the Court is Plaintiffs' Unopposed Administrative Motion for Leave to Exceed Page Limitations on Final Approval and Attorneys' Fees Motions (the "Motion"). The Motion is **GRANTED** for the reasons stated therein, and (1) Plaintiffs are granted leave to file a Motion and Memorandum of Points and Authorities in Support of Final Approval of the Settlement of the Securities Action not to exceed 25 pages, and (2) Lead Counsel is granted to leave to file a Motion and Memorandum of Points and Authorities in Support of an Award of Attorneys' Fees and Reimbursement of Litigation Expenses not to exceed 25 pages.

**IT IS SO ORDERED.**

Dated: __March 25__, 2019      _____
                                THE HONORABLE CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITATIONS ON FINAL APPROVAL AND ATTORNEYS' FEES MOTIONS
MDL No. 2672 CRB (JSC)

2