UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____/ | MDL No. 2672 CRB (JSC) **ORDER GRANTING MOTIONS TO REMAND** |
| This Order Relates To: MDL Dkt. Nos. 3537, 3604, 3635, 4674, 4675 *Cardenas*, No. 3:16-cv-4533-CRB *Champoux*, No. 3:16-cv-2598-CRB *Hebbe*, No. 3:18-cv-0380-CRB *Mahan*, No. 3:16-cv-3039-CRB *McCurley*, No. 3:18-cv-0428-CRB _____/ | |

The above-captioned cases were removed to federal court based only on federal-question jurisdiction. Motions to remand them to state court are now pending. The Court has reviewed the complaints, VWGoA's notices of removal, and VWGoA's oppositions to Plaintiffs' motions. For the same reasons articulated in a recent Order (*see* MDL Dkt. No. 5977, *as amended by* MDL Dkt. No. 5994), the Court concludes that none of the federal issues identified by VWGoA will necessarily arise in adjudicating Plaintiffs' claims, all of which are state-law claims. As a result, the Court concludes that it lacks federal-question jurisdiction over these cases. *See Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 313-14 (2005). Plaintiffs' motions to remand are GRANTED.

**IT IS SO ORDERED.**

Dated: April 2, 2019

CHARLES R. BREYER
United States District Judge