UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC)<br><br>**ORDER GRANTING MOTION TO REMAND** |
| This Order Relates To:<br>MDL Dkt. No. 3649 | |

ECF No. 3649 is a motion to remand to state court 15 cases that VWGoA removed to federal court based only on federal-question jurisdiction. The Court has reviewed the complaints, VWGoA's notices of removal, and VWGoA's opposition to the motion. For the same reasons articulated in a recent Order (*see* MDL Dkt. No. 5977, *as amended by* MDL Dkt. No. 5994), the Court concludes that none of the federal issues identified by VWGoA will necessarily arise in adjudicating Plaintiffs' claims, all of which are state-law claims. As a result, the Court concludes that it lacks federal-question jurisdiction over these cases. *See Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 313-14 (2005). Plaintiffs' motion to remand is GRANTED.

**IT IS SO ORDERED.**

Dated: April 2, 2019

CHARLES R. BREYER
United States District Judge