United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   IN RE: VOLKSWAGEN "CLEAN DIESEL"         MDL No. 2672 CRB  (JSC)
    MARKETING, SALES PRACTICES, AND
8   PRODUCTS LIABILITY LITIGATION
9                                                    /   **AMENDED ORDER SCHEDULING
                                                         CASE MANAGEMENT CONFERENCE**
10  This Order Relates To:

11  REMAINING CONSUMER ACTIONS

12  _____/

13         The Court amends its prior Order scheduling a case management conference as follows:

14  The case management conference will take place on **Friday, May 10, 2019**, at **11:00 a.m.**

15  Counsel shall file their Case Management Statement(s) by **Wednesday, May 1, 2019**.

16  Volkswagen shall file its list of member cases by **Wednesday, April 24, 2019**.  Volkswagen may

17  file a revised list of member cases, if necessary, by **Wednesday, May 1, 2019**.

18                                              * * *

19                                      Amended Order

20         The Court will hold a case management conference on **Friday, May 10, 2019**, at **11:00**

21  **a.m.**, in Courtroom No. 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

22  Attendance is required by counsel for any consumer who still has a case pending in this MDL if

23  that consumer either (A) opted out of the 2.0-liter class action settlement or the 3.0-liter class

24  action settlement, or (B) did not come within the class definitions in those settlements and does

25  not come within the proposed class definitions in *Nemet*, No. 3:17-cv-4372-CRB, or in the Audi

26  $CO_2$ action.  For the remainder of this Order, the Court refers to the cases by consumers who meet

27

28

United States District Court
Northern District of California

1    the above requirements as the "Remaining Consumer Actions."[1]

2    Counsel for consumers in the Remaining Consumer Actions who still have motions to

3    remand pending in this MDL must attend the case management conference unless the Court grants

4    the motions before the conference.  Attendance is also required by counsel for Volkswagen and

5    counsel for any other defendant in the Remaining Consumer Actions.  All counsel whose

6    attendance is required must appear in person.  Telephonic appearances will not be permitted.

7    By **Wednesday, April 24, 2019**, Volkswagen shall provide the Court with a list of the

8    MDL member case numbers that it contends are associated with the Remaining Consumer

9    Actions.  The list should also separately identify all member case numbers that Volkswagen

10   contends are associated with either *Nemet* or the Audi $CO_2$ action.  Counsel for consumers whose

11   case numbers are not identified on Volkswagen's list but who believe they come within the

12   definition of the Remaining Consumer Actions must (1) meet and confer with counsel for

13   Volkswagen and (2) still attend the case management conference.  Volkswagen may file a revised

14   list, if necessary, on or before **Wednesday, May 1, 2019**.

15   Counsel in the Remaining Consumer Actions must prepare a Case Management Statement,

16   which must address all of the topics identified in the Standing Order for All Judges of the

17   Northern District of California.  To the extent possible, a Joint Case Management Statement,

18   addressing all of the Remaining Consumer Actions, is preferred.  Counsel must file their Case

19   Management Statement(s) by **Wednesday, May 1, 2019**.

20   **IT IS SO ORDERED.**

21   Dated: April 5, 2019

22

23   CHARLES R. BREYER
     United States District Judge

24

25

26   ---
     [1] If a case is still pending as of the date of this Order, but is terminated before Friday, May 10,
27   2019, it will not be considered one of the Remaining Consumer Actions.

28   Pro se plaintiffs in the Remaining Consumer Actions are permitted, but not required, to attend the
     case management conference.

2