Gregory P. Joseph (*admitted pro hac vice*)
Peter R. Jerdee (*admitted pro hac vice*)
Christopher J. Stanley (*admitted pro hac vice*)
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York
Telephone:     (212) 407-1210
Facsimile:      (212) 407-1269

*Attorneys for Defendant Martin Winterkorn*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| | **STIPULATION AND [~~PROPOSED~~] ORDER TO ADJOURN INITIAL CASE STATUS CONFERENCE** |
| This Document Relates To: | Judge: Hon. Charles R. Breyer |
| *U.S. S.E.C. v. Volkswagen AG,* No. 3:19-cv-1391-CRB | |

    This Stipulation is entered into between Defendant Martin Winterkorn ("Winterkorn"),

Defendants Volkswagen Aktiengesellschaft, Volkswagen Group of America Finance, LLC, and VW

Credit, Inc. ("Defendants"), and Plaintiff United States Securities and Exchange Commission

(together with Defendants, the "Parties").

WHEREAS, on March 21, 2019 the Court issued an order scheduling an initial case status conference in this action for April 23, 2019 at 10:30 a.m. and a deadline for the parties to submit a joint written statement in advance of that conference by April 17, 2019;

WHEREAS, lead counsel for Defendant Winterkorn is unable to attend a status conference on April 23, 2019 because of a scheduled oral argument in another, unrelated, matter;

WHEREAS, the Parties agree that the status conference should be rescheduled; and

WHEREAS, the Parties have conferred together and with the Court's Courtroom Deputy Clerk, and have confirmed that the Parties and the Court are available on May 10, 2019 at 10:00 a.m.;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, that, subject to the Court's approval, the initial case management conference shall be adjourned to May 10, 2019 at 10:00 a.m., when it will be held in Courtroom 6 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102-3489;

IT IS FURTHER AGREED, that, subject to the Court's approval, the deadline for the parties to submit a joint written statement shall be adjourned to May 3, 2019; and

IT IS FURTHER AGREED THAT by entering into this stipulation the Defendants do not waive any of their defenses in this action, including, without limitation, defenses regarding personal jurisdiction and service;

Date: April 3, 2019

/s/Christopher J. Stanley
Gregory P. Joseph (*pro hac vice*)
Peter R. Jerdee (*pro hac vice*)
Christopher J. Stanley (*pro hac vice*)
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York
Telephone:     (212) 407-1210

Facsimile:      (212) 407-1269

*Attorneys for Defendant Martin Winterkorn*

/s/Suhana S. Han
Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
Suhana S. Han (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York
Telephone:      (212) 558-4000
Facsimile:      (212) 558-2588

Laura Kabler Oswell (State Bar No. 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:      (650) 461-5600
Facsimile:      (650) 461-5700

*Attorneys for Defendants Volkswagen
Aktiengesellschaft, Volkswagen Group of
America Finance, LLC, and VW Credit, Inc.*

/s/Daniel J. Hayes
Daniel J. Hayes (IL Bar No. 6243089)
Email: hayesdj@sec.gov
Michael D. Foster (IL Bar No. 6257063)
Email: fostermi@sec.gov
Jake A. Schmidt (IL Bar No. 6270569)
Email: schmidtj@sec.gov
Kevin A. Wisniewski (IL Bar No. 6294107)
Email: wisniewskik@sec.gov
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Telephone:      (312) 353-3368
Facsimile:      (312) 353-7398

*Attorneys for Plaintiff United States Securities
and Exchange Commission*

1

2                                    *        *        *

3              PURSUANT TO STIPULATION, IT IS SO ORDERED

4   DATED: April 8, 2019                    _____
                                            CHARLES R. BREYER
5                                           United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: April 3, 2019                                       JOSEPH HAGE AARONSON LLC

/s/Christopher J. Stanley
Christopher J. Stanley (*pro hac vice*)