Gregory Comlish
1969 10th Avenue
San Francisco, CA 94116

RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION (MDL No. 2672 CRB (JSC))

I wish to be excluded from the proposed settlement in the Volkswagen ADR case on the following grounds:

**The lead plaintiff argues that lengthy litigation is detrimental to the class's overall recovery.**

This assumption proves to be false. Information available since the settlement negotiation took place is beneficial to the class but was not taken into account by the settlement proposal. There is no reason to believe that the MANY lengthy court challenges and governmental investigations in the EU will not continue to yield fruit toward a better outcome for the plaintiffs.

**The settlement distribution model is flawed, causing arbitrary differences in settlement yields among the class.**

I am a small investor. I purchased a total of 200 shares of VLKAY (Volkswagen ADRs) for my daughter's college savings plan on 4/2/2014, paying $10, 269. I sold these shares on 9/21/2015 for $5,992, yielding a loss of **$4,277** (42%).

My compensation under the proposal would have increased by 100% (11% net, v 22%) if only I had waited one more day before selling my shares. This outcome is not justified on any objective grounds and is unacceptable to me. The interday share price did not change by anywhere near 100%: the difference is an artifact of the settlement model, not based on changes in the share price. Since my trade was based on information public and available to all shareholders, I find that the model doesn't make sense and the proposed settlement is not equitable. It is based on an opaque model that has not been shared with the class in any meaningful way. Presumably, upon knowing the full details of the settlement model I would conclude that it was designed to favor a few large institutional investors and attorneys at the expense of a small investor like myself.

I intend to appear before the 9th Circuit in order to explain my position AGAINST this settlement proposal.

Sincerely,

Gregory P Comlish

Comcast
1969 10th Ave
SF CA 94116


SAN FRANCISCO CA 940
08 APR 2019 PM 4 L

Volkswagen ADR Litigation Exclusions
c/o
Epiq Class Action & Claim Solutions, Inc
PO Box 4390
Portland OR 97208-4390

97208-439090