UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION / | MDL No. 2672 CRB (JSC)<br><br>**ORDER GRANTING MOTION TO REMAND** |
| This Order Relates To:<br>MDL Dkt. No. 6101 / | |

ECF No. 6101 is a motion to remand 22 cases to California state court. Volkswagen Group of America, Inc. ("VWGoA") removed the cases to federal court based on federal-question jurisdiction.

The complaints in these 22 cases are materially the same as complaints that the Court examined in a recent Order in which it held that it lacked federal-question jurisdiction. (*See* MDL Dkt. No. 5977, *as amended by* MDL Dkt. No. 5994.) The Court adopts the same reasoning here; it does not have federal-question jurisdiction over Plaintiffs' cases. Because federal subject-matter jurisdiction is lacking, the Court GRANTS Plaintiffs' motion to remand. The Clerk of the Court shall remand the 22 cases listed in the appendix to Plaintiffs' motion (*see* MDL Dkt. No. 6101-2) to the state courts where they were filed.

**IT IS SO ORDERED.**

Dated: April 19, 2019

CHARLES R. BREYER
United States District Judge