JAMES B. FEINMAN (VA. Bar No. 28125)
James B. Feinman, Attorney At Law
1003 Church Street
P.O. Box 697
Lynchburg, VA 24505
Phone #: (434) 846-7603
Fax: (434) 846-0158
Email: jb@jfeinman.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:15-md-02672-CRB **NOTICE OF APPEAL** |
| THIS DOCUMENT RELATES TO: DOCKET NUMBER 5824. | |

James B. Feinman hereby appeals to the United States Court of Appeal for the Ninth Circuit from the Order Granting Volkswagen's Motion to Enforce the 2.0-Liter Settlement Approval Order against James B. Feinman (Doc. 6264) entered on May 6, 2019.

*James B. Feinman*

By Counsel: */s/ James B. Feinman*
JAMES B. FEINMAN (VA. Bar No. 28125)
James B. Feinman, Attorney At Law
1003 Church Street
P.O. Box 697
Lynchburg, VA 24505
Phone #: (434) 846-7603
Fax: (434) 846-0158
Email: jb@jfeinman.com

{2821 / 018}

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 10, 2019, I electronically filed and served the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.


*/s/ James B. Feinman*