1  Robert J. Giuffra, Jr. (*pro hac vice*)
   giuffrar@sullcrom.com
2  Sharon L. Nelles (*pro hac vice*)
   nelless@sullcrom.com
3  William B. Monahan (*pro hac vice*)
   monahanw@sullcrom.com
4  John G. McCarthy (*pro hac vice*)
   mccarthyj@sullcrom.com
5  SULLIVAN & CROMWELL LLP
   125 Broad Street
6  New York, New York 10004
   Telephone:  (212) 558-4000
7  Facsimile:  (212) 558-3588

8  Laura Kabler Oswell (SBN 241281)
   oswelll@sullcrom.com
9  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
10 Palo Alto, California 94303
   Telephone:  (650) 461-5600
11 Facsimile:  (650) 461-5700

12 *Counsel for Defendants Volkswagen Group
   of America, Inc. and Audi of America, LLC*

13 [Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Nemet, et al.* v. *Volkswagen Group of America, Inc., et al.,* Case No. 3:17-cv-04372-CRB | No. 02672-CRB (JSC)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING NEW HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS THE PRE-NOV PLAINTIFFS' AMENDED COMPLAINT** |

1    In accordance with Local Civil Rule 6-2, Plaintiffs and Defendants Volkswagen Group of America, Inc., Audi of America, LLC, Robert Bosch LLC, and Robert Bosch GmbH ("Defendants") (collectively with Plaintiffs, the "Parties"), through their undersigned counsel, hereby agree and stipulate to the following matters:

WHEREAS, on January 15, 2019, Defendants filed their motions to dismiss Plaintiffs' First Amended Class Action Complaint, ECF Nos. 5782, 5783 (the "Motions"); on March 26, 2019, Plaintiffs filed their opposition to the Motions, ECF No. 6085; and on May 2, 2019, Defendants filed their replies in support of the Motions, ECF Nos. 6244, 6245;

WHEREAS, the current hearing date for the Motions is set for July 12, 2019;

WHEREAS, due to the unavailiabilty of counsel for one of the Parties on the current hearing date, the Parties have conferred and have agreed to set the hearing on the Motions for July 26, 2019, at 10:00 a.m, subject to the Court's approval.

IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their respective counsel of record, that, subject to the Court's approval, on July 26, 2019 at 10:00 a.m., in Courtroom 6 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102-3489, the Court will hear oral argument on the Motions.

Dated: May 13, 2019                                Respectfully submitted,

*/s/ Steve W. Berman*                              */s/ Robert J. Giuffra, Jr.*
Steve W. Berman (*pro hac vice*)                   Robert J. Giuffra, Jr. (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP                    giuffrar@sullcrom.com
1301 Second Avenue, Suite 2000                     Sharon L. Nelles (*pro hac vice*)
Seattle, Washington 98101                          nelless@sullcrom.com
Telephone: 206) 623-7292                           William B. Monahan (*pro hac vice*)
Facsimile: (206) 623-0594                          monahanw@sullcrom.com
Email: steve@hbsslaw.com                           John G. McCarthy (*pro hac vice*)
                                                   mccarthyj@sullcrom.com
Robert B. Carey (*pro hac vice*)                   SULLIVAN & CROMWELL LLP
HAGENS BERMAN SOBOL SHAPIRO LLP                    125 Broad Street
11 W. Jefferson St., Ste. 100                      New York, New York 10004
Phoenix, AZ 85003                                  Telephone: (212) 558-4000
Telephone: (602) 840-5900                          Facsimile: (212) 558-3588
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com                             Laura Kabler Oswell (SBN 241281)
                                                   oswelll@sullcrom.com
Shana E. Scarlett (SBN 217895)                     SULLIVAN & CROMWELL LLP
HAGENS BERMAN SOBOL SHAPIRO LLP                    1870 Embarcadero Road

| | |
|---|---|
| 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>Email: shanas@hbsslaw.com<br><br>Stuart M. Paynter (SBN 226147)<br>THE PAYNTER LAW FIRM, PLLC<br>1200 G Street NW Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 626-4486<br>Facsimile: (866) 734-0622<br>Email: stuart@paynterlawfirm.com<br><br>Celeste H. G. Boyd (*pro hac vice*)<br>THE PAYNTER LAW FIRM, PLLC<br>106 S. Churton St., Ste 200<br>Hillsborough, NC 27278<br>Telephone: (919) 370-6300<br>Email: cboyd@paynterlaw.com<br><br>*Counsel for Plaintiffs* | Palo Alto, California 94303<br>Telephone: (650) 461-5600<br>Facsimile: (650) 461-5700<br><br>*Counsel for Volkswagen Group of America, Inc. and Audi of America, LLC*<br><br>*/s/ Matthew D. Slater*<br>Matthew D. Slater (*pro hac vice*)<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2112 Pennsylvania Ave., NW,<br>Washington, DC 20037<br>Phone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>mslater@cgsh.com<br><br>Carmine Boccuzzi (*pro hac vice*)<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Phone: (212) 225-2508<br>Facsimile: (212) 225-3999<br>cboccuzzi@cgsh.com<br><br>Ryan Sandrock  (SBN  251781)<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Phone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>rsandrock@sidley.com<br><br>*Counsel for Robert Bosch LLC and Robert Bosch GmbH* |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

May ____, 2019

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE