Robert J. Giuffra, Jr. (*pro hac vice*)
giuffrar@sullcrom.com
Sharon L. Nelles (*pro hac vice*)
nelless@sullcrom.com
William B. Monahan (*pro hac vice*)
monahanw@sullcrom.com
John G. McCarthy (*pro hac vice*)
mccarthyj@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

*Counsel for Defendants Volkswagen Group of America, Inc. and Audi of America, LLC*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Nemet, et al.* v. *Volkswagen Group of America, Inc., et al.,* Case No. 3:17-cv-04372-CRB | No. 02672-CRB (JSC)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING NEW HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS THE PRE-NOV PLAINTIFFS' AMENDED COMPLAINT** |

1   In accordance with Local Civil Rule 6-2, Plaintiffs and Defendants Volkswagen Group of

2   America, Inc., Audi of America, LLC, Robert Bosch LLC, and Robert Bosch GmbH ("Defendants")

3   (collectively with Plaintiffs, the "Parties"), through their undersigned counsel, hereby agree and

4   stipulate to the following matters:

5   WHEREAS, on January 15, 2019, Defendants filed their motions to dismiss Plaintiffs' First

6   Amended Class Action Complaint, ECF Nos. 5782, 5783 (the "Motions"); on March 26, 2019,

7   Plaintiffs filed their opposition to the Motions, ECF No. 6085; and on May 2, 2019, Defendants filed

8   their replies in support of the Motions, ECF Nos. 6244, 6245;

9   WHEREAS, the current hearing date for the Motions is set for July 12, 2019;

10  WHEREAS, due to the unavailiabilty of counsel for one of the Parties on the current hearing

11  date, the Parties have conferred and have agreed to set the hearing on the Motions for July 26, 2019,

12  at 10:00 a.m, subject to the Court's approval.

13  IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their respective

14  counsel of record, that, subject to the Court's approval, on July 26, 2019 at 10:00 a.m., in Courtroom

15  6 of the United States District Court for the Northern District of California, located at 450 Golden

16  Gate Avenue, San Francisco, CA 94102-3489, the Court will hear oral argument on the Motions.

18  Dated: May 13, 2019                                    Respectfully submitted,

19  */s/ Steve W. Berman*                                  */s/ Robert J. Giuffra, Jr.*
    Steve W. Berman (*pro hac vice*)                       Robert J. Giuffra, Jr. (*pro hac vice*)
20  HAGENS BERMAN SOBOL SHAPIRO LLP                        giuffrar@sullcrom.com
    1301 Second Avenue, Suite 2000                         Sharon L. Nelles (*pro hac vice*)
21  Seattle, Washington 98101                              nelless@sullcrom.com
    Telephone: 206) 623-7292                               William B. Monahan (*pro hac vice*)
22  Facsimile: (206) 623-0594                              monahanw@sullcrom.com
    Email: steve@hbsslaw.com                               John G. McCarthy (*pro hac vice*)
23                                                         mccarthyj@sullcrom.com
    Robert B. Carey (*pro hac vice*)                       SULLIVAN & CROMWELL LLP
24  HAGENS BERMAN SOBOL SHAPIRO LLP                        125 Broad Street
    11 W. Jefferson St., Ste. 100                          New York, New York 10004
25  Phoenix, AZ 85003                                      Telephone: (212) 558-4000
    Telephone: (602) 840-5900                              Facsimile: (212) 558-3588
26  Facsimile: (602) 840-3012
    Email: rob@hbsslaw.com                                 Laura Kabler Oswell (SBN 241281)
27                                                         oswelll@sullcrom.com
    Shana E. Scarlett (SBN 217895)                         SULLIVAN & CROMWELL LLP
28  HAGENS BERMAN SOBOL SHAPIRO LLP                        1870 Embarcadero Road

| | |
|---|---|
| 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>Email: shanas@hbsslaw.com<br><br>Stuart M. Paynter (SBN 226147)<br>THE PAYNTER LAW FIRM, PLLC<br>1200 G Street NW Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 626-4486<br>Facsimile: (866) 734-0622<br>Email: stuart@paynterlawfirm.com<br><br>Celeste H. G. Boyd (*pro hac vice*)<br>THE PAYNTER LAW FIRM, PLLC<br>106 S. Churton St., Ste 200<br>Hillsborough, NC 27278<br>Telephone: (919) 370-6300<br>Email: cboyd@paynterlaw.com<br><br>*Counsel for Plaintiffs* | Palo Alto, California 94303<br>Telephone: (650) 461-5600<br>Facsimile: (650) 461-5700<br><br>*Counsel for Volkswagen Group of America, Inc. and Audi of America, LLC*<br><br>*/s/ Matthew D. Slater*<br>Matthew D. Slater (*pro hac vice*)<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>2112 Pennsylvania Ave., NW,<br>Washington, DC 20037<br>Phone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>mslater@cgsh.com<br><br>Carmine Boccuzzi (*pro hac vice*)<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Phone: (212) 225-2508<br>Facsimile: (212) 225-3999<br>cboccuzzi@cgsh.com<br><br>Ryan Sandrock (SBN 251781)<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Phone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>rsandrock@sidley.com<br><br>*Counsel for Robert Bosch LLC and Robert Bosch GmbH* |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

May  15 , 2019

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE