United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| | **ORDER RE: MOTIONS FILED BY PRO SE PLAINTIFF OLEG YARIN** |
| This Order Relates To: MDL Dkt. Nos. 4568, 4703, 4944, 4991, 4992, 4995, 5013, 5014, 5030, 5085, 5120, 5167, 5199, 5356, 5448, 5449, 5554, 5555, 5557, 5776, 5777, 5874, 5875, 5876, 5878, 6082, 6156, 6167, 6298 *Yarin v. VWGoA*, No. 3:16-cv-5756-CRB Dkt. Nos. 23, 24, 31, 32, 33, 35, 36, 37, 38, 39, 40, 41, 42, 43, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62 | |

Since opting out of the 2.0-liter class settlement, pro se plaintiff Oleg Yarin has regularly filed motions with this Court. While the motions have varied in content and request, broadly he seeks to move forward with litigating his case against Volkswagen, and he is frustrated that to date he has not been able to obtain discovery or otherwise pursue his claims.

The Court held a case management conference last week to address the remaining opt-out cases. Afterward the Court issued Pretrial Order No. 24, which instructs opt-out plaintiffs to complete a Plaintiff Fact Sheet ("PFS"), and to mail or email the PFS and supporting documents to Volkswagen's counsel by Thursday, August 15, 2019. If Mr. Yarin wishes to continue to pursue his claims against Volkswagen, he must comply with Pretrial Order No. 24, which the Court will mail to him along with this Order. To the extent that Mr. Yarin's motions are inconsistent with Pretrial Order No. 24, they are DENIED.

Mr. Yarin may contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415) 782-8982, for assistance with his claims.

**IT IS SO ORDERED.**

Dated: May 16, 2019

CHARLES R. BREYER
United States District Judge