# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 28, 2019

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re: Ronald Clark Fleshman, Jr.
v. Volkswagen, AG, et al.
No. 18-1264
(Your No. 16-17157, 16-17158, 16-17166, 16-17168, 16-17183, 16-17185)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Breyer took no part in the consideration or decision of this petition.

Sincerely,

Scott S. Harris, Clerk