Steve Mikhov (SBN 224676)
stevem@knightlaw.com
Roger Kirnos (SBN 283163)
rogerk@knightlaw.com
Amy Morse (SBN 290502)
amym@knightlaw.com
KNIGHT LAW GROUP LLP
10250 Constellation Blvd, Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CASE NO. 3:15-md-02672-CRB |
| | Hon. Charles R. Breyer |
| **THIS DOCUMENT RELATES TO:** | **PLAINTIFFS' COUNSELS' JOINT STATEMENT RE BELLWETHER SELECTIONS** |
| *All Cases* | DATE:        September 13, 2019 |
| | TIME:        10:00 a.m. |
| | COURTROOM:  6 |
| | TRIAL DATE:   None Set |

## PLAINTIFFS' BELLWETHER SELECTIONS

The attorneys for the plaintiffs involved in this Multi-District Litigation have met and conferred and coordinated amongst each other in advance of this Joint Statement re Bellwether Selections.  Pursuant to the Court's Order of May 14, 2019, the counsel for the respective plaintiffs involved in this matter nominate the following matters for bellwether selection:

Knight Law Group, LLP selects:

- Sanwick et. al. v. Volkswagen Group of America, Inc.
    - Case No.: 3:17-cv-03032-CRB
- Covey et. al. v. Volkswagen Group of America, Inc.
    - Case No.: 3:18-cv-06950-CRB
- Herbert v. Volkswagen Group of America, Inc.
    - Case No.: 3:18-cv-06971-CRB
- Robertson v. Volkswagen Group of America, Inc.
    - Case No.: 3:18-cv-06956-CRB
- Carlson et. al. v. Volkswagen Group of America, Inc.
    - Case No: 3:18-cv-06949-CRB
- Suh v. Volkswagen Group of America, Inc.
    - Case No.: 3:18-cv-06982-CRB

The Knight Law Group believes that trial in each of these matters can be tried in 10 to 15 days.  The Knight Law Group believes that it would be most efficient to try these matters in a consolidated trial, such that the bulk of the evidence would only need to be presented once at trial, and each individual plaintiff's testimony would take up approximately one-half day.  A consolidated trial may last a few days in excess of the 10 to 15 day estimate, but a consolidated trial of six (6) plaintiffs would require substantially less court time than it would to try six (6) separate cases.  Six (6) individual cases would require a minimum of sixty (60) court days.

CASE MANAGEMENT CONFERENCE STATEMENT

1703311

Underwood & Riemer PC selects

- Swanson v. Volkswagen Group of America, Inc.
  - Case No. 3:15-md-02672-CRB

The following attorneys and law firms have reviewed and analyzed their case files and determined that their respective cases are not a suitable or likely candidate for bellwether consideration:

- Mastando & Artrip;
- Recordon & Recordon;
- Kapke & Willerth LLC;
- John Kuder, Samuel Bearman, Artice McGraw and Michael Melkerson, collectively as co-counsel

Notwithstanding the above, each of the the foregoing attorneys and law firms assert the following:

- Each of the plaintiffs represented by said attorneys and law firms have timely provided responsive Plaintiff Fact Sheets;
- None of the plaintiffs represented by said attorneys and law firms have waived, and hereby expressly reserve, their rights under *Lexecon, Inc. v. Milberg Weiss Bershad Hynes and Lerach*

The Duck Law Firm, by and through Mssrs. Dalton and Duck submitted their own Status Report Regarding Current Suitability of Individual Actions For Bellwether Trials.

CASE MANAGEMENT CONFERENCE STATEMENT

1703311

1   DATED:  September 6, 2019                    Respectfully submitted,

2

3                                                By:  /s/ Steve Mikhov

4                                                   KNIGHT LAW GROUP LLP
                                                    Steve Mikhov
5                                                   Lauren Ungs
                                                    Roger Kirnos
6                                               Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE MANAGEMENT CONFERENCE STATEMENT

1703311