United States District Court
Northern District of California

1
2
3

UNITED STATES DISTRICT COURT

4

NORTHERN DISTRICT OF CALIFORNIA

5
6
7
8

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2672 CRB  (JSC)

**ORDER SETTING TRIAL DATE**

9

This Order Relates To:

10

REMAINING CONSUMER ACTIONS

11

_____/

12

The Court sets the following cases for trial.  Jury selection will be held on Thursday,

13

February 13, 2020 at 9:15 a.m.  Trial will begin on Tuesday, February 18, 2020 at 9:15 a.m.  The

14

next status conference in these cases remains set for Wednesday, October 16, 2019 at 8:30 a.m.

15

1.  *Clendenen*, No. 3:18-cv-07040-CRB

16

2.  *Coon*, No. 3:18-cv-06966-CRB

17

3.  *Johnston*, No. 3:16-cv-03752-CRB

18

4.  *Ortiz*, No. 3:18-cv-06951-CRB

19

5.  *Riley*, No. 3:17-cv-02897-CRB

20

6.  *Robertson*, No. 3:18-cv-06956-CRB

21

7.  *Salzer*, No. 3:18-cv-07050-CRB

22

8.  *Sanwick*, No. 3:17-cv-03032-CRB

23

9.  *Walker*, No. 3:16-cv-04993-CRB

24

**IT IS SO ORDERED.**

25

Dated: October 1, 2019

26
27

_____
CHARLES R. BREYER
United States District Judge

28