UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____/ This Order Relates To: MDL Dkt. No. 1567 *Martin*, 3:16-cv-00712-CRB _____/ | MDL No. 2672 CRB (JSC) **ORDER GRANTING MOTION TO DISMISS** |

The record supports that defendant Santander Consumer USA Inc. has not been served with the complaint in *Martin*, and more than 90 days have passed since the complaint was filed. (*See* MDL Dkt. No. 1567–1, Fuller Decl. ¶ 2.) Good cause for the failure to serve Santander has not been shown. The Court therefore GRANTS Santander's motion to dismiss the action against it without prejudice. *See* Fed. R. Civ. P.4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.")

**IT IS SO ORDERED.**

Dated: October 11, 2019

CHARLES R. BREYER
United States District Judge