UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____/ | MDL No. 2672 CRB (JSC) **ORDER TO SHOW CAUSE** |

This Order Relates To:

Remaining Consumer Actions

_____/

Pursuant to Pretrial Order No. 24, Plaintiffs who opted out of the 2.0-liter or 3.0-liter class action settlements and who had not since settled with or released their claims against the Volkswagen Defendants were required to "serve upon the Volkswagen Defendants' counsel a complete and signed Plaintiff Fact Sheet ('PFS')," along with supporting documents, by Thursday, August 15, 2019. (*See* PTO 24, Dkt. No. 6300 at 1–2.)

The Volkswagen Defendants have identified thirteen plaintiffs who did not serve a completed PFS and supporting documents, as required, and have asked the Court to dismiss these plaintiffs' cases unless good cause is shown. (*See* Dkt. No. 6697; Dkt. No. 6738 (amended list).) The thirteen plaintiffs in question are identified in the Appendix to this Order. The Court orders each of them to show cause, by **Wednesday, November 6, 2019**, for their noncompliance with Pretrial Order No. 24. Absent a showing of good cause, the Court may dismiss their cases. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with . . . a court order, a defendant may move to dismiss the action or any claim against it.").

**IT IS SO ORDERED.**

Dated: October 30, 2019

_____
CHARLES R. BREYER
United States District Judge

APPENDIX: LIST OF NON-COMPLIANT PLAINTIFFS

| Plaintiff | Case Information | Counsel |
|---|---|---|
| Donna McQuiggan | *Allen et al.* v. *Volkswagen Group of America Inc.*, 16-cv-02424 | Kent Law Offices |
| Tony Ray Byrum | *Byrum* v. *Volkswagen Group of America, Inc. et al.*, 17-cv-02685 | APLC |
| Bev Johnson | *Cantu et al.* v. *Volkswagen Group of America, Inc. et al.*, 17-cv-03198 | Law Office of Bobby Garcia PC; Eckerson Law Firm, PLLC |
| Jose Trevino | *Cantu et al.* v. *Volkswagen Group of America, Inc. et al.*, 17-cv-03198 | Law Office of Bobby Garcia PC; Eckerson Law Firm, PLLC |
| Laura Torres | *Davila et al.* v. *Volkswagen Group of America, Inc. et al.*, 17-cv-02029 | Law Office of Bobby Garcia PC; Eckerson Law Firm, PLLC |
| Miriam Martinez | *Davila et al.* v. *Volkswagen Group of America, Inc. et al.*, 17-cv-02029 | Law Office of Bobby Garcia PC; Eckerson Law Firm, PLLC |
| John Michael Gullotti | *Jackson et al.* v. *Volkswagen Group of America, Inc.*, 16-cv-00616 | MLG Automotive Law, APLC; Wesierski & Zurek, LLP |
| Camille Jackson | *Jackson et al.* v. *Volkswagen Group of America, Inc.*, 16-cv-00616 | MLG Automotive Law, APLC; Wesierski & Zurek, LLP |
| Casandra Lane | *Lane* v. *Volkswagen Group of America, Inc.*, 16-cv-02175 | Hossley Embry LLP |
| Mark R. Moskowitz | *Pease et al.* v. *Volkswagen Group of America, Inc.*, 16-cv-01820 | Mark R. Moskowitz |
| Jay Rothman | *Rothman* v. *Motorcars West, LLC et al.*, 16-cv-04728 | Law Offices of Robert B. Mobasseri, P.C. |
| Kathryn L. Shilling | *Shilling* v. *Volkswagen Group of America, Inc.*, 18-cv-00423 | Kathryn L. Shilling |
| Robin L. Swanson | *Swanson et al.* v. *Volkswagen Group of America, Inc.*, 16-cv-04363 | Underwood & Riemer, PC |