1

2

3    UNITED STATES DISTRICT COURT

4    NORTHERN DISTRICT OF CALIFORNIA

5

6    IN RE: VOLKSWAGEN "CLEAN DIESEL"          MDL No. 2672 CRB  (JSC)
     MARKETING, SALES PRACTICES, AND
7    PRODUCTS LIABILITY LITIGATION
                                               **ORDER DENYING MOTION TO**
8    _____/  **COMPEL**

9    This Order Relates To:
     MDL Dkt. Nos. 6867, 6888, 6892
10

11   BONDHOLDER ACTION

     _____/
12

13         A Volkswagen bondholder, in a proposed class action, has sued Volkswagen and two of

14   the company's former officers, alleging securities fraud arising out of the 2015 disclosure of the

15   company's diesel emissions fraud.  Michael Horn, the former CEO of Volkswagen Group of

16   America, Inc., is one of the officer defendants.

17         Pending before the Court are several discovery letter briefs regarding the bondholder's

18   demand to Mr. Horn to produce 118 documents that Volkswagen's attorneys selected and shared

19   with Mr. Horn's attorneys in October 2015, in connection with Mr. Horn's sworn testimony before

20   Congress while he was still Volkswagen's CEO.  Having reviewed the parties' submissions and

21   the relevant caselaw, the Court finds that Volkswagen's compilation of these 118 documents is

22   privileged opinion work product.  While the documents themselves are not privileged, their

23   compilation clearly is.

24         The absolute work product privilege protects from discovery an attorney's "mental

25   impressions, conclusions, opinions, or legal theories."  Fed. R. Civ. P. 26(b)(3).  Requiring Mr.

26   Horn or Volkswagen to identify the 118 specific documents that Volkswagen's attorneys shared

27   with Mr. Horn's attorneys would reveal Volkswagen's attorneys' "mental impressions,

28   conclusions, opinions, or legal theories;" namely, their mental processes about what documents

1   were most important for Mr. Horn's personal attorneys to review in connection with his

2   congressional testimony.  The absolute work product privilege protects against this disclosure.

3   *See, e.g., Sporck v. Peil*, 759 F.2d 312, 315–17 (3d Cir. 1985); *Greer v. Elec. Arts, Inc.*, No. C10-

4   3601 RS (JSC), 2012 WL 6131031 *2 (N.D. Cal. Dec. 10, 2012).

5          The bondholder's reliance on *Waymo v. Uber*, No. 17-CV-00939-WHA (JSC), 2017 WL

6   2485382 at *12–14 (N.D. Cal. June 8, 2017), is misplaced.  First, there was no attorney

7   compilation of documents at issue in that decision.  Second, to the extent that the work product

8   doctrine applied in *Waymo*, its protections were waived by disclosure of the relevant documents to

9   an adversary.  Third, the defendants in *Waymo* were seeking to prevent disclosure of all the

10  sought-after documents.  Here, in contrast, Volkswagen does not contend that the documents

11  themselves are privileged, and the company intends to produce them (if it has not already done so)

12  as responsive to the bondholder's document requests.  Volkswagen merely objects to disclosing

13  these documents in a form that would reveal that they were the specific documents that

14  Volkswagen's attorneys compiled and gave to Mr. Horn's personal attorneys before Mr. Horn's

15  congressional testimony in his capacity as Volkswagen's CEO.  *Waymo* is not analogous, and as

16  the compilation in question is protected opinion work product, the bondholder's motion to compel

17  its production is DENIED.

18         The bondholder's letter brief alludes to a dispute as to how Volkswagen is producing

19  documents responsive to document requests, and also asks for further briefing on the application

20  of the common interest privilege.  If the bondholder wishes to have an informal telephone

21  discovery conference, at which the Court would attempt to give guidance without a formal written

22  submission, it should contact the Court's Courtroom Deputy by email, copying counsel for all of

23  the parties in this action.

24         **IT IS SO ORDERED.**

25  Dated: December 3, 2019

    _____
    JACQUELINE SCOTT CORLEY
26  United States Magistrate Judge

27

28

2