United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____/ This Order Relates To: MDL Dkt. Nos. 6406, 6503, 6921 *Napleton*, No. 3:16-cv-2086-CRB _____/ | MDL No. 2672 CRB (JSC) **ORDER DENYING MOTIONS TO SEAL** |

For the reasons identified in the Court's November 25, 2019 sealing order (*see* MDL Dkt. No. 6941), the Court DENIES the following motions:

1. The Volkswagen dealers' motion to file under seal portions of their opposition to the Bosch defendants' motion for entry of a *Lone Pine* case management order. (*See* MDL Dkt. No. 6406.)

2. The Bosch defendants' motion to file under seal portions of their reply in support of their motion for entry of a *Lone Pine* case management order. (*See* MDL Dkt. No. 6503.)

3. The Bosch defendants' motion to file under seal portions of their motion to exclude Edward M. Stockton's expert report in support of the dealers' opposition to summary judgment. (*See* MDL Dkt. No. 6921.)

By **Thursday, December 12, 2019**, the parties shall file unredacted, publicly-available versions of the documents covered by these motions.

**IT IS SO ORDERED.**

Dated: December 6, 2019

_____
CHARLES R. BREYER
United States District Judge