UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| This Order Relates To:<br>MDL Dkt. No. 4043 | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |
| Audi $CO_2$ Action | |

Consistent with prior Orders in this MDL, the Court GRANTS Plaintiffs' administrative motion to file under seal the names and job titles of the individuals who are identified in the Audi $CO_2$ Consolidated Consumer Class Action Complaint who are not named as defendants in the Complaint. The Court DENIES the motion to seal the remaining sections of the Complaint that have been marked for redaction. The Volkswagen Group Defendants shall provide Plaintiffs with proposed redactions that are consistent with this Order by **Friday, December 13, 2019**. Plaintiffs shall file a revised redacted complaint by **Wednesday, December 18, 2019**.

**IT IS SO ORDERED.**

Dated: December 6, 2019

CHARLES R. BREYER
United States District Judge