# Exhibit G

1  FRED D. HEATHER - State Bar No. 110650
   fheather@glaserweil.com
2  RICHARD W. BUCKNER - State Bar No. 102545
   rbuckner@glaserweil.com
3  GLASER WEIL FINK HOWARD
     AVCHEN & SHAPIRO LLP
4  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
5  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
6
   Steve Mikhov (SBN 224676)
7  stevem@knightlaw.com
   Amy Morse (SBN 290502)
8  amym@knightlaw.com
   KNIGHT LAW GROUP LLP
9  10250 Constellation Blvd, Suite 2500
   Los Angeles, CA 90067
10 Telephone: (310) 552-2250
   Fax: (310) 552-7973
11
   Attorneys for Plaintiffs
12

13               UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16 IN RE: VOLKSWAGEN "CLEAN            CASE NO. 3:15-md-02672-CRB
   DIESEL" MARKETING, SALES
17 PRACTICES, AND PRODUCTS             Hon. Charles R. Breyer
   LIABILITY LITIGATION
18
                                       EXPERT REPORT OF DR. GEORGE D.
19 THIS DOCUMENT RELATES TO:           THURSTON, SC.D.

20 All Cases

21

22

23

24

25

26

27

28

1    Attached as Exhibit 1 is the expert report of Dr. George D. Thurston, SC.D.

**Glaser Weil**

# EXHIBIT 1

**EXPERT REPORT OF**

**OF**

**DR. GEORGE D. THURSTON, SC.D.**

**RE: VOLKSWAGEN GROUP OF AMERICA, INC. ET AL,**

**CASE NO. 2672 CRB (JSC)**

## 1.    BRIEF EXECUTIVE SUMMARY

In September 2015, the U.S. Environmental Protection Agency ("EPA") and the California Air Resources Board ("CARB") issued a notices of violation to Volkswagen AG, Audi AG, Volkswagen Group of America, Inc.,  (collectively "Volkswagen") Porsche AG, and Porsche Cars North America, Inc., alleging that certain Volkswagen turbocharged direct injection ("TDI") diesel vehicles in the United States were equipped with "defeat device" software ("Defeat Device").[1]  Volkswagen's Defeat Device on TDI vehicles detects whether a vehicle is being tested, and, if it is, controls the engine performance during testing so that emissions temporarily operate within legal limits.[2] According to the State of California, Volkswagen has admitted that, since at least 2008, such Defeat Devices have been used to evade California and federal emissions standards for its supposedly "clean" diesel vehicles.[3]  Under real-world driving conditions on the road, however, the vehicles emit nitrogen oxides ("NOx") into the air at levels more than 30 times and up to 35 times the legal limits provided by California and federal law.[4]

According to the State of California, that state's consumers make up the largest state auto market in the United States, and a significant portion of the affected vehicles were sold in California to California consumers.[5]  Per the State of California, Volkswagen and Porsche have introduced, or caused to be introduced, approximately 87,000 non-compliant 2.0 and 3.0 liter vehicles into California, which in turn have emitted thousands tons of excess NOx and related toxic pollutants year after year.[6] In addition, per the Second Partial Consent Decree,

---

[1] 3.0-Liter Consumer Class Action Settlement Agreement And Release (Amended).
[2] California's Civil Enforcement Complaint at ¶ 1.
[3] *Id.*
[4] Volkswagen AG Rule 11 Plea Agreement at ¶ 34.
[5] California's Civil Enforcement Complaint at ¶ 6.
[6] *Id*. at ¶ 2.

approximately 580,000 subject vehicles (approximately 500,000 of the 2.0 Liter TDI vehicles and approximately 80,000 of the 3.0 Liter TDI vehicles) were introduced nationwide.[7]

By selling these cars with Defeat Devices, Volkswagen caused a significant amount of excess NOx tailpipe emissions.  These excess emissions directly resulted in increased human exposures to NOx air pollution in the ambient air, in the form of nitrogen dioxide ($NO_2$), which has known adverse human health effects when breathed. In addition, these primary NOx emissions are known to react in the atmosphere to secondarily form fine particulate matter ($PM_{2.5}$) and ozone ($O_3$) air pollution, both of which also have their own known adverse human health effects. I therefore conclude that these excess NOx emissions, because of their associated increments in population air pollution exposures to $NO_2$, $O_3$, and $PM_{2.5}$, coming in addition to prevailing levels of ambient air pollution, have therefore caused increases in adverse health events that would not have occurred without these excess emissions.

## 2.  INTRODUCTION

### A.  Education/Qualifications:

I am George D. Thurston, Sc.D.  I am a Professor at the New York University School of Medicine in the Department of Environmental Medicine, where I am the Director of the Program in Human Exposures and Health Effects of Air Pollution.  I received my undergraduate degree in Engineering from Brown University, and my Doctorate of Science (Sc.D.) in Environmental Health Sciences from the Harvard University School of Public Health.  I have published extensively regarding the human health effects of inhaled air pollutants, particularly in relation to asthma attacks, hospital admissions, and human mortality. I have been called upon by both the

---

[7] Second Partial Consent Decree.

U.S. House of Representatives and the U.S. Senate multiple times to provide testimony before them regarding the human health effects of air pollution.

I have served as an advisor to the U.S. EPA regarding the human health effects of air pollution as a member of the Clean Air Scientific Advisory Committee (CASAC) panel on Sulfur Oxides and Nitrogen Oxides, and as a contributing author of various EPA Integrated Science Assessments (ISAs), which are relied upon by the EPA to set air pollution air quality standards in the US.

My business address is:  Three Catherine Ct., Chester, NY 10918. The publications reviewed or relied upon for this testimony are listed at the end of this report as "Literature Cited," as well as a list of my publications in the last 10 years and a list of cases in which I have testified as an expert in the last 4 years.  I offer this report on behalf Plaintiffs in the Consumer Opt-Out Cases in the Volkswagen MDL, No. 2672 (Breyer, J.).

**B.  Compensation:**

 I am being compensated at a rate of $300/hr. for time spent on report development and other related time spent on this case, and $600/hr.  for time spent giving testimony in this case, should that occur.

**C.  Expert Assignments In This Case:**

For this report, I was asked to review documents related to this case to gain an understanding of excess Volkswagen TDI vehicle emissions resulting from use of the Defeat Devices, and to draw conclusions on the impact to human health, based on my knowledge of the subject of air pollution and its human health effects, especially regarding the human health implications of those excess air pollution emissions into the air.

3

**D.  Brief Summary of Work Performed:**

The purpose of this report is to document the adverse human health effects that are associated with exposures to air pollutants emitted from those Volkswagen TDI vehicles that emitted many times their EPA designated legal emission limits for nitrogen oxides (NOx).  For this work, I reviewed the documents provided, and prepared this report regarding the human health implications of the air pollution emissions caused by Volkswagen's use of Defeat Devices.  I consider the adverse health impacts that occurred as a result, both from the directly emitted NOx, as well as from the secondary fine particulate matter ($PM_{2.5}$) and ozone ($O_3$) that resulted in the atmosphere from the original NOx emissions.  The United States 1970 Clean Air Act and its amendments require the US Environmental Protection Agency (EPA) to set National Ambient Air Quality Standards (NAAQS) for six common air pollutants (also known as "criteria air pollutants") in outdoor air with the aim of reducing the health risks associated with those pollutants in our air. Fossil fuel powered vehicles, such as those considered here, are major sources of emissions of criteria air pollutants or their precursors, including fine particulate matter ($PM_{2.5}$), nitrogen dioxide ($NO_2$), and ground-level ozone ($O_3$). My testimony focuses in particular on the health impacts from these three pollutants (nitrogen dioxide, ozone, and fine particulate matter).

**3.  SUMMARY OF OPINIONS:**

   a.   Increased NOx emissions from VW TDI automobiles have resulted in increased adverse human health impacts.

   b.   Increased NOx emissions from VW TDI automobiles have resulted in increased ozone air pollution, which has resulted in additional adverse human health impacts.

   c.   Increased NOx emissions from VW TDI automobiles have resulted in increased particulate matter air pollution, which has resulted in added human health impacts.

## 4.   BASES FOR MY OPINIONS:

### A.  Increased NOx Emissions From VW TDI Automobiles Have Resulted In Increased Adverse Human Health Impacts.

The adverse human health consequences of breathing air pollution are well documented in the published medical and scientific literature. During recent decades, medical research examining air pollution and public health has definitively shown that air pollution exposure is associated with a host of serious adverse human health effects. This documentation includes impacts revealed by observational epidemiology, and confirmed by controlled chamber exposures, showing consistent associations between air pollution and adverse impacts across a wide range of human health outcomes. As summarized in Figure 1, while exposures begin in the lungs, the adverse effects of air pollution can reach systemically throughout the human body.



Figure 1. Overview of diseases, conditions and biomarkers affected by outdoor air pollution. Source: Thurston et al (2017)

While deaths from air pollution are the most severe outcome from air pollution exposures, Figure 2 below indicates that, for every death associated with air pollution, there is a pyramid of much greater numbers of morbidity effects, including hospital admissions, emergency department visits, doctor visits, missed work days, missed school days, asthma symptoms days, etc.  Clearly, when the whole scope of other adverse health effects associated with these air pollution deaths is considered, there is no doubt as to the significance of these adverse health effects.



Figure 2. The Pyramid of Adverse Health Effects of Air Pollution on Health.  (ATS, 1985)

Observational epidemiology studies provide the most compelling and consistent evidence of the adverse effects of air pollution. "Epidemiology" is literally "the study of epidemics," but includes all statistical investigations of human health and potentially causal factors of good or ill health. In the case of air pollution, such studies follow people as they undergo varying real-life exposures to pollution over time, or from one place to another, and then statistically inter-compare the health impacts that occur in these populations when higher (versus lower) exposures to pollution are experienced.  In such studies, risks are often reported in terms of a Relative Risk

(RR) of illness, wherein a RR = 1.0 is an indication of no change in risk after exposure, while a RR>1.0 indicates an increase in health problems after pollution exposure. An RR significantly above 1 demonstrates that the air pollutant studied is damaging to health.

There are two types of epidemiological investigations: (a) population-based studies, in which an entire city's population might be considered in the analysis; and (b) cohort studies, in which selected individuals, such as a group of asthmatics, are considered. Both of these types of epidemiologic studies have shown confirmatory associations between air pollution exposures and increasing numbers of adverse impacts, including:

- decreased lung function (a measure of our ability to breathe freely);
- more frequent asthma symptoms;
- increased numbers of asthma and heart attacks;
- more frequent emergency department visits;
- increased incidence of new onset childhood asthma;
- additional hospital admissions; and
- increased numbers of deaths.

The fact that the adverse health effects of air pollution have been shown so consistently for so many health endpoints, in so many locales, and by so many different investigators using a variety of approaches, indicates these associations to be causal.

Ethnicity, age, and pre-existing medical conditions play a role in the extent of adverse health impacts from increased air pollution emissions. Analyses by me and by others in the field of air pollution health effects also indicate that underserved minorities and the poor are especially at risk from air pollution exposures (e.g., Gwynn and Thurston, 2001; Glad et al, 2012). Similarly, older adults are at greater risk of severe adverse outcomes from air pollution. Also, children, a

population known to be especially susceptible to the effects of air pollution because their bodies are developing (and because they spend larger amounts of time exercising outside) are an especially affected sub-population.  This subpopulation of children can be expected to be among those most strongly affected by any increases in air pollution concentrations.

Exposures to nitrogen oxides (NOx) in the air have been associated with adverse human health effects, in addition to their being a precursor of (i.e., leading to the formation of) secondary PM2.5 and ozone in the atmosphere, which also have adverse health effects (US EPA, 2010). Nitrogen Dioxide (NO2) is one of a group of highly reactive gases containing both nitrogen and oxygen known as oxides of nitrogen or nitrogen oxides (NOx). NO2 primarily gets into the air we breathe from the combustion of fuels, including from diesel powered vehicles.

Short-term (acute) exposures to NO2, for as briefly as 1-hour or less in length, are known to aggravate existing respiratory diseases, particularly asthma, leading to episodes of respiratory symptoms (e.g., coughing, wheezing or difficulty breathing), hospital admissions, and/or visits to emergency rooms.   Indeed, the U.S. EPA's Integrated Science Assessment (ISA) for Oxides of Nitrogen (EPA/600/R-15/068) has concluded that research studies have provided scientific evidence that is sufficient to infer a relationship to exist between short-term NO2 exposure and adverse effects on the respiratory system. These associations between ambient NO2 were found in a broad array of respiratory effects, ranging "from subclinical increases in pulmonary inflammation to respiratory mortality."   The likely mechanistic pathways of such respiratory effects are summarized in Figure 3.  The EPA ISA report concludes, and I agree, the scientific evidence shows that: "The NO2-induced increases in allergic inflammation and airway responsiveness in controlled human exposure studies of adults with asthma comprise the key evidence that NO2 exposure can independently exacerbate asthma and support the epidemiologic

8

evidence for asthma hospital admissions and ED visits, as well as symptoms, lung function decrements, and pulmonary inflammation in populations with asthma." (U.S. EPA, 2016).

Longer-term (e.g., annual average) exposures to elevated concentrations of NO2 contributes to the development of asthma, and can potentially increase susceptibility to respiratory infections. People with asthma, children, older adults, and those with pre-existing disease are generally at greater risk for the health effects of air pollutants like NO2.



Figure 3. Biological Pathways of Nitrogen Dioxide (NO$_2$) Exposure Effects on the Lung
(US EPA, 2016)
*(Note: White boxes and solid arrows describe pathways well supported by available evidence, while grey boxes and dotted lines are for pathways for which evidence is less certain.)*

One of the most severe health impacts associated with exposure to NO2 is the development of new onset childhood asthma. Traffic related air pollution (TRAP) exposures, including to NO2 air pollution, were evaluated as a cause of childhood or adult-onset asthma in the Health Effects Institute (HEI) Special Report 17 (2010). This publication concluded living near busy

9

roads was a risk factor for onset of childhood asthma, but data were insufficient to conclude causality at that time. However, several key studies on the topic have now been published since this report's release. For example, the Southern California Children's Health Study (CHS) found an increased risk of new-onset childhood asthma from TRAP at home residence (McConnell, 2010). Khreis and colleagues subsequently synthesized 41 studies that focused on children's TRAP exposures as a potential cause for asthma development, finding associations with TRAP metrics, especially NO2. (Figure 4).  A 2017 meta-analysis of 18 studies of prenatal air pollution exposures and childhood asthma similarly found associations between risk of wheezing and asthma development in childhood with air pollution exposure, including $NO_2$ (Hehua, 2017).

| Study or Subgroup | log[Odds Ratio] | SE | Weight | Odds Ratio IV, Random, 95% CI |
|---|---|---|---|---|
| Carlsten et al. 2010 - at 7 y.o. | 0.2253 | 0.1448 | 0.6% | 1.25 [0.94, 1.66] |
| Clark et al. 2010 LUR - at mean age of 4 y.o. | 0.0489 | 0.0171 | 9.5% | 1.05 [1.02, 1.09] |
| Dell et al. 2014 LUR - 5 to 9 y.o. | 0.039 | 0.04 | 5.0% | 1.04 [0.96, 1.12] |
| Deng et al. 2016 - 3 to 6 y.o. | 0.1374 | 0.0689 | 2.4% | 1.15 [1.00, 1.31] |
| Gehring et al. 2015 b - BAMSE birth to 16 y.o. | 0.0397 | 0.0498 | 3.8% | 1.04 [0.94, 1.15] |
| Gehring et al. 2015 b - PIAMA birth to 14 y.o. | 0.0665 | 0.0246 | 7.8% | 1.07 [1.02, 1.12] |
| Gehring et al. 2015b - GINI&LISA North birth to 15 | -0.0679 | 0.1235 | 0.8% | 0.93 [0.73, 1.19] |
| Gehring et al. 2015b - GINI&LISA South birth to 15 | -0.0252 | 0.0602 | 2.9% | 0.98 [0.87, 1.10] |
| Jerret et al. 2008 - 10 to 18 y.o. | 0.0874 | 0.033 | 6.1% | 1.09 [1.02, 1.16] |
| Kim et al. 2016 - 6 to 7 y.o. | -0.0214 | 0.0219 | 8.4% | 0.98 [0.94, 1.02] |
| Krämer et al. 2009 - 4 to 6 y.o. | 0.0698 | 0.069 | 2.3% | 1.07 [0.94, 1.23] |
| Liu et al. 2016 - 4 to 6 years old | 0.0877 | 0.0215 | 8.5% | 1.09 [1.05, 1.14] |
| MacIntyre et al. 2014 - CAPPS&SAGE only birth to 8 | 0.1111 | 0.1268 | 0.8% | 1.12 [0.87, 1.43] |
| McConnell et al. 2010 - 4th to 6th grade | 0.0698 | 0.0281 | 7.1% | 1.07 [1.01, 1.13] |
| Mölter et al. 2014 b - MAAS only birth to 8 y.o. | 0.574 | 0.2374 | 0.2% | 1.78 [1.11, 2.83] |
| Nishimura et al. 2013 - 8 to 21 y.o. | 0.0632 | 0.0269 | 7.3% | 1.07 [1.01, 1.12] |
| Oftedal et al. 2009 - birth to 10 y.o. | -0.0359 | 0.0196 | 8.9% | 0.96 [0.93, 1.00] |
| Ranzi et al. 2014 - birth to 7 y.o. | 0.0289 | 0.0701 | 2.3% | 1.03 [0.90, 1.18] |
| Shima et al. 2002 - 6 to 12 y.o. | 0.1136 | 0.0534 | 3.5% | 1.12 [1.01, 1.24] |
| Tétreault et al. 2016 - birth to 12 y.o. | 0.0153 | 0.0048 | 11.6% | 1.02 [1.01, 1.03] |
| | | | | |
| Total (95% CI) | | | 100.0% | 1.05 [1.02, 1.07] |

Heterogeneity: Tau² = 0.00; Chi² = 54.38, df = 19 (P < 0.0001); I² = 65%
Test for overall effect: Z = 3.76 (P = 0.0002)

Figure 4. Meta-analysis of studies of $NO_2$ and new-onset asthma in children (Khreis, 2017)

Earlier this year, a well-designed multi-level longitudinal study drawn from three waves of CHS cohort recruitment during a decade of air pollution decline in Southern California found

that decreases in ambient $NO_2$ and $PM_{2.5}$ between 1993 and 2014 were significantly associated with lower asthma incidence (Garcia et al, 2019). This study is consistent with an inference of causality of the $NO_2$ air pollution-asthma incidence association, since an intervention to reduce exposure was followed by a reduction in disease incidence. A mechanistic biological pathway for the development of new onset asthma from $NO_2$ air pollution exposure is shown in Figure 5 (USEPA, 2016).



Note: Pathways indicated by a dotted line are those for which evidence is limited to findings from experimental animal studies, while evidence from controlled human exposure studies is available for pathways indicated by a solid line. The dashed line indicates a proposed link to the outcome of new onset asthma/asthma exacerbation. Key events are subclinical effects, endpoints are effects that are generally measured in the clinic, and outcomes are health effects at the organism level. $NO_2$ = nitrogen dioxide.
Source: National Center for Environmental Assessment.

Figure 5.  Mechanistic biological pathway of childhood asthma development from $NO_2$ exposures (US EPA, 2016).

Using the available science, Achakulwisut and colleagues (2019) have estimated the annual global number of new pediatric asthma cases attributable to $NO_2$. They found that, globally, 4·0 million new pediatric asthma cases could be attributed to $NO_2$ pollution annually, accounting for 13% of global incidence.

Overall, the US EPA, in its most recent $NO_2$ ISA listed the health effects identified, including both quantified and non-quantified for its cost-benefits analyses, as shown in Table 1.

Table 1. Human Health Effects of $NO_2$ Air Pollution Identified by the US EPA (2010)

| Pollutant / Effect | Quantified and Monetized in Primary Estimates [a] | Unquantified Effects [b, c] Changes in: |
|---|---|---|
| $NO_2$/Health | Asthma Hospital Admissions | Premature mortality |
| | Chronic Lung Disease Hospital Admissions | Pulmonary function |
| | | Other respiratory emergency department visits |
| | Asthma ER visits | Other respiratory hospital admissions |
| | Asthma exacerbation | |
| | Acute Respiratory symptoms | |

*Based on* the *above evidence, I conclude that exposures to $NO_2$ air pollution exposures are a significant contributor to adverse health effects, especially among the youngest of our society, and that the increased NOx emissions from VW TDI automobiles have resulted in increased adverse human health impacts.*

### B.  Increased NOx Emissions From VW TDI Automobiles Have Resulted In Increased Ozone, Which Has Resulted In Additional Adverse Human Health Impacts.

Ozone (O3) is a gaseous air pollutant that is not emitted directly by the diesel vehicles under consideration here, but is instead a secondary air pollutant formed in the atmosphere from pollutants emitted by these units, especially from nitrogen oxides and hydrocarbon emissions, which are both products of fossil fuel combustion.  This is especially the case in the summer months, when there is more sunlight and warmer weather, which enhances the formation of O3 in the atmosphere

Ozone can irritate the human respiratory system when breathed, causing exposed people to cough, feel an irritation in the throat, and/or experience an uncomfortable sensation in the chest area. Ozone has also been shown to reduce the lung's ability to inhale and exhale, thereby making it more difficult for people to breathe as deeply and vigorously as they normally would (e.g., see Bates, 1995).  Research shows that ozone can also acutely aggravate asthma, and new

evidence suggests that it may cause more children to get asthma.  When ozone levels are high,

people with asthma have more attacks that require a doctor's attention or the use of additional

medication.  One reason this happens is that ozone makes people more sensitive to allergens,

which are the most common triggers for asthma attacks.  Ozone can inflame and damage cells

that line the human lung, and O3 has been compared by some to "getting a sunburn on your

lungs."  Ozone may also aggravate chronic lung diseases, such as emphysema and bronchitis,

and can reduce the immune system's ability to fight off bacterial infections in the respiratory

system.

Among the important adverse effects associated with ozone exposure to asthmatics is the

triggering of asthma attacks.  The effects of ozone air pollution on children with asthma have

been demonstrated in my own research following a group of children at an asthma summer camp

located in Connecticut.  This study of a group of about 55 moderate to severely asthmatic

children showed that these children experienced statistically significant reductions in lung

function, increases in asthma symptoms, and increases in the use of unscheduled asthma

medications as ozone pollution levels rose.  As shown in Figure 6, the risk of a child having an

asthma attack was found to be approximately 40 percent higher on the highest ozone days than

on an average study day (Thurston et al., 1997).  Consistent with other research in this area, there

is no indication in this plot of a threshold concentration below which children with asthma are

safe from the effects of ozone increases.



Figure 6.  The number of asthma attacks among children at an "Asthma Camp" in Connecticut increase as the ozone levels rise (Source: Thurston *et al.*, 1997)

These asthma camp results were confirmed by a larger study published in the Journal of the American Medical Association (JAMA).  Gent *et al.* (2003) presented a cohort study of asthmatic children from the New Haven, CT area, including 130 children who used maintenance medications for asthma and 141 children who did not.  The more severe asthmatics were identified as those using maintenance medication.  For these severe asthmatics, the study found that the level of $O_3$ exposure was significantly associated with worsening of symptoms and an increase in the use of rescue medication.  Each 50 parts per billion (ppb) increase in 1-hour average $O_3$ was associated with an increased likelihood of wheezing (by 35%) and chest tightness (by 47%).  The findings indicate that asthmatic children are particularly vulnerable to ozone, even at pollution levels below the prevailing U.S. EPA air quality standards.

My own research has also shown that ozone air pollution to be associated with diminished lung function in non-asthmatic healthy children at a YMCA summer camp in a pristine area in the Kittatinny Ridge, in the northwestern part of the state (Spektor *et al.*, 1988a).  Similarly, in the summer of 1988, Berry *et al.* (1991) conducted a field health study at two summer day camps

14

in suburban-central New Jersey.  Thirty-four campers and counselors had daily lung function tests, and it was found that the campers had a statistically significant decrease in peak expiratory flow rate associated with increasing ozone concentrations, indicating an acute loss in the children's ability to inhale and exhale after ozone exposure.

The adverse effects of exposure to ozone in ambient air on the lungs of individuals has been demonstrated in studies that I have conducted in the State of New York, as well.  For example, respiratory function damage was demonstrated in a study I co-authored of 30 healthy adult non-smokers engaged in a regular daily program of outdoor exercise in Tuxedo, NY during the summer of 1985 (Spektor *et al.*, 1988b).  All measured health indices showed statistically significant $O_3$-associated decreases in the lung function of the runners as ozone levels increased. More recently, using lung bronchoscopy (which allows a visualization of the main tubes of the lungs, by means of a flexible lighted instrument introduced through the vocal cords and windpipe) and broncho-alveolar lavage (BAL, or a washing of the lining of the lung), Kinney *et al.* (1996) examined some 19 normal volunteer joggers from Governors Island, NY.  The joggers exercised in the afternoon during the 1992 summer season.  These results indicate a significant inflammatory response in the lungs of recreational joggers in New York City exposed to regional ozone and associated co-pollutants during the summer months.

The $O_3$ - morbidity associations indicated by the above-presented epidemiological studies are also supported by a large body of data from controlled human exposure studies that give consistent and/or supportive results, and that have demonstrated pathways by which ozone can damage the human body when breathed.  Clinical studies have demonstrated decreases in lung function, increased frequencies of respiratory symptoms, heightened airway hyper-responsiveness, and cellular and biochemical evidence of lung inflammation in healthy

exercising adults.  For example, in controlled exposure studies, McDonnell *et al.* (1991) and Devlin *et al.* (1991) found that prolonged controlled exposures of exercising men to levels of ozone common in present-day U.S. (only 80 ppb) resulted in significant decrements in lung function, induction of respiratory symptoms, increases in nonspecific airway reactivity, and cellular and biochemical changes in the lung.

Ozone may also cause permanent lung damage.  For example, repeated short-term ozone damage to children's developing lungs may lead to reduced lung function in adulthood (*e.g.*, *see* Kunzli et al, 1997).  In adults, ozone exposure may accelerate the natural decline in lung function that occurs as part of the normal aging process (*e.g.*, *see* Detels, *et al.*, 1987).  One important study suggests that long-term ozone exposure can increase the chances that children will develop asthma disease (McConnnell *et al.*, 2002).

Emergency Room Visits and Hospital Admissions are also increased by $O_3$ air pollution. Cody *et al.* (1992) analyzed data on New Jersey hospital emergency department (ED) visits for asthma, bronchitis, and finger wounds (a non-respiratory control) for the period May through August for 1988 and 1989, finding that, when temperature was controlled for in a multiple regression analysis, a highly significant relationship between asthma visits and ozone concentration was identified.  In addition, a 5-year retrospective study by Weisel *et al.* (1995) of the association between ED visits for asthma with mean ambient ozone levels was conducted for hospitals located in central New Jersey.  An association was identified in each of the years (1986-1990), and ED visits occurred 28% more frequently when the mean ozone levels were greater than 60 ppb $O_3$, as compared to when they were less than 60 ppb $O_3$.

Multi-city analyses have confirmed the ozone-mortality relationship. These include meta-analyses of multiple past ozone studies that show consistent associations between ozone and increases in mortality (Levy et al, 2005; Ito *et al.*, 2005; Bell *et al.*, 2005). In one analysis of some 95 U.S. cities over two decades published in <u>JAMA</u>, Bell et al (2004) showed that, even after controlling for particulate matter and weather, an increase of 10 parts-per-billion in daily ozone pollution was associated with approximately a 0.5% increase in daily risk of death. As discussed earlier, this size percent increase in daily admissions, though small, affects a huge portion of the population and accumulates day after day, week after week, and month after month, so that it accumulates to account for thousands of deaths each year in the U.S.

More recently, mortality effects from long-term exposure to ozone air pollution has now been confirmed in major cohort studies (Jerrett et al, 2009; Turner et al, 2016, Lim et al, 2019). In Jerrett et al, data from the study cohort of the American Cancer Society Cancer Prevention Study II were correlated with air-pollution data from 96 metropolitan statistical areas in the United States. 448,850 subjects, with 118,777 deaths in an 18-year follow-up period were considered. Data on daily maximum ozone concentrations were obtained from April 1 to September 30 for the years 1977 through 2000. Data on concentrations of fine particulate matter ($PM_{2.5}$) were obtained for the years 1999 and 2000. Associations between ozone concentrations and the risk of death were evaluated with the use of standard and multilevel Cox regression models. In single-pollutant models, ozone was associated with the risk of death from respiratory causes. The estimated relative risk of death from respiratory causes that was associated with an increment in ozone concentration of 10 ppb was 1.040 (95% confidence interval, 1.010 to 1.067). The association of ozone with the risk of death from respiratory causes was insensitive to adjustment for confounders and to the type of statistical model used. In a follow-up analysis of this same

17

database, Turner et al (2016) improved ozone exposure estimates by employing estimates of $O_3$ concentrations at the participant's residence, as derived from a hierarchical Bayesian space–time model.  In two-pollutant models, adjusted for $PM_{2.5}$, significant positive associations remained between $O_3$ and all-cause (hazard ratio [HR] per 10 ppb, 1.02; 95% confidence interval [CI], 1.01–1.04), circulatory (HR, 1.03; 95% CI, 1.01–1.05), and respiratory mortality (HR, 1.12; 95% CI, 1.08–1.16) that were unchanged with further adjustment for $NO_2$.

Lim et al (2019) confirmed these ozone-mortality findings in another large cohort study conducted across the US. We investigated associations of long-term (annual or warm season average) $O_3$ exposure with all-cause and cause-specific mortality in the NIH-AARP Diet and Health Study, a large prospective cohort of U.S. adults with 17 years of follow-up from 1995 to 2011.  Long-term annual average exposure to $O_3$ was significantly associated with deaths due to cardiovascular disease (per 10 ppb, HR=1.03; 95% CI: 1.01-1.06), ischemic heart disease (HR=1.06; 95% CI: 1.02-1.09), respiratory disease (HR=1.04; 95% CI: 1.00-1.09), and chronic obstructive pulmonary disease (HR=1.09; 95% CI: 1.03-1.15) in single-pollutant models.

Overall, there is a consistency between the epidemiologic study associations and experimental study results, supporting the conclusion that: 1) there is indeed a cause-effect relationship between the amount of air pollution and negative health effects; and, 2) there is no known threshold below which no effects are experienced.  Thus, increases in air pollution from the excess nitrogen oxides emitted by the diesel vehicles in question resulted in commensurate increases in harm to public health from that air pollution, and the continued operation of these units continues those adverse health effects to accumulate.

*Based on the above evidence, I conclude that exposures to ozone air pollution are a significant contributor to adverse health effects, and that the $O_3$ caused in the atmosphere by increased NOx emissions from VW TDI automobiles have resulted in increased adverse human health impacts.*

### C.  Increased NOx Emissions From VW TDI Automobiles Have Resulted In Increased Particulate Matter, Which Has Resulted In Added Human Health Impacts.

In addition to lung damage, recent epidemiological and toxicological studies of $PM_{2.5}$ air pollution have shown adverse effects on the heart, including an increased risk of heart attacks. For example, when particulate matter stresses the lung (*e.g.*, by inducing edema), it places extra burden on the heart, which can induce fatal complications for persons with cardiac problems. Indeed, for example, Peters *et al.* (2001) found that elevated concentrations of fine particles in the air can elevate the risk of myocardial infarctions ("MIs") within a few hours, and extending up to one day after PM exposure. The Harvard University team found that a 48% increase in the risk of MI was associated with an increase of 25 $u$g/m$^3$ $PM_{2.5}$ during a two-hour period before the onset of MI, and a 69% increase in risk to be related to an increase of 20 $u$g/m$^3$ $PM_{2.5}$ in the twenty-four-hour average one day before the MI onset (Peters *et al.*, 2001). Numerous other U.S. studies have also shown qualitatively consistent acute cardiac effects, such as the Zanobetti and Schwartz (2006) study of hospital admissions through an emergency department for MI (ICD-9 code, and Zanobetti et al. (2009) that examined the relationship between daily PM2.5 concentrations and emergency hospital admissions for cardiovascular causes, MI, and congestive heart failure in twenty-six U.S. communities during 2000–2003.

Cardiac effects at the biological level have also been documented in both animal and human studies. Animal experiments at Harvard University by Godleski *et al.* (1996, 2000) indicate that

19

exposures to elevated concentrations of ambient particulate matter can result in cardiac-related problems in dogs that had been pre-treated (in order to try to simulate sensitive individuals) to induce coronary occlusion (i.e., narrowed arteries in the heart) before exposing them to air pollution.  The most biologically and clinically significant finding was that, in these dogs, the PM affected one of the major electrocardiogram ("ECG") markers of heart attacks (myocardial ischemia) in humans, known as elevation of the ST segment.

Cardiac effects at the biological level have been found in human studies, as well.  For example, Pope *et al.* (1999) and Gold *et al.* (2000) found that PM exposure is associated with changes in human heart rate variability ("HRV").  Such changes in heart rate variability may reflect changes in cardiac autonomic function and the risk of sudden cardiac death.  In the Pope *et al.* study, repeated ambulatory ECG monitoring was conducted on seven subjects for a total of twenty-nine person-days before, during, and after episodes of elevated pollution.  After controlling for differences across patients, elevated particulate levels were found to be associated with (1) increased mean heart rate; (2) decreased SDNN, a measure of overall HRV; (3) decreased SDANN, a measure that corresponds to ultra-low frequency variability; and (4) increased r-MSSD, a measure that corresponds to high-frequency variability.  This confirms, at the individual level, that biological changes do occur in heart function as a result of PM exposure, supporting the biological plausibility of the epidemiological associations between PM exposure and cardiac illnesses.

Epidemiologic research conducted on U.S. residents has indicated that acute short-term exposures to PM air pollution are associated with increased risk of mortality.  For example, a nationwide time-series statistical analysis of daily death counts by the Health Effects Institute (HEI, 2003) examined mortality and PM10 air pollution (a subset of particulate matter air

20

pollution that is less than 10 µm in diameter, including PM2.5) in ninety cities across the United States, finding that, for each increase of 10 µg/m3 in daily PM10 air pollution concentration, there is an associated increase of approximately 0.3% in the daily risk of death by the public. Indeed, and I concur, the most recent U.S. EPA Particulate Matter Integrated Science Assessment ("ISA") (USEPA, 2009) unequivocally states that "[t]ogether, the collective evidence from epidemiologic, controlled human exposure, and toxicological studies is sufficient to conclude that a causal relationship exists between short term exposures to PM2.5 and cardiovascular effects . . . and mortality."

My recent studies have found that long-term exposure to combustion-related fine particulate air pollution is an important environmental risk factor for cardiopulmonary and lung cancer mortality.  In addition to the acute health effects associated with daily PM pollution, long-term exposure to fine PM is also associated with increased lifetime risk of death and has been estimated to take years from the life expectancy of people living in the most polluted cities, relative to those living in cleaner cities.  For example, in the Six-Cities Study (that was a key basis for the setting of the original PM2.5 annual standard in 1997), Dockery et al. (1993) analyzed survival probabilities among 8,111 adults living in six cities in the central and eastern portions of the United States during the 1970s and 80s.  The cities were: Portage, WI (P); Topeka, KS (T); a section of St. Louis, MO (L); Steubenville, OH (S); Watertown, MA (M); and Kingston-Harriman, TN (K).  Air quality was averaged over the period of study in order to study long-term (chronic) effects.  As shown in Figure 7, it was found that the long-term risk of death, relative to the cleanest city, increased with fine particle exposure, even after correcting for potentially confounding factors such as age, sex, race, smoking, etc.



Figure 7. The Harvard Six-Cities Study showed that the lifetime risk of death increased across 6 U.S. cities as the average fine PM levels increased. (Source: Dockery et al., 1993.)

In addition, a study that I and co-authors published in the Journal of the American Medical Association ("JAMA"), shows that long-term exposure to combustion-related fine particulate air pollution is an important environmental risk factor for cardiopulmonary and lung cancer mortality.  Indeed, as shown in Figure 8, this study indicates that the increase in risk of lung cancer from long-term exposure to $PM_{2.5}$ in a polluted city was of roughly the same size as the increase in lung cancer risk of a non-smoker who breathes passive smoke while living with a smoker, or about a 20% increase in lung cancer risk (*see* Pope, CA, *et al.*, 2002).



Figure 8. Cardiopulmonary and Lung Cancer Mortality Risks Increase Monotonically with Exposure to Long-Term Fine PM. (Adapted from: Pope, Burnett, Thun, Calle, Krewski, Ito, and Thurston, 2002.)

Moreover, long-term exposure to fine particles has been estimated to take more than a year from the life expectancy of people living in the most polluted cities, relative to those living in cleaner cities.  For example, Brunekreef (1997) reviewed the available evidence of the mortality effects of long-term exposure to PM air pollution and, using life table methods, derived an estimate of the reduction in life expectancy implied by those effect estimates.  Based on the results of Pope *et al.* (1995) and Dockery *et al.* (1993), a relative risk of 1.1 per 10 µg/m$^3$ exposure over fifteen years was assumed for the effect of fine PM air pollution on men 25–75 years of age.  A 1992 life table for men in the Netherlands was developed for ten successive five-year categories that make up the 25–75 year old age range.  Life expectancy of a twenty-five-year-old was then calculated for this base case and compared with the calculated life expectancy for the PM exposed case where the death rates were increased in each age group by a factor of 1.1.  A difference of 1.11 years was found between the "exposed" and "clean air" cohorts'

overall life expectancy at age twenty-five.  A similar calculation by the authors for the 1969–71 life table for U.S. white males yielded an even larger reduction of 1.31 years for the entire population's life expectancy at age twenty-five.  Thus, these calculations indicate that differences in long-term exposure to ambient $PM_{2.5}$ can have substantial effects on life expectancy.

In my own research, I have found that acute (short-term) increases in PM air pollution are associated with increases in the number of daily asthma attacks, hospital admissions, and mortality.  In particular, I have found that particulate matter air pollution is associated with increased numbers of respiratory hospital admissions in New York City; Buffalo, NY; and Toronto, Ontario, as well as with mortality in cities such as Chicago, IL; and Los Angeles, CA (*see, e.g.*, Thurston *et al.*, 1992).  My results have been confirmed by other researchers considering locales elsewhere in the U.S. and throughout the world (*see, e.g.*, Schwartz, J., 1997).

With regard to long-term $PM_{2.5}$ exposures, I was a Principal Investigator of the above discussed ACS study published in the Journal of the American Medical Association (JAMA) in March of 2002, that shows that long-term exposure to combustion-related fine particulate air pollution is an important environmental risk factor for cardiopulmonary and lung cancer mortality  (Pope *et al.*, 2002). More recently, my research has verified (as shown in Figure 5) that the association between $PM_{2.5}$ air pollution and cardiovascular mortality extends down to very low $PM_{2.5}$ concentration levels in the US as well (Thurston *et al*, 2016).



Figure 9.  Mortality Risk from Cardiovascular Disease Increases with Rising PM$_{2.5}$
Exposure, Even Well Below the Present US Ambient Air Quality Standard
annual limit for PM2.5 (12 µg/m$^3$). (Source: Thurston *et al*, 2016).

Importantly, this study is highly regarded, as it was conducted in a well characterized and

large US population: the National Institutes of Health – American Association of Retired Persons

(NIH-AARP) Diet and Health Study cohort. The NIH-AARP Study was initiated when members

of the AARP, aged 50 to 71 years from 6 US states (California, Florida, Louisiana, New Jersey,

North Carolina, and Pennsylvania) and 2 metropolitan areas (Atlanta, Georgia, and Detroit,

Michigan), responded to a mailed questionnaire in 1995 and 1996.  The NIH-AARP cohort

questionnaires elicited information on demographic and anthropometric characteristics, dietary

intake, and numerous health-related variables (*e.g.*, marital status, body mass index, education,

race, smoking status, physical activity, and alcohol consumption), that was used to control for

these factors in the air pollution mortality impact assessment.  An extended analysis of the PM$_{2.5}$

25

- cardiovascular mortality association in the NIH-AARP Cohort has shown statistically significantly increased CVD mortality effects in subjects exposed to 8 to 12 µg/m$^3$ of long-term average PM$_{2.5}$ vs. those participants who resided in areas with concentrations less than 8 µg/m$^3$ (Hayes et al, 2019). This even more definitively confirms that the effects of PM$_{2.5}$ occur at levels below the prevailing ambient air quality standard (12 µg/m$^3$), and is consistent with the conclusion that PM$_{2.5}$ is a non-threshold air pollutant, meaning it can have severe adverse health impacts at any level of exposure.

*Based* on *the above evidence, I conclude that exposures to particulate matter air pollution are a significant contributor to adverse health effects, and that the PM$_{2.5}$ caused in the atmosphere by increased NOx emissions from VW TDI automobiles have resulted in increased adverse human health impacts.*

Date: December 2, 2019

_____

George D. Thurston, SC. D

## 5.  APPENDICES

### A.  List of Documents Considered In Forming Opinion:

Achakulwisut P, Brauer M, Hystad P, Anenberg SC. Global, national, and urban burdens of paediatric asthma incidence attributable to ambient NO2 pollution: estimates from global datasets. *Lancet Planet Heal*. 2019;3(4):e166-e178. doi:10.1016/S2542-5196(19)30046-4.

American Thoracic Society (ATS). Guidelines as to what constitutes an adverse respiratory health effect, with special reference to epidemiologic studies of air pollution.  Am. Rev. Respir. Dis. 1985 Apr; 131(4):666-8.)

Barrett, Steven R.H., Speth, Raymond L., Estham, Sebastian D., et al. (2015). Impact of the Volkswagen Emissions Control Defeat Device on US Public Health. Environ. Res. Lett. 10 (2015) 114005.

Bates DV. (1995). Ozone: A review of recent experimental, clinical, and epidemiological evidence, with notes on causation, Part 1, Part2 . Can Respir J. Vol 2, No. 1, Spring 1995, pp 25-31, 161-171.

Bell ML, McDermott A, Zeger SL, Samet JM, Dominici F. Ozone and short-term mortality in 95 US urban communities, 1987-2000. JAMA. 2004 Nov 17;292(19):2372-8.

Bell ML, Dominici F, Samet J.M. (2005). A meta-analysis of time-series studies of ozone and mortality with comparison to the national morbidity, mortality, and air pollution study. Epidemiology. 2005 Jul;16(4):436-45.

Brunekreef B. (1997) Air pollution and life expectancy: is there a relation? Occup Environ Med. 1997 Nov;54(11):781-4.

Civil Enforcement Complaint for Permanent Injunction, Civil Penalties, Restitution, and Other Legal and Equitable Relief (*The People of the State of California v. Volkswagen AG, et al.*). (June 27, 2016).

Cody RP, Weisel CP, Birnbaum G, Lioy PJ. (1992). The effect of ozone associated with summertime photochemical smog on the frequency of asthma visits to hospital emergency departments. Environ Res. 1992 Aug;58(2):184-94.

Consumer and Reseller Dealership 3.0-Liter Class Action Settlement Agreement and Release (Amended).  (Feb. 10, 2017).  (*In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*).  Case No.: MDL 2672 CRB (JSC).

Consumer Class Action Settlement Agreement and Release (Amended).  (Jul. 26, 2016).  (*In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*).  Case No.: MDL 2672 CRB (JSC).

Dahlgren, James. (Dec. 2017). Report for case of: *David Howard Doar v. Volkswagen Group of America, Inc.*  Case No.: CL-2016-9917.

Deposition Transcript and Exhibits of Alberto Ayala. (May 9, 2017). (*In. re: Volkswagen "Clean Diesel" Litigation*). Case No.: CL-2016-9917.

Deposition Transcript and Exhibits of Jacob McDonald. (Aug. 16, 2017). *In re: Volkswagen "Clean Diesel" Litigation – Carlos Castellucci v. Volkswagen Group of America, Inc.*). Case No. CL-2017-288; Coordinate Case No. CL-2016-9917.

Deposition Transcript and Exhibits of Shari Libicki. (Feb. 2, 2018). (*In re: Volkswagen "Clean Diesel" Litigation – David Howard Doar v. Volkswagen Group of America, Inc.*). Case No.: CL-2017-229; Coordinated Case No.: CL-2016-9917.

Defendant's Motion in Limine No. 1 – Preclude Evidence Regarding Any Health Impacts of Nitrogen Oxide Emissions. (Jan. 26, 2018). (*In re: Volkswagen "Clean Diesel" Litigation – David Howard Doar v. Volkswagen Group of America*). Case No.: CL-2017-00229; Coordinated Case No.: CL-2016-9917.

Detels R, Tashkin DP, Sayre JW, Rokaw SN, Coulson AH, Massey FJ Jr, Wegman DH .The UCLA population studies of chronic obstructive respiratory disease. 9. Lung function changes associated with chronic exposure to photochemical oxidants; a cohort study among never-smokers. Chest. 1987 Oct;92(4):594- 603.

Devlin RB, McDonnell WF, Mann R, Becker S, House DE, Schreinemachers D, Koren HS. (1991). Exposure of humans to ambient levels of ozone for 6.6 hours causes cellular and biochemical changes in the lung. Am J Respir Cell Mol Biol. Jan;4(1):72-81.

Garcia E, Berhane KT, Islam T, et al. Association of Changes in Air Quality with Incident Asthma in Children in California, 1993-2014. *JAMA - J Am Med Assoc*. 2019;321(19):1906-1915. doi:10.1001/jama.2019.5357.

Gent JF , Triche EW, Holford TR, Belanger K, Bracken MB, Beckett WS, and Leaderer BP. (2003). The association of low level ozone and fine particles with respiratory symptoms in children with asthma. JAMA, 2003.

Glad JA, Brink LL, Talbott EO, Lee PC, Xu X, Saul M, Rager J. (2012) The relationship of ambient ozone and PM(2.5) levels and asthma emergency department visits: possible influence of gender and ethnicity. Arch Environ Occup Health. 2012;67(2):103-8.

Gold DR, Litonjua A, Schwartz J, Lovett E, Larson A, Nearing B, Allen G, Verrier M, Cherry R, Verrier R. (2000).   Ambient pollution and heart rate variability. Circulation. Mar 21;101(11): 1267-73.

Hayes RB, Lim C, Zhang Y, Cromar K, Shao Y, Reynolds HR, Silverman DT, Jones RR, Park Y, Jerrett M, Ahn J, Thurston GD. $PM_{2.5}$ air pollution and cause-specific cardiovascular disease mortality. International Journal of Epidemiology, 2019, 1–11.

Health Effects Institute (HEI)  (2003). Revised Analyses of Time-Series Studies of Air Pollution and Health. Special Report.Health Effects Institute, Boston MA.

HEI Panel on the Health Effects of Traffic-Related Air Pollution. 2010. Traffic-Related Air Pollution: A Critical Review of the Literature on Emissions, Exposure, and Health Effects. HEI Special Report 17. Health Effects Institute, Boston, MA.

Hehua Z, Qing C, Shanyan G, Qijun W, Yuhong Z. The impact of prenatal exposure to air pollution on childhood wheezing and asthma: A systematic review. *Environ Res*. 2017;159(36):519-530. doi:10.1016/j.envres.2017.08.038

Ito K, De Leon SF, Lippmann M. (2005). Associations between ozone and daily mortality: analysis and meta- analysis. Epidemiology. Jul;16(4):446-57.

James Liang Rule 11 Plea Agreement.  (Sept. 9, 2016).  *(United States of America v. James Robert Liang)*.  Case No.:  16-cr-20394.

Jerrett M, Burnett RT, Pope C. A. III, Ito K, Thurston G., Krewski D., Shi Y., Calle J, Thun M., The Contribution of Long-Term Ozone Exposure to Mortality. NEJM. 360;11 March 12, 2009.

Kinney PL, Nilsen DM, Lippmann M, Brescia M, Gordon T, McGovern T, El-Fawal H, Devlin RB, Rom WN. (1996). Biomarkers of lung inflammation in recreational joggers exposed to ozone. Am J Respir Crit Care Med. 1996 Nov;154(5):1430-5.

Khreis H, Kelly C, Tate J, Parslow R, Lucas K, Nieuwenhuijsen M. Exposure to traffic-related air pollution and risk of development of childhood asthma: A systematic review and meta-analysis. *Environ Int*. 2017;100:1-31. doi:10.1016/j.envint.2016.11.012

Kunzli N, Lurmann F, Segal M, Ngo L, Balmes J, Tager IB. (1997). Association between lifetime ambient ozone exposure and pulmonary function in college freshmen--results of a pilot study. Environ Res. 1997 Jan;72(1):8-23.

Levy JI, Chemerynski SM, Sarnat JA. (2005). Ozone exposure and mortality: an empiric Bayes meta regression analysis. Epidemiology. 2005 Jul;16(4):458-68.

McConnell R, Berhane K, Gilliland F, London SJ, Islam T, Gauderman WJ, Avol E, Margolis HG, Peters JM. Asthma in exercising children exposed to ozone: a cohort study. Lancet 2002; 359:386-391.

Oliver Schmidt Rule 11 Plea Agreement.  (Aug. 4, 2017).  *(United States of America v. James Robert Liang)*.  Case No.:  16-cr-20394.

Pope CA 3rd, Thun MJ, Namboodiri MM, Dockery DW, Evans JS, Speizer FE, Heath CW Jr. (1995). Particulate air pollution as a predictor of mortality in a prospective study of U.S. adults. Am J Respir Crit Care Med. 1995 Mar; 151(3 Pt 1): 669-74.

Pope CA 3rd, Verrier RL, Lovett EG, Larson AC, Raizenne ME, Kanner RE, Schwartz J, Villegas GM, Gold DR, Dockery DW.  (1999).  Heart rate variability associated with particulate air pollution.  Am Heart J. 1999 Nov; 138(5 Pt 1):890-9.

Pope, C.A. III,  Burnett, R.T., Thun, M.J., Calle, E.E., Krewski, D., Ito, K., and Thurston, G.D.  Lung cancer, cardiopulmonary mortality and long-term exposure to fine particulate air pollution.  J. Am. Med. Assoc. (JAMA) 287(9):1132-1141 (2002).

Plaintiff's Opposition to Defendant's Motion in Limine No. 1 to Exclude LRRI Study.  (Feb. 2, 2018).  (*In re: Volkswagen "Clean Diesel" Litigation – David Howard Doar v. Volkswagen Group of America*).  Case No.: CL-2017-00229; Coordinated Case No.: CL-2016-9917.

Second Amended Complaint of Luke and Kathryn Sanwick.  (Jul. 9, 2019).  Case No.: 3:17-md-03032-CRB; Consolidated Case No.: 3:17-md-02672-CRB.

Schwartz J, Spix C, Touloumi G, Bacharova L, Barumamdzadeh T, le Tertre A, Piekarksi T, Ponce de Leon A, Ponka A, Rossi G, Saez M, Schouten JP. (1996). Methodological issues in studies of air pollution and daily counts of deaths or hospital admissions. J Epidemiol Community Health 1996 Apr;50 Suppl 1:S3-S11.

Rechtin, Mark.  (Apr. 26, 2017).  Dieselgate Investigator Speaks Out On Volkswagen Emissions – West Virginia Professor Says Investigation, Lawsuit Overblow; Says Soot From "Rolling Coal" Is "Absolutely Worse" Than NOx Emissions.  MotorTrend.

Schwartz, J., (1997). Health effects of air pollution from traffic: ozone and particulate matter. Health at the Crossroads: Transport Policy and Urban Health, T. Fletcher and A.J. McMichael Eds., John Wiley and Sons Ltd., New York, NY.

Spektor DM, Lippmann M, Lioy PJ, Thurston GD, Citak K, James DJ, Bock N, Speizer FE, Hayes C. (1988a). Effects of ambient ozone on respiratory function in active, normal children. Am Rev Respir Dis. Feb;137(2):313-20.

Spektor DM, Lippmann M, Thurston GD, Lioy PJ, Stecko J, O'Connor G, Garshick E, Speizer FE, Hayes C. (1988b). Effects of ambient ozone on respiratory function in healthy adults exercising outdoors. Am Rev Respir Dis. Oct;138(4):821-8.

Thompson, Gregory J., Carder, Daniel K., Besch, Marc C., et al.  (May 15, 2014).  Final Report – In-Use Emissions Testing of Light-Duty Diesel Vehicles in the United States.  West Virginia University Center for Alternative Fuels, Engines and Emissions. (2014).

Thurston GD, Lippmann M, Scott MB, Fine JM. (1997). Summertime haze air pollution and children with asthma. Am J Respir Crit Care Med. 1997 Feb;155(2):654-60.

Thurston, GD and Ito K. (2001). Epidemiological studies of acute ozone exposures and mortality. J. Expo. Anal. Environ. Epidemiol. 11(4):286-294 (2001).

Thurston GD, Kipen H, Annesi-Maesano I, et al. A joint ERS/ATS policy statement: What constitutes an adverse health effect of air pollution? An analytical framework. *Eur Respir J*. 2017;49(1). doi:10.1183/13993003.00419-2016

Thurston GD, Ahn J, Cromar K, Shao Y, Reynolds H, Jerrett M, Lim C, Shanley R, Park Y, Hayes RB, Ambient Particulate Matter Air Pollution Exposure and Mortality in the NIH-AARP

Diet and Health Cohort. Env. Health Persp. 2016 Apr;124(4):484-90. doi: 10.1289/ehp.1509676. Epub 2015 Sep 15.

Turner MC, Jerrett M, Pope CA 3rd, Krewski D, Gapstur SM, Diver WR, Beckerman BS, Marshall JD, Su J, Crouse DL, Burnett RT. Long-Term Ozone Exposure and Mortality in a Large Prospective Study. Am J Respir Crit Care Med. 2016 May 15;193(10):1134-42.

U.S. EPA (2010) Final Regulatory Impact Analysis (RIA) for the $NO_2$ National Ambient Air Quality Standards (NAAQS). U.S. Environmental Protection Agency Office of Air Quality Planning and Standards Health and Environmental Impact Division Air Benefit-Cost Group. Research Triangle Park, North Carolina

U.S. EPA (2014). Health Risk and Exposure Assessment for Ozone. (EPA-452/R-14-004a). August 2014. Office of Air Quality Planning and Standards. Research Triangle Park, North Carolina 27711. https://www3.epa.gov/ttn/naaqs/standards/ozone/data/20140829healthrea.pdf

U,S, EPA (2016), Integrated Science Assessment for Oxides of Nitrogen – Health Criteria (EPA/600/R-15/068). OAQPS, RTP, NC. January 2016.

Volkswagen AG Rule 11 Plea Agreement.  (Jan. 11, 2017). (*United States of America v. Volkswagen AG)*.  Case No.: 16-CR-20394.

Weisel CP, Cody RP, Lioy PJ. (1995). Relationship between summertime ambient ozone levels and emergency department visits for asthma in central New Jersey. Environ Health Perspect. 1995 Mar;103 Suppl 2:97- 102.

Wilson A. M., Wake C. P., Kelly T., & Salloway J. C. (2005). Air pollution, weather, and respiratory emergency room visits in two northern New England cities: an ecological time-series study. *Environmental research*, *97*(3), 312-321.

Zanobetti, A., & Schwartz, J. (2006). Air pollution and emergency admissions in Boston, MA. *Journal of Epidemiology & Community Health*, *60*(10), 890-895.

Zanobetti A, Franklin M, Koutrakis P, Schwartz J. Fine particulate air pollution and its components in association with cause-specific emergency admissions. *Environ Heal A Glob Access Sci Source*. 2009;8(1). doi:10.1186/1476-069X-8-58

### B.  List of Publications In The Last 10 Years

Thurston GD, Bekkedal MY, Roberts EM, Ito K, Arden Pope C 3rd, Glenn BS, Ozkaynak H, Utell MJ.  (2009).  Use of health information in air pollution health research: Past successes and emerging needs.  J Expo Sci Environ Epidemiol. 2009 Jan;19(1):45-58. Epub 2008 Sep 10.

Jerrett M, Burnett RT, Pope C. A.  III, Ito K, Thurston G., Krewski D., Shi Y., Calle J, Thun M., The Contribution of Long-Term Ozone Exposure to Mortality.  NEJM.  360;11 March 12, 2009. PMID: 19279340.

Ying Z, Kampfrath T, Thurston G, Farrar B, Lippmann M, Wang A, Sun Q, Chen LC, Rajagopalan S. Ambient particulates alter vascular function through induction of reactive oxygen and nitrogen species.  Toxicol Sci. 2009 Sep;111(1):80-8. Epub 2009 Jan 30.

McKean-Cowdin R, Calle EE, Peters JM, Henley J, Hannan L, Thurston GD, Thun MJ, Preston-Martin S. Ambient air pollution and brain cancer mortality.  Cancer Causes Control. 2009 Nov;20(9):1645-51. Epub 2009 Aug 15.

Smith KR, Jerrett M, Anderson HR, Burnett RT, Stone V, Derwent R, Atkinson RW, Cohen A, Shonkoff SB, Krewski D, Pope CA 3rd, Thun MJ, Thurston G. Public health benefits of strategies to reduce greenhouse-gas emissions: health implications of short-lived greenhouse pollutants. Lancet. 2009 Dec 19;374(9707):2091-103. PMID: 19942276.

Chen L; Hwang J; Lall, R; Thurston, G; Lippmann, M. Alteration of cardiac function in ApoE-/- mice by subchronic urban and regional inhalation exposure to concentrated ambient PM 2.5. Inhalation toxicology. 2010 Jun;22(7):580-92.

Spira-Cohen A, Chen LC, Kendall M, Sheesley R, Thurston GD. (2010).  Personal exposures to traffic-related particle pollution among children with asthma in the South Bronx, NY.  J Expo Sci Environ Epidemiol. 2010 Jul;20(5):446-56. Epub 2009 Oct 28.

Ito K, Mathes R, Ross Z, NádasA, Thurston G, and Matte T. Fine Particulate Matter Constituents Associated with Cardiovascular Hospitalizations and Mortality in New York City Environmental Health Perspectives (EHP). 2011 Apr; 119(4):467-73. [Epub Dec. 2010 ahead of print]

Lall R, Ito K, Thurston G.  Distributed Lag Analyses of Daily Hospital Admissions and Source-Apportioned Fine Particle Air Pollution. Environmental Health Perspectives (EHP). 2011 Apr; 119(4):455-60. PMC3080925.

Zhou J, Ito K, Lall R, Lippmann M, Thurston G. Time-series Analysis of Mortality Effects of Fine Particulate Matter Components in Detroit and Seattle. Environ Health Perspect. 2011 Apr;119(4):461-6. PMCID: PMC3080926.

Spira-Cohen A, Chen LC, Kendall M, Lall R, Thurston GD. Personal Exposures to Traffic-Related Air Pollution and Acute Respiratory Health Among Bronx School Children with Asthma. Environ Health Perspect. 2011 Apr;119(4):559-65. PMCID: PMC3080941.

Thurston G., Ito K, and Lall R.  A Source Apportionment of U.S. Fine Particulate Matter Air Pollution. Atmospheric Environment. 2011Aug. 45(24): 3924-3936. PMCID: PMC3951912.

Brauer M, Amann M, Burnett RT, Cohen A, Dentener F, Ezzati M, Henderson SB, Krzyzanowski M, Martin RV, Van Dingenen R, van Donkelaar A, Thurston GD. (2012).  Exposure Assessment for Estimation of the Global Burden of Disease Attributable to Outdoor Air Pollution.  Environ. Sci. Technol. 2012 Jan 17;46(2):652-60. PMID: 22148428.

Restrepo CE, Simonoff JS, Thurston GD, Zimmerman R (2012) Asthma Hospital Admissions and Ambient Air Pollutant Concentrations in New York City. Journal of Environmental Protection, Vol. 3 No. 9, 2012, pp. 1102-1116.

Murray CJ, Vos T, Lozano R, et al. (2012) Disability-adjusted life years (DALYs) for 291 diseases and injuries in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010.  Lancet. Dec 15; 380(9859):2197-223.

Lim S, Vos T, Flaxman A, et al. (2012) A comparative risk assessment of burden of disease and injury attributable to 67 risk factors and risk factor clusters in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010.  Lancet.  Dec 15;380(9859):2224-60.

Vos T, Flaxman AD, Naghavi M, Lozano R et al. (2012). Years lived with disability (YLDs) for 1160 sequelae of 289 diseases and injuries 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet Dec 15; 380(9859): 2163-96.

Trasande L, Wong K, Roy A; Savitz D, and Thurston, G (2013) Exploring prenatal outdoor air pollution, birth outcomes and neonatal health care utilization in a nationally representative sample". J Expo Sci Environ Epidemiol. 2013 May-Jun;23(3):315-21. doi: 10.1038/jes.2012.124. Epub 2013 Jan 23.

Jerrett M, Burnett RT, Beckerman BS, Turner MC, Krewski D, Thurston G, Martin R, von Donkelaar A, Hughes E, Shi Y, Gapstur SM, Thun MJ, Pope CA 3rd. (2013) Spatial Analysis of Air Pollution and Mortality in California. Am J Respir Crit Care Med. Sep 1;188(5):593-9. PMID: 23805824

Murray CJ, Abraham J, Ali MK, Alvarado M, et al. (2013) US Burden of Disease Collaborators. The State of US Health, 1990-2010: Burden of Diseases, Injuries, and Risk Factors. JAMA. 2013 Aug 14;310(6):591-608. PMID: 23842577.

Lippmann M, Chen LC, Gordon T, Ito K, Thurston GD. (2013) National Particle Component Toxicity (NPACT) Initiative: Integrated epidemiologic and toxicologic studies of the health effects of particulate matter components. Res Rep Health Eff Inst. 2013 Oct;(177): 5-13.

Rice MB, Thurston GD, Balmes JR, Pinkerton KE. Climate Change: A Global Threat to Cardiopulmonary Health. Am J Respir Crit Care Med. 2014 Mar 1;189(5):512-9.

Vilcassim MJ, Thurston GD, Peltier RE, Gordon T. Black Carbon and Particulate Matter (PM2.5) Concentrations in New York City's Subway Stations. Environ Sci Technol. 2014 Dec 16;48(24):14738-45.

Solenkova NV, Newman JD, Berger JS, Thurston G, Hochman JS, Lamas GA. Metal pollutants and cardiovascular disease: mechanisms and consequences of exposure. Am Heart J. 2014 Dec;168(6):812-22.

Sarfaty M, Bloodhart B, Ewart G, Thurston GD, Balmes JR, Guidotti TL, Maibach EW. American Thoracic Society Member Survey on Climate Change and Health. Ann Am Thorac Soc. 2014 Dec 23.

Newman JD, Thurston GD; Cromar K; Guo, Yu; Rockman, Caron B; Fisher, Edward A; Berger, Jeffrey S. Particulate Air Pollution and Carotid Artery Stenosis. Journal of the American College of Cardiology. 2015:1-5.

GBD 2013 Mortality and Causes of Death Collaborators. Global, regional, and national age-sex specific all-cause and cause-specific mortality for 240 causes of death, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. Lancet. 2015;385(9963):117-171.

Mirowsky J. E., Jin L; Thurston G, Lighthall D, Tyner T, Horton L, Galdanes K, Chillrud S, Ross J, Pinkerton K, Chen LC, Lippmann M, Gordon T. In vitro and in vivo toxicity of urban and rural particulate matter from California. 2015-04-10; 1352-2310, Atmospheric Environment (Oxford) - id: 1522182.

Global Burden of Disease Cancer Collaboration, The Global Burden of Cancer 2013. JAMA Oncol. 2015 Jul;1(4):505-27.

GBD 2013 Risk Factors Collaborators. Global, regional, and national comparative risk assessment of 79 behavioural, environmental and occupational, and metabolic risks or clusters of risks in 188 countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. Lancet. 2015 Dec 5;386(10010):2287-323.

Thurston G, Lippmann M. Ambient particulate matter air pollution and cardiopulmonary diseases. Semin Respir Crit Care Med. 2015 Jun;36(3):422-32.

Thurston GD, Ahn J, Cromar K, Shao Y, Reynolds H, Jerrett M, Lim C, Shanley R, Park Y, Hayes RB, Ambient Particulate Matter Air Pollution Exposure and Mortality in the NIH-AARP Diet and Health Cohort. Env. Health Persp. 2016 Apr;124(4):484-90. doi: 10.1289/ehp.1509676. Epub 2015 Sep 15

Thurston GD, Burnett RT, Turner MC, Shi Y, Krewski D, Lall R, Ito K, Jerrett M, Gapstur SM, Diver WR, Pope CA. Ischemic Heart Disease Mortality and Long-Term Exposure to Source-Related Components of U.S. Fine Particle Air Pollution. Environ Health Perspect. 2016 Jun;124(6):785-94. doi: 10.1289/ehp.1509777. Epub 2015 Dec 2.

Sarfaty M, Kreslake J, Ewart G, Guidotti TL, Thurston GD, Balmes JR, Maibach EW. Survey of International Members of the American Thoracic Society on Climate Change and Health. Ann Am Thorac Soc. 2016 Oct;13(10):1808-1813.

GBD 2015 Risk Factors Collaborators. Global, regional, and national comparative risk assessment of 79 behavioural, environmental and occupational, and metabolic risks or clusters of risks, 1990-2015: a systematic analysis for the Global Burden of Disease Study 2015. Lancet. 2016 Oct 8;388(10053):1659-1724.

Thurston GD, Kipen H, Annesi-Maesano I, Balmes J, Brook RD, Cromar K, De Matteis S, Forastiere F, Forsberg B, Frampton MW, Grigg J, Heederik D, Kelly FJ, Kuenzli N, Laumbach R, Peters A, Rajagopalan ST, Rich D, Ritz B, Samet JM, Sandstrom T, Sigsgaard T, Sunyer J, Brunekreef B. A Joint ERS/ATS Policy Statement: What Constitutes An Adverse Health Effect Of Air Pollution? An Analytical Framework. *European Respiratory Journal.* 2017 Jan 11; 49(1).

Gany F, Bari S, Prasad L, Leng J, Lee T, Thurston GD, Gordon T, Acharya S, Zelikoff JT. Perception and reality of particulate matter exposure in New York City taxi drivers. J Expo Sci Environ Epidemiol. 2016 May 11. doi: 10.1038/jes.2016.23. [Epub ahead of print]

Bayram H; Bauer AK; Abdalati W; Carlsten C; Pinkerton KE; Thurston GD; Balmes JR; Takaro TK. Environment, Global Climate Change, and Cardiopulmonary Health. American Journal of Respiratory & Critical Care Medicine. 2017 Mar 15; 195(6):718-724.

Jerrett M, Turner MC, Beckerman BS, Pope CA, van Donkelaar A, Martin RV, Serre M, Crouse D, Gapstur SM, Krewski D, Diver WR, Coogan PF, Thurston GD, Burnett RT.Comparing the Health Effects of Ambient Particulate Matter Estimated Using Ground-Based versus Remote Sensing Exposure Estimates. Environmental Health Perspectives. 2017; 125(4):552-559

Yinon L, Thurston G. An evaluation of the health benefits achieved at the time of an air quality intervention in three Israeli cities. Environ Int. 2017 May;102:66-73.

Lim CC, Thurston GD, Shamy M, Alghamdi M, Khoder M, Mohorjy AM, Alkhalaf AK, Brocato J, Chen LC, Costa M. Temporal variation of fine and coarse particulate matter sources in Jeddah, Saudi Arabia. J Air Waste Manag Assoc. 2017 Jun 21. [Epub ahead of print] PMID: 28635552.

34

GBD 2015 Chronic Respiratory Disease Collaborators. Global, regional, and national deaths, prevalence, disability-adjusted life years, and years lived with disability for chronic obstructive pulmonary disease and asthma, 1990-2015: a systematic analysis for the Global Burden of Disease Study 2015. Lancet Respir Med. 2017 Sep;5(9):691-706. doi: 10.1016/S2213-2600(17)30293-X. Epub 2017 Aug 16. PMID: 28822787.

Shamy M, Alghamdi M, Khoder MI, Mohorjy AM, Alkhatim AA, Alkhalaf AK, Brocato J, Chen LC, Thurston GD, Lim CC, Costa M. Association between Exposure to Ambient Air Particulates and Metabolic Syndrome Components in a Saudi Arabian Population. Int J Environ Res Public Health. 2017 Dec 25;15(1).

Thurston GD, De Matteis S, Murray K, Scheelbeek P, Scovronick N, Budolfson M, Spears D, Vineis P. Maximizing the Public Health Benefits from Climate Action. Environ Sci Technol. 2018 Apr 3;52(7):3852-3853.

Lim CC, Hayes RB, Ahn J, Shao Y, Silverman DT, Jones RR, Garcia C, Thurston GD. Association between long-term exposure to ambient air pollution and diabetes mortality in the US. Environ Res. 2018 May 17;165:330-336

Rice MB, Motto Malea N, Pinkerton KE, Schwartz J, Nadeau KC, Browner CM, Whitehouse S, Thurston GD. Realizing the Paris Climate Agreement to Improve Cardiopulmonary Health. Where Science Meets Policy. Ann Am Thorac Soc. 2018 Jul;15(7):791-798. doi: 10.1513/AnnalsATS.201803-203PS.

Gordon T, Balakrishnan K, Dey S, Rajagopalan S, Thornburg J, Thurston G, Agrawal A, Collman G, Guleria R, Limaye S, Salvi S, Kilaru V, Nadadur S. Air pollution health research priorities for India: Perspectives of the Indo-U.S. Communities of Researchers. Environ Int. 2018 Oct; 119:100-108.

Roth GA.; G. B. D.Causes Death Collaborotors. Global, Regional, And National Age-Sex-Specific Mortality For 282 Causes Of Death In 195 Countries And Territories, 1980-2017: A Systematic Analysis For The Global Burden Of Disease Study 2017. Lancet. 2018 NOV 10; 392:1736-1788

Burnett R, Chen H, Szyszkowicz M, Fann N, Hubbell B, Pope CA 3rd, Apte JS, Brauer M, Cohen A, Weichenthal S, Coggins J, Di Q, Brunekreef B, Frostad J, Lim SS, Kan H, Walker KD, Thurston GD, Hayes RB, Lim CC, Turner MC, Jerrett M, Krewski D, Gapstur SM, Diver WR, Ostro B, Goldberg D, Crouse DL, Martin RV, Peters P, Pinault L, Tjepkema M, van Donkelaar A, Villeneuve PJ, Miller AB, Yin P, Zhou M, Wang L, Janssen NAH, Marra M, Atkinson RW, Tsang H, Quoc Thach T, Cannon JB, Allen RT, Hart JE, Laden F, Cesaroni G, Forastiere F, Weinmayr G, Jaensch A, Nagel G, Concin H, Spadaro JV.Global estimates of mortality associated with long-term exposure to outdoor fine particulate matter. Proc Natl Acad Sci U S A. 2018 Sep 18;115(38):9592-9597. doi: 10.1073/pnas.1803222115. Epub 2018 Sep 4

Schraufnagel DE, Balmes JR, Cowl CT, De Matteis S, Jung SH, Mortimer K, Perez-Padilla R, Rice MB, Riojas-Rodriguez H, Sood A, Thurston GD, To T, Vanker A, Wuebbles DJ. Air Pollution and Noncommunicable Diseases: A Review by the Forum of International Respiratory Societies' Environmental Committee, Part 1: The Damaging Effects of Air Pollution. Chest. 2019 Feb;155(2):409-416.

Schraufnagel DE, Balmes JR, Cowl CT, De Matteis S, Jung SH, Mortimer K, Perez-Padilla R, Rice MB, Riojas-Rodriguez H, Sood A, Thurston GD, To T, Vanker A, Wuebbles DJ. Air Pollution and Noncommunicable Diseases: A Review by the Forum of International Respiratory

Societies' Environmental Committee, Part 2: Air Pollution and Organ Systems. Chest. 2019 Feb;155(2):417-426.

Rahman M.; Mahamud S.; Thurston GD. Recent Spatial Gradients And Time Trends In Dhaka, Bangladesh Air Pollution And Their Human Health Implications. Journal Of The Air & Waste Management Association. 2019 Apr;69(4):478-501.

Lim CC, Hayes RB. Ahn J, Shao Y, Silverman DT, Jones RR, Thurston GD. Mediterranean Diet and the Association Between Air Pollution and Cardiovascular Disease Mortality Risk. Circulation. 2019 Apr 9;139(15):1766-1775.

Caplin A, Ghandehari M, Lim C , Glimche Pr, Thurston G. Advancing environmental exposure assessment science to benefit society. Nature Communications. 2019. 10 (1): 1236.

Vilcassim MJR, Thurston GD, Chen LC, Lim CC, Gordon T. Exposure to Greater Air Pollution when Traveling Abroad is Associated with Decreased Lung Function. American Journal of Respiratory and Critical Care Medicine. 2019.Mar 13.[Epub ahead of print]

Bhatnagar A, Maziak W, Eissenberg T, Ward KD, Thurston G, King BA, Sutfin EL, Cobb CO, Griffiths M, Goldstein LB, Rezk-Hanna M. Water Pipe (Hookah) Smoking and Cardiovascular Disease Risk: A Scientific Statement From the American Heart Association. Circulation. 2019. Mar 8. [Epub ahead of print].

Williams R, Duvall R, Kilaru V, Hagler G, Hassinger L, Benedict K, Rice J, Kaufman A, Judge R, Pierce G, Allen G, Bergin M, Cohen RC, Fransioli P, Gerboles M, Habre R, Hannigan M, Jack D, Louie P, Martin NA, Penza M, Polidori A, Subramanian R, Ray K, Schauer J, Seto E, Thurston G, Turner J, Wexler AS, Ning Z. 2019. Deliberating performance targets workshop: Potential paths for emerging PM2. 5 and O3 air sensor progress. Atmospheric Environment, Online April 13, 2019. [Epub ahead of print].

Lim CC, Hayes RB, Ahn J, Shao Y, Silverman DT, Jones RR, Garcia C, Bell ML, Thurston GD. Long-term Exposure to Ozone and Cause-Specific Mortality Risk in the U.S. Am J Respir Crit Care Med. 2019 May 3.

Lim CC and Thurston GD. Air Pollution, Oxidative Stress, and Diabetes: a Life Course Epidemiologic Perspective. Current Diabetes Reports 19 (8), 58.

Jin L, Berman JD, Zhang Y, Thurston G, Zhang Y, Bell ML. Land use regression study in Lanzhou, China: A pilot sampling and spatial characteristics of pilot sampling sites. 2019. Atmospheric Environment 210, 253-262.

Jin L, Berman JD, Warren JL, Levy JI, Thurston B, Zhang Y, Xu X, Wang S, Bell ML. A land use regression model of nitrogen dioxide and fine particulate matter in a complex urban core in Lanzhou, China. 2019. Environmental Research, 108597

Hayes RB, Lim C, Zhang Y, Cromar K, Shao Y, Reynolds HR, Silverman DT, Jones RR, Park Y, Jerrett M, Ahn J, Thurston GD. PM$_{2.5}$ air pollution and cause-specific cardiovascular disease mortality. International Journal of Epidemiology, 2019, 1–11.

### C.  List of Cases In Which Expert Has Given Testimony At Trial Or In Deposition In The Last 4 Years:

Katie Lowery, et al., v. Honeywell International Inc., et al., (CV-2005-1749)