| | |
|---|---|
| 1 | Robert J. Giuffra, Jr. (*admitted pro hac vice*) |
| | giuffrar@sullcrom.com |
| 2 | Sharon L. Nelles (*admitted pro hac vice*) |
| | nelless@sullcrom.com |
| 3 | William B. Monahan (*admitted pro hac vice*) |
| 4 | monahanw@sullcrom.com |
| | John G. McCarthy (*admitted pro hac vice*) |
| 5 | mccarthyj@sullcrom.com |
| | SULLIVAN & CROMWELL LLP |
| 6 | 125 Broad Street |
| 7 | New York, New York 10004 |
| | Telephone:     (212) 558-4000 |
| 8 | Facsimile:     (212) 558-3588 |
| 9 | Michael H. Steinberg (SBN 134179) |
| | steinbergm@sullcrom.com |
| 10 | SULLIVAN & CROMWELL LLP |
| 11 | 1888 Century Park East |
| | Los Angeles, California 90067 |
| 12 | Telephone:     (310) 712-6600 |
| | Facsimile:     (310) 712-8800 |
| 13 | |
| 14 | *Attorneys for Defendants Volkswagen AG and Volkswagen Group of America, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2672 CRB (JSC) ) ) |
| This Document Relates to: | ) **DECLARATION OF ROBERT J. GIUFFRA,** ) **JR. IN SUPPORT OF DEFENDANTS'** ) **MOTION TO DISQUALIFY PLAINTIFFS'** |
| ACTIONS SET FOR FEBRUARY 18, 2020 TRIAL | ) **EXPERT LOUIS J. FREEH AND EXCLUDE** ) <u>**HIS PROPOSED TESTIMONY AT TRIAL**</u> ) ) ) ) The Honorable Charles R. Breyer ) |

SULLIVAN & CROMWELL LLP

DECLARATION OF ROBERT J. GIUFFRA, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY AND EXCLUDE LOUIS J. FREEH
MDL NO. 2672 CRB (JSC)

ROBERT J. GIUFFRA, JR. hereby declares under penalty of perjury as follows:

1. I am a member of the Bar of the State of New York and of Sullivan & Cromwell LLP, lead counsel in the above-captioned action for Defendants Volkswagen Group of America, Inc. and Volkswagen AG ("Defendants"). I have been admitted *pro hac vice* to appear in this action.

2. I submit this Declaration on behalf of the Defendants to put before the Court certain facts of which I have personal knowledge regarding Plaintiffs' proffered expert, Louis J. Freeh, and cited in Defendants' Motion to Disqualify Plaintiffs' Expert Louis J. Freeh and Exclude His Proposed Testimony at Trial, filed concurrently herewith.

3. On or about January 12, 2016, Manfred Doess, the General Counsel of Volkswagen AG, and I met with Mr. Freeh at the offices of Sullivan & Cromwell LLP in Washington, D.C. The purpose of that meeting was to discuss Volkswagen AG's potential retention of Mr. Freeh as special counsel for Volkswagen AG in connection with U.S. diesel-related investigations and litigations. This meeting, which lasted several hours, included extensive discussion about Volkswagen AG's contemplated strategy for dealing with the then-pending U.S. Department of Justice ("DOJ") criminal investigation, what Mr. Freeh viewed as the strengths and weaknesses of the facts, the then-ongoing internal investigation by counsel for Volkswagen AG's Supervisory Board, and the best strategy for resolving the DOJ investigation and the civil emissions cases. During the course of that meeting, Dr. Doess and I also shared our views with Mr. Freeh on these same topics.

4. At various points throughout January 2016, I had additional conversations with Mr. Freeh (both by email and by phone) regarding the DOJ's and the Supervisory Board's investigations. During those discussions, I shared my views as to the potential strengths and weaknesses of the facts and their impact on strategy for approaching the investigations and litigations. I also asked for Mr. Freeh's thoughts on the same, which he shared. Mr. Freeh and I also discussed our respective views regarding employees that he believed counsel should interview, as well as additional preservation measures.

5. Throughout January 2016, I also had numerous email and telephone conversations with Mr. Freeh about the specifics of his potential role as special counsel to Volkswagen AG. The scope of Mr. Freeh's retention that was under discussion, including with Volkswagen AG's General Counsel, included:

SULLIVAN & CROMWELL LLP

DECLARATION OF ROBERT J. GIUFFRA, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY AND EXCLUDE LOUIS J. FREEH
MDL NO. 2672 CRB (JSC)

(a) serving on the U.S. Litigation Steering Committee to coordinate Defendants' responses to their U.S. diesel-related regulatory investigations and litigations (this Committee would have consisted of Dr. Doess, Mr. Freeh and me), including civil litigation brought by consumers who purchased or leased diesel vehicles;

(b) reviewing the record developed from the investigation by counsel for Volkswagen AG's Supervisory Board;

(c) advising Volkswagen AG regarding its response to the DOJ's criminal investigation;

(d) evaluating all relevant Volkswagen AG compliance systems impacted by the diesel matter, recommending changes to those systems and overseeing the implementation of those changes; and

(d) following Volkswagen AG's resolution of the DOJ investigation, serving as Volkswagen AG's compliance monitor, or if the applicable U.S. and non-U.S. authorities requested the appointment of another monitor, to serve as an interface with the monitor.

6. On or about January 16, 2016, I had a conversation with Mr. Freeh regarding an email discovered during the course of Volkswagen AG's internal investigation, including what I believed was its potential impact on the diesel-related investigations and civil litigation. I shared this document with Mr. Freeh in a January 16, 2016 email that was labeled "privileged and confidential" in order to obtain his legal advice, which Mr. Freeh provided in a follow-up email later that day. The document I sent Mr. Freeh is a version of the same document that is attached as Exhibit 7 to his December 2, 2019 expert report, submitted on behalf of opt-out consumers suing Defendants.

7. Also on January 16, I shared with Mr. Freeh a separate privileged and confidential attaching a memorandum authored by one of the law firms serving as Defendants' outside counsel, again for the purpose of obtaining Mr. Freeh's advice. The following day, Mr. Freeh shared his views on this memorandum and on the potential implications for the investigations and lawsuits related to Defendants' diesel emissions conduct.

SULLIVAN & CROMWELL LLP

DECLARATION OF ROBERT J. GIUFFRA, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY AND EXCLUDE LOUIS J. FREEH
MDL NO. 2672 CRB (JSC)

-2-

8. Each of the events and conversations described in Paragraphs 3 through 7, above, occurred during a time when Volkswagen AG was considering and evaluating Mr. Freeh as prospective counsel in connection with its defense of U.S. diesel-related investigations and litigations.

9. In or around December 2016 and January 2017, I also had communications with Mr. Freeh about the possibility of Mr. Freeh serving as the monitor for Volkswagen AG in connection with the impending resolution of the DOJ's criminal investigation. During these discussions, I specifically recall Mr. Freeh complimenting me for the speed and scope of Defendants' settlements with government regulators, including the DOJ, and the class action consumer plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on January 13, 2020.

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

SULLIVAN & CROMWELL LLP

DECLARATION OF ROBERT J. GIUFFRA, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY AND EXCLUDE LOUIS J. FREEH
MDL NO. 2672 CRB (JSC)
-3-