# Exhibit 7

## Re: Our meeting in Wolfsburg

| | |
|---|---|
| From: | . gco <gco@honljf.com> |
| To: | Christine Hohmann-Dennhardt <hohmann.dennhardt@gmail.com> |
| Bcc: | freeh@freehsporkinsullivan.com |
| Sent: | January 2, 2016 12:28:17 PM EST |

Good evening Christine and I send my sincere wishes for a happy and healthy 2016. It will surely be a busy and challenging year.

Thank you for sending your ideas on the scope of work and I will study it when I return to Delaware today from Florida.

As of yesterday, I have left Pepper and am only the Chairman 'emeritus' of FGIS. Therefore I can focus completely on my new assignment if you and Herr. Muller decide to go forward. I can make a brief and completing presentation to him as to the value of bringing me aboard now.

I have also spoken with the BP Group CEO, Bob Dudley, and he is willing to speak with Herr. Muller and you to explain what I accomplished for BP in their $18.5B settlement. Just in terms of legal fees for US law firms, we estimate that the settlement (after 5 years litigation) will save BP several billion UK pounds. Also, the settlement will save them billions of US dollars and put the 2010 Gulf oil spill behind BP. I am confident we can reach good settlements for VW earlier than 5 years, thus saving much more money, time and reputation for your Company.

Also, I spoke two weeks ago with our US Doj Deputy AG, Sally Yates, and Assistant AG John Cruden, in charge of the Environmental Natural Resources Division. These two were in charge of the BP case and are now in charge of the VW matter. I advised them (confidentially) that I may be retained as the lawyer for BP to resolve its issues with the US Government. They were both very supportive of this idea.

My travel schedule is as follows:

I will arrive in Hanover at 150p on 6 Jan 2016 on LX 816 from Zurich. I have made reservations at the Wolfsburg Ritz for three (3) nights, and have a flight (LX 53) to depart Hanover to Frankfurt on Saturday (9 Jan) at 940a. This should give us plenty of time to meet and to discuss.

I have drafted and will bring with me a letter of engagement, for which I also have a working German translation. I did not want to send it to you because I did not want to be presumptuous about the

engagement and, I also wanted to get your exact ideas on the work plan--so thanks for sending me your ideas.

Have a pleasant weekend and I look forward to seeing you on Wednesday in Wolfsburg.

Warm regards,
Louie

Sent from my iPhone

On Jan 2, 2016, at 11:31 AM, Christine Hohmann-Dennhardt <hohmann.dennhardt@gmail.com> wrote:

Dear Louie,

I hope, you have had a wonderful Christmas and a good start into 2016, which will be happy and successful for you and me I wish!

Next week we will meet together in Wolfsburg, I look forward to you and will make a reservation for you in the Hotel for 2 nights from 6. until 8. January. At what time you`ll arrive in Wolfsburg on Wednesday? I have spoken with Matthias Müller a few days ago, we `ll have a meeting with him on one of the days.

Your design of a possible press release for the Detroit Motor Show containts certain key terms of your potential contract. I have read it carefully. With most of the terms I agree, I propose only a few, but important changes, because you shall not be an independent external consultant/monitor, but a very important internal consulant/counsel, who works closely with me (I also have a three-year-contract), mainly responsible for the litigations, law enforcements and regulatory actions in the USA. I´m sending you a draft text, in which I have summarized this, and I hope you agree with it.

I am pleased to see you on Wednesday!
With warm regards
Christine

<Judge Louis Freeh Special Counsel Contract.doc>