# Exhibit 8

# Automotive News

January 19, 2016 12:00 AM

## VW will hire ex-FBI chief Freeh for U.S. role, report says

Staff and wire reports



Volkswagen plans to hire Louis Freeh, a former FBI chief, to help the automaker deal with authorities in the U.S. investigating its emissions scandal, a German newspaper said. Freeh had a similar role at Daimler.

FRANKFURT -- Volkswagen Group plans to hire Louis Freeh, a former head of the Federal Bureau of Investigation, to help the automaker deal with authorities in the U.S. investigating its emissions scandal, a German newspaper said.

Freeh would be employed as an adviser to help VW minimize the damage after the company admitted rigging engines to cheat NOx emissions tests, the *Sueddeutsche Zeitung* said in a **report** on Monday.

A VW of America spokeswoman said today reports of Freeh's hiring were "speculation."

VW is facing a legal onslaught on several fronts. U.S. owners of vehicles with higher-than-stated emissions are expected to seek billions of dollars in damages, while the U.S. Justice Department has sued VW for up to $46 billion under the Clean Air Act.

Freeh, 66, who was FBI chief from 1993 to 2001, was **hired by Daimler** in 2010 to monitor its ant-bribery steps after the automaker agreed to pay $185 million to U.S. authorities in a **corruption case**. VW's new director of integrity and legal affairs, **Christine Hohmann-Dennhard**, who worked with Freeh at Daimler, pushed hard for his appointment at VW, *Sueddeutsche Zeitung* said.

A special committee of VW's supervisory board is due to discuss his appointment today, according to the paper. Asked whether VW was about to hire Freeh, a spokesman said the company declines to comment on "speculation."

Another **former FBI chief, Robert Mueller, has been picked by a federal judge** to help steer VW toward a settlement with U.S. car owners suing it for rigging its emissions-testing software. Mueller was FBI Director from 2001 to 2013.

*Reuters contributed to this report*

---

**Source URL:** *https://www.autonews.com/article/20160119/COPY01/301199988/vw-will-hire-ex-fbi-chief-freeh-for-u-s-role-report-says*