# Exhibit 9

### *Früherer FBI-Chef soll VW helfen; Der Konzern will den ehemaligen Leiter der US-Bundespolizei, Louis Freeh, als Sonderbeauftragten gewinnen, um die Abgas-Affäre in Amerika zu entschärfen. Der Aufsichtsrat berät an diesem Dienstag*

Süddeutsche Zeitung (inkl. Regionalausgaben)

Dienstag 19. Januar 2016

Copyright 2016 Süddeutsche Zeitung GmbH Alle Rechte vorbehalten

**Süddeutsche Zeitung**
MÜNCHNER NEUESTE NACHRICHTEN AUS POLITIK, KULTUR, WIRTSCHAFT UND SPORT

**Section:** Politik; Aufmacher; Bayern; München; Deutschland; S. 1

**Length:** 510 words

**Byline:** VON THOMAS FROMM UND KLAUS OTT

## Body

**München/Wolfsburg** - Der frühere Chef der US-Bundespolizei FBI, Louis Freeh, soll Volkswagen helfen, die Abgas-Affäre glimpflich zu überstehen. Der VW-Vorstand will ihn nach Informationen von SZ, NDR und WDR mit Billigung des Aufsichtsrats als Sonderbeauftragten einsetzen. Freeh soll insbesondere seine Kontakte in den USA nutzen. Dort drohen dem deutschen Autokonzern wegen jahrelang manipulierter Abgaswerte bei fast 600000 Diesel-Fahrzeugen Strafen und Schadensersatzzahlungen in Milliardenhöhe.

   Die Berufung des 66-Jährigen soll an diesem Dienstag in einem Sonderausschuss des Aufsichtsrats besprochen werden, der sich um die Aufklärung der Affäre bemüht. Das Gremium kommt am Konzernsitz in Wolfsburg zusammen, um sich über den Stand der Ermittlungen zu informieren. Freeh war intern bereits vor Wochen als möglicher VW-Botschafter in den USA ins Spiel gebracht worden. Nach der jüngsten Interview-Panne von Matthias Müller in Detroit, wo der Volkswagen-Chef die Dieselaffäre als ,,technisches Problem" verharmlost hatte, drängt die Zeit.

   Im Konzern wächst die Angst, dass VW seine juristischen Probleme in den USA ohne einen allseits anerkannten Vermittler nicht mehr in den Griff bekommt. Die stark belasteten Beziehungen zu den dortigen Umweltbehörden sowie zu Regierung und Parlament in Washington könnten Volkswagen sehr viel Geld kosten. Der frühere FBI-Chef Freeh hat in den vergangenen Jahren bereits bei Daimler dazu beigetragen, Konflikte in den USA zu lösen. Freeh war von Daimler 2006 als Berater angeheuert worden, um eine Schmiergeldaffäre zu bewältigen.

   Der in Stuttgart ansässige Autokonzern hatte weltweit Regierungen und Geschäftspartner bestochen und gelangte so an lukrative Aufträge. Auch die US-Justiz ermittelte. Die dortigen Behörden und Daimler einigten sich schließlich; die Strafe fiel mit 185 Millionen Dollar milde aus. Im Gegenzug stimmte Daimler 2010 zu, Freeh als Kontrolleur einzusetzen, der die Korruptionsbekämpfung überwachte. Seine Mitstreiterin bei Daimler war die frühere Verfassungsrichterin Christine Hohmann-Dennhardt, die als Vorstand für Integrität und Recht für saubere Geschäfte sorgte.

   Anfang 2016 wechselte Hohmann-Dennhardt in gleicher Funktion zu VW. Die frühere Richterin und SPD-Politikerin soll dort nun ebenfalls für Recht und Ordnung sorgen. Hohmann-Dennhardt gilt als treibende Kraft einer Berufung von Freeh. In VW-Kreisen heißt es, der Aufsichtsrat ,,steuert eine Lösung an", es seien aber noch einige

Früherer FBI-Chef soll VW helfen; Der Konzern will den ehemaligen Leiter der US-Bundespolizei, Louis Freeh, als Sonderbeauftragten gewinnen, um die Abgas-Affäre....

Sachfragen zu lösen. Klar sei aber, dass Freeh anders als bei Daimler nicht als Kontrolleur, sondern als eine Art Botschafter eingesetzt werden solle.

  In dieser Rolle bekäme es Freeh auch mit Robert S. Mueller zu tun, einem seiner Nachfolger als FBI-Chef. Die US-Justiz hat Mueller als Vermittler zwischen Schadensersatzklägern und VW eingesetzt. Im VW-Aufsichtsrat soll am Dienstag auch über die missglückte USA-Reise von Konzernchef Matthias Müller geredet werden. Müller hatte sich mit der Umweltbehörde EPA nicht über die Umrüstung der Diesel-Fahrzeuge einigen können.

**Wirtschaft**

**Load-Date:** January 19, 2016

---

**End of Document**

# Süddeutsche Zeitung

Politics

The former FBI Director should help VW; the group wants to hire former Director of the U.S. Federal Bureau of Investigation, Louis Freeh , as special envoy to defuse the emission scandal in the United States. The supervisory board will meet this Tuesday

BY THOMAS FROMM AND KLAUS OTT
488 words
January 19, 2016
Süddeutsche Zeitung
SDDZ
1
German
Copyright 2016 Süddeutsche Zeitung GmbH

München/Wolfsburg -   **Louis Freeh, former Director of the U.S. Federal Bureau of Investigation, FBI ,**   should help **Volkswagen**   to survive the emission scandal relatively unscathed. According to information from SZ, NDR and WDR, the executive board of VW wants to hire him as special envoy with the approval of the Supervisory Board. **In particular, Freeh** should use his contacts in the United States. In the U.S., the German automotive manufacturer may face fines and compensation payments in the billions because it has manipulated the emission values in nearly 600,000 Diesel vehicles for years.

On Tuesday, the supervisory board will discuss the appointment of the 66-year-old in a special committee which tries to get to the bottom of the scandal. The committee convenes at the head office in Wolfsburg to find out about the status of the investigation. **Freeh**   has already been discussed internally as possible VW envoy in the United States. After the recent interview mishap by Matthias Müller in Detroit, where the   **head of Volkswagen**   trivialized the diesel affair as "technical problem", time is of the essence.

The fear is growing in the group that VW can no longer get its legal problems in the United States under control without a well-recognized intermediary. The heavily strained relations with the local environmental authorities and with the government and Parliament in Washington could cost   **Volkswagen**   an enormous sum of money. Over the past years, the former FBI Director **Freeh** has already helped Daimler to solve the conflicts in the United States. **In 2006, Daimler hired Freeh** as consultant to overcome a bribery scandal.

The automotive group domiciled in Stuttgart bribed governments and business partners worldwide and this way, it obtained lucrative orders. Also the U.S. judiciary investigated. The local authorities and Daimler finally settled; with 185 million U.S. dollars, the fine was mild. In exchange, Daimler agreed in 2010 to hire **Freeh** as monitor who supervised the fight against corruption. His colleague at Daimler was the former constitutional judge, Christine Hohmann-Dennhardt, who as Director ensured integrity and the right to honest business.

In early 2016, Hohmann-Dennhardt left the company and accepted the same position at VW. The former judge and SPD politician should also now ensure there law and order. Hohmann-Dennhardt is believed to be the driving force for the appointment of **Freeh.** In VW circles it is said the supervisory board "is close to a solution" but there are still some issues to be solved. It is clear, however, that   **Freeh**   , unlike at Daimler, should not become the position of monitor but rather as a kind of envoy.

In this role, **Freeh** would also have to work with Robert S. Mueller, his successor as FBI Director. The U.S. judiciary used Mueller as mediator between claimants of damages and VW. On Tuesday, supervisory board of VW is also said to discuss the unsuccessful trip of CEO Matthias Müller to the United States. Müller was unable to agree with the Environmental Protection Agency, EPA, on the retrofit of these Diesel vehicles.

►Business

Document SDDZ000020160119ec1j0000c

**Search Summary**

| | |
|---|---|
| Text | Louis and Freeh and Volkswagen |
| Date | In the last 5 years |
| Source | All Sources |
| Author | All Authors |
| Company | All Companies |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English Or German |
| Results Found | 233 |
| Timestamp | 4 December2019 19:18 |

Page 2 of 2 © 2019 Factiva, Inc. All rights reserved.



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Alyssa Mullally, hereby certify that the document **"Factiva-20191204-1920"** is to the best of my knowledge and belief, a true and accurate translation from German into English.

Alyssa Mullally

Sworn to before me this
December 9, 2019

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE