# Exhibit 11

------ MMS ------
Von: +12022158321/TYPE=PLMN
Empfangen: 15. Dez. 2016 09:25

Dear Manfred
Good morning and I hope you are doing very well. I'm in Mannheim this week on business with Bilfinger and wanted to wish you and your family a Merry Christmas and a healthy 2017. As you bring negotiations with the USG to a conclusion, I would ask that you please keep me in mind for any future role, such as a monitor. Congratulations on moving this complex matter along to a final solution.
Best regards
Louie