# Exhibit 12



News & Resources

May 7, 2019

## Louis Freeh and Glaser Weil Enter Into Strategic Alliance

Related Attorneys: **Fred Heather**, **Lawrence M. Hadley**, **Garland A. Kelley**

Related Practices: **Litigation**, **Intellectual Property**

**LOS ANGELES AND NEW YORK, MAY 8, 2019 –** Glaser Weil LLP, Freeh Sporkin & Sullivan, LLP ("FSS") and Freeh Group International Solutions, LLC ("FGIS") today announced the launch of a strategic alliance, one capable of deploying their vast resources and experience as a combined legal and investigative powerhouse focused on risk management, investigations and comprehensive representation in highly complex and strategic matters.

The new alliance, which will be based in Los Angeles and be effective immediately, includes Louis J. Freeh, who leads FSS and FGIS (collectively the Freeh Group), served as Director of the Federal Bureau of Investigation, was a federal judge in the Southern District of New York, as well as an Assistant United States Attorney in that District, and Glaser Weil, one of the country's premier full-service law firms, with star litigator Patricia L. Glaser, who tops a short list of "go-to" trial attorneys in the nation, and *Chambers and Partners* describes as a "trial icon," the *Los Angeles Business Journal* recognized as one of the "Most Influential People" in Los Angeles, and *Benchmark Litigation* ranks as one of the "Top 100 Trial Lawyers."

The legal, regulatory,and social media landscapes have evolved over the past several years and penalties for corporate non-compliance or litigation missteps can be very severe.  This unique alliance provides a complete package of consultative, investigative, and litigation services to help promote and ensure client compliance as well as rapid response, including full-scale litigation, when crisis erupts.

Benjamin F. Scotti, who has worked alongside Mr. Freeh for over 10 years on a number of high profile domestic and international engagements, will lead the Freeh Group's involvement in the alliance alongside Glaser Weil partner Fred Heather, a former Assistant United States Attorney with over 30 years of practice defending corporations and their executives in complex civil and White Collar cases. Mr. Heather heads Glaser Weil's Crisis Management & Response Practice Group together with Garland A. Kelley, a securities litigator with more than 25 years of experience consulting with, and litigating for, exceptional clients around the world, and Lawrence Hadley, an intellectual property attorney with more than 25 years of experience in high-stakes IP matters.

Mr. Heather said, "There is no equivalent to the combined experience and reputation of Louie Freeh and his colleagues, and our firm's ability to rapidly and aggressively represent our clients, including public and private companies, colleges, sports and entertainment ventures, defense contractors, gaming enterprises, hospitals, banks, and securities-related businesses of all sizes who find themselves faced with the need for experienced and deeply credible investigators and world class litigators."

GWPROD_000001



## News & Resources

Patty L. Glaser, Chair of the Glaser Weil Litigation Department, stated, "This alliance represents a tremendous example of how two great teams are even stronger together.  We are very excited to work alongside Louie Freeh and the rest of his team."  The new strategic alliance provides clients with one-stop access to some of the country's top lawyers and investigators, who can work together to provide counsel and representation regarding White Collar crime, securities and environmental litigation, and cyber security and data protection.

"Glaser Weil's national reach is well-established, with important litigation matters throughout California, New York, Delaware, and numerous other states," said Garland A. Kelley.   "This alliance will further our global reach, and the capability to offer the gold standard in investigative prowess coupled with top-shelf creative legal representation."

Lawrence Hadley, Chair of Glaser Weil's Intellectual Property Department stated, "The ability to have the Freeh Group's resources in complex intellectual property matters like trade secrets, cyber security and data breach, and patent infringement, particularly their unique forensic capabilities, will allow us to offer our clients capabilities that few, if any, law firms can match."

**ABOUT GLASER WEIL**

Glaser Weil is one of the country's premier full-service law firms particularly well known for its prowess in litigation.  Indeed, Benchmark Litigation, the definitive guide to America's leading litigation firms, awarded Glaser Weil its highest ranking of "Highly Recommended" – one of only 25 law firms in California to earn this elite status.

**ABOUT FREEH, SPORKIN & SULLIVAN**

The firm is unique in that it was established by three former federal judges with decades of experience on the federal bench and at the highest levels of the U.S. government.  FSS has an extraordinary collection of talented and internationally recognized attorneys, with a broad range of bona-fides from the public and private sectors, who bring unparalleled expertise, reputation, judgment and immediate credibility to the selective legal representations the firm undertakes.

**ABOUT FREEH GROUP INTERNATIONAL SOLUTIONS**

FGIS is a dynamic company with the experience, credibility and global reach that allow us to deliver prompt and effective solutions. We have built a reputation for working closely with each client to efficiently assess their circumstances, provide independent counsel, and jointly develop or enhance effective risk mitigation strategies.



Our Offices

© 2019 Glaser Weil   |   Attorney Advertising
Disclaimer   |   Privacy Policy

GWPROD_000002