| | |
|---|---|
| 1 | Robert J. Giuffra, Jr. (*admitted pro hac vice*) |
| 2 | giuffrar@sullcrom.com<br>Sharon L. Nelles (*admitted pro hac vice*) |
| 3 | nelless@sullcrom.com<br>William B. Monahan (*admitted pro hac vice*) |
| 4 | monahanw@sullcrom.com<br>John G. McCarthy (*admitted pro hac vice*) |
| 5 | mccarthyj@sullcrom.com<br>SULLIVAN & CROMWELL LLP |
| 6 | 125 Broad Street |
| 7 | New York, New York 10004<br>Telephone:     (212) 558-4000 |
| 8 | Facsimile:      (212) 558-3588 |
| 9 | Michael H. Steinberg (SBN 134179) |
| 10 | steinbergm@sullcrom.com<br>SULLIVAN & CROMWELL LLP |
| 11 | 1888 Century Park East<br>Los Angeles, California 90067 |
| 12 | Telephone:     (310) 712-6600<br>Facsimile:      (310) 712-8800 |

*Attorneys for Defendants Volkswagen AG and Volkswagen Group of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 2672 CRB (JSC)<br>)<br>) |
| This Document Relates to:<br><br>ACTIONS SET FOR<br>FEBRUARY 18, 2020 TRIAL | ) **[PROPOSED] ORDER GRANTING**<br>) **DEFENDANTS' MOTION TO DISQUALIFY**<br>) **PLAINTIFFS' EXPERT LOUIS J. FREEH**<br>) **AND EXCLUDE HIS PROPOSED**<br>) **TESTIMONY AT TRIAL**<br>)<br>) The Honorable Charles R. Breyer<br>)<br>)<br>)<br>) |

SULLIVAN & CROMWELL LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISQUALIFY AND EXCLUDE LOUIS J. FREEH
MDL NO. 2672 CRB (JSC)

1    Having considered Defendants' Motion to Disqualify Plaintiffs' Expert Louis J. Freeh and
2 Exclude His Proposed Testimony at Trial (hereinafter "Motion"), and for good cause appearing, IT IS
3 HEREBY ORDERED THAT Defendants' Motion is **GRANTED**.
4    Mr. Freeh is hereby disqualified from serving as Plaintiffs' expert and Plaintiffs may not
5 introduce testimony from Mr. Freeh at trial.

7 **IT IS SO ORDERED.**

9 Dated: _____, 2020    _____
10                                     Honorable Charles R. Breyer
                                       UNITED STATES DISTRICT JUDGE