FRED D. HEATHER - State Bar No. 110650
fheather@glaserweil.com
RICHARD W. BUCKNER - State Bar No. 102545
rbuckner@glaserweil.com
GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Steve Mikhov (SBN 224676)
stevem@knightlaw.com
Amy Morse (SBN 290502)
amym@knightlaw.com
KNIGHT LAW GROUP LLP
10250 Constellation Blvd, Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ACTIONS SET FOR FEBRUARY 24, 2020 TRIAL | CASE NO. 3:15-md-02672-CRB<br><br>Hon. Charles R. Breyer<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' REPLY BRIEFS IN SUPPORT OF PLAINTIFFS' MOTIONS *IN LIMINE*<br><br>Hearing Date:  February 6, 2020<br>Time:                2:00 p.m.<br>Courtroom:      6 – 17th Floor<br><br>Trial Date:         February 24, 2020 |

## ARGUMENT

On January 13, 2020, Plaintiffs timely filed six motions *in limine*.[1]  At the time of filing, Plaintiffs' counsel received a Notice of Electronic Filing ("NEF") for each of the six motions filed. Pursuant to each of the NEFs, the hearing on the motions was set for February 6, 2020 at 2:00 PM. Each NEF also stated that Defendants' responses to the motions were due by January 27, 2020 and that ***Plaintiffs' replies were due by February 3, 2020***.  *See*, Buckner Decl. Ex. A (First Page of NEFs).  In reliance on the NEFs, Plaintiffs filed their replies in support of each motion on February 3, 2020.

## CONCLUSION

For the forgoing reasons, Plaintiffs respectfully request that this Court deny Defendants' motion to strike Plaintiffs' reply briefs in support of Plaintiffs' motions *in limine* and retain the current hearing date on February 6, 2020.

DATED:  February 4, 2020                    Respectfully submitted,


By: /s/ Richard W. Buckner
    FRED D. HEATHER
    RICHARD W. BUCKNER
    GLASER WEIL FINK HOWARD
      AVCHEN & SHAPIRO LLP
    Attorneys for Plaintiffs

---

[1] Plaintiffs filed an administrative motion seeking leave to have the sixth motion *in limine* heard.