| | |
|---|---|
| 1 | Robert J. Giuffra, Jr. (*admitted pro hac vice*) |
| 2 | Sharon L. Nelles (*admitted pro hac vice*) |
|   | Suhana S. Han (*admitted pro hac vice*) |
| 3 | William H. Wagener (*admitted pro hac vice*) |
|   | SULLIVAN & CROMWELL LLP |
| 4 | 125 Broad Street |
|   | New York, New York 10004 |
| 5 | Telephone:    (212) 558-4000 |
|   | Facsimile:    (212) 558-3588 |
| 6 | |
| 7 | Laura Kabler Oswell (State Bar No. 241281) |
|   | SULLIVAN & CROMWELL LLP |
| 8 | 1870 Embarcadero Road |
|   | Palo Alto, California 94303 |
| 9 | Telephone:    (650) 461-5600 |
|   | Facsimile:    (650) 461-5700 |
| 10 | |
| 11 | *Attorneys for Defendants Volkswagen AG,* |
|    | *Volkswagen Group of America, Inc. and* |
| 12 | *Volkswagen Group of America Finance, LLC* |
| 13 | [*Additional counsel on signature page*] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2672 CRB (JSC) ) |
| This Document Relates to: | ) **DEFENDANTS VOLKSWAGEN AG,** ) **VOLKSWAGEN GROUP OF AMERICA, INC.,** |
| *BRS v. Volkswagen AG, et al.*, Case No. 16-cv-3435 ("Bondholders Securities Action") | ) **VOLKSWAGEN GROUP OF AMERICA** ) **FINANCE, LLC, MICHAEL HORN, AND** ) **MARTIN WINTERKORN'S MOTION TO** ) **FILE UNDER SEAL** ) |
| | ) Courtroom: 6 |
| | ) The Honorable Charles R. Breyer |

SULLIVAN & CROMWELL LLP

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. MDL NO. 2672 CRB (JSC)

1   Pursuant to Local Civil Rules 7-11 and 79-5, and the Stipulated Protective Order (ECF No. 5903), Defendants Volkswagen AG, Volkswagen Group of America, Inc., Volkswagen Group of America Finance, LLC, Michael Horn, and Martin Winterkorn (collectively, "Defendants") respectfully request to file portions of their Memorandum of Law in Opposition of Law in Opposition to Plaintiff's Motion for Class Certification (the "Opposition"), portions of Exhibit A and Exhibit B to the Declaration of Suhana S. Han in Support of Defendants Volkswagen AG, Volkswagen Group of America, Inc., Volkswagen Group of America Finance, LLC, Michael Horn and Martin Winterkorn's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification and in Support of Defendants' Motion to Exclude the Testimony of Dr. Michael Hartzmark ("Han Declaration") under seal.

On February 19, 2019, the Court granted the parties' Stipulated Protective Order. Pursuant to the Stipulated Protective Order, "a Party may not file in the public record in this Action any Protected Material" and "[a] Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5."  Exhibit B to the Han Declaration, a copy of the transcript of the deposition of Michael L. Hartzmark, Ph.D., dated January 10, 2020, was designated "Confidential" by counsel for Plaintiff pending further review by Dr. Hartzmark, and therefore constitutes "Protected Material."

As required by Civil Local Rule 79-5(e), the accompanying Declaration of Suhana S. Han in support of Administrative Motion to File Under Seal identifies "the document or portions thereof which contain the designated confidential material and identify the party that has designated the material as confidential" and is being served on Plaintiff concurrently with the Opposition and this Motion to Seal.

Accordingly, Defendants respectfully request that Exhibit B to the Han Declaration, as well as the portions of the Opposition and Exhibit A to the Han Declaration that reference Exhibit B, be filed under seal and kept under seal until further order of the Court.

| | | |
|---|---|---|
| 1 | Dated: February 14, 2020 | Respectfully submitted, |
| 2 | | /s/ Robert J. Giuffra, Jr. |
| 3 | | Robert J. Giuffra, Jr. (*admitted pro hac vice*) |
| 4 | | Sharon L. Nelles (*admitted pro hac vice*) |
| | | Suhana S. Han (*admitted pro hac vice*) |
| 5 | | William H. Wagener (*admitted pro hac vice*) |
| 6 | | SULLIVAN & CROMWELL LLP |
| | | 125 Broad Street |
| 7 | | New York, New York 10004 |
| | | Telephone:   (212) 558-4000 |
| 8 | | Facsimile:   (212) 558-3588 |
| 9 | | Laura Kabler Oswell |
| | | SULLIVAN & CROMWELL LLP |
| 10 | | 1870 Embarcadero Road |
| | | Palo Alto, California 94303 |
| 11 | | Telephone:   (650) 461-5600 |
| | | Facsimile:   (650) 461-5700 |
| 12 | | *Attorneys for Defendants Volkswagen AG,* |
| 13 | | *Volkswagen Group of America, Inc. and Volkswagen Group of America Finance, LLC* |
| 14 | | |
| 15 | | /s/ David Schertler |
| | | David Schertler (*admitted pro hac vice*) |
| 16 | | Lisa Manning (*admitted pro hac vice*) |
| | | Joseph Gonzalez (*admitted pro hac vice*) |
| 17 | | SCHERTLER & ONORATO, LLP |
| | | 901 New York Avenue, N.W. |
| 18 | | Suite 500 |
| | | Washington, D.C. 20001 |
| 19 | | Telephone: (202) 628-4199 |
| 20 | | Facsimile: (202) 628-4177 |
| 21 | | *Attorneys for Defendant Michael Horn* |
| 22 | | /s/ Gregory P. Joseph |
| | | Gregory P. Joseph (*admitted pro hac vice*) |
| 23 | | Peter R. Jerdee (*admitted pro hac vice*) |
| | | Christopher J. Stanley (*admitted pro hac vice*) |
| 24 | | JOSEPH HAGE AARONSON LLC |
| 25 | | 485 Lexington Avenue, 30th Floor |
| | | New York, New York 10017 |
| 26 | | Telephone:   (212) 407-1210 |
| | | Facsimile:   (212) 407-1280 |
| 27 | | *Attorneys for Defendant Martin Winterkorn* |
| 28 | | |

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  February 14, 2020

SULLIVAN & CROMWELL LLP

*/s/  Laura Kabler Oswell*
Laura Kabler Oswell