Robert J. Giuffra, Jr. (*admitted pro hac vice*)
Sharon L. Nelles (*admitted pro hac vice*)
Suhana S. Han (*admitted pro hac vice*)
William H. Wagener (*admitted pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

Laura Kabler Oswell (State Bar No. 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

*Attorneys for Defendants Volkswagen AG,
Volkswagen Group of America, Inc., and
Volkswagen Group of America Finance, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2672 CRB (JSC) ) |
| This Document Relates to:  Securities Actions | ) **DEFENDANTS VOLKSWAGEN AG,** ) **VOLKSWAGEN GROUP OF AMERICA, INC.,** ) **VOLKSWAGEN GROUP OF AMERICA** |
| *BRS v. Volkswagen AG, et al.*, Case No. 16-cv-3435 ("Bondholders Securities Action") | ) **FINANCE LLC, MICHAEL HORN AND** ) **MARTIN WINTERKORN'S NOTICE OF** ) **MOTION AND MOTION TO DISQUALIFY** ) **PLAINTIFFS' EXPERT DR. MICHAEL** ) **HARTZMARK AND EXCLUDE HIS** ) **TESTIMONY** ) ) Courtroom: 6 ) The Honorable Charles R. Breyer |

# NOTICE OF MOTION AND MOTION

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on April 17, 2020 at 10:00 a.m., or at such other time as the Court may direct or the parties may agree, Defendants Volkswagen AG, Volkswagen Group of America, Inc., Volkswagen Group of America Finance, LLC (collectively, "Volkswagen"), Martin Winterkorn, and Michael Horn (together with Volkswagen, "Defendants") will and hereby do move this Court to disqualify Plaintiff's putative expert economist, Dr. Michael Hartzmark, and to exclude his testimony. This Motion is made pursuant to the Court's inherent authority to disqualify experts, Federal Rules of Evidence 702 and *Daubert* v. *Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and is based on this Notice of Motion, the accompanying Memorandum of Law in Opposition To Plaintiff's Motion For Class Certification and in Support Of Excluding Plaintiff's Expert Testimony, the Declaration of Suhana S. Han, all pleadings and papers filed herein, and oral argument of counsel.

Dated: February 14, 2020

Respectfully submitted,

/s/  Robert J. Giuffra, Jr.

Robert J. Giuffra, Jr. (admitted *pro hac vice*)
Sharon L. Nelles (admitted *pro hac vice*)
Suhana S. Han (admitted *pro hac vice*)
William H. Wagener (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Laura Kabler Oswell
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Defendants Volkswagen AG,
Volkswagen Group of America, Inc., and
Volkswagen Group of America Finance, LLC*

/s/ Joseph Gonzalez

David Schertler (*admitted pro hac vice*)
Lisa Manning (*admitted pro hac vice*)
Joseph Gonzalez (*admitted pro hac vice*)

SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Attorneys for Defendant Michael Horn*

/s/  *Gregory P. Joseph*
Gregory P. Joseph (admitted *pro hac vice*)
Peter R. Jerdee (admitted *pro hac vice*)
Christopher J. Stanley (admitted *pro hac vice*)
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Tel: (212) 407-1210
Fax: (212) 407-1280

*Attorneys for Defendant Martin Winterkorn*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: February 14, 2020                                SULLIVAN & CROMWELL LLP

/s/ *Laura Kabler Oswell*
Laura Kabler Oswell