FILED

MAR - 3 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 15-2672 (JSC)<br><br>**VERDICT FORM** |

## VERDICT FORM

### Compensatory Damages (All Counts)

**Question 1.** Has each Plaintiff proved by a preponderance of the evidence that he, she, or they were economically harmed as a result of Defendants' conduct?

Byron Clendenen (2013 Volkswagen Touareg)

__✓__   __ __
Yes     No

Kenneth and Maria Coon (2014 Audi A6)

__✓__   __ __
Yes     No

Richard and Virginia Ortiz (2014 Volkswagen Passat)

__✓__   __ __
Yes     No

Timothy Riley (2010 Volkswagen Jetta)

__✓__   __ __
Yes     No

Julia Robertson (2013 Volkswagen Golf)

__✓__   __ __
Yes     No

Scott Salzer (2010 Volkswagen Jetta)

__✓__   __ __
Yes     No

Luke and Kathryn Sanwick (2013 Audi Q7)

__✓__   __ __
Yes     No

**If you answered "No" for all Plaintiffs for Question 1, please turn in this form. If you answered "Yes" for any Plaintiff, please proceed to Question 2 for that Plaintiff or those Plaintiffs (but not for any Plaintiff for whom you answered "No").**

**Compensatory Damages (All Counts)**

**Question 2.** What amount of economic damages, if any, has each Plaintiff proved by a preponderance of the evidence?

Byron Clendenen (2013 Volkswagen Touareg)

$ 0

Kenneth and Maria Coon (2014 Audi A6)

$ 0

Richard and Virginia Ortiz (2014 Volkswagen Passat)

$ 0

Timothy Riley (2010 Volkswagen Jetta)

$ 1,080.

Julia Robertson (2013 Volkswagen Golf)

$ 952.

Scott Salzer (2010 Volkswagen Jetta)

$ 582.

Luke and Kathryn Sanwick (2013 Audi Q7)

$ 3,133.

Date 3/4/20     Foreperson Signature *Nancy Nyjuh*

**When completed, please turn in this form.**

-2-