ABRAHAM, FRUCHTER
   & TWERSKY, LLP
IAN D. BERG   (Bar No. 263586)
TAKEO A. KELLAR   (Bar No. 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel:   (858) 764-2580
Fax:   (858) 764-2582
iberg@aftlaw.com
tkellar@aftlaw.com

*Counsel for Lead Plaintiff Puerto Rico
Government Employees and Judiciary
Retirement Systems Administration*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*BRS v. Volkswagen AG, et al.,* Case No. 16-cv-3435  ("Bondholders Securities Action") | MDL No. 2672 CRB (JSC)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISQUALIFY AND EXCLUDE EXPERT TESTIMONY**<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:   6, 17th Floor |

This Stipulation is entered into between Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration ("Plaintiff") and Defendants Volkswagen AG, Volkswagen Group of America Inc., Volkswagen Group of America Finance LLC, Michael Horn, and Martin Winterkorn (the "Defendants," and collectively with Plaintiff, the "Parties").

WHEREAS, on November 8, 2019, Plaintiff filed its Motion for Class Certification (ECF No. 6887) (the "Motion for Class Certification");

WHEREAS, in support of the Motion for Class Certification, Plaintiff submitted the expert report of Dr. Michael Hartzmark;

WHEREAS, on January 28, 2020, the Court entered an Order (ECF No. 7070) approving the Parties' stipulation to extend the deadline for the Defendants to file their Opposition to the Motion for Class Certification to February 14, 2020, and the deadline for Plaintiff to file its Reply in Support of its Motion for Class Certification to March 18, 2020;

WHEREAS, on February 14, 2020, Defendants filed their combined Opposition to the Motion for Class Certification and Motion to Disqualify Dr. Hartzmark and Exclude His Testimony (ECF No. 7164);

WHEREAS, on February 20, 2020, pursuant to the Clerk's instruction, Defendants re-filed their Motion to Disqualify Dr. Hartzmark and Exclude His Testimony (ECF No. 7191) (the "Motion to Disqualify");

WHEREAS, pursuant to Civil Local Rule 7-3, Lead Plaintiff's Opposition to the Motion to Disqualify is due on March 5, 2020, and Defendants' Reply in Support of the Motion to Disqualify is due on March 12, 2020;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, subject to the Court's approval, that the deadline for Plaintiff to file their Opposition to the Motion to Disqualify is extended to the same date as Plaintiff's Reply in Support of its Motion for Class Certification on March 18, 2020, and the deadline for Defendants' Reply in Support of the Motion to Disqualify is extended to March 25, 2020.

Dated: February 20, 2020

| | |
|---|---|
| **ABRAHAM, FRUCHTER & TWERSKY, LLP** <br> IAN D. BERG <br> TAKEO A. KELLAR <br><br> */s/ Ian D. Berg* <br> IAN D. BERG <br><br> *Attorneys for Lead Plaintiff PRGERS* | **SULLIVAN & CROMWELL LLP** <br> ROBERT J. GIUFFRA, JR. (*pro hac vice*) <br> SUHANA HAN (*pro hac vice*) <br> WILLIAM H. WAGENER (*pro hac vice*) <br><br> */s/ William H. Wagener* <br> WILLIAM H. WAGENER <br><br> *Attorneys for Defendants Volkswagen AG, Volkswagen Group of America Inc., and Volkswagen Group of America Finance LLC* |
| **JOSEPH HAGE AARONSON, LLC** <br> GREGORY P. JOSEPH (*pro hac vice*) <br> PETER R. JERDEE (*pro hac vice*) <br> CHRISTOPHER J. STANLEY (*pro hac vice*) <br><br> */s/ Christopher J. Stanley* <br> CHRISTOPHER J. STANLEY <br><br> *Attorneys for Defendant Martin Winterkorn* | **SCHERTLER & ONORATO, LLP** <br> DAVID SCHERTLER (*pro hac vice*) <br> LISA MANNING (*pro hac vice*) <br> JOSEPH GONZALEZ (*pro hac vice*) <br><br> */s/ Joseph Gonzalez* <br> JOSEPH GONZALEZ <br><br> *Attorneys for Defendant Michael Horn* |

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 5, 2020, 2020

_____
HON. CHARLES R. BREYER
United States District Judge

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: February 20, 2020

**ABRAHAM, FRUCHTER & TWERSKY LLP**

*/s/ Ian D. Berg*
IAN D. BERG