**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 3:15-md-02672-CRB
Case Name: <u>In Re: Volkswagen Group of America, Inc.</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Richard W. Buckner, Bryan C. Altman, Lauren Ungs, Fred D. Heather, Connor Kelly and Scot Wilson | Robert J. Giuffra, Jr., James H. Congdon, William Monahan and Dylan Aluise |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 4, 2020 | Katherine Sullivan and JoAnn Bryce | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 a.m. | | | Court Reporter – Katherine Sullivan. Court convened. Jurors not present. All parties and counsel present. Discussion re video designation. Discussion re witness testimony. Daubert hearing held | |
| | | 7:42 a.m. | | | Plaintiff's Witness sworn – George Thurston | |
| | | 8:01 a.m. | | | Defendant's cross-examination of George Thurston | |
| | | 8:26 a.m. | | | The Court inquiry of the witness George Thurston | |
| | | 8:27 a.m. | | | Plaintiff's re-direct of George Thurston | |
| | | 8:31 a.m. | | | Defendant's re-re cross of George Thurston | |
| | | 8:34 a.m. | | | Plaintiff's re-direct of George Thurston | |
| | 645 | | X | | Defendant's exhibit 645 marked | |
| | 720 | | X | | Defendant's exhibit 720 marked | |
| | | 8:35 a.m. 8:49 a.m. | | | Witness excused. Argument re Expert Testimony of George Thurston. Argument re testimony. Matter taken under submission. Court in recess | |
| | | 9:05 a.m. | | | Court Reporter -JoAnn Bryce. Jurors not present. Court reconvened. All parties and counsel present. Court will allow George Thurston to testify as stated on the record. Discussion re witness testimony. | |
| | | 9:21 a.m. | | | Jurors present | |
| | | 9:22 a.m. | | | Plaintiff's witness sworn – George Douglas Thurston | |
| | | 10:20 a.m. | | | Defendant cross-examination of George D. Thurston | |

1

| | 588 | | X | | Defendant's exhibit 588 previously admitted | |
|---|---|---|---|---|---|---|
| | | 10:41 a.m. | | | Plaintiff's re-direct of George D. Thurston | |
| | 645 | | X | | Defendant's exhibit 645 previously admitted | |
| | | 10:48 a.m. | | | Plaintiff's re-re cross of George D. Thurston | |
| | 588 | | X | | Defendant's exhibit 588 previously admitted | |
| | 645 | | X | | Defendant's exhibit 645 previously admitted | |
| | | 10:51 a.m. | | | Plaintiff re-re re-direct of witness George D. Thurston | |
| | | 10:53 a.m. | | | Witness excused. Jurors on break. Discussion re video deposition. | |
| | | 11:04 a.m. | | | Court in recess | |
| | | 11:18 a.m. | | | Court Reporter – Katherine Sullivan. Discussion re deposition video. | |
| 5000 | | 11:30 a.m. | X | X | Jurors present. All parties and counsel present. Plaintiff's exhibit 5000 marked and admitted Defendant's witness sworn – Rachael Zaluzec | |
| | 405 | | X | X | Defendant's exhibit 405 marked and admitted | |
| | 354 | | X | X | Defendant's exhibit marked and admitted | |
| | 355 | | X | X | Defendant's exhibit 355 marked and admitted | |
| | 361 | | X | X | Defendant's exhibit 361 marked and admitted | |
| | 358 | | X | X | Defendant's exhibit 358 marked and admitted | |
| | 371 | | X | X | Defendant's exhibit 371 marked and admitted | |
| | 365 | | X | X | Defendant's exhibit 365 marked and admitted | |
| | 361 | | X | | Defendant's exhibit 361 previously admitted | |
| | 371 | | X | | Defendant's exhibit 371 previously admitted | |
| | | 12:38 p.m. | | | Jurors excused for the day. Jurors will return on 3/5/2020 at 9:15 a.m. Court Reporter – JoAnn Bryce Plaintiff's object to court's colloquy with the jurors. Discussion re witness line up and witness testimony. | |
| | | 3:07 p.m. | | | Court Reporter – JoAnn Bryce. All parties and counsel present. Discussion re deposition designation, deposition translation, deposition exhibits and exhibits. | |
| | | | | | Plaintiff's 5024, 5166, 5226, 5265. Counsel stipulate admission of exhibits - admitted | |
| | | | | | Plaintiff's exhibits 5147 - excluded | |
| | | | | | Plaintiff's exhibit 5337 - excluded | |
| | | | | | Plaintiff's exhibit 5153 - excluded | |
| | | | | | Plaintiff's exhibit 5205 – excluded | |
| | | | | | Plaintiff's exhibit 5174 – admitted Plaintiff's exhibit 5270 – excluded | |

2

|  |  |  |  | Plaintiff's exhibit 5003 - excluded |  |
|--|--|--|--|--|--|
|  |  |  |  | Plaintiff's exhibit 5004 - excluded |  |
|  |  |  |  | Plaintiff's exhibit 5011, 5013, 5014 - admitted |  |
|  |  |  |  | Plaintiff's exhibit 5021 – excluded |  |
|  |  |  |  | Plaintiff's exhibit 5022 – admitted |  |
|  |  |  |  | Plaintiff's exhibit 5071 - excluded |  |
|  |  |  |  | Plaintiff's exhibit 5087 – admitted |  |
|  |  |  |  | Plaintiff's exhibit 5092 - excluded |  |
|  | 3:59 p.m. |  |  | Court adjourned until 3/5/2020 at 7:30 a.m. |  |
|  |  |  |  |  |  |