FILED

MAR - 9 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 15-md-2672 ) ) ) ) ) **VERDICT FORM** |

# VERDICT FORM

## Punitive Damages

What amount of punitive damages, if any, should each Plaintiff(s) be awarded?

Timothy Riley (2010 Volkswagen Jetta)

$ _25,000._

Julia Robertson (2013 Volkswagen Golf)

$ _25,000._

Scott Salzer (2010 Volkswagen Jetta)

$ _25,000._

Luke and Kathryn Sanwick (2013 Audi Q7)

$ _25,000._

Date _3/9/20_     Foreperson Signature _Nancy Nyack_

**When completed, please turn in this form.**