CHARLES MILLER, ESQ./SBN: 276523
**HEYGOOD, ORR & PEARSON**
6363 North State Highway 161
Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002

**Attorney for Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: VOLKSWAGEN "CLEAN DIESEL"          Case No. 3:15-md-02672-CRB
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| This Document Relates to: | ) | Case No. 3:18-cv-00339-CRB |
| | ) | |
| EDDIE HIGGINS, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| VOLKSWAGEN GROUP OF AMERICA, | ) | |
| INC., et al. | ) | |
| | ) | |
| Defendants | ) | |

## <u>STIPULATION OF DISMISSAL</u>

The parties hereby stipulate and agree that all of the claims for the Plaintiffs set forth below

are hereby dismissed, with each side to bear its own costs.

**PLAINTIFFS WHO ARE DISMISSING THEIR CLAIMS WITHOUT PREJUDICE**

1. Adair, Ms. Lisa J.

2. Adams, Mr. Kyle

3. Allen, Mr. Deandre

4. Alvarado, Mr. Walter

5. Anderson, Mr. John

6. Andis, Mr. Jason

7. Andis, Mrs. Rodiana

8. Antseliovch, Mr. Pavel

9. Bacheikov, Mr. Zalman

10. Bahadori, Mr. Alexander

11. Barnett, Mrs. Jacqueline

12. Batson, Mr. Vincent

13. Benami, Yotam

14. Bev Lee LLC

15. Blais, Leo

16. Boughter, Ms. Tamara

17. Burke, Mr. James

18. Burke, Mrs. Susan Webster

19. Campbell, Mr. Cody

20. Carpenter, Ms. Cathy

21. Carroll, Mr. Jonathan

22. Castro, Mr. Michael

23. Castro, Ms. Catherine

24. Ceravone, Mr. Joseph

25. Cherry, Mr. Darrel

26. Chilampath, Mr. Alfred

27. Cohen, Ms. Leslie

28. Cornell, Mr. John

29. Cornell, Ms. Judith

30. Courson, Stephen

31. Dahdouh, Mr. John

32. Deane, Ms. Pamela

33. Del Sesto, Mr. Joseph

34. Dell'Abate, Mr. Gary

35. DeSanti, Mr. Charles

36. Desousa, Armando

37. Digiuseppi, Mr. Michael

38. Donnelly, Mr. Ben

39. Dunne, Mr. Brett

40. Eisner, Mr. Sam

41. Elkouby, Mr. David

42. Emo, Mr. Adam

43. Enapay, Iouda

44. Erhardt, Niclas

45. Falk, Mr. Chris

46. Fanous, Mr. Peter

47. Farha, Mr. Vincent

48. Fearn, Ms. Angelina

49. Field, Mr. Michael

50. Field, Ms. Donna

51. Friedman, Mr. Marc

52. Georgilis, Mr. Jimmy

53. Giguere, Mr. Timothy

54. Gilburd, Mr. Michael

55. Gleason, Mr. David

56. Gonzalez, Ms. Patricia

57. Graham, Ms. Lenice

58. Gramada, Sorell

59. Green, Mr. Brad

60. Greig, Mr. Emerald

61. Grunig, Jared

62. Hallett, Mr. William C.

63. Higgins, Eddie

64. Hinds, Ms. Yvette

65. Hines, Mr. Melvin

66. Hines, Ms. Debra

67. Hixson, Lorraine

68. Jacocks, Mr. Matthew

69. Jenkins, Dennis

70. Jenkins, Mr. Oliver

71. Johnson, Mr. Martin

72. Kantor, Mr. Seymour

73. Kantor, Ms. Jill

74. Kaplan, Dr. Daniel

75. Kavanaugh, Mr. Michael

76. Klementowski, Mr. Marc

77. Kreymerman, Dr. Peter

78. Kuhlman, Mr. Timothy

79. Lee, Mr. Chiahan

80. Linginski, Mr. David

81. Loiselle, Mr. Robert

82. Lopez, Mrs. Maria Helena

83. Lupo, Mr. David

84. Lupo, Ms. Susan

85. MacDonald, Ms. Phillis

86. Mahon, Mr. LJ

87. Mapp, Mrs. Latarsha

88. Martin, Mr. Denis

89. Martinez, Ms. Ana

90. McDuffie, Ms. Sharon

91. Mcleod, Mr. David

92. Medeiros, Mr. Michael

93. Medeiros, Ms. Camilla

94. Meshonek, Ms. Robin

95. Messina, Mr. Andrew

96. Moffatt, Mr. LeJuan

97. Moreno, Mr. Jacob

98. Nascarella, Mr. Daniel

99. Neal, Ms. Jessica

100.     Nemke, Mr. Ronald

101.     Omerovic, Mr. Fahrudin (Frank)

102.     Otto, Mr. Gregory

103.     Pena, Mr. Radhy

104.     Perrigo, Mr. Steve

105.     Perruccio, Doren

106.     Plous, Robert

107.     Pop, Vasile

108.     Pozo, Mr. Ernesto

109.     Pozo, Ms. Maria

110.     Prodesky, Ms. Patricia

111.     Quish, Mr. Rob

112.     Ragaglia, Esq., Mr. Scott

113.     Redden, Larthonia

114.     Reed, Mr. Timothy T.

115.    Retherford, Mr. Bradley

116.    Ritz, Mr. Steven

117.    Roark, Mr. Patrick

118.    Rodriguez, Mr. Edward

119.    Rogers, Mr. Michael

120.    Samadani, Khosrow Kaywan

121.    Santos, Mr. Ricardo

122.    Schwartz, Mr. Martin

123.    Sharp, Ms. April

124.    Sheehan, Mr. Robert

125.    Shorette, Mr. Thaddeus

126.    Shorette, Ms. Kimberly

127.    Silber, Mr. Stanley

128.    Silber, Mrs. Susan Jan

129.    Silver, Mr. David

130.    Silverman, Mr. Alex

131.    Simon, Mr. Ronald

132.    Sloboda, Mr. Joseph

133.    Slochover, Mr. Robert

134.    Smith, Mr. Christopher

135.    Smith, Ms. Lisa

136.    Sokol, Mr. Allan

137.    Szafranski, Mr. Ken

138.    Tsirkas, Ms. Ekaterini

139.    Ullman, Mr. Jeffrey

140.    Valencia, Jaime

141.    Vanefsky, Mr. Jeffrey

142.    Vaughn, Mr. Jim

143.    Vega, Ms. Patricia

144.    Wallace, Mr. Matthew

145.    Ward, Mr. Ronald

146.    Webster, Mr. Jamie

147.    Weisman, Howard

148.    Wenham, Mr. Frederick

149.    West, Ms. Pam

150.    White, Mr. Timothy

151.    Whittaker, Mr. Warren

152.    Whittaker, Ms. Karen

153.    Wild, Mr. Kyle

154.    Wilson, Mr. Lance

155.    Wolters, Mr. Randy

156.    Worrell, Ms. Helaine K.

157.    Wulf, Mr. Karl

158.    Wulf, Ms. Maritza

159.    Yellinek, Mr. Eriz

160.    Zinna, Ms. Valerie

161.    Zipper, Mr. Marc

## PLAINTIFFS WHO ARE DISMISSING THEIR CLAIMS WITH PREJUDICE

1.  Lozier, David

DATED: April 9, 2020.

Respectfully submitted,

*/s/ Charles Miller*
Charles Miller, SBN 276523
charles@hop-law.com
**HEYGOOD, ORR & PEARSON**
6363 North State Highway 161
Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002

**ATTORNEYS FOR PLAINTIFFS**

*/s/ William B. Monahan*
William B. Monahan (admitted *pro hac vice*)
monahanw@sullcrom.com
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

**ATTORNEY FOR DEFENDANTS**
**VOLKSWAGEN GROUP OF AMERICA, INC.**
**AND AUDI OF AMERICA, LLC**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2020, I filed the foregoing from the Service List and a copy has been served on all Parties required to be served by electronically filing with the Clerk of the Court of the U. S. District Court for the Northern District of California, San Francisco Division, by using the CM/ECF system.

*/s/ Charles Miller*_____