| | |
|---|---|
| 1 | Robert J. Giuffra, Jr. (*admitted pro hac vice*) |
| 2 | giuffrar@sullcrom.com<br>Sharon L. Nelles (*admitted pro hac vice*) |
| 3 | nelless@sullcrom.com |
| 4 | William B. Monahan (*admitted pro hac vice*)<br>monahanw@sullcrom.com |
| 5 | SULLIVAN & CROMWELL LLP<br>125 Broad Street |
| 6 | New York, New York 10004<br>Telephone:     (212) 558-4000 |
| 7 | Facsimile:     (212) 558-3588 |
| 8 | *Attorneys for the Volkswagen Defendants* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2672 CRB (JSC) <br> ) <br> ) <br> ) **[PROPOSED] ORDER TO SHOW CAUSE** |
| This Document Relates to: | ) **WHY CASES SHOULD NOT BE DISMISSED** <br> ) **WITH PREJUDICE** |
| REMAINING INDIVIDUAL CONSUMER ACTIONS | ) <br> ) The Honorable Charles R. Breyer <br> ) <br> ) <br> ) <br> ) |

On April 24, 2020, Volkswagen identified in Appendix B to its Response to Order Re: Remaining Individual Consumer Actions (ECF No. []) 786 pending cases that involve 1,993 plaintiffs who have released their claims against Volkswagen, but who have not yet dismissed their cases.

IT IS HEREBY ORDERED THAT, within 30 days of this Order, plaintiffs in each of those cases shall either (a) file a notice or stipulation of dismissal with prejudice, or (b) submit to Volkswagen evidence showing why their case should not be dismissed with prejudice on the basis of a release.

**IT IS SO ORDERED.**

Dated:  April 27 , 2020

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE