ERIC D. PEARSON, Pro Hac Vice
CHARLES MILLER, ESQ./SBN: 276523
**HEYGOOD, ORR & PEARSON**
6363 North State Highway 161
Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002

Craig M. Patrick, SBN 255849
**PATRICK LAW FIRM, P.C.**
6244 E. Lovers Lane
Dallas, Texas 75214
Telephone: (214) 390-3343
Facsimile: (469) 914-6565
craig@patricklaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:15-md-02672-CRB |
| This Document Relates to:<br><br>Gomez, et al. v. Volkswagen Group of America, Inc., et al<br>Case No. 3:15-cv-06123 | **RULE 41(a)(1) NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN PLAINTIFFS' CLAIMS** |

## RULE 41(a)(1) NOTICE OF VOLUNTARY DISMISSAL

## WITH PREJUDICE AS TO CERTAIN PLAINTIFFS' CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1), certain Plaintiffs listed below file this Notice of Voluntary Dismissal With Prejudice, of the claims brought by the plaintiffs pertaining to the specific vehicles identified as follows:

1. Amber Mace, 2012 Audi A3

2. Gerardo Gomez, 2014 Jetta

3.  Cheryl Newby, 2010 Jetta

4.  Gregg Clifton, 2013 Passat

5.  John C. Villegas, 2011 Jetta

6.  Robin Inkel, 2015 Passat

7.  Ryan Inkel, 2015 Passat

8.  Karen Henderson, 2014 Jetta

Defendants have not filed an answer or a motion for summary judgment in this action. Therefore, under Fed. R. Civ. P. 41(a)(1), the plaintiffs identified above have the right to voluntarily dismiss their claims with prejudice.

This action includes claims filed by multiple plaintiffs. This Notice of Voluntary Dismissals With Prejudice does not impact or affect the claims of the other plaintiffs, which remain pending.

DATED: April 29th, 2020.

          Respectfully submitted,

*/s/ Charles Miller*_____
Charles Miller, SBN 276523
charles@hop-law.com
Eric D. Pearson
eric@hop-law.com
**HEYGOOD, ORR & PEARSON**
6363 North State Highway 161
Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002

Craig M. Patrick, SBN 255849
PATRICK LAW FIRM, P.C.
6244 E. Lovers Lane
Dallas, Texas 75214
Telephone: (214) 390-3343
Facsimile: (469) 914-6565
craig@patricklaw.com
**ATTORNEYS FOR PLAINTIFFS**

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2020, I filed the foregoing from the Service List and a copy has been served on all Parties required to be served by electronically filing with the Clerk of the Court of the U. S. District Court for the Northern District of California, San Francisco Division, by using the CM/ECF system.

*/s/ Charles Miller*_____