ERIC D. PEARSON, Pro Hac Vice
CHARLES MILLER, ESQ./SBN: 276523
**HEYGOOD, ORR & PEARSON**
6363 North State Highway 161
Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002

Craig M. Patrick, SBN 255849
**PATRICK LAW FIRM, P.C.**
6244 E. Lovers Lane
Dallas, Texas 75214
Telephone: (214) 390-3343
Facsimile: (469) 914-6565
craig@patricklaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:15-md-02672-CRB |
| This Document Relates to: | **RULE 41(a)(1) NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN PLAINTIFFS' CLAIMS** |
| Alfaro, et al. v. Volkswagen Group of America, Inc., et al<br>Case No. 3:17-cv-01490 | |

## RULE 41(a)(1) NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN PLAINTIFFS' CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1), certain Plaintiffs listed below file this Notice of Voluntary Dismissal With Prejudice, of the claims brought by the plaintiffs pertaining to the specific vehicles identified as follows:

1. Eugene Alfaro, 2012 Jetta

2. Leilana Alfaro, 2012 Jetta

1
2
3    Defendants have not filed an answer or a motion for summary judgment in this action.
4
5   Therefore, under Fed. R. Civ. P. 41(a)(1), the plaintiffs identified above have the right to
6   voluntarily dismiss their claims with prejudice.
7    This action includes claims filed by multiple plaintiffs. This Notice of Voluntary
8   Dismissals With Prejudice does not impact or affect the claims of the other plaintiffs, which remain
9   pending.
10
11  DATED: April 29, 2020.
12                                         Respectfully submitted,
13
                                           */s/ Charles Miller*_____
14                                         Charles Miller, SBN 276523
                                           charles@hop-law.com
15                                         Eric D. Pearson
                                           eric@hop-law.com
16                                         **HEYGOOD, ORR & PEARSON**
                                           6363 North State Highway 161
17                                         Suite 450
                                           Irving, Texas 75038
18                                         Telephone: (214) 237-9001
                                           Facsimile: (214) 237-9002
19
                                           Craig M. Patrick, SBN 255849
20                                         PATRICK LAW FIRM, P.C.
                                           6244 E. Lovers Lane
21                                         Dallas, Texas 75214
                                           Telephone: (214) 390-3343
22                                         Facsimile: (469) 914-6565
                                           craig@patricklaw.com
23
24                                         **ATTORNEYS FOR PLAINTIFFS**
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2020, I filed the foregoing from the Service List and a copy has been served on all Parties required to be served by electronically filing with the Clerk of the Court of the U. S. District Court for the Northern District of California, San Francisco Division, by using the CM/ECF system.

                                                */s/ Charles Miller*_____