1  Damien J. Marshall (*Pro Hac Vice*)
   **BOIES SCHILLER FLEXNER LLP**
2  55 Hudson Yards
   New York, NY 100019
3  Telephone: 212.446.2300
   Facsimile:  212.446.2350
4  Email: dmarshall@bsfllp.com

5  *Counsel for Plaintiffs Jerel Rogers, David Whitcomb,
   Kay Turner, Steve Sacks, Molly Warner, Ellen Mutari,*
6  *Deborah M. Figart, Scott Weiss, Daniejla Bjelic,
   Scott Hiaasen, and Jennifer Hiaasen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Case No. 15-md-2672-CRB<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |
|---|---|
| This Documents Relates to:<br>ALL ACTIONS | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that DAMIEN J. MARSHALL, of the law firm BOIES SCHILLER FLEXNER LLP, pursuant to Rule 11-5(a), hereby requests the Court withdraw him as counsel of record in this matter on behalf of Plaintiffs Jerel Rogers, David Whitcomb, Kay Turner, Steve Sacks, Molly Warner, Ellen Mutari, Deborah M. Figart, Scott Weiss, Daniejla Bjelic, Scott Hiaasen, and Jennifer Hiaasen, individually and on behalf of all similarly situated persons.  Other members of the law firm BOIES SCHILLER FLEXNER LLP will continue to represent these plaintiffs.

Further, pursuant to Rule 11-5(a), of the Local Rules of this Court, attached hereto as Exhibit A is a [Proposed] Order Granting Withdrawal of Counsel for entry by the Court.

Dated: June 19, 2020       By:    /s/ Damien J. Marshall
                                  Damien J. Marshall
                                  Boies Schiller Flexner LLP
                                  *Counsel for Plaintiffs Jerel Rogers, David Whitcomb, Kay Turner, Steve Sacks, Molly Warner, Ellen Mutari, Deborah M. Figart, Scott Weiss, Daniejla Bjelic, Scott Hiaasen, and Jennifer Hiaasen*

## CERTIFICATE OF SERVICE

I, Damien J. Marshall, hereby certify that the foregoing was served on June 19, 2020 on counsel of record through the court using CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/Damien J. Marshall
Damien J. Marshall