KNIGHT LAW GROUP, LLP
Steve Mikhov (SBN 224676)
*stevem@knightlaw.com*
Lauren Ungs (SBN 273374)
*laurenu@knightlaw.com*
Roger Kirnos (SBN 283163)
*rogerk@knightlaw.com*
10250 Constellation Blvd., Suite 2500
Los Angeles, California 90067
Tel.: (310) 552-2250

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>_____<br>**THIS DOCUMENT RELATES TO:**<br><br>*Angulo-Zevallos v. VWGoA, et al.,* 17-cv-02303-CRB<br>*Cacciatore, et al. v. VWGoA, et al.,* 17-cv-01278-CRB<br>*Carlson, et al. v. VWGoA, et al.,* 18-cv-06949-CRB<br>*Carballar, et al. v. VWGoA, et al.,* 17-cv-01177-CRB<br>*Chavez v. PCNA, et al.,* 3:17-cv-07260-CRB<br>*Cooper, et al. v. VWGoA, et al.,* 17-cv-01181-CRB<br>*Covey, et al. v. VWGoA Inc., et al.,* 18-cv-06950-CRB<br>*Cunneen v. VWGoA, et al.,* 18-cv-07183-CRB<br>*Dixon v. VWGoA, et al.,* 17-cv-03360-CRB | MDL No. 2672 CRB (JSC)<br><br>*Hon. Charles R. Breyer*<br><br>**NOTICE OF ERRATA TO DECLARATION OF STEVE B. MIKHOV IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Date: September 11, 2020<br>Time: 10:00 a.m.<br>Courtroom: 6 |

---

1

NOTICE OF ERRATA TO DECLARATION OF STEVE MIKHOV IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

*Estenssoro v. VWGoA, et al.*, 17-cv-02118-CRB
*Estenssoro v. VWGoA, et al.*, 17-cv-02724-CRB
*Frech v. VWGoA, et al.*, 17-cv-04250-CRB
*Grundman et al., v. VWGoA, et al.*, 18-cv-06984-CRB
*Hark v. VWGoA, et al.*, 16-cv-05868-CRB
*Hartman v. VWGoA, et al.*, 18-cv-07184-CRB
*Herbert v. VWGoA, et al.*, 18-cv-06971-CRB
*Herriott, et al. v. VWGoA, et al.*, 17-cv-00266-CRB
*Hightower v. VWGoA, et al.*, 17-cv-03369-CRB
*Janowicz, et al. v. VWGoA, et al.*, 17-cv-03153-CRB
*Johnson v. VWGoA, et al.*, 17-cv-03429-CRB
*Jung v. VWGoA, et al.*, 18-cv-06979-CRB
*Kelsey v. VWGoA, et al.*, 17-cv-03147-CRB
*Kunze v. VWGoA, et al.*, 17-cv-03430-CRB
*Laub v. VWGoA, et al.*, 17-cv-04512-CRB
*McDermott v. VWGoA et al.*, 17-cv-04251-CRB
*McKasson v. VWGoA, et al.*, 17-cv-04625-CRB
*Mitchell, et al. v. VWGoA, et al.*, 17-cv-02850-CRB
*Montes v. VWGoA, et al.*, 17-cv-00729-CRB
*Morehouse v. VWGoA, et al.*, 17-cv-02140-CRB
*Nesson v. VWGoA, et al.*, 17-cv-00265-CRB
*Pantoja v. VWGoA, et al.*, 17-cv-02305-CRB
*Pasqua, et al. v. VWGoA, et al.*, 17-cv-01659-CRB
*Pires v. VWGoA, et al.*, 17-cv-01957-CRB
*Powers* v. VWGoA et al.,17-cv-00880-CRB
*Redman v. VWGoA, et al.*, 17-cv-01196-CRB
*Restine v. VWGoA, et al.*, 18-cv-06980-CRB
*Reyes v. VWGoA, et al.*, 17-cv-00731-CRB
*Rios, et al. v. VWGoA, et al.*, 17-cv-02417-CRB
*Rodriguez v. VWGoA, et al.*, 18-cv-06981-CRB
*Sadeghi v. VWGoA, et al.*, 17-cv-04348-CRB
*Shepherd v. VWGoA, et al.*, 17-cv-02419-CRB
*Suh v. VWGoA, et al.*, 18-cv-06982-CRB
*Sushko v. VWGoA, et al.*, 17-cv-01207-CRB
*Tang v. VWGoA, et al.*, 18-cv-07188-CRB
*Tolle v. VWGoA, et al.*, 17-cv-02139-CRB

NOTICE OF ERRATA TO DECLARATION OF STEVE MIKHOV IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

*Trane, et al. v. VWGoA, et al.,* 17-cv-04252-CRB
*Walsh, et al. v. VWGoA, et al.,* 17-cv-03376-CRB
*Waltman v. VWGoA, et al.,* 17-cv-03445-CRB
*Waymire, et al. v. VWGoA, et al.,* 17-cv-01179-CRB
*Weiss, et al. v. VWGoA, et al.,* 17-cv-02412-CRB
*Zagheri v. VWGoA, et al.,* 17-cv-01667-CRB
*Zuno v. VWGoA, et al.,* 18-cv-06983-CRB

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that as a result of inadvertent error, the Declaration of Steve B. Mikhov in Support of Plaintiffs' Motion for Attorney's Fees ("Declaration"), filed with the Court on August 5, 2020, included erroneous amounts for attorney's fees requests.

On Line 17 of Page 2 of the Declaration, Plaintiffs correct the lodestar attorneys' fees amount from $420,245.93 to **$1,094,395.39**.

On Line 19 of Page 2 of the Declaration, Plaintiffs correct the lodestar attorneys' fees amount for 52/60th of Knight Law's general MDL bill from $300,263.00 to **$260,227.93**.

On Line 23 of Page 2 of the Declaration, Plaintiffs correct the Exhibit B reference from "B-51" to "**B-52**."

**PLEASE TAKE FURTHER NOTICE** that Exhibit B of the Declaration contained a chart which erroneously included common costs with common fees. Plaintiffs attach the corrected chart.

**PLEASE TAKE FURTHER NOTICE** that Exhibit B of the Declaration erroneously omitted a table containing exhibit numbers for each case. Plaintiffs attach the omitted table.

All other information contained in the Declaration is correct and remains unchanged. The corrected Declaration is attached hereto as **Exhibit A**.

Date:  August 14, 2020                              **KNIGHT LAW GROUP, LLP**


/s/Roger Kirnos
Steve Mikhov (SBN 224676)
Roger Kirnos (SBN 283163)
Attorneys for Plaintiffs