Elizabeth J. Cabraser (State Bar No. 083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
E-mail: ecabraser@lchb.com

*Lead Counsel for Plaintiffs*

*[additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| | The Honorable Charles R. Breyer |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER** |
| *Fajardo et al. v. Dr. Ing. h.c. F. Porsche AG et al.*, No. 3:20-cv-7473; *Del Barrio Jr. et al. v. Dr. Ing. h.c. f. Porsche AG, et al.*, No. 3:20-7341 (N.D. Cal.); *Schubert v. Porsche Cars North America, Inc.*, No. 20-cv-07589 (N.D. Cal.) | |

1  WHEREAS, on October 23, 2020, Plaintiffs Mallen Fajardo, Christopher Allen, Frank Cohen, Andrew Kavan, Mark Kovaletz, Cecil Robinson, Sander Shady, William Venturino, and John Vorisek ("Plaintiffs"), on behalf of themselves and a putative class of all other similarly situated, filed a class action complaint against Dr. Ing. h.c. F. Porsche AG ("Porsche AG"), Porsche Cars North America, Inc. ("Porsche NA") (together, "Porsche"), and Volkswagen AG (collectively, "Defendants") for allegedly misrepresenting the true emissions levels and fuel economy of certain Porsche vehicles;

WHEREAS, Plaintiffs served all Defendants on October 26, 2020;

WHEREAS, on October 27, 2020, the case was related to *In Re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*, No. 15-md-2673-CRB, and assigned to this Court (Dkt. 7737);

WHEREAS, another case involving similar allegations, *Del Barrio Jr. et al. v. Dr. Ing. h.c. f. Porsche AG, et al.*, No. 3:20-7341 (N.D. Cal.), was related to the MDL and assigned to this Court on October 28, 2020 (Dkt. 7741);

WHEREAS, another case involving similar allegations, *Schubert v. Porsche Cars North America*, No. 20-cv-07589 (N.D. Cal.), was related to the MDL and assigned to this Court on October 29, 2020;

WHEREAS, the parties are aware of another case filed in this District: *Chadha et al. v. Porsche Cars North America, Inc.*, No. 20-cv-06923 (N.D. Cal) (collectively with the *Fajardo, Del Barrio* and *Schubert* cases, the "Porsche Gasoline Litigation");

WHEREAS, the *Chadha* plaintiffs have not served any defendant in that action or moved to relate to their case to the MDL, but Defendants expect to move to relate the *Chadha* case as soon as they are served if the case is not related to the MDL before then;

WHEREAS, the parties agree and stipulate that Plaintiffs—by and through Lead Counsel pursuant to Pretrial Order No. 7—shall have until January 15, 2021, to file a consolidated complaint in the Porsche Gasoline Litigation.

IT IS THEREFORE STIPULATED AND AGREED, by the parties, through their respective counsel of record, subject to the Court's approval, that:

2054685.6 — - 1 - — STIPULATION AND [PROPOSED] ORDER
MDL NO. 2672 CRB (JSC)

1       (1) Plaintiffs—by and through Lead Counsel pursuant to Pretrial Order No. 7—shall have

2 until January 15, 2021, to file a consolidated complaint in the Porsche Gasoline Litigation; and

3       (2) All filings in this MDL relating to the Porsche Gasoline Litigation, including filings in

4 other cases raising similar allegations that are subsequently related to this MDL, shall be clearly

5 marked in the caption as relating to "Porsche Gasoline Litigation."

7 Dated: November 6, 2020       Respectfully submitted,

8                                  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

10                                  By: */s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser (State Bar No. 083151)
Kevin R. Budner (State Bar No. 287871)
Phong-Chau G. Nguyen (State Bar No. 286789)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008
E-mail: ecabraser@lchb.com
E-mail: kbudner@lchb.com
E-mail: pgnguyen@lchb.com

David S. Stellings
Wilson M. Dunlavey (State Bar No. 307719)
Kara I. McBride
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592
E-mail: dstellings@lchb.com
E-mail: wdunlavey@lchb.com
E-mail: kmcbride@lchb.com

*Plaintiffs' Lead Counsel*

Dated: November 6, 2020

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr. (pro hac vice)
giuffrar@sullcrom.com
Sharon L. Nelles (pro hac vice)
nelless@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Defendants Volkswagen AG Dr. Ing. h.c. F. Porsche AG, and Porsche Cars North America, Inc.*

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated:  November 10 , 2020

CHARLES R. BREYER
United States District Judge