UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Civil Case No. 15-md-2672-CRB |

## NOTICE OF WITHDRAW OF COUNSEL

Please take notice that, pursuant to Rule 11-5(a), Jeffrey L. Chase, of the law firm of Herzfeld & Rubin, P.C., respectfully requests this Court withdraw him as counsel for Volkswagen Group of America, Inc. ( "VWGoA") in the above-captioned matters, and direct the Clerk of the Court to remove Mr. Chase from receiving CM/ECF filings in the case(s). Following Mr. Chase's withdrawal, VWGoA will continue to be represented by remaining counsel of record for VWGoA.

WHEREFORE, Mr. Chase respectfully requests this Court withdraw him as counsel for Volkswagen Group of America, Inc., and direct the Clerk of the Court to remove him from receiving CM/ECF filings in these case(s). A proposed order is attached hereto as Exhibit A pursuant to Rule 11-5(a) of the Local Rules of this Court.

DATED: December 17, 2020                   Respectfully submitted,

/s/ _Jeffrey L. Chase_____

Jeffrey L. Chase
jchase@herzfeld-rubin.com
Herzfeld & Rubin, P.C.
125 Broad Street

New York, New York 10004<br>
T: (212) 471-8500<br>
F: (212) 344-3333

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the forgoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Jeffrey L. Chase*
Jeffrey L. Chase

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Civil Case No. 15-md-2672-CRB |

## [PROPOSED] ORDER

Upon consideration of Volkswagen Group of America, Inc.'s Notice of Withdrawal of Counsel, Jeffrey L. Chase of the law firm Herzfeld & Rubin, P.C. is hereby withdrawn as counsel of record in this matter on behalf of Volkswagen Group of America, Inc.

The Clerk of the Court is directed to remove Jeffrey L. Chase from the record and his previously associated e-mail address (jchase@herzfeld-rubin.com) from the service list for this matter.

Dated:   December 18   , 2020.

By:  _____
Honorable Charles R. Breyer
United States District Judge