Matthew D. Slater (pro hac vice)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave., NW, Suite 1000
Washington, DC 20037
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
mslater@cgsh.com

*Counsel for Defendants
Robert Bosch GmbH
and Robert Bosch LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to: <br><br> ALL CONSUMER AND RESELLER ACTIONS | No. 3:15-md-02672-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING CERTAIN INDIVIDUALS TO REVOKE THEIR OPT-OUTS AND PARTICIPATE IN THE BOSCH CLASS ACTION SETTLEMENT** <br><br> The Honorable Charles R. Breyer |

WHEREAS, the individuals identified in Appendix A hereto (the "Participating Individuals") opted out of the Bosch Class Action Settlement Agreement And Release (Amended) (the "Bosch Settlement"), which this Court approved on May 17, 2017 (Dkt. No. 3230);

WHEREAS, the Participating Individuals now wish to revoke their opt-outs from and participate in the Bosch Settlement; and

WHEREAS, neither the Bosch Defendants nor the Plaintiffs' Steering Committee (collectively, the "Parties") object to the Participating Individuals' revocation of their opt-outs and participation in the Bosch Settlement pursuant to the terms set forth in the Bosch Settlement.

IT IS THEREFORE STIPULATED AND AGREED, subject to approval of the Court, that the Participating Individuals' previous opt-outs from the Bosch Settlement are revoked, and

each Participating Individual may participate in the Bosch Settlement pursuant to the terms set forth in the Bosch Settlement.

Dated: March 11, 2021

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Matthew D. Slater*
   Matthew D. Slater (pro hac vice)
   2112 Pennsylvania Ave., NW, Suite 1000
   Washington, DC 20037
   (202) 974-1500 (Phone)
   (202) 974-1999 (Facsimile)
   mslater@cgsh.com

   *Counsel for Defendants Robert Bosch GmbH and Robert Bosch LLC*

Dated: March 11, 2021

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Elizabeth J. Cabraser (with permission)*
   Elizabeth J. Cabraser
   275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
   Email: ecabraser@lchb.com

   *Plaintiffs' Lead Counsel*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 12, 2021

CHARLES R. BREYER
United States District Judge

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: March 11, 2021

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Matthew D. Slater*
Matthew D. Slater

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 11, 2021, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

Dated: March 11, 2021　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP

　　　　　　　　　　　　　　　　　　*/s/ Matthew D. Slater*
　　　　　　　　　　　　　　　　　　Matthew D. Slater

## APPENDIX A: PARTICIPATING INDIVIDUALS (3/11/21)

| #   | Level | Name |
|-----|-------|------|
| 1.  | 2L | Alan Goodman |
| 2.  | 2L | Alicia Zadeh |
| 3.  | 2L | Amy Smith & Brian Smith |
| 4.  | 3L | Anthony Andreozzi |
| 5.  | 3L | April Exline |
| 6.  | 2L | Ashraf Guindi |
| 7.  | 2L | Benjamin McLin & Jean McLin |
| 8.  | 2L | Bernard Courtney & Janet Courtney |
| 9.  | 3L | Dan Opyt & Betsy Opyt |
| 10. | 2L | Bobby Layman |
| 11. | 3L | Carlos Casanova & Michelle Casanova |
| 12. | 3L | Carlos DeJesus |
| 13. | 2L | Carolyn McIllwain |
| 14. | 2L | Carter Nice **[2 VINs]** |
| 15. | 3L | Charles Kubicki |
| 16. | 2L | Christopher Metner |
| 17. | 3L | Claire Vila & Hector Vila |
| 18. | 2L | Clement Woodhull |
| 19. | 2L | Darren Dimeo & Elizabeth Dimeo |
| 20. | 2L | David Branch |
| 21. | 2L | Donald Harvell & Larametta Harvell |
| 22. | 2L | Doreen Freeman |
| 23. | 2L | Elza Hylaris |
| 24. | 2L | Eric Heitner **[2 VINs]** |
| 25. | 2L | Eugene Seridge & Jean Seridge |
| 26. | 2L | Fatmir Kazmaj |
| 27. | 2L | Frank Miller & Maria Miller |
| 28. | 2L | Fred Pennington |
| 29. | 2L | Gary Baura & Elizabeth Baura |
| 30. | 2L | Gerald Melton & Kathleen Melton **[2 VINs]** |
| 31. | 2L | Hailey Donahue & Teresa Keith |
| 32. | 2L | Harold Adleman & Linda Adleman |
| 33. | 2L | Harriet Bryan |
| 34. | 2L | Harry Hildebrandt |
| 35. | 2L | Hazel Hinds & Randall Ray Stice **[2 VINs]** |
| 36. | 2L | Helen Brownson & Tim Brownson |
| 37. | 2L | Holly Dufresne |
| 38. | 2L | James Leath |
| 39. | 3L | Jami Willis & Marjorie Williams |
| 40. | 3L | Jennifer Barry |
| 41. | 3L | Jerome Stock & Marie Stock **[2 VINs]** |
| 42. | 3L | Jesus Noriega |
| 43. | 2L | John Jarriel & Sharon Jarriel |
| 44. | 2L | John Baxley |
| 45. | 2L | John Shaner |
| 46. | 3L | Jorge Quintero |
| 47. | 2L | Julio Mourra |
| 48. | 3L | Julio Menendez & Silvia Menendez |
| 49. | 2L | Kevin Miller |
| 50. | 2L | Kimberly Frechette |
| 51. | 2L | Krishnamurthy Nadella |
| 52. | 2L | Linda Harper & Allen Harper |
| 53. | 3L | Lisa Marie Hartmann & Matthew Hartmann |
| 54. | 2L | Luis Aviles |
| 55. | 2L | Luke Tweeddale |
| 56. | 2L | Marie Hagen & Harold Hagen |
| 57. | 2L | Marjorie Boggs & William Boggs |

| | | | | | |
|---|---|---|---|---|---|
| 58. | 2L | Mark Theodosis | 75. | 3L | Roger Ashton |
| 59. | 2L | Mark Townsend | 76. | 2L | Ronald Osedach & Xenia Osedach |
| 60. | 2L | Mary Pagan | 77. | 2L | Ronald Morgan |
| 61. | 2L | Michael Brinkmann & Alida Brinkmann | 78. | 2L | Ronald Nichols & Sherry Nichols |
| 62. | 2L | Michael Weiss | 79. | 3L | Ronney Daniel Eaton **[2 VINs]** |
| 63. | 2L | Nancy Heller & Walter Heller | 80. | 2L | Roscoe Rozewicz |
| 64. | 2L | Nancy Steuber & Blake Steuber | 81. | 3L | Sergiy Serdyuk & Yana Serdyuk |
| 65. | 2L | Patricia Treib | 82. | 2L | Stephen Foss |
| 66. | 2L | Patricia Jaffe | 83. | 2L | Steven Johnson |
| 67. | 3L | Michael Friday | 84. | 2L | Susan McGill |
| 68. | 2L | Randall Parker | 85. | 2L | Suzanna Norbeck |
| 69. | 2L | Richard Harvell & Yolanda Harvell | 86. | 2L | Thomas Evans & Mariane Evans |
| 70. | 2L | Robert Arsenault & Yley Arsenault | 87. | 2L | Tyson Bernthal |
| 71. | 2L | Robert Clader & Victoria Clader | 88. | 2L | Wendi Earl |
| 72. | 3L | Robert Dolan | 89. | 2L | William Dixon **[2 VINs]** |
| 73. | 2L | Robert Lamarche | 90. | 2L | William Feallock |
| 74. | 3L | Robert Smith & Linda Smith | 91. | 2L | William Lenhart & Judith Lenhart |