Robert J. Giuffra, Jr. (*pro hac vice*)
giuffrar@sullcrom.com
Sharon L. Nelles (*pro hac vice*)
nelless@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

*Attorneys for Defendants Volkswagen AG, Dr. Ing. h.c. F. Porsche AG, and Porsche Cars North America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ This Document Relates to: Porsche Gasoline Litigation | MDL No. 2672 CRB (JSC) The Honorable Charles R. Breyer **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITS** |

1  WHEREAS, on January 15, 2021, Plaintiffs Christopher Allen, John Aronson, Frank Belle, Erik Bloom, Ashish Chadha, Frank Cohen, Rafael Daniels, Ernesto Del Barrio, Alan Essreg, Mallen Fajardo, Vernon Gallion, Jeffery Henderson, Isaias Iniguez, Frederick Jeng, Andrew Kavan, Eric Lee, Milton Lee, Saul Luvice, Lee Marks, Jino Masone, Robbie McCarthy, Peter Menger, Philipp Novales-Li, George Pearl, David Perkins III, Tyrell Pierce, Mauricio Pinto, Cecil Robinson, Richard Schubert, Luigi Sciabarrasi, Sander Shady, Oscar Sotelo II, Dyana Spiess, Orville Taylor, Lawrence Tougas, John Vorisek, and Owen Williams ("Plaintiffs") on behalf of themselves and a putative class of all other similarly situated, filed the Consolidated Class Action Complaint ("Complaint") against Dr. Ing. h.c. F. Porsche AG, Porsche Cars North America, Inc., and Volkswagen AG ("Defendants," together with Plaintiffs, the "Parties") (Docket No. 7803);

WHEREAS, the Complaint is 431 pages in length and contains 2821 numbered paragraphs;

WHEREAS, pursuant to Pretrial Order No. 1, Defendants are "granted an extension of time for responding by motion or answer to the complaints until a date to be set by this Court." (Docket No. 2);

WHEREAS, to fully address the grounds for dismissal of the Complaint, Defendants have concluded they will require up to 60 pages for their memorandum of points and authorities in support of their motion to dismiss and will require up to 30 pages for their reply memorandum in support of their motion to dismiss;

WHEREAS, Plaintiffs do not oppose the requested extensions, provided that Plaintiffs be afforded 60 pages for Plaintiffs' memorandum and points of authority in opposition to Defendants' motion to dismiss;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, pursuant to Local Rules 6-1(a) and 7-4(b), subject to approval by the Court, that:

1. Defendants shall have until May 14, 2021 to file a motion to dismiss the Complaint (the "Motion to Dismiss") not to exceed 60 pages;

2. Plaintiffs shall have until August 12, 2021 to file an opposition to the Motion to Dismiss not to exceed 60 pages; and

3. Defendants shall have until October 11, 2021 to file a reply in support of the Motion to Dismiss not to exceed 30 pages.

Dated:   April 20, 2021

Respectfully submitted,

/s/*Laura Kabler Oswell*
Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Robert J. Giuffra, Jr. (*pro hac vice*)
giuffrar@sullcrom.com
Sharon L. Nelles (*pro hac vice*)
nelless@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants Volkswagen AG, Dr. Ing. h.c. F. Porsche AG, and Porsche Cars North America, Inc.*

/s/*Kevin R. Budner*
Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287871)
Phong-Chau G. Nguyen (SBN 286789)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile:  415.956.1008
E-mail: ecabraser@lchb.com
kbudner@lchb.com
pgnguyen@lchb.com

SULLIVAN & CROMWELL LLP

-3-

STIPULATION AND [PROPOSED] ORDER
MDL No. 2672 CRB (JSC)

|   |   |
|---|---|
|   | David S. Stellings |
|   | Wilson M. Dunlavey (SBN 307719) |
|   | Katherine I. McBride |
|   | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|   | 250 Hudson Street, 8th Floor |
|   | New York, NY 10013 |
|   | Telephone: 212.355.9500 |
|   | Facsimile: 212.355.9592 |
|   | E-mail: dstellings@lchb.com |
|   | wdunlavey@lchb.com |
|   | kmcbride@lchb.com |

*Plaintiffs' Lead Counsel*

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: _____, 2021

_____
CHARLES R. BREYER
United States District Judge

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: April 20, 2021                          SULLIVAN & CROMWELL LLP
                                               /s/ *Laura K. Oswell*
                                               Laura K. Oswell