Rosemary M. Rivas (SBN 209147)
David Stein (SBN 257465)
Alexander Bukac (SBN 305491)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile:  (510) 350-9701
rmr@classlawgroup.com
ds@classlawgroup.com
ajb@classlawgroup.com

[Additional Counsel listed on signature page]

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Porsche Gasoline Litigation | Case No. 2672-CRB-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a) AS TO PLAINTIFF TYRELL PIERCE ONLY** |

**TO DEFENDANT AND ITS COUNSEL OF RECORD:**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Tyrell Pierce hereby voluntarily dismisses his claims against Defendants Dr. Ing. H.C. F. Porsche AG and Porsche Cars North America, Inc. without prejudice. Defendants have not served and answer or motion for summary judgment in this case, and Plaintiffs have not filed a motion for class certification. Therefore, dismissal without prejudice is appropriate without a court order. Fed. R. Civ. P. 41(a); Fed. R. Civ. P. 23(e). Mr. Pierce reserves his right to proceed in this matter as an absent class member.

DATED: May 14, 2021                                    Respectfully submitted,

**GIBBS LAW GROUP LLP**

By:      /s/ Rosemary M. Rivas

Rosemary M. Rivas (SBN 209147)
David Stein (SBN 257465)
Alexander Bukac (SBN 305491)
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile:  (510) 350-9701
rmr@classlawgroup.com
ds@classlawgroup.com
ajb@classlawgroup.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
David J. Casey, Jr. (SBN 60768)
Gayle M. Blatt (SBN 122048)
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
dcasey@cglaw.com
gmb@cglaw.com

*Attorneys for Plaintiff and the Proposed Class*

---

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
MDL NO. 2672-CRB-JSC