Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287871)
Phong-Chau G. Nguyen (SBN 286789)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008
ecabraser@lchb.com
kbudner@lchb.com
pgnguyen@lchb.com

[Additional Counsel on Signature Page]

*Plaintiffs' Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC)<br><br>The Honorable Charles R. Breyer<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER PROCEEDINGS** |
| This Document Relates to:<br><br>Porsche Gasoline Litigation | |

1  WHEREAS, on January 15, 2021, Plaintiffs filed their Consolidated Class Action
2  Complaint relating to the Porsche Gasoline Litigation (Dkt. No. 7803).
3  WHEREAS, on May 14, 2021, Defendants filed a motion to dismiss that Complaint (Dkt.
4  No. 7862).
5  WHEREAS, on August 12, 2021, Plaintiffs filed an opposition to Defendants' motion to
6  dismiss (Dkt. No. 7884).
7  WHEREAS, on October 25, 2021, Defendants filed a reply in support of their motion to
8  dismiss (Dkt. No. 7901).
9  WHEREAS, a hearing on the pending motion is set to be held on December 10, 2021.
10 WHEREAS, the Parties are engaging in discussions concerning further proceedings in the
11 case and have agreed to take off calendar the oral argument on the motion to dismiss.
12 WHEREAS, the Parties have agreed to provide a status report to the Court within sixty
13 (60) days of the entry of this order.
14 WHEREAS, the Parties will make themselves available for a conference to discuss status
15 and progress at the Court's convenience.
16 IT IS THEREFORE STIPULATED AND AGREED by the Parties that, subject to the
17 Court's approval, the hearing on the motion to dismiss is hereby continued pending further order
18 of the Court.
19 IT IS SO STIPULATED.
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: October 29, 2021 | Respectfully submitted, |
| 2 | | */s/ Kevin R. Budner* |
| | | Elizabeth J. Cabraser (SBN 083151) |
| 3 | | Kevin R. Budner (SBN 287871) |
| 4 | | Phong-Chau G. Nguyen (SBN 286789) |
| | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 5 | | 275 Battery Street, 29th Floor |
| 6 | | San Francisco, CA 94111 |
| | | Telephone: 415.956.1000 |
| 7 | | Facsimile: 415.956.1008 |
| 8 | | ecabraser@lchb.com |
| | | kbudner@lchb.com |
| 9 | | pgnguyen@lchb.com |
| 10 | | David S. Stellings |
| | | Wilson M. Dunlavey (SBN 307719) |
| 11 | | Katherine I. McBride |
| 12 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 13 | | 250 Hudson Street, 8th Floor |
| | | New York, NY 10013 |
| 14 | | Telephone: 212.355.9500 |
| 15 | | Facsimile: 212.355.9592 |
| | | dstellings@lchb.com |
| 16 | | wdunlavey@lchb.com |
| | | kmcbride@lchb.com |
| 17 | | |
| 18 | | *Plaintiffs' Lead Counsel* |

| | | |
|---|---|---|
|1| Dated: October 29, 2021 | */s/ Laura Kabler Oswell* |

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Robert J. Giuffra, Jr. (*pro hac vice*)
giuffrar@sullcrom.com
Sharon L. Nelles (*pro hac vice*)
nelless@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

*Attorneys for Defendants Volkswagen AG, Dr. Ing. h.c. F. Porsche AG, and Porsche Cars North America, Inc.*

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: October __, 2021

_____
CHARLES R. BREYER
United States District Judge

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: October 29, 2021

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

*/s/ Kevin R. Budner*
Kevin R. Budner