# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 15, 2021

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Volkswagen Group of America, Inc., et al.
          v. The Environmental Protection Commission of Hillsborough County, Florida, et al.
          No. 20-994
          (Your No. 18-15937)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Breyer took no part in the consideration or decision of this petition.

Sincerely,

**Scott S. Harris**, Clerk