Daniel J. Hayes
Eric M. Phillips
Jake A. Schmidt
Kevin A. Wisniewski
Raven Winters
U.S. SECURITIES & EXCHANGE COMMISSION
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-3368
Facsimile: (312) 353-7398

*Attorneys for Plaintiff United States Securities and Exchange Commission*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*U.S. S.E.C. v. Volkswagen AG,*<br>No. 3:19-cv-1391-CRB | MDL No. 2672 CRB (JSC)<br><br>**STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER**<br><br>Judge: Hon. Charles R. Breyer |

Plaintiff United States Securities and Exchange Commission ("Plaintiff"), Defendants Volkswagen AG and Volkswagen Group of American Finance, LLC ("VW"), and Defendant Martin Winterkorn (collectively, the "Parties"), through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on March 10, 2020, the Court entered the Parties' proposed Scheduling Order, which set forth dates to file and brief Defendants' motions to dismiss, the completion of fact and expert discovery, and to file and brief dispositive motions;

WHEREAS, on August 20, 2020, the Court granted in part and denied in part Defendants' motions to dismiss;

WHEREAS, on September 4, 2020, Plaintiff filed an amended complaint, which Winterkorn answered on October 15, 2020 and VW answered on October 16, 2020;

WHEREAS, the Parties have served and responded to substantial written discovery, including interrogatories and document requests, and made substantial document productions;

WHEREAS, the Parties have conducted numerous meet and confers in good faith attempts to resolve any discovery disputes, and continue to do so;

WHEREAS, the COVID-19 pandemic has substantially limited the Parties' ability to take and complete oral discovery, particularly depositions of VW's current and former employees residing in Germany;

WHEREAS, the Parties will need additional time to complete discovery and, thus, jointly request an extension of the dates set forth in the Court's Scheduling Order;

WHEREAS, the Parties have not previously requested an extension of these dates;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, that the Scheduling Order be amended as follows:

| ACTION | Due Dates |
| --- | --- |
| Fact Discovery Cutoff: | June 10, 2022 |
| Expert Reports Exchanged: | September 16, 2022 |
| Rebuttal Expert Reports Exchanged: | November 18, 2022 |
| Expert Discovery Cutoff: | December 16, 2022 |
| Dispositive Motions & Opening Briefs: | February 17, 2023 |
| Oppositions to Dispositive Motions: | April 14, 2023 |
| Replies in Support of Dispositive Motions: | May 12, 2023 |

| | |
|---|---|
| Pretrial Conference: | To be set by Court at later date |
| Trial: | To be set by Court at later date |

This Stipulation may be executed in counterparts, and electronic or facsimile signatures shall be deemed equivalent to original signatures.

IT IS SO STIPULATED.

Dated: December 17, 2021           Respectfully submitted,

/s/Daniel J. Hayes
Daniel J. Hayes
Eric M. Phillips
Jake A. Schmidt
Kevin A. Wisniewski
Raven Winters
U.S. SECURITIES & EXCHANGE COMMISSION
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-3368
Facsimile: (312) 353-7398

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*


/s/ Suhana S. Han (with permission)
Robert J. Giuffra, Jr. *(admitted pro hac vice)*
Sharon L. Nelles *(admitted pro hac vice)*
Suhana S. Han *(admitted pro hac vice)*
Matthew A. Schwartz *(admitted pro hac vice)*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants Volkswagen AG,*
*Volkswagen Group of America Finance, LLC*
*and VW Credit, Inc.*

<pre>
                                /s/ Peter R. Jerdee (with permission)
                                Gregory P. Joseph (admitted pro hac vice)
                                Peter R. Jerdee (admitted pro hac vice)
                                Christopher J. Stanley (admitted pro hac vice)
                                JOSEPH HAGE AARONSON LLC
                                485 Lexington Avenue, 30th Floor
                                New York, NY 10017
                                Telephone: (212) 407-1222
                                Facsimile: (212) 407-1269

                                Attorneys for Defendant Martin Winterkorn
</pre>

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____, 2021    _____
                                        CHARLES R. BREYER
                                        United States District Judge

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: December 17, 2021

/s/Daniel J. Hayes
Daniel J. Hayes