Daniel J. Hayes
Eric M. Phillips
Jake A. Schmidt
Kevin A. Wisniewski
Raven Winters
U.S. SECURITIES & EXCHANGE COMMISSION
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-3368
Facsimile: (312) 353-7398

*Attorneys for Plaintiff United States
Securities and Exchange Commission*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) <br><br> **STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER** <br><br> Judge: Hon. Charles R. Breyer |
| This Document Relates To: <br><br> *U.S. S.E.C. v. Volkswagen AG,* No. 3:19-cv-1391-CRB | |

Plaintiff United States Securities and Exchange Commission ("Plaintiff"), Defendants Volkswagen AG and Volkswagen Group of American Finance, LLC ("VW"), and Defendant Martin Winterkorn (collectively, the "Parties"), through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on December 17, 2021, the Court entered the Parties' stipulated amended Scheduling Order (ECF No. 76), which set forth dates for the completion of fact and expert discovery and to file and brief dispositive motions;

STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER
No. 3:19-cv-1391-CRB        1

WHEREAS, the Parties have served and responded to substantial written discovery, including interrogatories and document requests, and made substantial document productions, which continue;

WHEREAS, the Parties continue to meet and confer in good faith attempts to resolve any discovery disputes, and continue to do so;

WHEREAS, the COVID-19 pandemic substantially limited the Parties' ability to take and complete deposition discovery, particularly depositions of VW's current and former employees residing in Germany;

WHEREAS, the Parties have now completed several depositions, including depositions of multiple VW employees during two separate trips to Europe, and are in the process of scheduling more depositions in both Europe and the United States;

WHEREAS, despite the Parties' efforts to complete discovery, they will need additional time to complete discovery and, thus, jointly request an extension of the dates set forth in the Court's Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, that the Scheduling Order be amended as follows:

| ACTION | Due Dates |
| --- | --- |
| Fact Discovery Cutoff: | September 12, 2022 |
| Expert Reports Exchanged: | December 19, 2022 |
| Rebuttal Expert Reports Exchanged: | February 27, 2023 |
| Expert Discovery Cutoff: | March 20, 2023 |
| Dispositive Motions & Opening Briefs: | May 22, 2023 |
| Oppositions to Dispositive Motions: | July 17, 2023 |
| Replies in Support of Dispositive Motions: | August 14, 2023 |
| Pretrial Conference: | To be set by Court at later date |

| Trial: | To be set by Court at later date |
|---|---|

This Stipulation may be executed in counterparts, and electronic or facsimile signatures shall be deemed equivalent to original signatures.

IT IS SO STIPULATED.

Dated: May 11, 2022                                  Respectfully submitted,

/s/Daniel J. Hayes
Daniel J. Hayes
Eric M. Phillips
Jake A. Schmidt
Kevin A. Wisniewski
Raven Winters
U.S. SECURITIES & EXCHANGE COMMISSION
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-3368
Facsimile: (312) 353-7398

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*


/s/ Suhana S. Han (with permission)
Robert J. Giuffra, Jr. *(admitted pro hac vice)*
Sharon L. Nelles *(admitted pro hac vice)*
Suhana S. Han *(admitted pro hac vice)*
Matthew A. Schwartz *(admitted pro hac vice)*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants Volkswagen AG,*
*Volkswagen Group of America Finance, LLC*
*and VW Credit, Inc.*

/s/ Peter R. Jerdee (with permission)
Gregory P. Joseph *(admitted pro hac vice)*
Peter R. Jerdee *(admitted pro hac vice)*
Christopher J. Stanley *(admitted pro hac vice)*
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: (212) 407-1222
Facsimile: (212) 407-1269

*Attorneys for Defendant Martin Winterkorn*

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____, 2022    _____
CHARLES R. BREYER
United States District Judge

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: May 11, 2022

/s/Daniel J. Hayes
Daniel J. Hayes