1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC)<br><br>The Honorable Charles R. Breyer |
| This Document Relates to:<br><br>Audi $CO_2$ Cases | [PROPOSED] ORDER APPROVING CLASS PLAINTIFFS' PROPOSAL TO DISTRIBUTE REMAINING SETTLEMENT FUNDS FOR ENVIRONMENTAL REMEDIATION |

Before the Court is Class Plaintiffs' Proposal to Distribute Remaining Settlement Funds for Environmental Remediation.

WHEREAS the Court granted Plaintiffs' Motion for Final Approval of the Class Action Settlement in this matter on March 2, 2020.

WHEREAS the deadline to submit a claim for compensation was May 28, 2020, and the settlement compensation program is now closed.

WHEREAS at least 34,082 Settlement Class Members filed claims for individual compensation through the Settlement, and all valid, complete and timely claims have been paid. ECF 7892.

WHEREAS the approved Settlement Agreement provides that: "[i]f there are any funds remaining in the Settlement Value after all valid, complete, and timely Claims are paid, subject to Court approval, the balance will be directed to environmental remediation efforts."

WHEREAS Class Plaintiffs, with the support of Defendants, have proposed a plan to distribute the remaining balance in the Settlement Fund to environmental remediation efforts through various recipients and projects detailed in the proposal.

WHEREAS information about the proposed recipients and projects has been made available to Class Members and the public via the Settlement Website.

Having reviewed and considered Plaintiffs' proposal, the Court hereby APPROVES the proposal and directs that the remaining Settlement Value in this matter be distributed to the environmental remediation recipients and projects set forth in Class Plaintiffs' submission.

**IT IS SO ORDERED.**

Dated: _____May 16_____, 2022

CHARLES R. BREYER
United States District Judge