Elizabeth J. Cabraser (State Bar No. 083151)
ecabraser@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Plaintiffs' Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC)<br><br>The Honorable Charles R. Breyer |
| This Document Relates to:<br><br>Porsche Gasoline Litigation | **STIPULATION PURSUANT TO FED. R. CIV. P. 15(A)(2)** |

1  The Parties hereby stipulate pursuant to Fed. R. Civ. P. 15(a)(2) that Plaintiffs may file
2  an Amended Consolidated Class Action Complaint, which amends and supersedes the operative
3  Consolidated Class Action Complaint (Dkt. 7803).
4      IT IS SO STIPULATED.

5

6  Dated: June 15, 2022               Respectfully submitted,

7  */s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
8  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
9  San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
10  Email: ecabraser@lchb.com

11  *Plaintiffs' Lead Counsel*

12  Dated: June 15, 2022               */s/ Sharon L. Nelles*
Robert J. Giuffra, Jr. (admitted *pro hac vice*)
13  Email:  giuffrar@sullcrom.com
Sharon L. Nelles (*pro hac vice*)
14  Email:  nelless@sullcrom.com
SULLIVAN & CROMWELL LLP
15  125 Broad Street
New York, New York 10004-2498
16  Telephone:   (212) 558-4000
Facsimile:      (212) 558-3588
17
Laura Kabler Oswell (State Bar No. 241281)
18  Email: oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
19  1870 Embarcadero Road
Palo Alto, California 94303-3308
20  Telephone:   (650) 461-5600
Facsimile:      (650) 461-5700
21
*Attorneys for Defendants Volkswagen AG, Dr. Ing.*
22  *H.c.F. Porsche AG, and Porsche Cars North America,*
*Inc.*
23

24

25

26

27

28

- 1 -      STIPULATION
MDL No. 2672 CRB

| | | |
|---|---|---|
| 1 | Dated: June 15, 2022 | */s/ Cari K. Dawson* |
| 2 | | Cari K. Dawson (pro hac vice) |
| | | cari.dawson@alston.com |
| 3 | | ALSTON & BIRD LLP |
| | | One Atlantic Center |
| 4 | | 1201 West Peachtree Street, Suite 4900 |
| | | Atlanta, Georgia 30309-3424 |
| 5 | | Telephone: (404) 881-7000 |
| | | Facsimile: (404) 881-7777 |
| 6 | | *Attorneys for Defendants Dr. Ing. h.c.* |
| | | *F. Porsche AG, and Porsche Cars North America, Inc.* |

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: June 15, 2022          LIEFF CABRASER HEIMANN &
                              BERNSTEIN, LLP


                              */s/ Elizabeth J. Cabraser*
                              Elizabeth J. Cabraser

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 15, 2022, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

 /s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser

- 4 -

STIPULATION
MDL No. 2672 CRB