UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Napleton Orlando Imports, LLC, et al. v. Volkswagen Group of America, Inc., et al.,* Case No. 3:16-cv-02086-CRB | MDL No. 2672 CRB (JSC)<br><br>[~~PROPOSED~~] **ORDER GRANTING WITHDRAWAL OF COUNSEL JERROD C. PATTERSON**<br><br>Judge: Hon. Charles R. Breyer |

010584-12/1963076 V1

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Notice of Withdrawal of Counsel, it is HEREBY ORDERED that JERROD C. PATTERSON is hereby withdrawn as counsel of record in this matter on behalf of Plaintiffs J. Bertolet, Inc.; Direct B, LLC d/b/a Brandon Volkswagen; and SAI Auto Group, LLC d/b/a Bozzani Volkswagen.

The Clerk of the Court is directed to remove JERROD C. PATTERSON from the record and from the Court's ECF notifications for this case.

Dated: July 11, 2022

_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING WITHDRAWAL
OF COUNSEL JERROD C. PATTERSON - 1
Case No. 02672-CRB (JSC)
010584-12/1963076 V1