**BONNER C. WALSH**
*Pro hac vice*
bonner@walshpllc.com
WALSH PLLC
1561 Long Haul Road
Grangeville, ID 83530
Phone 541.359.2827
Facsimile 866.503 8206

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:15-md-02672-CRB<br><br>MDL No. 2672<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF APPEARANCE OF BONNER C. WALSH**<br><br>Judge: Hon. Charles R. Breyer |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Notice of Withdrawal of Counsel, it is HEREBY ORDERED that BONNER C. WALSH is hereby withdrawn as counsel of record in this matter on behalf of the plaintiffs listed in Exhibit A to the Notice of Withdrawal of Appearance of Bonner C. Walsh.

The Clerk of the Court is directed to remove Bonner C. Walsh from the record and from the Court's ECF notifications in this case.

- 1 -

[PROPOSED] ORDER

- 2 -

Dated: July 18, 2022

_____
Hon. Charles R. Breyer
United States District Judge

[~~PROPOSED~~] ORDER