UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Remaining Individual Pre-NOV Consumer Actions (identified on Exhibit 1 of Defendants' Motion)* | MDL No. 2672 CRB<br><br>[~~PROPOSED~~] **ORDER TO SHOW CAUSE WHY INDIVIDUAL PRE-NOV PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED WITH PREJUDICE**<br><br>The Honorable Charles R. Breyer |

Upon consideration of Defendants' Request for Entry of Order to Show Cause Why Individual Pre-NOV Plaintiffs' Claims Should Not Be Dismissed With Prejudice (the "Motion"), the Court hereby ORDERS all individual Plaintiffs identified in Exhibit 1 to the Motion, within 21 days, to either:

1. file dismissals of their claims; or
2. show cause why their claims should not be dismissed.

IT IS SO ORDERED.

Dated: July 27, 2022

Hon. Charles R. Breyer
United States District Judge