W. DANIEL "DEE" MILES, III.
C. LANCE GOULD
H. CLAY BARNETT, III.
RACHEL N. MINDER
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: (800) 898-2034
Facsimile: (334) 965-7555
dee.miles@beasleyallen.com
lance.gould@beasleyallen.com
rachel.minder@beasleyallen.com

*Attorneys for Plaintiff The Environmental
Protection Commission of Hillsborough County, Florida*

*Additional Counsel Listed in Signature Block*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | MDL No.: 3:15-md-02672-CRB |
| This Document Relates to: | **PLAINTIFFS' AND DEFENDANTS' STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND PARTIAL SUMMARY JUDGMENT DEADLINES** |
| *Environmental Protection Commission of Hillsborough County v. Volkswagen AG et al.,* No. 16-cv-2210 (N.D. Cal.) | |
| *Salt Lake County* v. *Volkswagen Group of America, Inc. et al.*, No. 16-cv-5649 (N.D. Cal.) | |

Pursuant to Civil Local Rule 6-2, Plaintiff the Environmental Protection Commission of Hillsborough County, Florida ("Hillsborough County"), Plaintiff Salt Lake County ("Salt Lake County" and collectively with Hillsborough County, the "Counties"), and Defendants Volkswagen Group of America, Inc., Audi of America, LLC, Porsche Cars North America, Inc., and Robert Bosch LLC (collectively, "Defendants"), through their respective counsel, agree and stipulate as follows:

- 1 -

1.      On July 15, 2022, the Court Ordered a Partial Summary Judgment hearing on "whether the post-sale software modification in this case violated the Counties' regulations by increasing vehicle emissions relative to emissions before the modification," ("Partial Summary Judgment Issue") and set a corresponding discovery and briefing schedule ("Order").[1]

2.      Pursuant to this Order, the Defendants filed their Motion for Partial Summary Judgment on July 25, 2022.[2]

3.      Also on July 25, 2022, the Court issued a notice vacating the initial hearing date of September 16, 2022 and rescheduling the hearing date for September 30, 2022.[3]

4.      To date, some Defendants have already produced numerous documents to the Counties and the Counties are in the process of reviewing those documents, responding to Defendants' discovery requests, and obtaining expert opinion on the relevant issues currently before the Court.

5.      Accordingly, at the Counties' request, the Parties have stipulated to extending the discovery and briefing dates to allow for the efficient use of the additional two-week period prior to the rescheduled hearing date on September 30, 2022.  The extended dates to which the Parties have stipulated are as follows:

- August 29, 2022: Discovery ends (updated from August 15, 2022)

- September 6, 2022: Counties file their Oppositions to Defendants' Partial Summary Judgment brief (updated from August 25, 2022)

- September 13, 2022: Defendants file their Reply Brief in support of Partial Summary Judgment (updated from September 1, 2022).

6.      All other deadlines set forth in the Order, including the September 30, 2022 Partial Summary Judgment hearing, will remain unchanged.

---

[1] ECF 8003, at pg. 2.
[2] ECF 8010.
[3] ECF 8011.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREFORE, the Parties request that the Court issue an order granting the stipulated extension of the discovery and briefing deadlines under its Order regarding the Partial Summary Judgment Issue.

Dated: August 4, 2022

Respectfully submitted,

*/s/ C. Lance Gould*
W. Daniel "Dee" Miles, III
C. Lance Gould
H. Clay Barnett, III
Rachel N. Minder
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: (800) 898-2034
Facsimile: (334) 965-7555
dee.miles@beasleyallen.com
lance.gould@beasleyallen.com
rachel.minder@beasleyallen.com

Luis Martinez-Monfort
GARDNER, BREWER,
MARTINEZ-MONFORT, P.A.
400 North Ashley Drive, Suite 1100
Tampa, Florida 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
lmmonfort@gbmmlaw.com

Thomas L. Young
LAW OFFICE OF THOMAS L. YOUNG, P.A.
400 North Ashley Drive, Suite 1100
Tampa, Florida 33602
Telephone: (813) 251-9706
Facsimile: (813) 364-1908
tyoung@tlylaw.com

*Attorneys for Plaintiff The Environmental Protection Commission of Hillsborough County, Florida*

Dated: August 4, 2022    /s/ Colin P. King
             Colin P. King
             Paul W. Simmons
             DEWSNUP KING OLSEN WOREL
             HAVAS MORTENSEN MILNE
             36 S. State Street, Suite 2400
             Salt Lake City, UT  84111
             Telephone:  (801) 533-0400
             Facsimile:  (801) 368-4218
             cking@dkowlaw.com
             psimm@dkowlaw.com

             *Attorneys for Plaintiff Salt Lake County*

Dated: August 4, 2022    /s/ Nicholas F. Menillo
             Robert J. Giuffra, Jr. (*admitted pro hac vice*)
             David M.J. Rein (*admitted pro hac vice*)
             Matthew A. Schwartz (*admitted pro hac vice*)
             Nicholas F. Menillo (*admitted pro hac vice*)
             SULLIVAN & CROMWELL LLP
             125 Broad Street
             New York, New York 10004
             Telephone: (212) 558-4000
             Facsimile: (212) 558-3588

             Michael H. Steinberg (State Bar No. 134179)
             SULLIVAN & CROMWELL LLP
             1888 Century Park East
             Los Angeles, California 90067
             Telephone: (310) 712-6600
             Facsimile: (310) 712-8800

             Judson O. Littleton (*admitted pro hac vice*)
             SULLIVAN & CROMWELL LLP
             1700 New York Avenue, N.W. Suite 700
             Washington, D.C. 20006
             Telephone: (202) 956-7500
             Facsimile: (202) 293-6330

             *Counsel for Defendants Volkswagen Group of*
             *America, Inc. and Audi of America, LLC*

- 4 -

Dated: August 4, 2022     /s/ Kara F. Kennedy
                          Cari K. Dawson (*admitted pro hac vice*)
                          Kara F. Kennedy (*admitted pro hac vice*)
                          ALSTON & BIRD LLP
                          One Atlantic Center
                          1201 West Peachtree St.
                          Atlanta, Georgia 30309
                          Telephone: 404-881-7000
                          Facsimile: 404-881-7777

                          *Counsel for Defendant Porsche Cars North America,*
                          *Inc.*

Dated: August 4, 2022     /s/ Carmine D. Boccuzzi, Jr.
                          Carmine D. Boccuzzi, Jr. (*admitted pro hac vice*)
                          CLEARY GOTTLIEB STEEN
                          & HAMILTON, LLP
                          One Liberty Plaza
                          New York, New York 10006
                          Telephone: 212-225-2000
                          Facsimile: 212-225-3999

                          Matthew D. Slater (*admitted pro hac vice*)
                          CLEARY GOTTLIEB STEEN
                          & HAMILTON, LLP
                          2112 Pennsylvania Ave., N.W.
                          Washington, D.C. 20037
                          Telephone: 202-974-1500
                          Facsimile: 202-974-1999

                          *Counsel for Defendant Robert Bosch LLC*

- 5 -

## **<u>ORDER</u>**

Pursuant to the Parties' stipulation, the Court ORDERS the deadlines under the Order prior to the

September 30, 2022 Partial Summary Judgment hearing are extended as follows:

August 29, 2022: Discovery ends

September 6, 2022: Counties file their Oppositions to Defendants' Partial Summary Judgment brief

September 13, 2022: Defendants file their Reply Brief in support of Partial Summary Judgment.

**IT IS SO ORDERED.**

Date:   August 4, 2022

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT