1  Daniel J. Hayes
   Eric M. Phillips
2  Jake A. Schmidt
   Kevin A. Wisniewski
3  Raven Winters
   U.S. SECURITIES & EXCHANGE
4  COMMISSION
   175 West Jackson Blvd., Suite 1450
5  Chicago, Illinois 60604
   Telephone: (312) 353-3368
6  Facsimile: (312) 353-7398
7
8  *Attorneys for Plaintiff United States*
   *Securities and Exchange Commission*
9
10                 **UNITED STATES DISTRICT COURT**
11                **NORTHERN DISTRICT OF CALIFORNIA**
12                   **SAN FRANCISCO DIVISION**
13
14  IN RE: VOLKSWAGEN "CLEAN           MDL No. 2672 CRB (JSC)
    DIESEL" MARKETING, SALES
15  PRACTICES, AND PRODUCTS LIABILITY
    LITIGATION                        **STIPULATION AND ~~PROPOSED~~**
16                                    **AMENDED SCHEDULING ORDER**
17
18                                     Judge: Hon. Charles R. Breyer
    This Document Relates To:
19
    *U.S. S.E.C. v. Volkswagen AG,*
20  No. 3:19-cv-1391-CRB
21
22        Plaintiff United States Securities and Exchange Commission ("Plaintiff"), Defendants

23  Volkswagen AG and Volkswagen Group of American Finance, LLC ("VW"), and Defendant Martin

24  Winterkorn (collectively, the "Parties"), through their undersigned counsel, hereby agree and stipulate

25  as follows:

26        WHEREAS, the COVID-19 pandemic substantially limited the Parties' ability to take and

27  complete deposition discovery, particularly depositions of VW's current and former employees

28  residing in Germany;

WHEREAS, the Court previously entered the stipulated amended Scheduling Orders on May 12, 2022 and December 17, 2021 (ECF Nos. 80, 76);

WHEREAS, since the entry of the Court's most recent scheduling order, the Parties have served and responded to substantial written discovery, including interrogatories and document requests, and made substantial document productions, which continue but are not yet complete;

WHEREAS, the Parties also completed third-party depositions of the California Air Resource Board and a former VW employee, and they have scheduled several other depositions, including the depositions of two VW employees in Belgium during the week of August 15, 2022 and other third-party depositions later in August and in September;

WHEREAS, the Parties have experienced difficulty scheduling additional depositions, including of various VW employees, because of those witnesses' summer vacation and other schedules;

WHEREAS, the Parties continue to meet and confer in good faith attempts to resolve any discovery disputes, and continue to do so;

WHEREAS, despite the Parties' efforts, they will need additional time to complete discovery and, thus, jointly request an extension of the dates set forth in the Court's Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, that the Scheduling Order be amended as follows:

| ACTION | Due Dates |
|---|---|
| Fact Discovery Cutoff: | December 16, 2022 |
| Expert Reports Exchanged: | March 24, 2023 |
| Rebuttal Expert Reports Exchanged: | May 26, 2023 |
| Expert Discovery Cutoff: | June 23, 2023 |
| Dispositive Motions & Opening Briefs: | August 25, 2023 |

| | |
|---|---|
| Oppositions to Dispositive Motions: | October 27, 2023 |
| Replies in Support of Dispositive Motions: | November 17, 2023 |
| Pretrial Conference: | To be set by Court at later date |
| Trial: | To be set by Court at later date |

This Stipulation may be executed in counterparts, and electronic or facsimile signatures shall be deemed equivalent to original signatures.

IT IS SO STIPULATED.


Dated: August 12, 2022                           Respectfully submitted,


/s/Daniel J. Hayes
Daniel J. Hayes
Eric M. Phillips
Jake A. Schmidt
Kevin A. Wisniewski
Raven Winters
U.S. SECURITIES & EXCHANGE
COMMISSION
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-3368
Facsimile: (312) 353-7398

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*


/s/ Suhana S. Han (with permission)
Robert J. Giuffra, Jr. *(admitted pro hac vice)*
Sharon L. Nelles *(admitted pro hac vice)*
Suhana S. Han *(admitted pro hac vice)*
Matthew A. Schwartz *(admitted pro hac vice)*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants Volkswagen AG,*

*Volkswagen Group of America Finance, LLC
and VW Credit, Inc.*

/s/ Peter R. Jerdee (with permission)
Gregory P. Joseph *(admitted pro hac vice)*
Peter R. Jerdee *(admitted pro hac vice)*
Christopher J. Stanley *(admitted pro hac vice)*
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: (212) 407-1222
Facsimile: (212) 407-1269

*Attorneys for Defendant Martin Winterkorn*

\*        \*        \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:    August 15    , 2022

CHARLES R. BREYER
United States District Judge