UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB |
| | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| This Document Relates to: | The Honorable Charles R. Breyer |
| *Remaining Individual Pre-NOV Consumer Actions (Identified on Exhibit 1 to Dkt. No. 8012)* | |

On July 27, 2022, the Court issued an Order to Show Cause (Dkt. No. 8014) directing plaintiffs in the above-captioned actions to "either (1) file dismissal of their claims," or "(2) show cause why their claims should not be dismissed." The Court gave plaintiffs 21 days — *i.e.*, until August 18, 2022 — to comply with the Order to Show Cause. None of the plaintiffs complied with the Order to Show Cause, either by dismissing their actions or by showing cause why their cases should not be dismissed.

Having considered the Motion made by Defendants to dismiss plaintiffs' claims with prejudice, the Court hereby GRANTS the Motion and dismisses their claims with prejudice for the reasons set forth in the Motion.

IT IS SO ORDERED.

Dated: September 7, 2022

Hon. Charles R. Breyer
United States District Judge