1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates to:<br><br>Porsche Gasoline Litigation | MDL 2672 CRB<br><br>**DECLARATION OF JENNIFER KEOUGH REGARDING EXCLUSION REQUESTS**<br><br>The Honorable Charles R. Breyer |
|---|---|

1. I, Jennifer Keough, hereby declare and state as follows:

I am the Chief Executive Officer and President of JND Legal Administration LLC ("JND"). As the CEO and President of JND, I oversee all facets of our company's operations, including monitoring and implementing our notice and claims administration programs. This Declaration is based on my personal knowledge as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

### EXCLUSION REQUESTS

This Declaration is to supplement my Declaration dated October 11, 2022. Since that date, one previously deficient opt out is now valid. Therefore, JND is aware of 11 total valid opt-out requests. Attached as **Exhibit A** is a list of all Opt-Out requests received with their status as of October 20, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 20, 2022, at Seattle, Washington.

By: /s/ Jennifer M. Keough
Jennifer M. Keough

# EXHIBIT A



## PORSCHE GASOLINE SETTLEMENT
### Exclusion Requests
### (as of October 20, 2022)

| # | Name | VIN | Status |
|---|---|---|---|
| 1 | MOHAMMAD ALBABA & DANA AL JIJAKLI | 2272 | Valid |
| 2 | CURTIS CHISM | 1739 | Valid |
| 3 | JENNIFER ELLIOTT | 5639 | Valid |
| 4 | ROGER FULLMER | 8154 | Valid |
| 5 | ALLISON KLEIN | 2380 | Valid |
| 6 | GEOFFREY LAI | 1626 | Valid |
| 7 | DAVID MECEY | 2039 | Valid |
| 8 | STEPHEN MARCOM | 6259 | Valid |
| 9 | MICHAEL PODOLL | 3316 | Valid |
| 10 | PHILIP SOUTHWICK | 0326, | Valid |
| 11 | ANDREA STAMPONE | 0239 | Valid |
| 12 | RICHARD ALFRED | N/A | Deficient |
| 13 | NICOLE AVILES | 5763 | Deficient |
| 14 | ERIK BALKAN | 6360, 4149, 0197, 0359 | Deficient |
| 15 | KLAUS M BROWN | 8146 | Deficient |
| 16 | CRISTIANO CAPUZZI | 3561 | Deficient |
| 17 | JEANNETTE CORRERO | 3268 | Deficient |
| 18 | WILLIAM CURTIS | 6880 | Deficient |
| 19 | DONEGAL INSURANCE GROUP/ MICHIGAN INSURANCE | N/A | Deficient |
| 20 | TAN DUONG | N/A | Deficient |
| 21 | TAMMY HARRIS | 5104 | Deficient |
| 22 | JAMES HARRIS | 5104 | Deficient |
| 23 | PAUL LERMAN/ ATEC LIQUIDATIONS INC DBA ATEC INC | 5734, 1429, 3441, 1562, 3281 | Deficient |
| 24 | JAIME LUNA | N/A | Deficient |
| 25 | ANITA MARTINEZ | 0331, 8227 | Deficient |
| 26 | MARICIA REMALEY | N/A | Deficient |