Richard P. Lawson, Esq.
GARDNER BREWER HUDSON, P.A.
400 North Ashley Drive, Suite 1100
Tampa, Florida 33605
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
rlawson@gardnerbrewer.com
litigation@gardnerbrewer.com

W. DANIEL "DEE" MILES, III.
C. LANCE GOULD
H. CLAY BARNETT, III.
RACHEL N. MINDER
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: (800) 898-2034
Facsimile: (334) 965-7555
dee.miles@beasleyallen.com
lance.gould@beasleyallen.com
clay.barnett@beasleyallen.com
rachel.minder@beasleyallen.com

*Attorneys for Plaintiff Environmental Protection Commission of Hillsborough County, Florida*

*Additional Counsel Listed in Signature Block*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | MDL No.: 3:15-md-02672-CRB |
| This Document Relates to: | **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |
| *Environmental Protection Commission of Hillsborough County v. Volkswagen AG et al.,* No. 16-cv-2210 (N.D. Cal.) | The Honorable Charles R. Breyer |

- 1 -

NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD
MDL No. 2672

PLEASE TAKE NOTICE that Luis Martinez-Monfort is no longer associated with Gardner Brewer Hudson, P.A. (formerly Gardner Brewer Martinez-Monfort, P.A.), and hereby withdraws as counsel for Plaintiff Environmental Protection Commission of Hillsborough County, Florida ("Plaintiff") in the above-captioned matter. It is hereby requested that Mr. Martinez-Monfort's name be removed from the case docket and from the court's e-notification system. All other counsel of record for Plaintiff remains unchanged.

This 30th day of November, 2022.

Respectfully submitted,

/s/ Richard P. Lawson
Richard P. Lawson, Esq.
GARDNER BREWER HUDSON, P.A.
400 North Ashley Drive, Suite 1100
Tampa, Florida  33605
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
rlawson@gardnerbrewer.com
litigation@gardnerbrewer.com

W. Daniel "Dee" Miles, III.
C. Lance Gould
H. Clay Barnett, III.
Rachel N. Minder
BEASLEY ALLEN CROW METHVIN
 PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: (800) 898-2034
Facsimile: (334) 965-7555
dee.miles@beasleyallen.com
lance.gould@beasleyallen.com
clay.barnett@beasleyallen.com
rachel.minder@beasleyallen.com

Luis Martinez-Monfort
GARDNER, BREWER,
 MARTINEZ-MONFORT, P.A.
400 North Ashley Drive, Suite 1100
Tampa, Florida 33602

Telephone: (813) 221-9600
Facsimile: (813) 221-9611
lmmonfort@gbmmlaw.com

Thomas L. Young
LAW OFFICE OF THOMAS L. YOUNG, P.A.
400 North Ashley Drive, Suite 1100
Tampa, Florida 33602
Telephone: (813) 251-9706
Facsimile: (813) 364-1908
tyoung@tlylaw.com

*Attorneys for Plaintiff Environmental Protection Commission of Hillsborough County, Florida*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, I electronically filed the foregoing document through CM/ECF system, which will provide electronic service notification to all counsel of record registered as CM/ECF users.

/s/ Richard P. Lawson
Richard P. Lawson, Esq.