Timothy R. Hanigan (SBN 125791)
Lang, Hanigan & Carvalho, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Tel: (818) 883-5644
Fax: (818) 704-9372

Robert W. Clore (*Pro Hac Vice*)
Mikell A. West (*Pro Hac Vice*)
Bandas Law Firm, P.C.
802 N. Carancahua, Suite 1400
Corpus Christi, TX 78401
Tel: (361) 698–5200
Fax: (361) 698-5222
*Attorneys for Wes Lochridge*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2672 CRB <br><br> The Honorable Charles R. Breyer |
| This Document Relates to: <br><br> Porsche Gas Litigation | **WES LOCHRIDGE'S NOTICE OF APPEAL** |

1  Notice is hereby given that class member Wes Lochridge appeals to the United
2  States Court of Appeals for the Ninth Circuit from the Court's Order Granting Motion
3  for Final Approval of Settlement, Granting Attorneys' Fees, and Entering Final
4
5  Judgment entered on November 9, 2022 (ECF No. 8088), and all opinions and orders
6  that merge therein.

DATED:  December 6, 2022

Respectfully submitted,
/s/ *Robert W. Clore*
Robert W. Clore
Mikell A. West
BANDAS LAW FIRM, P.C.
802 N. Carancahua, Suite 1400
Corpus Christi, TX 78401
Tel: (361) 698–5200
Fax: (361) 698-5222
*Admitted Pro Hac Vice*

Timothy R. Hanigan (125791)
Lang, Hanigan & Carvalho, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

*Attorneys for Wes Lochridge*

**Certificate of Service**

The undersigned certifies that today he filed the foregoing on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: December 6, 2022

                                         /s/ *Robert W. Clore*
                                         Robert W. Clore