1  jjeJeffrey A. Berman (pro hac vice)
   ANDERSON + WANCA
2  3701 Algonquin Road, Suite 500
   Rolling Meadows, IL 60008
3  Telephone: 847-368-1500
   Facsimile: 847-368-1501
4  jberman@andersonwanca.com

5  Attorneys for Plaintiff, Earl Scott Wright

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO DIVISION**

11

12

13 IN RE: VOLKSWAGEN "CLEAN DIESEL"
   MARKETING, SALES PRACTICES, AND
   PRODUCTS LIABILITY LITIGATION          MDL No. 3:15-md-2672-CRB
14
   This Document Relates to:              **NOTICE OF WITHDRAWAL OF**
15                                        **APPEARANCE OF ROSS M. GOOD AS**
   ALL ACTIONS                            **ATTORNEY OF RECORD**
16
   _____/
17

18

19

20

21

22

23

24

25

1

Notice of Withdrawal of Appearance
3:15-md-02672-CRB

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Ross M. Good is no longer employed by the law firm of Anderson + Wanca as of December 2, 2022.  Therefore, Mr. Good's appearance is hereby withdrawn as counsel of record for Plaintiff, Earl Scott Wright, in the above-captioned matter, and he should be removed from the service list.  All other attorneys at Anderson + Wanca who are currently listed as counsel of record for Earl Scott Wright shall remain counsel of record and should not be removed from the service list.

Date: December 13, 2022

s/Jeffrey A. Berman
Jeffrey A. Berman
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone: 847-368-1500
Facsimile: 847-368-1501
jberman@andersonwanca.com

Attorneys for Plaintiff Earl Scott Wright

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2022, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the CM/ECF system.

*s/Jeffrey A. Berman*
Jeffrey A. Berman