Michael Larkin
2002 Thomason Lane
Goodview, VA 24095

**FILED**

**JUN 09 2023**

Senior District Judge Charles R. Breyer
San Francisco Courthouse, Courtroom 6 – 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5 June, 2023

Re: Case #: 15-md-02672-CRB (Porsche Gasoline Settlement)
  Claim # PH5KY-PL74J (submitted 9-24-22)

Dear Justice Breyer,

I am writing to you because of unusual—and perhaps unlawful--activity by the Porsche Settlement managers. I filed a claim last September, but had received no updates by this May. You issued the final order on 9 November, 2022. On May 7, I contacted the managers about the payout timeline via an email. They told me that the payout schedule ran through August. Then on 12 May I received an email from them stating that my payout, via Venmo, had gone out on the 10th of May. As I had not received anything via Venmo, I replied to that 12 May email that I had not received the payout and again provided my Venmo address. Conveniently, the claim form filed with them, while having my VIN number, date of purchase of my Porsche, current ownership status, phone number and address details, only lists Venmo as the payment method—no Venmo address that would ensure everyone was on the same sheet of music. A purposeful obfuscation? Who knows. But it lets the settlement managers claim they paid the wrong Venmo address if they are acting unlawfully. The three-day gap between my 7 May contact with them and the purported payout seems a bit convenient as well.

Subsequently, on 15 May, I received an email from the managers stating that I would be paid within ten days.

On 23 May I received the following email:
**Dear Michael,**

Thank you for your patience. Venmo payments are currently in process and anticipate to be completed by the end of the week [26 May 2023]. We are unable to make changes at the moment regarding any payment elections. For additional updates, please visit the Settlement Website at www.PorscheGasolineSettlementUSA.com.

Regards,

**Porsche Gasoline Emissions Settlement**
www.PorscheGasolineSettlementUSA.com
Toll-free 1-888-681-2759
[MNL]



Now, why wouldn't the Venmo payment be confirmed or even updated as needed—especially as eight months have elapsed? What if my Venmo account had been compromised and I now use a different address? What if I no longer use Venmo? A verification before locking in the payment would seem to be the logical course of action. This claim process, as set up, seems designed to facilitate fraud.

I notified the managers via email on 1 June that I had not received a payment; no reply as of the date of this letter.

One other item: reading through the Final Order, payments are differentiated by Economy Class, Sport+ class, etc., but no such differentiation is made in the "List of Class Vehicles" document on the settlement website.
https://www.porschegasolinesettlementusa.com/documents
This creates yet another opportunity to obfuscate what the payouts should be. One would think ownership duration would be a factor as well.

Are we seeing incompetence or fraud?

An accounting of the payouts by month and amount per payee by vehicle class might prove illuminating. Feel free to contact me for the current status of my Porsche Gasoline Settlement saga

*[signature]*

MICHAEL P. LARKIN
Email: larkin.mike@gmail.com
Cell: (540) 206-8808
Goodview, VA

Michael Larkin
2002 Thomason Ln
Goodview, VA 24095



GREENSBORO NC 270
PIEDMONT TRIAD AREA
5 JUN 2023 PM 3 L

Sr District Judge Charles Breyer
San Francisco Courthouse, Courtroom 6-17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

94102-343322

