# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates to:<br><br>Porsche Gasoline Litigation | MDL 2672 CRB<br><br>**DECLARATION FROM SETTLEMENT ADMINISTRATOR REGARDING LETTER FROM CLASS MEMBER [DKT. 8175]**<br><br>The Honorable Charles R. Breyer |

I, Lara Jarjoura, hereby declare and state as follows:

1. I am the Vice President of Operations for JND Legal Administration LLC ("JND") and am heavily involved in overseeing the implementation of the claim program in the Porsche Gasoline settlement. This Declaration is based on my personal knowledge as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

2. I understand that a Class Member in this matter, Mr. Michael Larkin, sent a letter to the Court outlining some concerns about the timing of his settlement payment, which he had not received by June 5, 2023, the day he mailed the letter.

3. Mr. Larkin's payment was somewhat delayed by processing issues we experienced with Venmo, the method through which he elected to receive his settlement payment. However, JND received an email from Mr. Larkin on June 7, 2023, confirming that he had received his settlement payment.

4. Upon reviewing Mr. Larkin's June 5, 2023, letter—which was filed on June 15, 2023—I promptly contacted him to again confirm he had received his payment and answer any questions he might have. Mr. Larkin thanked me for my time and apologized if his letter "cast any stones on [JND's] business." Mr. Larkin stated that all his issues were resolved and represented that he would be updating the Court accordingly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 15, 2023, at Novato, California.

By: _____
Lara Jarjoura

1
2      **ATTESTATION**
3
        Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this
4  document has been obtained from the above signatories.
5
6   DATED:  June 15, 2023                     */s/  Kevin R. Budner*
                                              Kevin R. Budner
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28