1 | ROBBINS GELLER RUDMAN
  |   & DOWD LLP
2 | PAUL J. GELLER
  | STUART A. DAVIDSON
3 | MARK DEARMAN
  | 225 NE Mizner Boulevard, Suite 720
4 | Boca Raton, FL  33432
  | Telephone:  561/750-3000
5 | 561/750-3364 (fax)
  | pgeller@rgrdlaw.com
6 | sdavidson@rgrdlaw.com
  | mdearman@rgrdlaw.com
7 |
  | *Attorneys for Terminated Plaintiffs*
8 |
  | [Additional counsel appear on signature page.]
9 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:15-md-02672-CRB |
|---|---|
| | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Charles R. Breyer |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Paul J. Geller, Stuart A. Davidson, Mark J. Dearman, Darren J. Robbins, David W. Mitchell, Rachel L. Jensen, and Jason A. Forge of the law firm Robbins Geller Rudman & Dowd LLP, counsel for Terminated Plaintiffs Jon McMillen, Christina McMillen, Mark McMillen, Ralph McMillen, Wahab Khan, Marc Gustafson, Peter Levitt, Jerel Rogers, Paul Byrne, Caroline Hoag, Danijela Bjelic, and Jeffrey King hereby file this Notice of Withdrawal of Counsel in the above-captioned litigation, and respectfully request that their names be removed from all applicable service lists, including the Court's ECF System for this case.

Pursuant to L.R. 11-5(a), attached hereto as Exhibit A is a [Proposed] Order Granting Withdrawal of Counsel for entry by the Court.

DATED:  June 21, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
MARK J. DEARMAN


              *s/ Stuart A. Davidson*
            STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DAVID W. MITCHELL
RACHEL L. JENSEN
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  619/231-1058
619/231-7423 (fax)

NOTICE OF WITHDRAWAL OF COUNSEL - 3:15-md-02672-CRB