**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  THIS DOCUMENT RELATES TO: ALL ACTIONS ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | Case No. 3:15-md-02672-CRB  **[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL**  Judge Charles R. Breyer |

Upon consideration of the Notice of Withdrawal of Counsel, it is HEREBY ORDERED that Paul J. Geller, Stuart A. Davidson, Mark J. Dearman, Darren J. Robbins, David W. Mitchell, Rachel L. Jensen, and Jason A. Forge of the law firm Robbins Geller Rudman & Dowd LLP, are hereby withdrawn as counsel of record for Terminated Plaintiffs Jon McMillen, Christina McMillen, Mark McMillen, Ralph McMillen, Wahab Khan, Marc Gustafson, Peter Levitt, Jerel Rogers, Paul Byrne, Caroline Hoag, Danijela Bjelic, and Jeffrey King.

The Clerk of the Court is directed to remove Paul J. Geller, Stuart A. Davidson, Mark J. Dearman, Darren J. Robbins, David W. Mitchell, Rachel L. Jensen, and Jason A. Forge from all applicable service lists, including the Court's ECF System for this case.

DATED: June 22, 2023

By: _____
The Honorable Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING
WITHDRAWAL OF COUNSEL - 3:15-md-02672-CRB