IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION COMMISSION OF HILLSBOROUGH COUNTY, FLORIDA,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN A.G., et al.,<br><br>Defendants. | Case No. 16-cv-02210-CRB<br>15-md-2672-CRB<br><br>**JUDGMENT** |

For the reasons explained in the Court's order granting summary judgment, see dkt. 8184, judgment is hereby entered in favor of Defendants Volkswagen Group of America, Inc., Audi of America, LLC, and Porsche Cars North America, Inc., and against Plaintiff Environmental Protection Commission of Hillsborough County, Florida.

**IT IS SO ORDERED.**

Dated: June 22, 2023

CHARLES R. BREYER
United States District Judge