IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALT LAKE COUNTY,<br><br>   Plaintiffs,<br><br>   v.<br><br>VOLKSWAGEN GROUP OF AMERICA, et al.,<br><br>   Defendants. | Case No.  16-cv-05649-CRB<br>15-md-2672-CRB<br><br>**JUDGMENT** |

For the reasons explained in the Court's order granting summary judgment, <u>see</u> dkt. 8184, judgment is hereby entered in favor of Defendants Volkswagen Group of America, Inc., Audi of America, LLC, and Porsche Cars North America, Inc., and against Plaintiff Salt Lake County.

**IT IS SO ORDERED.**

Dated: June 22, 2023

CHARLES R. BREYER
United States District Judge