Peter B. Fredman (Cal. Bar No. 189097)
**LAW OFFICE OF PETER FREDMAN PC**
2930 Domingo Ave, #227
Berkeley, CA 94705
Telephone: (510) 868-2626
Facsimile:  (510) 868-2627
peter@peterfredmanlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>AND RELATED ACTIONS | Case No. 3:15-md-02672-CRB<br><br>NOTICE OF WITHDRAWL OF COUNSEL AND REQUEST TO REMOVE COUNSEL FROM ECF SERVICE LIST |

PLEASE TAKE NOTICE that the undersigned counsel has withdrawn as counsel in this matter due to settlement of his clients' claims, and hereby requests removal from the ECF service list. The undersigned was previously counsel for Plaintiff David Fiol, Case No. 3:15-cv-04278, but all cases involving the undersigned counsel were resolved long ago.

DATE:  June 23, 2023                    **LAW OFFICE OF PETER FREDMAN PC**

By: /s/ Peter Fredman
PETER FREDMAN
Attorneys for Plaintiffs

---

1
Notice of Withdrawal and Request to Remove Counsel From ECF Service List
In Re Volkswagen Clean Diesel, Case No. 3:15-md-02672-CRB