Michael Larkin
2002 Thomason Lane
Goodview, VA 24095

**FILED**

**6/21/2023**
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Senior District Judge Charles R. Breyer
San Francisco Courthouse, Courtroom 6 – 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

15 June, 2023

Re: Case #: 15-md-02672-CRB (Porsche Gasoline Settlement)
    Claim # PH5KY-PL74J (submitted 9-24-22)

Dear Justice Breyer,

This is a follow-up letter to my letter dated 5 June 2023, where I questioned the payout plan of the Porsche Settlement team. As it turns out, I received the Venmo payment around 10 PM on 5 June. Additionally, an associate from that team—Lauren—contacted me by telephone and explained that messages regarding my Venmo payment were erroneous in that they provided me the dates of setting up the payments with Venmo, rather than the actual payment dates.

So, I may have incorrectly cast aspersions on the Porsche Settlement team, which I regret. My apologies to all concerned for the time spent on this complaint. I decided to write this letter to clarify that any issues I may have had are now resolved.

MICHAEL P. LARKIN
Email: larkin.mike@gmail.com
Cell: (540) 206-8808
Goodview, VA