



Michael Larkin
2002 Thomason Ln
Goodview, VA 24095

GREENSBORO NC   270
PIEDMONT TRIAD AREA
16 JUN 2023  PM 4  L

**RECEIVED**

JUN 21 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Sr. District Judge Charles Breyer
San Francisco Courthouse, Courtroom 6-17th Fl.
450 Golden Gate Ave
San Francisco, CA 94102

94102-348999

