Robert J. Giuffra, Jr. (*admitted pro hac vice*)
giuffrar@sullcrom.com
Sharon L. Nelles (*admitted pro hac vice*)
nelless@sullcrom.com
William B. Monahan (*admitted pro hac vice*)
monahanw@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

*Attorneys for Volkswagen AG and
Volkswagen Group of America, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Clendenen* v. *Volkswagen*, No. 18-cv-7040<br>*Coon* v. *Volkswagen*, No. 18-cv-6966<br>*Ortiz* v. *Volkswagen*, No. 18-cv-6951<br>*Riley* v. *Volkswagen*, No. 17-cv-2897<br>*Robertson* v. *Volkswagen*, No. 18-cv-6956<br>*Salzer* v. *Volkswagen*, No. 18-cv-7050<br>*Sanwick* v. *Volkswagen*, No. 17-cv-3032 | MDL No. 2672 CRB (JSC)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES**<br><br>The Honorable Charles R. Breyer |

1  This Stipulation is entered into by and among the plaintiffs in the above-captioned actions
2  ("Plaintiffs") and Defendants Volkswagen AG and Volkswagen Group of America, Inc. ("Volkswagen";
3  together with the Plaintiffs, the "Parties").

4  WHEREAS, on March 20, 2023, five law firms—the Knight Law Group LLP ("Knight
5  Law"), Glaser Weil Fink Howard Jordan & Shapiro LLP ("Glaser Weil"), the Center For Constitutional
6  Litigation ("CCL"), the Auto Fraud Legal Center ("AFLC"), and Greines, Martin, Stein & Richland, LLP
7  ("GMSR," together "Plaintiffs' Counsel")—filed motions for attorneys' fees (ECF Nos. 8140, 8141, and
8  8143) and for other costs (ECF No. 8142; together, the "Motions") on behalf of Plaintiffs;

9  WHEREAS, on June 21, 2023, following briefing, the Court issued an Order Awarding
10 Fees and Costs (ECF No. 8181; the "Order"), in which the Court held that certain fees and costs were
11 recoverable and that certain fees and costs were not recoverable; and

12 WHEREAS, in the Order, the Court directed the Parties to file a joint proposed order with
13 stipulated awards for each firm consistent with the Court's Order.

14 NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among the Parties, through
15 their undersigned counsel, and subject to the approval of the Court, that the total awards for each Plaintiffs'
16 Counsel are as follows:

| Plaintiffs' Counsel | Fee Award | Cost Award |
|---|---|---|
| Knight Law | $15,955.48 | $15,458.05 |
| Glaser Weil | $2,834.90 | None |
| CCL | $782.23 | None |
| AFLC | $4,755.49 | None |
| GMSR | $28,730.55 | None |

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:   July 5, 2023 | Respectfully submitted, |

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr. *(admitted pro hac vice)*
giuffrar@sullcrom.com
Sharon L. Nelles *(admitted pro hac vice)*
nelless@sullcrom.com
William B. Monahan *(admitted pro hac vice)*
monahanw@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

*Attorneys for Volkswagen AG and Volkswagen Group of America, Inc.*

/s/ *Robert S. Peck*
Robert S. Peck (*admitted pro hac vice*)
CENTER FOR CONSTITUTIONAL LITIGATION, P.C.
1901 Connecticut Ave. NW
Suite 1008
Washington, DC 20009
(202) 944-2874
robert.peck@cclfirm.com

*/s/ Gregory T. Babbitt*
Gregory T. Babbitt
greg@autofraud.com
AUTO FRAUD LEGAL CENTER LLP
9988 Hibert Street, Suite 150
San Diego, CA 92131

*/s/ Jacob W Cutler*
Jacob W. Cutler
jacobc@knightlaw.com
KNIGHT LAW GROUP, LLP
10250 Constellation Ave, Suite 2500
Los Angeles, CA 90067

-2-

*/s/ Jeffrey Gurrola*
Cynthia E. Tobisman (SBN 197983)
ctobisman@gmsr.com
Jeffrey Gurrola (SBN 285157)
jgurrola@gmsr.com
GREINES, MARTIN, STEIN &
RICHLAND LLP
6420 Wilshire Boulevard, Suite 1100
Los Angeles, California 90048
Telephone:   (310) 859-7811
Facsimile:    (212) 558-3588

Fred D. Heather (SBN: 110650)
fheather@glaserweil.com
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
10250 Constellation Blvd. 19th Floor
Los Angeles, CA 90067
Telephone:   (310) 553-3000
Facsimile:    (310) 556-2920

*Attorneys for Plaintiffs*

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated:   __July 6__, 2023

The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE