BRIDGET K. ROMANO (pro hac vice)
Deputy District Attorney
OFFICE OF THE SALT LAKE COUNTY DISTRICT ATTORNEY
35 East 500 South
Salt Lake City, Utah  84111
Telephone:  (385) 468-7762
Facsimile:  (801) 468-7800
E-mail:  bromano@slco.org

COLIN P. KING (pro hac vice)
PAUL M. SIMMONS (pro hac vice)
DEWSNUP KING OLSEN WOREL HAVAS
36 S. State Street, Suite 2400
Salt Lake City, UT  84111
Telephone: (801) 533-0400
Facsimile: (801) 368-4218
E-mail:  cking@dkowlaw.com
psimm@dkowlaw.com

*Attorneys for Plaintiff Salt Lake County*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | MDL No.: 3:15-md-02672-CRB |
| This Document Relates to: | **PLAINTIFF SALT LAKE COUNTY'S NOTICE OF APPEAL** |
| *Salt Lake County* v. *Volkswagen Group of America, Inc. et al.*, No. 16-cv-5649 (N.D. Cal.) | |

NOTICE IS HEREBY GIVEN that plaintiff Salt Lake County hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order granting defendants' motion for summary judgment (ECF No. 8184) and the judgment entered thereon (ECF No. 8186), both entered on June 22, 2023, and all other adverse orders, rulings, and decisions in this litigation.

Attached as Exhibit A is the Representation Statement required by Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b).

Dated:  July 21, 2023

Respectfully submitted,

*/s/ Paul M. Simmons*
Colin P. King
Paul M. Simmons
DEWSNUP KING OLSEN WOREL
HAVAS MORTENSEN MILNE
36 S. State Street, Suite 2400
Salt Lake City, UT  84111
Telephone:  (801) 533-0400
Facsimile:  (801) 368-4218
cking@dkowlaw.com
psimm@dkowlaw.com

Bridget K. Romano
Deputy District Attorney
Office of the Salt Lake County District Attorney
35 East 500 South
Salt Lake City, Utah  84111
Telephone:  (385) 468-7762
Facsimile:  (801) 468-7800
E-mail:  bromano@slco.org

*Attorneys for Plaintiff Salt Lake County*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, I electronically filed the foregoing document through the Court's CM/ECF system, which will provide electronic service notification to all counsel of record registered as CM/ECF users.

/s/ *Paul M. Simmons*
Paul M. Simmons