# Exhibit A

## REPRESENTATION STATEMENT

Appellant and Plaintiff:      Salt Lake County
Counsel:          Bridget K. Romano
                Deputy District Attorney
                OFFICE OF THE SALT LAKE COUNTY DISTRICT ATTORNEY
                35 East 500 South
                Salt Lake City, Utah  84111
                Telephone:  (385) 468-7762
                Facsimile:  (801) 468-7800
                E-mail:  bromano@slco.org

                Colin P. King
                Paul M. Simmons
                DEWSNUP KING OLSEN WOREL HAVAS
                36 S. State Street, Suite 2400
                Salt Lake City, UT  84111
                Telephone: (801) 533-0400
                Facsimile: (801) 368-4218
                E-mail:  cking@dkowlaw.com
                        psimm@dkowlaw.com

Counsel are registered for Electronic Filing in the 9th Circuit.


Appellees:        Volkswagen Group of America, Inc., and Audi of America, LLC
Counsel:          Robert J. Giuffra, Jr.
                David M.J. Rein
                Matthew A. Schwartz
                Nicholas F. Menillo
                SULLIVAN & CROMWELL LLP
                125 Broad Street
                New York, New York  10004
                Telephone:     (212) 558-4000
                Facsimile:     (212) 558-3588
                E-mail:        giuffrar@sullcrom.com
                              reind@sullcrom.com
                              schwartzmatthew@sullcrom.com
                              menillon@sullcrom.com

                Michael H. Steinberg
                SULLIVAN & CROMWELL LLP
                1888 Century Park East
                Los Angeles, California  90067
                Telephone:  (310) 712-6600

Facsimile: (310) 712-8800
E-mail: steinbergm@sullcrom.com

Judson O. Littleton
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C.  20006
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
E-mail: littletonj@sullcrom.com

Appellee: Porsche Cars North America, Inc.
Counsel: Cari K. Dawson
 Kara F. Kennedy
 ALSTON & BIRD LLP
 One Atlantic Center
 1201 West Peachtree St.
 Atlanta, Georgia  30309
 Telephone: (404) 881-7000
 Facsimile: (404) 881-7777
 E-mail: cari.dawson@alston.com
  kara.kennedy@alston.com