W. DANIEL "DEE" MILES, III.
C. LANCE GOULD
H. CLAY BARNETT, III.
RACHEL N. MINDER
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: (800) 898-2034
Facsimile: (334) 965-7555
dee.miles@beasleyallen.com
lance.gould@beasleyallen.com
clay.barnett@beasleyallen.com
rachel.minder@beasleyallen.com

Richard P. Lawson, Esq.
GARDNER BREWER HUDSON, P.A.
400 North Ashley Drive, Suite 1100
Tampa, Florida  33605
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
rlawson@gardnerbrewer.com
litigation@gardnerbrewer.com

*Attorneys for Plaintiff Environmental
Protection Commission of Hillsborough County, Florida*

*Additional Counsel Listed in Signature Block*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | MDL No.: 3:15-md-02672-CRB |
| This Document Relates to: | **PLAINTIFF ENVIRONMENTAL PROTECTION COMMISSION OF HILLSBOROUGH COUNTY'S NOTICE OF APPEAL** |
| *Environmental Protection Commission of Hillsborough County v. Volkswagen AG et al.,* No. 16-cv-2210 (N.D. Cal.) | |

NOTICE IS HEREBY GIVEN that Plaintiff Environmental Protection Commission of Hillsborough County, Florida, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order granting defendants' motion for summary judgment (ECF No. 8184) and the judgment entered thereon (ECF No. 8186), both entered on June 22, 2023, and all other adverse orders, rulings, and decisions in this litigation.

Attached as Exhibit A is the Representation Statement required by Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b).

This the 21st day of July, 2023.

                                                Respectfully submitted,

                                                */s/ C. Lance Gould*
                                                W. DANIEL "DEE" MILES, III.
                                                C. LANCE GOULD
                                                H. CLAY BARNETT, III.
                                                RACHEL N. MINDER
                                                BEASLEY ALLEN CROW METHVIN
                                                PORTIS & MILES, P.C.
                                                218 Commerce Street
                                                Montgomery, Alabama 36104
                                                Telephone: (800) 898-2034
                                                Facsimile: (334) 965-7555
                                                dee.miles@beasleyallen.com
                                                lance.gould@beasleyallen.com
                                                clay.barnett@beasleyallen.com
                                                rachel.minder@beasleyallen.com

                                                Richard P. Lawson, Esq.
                                                GARDNER BREWER HUDSON, P.A.
                                                400 North Ashley Drive, Suite 1100
                                                Tampa, Florida  33605
                                                Telephone: (813) 221-9600
                                                Facsimile: (813) 221-9611
                                                rlawson@gardnerbrewer.com
                                                litigation@gardnerbrewer.com

Thomas L. Young
LAW OFFICE OF THOMAS L. YOUNG, P.A.
400 North Ashley Drive, Suite 1100
Tampa, Florida 33602
Telephone: (813) 251-9706
Facsimile: (813) 364-1908
tyoung@tlylaw.com

*Attorneys for Plaintiff The Environmental Protection Commission of Hillsborough County, Florida*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, I electronically filed the foregoing document through CM/ECF system, which will provide electronic service notification to all counsel of record registered as CM/ECF users.

/s/C. Lance Gould
C. Lance Gould