```
                                               FILED
        UNITED STATES COURT OF APPEALS
                                               AUG 4 2023
              FOR THE NINTH CIRCUIT
                                               MOLLY C. DWYER, CLERK
                                                U.S. COURT OF APPEALS
```

In re: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,

_____

MARIA CHRISTIANSEN,

        Plaintiff-Appellant,

 v.

VOLKSWAGEN AG; et al.,

        Defendants-Appellees.

No. 23-15610

D.C. No. 3:15-md-02672-CRB
Northern District of California,
San Francisco

ORDER

The appellant's unopposed motion (Docket Entry No. 8) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT