Michele D. Ross
Reed Smith LLP
1301  K Street NW
Suite 1000 – East Tower
Washington, D.C. 20005
Telephone:  202 414-9297
Fax:  202 414-9299
Email: mross@reedsmith.com

Attorney for the Trustee of
the Volkswagen Diesel Emissions Environmental Mitigation
Trust for Indian Tribe Beneficiaries

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>Relates to:<br><br>*[United States v. Volkswagen AG, et al*., No. 16-cv-295 (N.D. Cal.)]* | Case No. MDL 2672 CRB (JSC)<br><br>**NOTICE OF FILING OF FINANCIAL REPORTS FOR THE VOLKSWAGEN DIESEL EMISSIONS ENVIRONMENTAL MITIGATION TRUST FOR INDIAN TRIBE BENEFICIARIES**<br><br><br>Judge:          Hon. Charles R. Breyer |

PLEASE TAKE NOTICE THAT Wilmington Trust N.A. as Trustee (the "Trustee") of the Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries (the "Indian Tribe Trust"), and by and through its counsel Reed Smith, respectfully file the attached Notice of Financial Reports for the Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries in accordance with subparagraph 3.3.1 thereof.

Dated: August 15, 2023                         Respectfully submitted,

                                                                /s/ Michele D. Ross
                                                                Michele D. Ross, partner
                                                                Reed Smith LLP

1

## CERTIFICATE OF SERVICE

I hereby certify that, on August 15, 2023, I caused to be served true copies of the required financial reports under the Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries in accordance with subparagraph 3.3.1 thereof by electronic means by filing such documents through the Court's Electronic Case Filing System.

/s/ Michele D. Ross
Michele D. Ross
*Attorney for the Trustee of the Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries*

## Notice of Filing of Financial Reports for the Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries in accordance with subparagraph 3.3.1 of the Indian Tribe Trust

In accordance with subparagraph 3.3.1 of the Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries (the "Indian Tribe Trust"), Wilmington Trust, N.A. as Trustee of the Indian Tribe Trust hereby files the following financial reports set forth below.

In accordance with subparagraph 3.3.1.5 of the Indian Tribe Trust the Trustee is required to prepare third-party audited financial reports disclosing and certifying the disposition of all Trust Assets from the Trust Effective Date through the calendar quarter immediately preceding the Financial Reporting Date, specifically including reconciliations of the Trustee's prior budget projections for Trust Administration Costs to actual performance.

In accordance with subparagraph 3.1.2.6 and 3.3.1.8 of the Indian Tribe Trust, the Trustee has also posted these financial reports on the website for the Indian Tribe Trust (www.vwenvironmentalmitigationtrust.com/tribe-trust) under the heading "Semi-Annual Reporting Package."

### For period ending June 30, 2023 (attached hereto as Exhibit A)

Reviewed Financial Statements
- Indian Tribe Trust – Audited Financial Statements – 6.30.2023

Semi-Annual Reports
- Indian Tribe Trust Semi Annual Report - period ending 6.30.2023

By:   Wilmington Trust, N.A. as Trustee of the Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries

.

# **Exhibit A**

# **Financial Reports for the Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries**

## **For period ending June 30, 2023**

Reviewed Financial Statements
- Indian Tribe Trust – Audited Financial Statements – 6.30.2023

Semi-Annual Reports
- Indian Tribe Trust Semi Annual Report - period ending 6.30.2023

**VOLKSWAGEN DIESEL EMISSIONS ENVIRONMENTAL
MITIGATION TRUST FOR INDIAN TRIBE
BENEFICIARIES**

**Financial Statements
For the interim period ending June 30, 2023**

VOLKSWAGEN DIESEL EMISSIONS ENVIRONMENTAL
**MITIGATION TRUST FOR INDIAN TRIBE BENEFICIARIES**

Index

|                                                                          | Page |
|--------------------------------------------------------------------------|------|
| Independent Auditor's Review Report                                      | 2    |
| Financial Statements                                                     |      |
|     Statement of Net Assets                          | 3    |
|     Statement of Changes in Net Assets               | 4    |
|     Statement of Cash Flows                          | 5    |
|     Notes to Financial Statements                    | 6    |
| Independent Auditor's Review Report on Supplementary Information          | 12   |
| Supplementary Schedule                                                   | 13   |



**Plante & Moran, PLLC**
Suite 300
2601 Cambridge Court
Auburn Hills, MI 48326
Tel: 248.375.7100
Fax: 248.375.7101
plantemoran.com



## Independent Auditor's Review Report

To the Trustee
Volkswagen Diesel Emissions Environmental
  Mitigation Trust for Indian Tribe Beneficiaries

## Report on the Financial Statements

### *Results of Reviews of Interim Financial Information*

We have reviewed the accompanying financial statements of Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries (the "Trust"), which comprise the statement of net assets as of June 30, 2023 and the related statements of changes in net assets and cash flows for the six-month periods ended June 30, 2023 and 2022, and the related notes (collectively referred to as the "interim financial information").

Based on our reviews, we are not aware of any material modifications that should be made to the accompanying interim financial information for it to be in accordance with accounting principles generally accepted in the United States of America.

### *Basis for Review Results*

We conducted our reviews in accordance with auditing standards generally accepted in the United States of America (GAAS) applicable to reviews of interim financial information. A review of interim financial information consists principally of applying analytical procedures and making inquiries of persons responsible for financial and accounting matters. A review of interim financial information is substantially less in scope than an audit conducted in accordance with GAAS, the objective of which is an expression of an opinion regarding the financial information as a whole, and, accordingly, we do not express such an opinion. We are required to be independent of the Trust and to meet our other ethical responsibilities in accordance with the relevant ethical requirements relating to our reviews. We believe that the results of the review procedures provide a reasonable basis for our conclusion.

### *Responsibilities of Management for the Interim Financial Information*

Management is responsible for the preparation and fair presentation of the interim financial information in accordance with accounting principles generally accepted in the United States of America and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of interim financial information that is free from material misstatement, whether due to fraud or error.

## Report on Statement of Net Assets as of December 31, 2022

We have previously audited, in accordance with auditing standards generally accepted in the United States of America, the statement of net assets as of December 31, 2022 and the related statements of changes in net assets and cash flows for the year then ended (not presented herein); and we expressed an unmodified audit opinion on those audited financial statements in our report dated March 20, 2023. In our opinion, the accompanying statement of net assets of the Trust as of December 31, 2022 is consistent, in all material respects, with the audited financial statements from which it has been derived.

*Plante & Moran, PLLC*

August 11, 2023



**VOLKSWAGEN DIESEL EMISSIONS ENVIRONMENTAL
MITIGATION TRUST FOR INDIAN TRIBE BENEFICIARIES**

**Statement of Net Assets**
(Dollars in thousands)

|  | June 30, 2023 (Unaudited) | December 31, 2022 (Audited) |
|---|---|---|
| **ASSETS** | | |
| Current Assets | | |
| Cash and Cash Equivalents (Note 3) | $ 6,851 | $ 6,797 |
| Other Current Assets | 54 | 49 |
| Total Current Assets | 6,905 | 6,846 |
| Fixed Assets - net | 3 | 4 |
| Prepaid Expenses | 100 | 115 |
| **TOTAL ASSETS** | 7,008 | 6,965 |
| **LIABILITIES** | | |
| Current Liabilities | | |
| Accounts Payable and Other Current Liabilities | 120 | 50 |
| TOTAL LIABILITIES | 120 | 50 |
| **NET ASSETS** | $ 6,888 | $ 6,915 |

See Accompanying Notes to Financial Statements

3

**VOLKSWAGEN DIESEL EMISSIONS ENVIRONMENTAL
MITIGATION TRUST FOR INDIAN TRIBE BENEFICIARIES**

**Statement of Changes in Net Assets**
(Dollars in thousands)

|  | Six Months Ended June 30, 2023 (Unaudited) | Six Months Ended June 30, 2022 (Unaudited) |
|---|---|---|
| **Net Assets, Beginning of period** | $ 6,915 | $ 7,967 |
| **Increase (Decrease) in Net Assets** | | |
| Distributions to Beneficiaries | - | (827) |
| Investment Income | 129 | 9 |
| Trust Expenses (Note 7) | (156) | (314) |
| **Net Decrease in Net Assets** | (27) | (1,132) |
| **Net Assets, End of period** | $ 6,888 | $ 6,835 |

See Accompanying Notes to Financial Statements

**VOLKSWAGEN DIESEL EMISSIONS ENVIRONMENTAL
MITIGATION TRUST FOR INDIAN TRIBE BENEFICIARIES**

**Statement of Cash Flows**
(Dollars in thousands)

| | Six Months Ended June 30, 2023 (Unaudited) | | Six Months Ended June 30, 2022 (Unaudited) | |
|---|---|---|---|---|
| **Cash Flows from (used in) Operating Activities** | | | | |
| Changes in Net Assets | $ | (27) | $ | (1,132) |
| Adjustments to Reconcile Change in Net Assets to Net Cash used in Operating Activities | | | | |
| Depreciation and Amortization | | 1 | | - |
| Change in Fair Value of Trading Securities | | - | | (5) |
| Changes in Operating Assets and Liabilities: | | | | |
| Other Current Assets | | (5) | | - |
| Prepaid Expenses | | 15 | | 16 |
| Beneficiaries' Distributions Payable | | - | | (2,439) |
| Accounts Payable and Other Current Liabilities | | 70 | | 164 |
| Net Cash Flows from (used in) Operating Activities | | 54 | | (3,396) |
| **Cash flows from (used in) investing activities** | | | | |
| Purchase of Trading Securities | | - | | (7,293) |
| Proceeds from Sales and Maturities of Trading Securities | | - | | 10,671 |
| Net Cash Flows from Investing Activities | | - | | 3,378 |
| Net Change in Cash | | 54 | | (18) |
| Cash and Cash Equivalents, Beginning of period | | 6,797 | | 4,999 |
| **Cash and Cash Equivalents, End of period** | $ | 6,851 | $ | 4,981 |

See Accompanying Notes to Financial Statements

**VOLKSWAGEN DIESEL EMISSIONS ENVIRONMENTAL
MITIGATION TRUST FOR INDIAN TRIBE BENEFICIARIES**

**Notes to Financial Statements
June 30, 2023 and December 31, 2022**
(Dollars in thousands)

## Note 1 – Description of Trust

### Establishment of Trust

Volkswagen Diesel Emissions Environmental Mitigation Trust for State Beneficiaries, Puerto Rico, and the District of Columbia (the "State Trust") and Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries (the "Indian Tribe Trust"), collectively the "Trusts", have been established by order of the United States District Court for the Northern District of California in accordance with a Partial Consent Decree on October 25, 2016 ("First Partial Consent Decree" or "2.0 Liter") in re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB (JSC) (Dkt. No. 2103-1), among Volkswagen AG, Audi AG, Volkswagen Group of America, Inc., and Volkswagen Group of America Chattanooga Operations, LLC (collectively, the "Settling Defendants"), the United States, and the State of California. In that case, the Court also entered a Second Partial Consent Decree (Dkt. No. 3228-1) on May 17, 2017 (the "Second Partial Consent Decree" or "3.0 Liter"), among the Settling Defendants, Dr. Ing. h.c. F. Porsche AG, and Porsche Cars North America, Inc. (collectively, the "Defendants"), the United States, and the State of California.

The Defendants and Wilmington Trust, N.A. (the "Trustee") have entered into an Environmental Mitigation Trust Agreement for State Beneficiaries (hereinafter, the "State Trust Agreement") —i.e., for the 50 States, Puerto Rico, and the District of Columbia—and established the environmental mitigation trust described therein (the "State Mitigation Trust" or "State Trust"). They have concurrently entered into a separate Environmental Mitigation Trust Agreement for Indian Tribe Beneficiaries (hereinafter, the "Indian Tribe Trust Agreement")—i.e., for federally-recognized Indian Tribes—and established the environmental mitigation trust described in that agreement ("Indian Tribe Mitigation Trust" or "Indian Tribe Trust").

The State Mitigation Trust and the Indian Tribe Mitigation Trust were both approved by Court Order on September 19, 2017 (the "Approval Order") and final fully-executed versions were filed with the Court on October 2, 2017, establishing October 2, 2017 as the Effective Date for each Trust pursuant to the terms of the Approval Order (the "Effective Date").

The Consent Decrees required the Defendants to establish the Indian Tribe Trust to fund environmental mitigation projects that reduce emissions of nitrogen oxides (NOx) where the subject vehicles were, are, or will be operated ("Eligible Mitigation Actions"), and to pay for Trust Administration Costs as set forth in the Indian Tribe Trust Agreement.

The purpose of the Indian Tribe Trust is to expeditiously and efficiently fund Eligible Mitigation Actions to be proposed and administered by the Indian Tribe Beneficiaries (the "Beneficiaries") subject to the requirements of the Consent Decrees and the terms of the Indian Tribe Trust Agreement and to provide funds for the administration and operations in accordance with the terms of the Indian Tribe Trust Agreement, as set forth therein. The goal of each Eligible Mitigation Action shall be to achieve reductions of NOx emissions in the United States.

### Funding of Trust

The Indian Tribe Trust and the State Trust were funded with Mitigation Trust Payments (the "Settlement Funding") according to the terms of the Consent Decree: (1) 97.99% of the Mitigation Trust Payments from the First Partial Consent Decree (2.0 Liter) was allocated to the State Mitigation Trust and 2.01% to the Indian Tribe Mitigation Trust; and (2) 97.70% of the Mitigation Trust Payments from the Second Partial Consent Decree (3.0 Liter) was allocated to the State Trust and 2.30% to the Indian Tribe Trust.

**VOLKSWAGEN DIESEL EMISSIONS ENVIRONMENTAL
MITIGATION TRUST FOR INDIAN TRIBE BENEFICIARIES**

**Notes to Financial Statements
June 30, 2023 and December 31, 2022**
(Dollars in thousands)

**(Note 1 – Continued)**

The Consent Decrees required total funding for the Indian Tribe Trust by the Settling Defendants of $59.3 million with $54.4 million allocated to the beneficiaries of the Indian Tribe Trust and $4.9 million allocated to the Tribe Trust Administration Costs. All Mitigation Trust Payments required by the Consent Decrees were received by the Indian Tribe Trust during 2018 and 2017.

**Note 2 – Summary of Significant Accounting and Reporting Policies**

*Basis of Presentation*

The financial statements and accompanying notes have been prepared using the accrual basis of accounting in accordance with U.S. generally accepted accounting principles (U.S. GAAP).

The accompanying financial statements present the Tribes Trust's changes in net assets for the six months ended June 30, 2023 and 2022. In the opinion of management, the financial statements of the Tribe Trust as of June 30, 2023 and for the six months ended June 30, 2023 and 2022 contain all adjustments and accruals, consisting of normal, recurring adjustments, which are necessary for a fair presentation of the financial position and changes in net assets and cash flows for the interim periods presented. The interim financial results are not necessarily indicative of results for a full year. The Trust's normal fiscal period is a calendar year ended December 31

*Cash and Cash Equivalents*

Cash and cash equivalents consist of amounts held in bank accounts or money market funds.

At June 30, 2023 and December 31, 2022, the Trust had cash balances held in bank accounts in excess of the amount insured by the Federal Deposit Insurance Corporation (FDIC). The Trust maintained approximately $583 of cash balances in excess of FDIC limits at June 30, 2023 and December 31, 2022. Balances held in money market funds are not subject to FDIC insurance.

*Property and Equipment*

Property and equipment including website development costs are stated at cost, less accumulated depreciation and amortization. Depreciation and amortization are calculated on a straight-line basis over estimated service lives of three to ten years.

*Other Assets*

Other assets consist principally of accrued investment income and prepaid expenses.

*Accounts Payable and Other Liabilities*

Accounts payable and other liabilities represent amounts due to professionals, other service providers and vendors for services rendered through the end of the period.

*Beneficiaries' Distribution Payable*

Beneficiaries' Distributions Payable represents amounts due to beneficiaries where a Beneficiary Eligible Mitigation Action Certification (Appendix D-4) has been approved by the Trustee at period end but has yet to be paid.

**VOLKSWAGEN DIESEL EMISSIONS ENVIRONMENTAL
MITIGATION TRUST FOR INDIAN TRIBE BENEFICIARIES**

**Notes to Financial Statements
June 30, 2023 and December 31, 2022**
(Dollars in thousands)

**(Note 2 – Continued)**

*Income Taxes*

The Indian Tribe Trust is intended to be a qualified settlement fund ("QSF") pursuant to section 468B of the Internal Revenue Code, 26 U.S.C. (the "Code") 468B, and related Treasury Regulations. The Indian Tribe Trust Agreement required the Trustee to pursue a private letter ruling from the Internal Revenue Service (the "PLR") confirming that the Indian Tribe Trust will be treated as a QSF pursuant to code section. The Indian Tribe Trust received a PLR in February 2019 confirming it is a QSF pursuant to Code Section 468B and the Treasury Regulations promulgated thereunder and it may exclude from its gross income, under Treasury Regulation section 1.468-2(b)(1), the assets transferred to it from the Settling Defendants after its establishment as a QSF pursuant to the Consent Decrees. In general, a QSF computes taxable income in the same manner as a corporation but pays federal income tax using trust income tax rates on its modified gross income. Modified gross income includes gross income pursuant to Code Section 61, less administrative expenses, certain losses from the sale, exchange or worthlessness of property, and net operating losses. See Note 5 for additional information on federal income taxes.

The Indian Tribe Trust generates gross income in the form of interest and maturities of treasury bills which is reduced by administrative expenses and accumulated net operating losses to compute modified gross income. As the Indian Tribe Trust is a taxable entity for federal income tax purposes, a current income tax liability or asset, if any, is recognized for estimated taxes payable or receivable for the year. Deferred tax liabilities and assets are recognized for the estimated future tax effects of temporary differences between financial reporting and tax accounting. Deferred tax assets are reviewed for recoverability and valuation allowances are provided as necessary.

The Indian Tribe Trust is not subject to state income taxes under current law. Accordingly, no current state income tax liabilities and assets are recorded.

The Indian Tribe Trust recognizes the tax benefit from an uncertain tax position only if it is more likely than not that the tax position will be sustained on examination by the taxing authority, based on the technical merits of the position, review of available evidence and consultation with Trust professionals.

*Use of Estimates*

The preparation of financial statements in conformity with U.S. GAAP requires the use of estimates and assumptions that affect the reported amounts of assets and liabilities. These estimates are subject to known and unknown risks, uncertainties and other factors that could materially impact the amounts reported and disclosed in the financial statements and related footnotes.

*Subsequent Events*

The Indian Trust evaluated events and transactions occurring between June 30, 2023 and August 11, 2023, which is the date that the financial statements were available to be issued, for disclosure and recognition purposes.

**VOLKSWAGEN DIESEL EMISSIONS ENVIRONMENTAL
MITIGATION TRUST FOR INDIAN TRIBE BENEFICIARIES**

**Notes to Financial Statements
June 30, 2023 and December 31, 2022**
(Dollars in thousands)

## Note 3 – Cash and Cash Equivalents

As of June 30, 2023 and December 31, 2022, cash and cash equivalents are comprised of the following:

|  | June 30, 2023 (Unaudited) | | December 31, 2022 (Audited) | |
|---|---|---|---|---|
| Cash | $ | 833 | $ | 833 |
| Money Market Funds | | 6,018 | | 5,964 |
| Total | $ | 6,851 | $ | 6,797 |

## Note 4 – Fair Value Measurement

Accounting standards require certain assets and liabilities be reported at fair value in the financial statements and provide a framework for establishing that fair value. The framework for determining fair value is based on a hierarchy that prioritizes the inputs and valuation techniques used to measure fair value. The Indian Tribe Trust's Cash Equivalents and Trading Securities are presented as provided by this hierarchy.

*Level 1*—In general, fair values determined by Level 1 inputs use quoted prices in active markets for identical assets and liabilities that the Indian Tribe Trust has the ability to access.

*Level 2*—Fair values determined by Level 2 inputs use other inputs that are observable, either directly or indirectly. These Level 2 inputs include quoted prices for similar assets or liabilities in active markets, and other inputs such as interest rates and yield curves that are observable at commonly quoted intervals.

*Level 3*—Level 3 inputs are unobservable inputs, including inputs that are available in situations where there is little, if any, market activity for the related asset or liability. These Level 3 fair value measurements are based primarily on management's own estimates using pricing models, discounted cash flow methodologies, or similar techniques taking into account the characteristics of the asset or liability. The Indian Tribe Trust had no assets or liabilities that are measured with Level 3 inputs at June 30, 2023 and December 31, 2022.

In instances where inputs used to measure fair value fall into different levels in the above fair value hierarchy, fair value measurements in their entirety are categorized based on the lowest level input that is significant to the valuation. The Indian Tribe Trust's assessment of the significance of particular inputs to these fair value measurements requires judgment and considers factors specific to each asset or liability.

The Indian Tribe Trust also holds other financial instruments not measured at fair value on a recurring basis, including funding receivable, accounts payable and other assets. The fair value of these assets and liabilities approximates the carrying amounts in the accompanying financial statements due to the short maturity of such instruments.

The following table presents information about the Indian Tribe Trust's assets measured at fair value on a recurring basis at June 30, 2023 and December 31, 2022 and the valuation techniques used by the Indian Trust to determine those fair values.

**VOLKSWAGEN DIESEL EMISSIONS ENVIRONMENTAL
MITIGATION TRUST FOR INDIAN TRIBE BENEFICIARIES**

**Notes to Financial Statements
June 30, 2023 and December 31, 2022**
(Dollars in thousands)

**(Note 4 – Continued)**

| | | June 30, 2023 (Unaudited) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Level 1 | | Level 2 | | Level 3 | | Total |
| Assets: | | | | | | | | |
| Cash Equivalents: | | | | | | | | |
| Money Market Funds | $ | 6,018 | $ | - | $ | - | $ | 6,018 |
| Total | $ | 6,018 | $ | - | $ | - | $ | 6,018 |

| | | December 31, 2022 ( Audited) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Level 1 | | Level 2 | | Level 3 | | Total |
| Assets: | | | | | | | | |
| Cash Equivalents: | | | | | | | | |
| Money Market Funds | $ | 5,964 | $ | - | $ | - | $ | 5,964 |
| Total | $ | 5,964 | $ | - | $ | - | $ | 5,964 |

The following are descriptions of the valuation methodologies used for assets measured at fair value.

- Due to their short-term liquid nature, the fair value of cash equivalents approximates carrying value.

The Indian Tribe Trust's policy is to recognize transfers between levels of the fair value hierarchy as of the actual date of the event of change in circumstances that caused the transfer. There were no such transfers during the six months ended June 30, 2023 and June 30, 2022.

**Note 5 – Income Taxes**

The Indian Tribe Trust received a PLR (see Note 2 – Income Taxes) in February 2019 confirming it is a QSF pursuant to Code Section 468B and the Treasury Regulations promulgated thereunder and it may exclude from its gross income, under Treasury Regulation section 1.468-2(b)(1), the assets transferred to it from the Settling Defendants after its establishment as a QSF pursuant to the Consent Decrees.

The Indian Tribe Trust calculates taxable income in the same manner as a C corporation at a rate of 37.0% using trust income tax rates on its modified gross income, pursuant to Code Section 468B and the Treasury Regulations promulgated thereunder. Modified gross income includes gross income pursuant to Code Section 61, less administrative expenses, certain losses from the sale, exchange, or worthlessness of property, and net operating losses.

**VOLKSWAGEN DIESEL EMISSIONS ENVIRONMENTAL
MITIGATION TRUST FOR INDIAN TRIBE BENEFICIARIES**

**Notes to Financial Statements
June 30, 2023 and December 31, 2022**
(Dollars in thousands)

**(Note 5 – Continued)**

The Tribe Trust has incurred net operating losses since its inception, including for 2023 and 2022. Due to uncertainty as to the realization of the net operating loss carryforwards as a result of the Tribe Trust's limited operating history and operating losses since inception, a full valuation allowance has been recorded against the Tribe Trust's net operating loss carryforwards deferred tax asset. Accordingly, the Tribe Trust has not recognized an income tax benefit during the six months ended June 30, 2023 and 2022.

**Note 6 – Related Party Transactions**

Pursuant to the First Partial Consent Decree, the Court appointed Wilmington Trust, N.A, as Trustee of the Environmental Mitigation Trust to administer the Indian Tribe Mitigation Trust. Wilmington Trust N.A. is acting in two separate and distinct roles: 1) as the Trustee of the Indian Tribe Mitigation Trust; and 2) as the Investment Manager of the Trust Assets. The fees and commissions charged by Wilmington Trust N.A. are consistent with the standard fees and commissions charged by Wilmington Trust N.A. to unrelated third parties in negotiated transactions.

The following tables are the fees and commissions charged by Wilmington Trust N.A. during the six months ended June 30, 2023 and 2022.

|  | Six Months Ended June 30, 2023 (Unaudited) | Six Months Ended June 30, 2022 (Unaudited) |
|---|---|---|
| Expenses |  |  |
| Trust Advanced Flat Fee | 7 | 7 |
| Trust Investment Management Fee | 1 | 1 |
| Total Expenses | $ 8 | $ 8 |

**Note 7 – Trust Expenses**

Trust expenses for the six months ended June 30, 2023 and June 30, 2022 are comprised of the following:

|  | Six Months Ended June 30, 2023 (Unaudited) | Six Months Ended June 30, 2022 (Unaudited) |
|---|---|---|
| Trust Administration Costs | $ 154 | $ 166 |
| Trust Investment Management Fees | 1 | 1 |
| Technical Advisory Fees | 1 | 147 |
|  | $ 156 | $ 314 |

11



**Plante & Moran, PLLC**
Suite 300
2601 Cambridge Court
Auburn Hills, MI 48326
Tel: 248.375.7100
Fax: 248.375.7101
plantemoran.com

**Independent Auditor's Review Report on Supplementary Information**

To the Trustee
Volkswagen Diesel Emissions Environmental
   Mitigation Trust for Indian Tribe Beneficiaries

We have reviewed the statement of net assets of Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries (the "Trust") as of June 30, 2023 and the related statements of changes in net assets and cash flows for the six-month periods ended June 30, 2023 and 2022. Our reviews were made primarily for the purpose of obtaining a basis for reporting whether we are aware of any material modifications that should be made to the interim financial statements in order for them to be in conformity with accounting principles generally accepted in the United States of America through performing limited procedures. The supplementary trust administration actual costs versus budget schedule is presented for the purpose of additional analysis and is not a required part of the interim financial statements. Such information is the responsibility of management and was derived from, and relates directly to, the underlying accounting and other records used to prepare the financial statements. This supplementary information has been subjected to the limited procedures applied in the reviews of the interim financial statements, and we did not become aware of any material modifications that should be made to the supplementary information. We have not audited the supplementary information and do not express an opinion on such information.

*Plante & Moran, PLLC*

August 11, 2023



**VOLKSWAGEN DIESEL EMISSIONS ENVIRONMENTAL
MITIGATION TRUST FOR INDIAN TRIBE BENEFICIARIES**

**Supplemental Schedule
Trust Administration Costs Actual vs. Budget**
(Dollars in thousands)

| Six Months ended June 30, 2023 (Unaudited) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (in thousands) | Actual Accrual Basis | | Accrual to Cash Adjustments | | Actual Cash Basis | | Budget | | Variance | |
| Trust Administrator Costs | $ | 8 | $ | - | $ | 8 | $ | 11 | $ | (3) |
| Trust Counsel | | 103 | | (82) | | 21 | | 153 | | (132) |
| Trust Accountants | | 10 | | (2) | | 8 | | 18 | | (10) |
| Tax Return Preparation | | 5 | | 5 | | 10 | | 8 | | 3 |
| Trust Audit | | (4) | | 22 | | 18 | | 25 | | (7) |
| Tax Counsel | | 15 | | (12) | | 3 | | 5 | | (2) |
| Intralinks | | 2 | | (1) | | 1 | | 1 | | - |
| Insurance | | 15 | | (15) | | - | | - | | - |
| Contingency Expenses | | - | | - | | - | | 13 | | (13) |
| Administration Cost Total | $ | 154 | $ | (85) | $ | 69 | $ | 233 | $ | (164) |

| Six Months ended June 30, 2022 (Unaudited) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (in thousands) | Actual Accrual Basis | | Accrual to Cash Adjustments | | Actual Cash Basis | | Budget | | Variance | |
| Trust Administrator Costs | $ | 9 | $ | - | $ | 9 | $ | 11 | $ | (2) |
| Trust Counsel | | 85 | | (24) | | 61 | | 125 | | (64) |
| Trust Accountants | | 16 | | 12 | | 28 | | 18 | | 11 |
| Tax Return Preparation | | - | | - | | - | | 8 | | (8) |
| Trust Audit | | 32 | | (8) | | 24 | | 24 | | 0 |
| Tax Counsel | | 8 | | 5 | | 13 | | 5 | | 8 |
| Consultants | | - | | - | | - | | 12 | | (12) |
| Intralinks | | 1 | | - | | 1 | | 1 | | 1 |
| Insurance | | 15 | | (15) | | - | | - | | - |
| Contingency Expenses | | - | | - | | - | | 13 | | (13) |
| Administration Cost Total | $ | 166 | $ | (30) | $ | 136 | $ | 215 | $ | (79) |

\* State taxes refund

**Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries**
**Semi Annual Reporting Table of Contents**
**For the Reporting Period Ending June 30, 2023**

| Report Name | Page Number |
|---|---|
| Trust Management Letter | 1 |
| Tribe Asset Statements and Investments Listing | 3 |
| Tribe Trust Payments and Administration Costs Line Item | 4 |
| Recipient Payments | 5 |
| Administration Costs Beneficiary Allocations | 6 |
| Administration Costs Three Year Projected Budget | 7 |

Subparagraph 3.3.1.2.iii
   No activity in the reporting period
Subparagraph 3.3.1.4
   Semi-Annual Reporting Package includes a 3-year projected annual budget for the Tribal Administration Cost Subaccount, as well as balance statements for all subaccounts as of December 31, 2022.

# The Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries

---

## Trustee Descriptive Report
## for Period January 1, 2023 to June 30, 2023

---

*As required under subparagraphs 3.3.1.6 and 3.3.1.7*

### Establishment, Purpose, Funding, and Modification of the Indian Tribe Trust

As a result of the landmark settlement in the United States District Court, Northern District of California (the "Court"), Volkswagen AG ("VW")  required VW to establish the **Environmental Mitigation Trust for Indian Tribe Beneficiaries** (the "Indian Tribe Trust") and to make deposits[1] in the amounts of $2.7 billion and $225 million to be used to fund environmental mitigation action (EMA) projects that reduce emissions of nitrogen oxides ("NOx") and to pay for Trust Administration Costs all in accordance with the terms of the Indian Tribe Trust.  On March 15, 2017, the Court appointed Wilmington Trust, N.A. ("WTNA") as the Trustee for the Indian Tribe Trust (the "Trustee") and on October 2, 2017, the Indian Tribe Trust was established.

By the end of 2017, the Trustee had received approximately $41.4 million was deposited into the Trust. The Trustee received from the Settling Defendants a deposit of approximately $18 million at the end of 2018, which represented the Indian Tribe Trust's portion of the final $900 million required under the 2.0L Partial Consent Decree, meaning that the Indian Tribe Trust was considered fully funded.

The Indian Tribe Trust was previously modified in accordance with Paragraph 6.5 on two occasions:

1. Effective November 30, 2018, there were material modifications to the trust's allocation formula in a manner that is consistent with the trust's purpose "to timely and efficiently fund Eligible Mitigation Actions to be proposed and administered by the Beneficiaries . . . ." (subparagraph 2.0.3), while ensuring an equitable distribution of funds to participating Beneficiaries.
2. Effective June 18, 2020[2], there were a discreet number of modifications, including: a modification of Permitted Investments under Paragraph 3.2.1 to allow the investment of Trust Assets in the BlackRock Fed Fund (CUSIP 09248U809), other similar mutual funds, and U.S. Treasury bills, bonds, notes, and other government securities issued by agencies of the federal government; and an additional paragraph that allows electronic signatures and electronic retention of certain documents required under or related to the Indian Tribe Trust, as identified by the Trustee.

---

[1] Appendix D-1B allocates 2.03% of the deposited funds to the Indian Tribe Trust and 97.97% of the deposited funds to State Trust.

[2] A copy of the Indian Tribe Trust as modified on May 19, 2020 (and effective June 18, 2020) is posted on the Trust's website at https://www.vwenvironmentalmitigationtrust.com/tribe-trust-agreement.

## The Volkswagen Diesel Emissions Environmental Mitigation Trust
## for Indian Tribe Beneficiaries

In the reporting period, WTNA completed a number of actions permitted and required under the Trust Agreement and Consent Decrees, which included consultation with the United States and payment of Trust bills.  A brief description of each of these actions is included below.

### 3.3.1.7  Actions taken in reporting period in accordance with Trust Agreement and Consent Decrees

**Trustee Consultation with United States**

In the reporting period, the Trustee continued discussions with the United States to determine the best course of action with remaining funds.

**Payment of Trust Bills**

In the period, the Indian Tribe Trust paid $8,997.81, in Trust Administration Costs.  The Indian Tribe Trust also paid approximately $60,748.23 in costs to third-party professionals.

### 3.3.1.6  Previously unreported action taken by Trust that materially adversely affects Trust

Nothing to report.

By:

Name:  Hailey E. Field
Title:   Vice President
        Wilmington Trust, N.A., as Trustee

Date:   August 14, 2023

**Volkswagen Diesel Emissions Environmental Trust for Indian Tribe Beneficiaries**
**Trust Asset Statements and Investments Listing**
**June 30, 2023**
(Dollars in thousands)

| Portfolio(s) | | Amount |
|---|---|---|
| **Tribal Allocation Subaccount** | | |
| Cash | $ | - |
| BlackRock Liquidity Fund | | 2,114 |
| Marketable Securities at Costs | | - |
| Accrued Interest Income | | 8 |
| **Tribal Allocation Subaccount Total** | **$** | **2,123** |
| **Tribal Tech Advisor Subaccount** | | |
| Cash | $ | - |
| BlackRock Liquidity Fund | | 1,348 |
| Marketable Securities at Costs | | - |
| Accrued Interest Income | | 5 |
| **Tribal Tech Advisor Subaccount Total** | **$** | **1,354** |
| **Tribal Administration Cost Subaccount** | | |
| Cash | $ | - |
| BlackRock Liquidity Fund | | 2,524 |
| Marketable Securities at Costs | | - |
| Accrued Interest Income | | 10 |
| **Tribal Administration Cost Subaccount Total** | **$** | **2,534** |
| **Tribal Tax Subaccount** | | |
| Cash | $ | 833 |
| **Tribal Tax Subaccount Total** | **$** | **833** |
| **Tribal Advisory Council Subaccount** | | |
| Cash | $ | - |
| BlackRock Liquidity Fund | | 32 |
| Marketable Securities at Costs | | - |
| Accrued Interest Income | | - |
| **Tribal Advisory Council Subaccount Total** | **$** | **32** |
| **Indian Tribe Trust Total** | | |
| Cash | $ | 833 |
| BlackRock Liquidity Fund | | 6,018 |
| Marketable Securities at Costs | | - |
| Accrued Interest Income | | 23 |
| **Indian Tribe Trust Total** | **$** | **6,874** |

Subparagraphs:
3.3.1.1.i
3.3.1.1.ii

**Volkswagen Diesel Emissions Environmental Trust for Indian Tribe Beneficiaries**
**Tribe Trust Payments and Administration Costs Line Item**
**October 2, 2017 through June 30, 2023**
(Dollars in thousands)

| Subaccount | Cumulative Paid | |
|---|---|---|
| **Tribal Allocation** | | |
| Trust Administrator Costs | $ | 70 |
| **Tribal Allocation Total** | **$** | **70** |
| **Tribal Tech Advisor** | | |
| Trust Administrator Costs | $ | 4 |
| Tribal Tech Advisor Costs | | 1,473 |
| **Tribal Allocation Total** | **$** | **1,477** |
| **Tribal Administration Cost** | | |
| Trust Administrator Costs | $ | 130 |
| Trust Counsel | | 1,134 |
| Insurance | | 306 |
| Audit | | 231 |
| Accounting | | 171 |
| Tax Return | | 119 |
| Consultant | | 197 |
| Website Support | | 11 |
| Tax Counsel | | 220 |
| Intralink | | 8 |
| Contingency Expenses | | 28 |
| **Tribal Administration Cost Total** | **$** | **2,556** |
| **Tribal Tax** | | |
| Estimated State Taxes Paid | $ | 35 |
| **Tribal Tax Total** | **$** | **35** |
| **Indian Tribe Trust Total** | **$** | **4,138** |

Subparagraphs:
3.3.1.1.iii
3.3.1.3.i

**Volkswagen Diesel Emissions Environmental Trust for Indian Tribe Beneficiaries**
**Payments to Recipients**
**June 30, 2023**
(Dollars in thousands)

| Receipient | 2023 | 2022 | 2021 | 2020 | 2019 | Cumulative |
|---|---|---|---|---|---|---|
| Akiachak Native Community | $ - | $ 142 | $ - | $ - | $ - | $ 142 |
| Beaver Village | - | - | - | - | 68 | 68 |
| Bishop Paiute Tribe | - | - | - | - | 77 | 77 |
| Blue Lake Rancheria | - | 127 | - | 146 | 275 | 548 |
| Campo Band of Diegueno Mission Indians of the Campo Indian Reservation, California | - | 133 | - | - | - | 133 |
| Central Council Tlingit & Haida Indian Tribes of Alaska | - | - | - | - | 158 | 158 |
| Chefornak Traditional Council | - | - | - | - | 170 | 170 |
| Cherokee Nation | - | - | 3,566 | 2,097 | 2,600 | 8,263 |
| Cheyenne River Sioux Tribe | - | 293 | - | 339 | 567 | 1,199 |
| Chickaloon Native Village | - | - | 189 | 218 | 228 | 635 |
| Citizen Potawatomi Nation, Oklahoma | - | - | 480 | 557 | 555 | 1,592 |
| Colorado River Indian Tribes of the Colorado River Indian Reservation, Arizona and California | - | - | 201 | 231 | - | 432 |
| Confederated Salish and Kootenai Tribes of the Flathead Reservation | - | - | 349 | 400 | - | 749 |
| Confederated Tribes and Bands of the Yakama Nation | - | 337 | - | 390 | 645 | 1,372 |
| Confederated Tribes of the Colville Reservation | - | - | - | 298 | 304 | 602 |
| Confederated Tribes of the Coos, Lower Umpqua and Siuslaw Indians | - | - | 22 | 26 | 101 | 149 |
| Confederated Tribes of the Warm Springs Reservation of Oregon | - | - | 225 | 253 | - | 478 |
| Coquille Indian Tribe | - | - | - | - | 118 | 118 |
| Craig Tribal Association | - | 138 | - | 159 | - | 297 |
| Elk Valley Rancheria | - | - | - | - | 28 | 28 |
| Fallon Paiute-Shoshone Tribe | - | - | - | 164 | - | 164 |
| Forest County Potawatomi Community, Wisconsin | - | - | 140 | 161 | 173 | 474 |
| Fort Independence Indian Community | - | 128 | - | - | 117 | 245 |
| Fort McDowell Yavapai Nation, Arizona | - | - | 150 | - | - | 150 |
| Galena Village (Louden) | - | - | - | 155 | 167 | 322 |
| Gila River Indian Community of the Gila River Indian Reservation, Arizona | - | - | 422 | 489 | 794 | 1,705 |
| Gulkana Village Council | - | - | - | 161 | - | 161 |
| Holy Cross Village | - | - | 131 | - | - | 131 |
| Hoopa Valley Tribe, California | - | - | 196 | 226 | 390 | 812 |
| Hopi Tribe of Arizona | - | - | 308 | - | - | 308 |
| Huslia Village | - | - | 133 | - | - | 133 |
| Igiugig Village | - | - | 127 | - | - | 127 |
| Koyukuk Village Council | - | - | - | - | 149 | 149 |
| La Jolla Band of Luiseno Indians, California | - | - | 137 | - | - | 137 |
| Lower Brule Sioux Tribe of the Lower Brule Reservation, South Dakota | - | - | 163 | 188 | 334 | 685 |
| Manley Hot Springs Village | - | - | - | 146 | - | 146 |
| Mashantucket Pequot Indian Tribe | - | - | 132 | 152 | 284 | 568 |
| Metlakatla Indian Community, Annette Island Reserve | - | 160 | - | - | - | 160 |
| Minnesota Chippewa Tribe: Bois Forte Band | - | - | 172 | 299 | - | 471 |
| Minnesota Chippewa Tribe: Fond du Lac Band | - | - | 172 | 298 | 960 | 1,430 |
| Minnesota Chippewa Tribe: Mille Lacs Band | - | - | 172 | - | - | 172 |
| Mohegan Tribe of Indians of Connecticut | - | - | - | - | 275 | 275 |
| Muscogee (Creek) Nation | - | - | - | 1,693 | 2,079 | 3,772 |
| Native Village of Brevig Mission | - | - | - | - | 169 | 169 |
| Native Village of Deering | - | 129 | - | - | - | 129 |
| Native Village of Diomede | - | - | - | 148 | - | 148 |
| Native Village of Elim | - | - | - | 154 | - | 154 |
| Native Village of Kobuk | - | - | - | 149 | - | 149 |
| Native Village of Koyuk | - | - | - | - | 167 | 167 |
| Native Village of Minto | - | - | 131 | - | - | 131 |
| Native Village of Port Heiden | - | - | - | - | 160 | 160 |
| Native Village of Savoonga | - | - | - | 164 | 177 | 341 |
| Native Village of Stevens | - | - | - | - | 76 | 76 |
| Native Village of White Mountain | - | - | - | - | 162 | 162 |
| Nez Perce Tribe | - | - | 197 | 227 | 237 | 661 |
| Nulato Village | - | - | 133 | - | - | 133 |
| Oglala Sioux Tribe | - | 571 | - | 662 | 1,056 | 2,289 |
| Oneida Nation | - | - | 249 | - | - | 249 |
| Paiute-Shoshone Tribe of the Fallon Reservation and Colony, Nevada | - | - | 142 | - | - | 142 |
| Pala Band of Mission Indians | - | 145 | - | 167 | - | 312 |
| Prairie Band Potawatomi Nation | - | - | 148 | - | - | 148 |
| Pueblo of Cochiti, New Mexico | - | - | 320 | - | - | 320 |
| Pueblo of Isleta, New Mexico | - | - | 210 | 242 | 420 | 872 |
| Pueblo of Laguna, New Mexico | - | - | 209 | - | - | 209 |
| Pueblo of Sandia, New Mexico | - | - | 144 | - | - | 144 |
| Pyramid Lake Paiute Tribe | - | 113 | - | 184 | - | 297 |
| Quinault Indian Nation | - | - | - | 179 | - | 179 |
| Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin | - | - | 152 | 175 | 187 | 514 |
| Red Lake Band of Chippewa Indians, Minnesota | - | - | 279 | 322 | 329 | 930 |
| Rincon Band of Luiseno Mission Indians of the Rincon Reservation, California | - | - | 140 | 161 | - | 301 |
| Saint George Island | - | - | 129 | - | - | 129 |
| Saint Paul Island | - | - | 137 | - | - | 137 |
| Saint Regis Mohawk Tribe | - | - | 208 | 241 | 249 | 698 |
| Salt River Pima-Maricopa Indian Community of the Salt River Reservation, Arizona | - | - | 250 | 288 | 489 | 1,027 |
| San Pasqual Band of Diegueno Mission Indians of California | - | - | 143 | - | - | 143 |
| Sault Ste. Marie Tribe of Chippewa Indians, Michigan | - | - | 159 | 179 | 194 | 532 |
| Shageluk Native Village | - | - | 128 | - | - | 128 |
| Shoshone-Bannock Tribes | - | 226 | - | 260 | 448 | 934 |
| Sisseton-Wahpeton Oyate of the Lake Traverse Reservation, South Dakota | - | 242 | - | - | - | 242 |
| Swinomish Indian Tribal Community | - | - | 145 | 167 | 179 | 491 |
| The Chickasaw Nation | - | - | 788 | - | 748 | 1,536 |
| The Quapaw Tribe of Indians | - | - | 161 | 185 | 334 | 680 |
| Three Affiliated Tribes (MHA) | - | - | - | 291 | 494 | 785 |
| Three Affiliated Tribes of the Fort Berthold Reservation, North Dakota | - | 251 | - | - | - | 251 |
| Tuolumne Band of Me-Wuk Indians of the Tuolumne Rancheria of California | - | 130 | - | - | - | 130 |
| Upper Sioux Community | - | - | - | 149 | 162 | 311 |
| Ute Mountain Ute Tribe | - | - | - | 384 | - | 384 |
| Venetie Village | - | - | - | - | 151 | 151 |
| Village of Iliamna | - | - | - | 147 | - | 147 |
| White Mountain Apache Tribe of the Fort Apache Reservation, Arizona | - | - | 469 | 543 | 876 | 1,888 |
| Yocha Dehe Wintun Nation, California | - | - | 127 | 146 | 159 | 432 |
| Yurok Tribe of the Yurok Reservation, California | - | - | 145 | 136 | 179 | 460 |
| | $ - | $ 3,265 | $ 13,030 | $ 15,296 | $ 19,418 | $ 51,009 |

Subparagraphs:
3.3.1.1.iii

**Volkswagen Diesel Emissions Environmental Trust for Indian Tribe Beneficiaries**
**Trust Asset Allocation and Allocation Adjustment**
**June 30, 2023**
(Dollars in thousands)

| | Funding | | | Tax Transfer from Tribal Allocation and Administration Costs Subaccounts to Tribe Tax |
|---|---|---|---|---|
| | October 31, 2017 | November 30, 2017 | November 30, 2018 | |
| Tribal Allocation | $ 20,333 | $ 15,723 | $ 15,723 | $ (759) |
| Tribal Tech Advisor | 1,070 | 828 | 828 | (25) |
| Tribal Administration Cost | 1,874 | 1,509 | 1,509 | (47) |
| Tribal Advisory Council | 30 | - | - | - |
| | $ 23,307 | $ 18,060 | $ 18,060 | $ (831) |
| Tribal Tax Subaccount | - | - | - | 831 |
| **Total** | **$ 23,307** | **$ 18,060** | **$ 18,060** | **$ -** |

Subparagraphs:
3.3.1.2.i
3.3.1.2.ii

**Volkswagen Diesel Emissions Environmental Trust for Indian Tribe Beneficiaries**
**Administrastion Costs Three Year Projected Budget**
(Dollars in thousands)

| | 2023 | 2024 | 2025 | Total 3-year projected budget |
|---|---|---|---|---|
| **Governance Costs** | | | | |
| Trust Administrator (Wilmington Trust) * | $23 | $23 | $23 | **$69** |
| **Subtotal for Governance Costs** | **$23** | **$23** | **$23** | **$69** |
| | | | | |
| **Trust Professionals** | | | | |
| Trust Counsel | $306 | $150 | $50 | **$506** |
| Trust Accountants | 35 | 35 | 35 | **105** |
| Tax Return Preparation | 15 | 15 | 15 | **45** |
| Trust Auditors | 50 | 51 | 50 | **151** |
| Insurance *** | - | 55 | - | **55** |
| Consultants | - | - | - | **-** |
| Website support ** | 0 | 0 | 0 | **1** |
| Intralinks ** | 2 | 2 | - | **4** |
| Tax Counsel | 10 | 10 | 10 | **$30** |
| **Subtotal for Trust Professionals** | **$418** | **$318** | **$160** | **$897** |
| | | | | |
| **Other Expenses** | | | | |
| Contingency | $25 | $25 | $0 | **$50** |
| **Subtotal for Other Expenses** | **$25** | **$25** | **$0** | **$50** |
| | | | | |
| **Total Reporting Costs** | **$466** | **$366** | **$183** | **$1,016** |

*\* includes quarterly Trustee Administration Fees, annual QSF Administration Fee, and estimated Trustee out-of-pocket expenses*
*\*\* represents 2% of shared cost with State Trust (see subparagraph 2.1.3.2 of Indian Tribe Trust)*

Subparagrah:
3.3.1.3.iii