DREW H. WRIGLEY
North Dakota Attorney General

MARGARET I. OLSON (*North Dakota Bar No. 06352*)
Assistant Attorney General
Office of Attorney General
*Notice of Withdrawal of Margaret I. Olson as Attorney for State of North Dakota*
Attorney for the State of North Dakota, a Beneficiary under the Environmental Mitigation Trust Agreement in
*United States v. Volkswagen AG, et al.*,
No. 3:15-MD-02672-CRB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document related to:<br>*United States v. Volkswagen AG, et al.,*<br>No. 16-cv-295 (N.D. Cal.) | Case No. 3:15-MD-02672-CRB<br><br>NOTICE OF WITHDRAWAL OF MARGARET I. OLSON AS ATTORNEY FOR STATE OF NORTH DAKOTA<br><br>The Honorable Charles R. Breyer |

Undersigned counsel hereby gives notice of the withdrawal of Margaret I. Olson as counsel for the State of North Dakota, a Beneficiary under the Environmental Mitigation Trust Agreement in *United States v. Volkswagen AG, et al.,* No. 3:15-MD-02672-CRB.

Dated this 13th day of September, 2023.

State of North Dakota
Drew H. Wrigley
Attorney General

By:   /s/ Margaret I. Olson
        Margaret I. Olson

                Assistant Attorney General
                State Bar ID No. 06352
                Office of Attorney General
                500 North 9th Street
                Bismarck, ND  58501-4509
                Telephone (701) 328-3640
                Facsimile (701) 328-4300
                Email maiolson@nd.gov

Attorneys for Plaintiff State of North Dakota.

## CERTIFICATE OF SERVICE

## Case No. 3:15-MD-02672-CRB

I hereby certify that on September 13, 2023, I electronically filed the foregoing *Notice of Withdrawal of Counsel* with the Clerk of Court using the CM/ECF system, which will serve copies of such filing upon all ECF-registered counsel.

By:    /s/ Margaret I. Olson
Margaret I. Olson
Assistant Attorney General
State Bar ID No. 06352
Office of Attorney General
500 North 9th Street
Bismarck, ND  58501-4509
Telephone (701) 328-3640
Facsimile (701) 328-4300
Email maiolson@nd.gov

Attorneys for Plaintiff State of North Dakota.