TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
BETHANY ENGEL (MA-660840)
    U.S. Department of Justice
    P.O. Box 7611
    Washington, D.C. 20044-7611
    Telephone: (202) 514-6892
    Facsimile: (202) 514-0097
    Email: Bethany.Engel@usdoj.gov

*Attorneys for Plaintiff United States of America*

MICHELE D. ROSS (CA 112014)
    Reed Smith LLP
    101 Second Street, Suite 1800
    San Francisco, CA 94105-3659
    Phone: 415-543-8700
    Fax: 415-391-8269
    Email: mross@reedsmith.com

*Attorneys for the Trustee of the Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*United States v. Volkswagen AG et al.*, Case No. 16-cv-295 (N.D. Cal.) | MDL No. 2672 CRB<br><br>**UNITED STATES' AND TRUSTEE'S NOTICE OF ERRATA TO NOTICE OF CONSENT TO MODIFICATIONS TO INDIAN TRIBE TRUST AGREEMENT AND MEMORANDUM IN SUPPORT OF JOINT REQUEST FOR COURT APPROVAL OF MODIFICATIONS**<br><br>Date: To be determined<br>Time: To be determined<br>Courtroom 6, 17th Floor<br>The Honorable Charles R. Breyer |

On October 23, 2023, the United States filed on behalf of itself and Wilmington Trust, N.A., the Trustee of the Volkswagen Diesel Emissions Environmental Mitigation Trust for Indian Tribe Beneficiaries, a Notice of Consent to Modifications to Indian Tribe Trust Agreement and Memorandum In Support of Joint Request for Court Approval of Modifications ("Joint Request").  Dkt. 8204.  Shortly thereafter, the United States identified (1) a typographical error and (2) an inadvertent omission in the Joint Request.  Specifically, page 9[1] lines 20-22 of the Joint Request states:  "The proposed modifications will together result in more funds being allocated to Designated Beneficiaries under the Final Distribution than would have been **unavailable** in a fifth funding cycle."  (erroneous text in **bold**).  This sentence should be replaced with the following, which corrects the typographical error:  "The proposed modifications will together result in more funds being allocated to Designated Beneficiaries under the Final Distribution than would have been **available** in a fifth funding cycle." (corrected text in **bold**).  In addition, the Joint Request erroneously omitted a signature block for counsel to the Trustee, despite the fact that they concurred in the filing of the Joint Request as reflected in the Attestation thereto.  The following signature block should be inserted on page 10 of the Joint Request:

> */s/ Michele D. Ross*
> MICHELE D. ROSS
> Reed Smith LLP
> 101 Second Street, Suite 1800
> San Francisco, CA 94105-3659
> Phone:  415-543-8700
> Fax:  415-391-8269
> Email: mross@reedsmith.com
>
> *Attorneys for the Trustee*

A corrected Joint Request, excluding the exhibits to the original, is attached as Exhibit A.  The United States and the Trustee have made no other changes to their Joint Request.

---

[1] Page references are to the header in the docket stamped PDF (e.g., Page 9 of 10).

Dated: November 17, 2023

Respectfully submitted,

For the United States of America

TODD KIM
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL RESOURCES DIVISION

*/s/ Bethany Engel*
BETHANY ENGEL
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
Telephone:    (202) 514-6892
Facsimile:      (202) 514-0097

*Attorneys for Plaintiff United States of America*

*/s/ Michele D. Ross*
MICHELE D. ROSS
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Phone:  415-543-8700
Fax:  415-391-8269
Email: mross@reedsmith.com

*Attorneys for the Trustee*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated: November 17, 2023

*/s/ Bethany Engel*
Bethany Engel