UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, _____ SALT LAKE COUNTY, Plaintiff-Appellant, v. VOLKSWAGEN GROUP OF AMERICA, INC.; et al., Defendants-Appellees. | No.  23-16024 D.C. No. 3:15-md-02672-CRB Northern District of California, San Francisco ORDER |

The motion (Docket Entry No. 14) for voluntary dismissal is granted.  This appeal is dismissed.  Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA167