| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 12 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

In re: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,

_____

ENVIRONMENTAL PROTECTION COMMISSION OF HILLSBOROUGH COUNTY, FLORIDA,

      Plaintiff-Appellant,

 v.

VOLKSWAGEN GROUP OF AMERICA, INC.; et al.,

      Defendants-Appellees.

No. 23-16025

D.C. No. 3:15-md-02672-CRB
Northern District of California,
San Francisco

ORDER

The motion (Docket Entry No. 17) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

                                        FOR THE COURT:

                                        MOLLY C. DWYER
                                        CLERK OF COURT

OSA167