IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*BRS v. Volkswagen AG, et al.*, No. 16-cv-3435 | Case No. 16-cv-03435-CRB<br><br>**ORDER DIRECTING PLAINTIFF RESPONSE** |

The Court is in receipt of a letter from Defendants regarding an undecided motion for summary judgment in BRS v. Volkswagen AG, et al. (the "Bondholder Action"). See Letter (dkt. 8210); see MSJ (dkt. 6423). That motion was initially decided by this Court in 2021, but later reversed and remanded for further consideration by the Ninth Circuit. See In re Volkswagen "Clean Diesel" Mktg., Sales Practices & Prods. Liab. Litig., 2 F.4th 1199, 1209 (9th Cir. 2021). Plaintiff has not filed a response to Defendants' letter.

Given the several years that have passed without any action in the Bondholder Action, and other intervening events as described in Defendants' letter, the Court DIRECTS Plaintiff to file a response indicating: (1) whether Plaintiff intends to continue prosecuting the Bondholder Action; and (2) if so, Plaintiff's position regarding the need for additional discovery prior to the Court's ruling on Defendants' motion for summary judgment, and specifically, whether Plaintiff's position has changed from its last correspondence in the parties' joint case management statement. See dkt. 7906. Plaintiff shall file its response **within 10 days** of this order.

**IT IS SO ORDERED.**

Dated: April 3, 2024



CHARLES R. BREYER
United States District Judge