Patrice L. Bishop (182256)
ABRAHAM, FRUCHTER
   &amp; TWERSKY, LLP
9440 Santa Monica Blvd.
Bank of America Building
Suite 301
Beverly Hills, CA 90210
Tel:    (310) 279-5125
Email: pbishop@aftlaw.com

Attorneys for Lead Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |
| This Document Relates To: <br><br> *BRS v. Volkswagen AG, et al.,* Case No. 16-cv-3435 ("Bondholders Securities Action") | JUDGE:   Hon. Charles R. Breyer <br> CRTRM:  6, 17th Floor |

1. TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2. PLEASE TAKE NOTICE THAT, pursuant to Civ. L.R. 5.1(c) and the applicable CM/ECF guidelines (*see* https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/managing-my-account/maintain-update-your-ecf-account/), Lead Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration ("Plaintiff" or "PRGERS") hereby substitutes:

> PATRICE L. BISHOP (California State Bar No. 182256)
> ABRAHAM, FRUCHTER & TWERSKY, LLP
> 9440 Santa Monica Boulevard, Suite 301
> Beverly Hills, CA 90210
> Tel:     (310) 279-5125
> Email: pbishop@aftlaw.com

as counsel of record for Lead Plaintiffs in place of:

> IAN D. BERG (California State Bar No. 263586)
> TAKEO A. KELLAR (California State Bar No. 234470)
> ABRAHAM, FRUCHTER & TWERSKY, LLP
> 11622 El Camino Real, Suite 100
> San Diego, CA 92130
> Tel:     (858) 764-2580
> Email: IBerg@aftlaw.com
>              TKellar@aftlaw.com
>
> TODD KAMMERMAN
> ABRAHAM, FRUCHTER & TWERSKY LLP
> 450 Seventh Avenue, 38th Floor
> New York, NY 10123
> Tel:     (212) 279-5050
> Fax:     (212) 279-3655
> Email: tkammerman@aftlaw.com

///

///

///

Messrs. Berg, Kellar, and Kammerman are no longer affiliated with Abraham, Fruchter & Twersky, LLP, which is Court-appointed Lead Counsel and no longer represent any party in the above-captioned action.

Ms. Bishop is a member in good standing of this Court and the State Bar of California.

|  |  |
|---|---|
|  | ABRAHAM, FRUCHTER & TWERSKY, LLP |
| Dated: April 12, 2024    By: | *s/ Patrice L. Bishop* <br> Patrice L. Bishop <br> 9440 Santa Monica Blvd. <br> Bank of America Building <br> Suite 301 <br> Beverly Hills, CA 90210 <br> Tel:    (310) 279-5125 <br> Email: pbishop@aftlaw.com |

- AND -

Mitchell M.Z. Twersky
Abraham, Fruchter & Twersky LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel:    (212) 279-5050
Fax:    (212) 279-3655
Email: mtwersky@aftlaw.com

*Lead Counsel and Counsel for Lead Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration*