1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Patrice L. Bishop (182256)
ABRAHAM, FRUCHTER
    & TWERSKY, LLP
9440 Santa Monica Blvd.
Bank of America Building
Suite 301
Beverly Hills, CA 90210
Tel:    (310) 279-5125
Email: pbishop@aftlaw.com

Attorneys for Lead Plaintiff Puerto Rico
Government Employees and Judiciary
Retirement Systems Administration

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) **RESPONSE TO ORDER AND LETTER FROM DEFENDANTS (Dkts. 8210-11)** |
| This Document Relates To: *BRS v. Volkswagen AG, et al.,* Case No. 16-cv-3435  ("Bondholders Securities Action") | JUDGE:      Hon. Charles R. Breyer CRTRM:     6, 17th Floor |

1    Lead Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems

2  Administration ("Plaintiff" or "PRGERS") respectfully responds to Defendants Volkswagen AG

3  ("VWAG"), Volkswagen Group of America, Inc. ("VWGoA") and Volkswagen Group of America

4  Finance, LLC's ("VWGoAF") (collectively, "Volkswagen" or "Defendants") March 18, 2024 letter

5  (Dkt. 8210, the "Letter") and this Court's Order Directing Plaintiff Response (Dkt. 8211, the

6  "Order").

7    In response to this Court's Order: (1) Plaintiff does intend to continue prosecuting the

8  Bondholder action; and (2) Plaintiff's position has not changed from its last correspondence in the

9  parties' joint case management statement. *See* Dkt. 7906 (the "Statement"). While Plaintiff

10 previously argued in opposition to Defendants' motion for summary judgement that there is a triable

11 issue of fact regarding reliance, Plaintiff renews its request to conduct limited discovery on the issue

12 of reliance as Defendants' motion was filed prematurely before discovery on that issue could be

13 completed. Furthermore, in light of the Ninth Circuit decision overturning this Court's prior order

14 certifying the class based on the *Affiliate Ute* presumption, Plaintiff requests leave to file a revised

15 motion for class certification that will be supported by, among other things, the filing of an expert

16 report concerning market efficiency, and the application of the fraud-on-the-market presumption of

17 reliance at least with respect to the Volkswagen Bonds at issue as purchased on the secondary

18 market.

19    Defendants, in their Letter, incorrectly assert that Plaintiff did not purchase their Bonds in

20 an efficient market. Dkt. 8210 at 2. Defendants ignore the fact that whether a market is efficient is

21 a "fact-specific inquiry" with no "bright line rule." *No. 84 Employer-Teamster Joint Council*

22 *Pension Trust Fund v. Am. West Holding Corp.*, 320 F.3d 920, 934 (9th Cir. 2003).  Moreover, in

23 making this assertion, among other things, Defendants again ignore that discovery produced by

24 Santander Asset Management LLC ("Santander") demonstrated that Plaintiff purchased

25 Volkswagen Bonds both in the secondary market and the initial offering.  *See* Dkts. 6580-1

26 (Declaration of Ian Berg) at ¶¶4, 6; 6580-2 (the Santander Deposition) at 78:13-79:3; 6580-3

27 (Santander's May 15, 2014 Trade Ticket and Confirmation (SAM_VW-000979). This key fact

28 means that Plaintiff is entitled to a fraud-on-the-market presumption of reliance under *Basic Inc. v.*

1   *Levinson,* 485 U.S. 224, 108 S.Ct. 978 (1988), with respect to the Bonds purchased on the secondary

2   market, so long as it can demonstrate that the Bonds were trading in a "generally efficient market"

3   when the transaction took place.  *Halliburton Co. v. Erica P. John Fund, Inc.,* 573 U.S. 258, 134 S.

4   Ct. 2398, 2404 (2014).

5         As detailed in the Statement, Plaintiff respectfully requests (i) the opportunity and time

6   necessary to schedule and take the depositions of the former Santander employees Paul Hopgood,

7   Jaime Pandal, and Jesus Mattei, all of whom are still based in Puerto Rico according to Plaintiff's

8   research, and (ii) the time necessary for Plaintiff to engage an expert economist to prepare  his expert

9   report concerning market efficiency and for Plaintiff to prepare and finalize Plaintiff's revised

10  motion for class certification supported by, among other things, that expert report. *See* Dkt. 7906 at

11  2:6-11. Plaintiff requests 120 days to complete this discovery, obtain the expert report, and prepare

12  and file its revised motion for class certification.

13        Plaintiff believes 120 days are necessary because subpoenas will need to be issued and

14  served in Puerto Rico and time-consuming travel and other arrangements will be required. Plaintiff

15  also needs time to engage an expert economist to prepare his expert report. Moreover, since the

16  filing of the Statement over two and a half years ago, the three attorneys primarily responsible for

17  litigating this case, Ian D. Berg (who subsequently passed away), Takeo A. Kellar, and Todd

18  Kammerman, left Lead Counsel's firm. Now, new attorneys who had not been litigating this action

19  on a day-to-day basis are familiarizing themselves with the prior proceedings and the complicated

20  facts and issues in this action.

21        Put simply, Volkswagen's resolution of a case filed by the Securities and Exchange

22  Commission ("SEC") more than two and a half years after this action was initiated on behalf of the

23  Bondholders[1] does not require dismissal of this action. Notably, there is nothing in the SEC's

24  settlement that releases or moots Plaintiff and the putative class members' claims, and no evidence

25

26  [1] This action, *BRS v. Volkswagen AG et al*, 3:16-cv-03435 (N.D. Cal.), was filed on behalf of the
    Bondholders on Jun 20, 2016. This Court appointed PGERS Lead Plaintiff and its counsel Lead

27  Counsel on October 11, 2016. *Id.* at Dkt. 18. The SEC's action, *Securities and Exchange
    Commission v. Volkswagen Aktiengesellschaft, et al.*, No. 19-cv-01391 (N.D. Cal.), was not filed

28  until filed March 14, 2019.

RESPONSE TO ORDER AND LETTER FROM DEFENDANTS (Dkts. 8210-11)
MDL No. 2672 CRB (JSC)

- 2 -

1  was submitted demonstrating that Plaintiff and the putative class members' alleged damages in this

2  action will be fully paid pursuant to the SEC settlement.

3        Therefore, Plaintiff respectfully requests this Court to issue an order: (i) allowing Plaintiff

4  to conduct the limited discovery outlined herein; (ii) file a revised motion for class certification and

5  (iii) require the parties, within ten (10) days of the issuance of the order, to meet and confer regarding

6  an applicable briefing schedule on Defendants' renewed motion for summary judgment and

7  Plaintiff's revised motion for class certification.

8                                        ABRAHAM, FRUCHTER &
                                          TWERSKY, LLP
9

10  Dated:  April 12, 2024              By:       s/ Patrice L. Bishop
                                              Patrice L. Bishop
11                                            9440 Santa Monica Blvd.
                                              Bank of America Building
12                                            Suite 301
                                              Beverly Hills, CA 90210
13                                            Tel:    (310) 279-5125
                                              Email: pbishop@aftlaw.com
14
                                                  - AND -
15
                                              Mitchell M.Z. Twersky
16                                            450 Seventh Avenue, 38th Floor
                                              New York, NY 10123
17                                            Tel:    (212) 279-5050
                                              Fax:    (212) 279-3655
18                                            Email: mtwersky@aftlaw.com

19                                            *Lead Counsel and Counsel for Lead Plaintiff*
                                              *Puerto Rico Government Employees and Judiciary*
20                                            *Retirement Systems Administration*

21

22

23

24

25

26

27

28

RESPONSE TO ORDER AND LETTER FROM DEFENDANTS (Dkts. 8210-11)
MDL No. 2672 CRB (JSC)

- 3 -