**CANDACE MCLAREN LANHAM**
*Chief Deputy Attorney General*

**CAROLYN A. QUATTROCKI**
*Deputy Attorney General*

**LEONARD J. HOWIE III**
*Deputy Attorney General*

**CHRISTIAN E. BARRERA**
*Chief Operating Officer*

**ZENITA WICKHAM HURLEY**
*Chief, Equity, Policy, and Engagement*

**PETER V. BERNS**
*General Counsel*



**ANTHONY G. BROWN**
*Attorney General*

STATE OF MARYLAND
OFFICE OF THE ATTORNEY GENERAL
MARYLAND DEPARTMENT
OF THE ENVIRONMENT

**ANDREA S. BAKER**
*PRINCIPAL COUNSEL*

**LYNN R. ANGOTTI**
**JULIE B. KUSPA**
**MICHAEL F. STRANDE**
*DEPUTY COUNSEL*

**MELANIE J. BARNEY**
**JENNIFER R. BOWMAN**
**MATTHEW P. CLAGETT**
**CHRIS S. CORZINE**
**JUDD CRANE**
**MARJORIE R. D'AMBROSIO**
**KARA A. DORR**
**CHRISTOPHER FREEMAN**
**SYLVIA J. GLOVER**
**ROBERTA R. JAMES**
**SIOBHAN R. KEENAN**
**MATTHEW C. KONING**
**DORIS N. LANGE**
**JONATHAN E.C. MAY**
**MATTHEW L. PETERS**
**JAMES PHILLIPS-FARLEY**
**JEAN POPE**
**REBECCA BALINT RESKE**
**G. K. SANCHEZ**
**MARY R. SHEPPARD**
**MATTHEW D. STANDEVEN**
**PATRICIA V. TIPON**
**MATTHEW ZIMMERMAN**
*ASSISTANT ATTORNEYS GENERAL*

**ASHLEY D. RAY**
*ADMINISTRATOR*

April 23, 2024

Hon. Charles R. Breyer
San Francisco Courthouse
450 Golden Gate Ave.
San Francisco, California   94102

   Re: *In re: Volkswagen "Clean Diesel"* Marketing, Sales Practices, and Products Liability Litigation, 15-MD-2672-CRB (JSC)

   This Document Relates to:
*Maryland Department of the Environment v. Volkswagen Aktiengesellschaft et al.*, Case No. 3:16-cv-05090 (CRB)

Dear Judge Breyer:

  On behalf of the State of Maryland, this letter is a request to remove the State of Maryland, Cynthia M. Weisz, and Roberta R. James, from the list of entities/attorneys to receive notices and other filings in the above-captioned matter MDL.

  Maryland's case against Volkswagen was remanded back to Maryland State Court on May 23, 2017, and subsequently settled.  Attached is my declaration in support of this request along with copies of the Remand Order from this Court, the letter from the Court to Baltimore City Circuit Court, and the fully executed Consent Decree and the Order signed by Judge Pierson.

Thank you for your attention to this matter and please do not hesitate to contact me if you have any questions.  Thank you.

Sincerely,

/s/ *Roberta R. James*
Roberta R. James
Assistant Attorney General
roberta.james@maryland.gov
(410) 537-3014