Roberta R. James
Admitted *Pro Hac Vice*
Assistant Attorney General
Office of the Maryland Attorney General
1800 Washington Blvd., Suite 6048
Baltimore, Maryland
Telephone: (410) 537-3014
Email: roberta.james@maryland.gov

*Attorney for Movant Maryland Department
Of the Environment*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| This Document Relates to: *Maryland Department of the Environment v. Volkswagen Aktiengesellschaft et al.*, Case No. 3:16-cv-05090 (CRB) | **DECLARATION OF ROBERTA R. JAMES IN SUPPORT REMOVING MARYLAND FROM MDL NOTICE LIST** <br><br> The Honorable Charles R. Breyer <br><br> Hearing Date: <br> Hearing Time: |

I, Roberta R. James, declare as follows:

1. I am an Assistant Attorney General in the office of Anthony G. Brown, Attorney General of the State of Maryland, and an attorney for the Maryland Department of the Environment (MDE) in this matter. I submit this declaration in support of Maryland's Request for Removal from receiving notices from MDL No. 2672 CRB.

2. Attached hereto as Exhibit A is a true and correct copy of this Court's Order, dated May 23, 2017, remanding the matter, *Maryland Department of the Environment v. Volkswagen Aktiengesellschaft et al.*, Case No. 24-C-16004114 (Md. Cir. Ct. Baltimore City), back to the Circuit Court for Baltimore City Maryland.

3. Attached hereto as Exhibit B is a true and correct copy of the entered

1  Consent Decree and Order, signed by Judge W. Michel Pierson, dated May 3, 2018, in
2  the matter *Maryland Department of the Environment v. Volkswagen Aktiengesellschaft et
3  al.*, Case No. 24-C-16004114 (Md. Cir. Ct. Baltimore City).
4      4.    Attached hereto as Exhibit C is a true and correct copy of this Court's
5  letter to the Clerk of the Court for Baltimore City Circuit Court, dated May 24, 2017,
6  remanding the matter back to Maryland.
7      I declare under penalty of perjury under the laws of the United States that the foregoing is
8  true and correct.
9      So declared this 23nd day of April, 2024.

            /s/ *Roberta R. James*
            Roberta R. James

---

DECLARATION OF ROBERTA R. JAMES             Case No. 3:16-cv-05090 (CRB)/3:15-MD-2672-CRB