UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____
www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number  
415-522-2000

May 24, 2017

Circuit Court for Baltimore City, Maryland
Clarence M. Mitchell, Jr. Courthouse
100 N. Calvert Street
Baltimore, MD 21202

IN RE : VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  -  MDL CASE NO. 15-md-2672 CRB (JSC)

RE:  Maryland Department of the Environment v. Volkswagen Aktiengesellschaft et al.
     16-cv-5090-CRB

Your Case Number:  24-C-16-004114

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (x)    Certified copies of docket entries

    (x)    Certified copies of Remand Order

    ( )    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                                    Sincerely,

                                    Susan Y. Soong, Clerk

                                    _____
                                    by:  Maria Loo
                                    Case Systems Administrator

**Exhibit C**