UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAY 08 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, <br><br> ------------------------------ <br><br> SETTLEMENT CLASS REPRESENTATIVES AND SETTLEMENT CLASS COUNSEL, <br><br>            Plaintiff - Appellee, <br><br>  v. <br><br> WESLEY VINCENT LOCHRIDGE, class member, <br><br>            Objector - Appellant, <br><br>  v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC., <br><br>            Defendant - Appellee. | No. 22-16898 <br><br> D.C. No. 3:15-md-02672-CRB <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered April 16, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT