DREW H. WRIGLEY
North Dakota Attorney General

ERIK J WALLEVAND (*North Dakota Bar No. 09424*)
Assistant Attorney General
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
Telephone (701) 328-3640
Email ewallevand@nd.gov
*Notice of Substitution of Counsel for State of North Dakota*
Attorney for the State of North Dakota, a Beneficiary under the Environmental Mitigation Trust Agreement in
*United States v. Volkswagen AG, et al.*,
No. 3:15-MD-02672-CRB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document related to:<br>*United States v. Volkswagen AG, et al.,*<br>No. 16-cv-295 (N.D. Cal.) | Case No. 3:15-MD-02672-CRB<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR STATE OF NORTH DAKOTA<br><br>The Honorable Charles R. Breyer |

1

2    TO THE COURT, THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR

3  COUNSEL OF RECORD:

4    NOTICE IS HEREBY GIVEN, pursuant to Civ. L.R. 5-1(c)(2)(B) that Erik Wallevand enters

5  his appearance as counsel of record in the above-captioned matter and is substituted in place of

1    Margaret L. Olson to represent the State of North Dakota, a Beneficiary under the Environmental

2    Mitigation Trust Agreement in *United States v. Volkswagen AG, et al.,* No. 3:15-MD-02672-CRB.

3    Margaret Olson is no longer affiliated with the North Dakota Attorney General's Office and no longer

4    represents the state.

5        Dated this 9th day of May, 2024.

6                                    State of North Dakota
7                                    Drew H. Wrigley
8                                    Attorney General
9

10                                   By:    /s/ Erik J. Wallevand
11                                          Erik J. Wallevand
12                                          Assistant Attorney General
13                                          State Bar ID No. 09424
14                                          Office of Attorney General
15                                          500 North 9th Street
16                                          Bismarck, ND 58501-4509
17                                          Telephone (701) 328-3640
18                                          Facsimile (701) 328-4300
19                                          Email ewallevand@nd.gov
20
21
22                                   Attorneys for State of North Dakota.

23

**CERTIFICATE OF SERVICE**

**Case No. 3:15-MD-02672-CRB**

I hereby certify that on May 9, 2024, I electronically filed the foregoing *Notice of Substitution of Counsel for State of North Dakota* with the Clerk of Court using the CM/ECF system, which will serve copies of such filing upon all ECF-registered counsel.

By:  /s/ Erik J. Wallevand
     Erik J. Wallevand
     Assistant Attorney General
     State Bar ID No. 09424
     Office of Attorney General
     500 North 9th Street
     Bismarck, ND 58501-4509
     Telephone (701) 328-3640
     Facsimile (701) 328-4300
     Email ewallevand@nd.gov

     Attorneys for State of North Dakota.