Patrice L. Bishop (182256)
ABRAHAM, FRUCHTER
    & TWERSKY, LLP
9440 Santa Monica Blvd.
Bank of America Building
Suite 301
Beverly Hills, CA 90210
Tel:     (310) 279-5125
Email: pbishop@aftlaw.com

Attorneys for Lead Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) **STIPULATION REQUESTING AN ORDER CHANGING TIME TO TAKE CERTAIN ALLOWED DEPOSITIONS BY FIFTEEN (15) DAYS; [~~PROPOSED~~] ORDER THEREON** |
| This Document Relates To: *BRS v. Volkswagen AG, et al.,* Case No. 16-cv-3435 ("Bondholders Securities Action") | JUDGE:    Hon. Charles R. Breyer<br>CRTRM:   6, 17th Floor |

Pursuant to Civ. L.R. 6-2, Lead Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration ("Plaintiff") and Defendants Volkswagen AG ("VWAG"), Volkswagen Group of America, Inc. ("VWGoA") and Volkswagen Group of America Finance, LLC's ("VWGoAF"), Martin Winterkorn, and Michael Horn (collectively, "Defendants"), by and through their counsel of record hereby stipulate as follows:

WHEREAS, on April 22, 2024, this Court issued the Order re Bondholder Action Status (the "Order") (*see* Dkt. 8217);

WHEREAS, the Order provided in part, that "Plaintiff may take the depositions of Paul Hopgood, Jaime Pandal, and Jesus Mattei, not to exceed one hour per deponent. In each deposition, Plaintiff can only ask questions about the issue of reliance. Plaintiff shall take these depositions within the next 45 days." *See* Dkt. 8217 at 2:5-8;

WHEREAS, under the terms of the Order, the last day Plaintiff can take the depositions of Messrs. Hopgood, Pandal, and Mattei is June 6, 2024;

WHEREAS, each of these deponents work and reside in Puerto Rico;

WHEREAS, each of these deponents were previously served with subpoenas in this case during the summer of 2019;

WHEREAS, Plaintiff represents that despite Plaintiff's counsel attempts to contact the deponents via the email addresses provided by them or their counsel in summer of 2019, its hiring of process servers and an investigator, and its repeated attempts to serve the deponents, to date, Plaintiff has only been able to serve a subpoena for deposition on Mr. Pandal and have only received communications from Mr. Pandal and his current counsel and has been unable to serve Mr. Hopgood and Mr. Mattei;

WHEREAS, Plaintiff represents that it is diligently continuing to attempt to serve Mr. Hopgood and Mr. Mattei with subpoenas for their depositions;

WHEREAS, Plaintiff has requested, if the Court is so amenable, that Plaintiff may have an additional fifteen (15) days to serve subpoenas for deposition on and take the depositions of Mr. Hopgood, Mr. Pandal, and Mr. Mattei;

1  WHEREAS, Defendants maintain that the depositions of Messrs. Hopgood, Mattei, and Pandal are unnecessary, but consent as a professional courtesy to a single fifteen-day extension of the deadline for Plaintiff to attempt to subpoena and depose these witnesses;

WHEREAS, there has been no previous time modifications related to the Order, and a grant of this requested time modification will have no effect on the schedule for this case;

THERFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties and their respective counsel of record, if this Court is so amenable, that:

Plaintiff may have until and including June 21, 2024, to serve subpoenas for deposition and take the depositions of Paul Hopgood, Jaime Pandal, and Jesus Mattei. Pursuant to the terms of the Order re Bondholder Action Status (Dkt. 8217), each deposition may only take one hour and may only concern the issue of reliance.

ABRAHAM, FRUCHTER & TWERSKY, LLP

Dated: May 31, 2024        By:    *s/ Patrice L. Bishop*
Patrice L. Bishop
9440 Santa Monica Blvd.
Bank of America Building
Suite 301
Beverly Hills, CA 90210
Tel:    (310) 279-5125
Fax:    (212) 279-3655
Email: pbishop@aftlaw.com

Mitchell M.Z. Twersky
ABRAHAM, FRUCHTER &
  TWERSKY, LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel:    (212) 279-5050
Fax:    (212) 279-3655
Email: mtwersky@aftlaw.com

*Lead Counsel and Counsel for Lead Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration*

STIP. REQUESTING ORDER CHANGING TIME TO TAKE CERTAIN DEPOS; [PROPOSED] ORDER
MDL No. 2672 CRB (JSC)

|   |   |   |   |
|---|---|---|---|
| 1 |  |  | SULLIVAN & CROMWELL LLP |
| 2 |  |  |  |
| 3 | Dated: May 31, 2024 | By: | *s/ Robert J. Giuffra, Jr.* |
| 4 |  |  | Robert J. Giuffra, Jr. |
|   |  |  | 125 Broad Street |
|   |  |  | New York, New York 10004 |
| 5 |  |  | Tel:   (212) 558-4000 |
|   |  |  | Fax:   (212) 558-3588 |
| 6 |  |  | Email: giuffrar@sullcrom.com |
| 7 |  |  | *Attorneys for Defendants Volkswagen AG,* |
|   |  |  | *Volkswagen Group of America, Inc. and* |
| 8 |  |  | *Volkswagen Group of America Finance, LLC* |
| 9 |  |  | JOSEPH HAGE AARONSON LLC |
| 10 |  |  |  |
| 11 | Dated: May 31, 2024 | By: | *s/ Gregory P. Joseph* |
|   |  |  | Gregory P. Joseph |
| 12 |  |  | 800 Third Avenue, 30th Floor |
|   |  |  | New York, NY 10022 |
| 13 |  |  | Tel:   (212) 407-1210 |
|   |  |  | Fax:   (212) 407-1280 |
| 14 |  |  | Email: gjoseph@jhany.com |
| 15 |  |  | *Attorneys for Defendant Martin Winterkorn* |
| 16 |  |  |  |
| 17 |  |  | SCHERTLER ONORATO MEAD & SEARS |
| 18 |  |  |  |
| 19 | Dated: May 31, 2024 | By: | *s/ David Schertler* |
|   |  |  | David Schertler |
| 20 |  |  | 555 13th Street, N.W. |
|   |  |  | Suite 500 West |
| 21 |  |  | Washington, DC 20004 |
|   |  |  | Tel:   (202) 628-4199 |
| 22 |  |  | Fax:   (202) 628-4177 |
|   |  |  | Email: dschertler@schertlerlaw.com |
| 23 |  |  |  |
| 24 |  |  | *Attorneys for Defendant Michael Horn* |
| 25 |  |  |  |
| 26 |  |  |  |
| 27 |  |  |  |
| 28 |  |  |  |

STIP. REQUESTING ORDER CHANGING TIME TO TAKE CERTAIN DEPOS; [~~PROPOSED~~] ORDER
MDL No. 2672 CRB (JSC)

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 3, 2024

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE