Carmine D. Boccuzzi, Jr. (admitted *pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000 (Phone)
(212) 225-3000 (Facsimile)
cboccuzzi@cgsh.com

*Attorney for Defendants*
*Robert Bosch LLC and*
*Robert Bosch GmbH*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:15-md-02672-CRB <br><br> MDL NO. 2672 |
| This Document Relates to: <br><br> ALL ACTIONS | **BOSCH DEFENDANTS' MOTION TO WITHDRAW APPEARANCE OF ZACHARY G. TSCHIDA** <br><br> Judge: Hon. Charles R. Breyer |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE of that as of July 19, 2024, Zachary G. Tschida is no longer an attorney at Cleary Gottlieb Steen & Hamilton LLP ("Cleary"). Cleary represents Defendants Robert Bosch LLC and Robert Bosch GmbH. The undersigned respectfully requests that the Court enter an order allowing Zachary G. Tschida to withdraw as counsel in this action.

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record for Defendants Robert Bosch LLC and

Robert Bosch GmbH, and there will be no delay in the progress of the above actions by virtue of his withdrawal.

Pursuant to L.R. 11-5(a), submitted herewith is a [Proposed] Order Granting Withdrawal of Counsel.

Dated: August 6, 2024               Respectfully submitted,

By: *Carmine D. Boccuzzi, Jr.*
Carmine D. Boccuzzi, Jr. (admitted *pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000 (Phone)
(212) 225-3000 (Facsimile)
cboccuzzi@cgsh.com