UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:15-md-02672-CRB<br><br>MDL NO. 2672<br><br>**[PROPOSED] ORDER GRANTING BOSCH DEFENDANTS' MOTION TO WITHDRAW APPEARANCE OF ZACHARY G. TSCHIDA**<br><br>Judge: Hon. Charles R. Breyer |

**[PROPOSED] ORDER**

Upon consideration of the Bosch Defendants' Motion to Withdraw Appearance of Zachary G. Tschida, it is HEREBY ORDERED that Zachary G. Tschida is hereby withdrawn as counsel of record for Defendants Robert Bosch LLC and Robert Bosch GmbH. The Clerk of the Court is directed to remove Zachary G. Tschida from the record and from the Court's ECF notification in this case.

Dated: August ___, 2024

                                                                 _____
                                                                  Hon. Charles R. Breyer
                                                                  United States District Judge