UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:15-md-02672-CRB<br><br>MDL NO. 2672<br><br>[~~PROPOSED~~] ORDER GRANTING BOSCH DEFENDANTS' MOTION TO WITHDRAW APPEARANCE OF ZACHARY G. TSCHIDA<br><br>Judge: Hon. Charles R. Breyer |

**[PROPOSED] ORDER**

Upon consideration of the Bosch Defendants' Motion to Withdraw Appearance of Zachary G. Tschida, it is HEREBY ORDERED that Zachary G. Tschida is hereby withdrawn as counsel of record for Defendants Robert Bosch LLC and Robert Bosch GmbH. The Clerk of the Court is directed to remove Zachary G. Tschida from the record and from the Court's ECF notification in this case.

Dated: August _6_, 2024

_____
Hon. Charles R. Breyer
United States District Judge

[~~PROPOSED~~] ORDER