1  Carmine D. Boccuzzi, Jr. (pro hac vice)
2  Cleary Gottlieb Steen & Hamilton LLP
   One Liberty Plaza
3  New York, New York 10006
   (212) 225-2000 (Phone)
4  (212) 225-3999 (Facsimile)
   cboccuzzi@cgsh.com
5
6  Jennifer Kennedy Park (SBN 244888)
   Cleary Gottlieb Steen & Hamilton LLP
7  1841 Page Mill Road, Suite 250
   Palo Alto, CA 94304
8  (650) 815-4100 (Phone)
   jkpark@cgsh.com
9

10 *Counsel for Defendants*
   *Robert Bosch GmbH and*
11 *Robert Bosch LLC*

12
13                         **UNITED STATES DISTRICT COURT**
14                         **NORTHERN DISTRICT OF CALIFORNIA**

15 | *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation* | LEAD CASE No. 15-md-02672-CRB |
   |---|---|
16 | | **DECLARATION OF PATRICK SWIBER IN SUPPORT OF BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
17 | This document relates to: | |
18 | *Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:17-cv-3185-CRB | Hon. Charles R. Breyer |

21
22
23
24
25
26
27
28

I, Patrick Swiber, do hereby declare as follows:

1. I am an attorney at Cleary Gottlieb Steen & Hamilton LLP, counsel for Robert Bosch GmbH and Robert Bosch LLC (the "Bosch Defendants").

2. Pursuant to Local Civil Rule 79-5(d)-(f), I submit this declaration in support of the Bosch Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. I have personal knowledge of the facts stated herein, and could and would testify competently to the matters stated.

3. Exhibits 1, 2, 3, 4, 5, 6, 7, 10, 11, 12, 13, 14, and 15 are documents that Plaintiffs have designated "Confidential" under the Stipulated Protective Order Governing Individual Dealer Actions, ECF No. 5180 ("Protective Order"). The Bosch Defendants' Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof ("Brief") contains information from these documents. Paragraph 12.3 of the Protective Order prohibits the Bosch Defendants from filing this information publicly without written permission from the designating party. The Bosch Defendants therefore respectfully seek leave to file these materials under seal to permit Plaintiffs the opportunity to justify continued sealing under Local Civil Rules 79-5(c) & (f)(3).

4. Pursuant to Local Civil Rule 79-5(e)(2), attached as Attachment 1 is an unredacted version of the Brief with the portions sought to be redacted highlighted in yellow.

5. Pursuant to Local Civil Rule 79-5(d), attached as Attachment 2 is an unredacted version of Exhibit 1 sought to be filed under seal in its entirety.

6. Pursuant to Local Civil Rule 79-5(d), attached as Attachment 3 is an unredacted version of Exhibit 2 sought to be filed under seal in its entirety.

7. Pursuant to Local Civil Rule 79-5(d), attached as Attachment 4 is an unredacted version of Exhibit 3 sought to be filed under seal in its entirety.

8. Pursuant to Local Civil Rule 79-5(d), attached as Attachment 5 is an unredacted version of Exhibit 4 sought to be filed under seal in its entirety.

9. Pursuant to Local Civil Rule 79-5(d), attached as Attachment 6 is an unredacted version of Exhibit 5 sought to be filed under seal in its entirety.

10.  Pursuant to Local Civil Rule 79-5(d), attached as Attachment 7 is an unredacted version of Exhibit 6 sought to be filed under seal in its entirety.

11.  Pursuant to Local Civil Rule 79-5(d), attached as Attachment 8 is an unredacted version of Exhibit 7 sought to be filed under seal in its entirety.

12.  Pursuant to Local Civil Rule 79-5(d), attached as Attachment 9 is an unredacted version of Exhibit 10 sought to be filed under seal in its entirety.

13.  Pursuant to Local Civil Rule 79-5(d), attached as Attachment 10 is an unredacted version of Exhibit 11 sought to be filed under seal in its entirety.

14.  Pursuant to Local Civil Rule 79-5(d), attached as Attachment 11 is an unredacted version of Exhibit 12 sought to be filed under seal in its entirety.

15.  Pursuant to Local Civil Rule 79-5(d), attached as Attachment 12 is an unredacted version of Exhibit 13 sought to be filed under seal in its entirety.

16.  Pursuant to Local Civil Rule 79-5(d), attached as Attachment 13 is an unredacted version of Exhibit 14 sought to be filed under seal in its entirety.

17.  Pursuant to Local Civil Rule 79-5(d), attached as Attachment 14 is an unredacted version of Exhibit 15 sought to be filed under seal in its entirety.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2024 in New York, New York.

*/s/ Patrick Swiber*

Patrick Swiber