1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*<br><br>This document relates to:<br><br>*Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672-CRB<br><br>**[PROPOSED] ORDER GRANTING BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hon. Charles R. Breyer |

Having considered the Bosch Defendants' September 11, 2024 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court hereby grants the Bosch Defendants' Motion pursuant to Local Rule 79-5(d)-(f).

IT IS HEREBY ORDERED THAT the following materials, or portions thereof, may be filed under seal pending a submission by Plaintiffs pursuant to Local Civil Rules 79-5(c) & (f)(3):

| Document | Sealable Portions |
|---|---|
| Bosch Defendants' Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof | Redacted Portions of Document |
| Exhibit 1 | Entire Document |
| Exhibit 2 | Entire Document |
| Exhibit 3 | Entire Document |
| Exhibit 4 | Entire Document |
| Exhibit 5 | Entire Document |
| Exhibit 6 | Entire Document |
| Exhibit 7 | Entire Document |
| Exhibit 10 | Entire Document |
| Exhibit 11 | Entire Document |
| Exhibit 12 | Entire Document |
| Exhibit 13 | Entire Document |
| Exhibit 14 | Entire Document |
| Exhibit 15 | Entire Document |

[PROPOSED] ORDER GRANTING BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED  (MDL NO. 2672 CRB)

**IT IS SO ORDERED.**

Dated: _____, 2024          _____

                                                 The Honorable Charles R. Breyer
                                                 UNITED STATES DISTRICT JUDGE

- 2 -

[PROPOSED] ORDER GRANTING BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED  (MDL NO. 2672 CRB)