1  Carmine D. Boccuzzi, Jr. (pro hac vice)
2  Cleary Gottlieb Steen & Hamilton LLP
   One Liberty Plaza
3  New York, New York 10006
   (212) 225-2000 (Phone)
4  (212) 225-3999 (Facsimile)
   cboccuzzi@cgsh.com
5
6  Jennifer Kennedy Park (SBN 244888)
   Cleary Gottlieb Steen & Hamilton LLP
7  1841 Page Mill Road, Suite 250
   Palo Alto, CA 94304
8  (650) 815-4100 (Phone)
   jkpark@cgsh.com
9
10 *Counsel for Defendants*
   *Robert Bosch GmbH and*
11 *Robert Bosch LLC*

12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation* | LEAD CASE No. 15-md-02672-CRB |
|---|---|
| This document relates to: | **DECLARATION OF PATRICK SWIBER IN SUPPORT OF BOSCH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| *Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:17-cv-3185-CRB | Hon. Charles R. Breyer |

DECLARATION OF PATRICK SWIBER (MDL No. 2672 CRB)

I, Patrick Swiber, do hereby declare as follows:

1. I am an attorney at Cleary Gottlieb Steen & Hamilton LLP, counsel for Robert Bosch GmbH and Robert Bosch LLC (the "Bosch Defendants").

2. I submit this declaration on behalf of the Bosch Defendants in support of their Motion for Summary Judgment.

3. Attached hereto are true and correct copies of the following documents:

- Exhibit 1 is ICONIC012271-ICONIC012272.
- Exhibit 2 is ICONIC011910-ICONIC011912.
- Exhibit 3 is ICONIC018331-ICONIC018332.
- Exhibit 4 is Plaintiff Elgin Volkswagen's Response to Robert Bosch LLC and Robert Bosch GmbH's Requests for Admission [].
- Exhibit 5 is ICONIC013416-ICONIC013417.
- Exhibit 6 is ICONIC000830-000856.
- Exhibit 7 is ICONIC000570.
- Exhibit 8 is a PDF of the report available at the website https://www.autonews.com/assets/PDF/CA94261421.PDF as of September 10, 2024.
- Exhibit 9 is a PDF of the report available at the website https://haigpartners.com/wp-content/uploads/2020/12/HaigReport_YE_2014.pdf as of September 10, 2024.
- Exhibit 10 is a PDF of tab 106007 of ICONIC024102, produced by Plaintiffs in Native format.
- Exhibit 11 is ICONIC011615- ICONIC011626.
- Exhibit 12 is ICONIC010983.
- Exhibit 13 is ICONIC004762-ICONIC004771.
- Exhibit 14 is ICONIC000191-ICONIC000303.
- Exhibit 15 is ICONIC000022-000166.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2024 in New York, New York.

_____
Patrick Swiber