# EXHIBIT 3

# [EXHIBIT FILED UNDER SEAL]