# EXHIBIT 4

# [EXHIBIT FILED UNDER SEAL]