# EXHIBIT 5

# [EXHIBIT FILED UNDER SEAL]