# EXHIBIT 6

# [EXHIBIT FILED UNDER SEAL]