# EXHIBIT 7

# [EXHIBIT FILED UNDER SEAL]