# EXHIBIT 8



# THE BLUE SKY REPORT
### Year End 2013

We are pleased to announce the formation of Haig Partners LLC, providing expert advice and comprehensive services to dealers interested in selling their businesses. While the name is new, our services are well established as we have been involved in the purchase or sale of more than 230 dealerships totaling nearly $3.0 billion. With experience from AutoNation and Asbury, as well as leading investment banks, we have the skills and experience necessary to be the leading full-service firm in our industry.

The response from the market has been very positive so far. Haig Partners is already representing four clients in different parts of the US with an average transaction value in the $30 million-$40 million range.

To discuss the market or be added to our mailing list, please contact:

| Alan Haig | Nate Klebacha |
|---|---|
| (954) 646-9021 | (917) 288-5414 |
| alan@haigpartners.com | nate@haigpartners.com |

## OVERVIEW

**These Are the Good Old Days.** What a difference a few years can make. In 2009, we saw the bankruptcy of Chrysler and GM, formerly some of the most valuable companies in the world. Retail sales fell 40% from peak levels, thousands of dealerships were terminated and several of the public auto retailers teetered on bankruptcy. But today, the sky is a glorious color of blue. There has never been a better time to be a dealer as they are now enjoying record high levels of profits and values. While these times will not last forever, the market for buying and selling dealerships is robust and growing.

**Buy-Sell Activity Continues to Trend Upward.** The number of private acquisitions increased more than 14% from 2012 to 2013, as reported to Automotive News. This was the fourth straight year of increasing dealership sales, up 107% from 2010. While pricing data is not provided, we assume that the value of these transactions increased by at least 14% since the value of the average dealership is higher in 2013 than in 2012.



The value of acquisitions in the US by public companies rose to $585M in 2013, an increase of 16.5% from 2012. When international activity is included, public company spending on acquisitions rose to $1.023 billion in 2013, up 45.3% from 2012. The last time public companies spent more than $1 billion on dealership acquisitions was 2004. Public companies are bullish on the industry and are adding more dealerships to their portfolios.



The Blue Sky Report - Year End 2013

***Auto Retail Industry Profits Are At An All-Time High.*** We estimate the total amount of pre-tax profit generated at the dealership level reached a record high of $16.4 billion in 2013, up 9% from 2012, based on data that shows the number of dealerships and the average profits per dealership reported by NADA. This is noteworthy as the industry has not yet returned to pre-recession sales levels of 17 million units per year. While there are a number of reasons for these high profits, we believe the main factor is that there are around 4,000 fewer dealerships in the US than before the recession. With more volume going through fewer dealerships, more gross profit is dropping to the bottom line.



***Dealership Values Are At All-Time High Levels.*** We believe the average value per privately held dealership in the US is at a record high level. Dealership values are typically determined by adding the market value of dealership assets (inventories, furniture, fixtures, equipment etc.) plus blue sky or goodwill, which is a function of two figures: pre-tax profits and blue sky multiples. The first of these figures, pre-tax profits per average dealership, reached a record high in 2013 according to NADA. The second of these figures, the blue sky multiples, are set by buyers and are a measure of the demand for dealerships. We created an average blue sky multiple by taking the mid-point of the blue sky multiples per franchise based on our estimates from 2010 to 2013 (Note: an accurate weighted average is not possible due to the number of franchise duals). In 2013, we calculated that average blue sky multiple was 4.3x, up slightly from 2012. Applying the average NADA pre-tax profit of $923K by this average blue sky multiple we estimate the average dealership in the US has a value of $4.0M in blue sky, up 10% from our estimate for the average blue sky value per dealership in 2012 and up 65% from our estimated value in 2010.



*Source: Automotive News; Haig Partners Sources*

Blue sky multiples are high for a number of reasons:

- Buyers are confident about the economic outlook;
- Buyers have large amounts of cash available given the strong performance of their existing dealerships;
- There are more buyers than sellers currently;
- Lenders are offering high loan-to-value financing at low interest rates; and
- Dealership acquisitions appear to offer a better return, even at high prices, than alternative investments given the low interest rate environment and recent bull run in the stock market.

Although it has been a "seller's market" for the past couple of years, we expect to see blue sky multiples remain strong in 2014 as demand for dealerships continues to exceed supply. We have seen this in the recent transactions we have closed – buyers responded quickly to our opportunities with strong offers. Buyers have become accustomed to higher multiples over the past couple of years. They appear, albeit grudgingly, to be willing to continue to pay strong prices for dealerships as their best investment option in this low yield environment.



The Blue Sky Report - Year End 2013

Investors are also placing very high valuations on the public auto retailers.  As the chart at right shows, the average stock price for the public auto retailers exceeded $50 per share, the highest level since all the companies IPOed.  Investors are bullish on the profit outlook for dealerships and support the public retailers in acquiring more of them.



*Source: Yahoo Finance*

***Dealership Acquisitions Provide Attractive Returns.***
Acquisitions continue to provide attractive returns compared to other investment alternatives.  In the adjacent table , we compare the returns a dealer could achieve by acquiring a low multiple franchise like Chevrolet and a high multiple franchise like Mercedes-Benz to the estimated returns in today's low-yield environment.  Our basic analysis assumes $2M profit per dealership divided by the sum of blue sky ($15M top of the range for Mercedes-Benz and $6M bottom of the range for Chevrolet) and $3M in other assets for each dealership.  No value is given for the future appreciation in the value for dealerships, although, we believe this is likely over the long run.  The estimated returns of 11.1% on the low end for a Mercedes-Benz acquisition and 22.2% on the high end for a Chevrolet acquisition are far higher than the estimated returns available to dealers through purchases of stocks, bonds, or real estate.  Given our low yield environment, it is easy to see why so many dealers are searching for acquisitions in this market.



*Source: Bloomberg, Robert Schiller, Haig Partners' Estimates*

***Haig Partners Blue Sky Multiples***.  The chart below sets forth our estimates for the typical range of multiples of adjusted pre-tax earnings that buyers will pay for the goodwill / blue sky of various franchises in 2014.  Overall, we see blue sky multiples stable from the middle of 2013.  Of course, actual multiples paid by buyers could vary significantly from these ranges.  Each store is unique and brings its own set of opportunities and challenges.  We caution readers not to take these multiples too literally.  Some dealerships will trade far above these ranges while other dealerships will fall short.  For instance, we are representing a high profit Chevrolet dealership that we believe, based on its location and facility, will trade over 5.0x current earnings for blue sky, compared to the 3.0x-4.0x range in this report.  And a Mercedes-Benz dealership that we are representing may sell for 10.0x trailing earnings despite our range of 5.5x-7.5x based on its location and upside potential.  On the other hand, we know of a Toyota store that sold in a rural market in 2013 for 4.0x blue sky multiple (we wish that owner had contacted us first!).



*Source: Haig Partners Sources*



The Blue Sky Report - Year End 2013

**TRENDS THAT IMPACT THE US AUTO INDUSTRY**

***The Economy Continues Its Slow But Steady Recovery.*** The growth in GDP has been relatively steady in recent quarters, increasing at a 2.4% annual rate in Q4 and 1.9% overall for 2013. Economists seem to agree that this level of growth is likely to continue and the Congressional Budget Office projects smooth GDP growth out to 2020 as shown in the chart to the right.



Unemployment is falling, down to 6.7% at the end of February, although the decline in the labor participation rate is helping to reduce this number, as opposed to a big lift in job creation. A recent poll by the Business Roundtable found that while almost 72% of CEOs expect a boost in sales in the next six months, only 37% expect to boost hiring. (WSJ 3/19/2014) If this trend is correct, job creation will continue to lag expectations at this point in our mid-cycle recovery. The chart at right shows the strong correlation between employment rate and auto sales.



***New Vehicle Sales Are Projected to Continue to Increase.*** Many analysts expect that light vehicle sales will grow to around 16.3 million units in 2014, an increase of 4.6% from 2013, and that sales will continue to grow modestly for the next couple of years as well. If so, we would reach 17 million units by 2016. Other experts warn that sales have been sluggish in recent months, perhaps due to weather, and that we will need a significant uptick in sales just to reach 2013 levels.





The Blue Sky Report - Year End 2013

**DEALERSHIP PERFORMANCE TRENDS**



***Strong Profits Continue for Public and Private Dealers.*** Private dealerships generated an average of $923,248 in pre-tax profit in 2013, according to NADA. This was a record high level, and up 9.4% from 2012. We had been expecting average profit to begin to level off, but the second half of the year was robust for dealers.

Public retailers also had a very strong year. The combined pre-tax income for all public US auto retailers was $1.6 billion in 2013, up 13% from 2012. This growth includes same store results as well as acquisitions.



***New Vehicle Sales per Franchise.***
We believe that new vehicle sales per franchise is one of the most important metrics in auto retail. Thanks to a lower dealer count and rising sales, new vehicle sales per location reached an all-time high in 2013, at 877 per dealership. And most franchises increased their throughput in 2013, with 22 out of 30 posting increases.

***Sales Growth Vs. Declining New Vehicle Margins.*** Auto sales appear likely to continue to grow over the next few years, but new vehicle margins have been declining, down 2.6% in 2013, due to a number of factors such as the Internet and OEM stair-step programs. It is possible that the decline in new vehicle margins will exceed the growth in unit sales in 2014, leading to the first reduction in gross profits in the new vehicle department since 2009. Dealers may counter this trend by reducing sales compensation, but for the moment this remains a worrying trend for dealers.



***Used Cars Are Increasingly Important.*** More dealers are focused on their used vehicle business because of the sometimes stronger profits for used cars, and the reconditioning that also boosts fixed operations. And F&I on used cars can be higher than with new car sales. Dealers are doing a better job gaining trade-ins and many have accepted the tenets of the vAuto approach, where rather than hoping for above market grosses, they sell the car for market value and try to increase the number of unit sales per month for a given amount of working capital to maximize profits. The adjacent table shows just how important used cars have become to the public retailers.

***Fixed Operations Are Growing Nicely.*** Per NADA data, fixed operations at US dealerships fell 11% during the recession but increased the last two years to return to pre-recession levels. The public companies have been reporting consistent growth in fixed operations with a weighted average increase of 7.0% from 2012 to 2013, up from a 4% lift from 2011 to 2012. Most retailers believe this growth will continue in the next few years. Since parts and service are highly profitable, growth in these departments should make a meaningful impact on dealers' bottom lines.





The Blue Sky Report - Year End 2013

*Finance and Insurance.* The average dealership continues to increase its profits from the F&I department. Dealers are offering additional products and doing a better job of selling existing products. While private data is not available, the adjacent chart shows that the average F&I gross profit per vehicle retailed has increased by $73, or 6.3% from 2012 to 2013.



Public Company F&I Per Unit Retailed
(Weighted Average Same Store Performance - in 2013 Dollars)

| 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|
| $1,032 | $1,032 | $971 | $1,019 | $1,088 | $1,155 | $1,233 |

Source: SEC filings

## BUY-SELL TRENDS

*Private Dealers Are Very Active.* The number of private transactions increased 14% from 2012 to 2013, according to information submitted to Automotive News. We are frequently contacted by private dealers of all sizes who are looking for dealerships to buy. Some are searching for single point stores of a certain franchise ("I will buy a Mercedes store in any city in the US") while others are looking for large groups to acquire.

*Public Companies Are Increasingly Vocal About Their Desire to Grow.* With stock prices near their all time highs, the CEOs of the public retailers are likely to elect to invest more of their capital in acquisitions. Other than Sonic, every public company expressed a desire to acquire a meaningful number of dealerships in 2014.

*The Market is Ripe for Sales of Large Dealership Groups.* Numerous buyers have told us they would like to make acquisitions of $100M or more in value. And several buyers are looking to invest $500M or more in acquisitions over the next few years if they can find willing sellers. We believe that lenders are interested in financing large transactions given the strong cash flows of both buyers and sellers. Finally, we also see a number of large dealer groups that are owned by individuals who do not appear to have succession plans. We would expect owners of a number of large groups to understand that market conditions are ripe for them: high earnings and high multiples indicate their dealership groups may be at all time high values. *(Sales of large groups are usually very complex. Haig Partners can add significant value to these transactions.)*

*Many Franchises Are in Demand.* We researched the published buy-sell activity of the Top 10 Dealer Groups which include Van Tuyl, Hendrick, Staluppi, Larry Miller, AutoNation, Penske, Group 1, Sonic, Asbury and Lithia. These groups have acquired 95 dealerships since 2010 according to public records. Note that these groups acquired 16 different franchises in 2013, so there is still broad interest in different franchises.



Source: SEC Filings, Haig Partners' Contacts

In terms of future acquisitions, we asked a panel representing three of the Top 10 Dealer Groups at the AutoTeam America Buy-Sell Summit (before NADA in New Orleans this past January) which franchises they were most interested in acquiring. The top two franchises were Audi and Ford. The reasons cited were growing market share, strong management and rapidly rising profits.



The Blue Sky Report - Year End 2013

**FRANCHISE VALUATION RANGES**
We are involved in numerous transactions each year and we have discussions regarding dealership valuations with leading dealership buyers, accountants, lawyers and OEMs.   The information we gain supports our assessments of how the market values specific franchises.

***Dealership Valuation Methods.***  Although there are various ways to value dealerships, we will refer to the traditional method of combining blue sky (calculated as a multiple of adjusted pre-tax profits), plus the value of other assets acquired.  Pre-tax income should be adjusted to exclude non-recurring income or expenses and to properly reflect the market value of any real estate owned by the seller and leased to the dealership.

The blue sky multiple ranges that we set forth in this report reflect our expectations of dealership values for each franchise described, and if we believe the multiple has increased or decreased from the middle of 2013.  *We remind the reader that each dealership transaction is unique and dealerships may trade above or below the ranges we describe in this report*.  Dealerships that are underperforming or are in highly desirable markets may have much higher values than our ranges, while dealerships that are in less desirable markets or that have significant real estate issues may bring lower multiples than our ranges.

**Luxury Franchise Blue Sky Multiples**

***Mercedes-Benz.***  Possibly the hottest franchise in today's market with sales up 14% in 2013.  Recent product launches have been very successful and almost all facility actions have been completed around the country.  Some MB stores in metro markets are generating astounding profits and even those in rural areas look strong today.  Same multiple range: 5.5x-7.5x.

***BMW/MINI.***  Still very much in demand with sales up 9.9%.  Lots of new product launches should attract additional customers, but BMW has announced costly facility upgrade requirements that exceed $8M per store, on average.  This is a surprisingly large number and will take a bite out of blue sky values and/or real estate values for sellers.  And MINI was flat in 2013.  These factors may dampen future values.  Lower multiple range: 5.0x-7.0x.

***Lexus.***  Quietly rebounding with a lift of 12.2% in sales, and still the most beloved supplier in the industry.  Some dealers view Lexus as a partner, but other dealers think Lexus has a bit of an identity crises with older buyers but ads targeting young people.  Although Lexus has launched its own image program, upgrade costs should be less than at MB, BMW or Audi.  Same multiple range: 6.0x-7.0x.

***Audi.***  Another very desirable luxury franchise with a sales increase of 13.5%.  While facility requirements have been costly and some add-points have been issued, many dealers would love to add Audi to their mix.  Profits per store are still lower than at MB, BMW and Lexus, but this may change as Audi projects its sales will increase by 20% in 2014, a much higher rate than its competitors' projections.  Same multiple range: 6.0x-7.0x.

***Porsche.***   Sales were up 21% in 2013 and have doubled over the past four years.  While sales per store are still a good bit lower than the major luxury brands, very high profits per vehicle sold help to bridge this gap.  Porsche dealerships in metro areas are now generating attractive profits.  The upcoming Macan will further improve the picture.  Facility upgrades required to handle the additional volume may offset these gains. Same multiple range: 6.0x-7.0x.

***Jaguar-Land Rover.***  Land Rover plants are operating at maximum capacity and sales were up 20% in 2013, but they are still falling short of demand.  As a result, gross profits are reaching $15,000+ per unit in some stores, levels normally seen for Aston Martins, Bentleys and Rolls Royces.  Jaguar's recent F-Type is a low-volume success and dealers hope its future products will sell better, although competition is tough in this segment.  In metro markets these dealerships can generate several million dollars per store in profit, with a few making over $10M per year.  Higher multiple range: 4.5x-5.5x.

***Cadillac/Acura/Infiniti.***  Cadillac is showing strength with fresh product, enjoying a lift of 21% over 2012, but with 933 locations, there are just too many Cadillac



The Blue Sky Report - Year End 2013

stores to generate attractive profits per store. Acura and Infiniti continue to struggle against luxury brands like Mercedes-Benz that are introducing lower price cars to increase their volume, and against volume brands like Hyundai that are introducing higher priced cars to increase their brand value. Acura sales were up 6% and Infiniti was down 2.9% in 2013, so both franchises lost share. With low profits per location, these dealerships are not in great demand in most markets. Same multiple range: 3.0x-4.0x.

<u>Mid-Line Import Franchise Blue Sky Multiples</u>

**Toyota-Scion.** Although Toyota lost a little share in 2013, growing 6.7%, it enjoyed record high profits at its parent level so it is well poised to compete in the future. Its products remain leaders in many segments and the drama from recalls and the tsunami is fading. High sales and profits per store attract many buyers. Same multiple range: 5.0x-6.0x.

**Honda.** Sales increased 7.7% as Honda held share. These stores remain remarkably easy to run and are good profit generators. And dealers remain relatively happy with Honda, despite grumblings about stair step programs. Same multiple range: 5.0x-6.0x.

**Hyundai.** Lost a bit of share with sales up just 2.5% and saw a change in their US CEO. The franchise has stumbled a bit since their tear in 2010-2012. Without more capacity, we wonder what their plans are for growth. And we are hoping fixed ops pick up at some point. Lower multiple range: 3.5x-4.5x.

**Kia.** Also posted a down year with sales 2.5% lower than in 2012 and fixed ops remain below average. But Kia is launching new products that it believes will rebuild growth. Same multiple range: 3.5x-4.5x.

**Subaru.** Jumping an astounding 26.2% in sales, Subaru wins Most Improved Franchise in 2013. We wonder how they will sustain growth without a broader product line up and if they will increasingly rely upon the deep pockets of their rich Uncle Toyota to meet future engineering needs for electrical vehicles, etc. But if they can begin to gain market share in southern states then strong growth will continue. Same multiple range: 3.5x-

4.5x (with higher pricing likely in Snow Belt states).

**VW.** This franchise surprised us by posting a disappointing year with sales down 6.9%. They are not contenders in several key product segments like crossovers and full sized trucks. And sales per dealership have fallen by 10% since additional dealerships have been added around the country. Many dealers are disillusioned, but some see a strong parent company and are buying opportunistically. Lower multiple range: 3.0x-4.0x.

**Nissan**. Posted a strong year with sales up 10.8% and is now approaching Honda in sales per dealership. Although their products have been well received by consumers, dealers remain ambivalent about this franchise as their dealerships have not made much money over the past decade. One Nissan store owner told us, "It's a little bit like having a wife that doesn't love you. You don't really want another one." But another dealer was bullish on the franchise due to their strong improvement in product. He did acknowledge that running a successful Nissan store was akin to a "full contact sport – you have to hit the customer hard in new, used and F&I to make good money." Same multiple range: 3.0x-4.0x.

**Mazda.** Although total sales were up just 2.5%, sales at retail were up around 18% as new products attracted new buyers. Can work as a tuck in acquisition, but low profits per store dampen demand for this franchise. Same multiple range: 2.5x-3.5x.

<u>Domestic Franchise Blue Sky Multiples</u>

*(Note: The multiples paid for domestic franchises will likely be higher in markets like Texas where trucks sell well and lower in markets like California where imports dominate.)*

**Ford.** Ford gained the most share of any of the domestic or midline import franchises with sales up 11.2% for the year. Dealers are impressed with this franchise and are seeking to buy more of them. The main weakness is the large number of stores outstanding, so finding high volume stores with strong fixed operations is difficult. Higher multiple range: 4.0x-5.0x.

**Chrysler (Chrysler-Jeep-Dodge-Ram-Fiat).** With sales up 9.3% largely due to strong Jeep and Ram truck sales, Chrysler dealerships continue to surprise us. The Ram 1500 has become a strong contender in full-sized trucks and Jeep continues its steady rock crawl upwards. Fixed ops remain strong. Now that Chrysler, Jeep, Dodge franchises are combined, their profits per

The Blue Sky Report - Year End 2013

dealership are likely to be at an all time high. Same multiple range: 3.25-4.25x.

**Chevrolet.** Sales were up 5.2% in 2013, slightly underperforming the market. But Chevrolet dealers are excited about the product blitz this year that includes the newly launched Silverado, Suburban and Tahoe models that comprise a large portion of their sales. Dealers also seem to like new CEO Mary Barra and believe she will have a positive impact. Fixed ops should benefit from the newly announced recalls, and GM is countering negative publicity with higher incentives, so dealers may actually benefit as Toyota and Lexus dealers did during their recalls in 2011-2012. Same multiple range: 3.0x-4.0x.

**Buick-GMC.** Dealers enjoyed a strong year with sales up 10.5%. Buick performed particularly well and dealers are looking forward to 2014 as they will have fresh Sierras and Yukons to offer. Same multiple range: 3.0x-3.75x.



**SUMMARY**

The market for dealership sales is strong and growing. Buyers closed more transactions in 2013 than in the past five years and are looking for more growth. They see attractive returns in the auto retail industry and many buyers have adequate capital to take on even very large transactions.

For sellers, dealership values appear to be at an all-time high. Plus, almost every franchise is in demand today. More dealers are taking this opportunity to sell their business for values that were not conceivable just a few years ago. And the market is ripe for the sale of large dealership groups.

We remain in a "win-win" period for dealership sales: strong returns for buyers and strong pricing for sellers. We expect that dealership sales in 2014 will exceed the level in 2013 and are excited to be play a role in this industry.

*Note: Although we believe we have compiled this information from reliable sources, we do not guarantee the information or make any representation about its accuracy.*

*© 2014 Haig Partners LLC*



The Blue Sky Report  -  Year End 2013

**HAIG PARTNERS: PROVIDING VALUE TO CLIENTS**

We combine the skills gained during our years in investment banking with the experience of buying and selling dealerships for AutoNation and Asbury.  Haig Partners is not a traditional dealership brokerage service.  We do not seek "listings" of many dealerships to sell.  Instead, we provide the best possible advice and service to just a few dealers each year, helping optimize the sale of their most valuable asset.  We spend a tremendous amount of time and energy on each client engagement. Emphasizing quality over quantity best serves our clients' interests.

Although our firm is new, we are pleased to already represent four clients located across the US.  Clients engage us to help sell their businesses for a number of reasons.

- ***Relationships with Buyers.***  *We know many of the leading buyers across the US and understand what they want to acquire, their ability to close, and how they negotiate.  By targeting specific buyers instead of running advertisements, we preserve confidentiality and close transactions more efficiently.*

- ***Higher Prices.***  *We create offering materials that provide buyers with a compelling investment thesis about why they should acquire our client's business instead of the other opportunities they might consider.  We then run a process that solicits the best possible price and other deal terms from buyers.*

- ***Experience.***  *Since we have been involved in more than 150 transactions with nearly $3.0 billion in value, we know how to respond to the inevitable issues that arise in a buy-sell process.*

- ***Speed.***  *We focus on the buy-sell process everyday allowing owners to focus on dealership operations.*

Of course, all buy-sell advisors say they are experienced and effective.  We encourage any dealer who is considering hiring a firm to ask a few simple questions of the person he or she is talking to:

1. How many dealership sales have you, personally (and not your firm), closed in the past year?  In your career?

2. Can I speak to your last five clients to hear about their experience?

3. Why should I choose you over another advisor?

We enjoy answering these kinds of questions from potential clients.  We believe we offer unmatched experience in our industry and can connect you with our former clients that were impressed with our services and are willing to recommend us.

**THE TEAM**

We work as a team on every transaction.  We believe that our complimentary skill sets help to generate the best possible transaction terms for our clients.

**Alan Haig.**  For six years prior to Haig Partners, Alan led the auto retail practice at The Presidio Group where he closed numerous transactions, including two that he believes achieved record high levels of goodwill for the franchises involved.  Before that, he was Senior Vice President of Corporate Development at AutoNation, Inc., the world's largest auto retailer. Alan was responsible for all dealership acquisitions and divestitures at AutoNation and served on its Executive Committee that oversaw operations, real estate and strategic initiatives.  He was also at AutoNation in its earliest days and wrote the original business plan for the new car division and then began leading dealership acquisitions.  Through these positions, Alan has been involved in the purchase or sale of more than 170 dealerships with a value of approximately $2.2 billion.  Prior to AutoNation, he served in the Corporate Development Department of Blockbuster Entertainment and as Managing Director for Caymus Partners, a boutique investment banking firm.  Alan began his career in investment banking where he served as an analyst and associate for Drexel Burnham Lambert in New York City.  In his career, Alan has closed more than 100 transactions

The Blue Sky Report - Year End 2013

with a value over $5.5 billion.  He has an MBA from Columbia Business School, an MA from the University of North Carolina at Chapel Hill and a BA from Dartmouth College.  Alan lives in Ft. Lauderdale, FL with this wife and their four children.

Alan is a nationally recognized expert in the auto retail industry.  For six years he has been the primary author of a report that tracks trends in the industry and how they impact buy-sell activity and dealership valuations.  To prepare this report, which is issued twice a year, Alan consults with senior executives at many of the leading auto retailers, as well as leading attorneys and accountants that practice in the auto industry.  In the past year, Alan has also been a speaker at the AutoTeam America Buy-Sell Summit, American Institute of CPAs, and National Association of Dealer Counsel.  He is frequently quoted by media outlets, including Automotive News, The Wall Street Journal, Bloomberg and the Dallas Morning News.

**Nate Klebacha.**  Before joining Haig Partners, Nate served as Vice President and then Principal at The Presidio Group where he was responsible for dealership analysis, preparation of marketing materials, responding to due diligence requests from buyers and assisting in closing transactions.  Prior to Presidio, Nate spent six years with Asbury Automotive where he was involved in the purchase or sale of more than 50 dealerships.  Before Asbury, Nate held positions at O'Shaughnessy Capital Management and Bear Stearns Asset Management as assistant portfolio manager for quantitative equity investments.  Nate has an MBA from the NYU Stern School of Business and a BS from the University of Connecticut.  He lives in Cold Spring Harbor, NY with his wife and their two children.

**RECENT TRANSACTIONS.**

Recently**,** Alan and Nate have closed eight transactions across the US valued at over $400M.*










*Transactions completed while at our previous firm.

For more information please visit our website:  www.haigpartners.com





# THE BLUE SKY REPORT
### Year End 2013



We are pleased to announce the formation of Haig Partners LLC, providing expert advice and comprehensive services to dealers interested in selling their businesses.  While the name is new, our services are well established as we have been involved in the purchase or sale of over 230 dealerships for almost $3.0 billion in value.  With experience from AutoNation and Asbury, as well as leading investment banks, we believe we have the skills and experience necessary to be the leading full-service firm in our industry.

The response from the market has been very positive so far.  Haig Partners is already representing four clients in different parts of the US with an average transaction value in the $30 million-$40 million range.

To discuss the market or be added to our mailing list, please contact:

| Alan Haig | Nate Klebacha |
|---|---|
| (954) 646-9021 | (917) 288-5414 |
| alan@haigpartners.com | nate@haigpartners.com |