# EXHIBIT 10

# [EXHIBIT FILED UNDER SEAL]