# EXHIBIT 11

# [EXHIBIT FILED UNDER SEAL]