# EXHIBIT 12

# [EXHIBIT FILED UNDER SEAL]