# EXHIBIT 13

# [EXHIBIT FILED UNDER SEAL]