# EXHIBIT 14

# [EXHIBIT FILED UNDER SEAL]