# EXHIBIT 15

# [EXHIBIT FILED UNDER SEAL]