# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*<br><br>This document relates to:<br><br>*Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672-CRB<br><br>**[PROPOSED] ORDER GRANTING BOSCH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Charles R. Breyer |

  Having considered the September 11, 2024 Notice of Motion and Motion for Summary Judgment ("Motion") of defendants Robert Bosch GmbH ("Bosch GmbH") and Robert Bosch LLC ("Bosch LLC") (together, the "Bosch Defendants"), and all submissions made in support of and in opposition to it, the Court hereby GRANTS the Bosch Defendants' Motion pursuant to Rule 56(a) of the Federal Rules of Civil Procedure.

  The Court finds and concludes that there is no genuine dispute of material fact that Plaintiffs Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc. did not suffer any legally cognizable injury proximately caused by the Bosch Defendants and have no recoverable damages.

  IT IS HEREBY ORDERED THAT final judgment be entered in favor of the Bosch Defendants and against Plaintiffs on all claims alleged against the Bosch Defendants in the First Amended Complaint of Iconic Motors, Inc. and Slevin Capital Investments, Inc. (ECF No. 25), which is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2024    _____

                The Honorable Charles R. Breyer
                UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Bosch Defendants' Motion for Summary Judgment (MDL No. 2672 CRB)