Ira M. Levin
 ilevin@burkelaw.com, *pro hac vice*
Danielle J. Gould
 dgould@burkelaw.com, *pro hac vice*
Joshua J. Cauhorn
 jcauhorn@burkelaw.com, *pro hac vice*
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone:  312.840.7000
Facsimile:   312.840.7900
*Attorneys for Plaintiffs*
ICONIC MOTORS, INC. d/b/a ELGIN VOLKSWAGEN
SLEVIN CAPITAL INVESTMENTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*<br><br>This document relates to:<br><br>*Iconic Motors, Inc. v. Volkswagen Group of America, Inc.,* No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672- CRB<br><br>**PLAINTIFFS' NOTICE OF ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R.7-11 TO HAVE EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5**<br><br>by Plaintiffs:<br><br>Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc.<br><br>Hon. Charles R. Breyer |

Plaintiffs, Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc., respectfully request, pursuant to Civil L.R. 7-11, that the Court enter an order that Exhibits 1-7 and Exhibits 10-15 attached to Defendants Robert Bosch GmbH and Robert Bosch LLC's Motion for Summary Judgment, and any references therein to said Exhibits, be filed under seal pursuant to Civil L.R. 79-5. Plaintiffs have a legitimate private interest that warrant sealing, will suffer injury if not sealed, and are unaware of a less restrictive alternative. As set forth in the accompanying Declaration of Danielle J. Gould in Support of Defendants' Administrative Request Pursuant to Civil L.R. 79-5, good cause exists for sealing the Exhibits and excerpts designated therein.

Dated: September 18, 2024          Respectfully submitted,

*/s/ Danielle J. Gould*
Ira M. Levin
ilevin@burkelaw.com, *pro hac vice*
Danielle J. Gould
dgould@burkelaw.com, *pro hac vice*
Joshua J. Cauhorn
jcauhorn@burkelaw.com, *pro hac vice*
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone:     312.840.7000
Facsimile:       312.840.7900

*Attorneys for Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc.*

2

Lead Case No. 15-md-02672- CRB
PLAINTIFFS' NOTICE OF ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R.7-11 TO HAVE EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2024, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

／s/ Danielle J. Gould
DANIELLE J. GOULD, *pro hac vice*

*Attorney for Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments,*

3

Lead Case No. 15-md-02672- CRB
PLAINTIFFS' NOTICE OF ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R.7-11 TO HAVE EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lead Case No. 15-md-02672- CRB
PLAINTIFFS' NOTICE OF ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R.7-11 TO HAVE EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5