1  Ira M. Levin
     ilevin@burkelaw.com, *pro hac vice*
2  Danielle J. Gould
     dgould@burkelaw.com, *pro hac vice*
3  Joshua J. Cauhorn
     jcauhorn@burkelaw.com, *pro hac vice*
4  BURKE, WARREN, MACKAY & SERRITELLA, P.C.
   330 North Wabash Avenue, 21st Floor
5  Chicago, Illinois 60611
   Telephone:  312.840.7000
6  Facsimile:   312.840.7900
7  *Attorneys for Plaintiffs*
   ICONIC MOTORS, INC. d/b/a ELGIN VOLKSWAGEN
8  SLEVIN CAPITAL INVESTMENTS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*<br><br>This document relates to:<br><br>*Iconic Motors, Inc. v. Volkswagen Group of America, Inc.,* No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672- CRB<br><br>**DECLARATION OF DANIELLE J. GOULD IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 79-5 TO HAVE EXHIBITS 1-7 AND 10-15 OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |

I, Danielle J. Gould, declare as follows:

1. I am a partner with the law firm of Burke, Warren, MacKay & Serritella, P.C. and counsel of record for Plaintiffs, Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc. I provide this declaration in response to Defendants Robert Bosch GmbH and Robert Bosch LLC's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in support of Defendants' Motion for Summary Judgment. Except where stated on information and belief, I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, I can and will testify competently under oath to all such facts. I make this declaration pursuant to Civil Local Rules 7-11 and 79-5, as counsel for the "Designating Party," as outlined in Civil Local Rule 79-5(f)(3), and in support of maintaining Exhibits 1-7 and Exhibits 10-15 of Defendants' Motion for Summary Judgment under seal.

2. On August 6, 2018, the Court approved and entered a Stipulated Protective Order (Dkt. No. 5180) ("Protective Order") in this matter.

3. In this action, Plaintiffs have produced certain documents designated as "Confidential" pursuant to the Protective Order.

4. On September 11, 2024, Defendants filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, pursuant to Civil Local Rule 79-5(f), regarding certain confidential documents produced by Plaintiffs. The documents for the Court's consideration are as follows:

2

Lead Case No. 15-md-02672- CRB
DECLARATION OF DANIELLE J. GOULD TO HAVE EXHIBITS 1-7 AND 10-15 OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL

| Exhibit # | Bates | Document Description |
|---|---|---|
| Exhibit 1 | ICONIC012271-ICONIC012272 | Internal communication from Volkswagen Sr. VP of Sales and Sr. Director of Planning, Distribution and Pricing to Plaintiff Slevin Capital Investments, Inc. regarding processes for dealing with settlement customers. |
| Exhibit 2 | ICONIC011910-ICONIC011912 | Internal communication from the Volkswagen TDI Dealer Communications Team to all Dealer Partners regarding update on settlement and future sales campaigns. |
| Exhibit 3 | ICONIC018331-ICONIC018332 | Internal communication from the Volkswagen TDI Dealer Communications Team to all Dealer Partners regarding update on settlement and future sales campaigns. |
| Exhibit 4 | n/a | Plaintiff Iconic Motors, Inc.'s Responses to Defendants' Requests for Admission. |
| Exhibit 5 | ICONIC013416-ICONIC013417 | Internal communications between Volkswagen Asst. Director of Regional Sales Operations and Plaintiffs regarding vehicles subject to settlement. |
| Exhibit 6 | ICONIC000830-ICONIC000856 | Volkswagen dealer agreement. |
| Exhibit 7 | ICONIC000570 | Letter pertaining to settlement negotiations between Plaintiffs and Volkswagen Director of Midwest Region |
| Exhibit 10 | ICONIC024102 | Plaintiffs' expense workbook for 2015. |
| Exhibit 11 | ICONIC011615-ICONIC011626 | Internal communications between Volkswagen Chief Operating Officer and Dealer partners regarding customer support programs. |
| Exhibit 12 | ICONIC010983 | Internal communication from the Volkswagen TDI Dealer Communications Team to all Dealer Partners regarding update on settlement and buyback provisions. |
| Exhibit 13 | ICONIC004762-ICONIC004771 | Confidential Settlement Agreement between Plaintiffs and Volkswagen of America, Inc. |
| Exhibit 14 | ICONIC000191-ICONIC000303 | Private appraisal report of property subject to this litigation. |
| Exhibit 15 | ICONIC000022-ICONIC000166 | Private appraisal report of property subject to this litigation. |

5.  Each of the Exhibits listed above, and the information contained therein, have been designated by Plaintiffs as "Confidential," pursuant to the Protective Order, because they contain confidential, nonpublic, and highly sensitive business information. They contain confidential, non-

3

Lead Case No. 15-md-02672- CRB
DECLARATION OF DANIELLE J. GOULD TO HAVE EXHIBITS 1-7 AND 10-15 OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL

public information about the Plaintiffs' sales practices, Plaintiffs' business and supply agreements, Volkswagen's and Plaintiffs' competitive positions, subsequent remedial measures enacted by Volkswagen and Plaintiffs in response to the emissions scandal, Plaintiffs' financial information (including property and business evaluation, which could impede future business-sale negotiations), and information that is subject to a confidential settlement agreement between Plaintiffs and Volkswagen of America, Inc. The documents describe relationships with companies — including customers and vendors — that remain important to the Plaintiffs' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Plaintiffs' relationships with past, present, and future consumers, would cause harm with respect to the Plaintiffs' competitors and customers, and would put Plaintiffs at a competitive disadvantage with other dealerships. For these reasons, as well as others, the documents outlined above contain "Highly Confidential Information" under Paragraph 2.8 of the Protective Order and are appropriately designated as "Confidential."

6. Upon information and belief, there is not a less restrictive alternative to sealing the subject Exhibits and the information contained therein.

7. Pursuant to Civil Local Rules 7-11 and 79-5, the Protective Order, and the considerations outlined herein, the portions of Defendants' Motion for Summary Judgment that contain, cite, or identify information from any of the above-mentioned exhibits, and the exhibits themselves, should be maintained under seal and redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4

Lead Case No. 15-md-02672- CRB
DECLARATION OF DANIELLE J. GOULD TO HAVE EXHIBITS 1-7 AND 10-15 OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL

Executed this 18th day of September, 2024, in Chicago, Illinois

_____
Danielle J. Gould

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2024, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ *Danielle J. Gould*
DANIELLE J. GOULD, *pro hac vice*

*Attorney for Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc*

6

Lead Case No. 15-md-02672- CRB
DECLARATION OF DANIELLE J. GOULD TO HAVE EXHIBITS 1-7 AND 10-15 OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7

Lead Case No. 15-md-02672- CRB
DECLARATION OF DANIELLE J. GOULD TO HAVE EXHIBITS 1-7 AND 10-15 OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL