# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Order Relates to:<br><br>*Iconic Motors, Inc. v. Volkswagen Group of America, Inc.*, No. 3:17-cv-3185-CRB | Case No. 3:15-md-02672-CRB<br><br>**[PROPOSED] ORDER PURSUANT TO CIVIL L.R.79-5 TO FILE DOCUMENTS UNDER SEAL IN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Charles R. Breyer |

Defendants, Robert Bosch GmbH and Robert Bosch LLC, have filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, pursuant to Civil Local Rule 79-5(f). Plaintiffs, Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc., have filed a Notice and Declaration in Support of Sealing Exhibits and Information Cited in Defendants' Motion for Summary Judgment ("Plaintiffs' Declaration").

The Court, having considered Plaintiffs' Declaration, authored and signed by Danielle J. Gould, in support of filing Exhibits 1-7 and Exhibits 10-15 and the contents therein under seal, orders as follows:

IT IS HEREBY ORDERED that Plaintiffs' Request is GRANTED. The Clerk of the Court shall file under seal:

1. Exhibits 1-7 and Exhibits 10-15 to Defendants' Motion for Summary Judgment, and any references to these Exhibits in Defendants' Motion for Summary Judgment, shall remain under seal.

Dated: _____                   _____
                                               Hon. Charles R. Breyer
                                               United States District Judge