# EXHIBIT C

| | |
|---|---|
| **From:** | Joshua J. Cauhorn <jcauhorn@burkelaw.com> |
| **Sent:** | Monday, September 9, 2024 11:24 AM |
| **To:** | Swiber, Patrick; Boccuzzi Jr., Carmine D. |
| **Cc:** | Ira M. Levin; Danielle J. Gould; Jolisa Warmack |
| **Subject:** | RE: Iconic et al v. Bosch |

Hi Patrick:

Following up. Please provide an update.

Best,
Josh

---

**From:** Joshua J. Cauhorn <jcauhorn@burkelaw.com>
**Sent:** Monday, August 26, 2024 11:23 AM
**To:** Swiber, Patrick <pswiber@cgsh.com>; Boccuzzi Jr., Carmine D. <cboccuzzi@cgsh.com>
**Cc:** Ira M. Levin <ILevin@burkelaw.com>; Danielle J. Gould <DGould@burkelaw.com>; Jolisa Warmack <JWarmack@BurkeLaw.com>
**Subject:** RE: Iconic et al v. Bosch

Patrick:

Thanks. Please provide an update.

Best,
Josh

**Joshua J. Cauhorn** | *Partner*
**P** 312-840-7055 | **F** 312-840-7900 | **M** 260-582-1229 | jcauhorn@burkelaw.com | www.burkelaw.com
**Burke, Warren, MacKay & Serritella, P.C.** 330 N Wabash Ave, Suite 2100, Chicago IL 60611

*Effective January 1, 2024, the Corporate Transparency Act (CTA) will require many legal entities to file certain information with the Financial Crimes Enforcement Network (FinCEN). Please contact your Burke Warren attorney to discuss your compliance obligations.*

---

**From:** Swiber, Patrick <pswiber@cgsh.com>
**Sent:** Wednesday, August 7, 2024 10:21 AM
**To:** Boccuzzi Jr., Carmine D. <cboccuzzi@cgsh.com>; Joshua J. Cauhorn <jcauhorn@burkelaw.com>
**Cc:** Ira M. Levin <ILevin@burkelaw.com>; Danielle J. Gould <DGould@burkelaw.com>; Jolisa Warmack <JWarmack@BurkeLaw.com>
**Subject:** RE: Iconic et al v. Bosch

> Some people who received this message don't often get email from pswiber@cgsh.com. Learn why this is important

**[EXTERNAL]**

Josh,

Carmine asked me to get back with you about your email below. We're looking at the draft stipulations and will review them with our client. Thanks for your patience as we catch up following Zach's departure.

Thanks,
Patrick

---

**Patrick Swiber**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mdigiaro@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2928
pswiber@cgsh.com  | clearygottlieb.com

---

**From:** Joshua J. Cauhorn <jcauhorn@burkelaw.com>
**Sent:** Tuesday, July 30, 2024 12:20 PM
**To:** Boccuzzi Jr., Carmine D. <cboccuzzi@cgsh.com>
**Cc:** Ira M. Levin <ILevin@burkelaw.com>; Danielle J. Gould <DGould@burkelaw.com>; Jolisa Warmack <JWarmack@BurkeLaw.com>
**Subject:** Iconic et al v. Bosch

Carmine:

We have been working through Rule 37 issues with Zach, who I understand is leaving your firm. He is a great attorney. We appreciated working with him.

He asked us to pick up the issues with you. Attached is the email string memorializing our discussions to date. Also attached are proposed stipulations in accordance with those discussions.

Please advise Bosch's position on the attached stipulations, which should resolve a significant portion of the parties' dispute regarding Bosch's responses to Plaintiffs' requests for admission.

Thank you.

Best,
Josh

**Joshua J. Cauhorn**
*Partner*
Burke, Warren, MacKay & Serritella, P.C.
330 N Wabash Ave, 21st Floor | Chicago, IL 60611
**P** 312-840-7055 | **F** 312-840-7900 | **M** 260-582-1229
jcauhorn@burkelaw.com | www.burkelaw.com
Profile | vCard



*Effective January 1, 2024, the Corporate Transparency Act (CTA) will require many legal entities to file certain information with the Financial Crimes Enforcement Network (FinCEN). Please contact your Burke Warren attorney to discuss your compliance obligations.*

*Confidentiality Note:* *This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is strictly prohibited.  If you are not the intended recipient, contact the sender via reply email and destroy all copies of the original message.*



This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement