# EXHIBIT D

**From:** Swiber, Patrick <pswiber@cgsh.com>
**Sent:** Wednesday, September 11, 2024 4:12 PM
**To:** Joshua J. Cauhorn <jcauhorn@burkelaw.com>; Boccuzzi Jr., Carmine D. <cboccuzzi@cgsh.com>
**Cc:** Ira M. Levin <ILevin@burkelaw.com>; Danielle J. Gould <DGould@burkelaw.com>; Jolisa Warmack <JWarmack@BurkeLaw.com>
**Subject:** RE: Iconic et al v. Bosch

[EXTERNAL]

Josh,


As you have likely seen, the Bosch Defendants moved for summary judgment earlier today. If granted, that motion would of course eliminate any need to resolve the trial admissibility issues addressed in the stipulations you provided. We can revisit the stipulations if any claims remain after the court resolves the motion.


Thanks,

Patrick

___

**Patrick Swiber**

Cleary Gottlieb Steen & Hamilton LLP
Assistant: mdigiaro@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2928
pswiber@cgsh.com | clearygottlieb.com