UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*<br><br>This document relates to:<br>17-cv-3185-CRB | LEAD CASE No. 15-md-02672- CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS ICONIC MOTORS, INC. D/B/A ELGIN VOLKSWAGEN AND SLEVIN CAPITAL INVESTMENTS, INC.'S (1) MOTION TO REMAND OR, IN THE ALTERNATIVE, FOR A SUGGESTION OF REMAND (2) MOTION TO STAY BOSCH'S SUMMARY JUDGMENT MOTION OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME**<br><br>The Honorable Charles R. Breyer |

Before this Court is Plaintiff Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc.'s (1) Motion to Remand or, in the Alternative, for a Suggestion of Remand and (2) Motion to Stay Defendants, Robert Bosch, LLC and Robert Bosch GmbH, Motion for Summary Judgment or, in the Alternative, for an Extension of Time (the "Motion"). The Motion is **GRANTED** for the reasons stated therein.

IT IS SO ORDERED.

Dated:

_____
CHARLES R. BREYER
United States District Judge