Ira M. Levin
 ilevin@burkelaw.com, *pro hac vice*
Danielle J. Gould
 dgould@burkelaw.com, *pro hac vice*
Joshua J. Cauhorn
 jcauhorn@burkelaw.com, *pro hac vice*
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone:   312.840.7000
Facsimile:    312.840.7900
*Attorneys for Plaintiffs*
ICONIC MOTORS, INC. d/b/a ELGIN VOLKSWAGEN
SLEVIN CAPITAL INVESTMENTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation* <br><br> This document relates to: <br><br> *Iconic Motors, Inc. v. Volkswagen Group of America, Inc.,* No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672- CRB <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION FOR A CASE MANAGEMENT VIDEO CONFERENCE** <br><br> by Plaintiffs: <br><br> Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc. <br><br> Hon. Charles R. Breyer |

1  Plaintiffs, Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc.
2  (collectively the "Iconic Plaintiffs"), respectfully request, pursuant to Local Rule 7-11, that the
3  Court hold a Case Management Video Conference with the Iconic Plaintiffs and Defendants, Robert
4  Bosch GmbH and Robert Bosch LLC, to discuss case status, pending discovery, pending Motions
5  before the Court, and briefing. As set forth in the accompanying Declaration of Danielle J. Gould,
6  good cause exists for holding a Case Management Video Conference.

9  Dated: October 9, 2024   Respectfully submitted,

/s/ Danielle J. Gould
Ira M. Levin
ilevin@burkelaw.com, *pro hac vice*
Danielle J. Gould
dgould@burkelaw.com, *pro hac vice*
Joshua J. Cauhorn
jcauhorn@burkelaw.com, *pro hac vice*
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone:    312.840.7000
Facsimile:    312.840.7900

*Attorneys for Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2024, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ Danielle J. Gould
DANIELLE J. GOULD, *pro hac vice*

*Attorney for Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments,*