Carmine D. Boccuzzi, Jr. (pro hac vice)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
cboccuzzi@cgsh.com

Jennifer Kennedy Park (SBN 244888)
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
(650) 815-4100 (Phone)
jkpark@cgsh.com

*Counsel for Defendants
Robert Bosch GmbH and
Robert Bosch LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*<br><br>This document relates to:<br><br>*Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672-CRB<br><br>**DECLARATION OF PATRICK SWIBER IN SUPPORT OF BOSCH DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND OR, IN THE ALTERNATIVE, FOR A SUGGESTION OF REMAND AND MOTION TO STAY DEFENDANTS' SUMMARY JUDGMENT MOTION**<br><br>Hon. Charles R. Breyer<br><br>Hearing: November 15, 2024, 10:00am |

DECLARATION OF PATRICK SWIBER (MDL No. 2672 CRB)

I, Patrick Swiber, do hereby declare as follows:

1. I am an attorney at Cleary Gottlieb Steen & Hamilton LLP, counsel for Robert Bosch GmbH and Robert Bosch LLC (the "Bosch Defendants").

2. I submit this declaration on behalf of the Bosch Defendants in support of their Opposition to Plaintiffs' Motion to Remand or, in the Alternative, for a Suggestion of Remand and Motion to Stay Defendants' Summary Judgment Motion or, in the Alternative, for an Extension of Time. I have personal knowledge of the facts stated herein, and could and would testify competently to the matters stated.

3. The Bosch Defendants have provided Plaintiffs with document productions previously made in *In re Volkswagen "Clean Diesel" Mktg., Sales Pracs., and Prods. Liab. Litig.*, 2019 WL 6749534 (N.D. Cal. Dec. 6, 2019), *aff'd*, 842 F. App'x 112 (9th Cir. 2021) ("*Napleton*"), as well as more than two dozen deposition transcripts from *Napleton* and other matters in this MDL.

4. The Bosch Defendants served 80 requests for production to each of the Plaintiffs, focused primarily on Plaintiffs' alleged injuries and the multiple different ways in which Plaintiffs have already received ample compensation for any injuries they could conceivably claim here.

5. On April 30, 2018, the Parties served their responses and objections to their respective document requests.

6. On May 16, 2018, the Bosch Defendants made their initial production of 1,817,601 pages, and Plaintiffs made their initial production of 642 pages on May 24, 2018. Plaintiffs ultimately Plaintiffs produced more than 34,000 pages of documents.

7. Plaintiffs served interrogatories and requests for admission on the Bosch Defendants on February 2, 2024, and the Bosch Defendants responded and objected on April 12, 2024.

8. Thereafter, Plaintiffs raised what they view as deficiencies with the Bosch Defendants' responses to those discovery requests, which the parties have since discussed over the course of several months.

9. Attached hereto are true and correct copies of the following documents:

- Exhibit 1 is an email from Plaintiffs' counsel Joshua Cauhorn dated September 21, 2024.
- Exhibit 2 is an email chain between the Parties' counsel dated September 26, 2024–October 8, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2024 in New York, New York.

*/s/ Patrick Swiber*

Patrick Swiber