| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation* | LEAD CASE No. 15-md-02672-CRB |
| | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO REMAND OR, IN THE ALTERNATIVE, FOR A SUGGESTION OF REMAND AND MOTION TO STAY DEFENDANTS' SUMMARY JUDGMENT MOTION** |
| This document relates to: | |
| *Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:17-cv-3185-CRB | Hon. Charles R. Breyer |
| | Hearing: November 15, 2024, 10:00am |

Having considered the September 25, 2024 Motion to Remand or, in the Alternative, for a Suggestion of Remand and Motion to Stay Bosch's Summary Judgment Motion or, in the Alternative, for an Extension of Time, ECF No. 8231 ("Motion"), filed by Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc., the Court hereby **DENIES** the Motion.

**IT IS SO ORDERED.**

Dated: _____, 2024         _____

The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

[Proposed] Order Denying Plaintiffs' Motion to Remand Or, in the Alternative, for a Suggestion of Remand and Motion to Stay Defendants' Summary Judgment Motion  (MDL No. 2672 CRB)