| | |
|---|---|
| 1 | Patrice L. Bishop (182256) |
| 2 | ABRAHAM, FRUCHTER & TWERSKY, LLP |
| 3 | 9440 Santa Monica Blvd.<br>Bank of America Building |
| 4 | Suite 301<br>Beverly Hills, CA 90210 |
| 5 | Telephone:   (310) 279-5125<br>Email: pbishop@aftlaw.com |

*Attorney for Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) |
| This Document Relates To:<br><br>*BRS* v. *Volkswagen AG, et al.*, Case No. 16-cv-3435 ("Bondholders Securities Action") | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel on behalf of Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration ("Plaintiff"), and, on the other hand, Defendants Volkswagen AG, Volkswagen Group of America, Inc., Volkswagen Group of America Finance, Martin Winterkorn and Michael Horn that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action be and is hereby dismissed, with all Plaintiff's claims set forth therein dismissed with prejudice, and with each party to bear its own costs.

DATED: November 11, 2024

*s/ Mitchell M.Z. Twersky*
Mitchell M.Z. Twersky
ABRAHAM, FRUCHTER
& TWERSKY, LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655
Email: mtwersky@aftlaw.com

Patrice L. Bishop (182256)
ABRAHAM, FRUCHTER
& TWERSKY, LLP
9440 Santa Monica Blvd.
Bank of America Building
Suite 301
Beverly Hills, CA 90210
Tel: (310) 279-5125
Email: pbishop@aftlaw.com

*Attorneys for Plaintiff Puerto Rico Government Employees and Judiciary Retirement Systems Administration*

*s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
Suhana S. Han
William H. Wagener
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
Email: giuffrar@sullcrom.com

*Attorneys for Defendants Volkswagen AG, Volkswagen Group of America, Inc. and Volkswagen Group of America Finance, LLC*

*s/ Gregory P. Joseph*
Gregory P. Joseph
JOSEPH HAGE AARONSON LLC
800 Third Avenue, 30th Floor
New York, NY 10022
Tel: (212) 407-1210
Fax: (212) 407-1280
Email: gjoseph@jhany.com

*Attorney for Defendant Martin Winterkorn*

1

*s/ David Schertler*
David Schertler
SCHERTLER ONORATO MEAD
& SEARS
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004
Tel: (202) 628-4199
Fax: (202) 628-4177
Email: dschertler@schertlerlaw.com

*Attorney for Defendant Michael Horn*

\*     \*     \*

**O R D E R**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED: _____

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

2

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil L.R. 5-1(i)(3), I, Patrice L. Bishop, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  November 11, 2024              *s/ Patrice L. Bishop*