December 11, 2024

Dear Judge and Clerk

I filed this claim over four years ago. I would like disposition of my claim, as proposed by the entities that contacted me for settlement.

This letter is also being sent to Volkswagen Fuel Economy Settlement in Portland Oregon. I dont know of anything else to do except contact Attorney General.

Cordially
Stanley E. Wetherhote
314 353 9189
6420 Lavernell Ct
St Louis MO 63116

RECEIVED
DEC 20 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CLAIM FORM INSTRUCTIONS
*Volkswagen Fuel Economy Settlement Claim Form*

### Instructions for Completing the Enclosed Claim Form

Carefully read the instructions below, and the full Notice available at www.VWmpgSettlement.com, before filling out your Claim Form. To receive payment, you must submit the completed Claim Form with necessary documentation to the Claim Administrator no later than 30 days after the Settlement receives final approval. Under the currently proposed schedule, that would mean a deadline no later than March 29, 2020 if filing online, or postmarked by March 29, 2020 if filing by mail. Claim Forms submitted after the deadline will not be considered. **Although you can complete and return the enclosed Claim Form, the fastest way to submit a claim is online at www.VWmpgSettlement.com.**

If you have questions about this Claim Form, please visit the Settlement website at www.VWmpgSettlement.com for additional information. You may also contact the Claims Administrator at 1-855-942-0395, or info@VWmpgSettlement.com, with your questions.

To complete your Claim Form, you must include the following:

1. **Claim Information:** Please neatly print or type all information requested on the enclosed Claim Form. Submit only one Claim Form per Vehicle Identification Number (VIN).

2. **Documentation:** Include copies of all required documentation with your Claim Form submission. Documentation requirements vary based on the ownership or leaseholder status of the vehicle. Please carefully review the documentation requirements for your claim.

3. **Claim Submission:** The fastest way to submit a claim is online at www.VWmpgSettlement.com. **Your electronic claim must be submitted by March 29, 2020.** If you submit a paper Claim Form, it must be **postmarked no later than March 29, 2020**, and sent via U.S.P.S., addressed to:

   Volkswagen Fuel Economy Settlement
   Claims Administrator
   P.O. Box 3240
   Portland, OR 97208-3240

**Claim Verification:** All Claims are subject to verification. You will be notified if additional information is needed to verify your Claim.

**Assistance:** If you have questions concerning this Claim Form or need additional copies, contact the Claims Administrator at Volkswagen Fuel Economy Settlement, P.O. Box 3240, Portland, OR 97208-3240, via email at info@VWmpgSettlement.com, or by calling 1-855-942-0395.

**Do you need to file claims for more than 10 vehicles?** If you need to file Claims for more than 10 vehicles, please do not use this Claim Form. Instead, contact info@VWmpgSettlement.com for assistance in filing your Claim.

**PLEASE KEEP A COPY OF YOUR CLAIM FORM AND PROOF OF MAILING FOR YOUR RECORDS.**

Failure to submit the required documentation or to complete all parts of the Claim Form may result in denial of the claim, delay its processing, or otherwise adversely affect the Claim.

*[Handwritten note: Sent 4-10-20]*

---

If you have questions about this Claim Form, please visit
www.VWmpgSettlement.com, or call 1-855-942-0395

01-CA4745
Z0991 v.07

1

SE WETHERILL JR
6420 LAVERNELL CT
ST LOUIS MO 63119

CLERK OF
JUDGE CHARLES BRYER
PHILLIP BURTON FEDERAL BLDG.
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102

ATTN: COURT OF VW SETTLEMENTS        94102-391845

INSPECTED BY DEC 20 2024 U.S. MARSHALS SERVICE

RECEIVED DEC 20 2024 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

7022 0410 0001 4486 5248

Retail

U.S. POSTAGE PAID
FCM LETTER
SAINT LOUIS, MO 631
DEC 10, 2024
$5.86
RDC 99
S2322P501122-08
94102



CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE