UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION*<br><br>This Order Relates to:<br><br>*Iconic Motors, Inc. v. Volkswagen Group of America, Inc.*, No. 3:17-cv-3185-CRB | Case No. 3:15-md-02672-CRB<br><br>**STIPULATION ON REVISED BRIEFING SCHEDULE AND ALTERNATE HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION TO REMAND**<br><br>**Hon. Charles R. Breyer** |

WHEREAS, on September 11, 2024, Defendants Robert Bosch LLC and Robert Bosch GmbH (collectively, the "Bosch Defendants") filed their Motion for Summary Judgment [Doc. 8227].

WHEREAS, on September 25, 2024, Plaintiffs Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments Inc. (collectively, the "Iconic Plaintiffs" and together with the Bosch Defendants, the "Parties") filed their Motion To Remand Or, In The Alternative, For A Suggestion of Remand, and Motion To Stay Bosch's Summary Judgment Motion Or, In The Alternative, For An Extension Of Time [Doc. 8231] ("Motion to Remand").

WHEREAS, the Parties fully briefed the Motion to Remand.

WHEREAS, on December 6, 2024, the Court held a status conference wherein it set a briefing schedule for the Motion for Summary Judgment and hearing for the Motion for Summary Judgment and Motion to Remand for February 28, 2025.

WHEREAS, given the Iconic Plaintiffs' various other pressing deadlines and personal matters, the Parties conferred and came to agreement regarding a revised briefing schedule for the Motion for Summary Judgment and an alternate hearing date for both motions.

WHEREAS, the Parties have stipulated to a proposed schedule, subject to the Court's approval.

It is hereby STIPULATED:

1. The Parties respectfully request that the Court enter the proposed order attached as Exhibit A.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 7, 2025

/s/ *Joshua J. Cauhorn*

Ira M. Levin
ilevin@burkelaw.com, *pro hac vice*
Danielle J. Gould
dgould@burkelaw.com, *pro hac vice*
Joshua J. Cauhorn
jcauhorn@burkelaw.com , *pro hac vice*
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone:   312.840.7000
Facsimile:    312.840.7900
*Counsel for Plaintiffs Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc.*

Dated: January 7, 2025

/s/ / *Carmine D. Boccuzzi, Jr.*

Carmine D. Boccuzzi, Jr. (pro hac vice)
Patrick C. Swiber
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
cboccuzzi@cgsh.com
pswiber@cgsh.com

Jennifer Kennedy Park (SBN 244888)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
(650) 815-4100 (Phone)
jkpark@cgsh.com
*Counsel for Defendants Robert Bosch GmbH and Robert Bosch LLC*