UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Order Relates to:<br><br>*Iconic Motors, Inc. v. Volkswagen Group of America, Inc.*, No. 3:17-cv-3185-CRB | Case No. 3:15-md-02672-CRB<br><br>**[PROPOSED] ORDER: REVISED BRIEFING SCHEDULE AND ALTERNATE HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION TO REMAND**<br><br>**Hon. Charles R. Breyer** |

Defendants Robert Bosch GmbH and Robert Bosch LLC (collectively, the "Bosch Defendants") filed a Motion for Summary Judgment [Doc. 8227] as to claims by Plaintiffs Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc. (collectively, the "Iconic Plaintiffs" and together with the Bosch Defendants, the "Parties"). The Iconic Plaintiffs filed a Motion To Remand Or, In The Alternative, For A Suggestion of Remand, and Motion To Stay Bosch's Summary Judgment Motion Or, In The Alternative, For An Extension Of Time [Doc. 8231] ("Motion to Remand"), which the Parties fully briefed. The Court is currently scheduled to hear both the Motion for Summary Judgment and Motion to Remand on February 28, 2025. The Parties have stipulated to a revised briefing schedule on the Bosch Defendants' Motion for Summary Judgment and an alternate hearing date for both motions.

The Court, having considered the Parties' stipulation, orders as follows:

IT IS HEREBY ORDERED:

1. The February 28, 2025 hearing date and briefing schedule on the Bosch Defendants' Motion for Summary Judgment set forth in the Court's December 6, 2024 Order [Doc. 8244] is stricken.

2. The Iconic Plaintiffs shall file their Response to the Bosch Defendants' Motion for Summary Judgment on or before February 14, 2025.

3. The Bosch Defendants shall file any Reply in Support of their Motion for Summary Judgment on or before March 21, 2025.

-2-

4. Courtesy copies shall be delivered to the Court pursuant to the Court's Standing Order.

5. This matter is set for hearing on the Bosch Defendants' Motion for Summary Judgment and the Iconic Plaintiffs' Motion to Remand for April 11, 2025 at 10:00 am PST by videoconference. This proceeding will be held via a Zoom webinar.

Dated: _____          _____
                                                            Hon. Charles R. Breyer
                                                            United States District Judge