Ira M. Levin
 ilevin@burkelaw.com, *pro hac vice*
Danielle J. Gould
 dgould@burkelaw.com, *pro hac vice*
Joshua J. Cauhorn
 jcauhorn@burkelaw.com, *pro hac vice*
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone:  312.840.7000
Facsimile:   312.840.7900
*Attorneys for Plaintiffs*
ICONIC MOTORS, INC. d/b/a ELGIN VOLKSWAGEN
SLEVIN CAPITAL INVESTMENTS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*<br><br>This document relates to:<br><br>*Iconic Motors, Inc. v. Volkswagen Group of America, Inc.*, No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672- CRB<br><br>**DECLARATION OF JOSHUA J. CAUHORN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO HAVE EXHIBITS A-D AND F-G OF DECLARATION OF WILLIAM A. SLEVIN, GROUP EXHIBIT E TO OPPOSITION, AND PORTIONS OF FED. R. CIV. P. 56(d) DECLARATION TO PLAINTIFFS' OPPOSITION TO ROBERT BOSCH GMBH AND ROBERT BOSCH LLC'S MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |

1

2   I, Joshua J. Cauhorn, declare as follows:

3       1.    I am a partner with the law firm of Burke, Warren, MacKay & Serritella, P.C. and counsel of record for Plaintiffs, Iconic Motors, Inc. d/b/a Elgin Volkswagen ("Elgin VW") and Slevin Capital Investments, Inc. ("SCI") (collectively, I refer to Elgin VW and SCI as the "Iconic Plaintiffs"). I provide this declaration in support of the Iconic Plaintiffs' Administrative Motion to File Exhibits A-D and F-G of the Declaration of William A. Slevin ("Slevin Declaration"), Group Exhibit E, and Portions of the Fed. R. Civ. P. 56(d) Declaration of Joshua J. Cauhorn ("56(d) Declaration") to Plaintiffs' Opposition to Robert Bosch GmbH and Robert Bosch LLC's Motion for Summary Judgment ("Opposition") Under Seal Pursuant to Civil L.R. 79-5. I make this declaration pursuant to Civil Local Rules 7-11 and 79-5, and in support of filing Exhibits A-D and Exhibits F-G to the Slevin Declaration, Group Exhibit E to the Opposition, and the Portions of the 56(d) Declaration, and any references to them in the Slevin Declaration and Opposition, under seal.

    2.    On August 6, 2018, the Court approved and entered a Stipulated Protective Order ("Protective Order") in this matter. [Dkt. No. 5180.]

    3.    In this action, the Iconic Plaintiffs have produced certain documents designated as "Confidential" pursuant to the Protective Order.

    4.    On February 14, 2025, the Iconic Plaintiffs filed their Opposition, and, in support of same, attached the Declaration of William A. Slevin, president of Elgin VW and SCI. Mr. Slevin references and attaches certain documents in the Declaration that have been produced by the Iconic Plaintiffs and have been designated as "Confidential" pursuant to the Protective Order. Information from these documents is also discussed in the 56(d) Declaration. The documents for the Court's consideration are as follows:

2

Lead Case No. 15-md-02672- CRB
DECLARATION OF JOSHUA J. CAUHORN IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO HAVE EXHIBITS A-D AND F-G OF DECLARATION
OF WILLIAM A. SLEVIN, GROUP EXHIBIT E TO OPPOSITION, AND PORTIONS OF
FED. R. CIV. P. 56(d) DECLARATION TO PLAINTIFFS' OPPOSITION TO ROBERT
BOSCH GMBH AND ROBERT BOSCH LLC'S MOTION FOR SUMMARY JUDGMENT
FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5

| Exhibit # | Bates | Document Description |
|---|---|---|
| **Slevin Declaration** | | |
| Exhibit A | ICONIC000821-ICONIC000823 | A sales forecast sent to Mr. Slevin by Volkswagen Group of America, Inc. and Volkswagen Aktiengesellschaft (collectively, "VW") that details profit projections for the new dealership. |
| Group Exhibit B | ICONIC000489-ICONIC000501; and ICONIC000505-ICONIC000506 | Letter of Intent to enter into business arrangement and construct a dealership with VW; Amendment to Letter of Intent. |
| Group Exhibit C | ICONIC000009-ICONIC000012; ICONIC004779-ICONIC004832; | Escrow Trust Disbursement Statement for the real property located at 2630 Auto Mall Drive, Elgin, IL 60124 ("Property"); Real Estate Sale Agreement for the Property. |
| Group Exhibit D | ICONIC004633-ICONIC004667; ICONIC004669-ICONIC004681; ICONIC004689-ICONIC004707; ICONIC004709-ICONIC004732; ICONIC004682-ICONIC004688; and ICONIC004734-ICONIC004746 | Loan documentation from financial institutions for three loans taken to finance the purchase and construction of the Property, including contractual relationship with financial institutions and terms of the notes. |
| Group Exhibit F | ICONIC000779-ICONIC000780; ICONIC000816; and ICONIC002704-ICONIC002705 | Project Cost Summary for the Property; Elgin VW Dealership Project Cost Analysis for the Property; and SCI Construction Ledger Account. |

3

Lead Case No. 15-md-02672- CRB
DECLARATION OF JOSHUA J. CAUHORN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO HAVE EXHIBITS A-D AND F-G OF DECLARATION OF WILLIAM A. SLEVIN, GROUP EXHIBIT E TO OPPOSITION, AND PORTIONS OF FED. R. CIV. P. 56(d) DECLARATION TO PLAINTIFFS' OPPOSITION TO ROBERT BOSCH GMBH AND ROBERT BOSCH LLC'S MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5

| | | |
|---|---|---|
| Group Exhibit G | ICONIC004503-ICONIC004512; and ICONIC004513-ICONIC004543 | Elgin VW Financial Statements for the years 2015–2019 |
| **Group Exhibit D to Opposition** | | |
| Group Exhibit D | n/a | Bosch's Responses and Objections to Plaintiffs' Requests for Admission |
| **56(d) Declaration** | | |
| 56(d) Decl. | n/a | Certain portions that reference confidential information included in the Slevin Declaration. |

5. The Exhibits to the Slevin Declaration, including the information contained therein, have been designated by the Iconic Plaintiffs as "Confidential," pursuant to the Protective Order, because they contain confidential, nonpublic, and highly sensitive business information. They contain confidential, non-public information about projections of Elgin VW's sales performance, the Iconic Plaintiffs' business agreements, VW's and the Iconic Plaintiffs' competitive positions, and the Iconic Plaintiffs' financial statements and other financial information (including property and business valuation information, which could impede future business-sale negotiations). The documents contain information that remain important to the Iconic Plaintiffs' competitive positions. Upon information and belief, publicly disclosing this sensitive information would cause harm with respect to the Iconic Plaintiffs' competitors, vendors, customers, and any potential buyers, and would put the Iconic Plaintiffs at a competitive disadvantage with other dealerships. For these reasons, the documents outlined above contain "Highly Confidential Information" under Paragraph 2.8 of the Protective Order and are appropriately designated as "Confidential."

6. The 56(d) Declaration further references confidential information included in the Slevin Declaration and the above-noted exhibits.

4

Lead Case No. 15-md-02672- CRB
DECLARATION OF JOSHUA J. CAUHORN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO HAVE EXHIBITS A-D AND F-G OF DECLARATION OF WILLIAM A. SLEVIN, GROUP EXHIBIT E TO OPPOSITION, AND PORTIONS OF FED. R. CIV. P. 56(d) DECLARATION TO PLAINTIFFS' OPPOSITION TO ROBERT BOSCH GMBH AND ROBERT BOSCH LLC'S MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5

7.   Group Exhibit D to the Opposition includes Bosch's Responses and Objections to Plaintiffs' Requests for Admission, which are considered to be "Discovery Material" pursuant to Section 2.5 of the Protective Order [Dkt. 5180 at 2] and are presumed to be "Confidential Information" pursuant to Section 2.2 of the Protective Order. [*Id.* at 1.]

8.   Upon information and belief, there is not a less restrictive alternative to sealing the subject Exhibits and the information contained therein.

9.   Pursuant to Civil Local Rules 7-11 and 79-5, the Protective Order, and the considerations outlined herein, the portions of the Opposition and Declaration that contain, cite, or identify information from any of the above-mentioned exhibits, and the exhibits themselves, should be maintained under seal and redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of February, 2025, in Chicago, Illinois

_____
Joshua J. Cauhorn

5

Lead Case No. 15-md-02672- CRB
DECLARATION OF JOSHUA J. CAUHORN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO HAVE EXHIBITS A-D AND F-G OF DECLARATION OF WILLIAM A. SLEVIN, GROUP EXHIBIT E TO OPPOSITION, AND PORTIONS OF FED. R. CIV. P. 56(d) DECLARATION TO PLAINTIFFS' OPPOSITION TO ROBERT BOSCH GMBH AND ROBERT BOSCH LLC'S MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5