# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Order Relates to:<br><br>*Iconic Motors, Inc. v. Volkswagen Group of America, Inc.*, No. 3:17-cv-3185-CRB | Case No. 3:15-md-02672-CRB<br><br>**[PROPOSED] ORDER PURSUANT TO CIVIL L.R. 79-5 TO FILE DOCUMENTS UNDER SEAL IN DECLARATION OF WILLIAM A. SLEVIN AND ATTACHED TO PLAINTIFFS' OPPOSITION TO ROBERT BOSCH GMBH AND ROBERT BOSCH LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Hon. Charles R. Breyer** |

Plaintiffs, Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc. (collectively, "Iconic Plaintiffs"), have filed an Administrative Motion to File Exhibits A-D and Exhibits F-G attached to the Declaration of William A. Slevin ("Slevin Declaration"), Group Exhibit E, and Portions of the Fed. R. Civ. P. 56(d) Declaration of Joshua J. Cauhorn ("56(d) Declaration") attached to Plaintiffs' Opposition to Robert Bosch GmbH and Robert Bosch LLC's Motion for Summary Judgment (the "Opposition"), and any references to them, be filed under seal pursuant to Civil L.R. 79-5. The Iconic Plaintiffs have filed a Declaration in Support.

The Court, having considered the Iconic Plaintiffs' Administrative Motion and Declaration in Support, orders as follows:

IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion is GRANTED. The Clerk of the Court shall file under seal:

1. Exhibits A-D and Exhibits F-G attached to the Slevin Declaration, Group Exhibit E to the Opposition, and Portions of the 56(d) Declaration of Joshua J. Cauhorn attached the Opposition, and any references to these Exhibits or Declarations in the Opposition, shall remain under seal.

Dated: _____  _____
Hon. Charles R. Breyer
United States District Judge