Ira M. Levin
 ilevin@burkelaw.com, *pro hac vice*
Danielle J. Gould
 dgould@burkelaw.com, *pro hac vice*
Joshua J. Cauhorn
 jcauhorn@burkelaw.com, *pro hac vice*
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone:  312.840.7000
Facsimile:  312.840.7900
*Attorneys for Plaintiffs*
ICONIC MOTORS, INC. d/b/a ELGIN VOLKSWAGEN
SLEVIN CAPITAL INVESTMENTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*<br><br>This document relates to:<br><br>*Iconic Motors, Inc. v. Volkswagen Group of America, Inc.,* No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672- CRB<br><br>**DECLARATION OF JOSHUA J. CAUHORN IN SUPPORT OF PLAINTIFFS ICONIC MOTORS, INC. d/b/a ELGIN VOLKSWAGEN AND SLEVIN CAPITAL INVESTMENTS, INC.'S OPPOSITION TO ROBERT BOSCH GMBH AND ROBERT BOSCH LLC'S MOTION FOR SUMMARY JUDGMENT** |

I, Joshua J. Cauhorn, declare as follows:

1. I am a partner with the law firm of Burke, Warren, MacKay & Serritella, P.C. and one of the counsel of record for Plaintiffs, Iconic Motors, Inc. d/b/a Elgin Volkswagen ("Elgin VW") and Slevin Capital Investments, Inc. ("SCI") (collectively, the "Iconic Plaintiffs").

2. I submit this declaration on behalf of the Iconic Plaintiffs in support of their Opposition to Robert Bosch GmbH and Robert Bosch LLC's Motion for Summary Judgment.

3. Attached hereto are true and correct copies of the following documents:

- Exhibit B is the IAV GmbH Plea Agreement in U.S.D.C. E.D. Mich. No. 16-CR-20394.
- Exhibit C is the Oliver Schmidt Plea Agreement in U.S.D.C. E.D. Mich. No. 16-cr-20394.
- Group Exhibit E is Robert Bosch LLC's Responses & Objections to Iconic Motors, Inc.'s Requests for Admission and Robert Bosch GmbH's Responses & Objections to Iconic Motors, Inc.'s Requests for Admission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of February, 2025, in Chicago, Illinois

_____
Joshua J. Cauhorn

2

Lead Case No. 15-md-02672- CRB
DECLARATION OF JOSHUA J. CAUHORN IN SUPPORT OF PLAINTIFFS ICONIC MOTORS, INC. d/b/a ELGIN VOLKSWAGEN AND SLEVIN CAPITAL INVESTMENTS, INC.'S OPPOSITION TO ROBERT BOSCH GMBH AND ROBERT BOSCH LLC'S MOTION FOR SUMMARY JUDGMENT