# EXHIBIT A TO SLEVIN DECLARATION (FILED UNDER SEAL)