# GROUP EXHIBIT B TO SLEVIN DECLARATION
# (FILED UNDER SEAL)