# GROUP EXHIBIT C TO SLEVIN DECLARATION
# (FILED UNDER SEAL)