# GROUP EXHIBIT D TO SLEVIN DECLARATION
# (FILED UNDER SEAL)