# GROUP EXHIBIT F TO SLEVIN DECLARATION
# (FILED UNDER SEAL)