# GROUP EXHIBIT G TO SLEVIN DECLARATION
# (FILED UNDER SEAL)