**(FILED UNDER SEAL)**

# GROUP EXHIBIT E

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT