# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION*<br><br>This Order Relates to:<br><br>*Iconic Motors, Inc. v. Volkswagen Group of America, Inc.*, No. 3:17-cv-3185-CRB | Case No. 3:15-md-02672-CRB<br><br>**[PROPOSED] ORDER DENYING ROBERT BOSCH GMBH AND ROBERT BOSCH LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Hon. Charles R. Breyer** |

1  Having considered the September 11, 2024 Notice of Motion and Motion for Summary
2  Judgment ("Motion") of defendants Robert Bosch GmbH and Robert Bosch LLC (collectively,
3  "Bosch"), and all submissions made in support of and in opposition to it, the Court hereby DENIES
4  Bosch's Motion pursuant to Rule 56(a) of the Federal Rules of Civil Procedure.
5  IT IS HEREBY ORDERED that Bosch's Motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____     _____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge