Carmine D. Boccuzzi, Jr. (pro hac vice)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
cboccuzzi@cgsh.com

Jennifer Kennedy Park (SBN 244888)
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
(650) 815-4100 (Phone)
jkpark@cgsh.com

*Counsel for Defendants
Robert Bosch GmbH and
Robert Bosch LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation* | LEAD CASE No. 15-md-02672-CRB<br><br>**BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Hon. Charles R. Breyer |
| This document relates to:<br><br>*Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:17-cv-3185-CRB | |

      Pursuant to Local Civil Rule 79-5(c)-(f), Robert Bosch GmbH and Robert Bosch LLC (together, the "Bosch Defendants") request that portions of Group Exhibit E (the "Exhibit") to Plaintiffs Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc.'s Opposition to Robert Bosch GmbH and Robert Bosch LLC's Motion for Summary Judgment, ECF No. 8256 ("Opposition") remain under seal. *See* ECF No. 8256-13 (Exhibit).  On February 14, 2025, Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc. (together, "Plaintiffs") filed an administrative motion to seal various exhibits to the Opposition, including the Exhibit.  *See* ECF No. 8252.  The Court denied Plaintiffs' motion to seal the Exhibit without prejudice, pending a showing of "specific grounds to seal or redact" the Exhibit.  *See* ECF No. 8257.

      The Exhibit contains personally identifying information – including the names, contact information, and job titles – of current or former employees of the Bosch Defendants.  The Bosch Defendants respectfully request that the Court permit the redaction of personally identifying information of non-party employees of the Bosch Defendants, as proposed in **Exhibit 1** hereto, consistent with this Court's prior orders to that effect.[1]  *See* ECF Nos. 1767, 2059, 4049, 4104, 5223, 6321.  For the reasons explained in the Court's prior orders, good cause exists for sealing the personal information of non-parties. *See, e.g.*, ECF No. 1767 at 3-4 (granting the Bosch Defendants' motion to redact "names, job titles, and other identifying information" of non-party employees because "the disclosure of the non-party employees' names would infringe on those individuals' privacy rights" and the sealing of job titles "is [] necessary where the job title can identify the employee.").

---

[1] The Bosch Defendants will separately file a proposed public version of the Exhibit with redactions.

1  Dated: February 21, 2025

3  By: */s/ Carmine D. Boccuzzi, Jr.*
   Carmine D. Boccuzzi, Jr. (pro hac vice)
4  CLEARY GOTTLIEB STEEN &
   HAMILTON LLP
5  One Liberty Plaza
   New York, New York 10006
6  (212) 225-2000 (Phone)
   (212) 225-3999 (Facsimile)
7  cboccuzzi@cgsh.com

8  Jennifer Kennedy Park (SBN 244888)
   CLEARY GOTTLIEB STEEN &
9  HAMILTON LLP
   1841 Page Mill Road, Suite 250
10 Palo Alto, CA 94304
   (650) 815-4100 (Phone)
11 jkpark@cgsh.com

13 *Counsel for Defendants*
   *Robert Bosch GmbH and*
14 *Robert Bosch LLC*

- 2 -

# Certificate of Service

## [28 U.S.C. §1746]

Re: Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.

I, Erika J. Davis, Managing Attorney in the Washington, DC office of Cleary Gottlieb Steen & Hamilton LLP, declare that I served the following documents by email on counsel listed below:

- Exhibit 1: Unredacted Proposed Redactions to Group Exhibit E

Ira M. Levin
**Burke Warren MacKay and Serritella, P.C.**
330 North Wabash Avenue
21st Floor
Chicago, IL 60611
Email: ilevin@burkelaw.com

Andrew Douglas LeMar
**Burke Warren MacKay & Serritella PC**
330 N. Wabash Avenue
22nd Floor
Chicago, IL 60611-3607
Email: alemar@burkelaw.com

Danielle Jean Gould
**Burke Warren Mackay & Serritella, P.C.**
330 North Wabash, 22nd Floor
Chicago, IL 60611
Email: dgould@burkelaw.com

Eric Peter VanderPloeg
**Burke, Warren, MacKay, Serritella, P.C.**
330 N. Wabash Ave.
21st Floor
Chicago, IL 60611
Email: evanderploeg@burkelaw.com

*Counsel for Iconic Motors, Inc. and Slevin Capital Investments, Inc.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2025 in Washington, DC.

Erika J. Davis