# EXHIBIT 2
# Declaration of Patrick Swiber

| | |
|---|---|
| 1 | Carmine D. Boccuzzi, Jr. (pro hac vice) |
| 2 | Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza |
| 3 | New York, New York 10006<br>(212) 225-2000 (Phone) |
| 4 | (212) 225-3999 (Facsimile) |
| 5 | cboccuzzi@cgsh.com |
| 6 | Jennifer Kennedy Park (SBN 244888)<br>Cleary Gottlieb Steen & Hamilton LLP |
| 7 | 1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304 |
| 8 | (650) 815-4100 (Phone)<br>jkpark@cgsh.com |
| 9 | |
| 10 | *Counsel for Defendants*<br>*Robert Bosch GmbH and* |
| 11 | *Robert Bosch LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*<br><br>This document relates to:<br><br>*Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672-CRB<br><br>**DECLARATION OF PATRICK SWIBER IN SUPPORT OF BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Hon. Charles R. Breyer |

DECLARATION OF PATRICK SWIBER (MDL No. 2672 CRB)

I, Patrick Swiber, do hereby declare as follows:

1. I am an attorney at Cleary Gottlieb Steen & Hamilton LLP, counsel for Robert Bosch GmbH and Robert Bosch LLC (the "Bosch Defendants").

2. Pursuant to Civil Local Rule 79-5(e)(1), I submit this declaration in support of the Bosch Defendants' Administrative Motion to Seal (the "Motion"). The Bosch Defendants request that portions of Group Exhibit E (the "Exhibit") to Plaintiffs Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc.'s Opposition to Robert Bosch GmbH and Robert Bosch LLC's Motion for Summary Judgment, ECF No. 8256-13, remain under seal. I have personal knowledge of the facts stated herein and could and would testify competently to the matters stated.

3. The Exhibit contains personally identifying information – including the names, contact information, and job titles – of current or former employees of the Bosch Defendants. The Bosch Defendants respectfully request that the Court permit the redaction of personally identifying information of non-party employees of the Bosch Defendants, consistent with this Court's prior orders to that effect. *See* ECF Nos. 1767, 2059, 4049, 4104, 5223, 6321. For the reasons explained in the Court's prior orders, good cause exists for sealing the personal information of non-parties. *See, e.g.*, ECF No. 1767 at 3-4 (granting the Bosch Defendants' motion to redact "names, job titles, and other identifying information" of non-party employees because "the disclosure of the non-party employees' names would infringe on those individuals' privacy rights" and the sealing of job titles "is [] necessary where the job title can identify the employee.").

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2025 in New York, New York.

_____
Patrick Swiber