# EXHIBIT 3
# Proposed Order

1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation* | LEAD CASE No. 15-md-02672-CRB |
|---|---|
| | **[PROPOSED] ORDER GRANTING BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |
| This document relates to: | Hon. Charles R. Breyer |
| *Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:17-cv-3185-CRB | |

Having considered the Bosch Defendants' February 21, 2025 Administrative Motion to Seal (the "Motion"), the Court hereby grants the Motion pursuant to Local Rule 79-5(c)-(f).

IT IS HEREBY ORDERED THAT the following materials, or portions thereof, may be filed under seal:

| Document | Sealable Portions |
|---|---|
| **Group Exhibit E to Plaintiff Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc.'s Opposition to Robert Bosch GmbH and Robert Bosch LLC's Motion for Summary Judgment** | Redacted Portions of Document |

**IT IS SO ORDERED.**

Dated: _____, 2025     _____

The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE