Carmine D. Boccuzzi, Jr. (pro hac vice)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
cboccuzzi@cgsh.com

Jennifer Kennedy Park (SBN 244888)
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
(650) 815-4100 (Phone)
jkpark@cgsh.com

*Counsel for Defendants
Robert Bosch GmbH and
Robert Bosch LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation* <br><br> This document relates to: <br><br> *Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672-CRB <br><br> **BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Hon. Charles R. Breyer |

Pursuant to Local Civil Rule 79-5(d)-(f), Robert Bosch GmbH and Robert Bosch LLC (together, the "Bosch Defendants") seek leave to file under seal portions of their Reply in Support of Motion for Summary Judgment ("Brief").

The Brief contains information from documents Plaintiffs have designated "Confidential" under the Stipulated Protective Order Governing Individual Dealer Actions, ECF No. 5180 ("Protective Order"). Paragraph 12.3 of the Protective Order prohibits the Bosch Defendants from filing this information publicly without written permission from the designating party. The Bosch Defendants therefore respectfully seek leave to file these materials under seal to permit Plaintiffs the opportunity to justify continued sealing under Local Civil Rules 79-5(c) & (f)(3).

Dated: March 21, 2025

By: /s/ Carmine D. Boccuzzi, Jr.
Carmine D. Boccuzzi, Jr. (pro hac vice)
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
cboccuzzi@cgsh.com

Jennifer Kennedy Park (SBN 244888)
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
(650) 815-4100 (Phone)
jkpark@cgsh.com

*Counsel for Defendants*
*Robert Bosch GmbH and*
*Robert Bosch LLC*

- 1 -

BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED  (MDL NO. 2672 CRB)

## Certificate of Service

### [28 U.S.C. §1746]

Re: <u>Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.</u>

    I, Clay McKeon, Senior Docket Clerk in the Washington, DC office of Cleary Gottlieb Steen & Hamilton LLP, declare that I served the following document(s) by email on counsel listed below:

- Robert Bosch GmbH and Robert Bosch LLC's Reply in Support of Motion for Summary Judgment

Ira M. Levin
**Burke Warren MacKay and Serritella, P.C.**
330 North Wabash Avenue
21st Floor
Chicago, IL 60611
Email: ilevin@burkelaw.com

Andrew Douglas LeMar
**Burke Warren MacKay & Serritella PC**
330 N. Wabash Avenue
22nd Floor
Chicago, IL 60611-3607
Email: alemar@burkelaw.com

Danielle Jean Gould
**Burke Warren Mackay & Serritella, P.C.**
330 North Wabash, 22nd Floor
Chicago, IL 60611
Email: dgould@burkelaw.com

Eric Peter VanderPloeg
**Burke, Warren, MacKay, Serritella, P.C.**
330 N. Wabash Ave.
21st Floor
Chicago, IL 60611
Email: evanderploeg@burkelaw.com

*Counsel for Iconic Motors, Inc. and Slevin Capital Investments, Inc.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2025 in Washington, DC.

Dated: March 21, 2025

                                            Clay McKeon

BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (MDL NO. 2672 CRB)