1  Carmine D. Boccuzzi, Jr. (pro hac vice)
   Cleary Gottlieb Steen & Hamilton LLP
2  One Liberty Plaza
   New York, New York 10006
3  (212) 225-2000 (Phone)
   (212) 225-3999 (Facsimile)
4  cboccuzzi@cgsh.com
5
   Jennifer Kennedy Park (SBN 244888)
6  Cleary Gottlieb Steen & Hamilton LLP
   1841 Page Mill Road, Suite 250
7  Palo Alto, CA 94304
   (650) 815-4100 (Phone)
8  jkpark@cgsh.com
9
   *Counsel for Defendants*
10 *Robert Bosch GmbH and*
   *Robert Bosch LLC*
11

12
13              **UNITED STATES DISTRICT COURT**
14              **NORTHERN DISTRICT OF CALIFORNIA**

15 | *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation* | LEAD CASE No. 15-md-02672-CRB |
   |---|---|
   | | **DECLARATION OF PATRICK SWIBER IN SUPPORT OF BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
   | This document relates to: | |
   | *Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:17-cv-3185-CRB | Hon. Charles R. Breyer |

DECLARATION OF PATRICK SWIBER (MDL No. 2672 CRB)

I, Patrick Swiber, do hereby declare as follows:

1. I am an attorney at Cleary Gottlieb Steen & Hamilton LLP, counsel for Robert Bosch GmbH and Robert Bosch LLC (the "Bosch Defendants").

2. Pursuant to Civil Local Rule 79-5(d)-(f), I submit this declaration in support of the Bosch Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The Bosch Defendants request that portions of their Reply in Support of Motion for Summary Judgment ("Brief"), remain under seal. I have personal knowledge of the facts stated herein and could and would testify competently to the matters stated.

3. The Brief contains information from documents Plaintiffs have designated "Confidential" under the Stipulated Protective Order Governing Individual Dealer Actions, ECF No. 5180 ("Protective Order"). Paragraph 12.3 of the Protective Order prohibits the Bosch Defendants from filing this information publicly without written permission from the designating party. The Bosch Defendants therefore respectfully seek leave to file these materials under seal to permit Plaintiffs the opportunity to justify continued sealing under Local Civil Rules 79-5(c) & (f)(3).

4. Pursuant to Local Civil Rule 79-5(e)(2), attached as Attachment 1 is an unredacted version of the Brief with the portions sought to be redacted highlighted in yellow.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2025 in New York, New York.

*/s/ Patrick Swiber*

Patrick Swiber