1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*<br><br>This document relates to:<br><br>*Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672-CRB<br><br>**[PROPOSED] ORDER GRANTING BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hon. Charles R. Breyer |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (MDL NO. 2672 CRB)

Having considered the Bosch Defendants' March 21, 2025 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion"), the Court hereby grants the Motion pursuant to Local Rule 79-5(d)-(f).

IT IS HEREBY ORDERED THAT the following materials, or portions thereof, may be filed under seal pending a submission by Plaintiffs pursuant to Local Civil Rules 79-5(c) & (f)(3):

| Document | Sealable Portions |
|---|---|
| **Robert Bosch GmbH and Robert Bosch LLC's Reply in Support of Motion for Summary Judgment** | Redacted Portions of Document |

**IT IS SO ORDERED.**

Dated: _____, 2025           _____

The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (MDL NO. 2672 CRB)