Ira M. Levin
 ilevin@burkelaw.com, *pro hac vice*
Danielle J. Gould
 dgould@burkelaw.com, *pro hac vice*
Joshua J. Cauhorn
 jcauhorn@burkelaw.com, *pro hac vice*
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone:   312.840.7000
Facsimile:    312.840.7900
*Attorneys for Plaintiffs*
ICONIC MOTORS, INC. d/b/a ELGIN VOLKSWAGEN
SLEVIN CAPITAL INVESTMENTS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*<br><br>This document relates to:<br><br>*Iconic Motors, Inc. v. Volkswagen Group of America, Inc.,* No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672- CRB<br><br>**PLAINTIFFS' NOTICE OF ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R.7-11 TO HAVE CERTAIN PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BE FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5**<br><br>by Plaintiffs:<br><br>Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc.<br><br>Hon. Charles R. Breyer |

Plaintiffs, Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc., respectfully request, pursuant to Civil L.R. 7-11, that the Court enter an order that certain portions of Defendants Robert Bosch GmbH and Robert Bosch LLC's Reply in Support of Motion for Summary Judgment be filed under seal pursuant to Civil L.R. 79-5. Plaintiffs have a legitimate private interest that warrants sealing, will suffer injury if not sealed, and are unaware of a less restrictive alternative. As set forth in the accompanying Declaration of Danielle J. Gould in Support of Defendants' Administrative Request Pursuant to Civil L.R. 79-5, good cause exists for sealing the information designated therein.

Dated: March 28, 2025                    Respectfully submitted,

                                         */s/ Danielle J. Gould*
                                         Ira M. Levin
                                         ilevin@burkelaw.com, *pro hac vice*
                                         Danielle J. Gould
                                         dgould@burkelaw.com, *pro hac vice*
                                         Joshua J. Cauhorn
                                         jcauhorn@burkelaw.com, *pro hac vice*
                                         BURKE, WARREN, MACKAY & SERRITELLA, P.C.
                                         330 North Wabash Avenue, 21st Floor
                                         Chicago, Illinois 60611
                                         Telephone:     312.840.7000
                                         Facsimile:     312.840.7900

                                         *Attorneys for Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Danielle J. Gould*
DANIELLE J. GOULD, *pro hac vice*

*Attorney for Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments,*

3