Ira M. Levin
 ilevin@burkelaw.com, *pro hac vice*
Danielle J. Gould
 dgould@burkelaw.com, *pro hac vice*
Joshua J. Cauhorn
 jcauhorn@burkelaw.com, *pro hac vice*
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone:   312.840.7000
Facsimile:   312.840.7900
*Attorneys for Plaintiffs*
ICONIC MOTORS, INC. d/b/a ELGIN VOLKSWAGEN
SLEVIN CAPITAL INVESTMENTS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*<br><br>This document relates to:<br><br>*Iconic Motors, Inc. v. Volkswagen Group of America, Inc.,* No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672- CRB<br><br>**DECLARATION OF DANIELLE J. GOULD IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 79-5 TO HAVE CERTAIN PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |

I, Danielle J. Gould, declare as follows:

1.      I am a partner with the law firm of Burke, Warren, MacKay & Serritella, P.C. and counsel of record for Plaintiffs, Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc. I provide this declaration in response to Defendants Robert Bosch GmbH and Robert Bosch LLC's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in support of Defendants' Reply in Support Motion for Summary Judgment. Except where stated on information and belief, I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, I can and will testify competently under oath to all such facts. I make this declaration pursuant to Civil Local Rules 7-11 and 79-5, as counsel for the "Designating Party," as outlined in Civil Local Rule 79-5(f)(3), and in support of maintaining said portions of Defendants' Reply in Support of Motion for Summary Judgment under seal.

2.      On August 6, 2018, the Court approved and entered a Stipulated Protective Order (Dkt. No. 5180) ("Protective Order") in this matter.

3.      In this action, Plaintiffs have produced certain documents designated as "Confidential" pursuant to the Protective Order.

4.      On March 21, 2025 Defendants filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, pursuant to Civil Local Rule 79-5(f), regarding certain confidential information arising from documents produced by Plaintiffs. The information for the Court's consideration are argument and facts deriving from Plaintiffs' confidential settlement with Volkswagen, argument and facts deriving from Plaintiffs' profits and losses (which have been filed under seal through the Declaration of William A. Slevin [Dkt. 8256-2] and accepted by the Court),

and argument and facts deriving from two property appraisals obtained for the property at-issue in this lawsuit.

5.    All of the information above has either been designated by Plaintiffs as "Confidential," pursuant to the Protective Order, previously sealed by the Court, or both. This is because the information is confidential, nonpublic, and includes highly sensitive business information. The information derives from confidential, non-public documents which incorporate the Plaintiffs' sales practices, Plaintiffs' business and supply agreements, Volkswagen's and Plaintiffs' competitive positions, subsequent remedial measures enacted by Volkswagen and Plaintiffs in response to the emissions scandal, Plaintiffs' financial information (including property and business evaluation, which could impede future business-sale negotiations), and information that is subject to a confidential settlement agreement between Plaintiffs and Volkswagen of America, Inc. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Plaintiffs' relationships with past, present, and future consumers, would cause harm with respect to the Plaintiffs' competitors and customers, and would put Plaintiffs at a competitive disadvantage with other dealerships. For these reasons, as well as others, the information outlined above contain "Highly Confidential Information" under Paragraph 2.8 of the Protective Order and are appropriately designated as "Confidential."

6.    Upon information and belief, there is not a less restrictive alternative to sealing the subject information contained in Defendants' Reply in Support of Motion for Summary Judgment, which has been identified by Defendants.

7.    Pursuant to Civil Local Rules 7-11 and 79-5, the Protective Order, and the considerations outlined herein, the portions of Defendants' Reply in Support of Motion for Summary

Lead Case No. 15-md-02672- CRB
DECLARATION OF DANIELLE J. GOULD TO HAVE PORTIONS OF DEFENDANTS'
REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED UNDER SEAL

1  Judgment that contain, cite, or identify information involving the above-mentioned document
2  sources should be maintained under seal and redacted.
3          I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.
5
6
7
8          Executed this 28th day of March, 2025, in Chicago, Illinois
9
10
11                                              /s/Danielle J. Gould
                                                Danielle J. Gould
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                              4

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on March 28, 2025, the within document was filed with the Clerk of

3  Court using CM/ECF which will send notification of such filing to the attorneys of record in this

4  case.

5

6                                        /s/ Danielle J. Gould
                                         DANIELLE J. GOULD, *pro hac vice*
7
                                         *Attorney for Iconic Motors, Inc. d/b/a Elgin*
8                                        *Volkswagen and Slevin Capital Investments, Inc*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5