# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Order Relates to:<br><br>*Iconic Motors, Inc. v. Volkswagen Group of America, Inc.*, No. 3:17-cv-3185-CRB | Case No. 3:15-md-02672-CRB<br><br>**[PROPOSED] ORDER PURSUANT TO CIVIL L.R.79-5 TO FILE CERTAIN PORTIONS UNDER SEAL IN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Charles R. Breyer |

Defendants, Robert Bosch GmBH and Robert Bosch LLC, have filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, pursuant to Civil Local Rule 79-5(f). Plaintiffs, Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc., have filed a Notice and Declaration in Support to Have Certain Portions of Defendants' Reply in Support of Motion for Summary Judgment Filed Under Seal ("Plaintiffs' Declaration").

The Court, having considered Plaintiffs' Declaration, authored and signed by Danielle J. Gould, in support of filing certain portions of Defendants' Reply in Support of Motion for Summary Judgment under seal, orders as follows:

IT IS HEREBY ORDERED that Plaintiffs' Request is GRANTED. The Clerk of the Court shall file under seal:

1. Defendants' references to information from documents produced by Plaintiffs which they have designated "Confidential" in Defendants' Reply in Support of Motion for Summary Judgment.

Dated: _____          _____
                                                                   Hon. Charles R. Breyer
                                                                   United States District Judge