1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*<br><br>This document relates to:<br><br>*Iconic Motors, Inc., et al. v. Volkswagen Group of America, Inc., et al.*, No. 3:17-cv-3185-CRB | LEAD CASE No. 15-md-02672-CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING BOSCH DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Hon. Charles R. Breyer |

1  Having considered the Bosch Defendants' February 21, 2025 Administrative Motion to
2  Seal (the "Motion"), the Court hereby grants the Motion pursuant to Local Rule 79-5(c)-(f).
3  IT IS HEREBY ORDERED THAT the following materials, or portions thereof, may be
4  filed under seal:

| Document | Sealable Portions |
|---|---|
| Group Exhibit E to Plaintiff Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc.'s Opposition to Robert Bosch GmbH and Robert Bosch LLC's Motion for Summary Judgment | Redacted Portions of Document |

IT IS SO ORDERED.

Dated: __April 2, 2025__, 2025    _____

The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

- 1 -

[Proposed] Order Granting Bosch Defendants' Administrative Motion to Seal (MDL No. 2672 CRB)