IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to Case No. 17-cv-3185-CRB | Lead Case No. 15-md-02672-CRB<br><br>**JUDGMENT** |

Having granted Defendants Robert Bosch GmbH and Robert Bosch LLC's motion for summary judgment filed in Case No. 17-cv-3185-CRB, the Court hereby enters judgment for the Bosch Defendants and against Plaintiffs Iconic Motors, Inc. and Slevin Capital Investments, Inc.

**IT IS SO ORDERED.**

Dated: April 10, 2025

CHARLES R. BREYER
United States District Judge