# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF Northern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 15-md-02672-CRB (MDL)  3:17-cv-3185-CRB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 05/18/2017

Date of judgment or order you are appealing: 04/10/2025

Docket entry number of judgment or order you are appealing: 8269 & 8270
Ex. A   Ex. B

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Iconic Motors, Inc. d/b/a Elgin Volkswagen and
Slevin Capital Investments, Inc.

Is this a cross-appeal?  ○ Yes   ● No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ● No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

330 N Wabash Ave.

21st Floor

City: Chicago   State: IL   Zip Code: 60611

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Danielle J. Gould   **Date** 5/7/2025

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                     Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc. |

Name(s) of counsel (if any):

| |
|---|
| Danielle J. Gould<br>Burke, Warren, MacKay & Serritella, P.C. |

Address: 330 N Wabash, 21st Floor, Chicago, IL 60611

Telephone number(s): (312) 840-7000

Email(s): dgould@burkelaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Robert Bosch GmbH and<br>Robert Bosch LLC |

Name(s) of counsel (if any):

| |
|---|
| Carmine D. Boccuzzi, Jr.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP |

Address: One Liberty Plaza, New York, New York 10006

Telephone number(s): (212) 225-2000

Email(s): cboccuzzi@cgsh.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　　2　　　　　　　　　　　　　　　*New 12/01/2018*