Elizabeth J. Cabraser (State Bar No. 083151)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
ecabraser@lchb.com

*Plaintiffs' Lead Counsel*

Robert J. Giuffra, Jr. (*pro hac vice*)
giuffrar@sullcrom.com
Sharon L. Nelles (*pro hac vice*)
nelless@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Volkswagen AG and Volkswagen Group of America, Inc.*

Carmine D. Boccuzzi (pro hac vice)
cboccuzzi@cgsh.com
CLEARY GOTTLIEB LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Defendants Robert Bosch GmbH and Robert Bosch LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2672 CRB<br><br>The Honorable Charles R. Breyer<br><br>**SUGGESTION OF GRATITUDE** |

3459053.2

On behalf of the Plaintiffs' Steering Committee and the consumers affected by the Volkswagen emissions matter, Plaintiffs' Lead Counsel, along with Lead Counsel for the Volkswagen Defendants and Lead Counsel for the Bosch Defendants, respectfully submit this Suggestion of Gratitude following the passing of Settlement Master Robert S. Mueller III. As this Court predicted upon his appointment, Mr. Mueller brought to these proceedings his hallmark blend of decency, honor, and integrity. His authority and credibility with multiple constituencies enabled the parties—a unique array of varied interests, including major international corporations, multiple federal agencies, the States' attorneys general, and nationwide consumer classes—to bridge seemingly insurmountable divides, and ultimately to submit for Court approval a series of settlements comprising one of the most successful resolutions of civil litigation in U.S. history. The legal community has lost a titan. We offer our sincerest gratitude to Mr. Mueller for his service, our appreciation for the extraordinary outcome achieved in this case, and our deepest condolences to his family.

Dated: March 25, 2026

Respectfully submitted,

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
E-mail: ecabraser@lchb.com

*Plaintiffs' Lead Counsel on behalf of the
Plaintiffs' Steering Committee*

Benjamin L. Bailey
BAILEY GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: 304.345.6555
Facsimile: 304.342.1110
E-mail: bbailey@baileyglasser.com

Roland K. Tellis
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 214.521.3605
Facsimile: 214.279.9915
E-mail: rtellis@baronbudd.com

W. Daniel "Dee" Miles III
BEASLEY ALLEN LAW FIRM
218 Commerce Street
Montgomery, AL 36104
Telephone: 800.898.2034
Facsimile: 334.954.7555

Lesley E. Weaver
Stranch, Jennings & Garvey PLLC,
1111 Broadway, Ste 300,
Oakland, CA 94607
Telephone: 341.217.0550
Email: lweaver@stranchlaw.com

- 1 -

SUGGESTION OF GRATITUDE
MDL 2672 CRB

E-mail: dee.miles@beasleyallen.com

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY  10504
Telephone: 914.749.8200
Facsimile:  914.749.8300
E-mail: dboies@bsfllp.com

J Gerard Stranch IV
Stranch, Jennings & Garvey PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Telephone: 615.254.8801
Facsimile: 615.250.3937
E-mail: gerards@bsjfirm.com

James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO P.C.
5 Becker Farm Road
Roseland, NJ  07068-1739
Telephone: 973.994.1700
Facsimile:  973.994.1744
E-mail: jcecchi@carellabyrne.com

David Seabold Casey, Jr.
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, CA  92101-1486
Telephone:  619.391.1877
Facsimile:  619.544.9232
E-mail: dcasey@cglaw.com

Frank Mario Pitre
COTCHETT PITRE & McCARTHY LLP
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: 650.697.6000
Facsimile:  650.697.0577
E-mail: fpitre@cpmlegal.com

Rosemary M. Rivas, Esq.
Gibbs Mura LLP,
1111 Broadway, Ste 2100,
Oakland, CA 94607-4036
Telephone: 510.350.9700
Fascimile:  510.350.9701
Email:  rmr@classlawgroup.com

Adam J. Levitt
DICELLO LEVITT & CASEY LLC
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois  60602
Telephone:  312.214.7900
E-mail: alevitt@dicellolevitt.com

Steve W. Berman
HAGENS BERMAN
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone: 206.623.7292
Facsimile:  206.623.0594
E-mail: steve@hbsslaw.com

Michael D. Hausfeld
HAUSFELD
1700 K Street, N.W., Suite 650
Washington, DC  20006
Telephone: 202.540.7200
Facsimile:  202.540.7201
E-mail: mhausfeld@hausfeld.com

Michael Everett Heygood
HEYGOOD, ORR & PEARSON
6363 North State Highway 161, Suite 450
Irving, TX  75038
Telephone: 214.237.9001
Facsimile:  214.237.-9002
E-mail: michael@hop-law.com

Lynn Lincoln Sarko
KELLER ROHRBACK L.L.P.
1201 3rd Avenue, Suite 3400
Seattle, WA  98101-3052
Telephone: 206.623.1900
Facsimile:  206.623.3384
E-mail: lsarko@kellerrohrback.com

Joseph F. Rice
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Telephone: 843.216.9000
Facsimile:  843.216.9450
E-mail: jrice@motleyrice.com

Paul J. Geller
ROBBINS GELLER RUDMAN &
DOWD LLP
225 NE Mizner Boulevard, Suite 720

Roxanne Barton Conlin
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street
Des Moines, IA  50321

- 2 -

Boca Raton, FL 33432
Telephone: 561.750.3000
Facsimile:  561.750.3364
E-mail: pgeller@rgrdlaw.com

Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone:  (973) -639-9100
Facsimile:  (973) -584-9393
E-mail: cseeger@seegerweiss.com

Robin L. Greenwald
WEITZ & LUXENBERG P.C.
700 Broadway
New York, NY  10003
Telephone: 212.558.5500
Facsimile:  212.344.5461
E-mail: rgreenwald@weitzlux.com

Telephone: 515.283.1111
Facsimile:  515.282.0477
E-mail: roxlaw@aol.com

Jayne Conroy
SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, NY  10016-7416
Telephone: 212.257.8482
Facsimile:  212.213.5949
E-mail: jconroy@simmonsfirm.com

*Plaintiffs' Steering Committee*

Dated: March 25, 2026

/s/  *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr. (pro hac vice)
giuffrar@sullcrom.com
Sharon L. Nelles (pro hac vice)
nelless@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Volkswagen AG and Volkswagen Group of America, Inc.*

Dated: March 25, 2026

/s/  *Carmine D. Boccuzz, Jr.*
Carmine D. Boccuzzi (pro hac vice)
cboccuzzi@cgsh.com
CLEARY GOTTLIEB LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Defendants Robert Bosch GmbH and Robert Bosch LLC*

## **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated:  March 25, 2026                              LIEFF CABRASER HEIMANN &
                                                    BERNSTEIN, LLP


                                                    */s/Elizabeth J. Cabraser*
                                                    Elizabeth J. Cabraser

3459053.2                                                    SUGGESTION OF GRATITUDE
                                                             MDL 2672 CRB