Christopher J. Stanley (*admitted pro hac vice*)
Peter R. Jerdee (*admitted pro hac vice*)
Benjamin A. Taylor (*admitted pro hac vice*)
JOSEPH HAGE AARONSON LLC
800 Third Avenue, 30th Floor
New York, New York 10022
Telephone: (212) 407-1200
Facsimile: (212) 407-1269

*Attorneys for Defendant Martin Winterkorn*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:15-md-02672-CRB<br><br>MDL No. 2672 |
| This Document Relates to:<br><br>ALL ACTIONS | **DEFENDANT MARTIN WINTERKORN'S MOTION TO WITHDRAW APPEARANCES OF CHRISTOPHER J. STANLEY, PETER R. JERDEE, AND BENJAMIN A. TAYLOR**<br><br>Judge: The Honorable Charles R. Breyer |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Joseph Hage Aaronson LLC ("JHA") is ceasing operations as a law firm on August 27, 2026. Christopher J. Stanley, Peter R. Jerdee, and Benjamin A. Taylor, attorneys at JHA, are counsel of record for Defendant Martin A. Winterkorn ("Winterkorn") in this matter. Effective August 28, 2026, Messrs. Stanley, Jerdee, and Taylor will be joining the law firm Leventhal Stanley & Taylor PLLC ("LST"). However, because Winterkorn is no longer named as a Defendant in any pending actions in this matter, Messrs. Stanley, Jerdee, and Taylor as attorneys in LST will not be entering appearances in this matter on behalf of Winterkorn.

Accordingly, Winterkorn moves to withdraw the appearances of Messrs. Stanley, Jerdee, and Taylor as counsel of record in this matter.

Pursuant to L.R. 11-5(a), submitted herewith is a [Proposed] Order Granting Withdrawal of Counsel.

Dated: August 18, 2026

Respectfully submitted,

JOSEPH HAGE AARONSON LLC

By: /s/ *Christopher J. Stanley*

Christopher J. Stanley (*admitted pro hac vice*)
Peter R. Jerdee (*admitted pro hac vice*)
Benjamin A. Taylor (*admitted pro hac vice*)
800 Third Avenue, 30th Floor
New York, New York 10022
Tel: (212) 407-1200
Fax: (212) 407-1269

*Attorneys for Defendant Martin Winterkorn*

2004303