**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:15-md-02672-CRB<br><br>MDL No. 2672 |
| This Document Relates to:<br><br>ALL ACTIONS | **[~~PROPOSED~~] ORDER GRANTING DEFENDANT MARTIN WINTERKORN'S MOTION TO WITHDRAW APPEARANCES OF CHRISTOPHER J. STANLEY, PETER R. JERDEE, AND BENJAMIN A. TAYLOR**<br><br>Judge: The Honorable Charles R. Breyer |

Upon consideration of Defendant Martin A. Winterkorn's Motion to Withdraw Appearances of Christopher J. Stanley, Peter R. Jerdee, and Benjamin A. Taylor, it is HEREBY ORDERED that Christopher J. Stanley, Peter R. Jerdee, and Benjamin A. Taylor are hereby withdrawn as counsel of record for Defendant Martin A. Winterkorn. The Clerk of the Court is directed to remove Christopher J. Stanley, Peter R. Jerdee, and Benjamin A. Taylor from the record and from the Court's ECF notification in this case.

Dated: August 31, 2026

Hon. Charles R. Breyer
United States District Judge