Ira M. Levin
ilevin@burkelaw.com, *pro hac vice*
Danielle J. Gould
dgould@burkelaw.com, *pro hac vice*
Joshua J. Cauhorn
jcauhorn@burkelaw.com, *pro hac vice*
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone: 312.840.7000
Facsimile: 312.840.7900
*Attorneys for Plaintiffs*
ICONIC MOTORS, INC. d/b/a ELGIN VOLKSWAGEN
SLEVIN CAPITAL INVESTMENTS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*In re: Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation*

This document relates to:

*Iconic Motors, Inc. v. Volkswagen Group of America, Inc.,* No. 3:17-cv-3185-CRB

LEAD CASE No. 15-md-02672- CRB

**DECLARATION OF ACTIVE CASE**

Pursuant to the Clerk's October 7, 2026 notice [Dkt. 8284], the undersigned provides notice that the above-captioned case in the VW MDL is on appeal to the Court of Appeals for the Ninth Circuit, No. 25-3081.

Executed this 22nd day of October, 2026, in Chicago, Illinois

Dated: October 22, 2026

Respectfully submitted

*/s/ Danielle J. Gould*
Ira M. Levin
ilevin@burkelaw.com, pro hac vice
Danielle J. Gould
dgould@burkelaw.com, pro hac vice

Joshua J. Cauhorn
jcauhorn@burkelaw.com, pro hac vice
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone: 312.840.7000
Facsimile: 312.840.7900

*Attorneys for Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ / Danielle J. Gould*
DANIELLE J. GOULD, pro hac vice

*Attorney for Iconic Motors, Inc. d/b/a Elgin Volkswagen and Slevin Capital Investments*