Elizabeth J. Cabraser (State Bar No. 083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: *ecabraser@lchb.com*

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN “CLEAN DIESEL” MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Competitor Dealership Litigation* | No. 3:15-md-02672-CRB<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>The Honorable Charles R. Breyer |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Eagle Auto Mall Corp., Nabors, Inc., Jim Peach Motors, Inc., Larry Green Ford, Inc., Lynch Nissan of Auburn, Inc., Lynch Motor Company of Auburn, Inc., Fairway Lincoln-Mercury, Inc., Key Buick Company, and ELL 10, LLC—the named Plaintiffs and proposed class representatives in the Third Amended Consolidated Competitor Dealership Class Action Complaint (Dkt. 4499)—by and through their respective counsel of record, hereby stipulate to dismiss all claims against all defendants in the above-captioned action without prejudice.

Dated: October 30, 2026

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-mail: *ecabraser@lchb.com*

*Plaintiffs' Lead Counsel*